IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Jeffrey K. Martin, Esquire and Keri L. Morris, Esquire, of the law offices of Margolis Edelstein, as attorneys for Plaintiff Terry L. Snyder in the above-captioned matter.

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin, Esquire (DE #2407)
Keri L. Morris, Esquire (DE#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Plaintiff

Dated: June 16, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on June 16, 2005, I electronically filed the *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jennifer C. Jauffret, Esquire
Kelly A. Green, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

MARGOLIS EDELSTEIN

*Keri L. Morris*
Keri L. Morris, Esquire (DE #4656)
1509 Gilpin Avenue
Wilmington, DE  19806