## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

November 2, 2005

Keri Lynn Morris, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Kelly A. Green, Esquire
Richards, Layton & Finger
P. O. Box 551
Wilmington, DE 19899

        RE:    Snyder v. Citi Steel USA, Inc.
                 Civil Action No. 04-970 JJF

Dear Counsel:

        Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Thursday, November 17, 2005**.

        Enclosed is a sample form of Order which should serve as a basis for your discussions. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date of filing of a proposed scheduling order. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

        If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

*[signature]*
JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court