IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L. Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated:  November 9, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Jennifer C. Jauffret, Esquire
Kelly A. Green, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806