IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-970 JJF |
| ) | |
| v. ) | |
| ) | |
| CITISTEEL USA, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Sheldon N. Sandler, Esquire of Young Conaway Stargatt & Taylor, LLP for Kelly A. Green of Richards, Layton & Finger as counsel for Defendant in the above-captioned matter.

| RICHARDS LAYTON & FINGER PA | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Kelly A. Green | /s/ Sheldon N. Sandler |
| Kelly A. Green, Esquire (No. 4095) | Sheldon N. Sandler, Esquire (No. 245) |
| One Rodney Square | The Brandywine Building, 17th Floor |
| 920 North King Street | 1000 West Street |
| Wilmington, DE 19801 | P.O. Box 391 |
| Telephone: (302) 651-7805 | Wilmington, Delaware 19899-0391 |
| Facsimile: (302) 651-7701 | Telephone: (302) 571-6673 |
| Email: green@rlf.com | Facsimile: (302) 576-3330 |
| | Email: ssandler@ycst.com |
| | Attorneys for Defendant |

DATED: November 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on **November 21, 2005**, I electronically filed a true and correct copy of the foregoing **Substitution of Counsel** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant

Dated:  November 21, 2005