A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**Direct Dial: 302-552-4372**
**Email: klmorris@mdwcg.com**

November 9, 2005



Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE  19801



RE:   Withdraw/Removal as Counsel

Dear Sir/Madam:

    I am writing to advise that, as of October 12, 2005, I am no longer with the firm of Margolis Edelstein. I am requesting that you kindly remove my name from the following matters as attorney of record or associate attorney.  Jeffrey K. Martin, Esquire of Margolis Edelstein has subsequently filed Substitutions of Counsel for all of matters below:

| | |
|---|---|
| Breslin v. DNREC | C.A. No. 05-290 (JJF) |
| Brown/Cole v. Delaware Technical Community College | C.A. No. 05-270 (KAJ) |
| Edwards v. Murphy Marine Services, Inc. | C.A. No. 05-612 (GMS) |
| Moon v. Delaware River and Bay Authority | C.A. No. 05-261 (JJF) |
| Snyder v. Citisteel USA, Inc. | C.A. No. 04-970 (JJF) |
| Villaneuva v. Christiana Care Health Systems | C.A. No. 04-258(JJF) |
| Zechman v. Christiana Care Health Systems | C.A. No. 05-159(JJF) |

    Please contact me if you have any questions.  Thank you for your anticipated cooperation.

Respectfully yours,

*Keri L. Morris*

KERI L. MORRIS