## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

      MARGOLIS EDELSTEIN

      */s/*

      Jeffrey K. Martin, Esquire (#2407)
      Lori A. Brewington, Esquire (#4522)
      1509 Gilpin Avenue
      Wilmington, DE  19806
      302-777-4680
      Attorneys for Plaintiff

Dated:  December 6, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on December 6, 2005, I caused two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail, postage prepaid on the following:

Jennifer C. Jauffret, Esquire

Kelly A. Green, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806