IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

### NOTICE OF DEPOSITION

TO: Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Terry L. Snyder on **Tuesday, February 28, 2006** at **10:00 a.m.**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    _/s/ MMDiB_
    Sheldon N. Sandler, Esquire (No. 245)
    Margaret M. DiBianca, Esquire (No. 4539)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-5008
    Facsimile: (302) 576-3476
    Email: mdibianca@ycst.com
    Attorneys for Defendant

Dated: January 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2006**, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**VIA FIRST CLASS MAIL**
Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: January 16, 2006