IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITISTEEL USA, INC. )<br>)<br>)<br>Defendant. ) | C.A. No. 04-970(JJF) |

**NOTICE OF SERVICE**

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant's First Set of Interrogatories* and *Certificate of Service* were sent via U.S. Mail postage pre-paid on March 20, 2006 to the following:

Molly DiBianca, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0319

MARGOLIS EDELSTEIN

*/s/ Jeffrey K. Martin*
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
Attorneys for Plaintiff

Dated: March 20, 2006