IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF JIM RYAN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Terri Snyder ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Jim Ryan by oral testimony before an officer duly authorized to administer an oath, commencing on **June 8, 2006 at 1:00 p.m.,** at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

                                                    MARGOLIS EDELSTEIN

                                                    _____
                                                    Jeffrey K. Martin, Esquire (#2407)
                                                    Lori A. Brewington, Esquire (#4522)
                                                    1509 Gilpin Avenue
                                                    Wilmington, Delaware 19806

Dated: May 30, 2006                     (302) 777-4680 phone
CC: Wilcox & Fetzer                    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Jim Ryan* were sent by U.S. Mail, First Class, postage prepaid, on May May 30, 2006 to the following:

Sheldon N. Sandler, Esquire
Margaret M. DiBianca, Esquire
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiff