IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-970-JJF |
| ) | |
| CITISTEEL USA, INC., INC ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, Esquire, hereby certify that on **August 1, 2006**, two (2) true and correct copies of **DEFENDANT'S SECOND REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF** were caused to be served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record:

Lori A. Brewington, Esq.
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 571- 3476
Email: mdibianca@ycst.com
Attorneys for Defendant

DATED: August 1, 2006