IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 1, 2006,** I electronically filed **NOTICE OF DEFENDANT'S SECOND REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF** with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Lori A. Brewington, Esq.
    1509 Gilpin Avenue
    Wilmington, DE 19806

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Margaret M. DiBianca, Esq.
    Margaret M. DiBianca, Esquire (Bar I.D. 4539)
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-5008
    Facsimile: (302) 571- 3476
    Email: mdibianca@ycst.com
    Attorneys for Defendant

DATED: August 1, 2006