IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-970 (JJF) |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO EXTEND

The parties, by and through the undersigned counsel hereby stipulate and agree, subject to the approval of the Court, to the following amendments to the Scheduling Order (D.I. 12):

1. Defendant's motion for summary judgment and opening brief shall be filed on or before November 15, 2006.

2. Plaintiff's answering brief shall be filed on or before December 15, 2006.

3. Defendant's reply brief shall be filed on or before January 15, 2007.

4. The pretrial conference, previously scheduled for January 11, 2007 at 12:30 p.m., (D.I. 16), shall be rescheduled at the Court's convenience after dispositive motions have been heard and decided.

| | |
|---|---|
| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR |
| | |
| /s/ Lori A. Brewington, Esq. | /s/ Margaret M. DiBianca, Esq. |
| Lori A. Brewington, Esquire (ID #4522) | Margaret M. DiBianca, Esquire (ID #4539) |
| 1509 Gilpin Avenue | The Brandywine Building |
| Wilmington, DE 19806 | 1000 West Street, 17th Floor |
| (302) 777-4680 | Wilmington, DE 19899-0391 |
| lbrewington@margolisedelstein.com | (302) 571-5008 |
| Attorneys for Plaintiff | mdibianca@ycst.com |
| | Attorneys for Defendant |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, Esq., hereby certify that on **August 4, 2006**, I electronically filed a true and correct copy of foregoing **Stipulation to Extend** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ MMDiBi
> _____
> Sheldon N. Sandler, Esquire (No. 245)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> Email: mdibianca@ycst.com
> Attorneys for Defendant

Dated: **August 4, 2006**