IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Margaret M. DiBianca, Esquire of Young Conaway Stargatt & Taylor, LLP as counsel for Defendant, CitiSteel USA Inc., in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: August 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> Sheldon N. Sandler, Esquire (No. 245)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19899-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> Email: mdibianca@ycst.com
> Attorneys for Defendant

Dated: August 8, 2006