IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO: Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of James Tobin on Tuesday, September 12, 2006 at 1:00 p.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed a true and correct copy of foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lori A. Brewington, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Margaret M. DiBianca
>_____
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email:  mdibianca@ycst.com
>Attorneys for Defendant

DATED:  August 17, 2006