IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERRY L. SNYDER,                     :
                                     :
         Plaintiff,                  :
                                     :
    v.                               : Civil Action No. 04-970-JJF
                                     :
CITISTEEL USA, INC.,                 :
                                     :
         Defendant.                  :

## O R D E R

WHEREAS, the Court has granted the parties Stipulation to Extend scheduling order deadlines (D.I. 58);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for January 11, 2007 is cancelled.

2) A Pretrial Conference will be held on **Thursday, March 8, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

August 28, 2006                              _____
DATE                                         UNITED STATES DISTRICT JUDGE