# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF          DELAWARE

TERRY L. SNYDER,

V.

CITISTEEL USA, INC.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]  04-970-JJF

TO:
Records Custodian
Associates National Bank
One Tower SA AF4
Hartford, CT 06183

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Any and all records referring or relating to Terry L. Snyder a/k/a Terri L. Snyder (SSN: 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; DOB: 12/20/68), including but not limited to, correspondence, employment applications, resumes, employment records, performance evaluations, personnel file, disability file, medical records file, benefits file, pension records, disciplinary warnings, termination records, termination agreements, severance pay records, payment and salary records, and tax records.**

| PLACE | DATE AND TIME |
|---|---|
| Young, Conaway, Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-1031 | September 3, 2006 at 9:00 a.m.[1] |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure. 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Attorney for Defendant | August 22, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Margaret M. DiBianca, Esquire, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, P.O. Box 391, Wilmington, DE 19899-1031, 302-571-5008

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

[1] Personal appearance is waived if documents are produced by specified date.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

AFFIDAVIT OF SERVICE

Terry L. Snyder

vs.                                                             CASE NO.: 04-970-JJF

Citistefl USA, Inc.
_____/

```
STATE OF CONNECTICUT
COUNTY OF NEW HAVEN    ss.
```

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **08/29/2006** at **3:45 PM**, Deponent served the within named **Associates National Bank c/o Met Life** by delivering a true copy of the **Subpoena in a Civil Case** to **Will Moorecraft, Compliance Officer**, a person authorized to accept service on behalf of **Associates National Bank c/o Met Life**.
Said service was effected at **1 Cityplace , Hartford, CT 06103**.

Description:
**Sex: Male – Age: 40 – Skin: White – Hair: Brown – Height: 5'10 – Weight: 200**
Other Features:

I also tendered **$3.00** being the fee for one day's attendance and travel, if applicable, at the time and date of service.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X _____
Stuart Perlmutter

Date: 8/31/06

Sworn to and subscribed before me this
_31_ day of _August_, 20 _06_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 12/31/08

Client File#:  – Our File# 27656

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed a true and correct copy of foregoing Subpoena Return of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Lori A. Brewington, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Margaret M. DiBianca
>―――――――――――――――――――――
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com
>Attorneys for Defendant

Dated: September 8, 2006