IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## VERITICATION

I, Terry L. Snyder, being duly sworn, state that I have reviewed the foregoing *Plaintiff's Answers to Defendant's Discovery Requests* and that said answers are full and complete and true and correct to the best of my knowledge, information and belief.

_____
Terry L. Snyder

Subscribed and sworn before me on this 2nd day of October, 2006.

_____
Notary Public

KAREN S. DeCREASE
Notary Public - State of Delaware
My Comm. Expires Nov. 26, 2006

My Commission Expires: 11/26/06