### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO:   Lori A. Brewington, Esquire
      Margolis Edelstein
      1509 Gilpin Avenue
      Wilmington, DE 19806

      PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Terry L. Snyder on Monday, October 16, 2006 at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Margaret M. DiBianca
      Sheldon N. Sandler, Esquire (No. 245)
      Margaret M. DiBianca, Esquire (No. 4539)
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-5008
      Facsimile: (302) 576-3476
      Email:  mdibianca@ycst.com
      Attorneys for Defendant

Dated:  October 11, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: October 11, 2006