# YOUNG CONAWAY STARGATT & TAYLOR, LLP

MARGARET M. DIBIANCA
DIRECT DIAL: 302-571-5008
DIRECT FAX: 302-576-3476
mdibianca@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 30, 2006

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:   Terri L. Snyder v. CitiSteel USA, Inc.
              C.A. No. 04-970

Dear Judge Farnan:

      I am writing in regards to an apparent scheduling conflict in the above-referenced matter. On August 10, 2006, Your Honor granted the parties' joint request to extend the briefing schedule. (D.I. 58). The pre-trial conference, which had previously been scheduled for January 11, 2007 was rescheduled for March 8, 2007 at 10:30 a.m. (D.I. 70).

      Also on March 8, 2007, however, I am currently scheduled to be in trial before Judge Jordan for a different matter, C.A. No. 05-697, captioned as EEOC v. BE&K Engineering Company. Realizing that Judge Jordan's Senate confirmation is currently pending, there appears to be a strong possibility that the trial schedule will be delayed.

      At this time, Counsel requests Your Honor's guidance regarding this scheduling conflict.

                                          Respectfully submitted,

                                          Margaret M. DiBianca

MMD:y

cc:   Lori L. Brewington (via e-file and U.S. Mail)