IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

TERRY L. SNYDER,                         )
                                         )
                        Plaintiff        )
              v.                         )        C.A. No. 04-970-JJF
                                         )
CITISTEEL USA INC.,                      )
                        Defendant        )
                                         )

## <u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

NOTICE IS HEREBY GIVEN that the documents listed below have been

manually filed with the Court due to their voluminous size and is maintained in paper form only

in the case file in the Clerk's Office:

1.    Appendix in Support of Defendant CitiSteel's Motion for Summary Judgment—
      Volume 1

2.    Appendix in Support of Defendant CitiSteel's Motion for Summary Judgment—
      Volume 2

3.    Appendix in Support of Defendant CitiSteel's Motion for Summary Judgment—
      Volume 3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; (302) 571-5008
Facsimile: (302) 576-3330; (302) 576-3476
Email: ssandler@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

DATED: November 22, 2006