IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1.1

Counsel for Defendant CitiSteel USA Inc., has made reasonable efforts to confer with counsel for Plaintiff pursuant to District of Delaware Local Rule 7.1.1 but the Parties have been unable to resolve the matters set forth in this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673; (302) 571-5008
Facsimile: (302) 576-3330; (302) 576-3476
Email: ssandler@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

DATED:   December 6, 2006