IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-970-JJF |
| | ) |
| CITISTEEL USA, INC. | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER**

**AND NOW**, this _____ day of_____ 2006, the Court having heard and duly considered Defendant's Motion for Costs and Sanction, **IT IS HEREBY ORDERED** as follows:

Plaintiff shall pay to CitiSteel USA, Inc.'s counsel the sum of $ _____ by _____, 2006, as reasonable counsel fees and costs incurred in connection with the cancelled depositions and the preparation of this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
United States District Judge