*[Page rotated 90°; prescription medication information sheet from Happy Harry's pharmacy for patient TERRI SNYDER, medication NAPROXEN SODIUM 550MG TABLETS, quantity 60, directions "TAKE 1 TABLET EVERY 12 HOURS AS NEEDED WITH FOOD", prescriber R. GOODMAN, MD, pharmacy phone (302) 761-1700, NDC 00093-0537-05. Contains standard sections: INGREDIENT NAME, COMMON USES, BEFORE USING THIS MEDICINE (warning about risk of serious and sometimes fatal heart problems, stomach and bowel problems), HOW TO USE THIS MEDICINE, CAUTIONS, POSSIBLE SIDE EFFECTS, OVERDOSE, and ADDITIONAL INFORMATION.]*

**happyharry's**
Your Personal Prescription Information

PATIENT: TERRI SNYDER
MEDICATION: ALPRAZOLAM 0.5MG TABLETS
QUANTITY: 30
DIRECTIONS: TAKE ONE TABLET BY MOUTH THREE TIMES DAILY

NDC 00228-2029-96
PEACH
Side 1: 029
Side 2: R

R. GOODMAN, MD                      PHARMACY PH (302)761-1700
Our records show that you have reported no special health conditions:
Our records show that you have reported no allergies:

**INGREDIENT NAME:**
ALPRAZOLAM (al-PRAZ-oh-lam)

**COMMON USES:**
This medicine is a benzodiazepine used to treat anxiety and panic disorder. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:**
Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking clozapine, nefazodone, rifampin, oral antifungal agents (imidazoles), HIV protease inhibitors, or medicine for seizures. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. Eating grapefruit or drinking grapefruit juice while you are taking this medicine may increase the amount of this medicine in your blood, which may increase your risk for serious side effects. Talk with your doctor before including grapefruit or grapefruit juice in your diet. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If you do not remember until later, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of other medicines and alcohol. Ask your pharmacist if you have questions about which medicines can cause drowsiness. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS, that may go away during treatment, include excessive daytime drowsiness, unusual weakness, dizziness, lightheadedness, headache, clumsiness, or unsteadiness. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:**
If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include confusion, slow reflexes, clumsiness, deep sleep, and loss of consciousness.

**ADDITIONAL INFORMATION:**
DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

**Happy Harry's**
*Your Personal Prescription Information*

PATIENT: TERRI SNYDER
MEDICATION: LYRICA 200MG CAPSULES
QUANTITY: 60
DIRECTIONS: TAKE ONE CAPSULE BY MOUTH TWICE DAILY

NDC 00071-1017-68
LIGHT ORANGE
Side 1: Pfizer
Side 2: PGN 200

PHARMACY PH (302)761-1700
Rx GOODMAN, MD
Our records show that you have reported no allergies:
Our records show that you have reported no special health conditions:

**INGREDIENT NAME:**
PREGABALIN

**COMMON USES:**
This medicine is an anticonvulsant used to treat certain types of nerve pain. It is also used in combination with other medicines to treat certain types of seizures. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:**
Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking certain medicines for diabetes (such as pioglitazone), certain medicines for anxiety (such as lorazepam), or certain medicines for pain (such as oxycodone). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including heart problems (such as congestive heart failure or irregular heartbeat), elevated creatinine kinase, dialysis patients, muscle problems, diabetes, bleeding problems, history of alcohol or other substances abuse, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. This medicine comes with a patient information leaflet. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature 77 degrees F (25 degrees C), in a tightly-closed container, away from heat, moisture, and light. Brief storage between 59 and 86 degrees F (15 and 30 degrees C) is permitted. Take this medicine regularly to receive the most benefit from it. Taking this medicine at the same time each day will help you to remember. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT take 2 doses at once.

**CAUTIONS:**
DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. Contact your doctor if this medicine stops working well. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. DO NOT STOP USING THIS MEDICINE without first checking with your doctor. Some conditions may become worse when the medicine is suddenly stopped. Your dose may need to be slowly lowered to avoid side effects. Laboratory and/or medical tests including blood counts, creatine kinase levels, or heart function may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may reduce the number of platelets in the blood. If you have a history of low platelets or blood clotting problems, be sure your doctor and all laboratory personnel know that you are taking this medicine. AVOID ALCOHOL while you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. This medicine may cause drowsiness, dizziness, blurred vision, or lightheadedness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR MEN: if you are planning to father a child talk to your doctor about the benefits and risks of fathering a child while taking this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:**
SIDE EFFECTS that may occur while taking this medicine include dry mouth, constipation, gas, headache, dizziness, drowsiness, or lightheadedness. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience mental/mood changes; confusion; loss of coordination; muscle weakness; bloating or swelling of ankles, feet, or hands; sudden weight gain; unusual bruising or bleeding; unusual tiredness or weakness; muscle aches, pain, or tenderness; fever; speaking problems; or inability to control urination. CONTACT YOUR DOCTOR IMMEDIATELY if you experience a fast or irregular heartbeat or changes in vision. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:**
IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately.