**Total Care Physicians, P.A.**  
**Follow-Up Patient Progress Note**

Patient's Name: Jerry Snyder   DOB: 12/30/68   Age: ___   Date: OCT 02 2006   Doctor: MQZ
Weight: 154.8   Height: ___   Blood Pressure: 100/60   Pulse: ___   Temp: 98.3 F

**Chief Complaint:** Severe headaches

**History of Present Illness:** Since Thursday night = HA. (+) hx of dx hemiation in neck & back. Pain changes all the time. Sometimes pain in the back of head, sometimes across forehead, sometimes behind eye.

**Current Medications:** Lyrica, Naproxen, Endocet prn, Xanax prn. Also reports stuffy nose & no drainage, & septum. ⊖ tobacco

**Drug Allergies:** NKDA

**Physical Examination:**
General [X] A & O x 3 [✓] No acute distress — (+) frontal/mxy sinus tnd.
Skin [ ] No Pallor; [ ] No Jaundice [ ] No Rashes [ ] No Lesions — TM's retracted
HEENT [ ] No Scleral Jaundice [✓] TM's Clear [✓] Nares Patent [✓] Pharynx w/o Erythema
Neck/Carotids [ ] Supple; No Masses [✓] No Adenopathy
Lungs [✓] Clear to Auscultation B/L [✓] No Wheezing
Heart [✓] Regular Rhythm [✓] No murmur or Gallup
Abdomen [ ] Non-Tender [ ] No Masses [ ] No Organamegaly [ ] B S Normoactive
Extremities [ ] No Edema
Neuro [ ] CN II-XII Intact [ ] DTR's Equal B/L [ ] Gait Steady [ ] Muscle Strength 5/5 [ ] Negative Rhomberg
Musculoskeletal [ ] No Joint Swelling; [ ] No Deformities; [ ] No Spasms; [ ] No Tenderness
Psychological [ ] No Anxiety or Depression
GU/Rectal [ ] heme negative

**Impression/Diagnosis:** SAR c HAs.

**Plan:**

**Medication(s) Prescribe:** Nasonex 1 spray/nostril QD. Claritin D-12 1 T BID.

**Labs/Diagnostic Test(s) Requested:**

**Referral(s) Requested:**

Counseling: [ ] Diet [X] Smoking Cessation [ ] Exercise [ ] Safe Sex [ ] ETOH Cessation [ ] Substance Abuse [ ] Seat Belt [ ] Diabetic [ ] Other
Screening/Immunization: [ ] Pap Smear [ ] Colo-Rectal [ ] Mammogram [ ] Cholesterol [ ] Prostate [ ] Tetanus [ ] Pneumococcal [ ] Other
Patient Education: [X] Medication Administration [ ] Medication Side Effects [ ] Medication Interaction [ ] Other
Return to Office: ___ Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday
___ Weeks ___ Months ___ PRN ___ Other

**Practitioner's Signature:** [signature]

KING MEDICAL FORMS 800-637-3886   FORM: TCP-001

# TOTAL CARE PHYSICIANS, P.A.

[ ] Philadelphia Pike Office  [ ] Omega Office  [ ] Glasgow Office  [ ] Pediatric Office

## RETURN TO WORK MEDICAL CERTIFICATION

Patient Name: _Terry Snyder_ has been under my care from _10.2.06_ to _10.2.06_ and is able to return to work on _10.2.06_. I certify that this patient is able to resume performing the function of his/her position with or without reasonable accommodation. Necessary accommodation(s) is/are as follows:

_____

Dr. R Cochran MP LMB _____    _10.2.06_
Health Care Provider                          Date

I am allowing my health care provider to release to my employer the reason for my absence from work.

_[signature]_  10/3/06    _headaches_
Patient's Signature                            Diagnosis

OMEGA PROFESSIONAL CENTER
BUILDING B, SUITE 80
OMEGA DRIVE
NEWARK, DE 19713