IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ELECTRONIC FILING

I, Lori A. Brewington, Esquire, do hereby certify that on December 22, 2006, I electronically filed a Plaintiff's Answering Brief in Opposition to Defendant's Motion For Summary Judgment using Electronic File and Serve which will send notification of such filing to the following attorney of record:

Margaret M. DiBianca, Esquire
Sheldon N. Sandler, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**MARGOLIS EDELSTEIN**

/s/ Lori A. Brewington

Jeffrey K. Martin, Esquire (DE Bar #2407)
Lori A. Brewington (DE Bar #4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorneys for Plaintiff