Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 394

1    (Lunch recess taken.)
2  BY MS. DIBIANCA:
3    Q. The dress comment that Mr. Harris made to you,
4  was that the worst of the incidences that we have
5  discussed?
6    A. I think that's one of the worst.
7    Q. What do you think is the worst?
8    A. Him touching me.
9    Q. Tell me about that.
10   A. What would you like to know about that?
11   Q. I would like to know the date, the time, the
12 circumstances, your response, his response to your
13 response, any and all of the above I would like to know.
14     MS. BREWINGTON: Objection, compound.
15   A. I don't remember, I don't remember the dates and
16 times.
17   Q. Okay.
18   A. I think he did it because he is a pig.
19   Q. Okay.
20   A. And I would always yell at him to get off and
21 smack and punch his hand away.
22   Q. Are we talking about the cheek and the hair?
23   A. Mm-hmm.
24   Q. Yes?

Page 395

1    A. Yes.
2    Q. So that you believe was the worst incident; is
3  that correct?
4    A. One of the worst.
5    Q. What was the worst?
6    A. I think, actually, all of it is no good. I'm not
7  going to sit there and number them one, two, three, A, B,
8  C. You can do that if you want. I think it is all
9  rotten and I think it all stinks. So all of it is worse,
10 all of it.
11   Q. Okay.
12   A. Shouldn't have been doing any of it.
13   Q. Okay. I think that you testified earlier that
14 the cough drop --
15   A. Is the least.
16   Q. Okay. So I do --
17   A. Everything else stinks. Everything else is the
18 worst. All of it. Asking someone to come to work
19 wearing a dress with no panties, squeezing, sniffing.
20   Q. Was one of these things the turning point for you
21 that made you complain and file your complaint?
22   A. I think when he wouldn't stop squeezing and
23 sniffing was accelerating.
24   Q. How often would that happen?

Page 396

1    A. He sniffed me almost every day.
2    Q. Did anybody see him do this?
3    A. No. He would say, "What flavor are you today?"
4    Q. And he would say that daily?
5    A. Yes.
6    Q. Nobody --
7    A. Practically daily. He may have missed one day
8  out of a week, I would say.
9    Q. Why was there never any witnesses to that if it
10 happened so often?
11   A. If you wanted to sniff me would you do it in
12 front of someone? If you knew you weren't supposed to be
13 sniffing me? You can't ask me why he never let no one
14 see him sniff me. You can't ask me that. I don't have
15 an answer for that.
16   Q. And it went on daily for how long, or almost
17 daily?
18   A. He may have started that somewhere towards the
19 end of 2002 or maybe the very early, beginning -- no, he
20 was already sniffing me before January 2003. So, I
21 really, I really don't know.
22   Q. So he was already sniffing you --
23   A. Yes.
24   Q. Let me finish, please. -- prior to January 2003?

Page 397

1    A. Yes.
2    Q. So then at least for more than four months,
3  January through April; is that correct?
4    A. Yes.
5    Q. Did you know that your position in the melt shop,
6  the clerk typist position, was going to be eliminated?
7    A. No.
8    Q. Did you ever find that out?
9    A. No.
10   Q. Did you know about it prior to me asking about
11 it?
12   A. No. Are you asking me about it just now?
13   Q. Yes.
14   A. I think that somebody might have said something
15 to LaRosa, but that's not true, because I was never told
16 that. That was never, that was never an issue at work,
17 that my job was coming to an end.
18   Q. Do you know if the job has been eliminated since
19 you left?
20   A. I'm not really sure. I haven't been up there to
21 see. Somebody has got to do all that work.
22   Q. Was there an incident where you alleged that
23 there was spray painting on a building and that spray
24 painting was about you?

38 (Pages 394 to 397)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 398

1    A. It said -- yes. And it was not on a building. I
2  think it was on a pallet. And it turned out that it was
3  about Jerry Downie, not Terry.
4    Q. What did it say?
5    A. I don't remember. Something about ass. I don't
6  remember.
7    Q. Do you remember what made you think it was about
8  you?
9    A. Half -- well, because it looked like it says
10  Terry, but it said Jerry.
11    Q. Oh, okay.
12    A. Yes.
13    Q. What did you do when you saw it?
14    A. I put it -- I think I put it out to Mr. Ford.
15    Q. Did he do anything in response?
16    A. Well, he ended up correcting me I think later on
17  in the day. I forget how it went.
18    Q. Did he look into it at all?
19    A. I don't know what you would consider looking
20  into. But it turns out it said Jerry.
21    Q. Did he get back to you about it? Is he the one
22  that you think told you it said Jerry?
23    A. Yeah. Yes.
24    Q. Are you having a hard time remembering?

Page 399

1    A. Yes, I am.
2    Q. Do you remember when that was?
3    A. No.
4    Q. What about an incident with a bumper sticker on
5  your car? Do you recall something about that?
6    A. Yes.
7    Q. Can you tell me about that?
8    A. When I went out to my car one day, on a
9  handwritten piece of -- well, in somebody's handwriting
10  they wrote on a piece of tape "Honk if you want to bonk
11  me."
12        So from my cell phone I called Randolph and
13  he said, "Without putting your fingerprints on it," made
14  it sound like he was going to have something really
15  important done, "Without putting your fingerprints on it,
16  peel it off and try to just," however he asked me to hold
17  on to it, "and when you get it home put it in a Baggie."
18  And that's what I did.
19    Q. You took it -- I'm sorry, please. I didn't mean
20  to interrupt. I apologize.
21    A. Don't you do that no more and I won't.
22    Q. That's right. That's right.
23    A. I'm only kidding. Things happen.
24    Q. I interrupted you, but you were saying?

Page 400

1    A. I took it home, put it in a Baggie and he had
2  asked me to bring it into work the next morning and give
3  it to him before the morning meeting.
4    Q. Okay.
5    A. And I did. And I thought he was going to report
6  it. But then again, I mean, if you think about it, look
7  how he was behaving, so I thought he was really mad
8  because somebody did it, and then I started to think,
9  well, maybe he did it, you know. I didn't know. I
10  didn't know what to make of it.
11        But he come in after the morning meeting
12  screaming at me saying, "What do you want me to do with
13  this? What do you want me to do about it?"
14        I said, "You are the one that wanted it in
15  the Baggie." I said, "I just figured I would let you
16  know. You are my supervisor. I find something nasty
17  written on my car, so I told you."
18        And that was it. He threw it in the trash.
19    Q. Did anything ever come of it? Did you find out
20  who did it?
21    A. No.
22    Q. Did he look into it at all, that you know of
23  anyway?
24    A. Not that I know of.

Page 401

1    Q. Do you remember when that was?
2    A. No.
3    Q. Was it in 2003; do you know?
4    A. No, it was 2002. It was before 2003.
5    Q. You think it was late 2002 probably?
6    A. Yes.
7    Q. Did anyone from HR, Jerry Downie or Jim Ryan
8  investigate the sticker on your car?
9    A. Not that I know of.
10    Q. Why didn't you call Mr. Ford about the sticker?
11  Why did you call Mr. Harris?
12    A. Randolph Harris gave me all of his numbers
13  immediately, from the first day I started working there.
14    Q. You called him at -- go ahead.
15    A. I don't know why.
16    Q. Did you call him at home?
17    A. Call home? No. He was still in the office.
18    Q. Okay. You said he gave you his numbers. Do you
19  mean like his cell phone numbers or something like that?
20    A. Mm-hmm, yes.
21    Q. So you called Mr. Harris on his cell phone?
22    A. On the office number I think.
23    Q. Did you have Mr. Ford's phone numbers?
24    A. No. I didn't have all the numbers at the time,

39 (Pages 398 to 401)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 402

1  at one point.
2      Q.  At this point, when it would have been late 2002,
3  did you have the numbers?
4      A.  For everybody in my car, no.
5      Q.  In your car, did you say?
6      A.  Mm-hmm.  I didn't have a bunch of numbers
7  carrying them around with me, in other words.
8      Q.  Okay.  So you were leaving for the day.  Is that
9  what it was?
10     A.  Yes.  I was leaving for the day.  I was going
11 home.  I think I may have known that maybe Dennis wasn't
12 up there or something.  Maybe that's why I called Harris'
13 office.
14     Q.  Okay.  Let's do Snyder 14.
15         (Snyder Deposition Exhibit 14 was marked for
16 identification.)
17     Q.  If you want to just take a minute to review that
18 and then you can let me know when you've had a chance to
19 do that.
20         Did you have a chance to review or do you
21 need a minute?  Please take your time.
22     A.  Yes, one more minute.
23     Q.  Certainly.
24     A.  Yes, ma'am.  I'm ready.

Page 403

1      Q.  Can you tell me about the handwritten note here?
2  Can you summarize that for me in your own words?
3      A.  I'm not able to tell about this e-mail that I had
4  to send out to all the supervisors and melters trying to
5  get my job done, such as we talked about earlier, because
6  that's what his handwritten thing is on an e-mail, that
7  I'm asking for them to get their job done so I can
8  complete part of my job, such as we can submit this into
9  evidence as proof I was trying to get my job done.
10         We can't submit the whole piece of paper.
11     Q.  We already have.
12     A.  Sure.  We can submit it all.  Sure.
13     Q.  Go ahead.  Talk about it all you want.
14     A.  Well, what part did you want to talk about?
15 Specifically the handwritten part?  Well, let's see.  Do
16 you want me to read it?  Is that what you want?
17     Q.  I just would like you to summarize it if you are
18 able to do that.
19     A.  Randolph Harris found out that I was going to get
20 a part-time job at night.  Okay.  So if I was such a bad
21 employee, why would they have me doing overtime?
22         Why would they have me -- a young lady by
23 the name of Anna Marie went on vacation.  They wanted me
24 over there.  They had me running around all over the

Page 404

1  place, doing all these different people's jobs.  I stayed
2  late.  I would go in early.  I would go in on weekends.
3  So if I was such a bad employee, why would Randolph come
4  up to me and offer for me to have some overtime?
5          He said that him and one of the supervisors
6  down there was talking about it, but I wasn't to tell
7  that I knew and to act surprised when he approached me.
8  "Would I be interested in working for the maintenance
9  trailer as well?"  There is a summarization of what my
10 handwritten thing says.
11         He did not want me to stop working at
12 CitiSteel.
13     Q.  Did you want to take this opportunity to
14 elaborate on what you talked about earlier this morning
15 regarding ISO procedures?
16     A.  You said it is all submitted so just do your
17 thing.
18     Q.  Okay.  So where was your part-time job interview
19 for?
20     A.  I do not remember.  It was 4/1/03.  I know that
21 date, though.  It says so right here.
22     Q.  Do you know that without looking at this
23 document?
24     A.  No.

Page 405

1      Q.  Is that a no?
2      A.  No.
3      Q.  Do you recall ever interviewing for a part-time
4  job when you worked at CitiSteel?
5      A.  Yes.
6      Q.  Can you tell me about that?
7      A.  I just knew I wanted another job.  I don't
8  remember the exact interview, no.
9      Q.  Do you remember where you applied?
10     A.  No.
11     Q.  Do you remember who told you about the job?
12     A.  No.
13     Q.  Do you remember what hours you would be working
14 on the job?
15     A.  It was at night, so...
16     Q.  At night?
17     A.  After my regular job at CitiSteel.
18     Q.  And on the weekends?
19     A.  I don't recall.  I'm sure if they offered I would
20 have took it.
21     Q.  So that you believe you did not receive an offer?
22     A.  I said if they would -- whatever they offered I
23 would have took it.  I don't remember anything.  I don't
24 even remember the interview.

40 (Pages 402 to 405)

Page 406

1    Q. Tic, it says, T I C, is that the manager that you
2   were referring to?
3    A. Yes, that's what they called him.
4    Q. What was his name, his real name?
5    A. I don't know.
6    Q. Where was he the manager of?
7    A. I think down for the maintenance trailer.
8    Q. This Tic, T-I-C, person?
9    A. Yes.
10   Q. Manager of maintenance?
11   A. You can't hold me to that. I really don't know.
12   Q. Okay.
13   A. But he was going to be offering me overtime in
14  the maintenance trailer.
15   Q. Did that happen any other times?
16   A. What do you mean?
17   Q. Did you ever end up working, not necessarily at
18  this time but any time working over time in other
19  departments, is that something that happened -- I'm
20  sorry?
21   A. Yes.
22   Q. Was that something that happened frequently? Can
23  you help me with how often that happened?
24   A. To get work done I would always stay if I needed

Page 407

1   to. If Carmella wanted me to stay, I would.
2         A young lady over at the -- across the
3   highway, they needed help. I would go over and help.
4   She went on vacation. I would split my job up and I
5   would go back and forth and do her job and mine.
6    Q. What was her name?
7    A. Anna Marie.
8    Q. Okay. What department is she in?
9    A. I think they called it the plate mill or -- it
10  was the plate side, I think.
11   Q. Was her job similar to what you were doing?
12   A. No.
13   Q. Were you able to fill in then? How did you know
14  what to do?
15   A. She taught me. I would go over and stay so I
16  could learn to prepare for when she needed off.
17   Q. And then who is this, the person, I'm going to
18  guess, it look like T-R-I-E-R, maybe?
19   A. You know, I don't know. I was trying to look at
20  that myself. I can't even read my own writing on that
21  one.
22   Q. Do you know who Tic's manager would have been?
23  Would that have been it?
24   A. I don't know. Jerry Downie may have that, or Jim

Page 408

1   Ryan. I don't know. Tier.
2    Q. I don't know either.
3    A. I can't even read what I wrote on that name.
4    Q. Did anyone ask you to come work overtime in
5   maintenance?
6    A. Well, I would go down there and I had to like run
7   around all different departments and update books,
8   binders, the ISO procedures and so forth, and I would go
9   down there and do the pay, payroll hours for them.
10   Q. And that was on overtime, the payroll?
11   A. I hardly ever charged overtime to CitiSteel.
12   Q. In this e-mail or, I'm sorry, in your notes here,
13  Snyder 14, I think they said they want to offer you
14  overtime?
15   A. On a regular basis.
16   Q. Oh, is that what it meant?
17   A. Yes.
18   Q. Okay. So Mr. Harris said that he and Tic wanted
19  to offer you overtime on a regular basis?
20   A. Yes.
21   Q. And that --
22   A. Like a little part-time job, for once I leave my
23  regular office, go downstairs and go out to the
24  maintenance trailer.

Page 409

1    Q. Okay. So did he already know that you had a
2   part-time job interview on 4/1?
3    A. Oh, I think I told him.
4    Q. Did you like learning different jobs?
5    A. Yes. I like a lot to do. I like staying busy.
6    Q. Feeling useful and helpful probably?
7    A. Yes. Who doesn't?
8    Q. Myelogram, M-Y-E-L-O-G-R-A-M, can you tell me
9   what that is?
10   A. What? I have no clue.
11   Q. Myelogram, were you scheduled for a myelogram at
12  St. Francis Hospital in March of 2003?
13   A. Is that for the heart?
14   Q. Actually, I have no idea. Would that have been--
15   A. It turns out, well, if that -- no, that wouldn't
16  be for the heart.
17   Q. You think about it. I'm going to look for a
18  document that has that in there.
19   A. I know I needed eight hours, they were going to
20  have me in the hospital for eight hours, so I sent Ford
21  and Harris a request to have off a certain day because I
22  had to have something done in the hospital and it was
23  going to take six to eight hours, and I sent them that
24  e-mail maybe at least two weeks in advance. It could

41 (Pages 406 to 409)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 410

1  have been more. It could have been a little -- maybe a
2  week. But I sent them in advance, requesting off for --
3  well, I always did that. So whatever you have, whatever
4  that e-mail states. But I can't remember what the
5  myelogram is.
6      Q.  And then it looks like it was connected to
7  Delaware, you had a follow-up visit regarding a myelogram
8  at Delaware Neurosurgical Group. Does that help refresh
9  your recollection?
10     A.  No.
11     Q.  Lumbar puncture, spinal canal?
12     A.  Oh, okay, yes.
13     Q.  Can you tell me what that was?
14     A.  You know, I can't remember what they did to me
15  that day, believe it or not.
16     Q.  Was that related to your back injury?
17     A.  Yes, yes.
18     Q.  Fair enough. Did Dennis Ford ever ask you not to
19  talk about your personal life with him?
20     A.  At one point. I forget what the issue was at
21  hand. But if I may still comment.
22     Q.  Yes, sure.
23     A.  You know what I got to say about that?
24     Q.  What?

Page 411

1      A.  Maybe he shouldn't be showing me what his home
2  looks like on his computer. He is sitting there telling
3  me all about his personal life. How would I know his
4  shutters on his house in Oregon or Michigan or Iowa,
5  wherever it is, how do I know his shutters are maroon?
6  How do I know he has got a snow blower and rides around.
7  How do I know all that he is telling me about his
8  personal life.
9          Just like when we take breaks, if I don't
10  feel good, I use Vicks on my chest, little bits and
11  pieces of spritz of personal life talk. So whatever he
12  is referring to, I have no clue.
13         I think personal talk is common in the work
14  area. It is just, you know, it is part of conversation
15  and it just pops up here and there.
16     Q.  Mr. Ford, are you contending that he spoke to you
17  inappropriately about his personal life?
18     A.  No.
19     Q.  Or just that that was natural?
20     A.  Natural. Such as I did him. But I think it
21  would -- I think he was in a bad mood maybe at one point.
22  Everybody goes through their moods and then they take it
23  out, you know, on other people or it reflects, you know.
24         But, yes, whatever I was saying, or

Page 412

1  sometimes like I tend to go into detail, so if I need --
2  I'm sure you can tell by now, so it is okay. I know I
3  do. And I get that from my father and I can't help it.
4          But like, say if I need off next week, say
5  if I work for you and I need off and I'll start to tell
6  you, or if you say why, a lot of times employers, your
7  boss will say why, and then I'll start to tell you and
8  then I may start to drag something out. So I think he
9  was stopping me at one point from dragging something out.
10  I don't know. I can't blame him.
11     Q.  Was this one specific incident that you remember
12  or was this just at one point that it was an
13  unspoken rule between the two of you?
14     A.  No, we still would have common personal talk.
15  No.
16         I do remember him saying that to me at one
17  point, though, because I found it odd and very rude,
18  because he would talk to me about his personal life,
19  so...
20     Q.  Okay. Sorry. I apologize. I just can't put my
21  finger on a document.
22         Let's jump back to Snyder 12. Do you still
23  have it or did I take it back? Let's go to page 16, I
24  believe. It says, "They are liars and bad people."

Page 413

1          And then there is a bullet point there, the
2  next paragraph.
3      A.  Okay.
4      Q.  Could you just read that paragraph or that
5  sentence?
6      A.  "That's right. I wanted no one fired - just to
7  do my job in peace and wanted my job security in
8  writing." Correct.
9      Q.  That statement is correct?
10     A.  Yes, ma'am.
11     Q.  When you say, "I wanted no one fired," does that
12  include Mr. Harris? Are you referencing Mr. Harris?
13     A.  At that time, yes. Now, if you ask me to change
14  things, I would.
15     Q.  What would you like to change?
16     A.  I would like to change a lot as time went on.
17  This is correct then at that time. Personally, I can't
18  see how he is still floating around up there like that
19  and, you know...
20     Q.  So this is dated, received on April 22nd, 2004.
21  So at that time, April 22nd, 2004, you did not want Mr.
22  Harris to be fired?
23     A.  I wasn't worried about anybody being fired.
24     Q.  You just wanted to continue doing your job in the

42 (Pages 410 to 413)

Page 414

1   melt shop?
2   **A. Not in 2004, I couldn't.**
3   Q. You are right. That is absolutely correct. When
4   you wrote this in 2004 you are referencing at that time
5   of --
6   **A. Yes.**
7   Q. So why don't you tell me, because I'm saying the
8   wrong words, so you tell me.
9   **A. No, you are right. At the time I didn't want**
10  **anybody fired.**
11  Q. In 2003?
12  **A. Yes.**
13  Q. Okay. And at that time, 2003, I'll say April
14  just to be clear, April 2003, you wanted to continue
15  doing your job as the clerk typist?
16  **A. Yes.**
17  Q. In the melt shop? Was that a yes?
18  **A. Yes.**
19  Q. Underneath that, the toga party, do you recall
20  talking about a toga party?
21  **A. I never told anybody there I went to a toga**
22  **party.**
23  Q. Do you know what a toga party is?
24  **A. Yes, I know what a toga party is.**

Page 415

1   Q. And have you ever been to a toga party?
2   **A. No.**
3   Q. On page 25, same exhibit. We are on Snyder 12.
4   In the middle paragraph where the first sentence starts
5   "Ask Ford," do you that?
6   **A. Yes.**
7   Q. Maybe the third line down it says, "Ford only
8   liked personal conversation," could you just review those
9   sentences for a minute or if you are ready --
10  **A. If he was the one telling, like if he -- if it**
11  **was something of his interest, like about him or his**
12  **life, he didn't mind personal conversation.**
13  Q. But once you started talking about it he would
14  stop you?
15  **A. Yes. Well, yes. Or just be sarcastic. He could**
16  **be a little sarcastic. But he was a good boss. You**
17  **know, he had a good demeanor about him.**
18  Q. Okay.
19  **A. Well, I guess, you know, since he never did**
20  **nothing rotten or nasty to me, I guess that's why I**
21  **consider him even a better boss than Ford -- or Ford a**
22  **better boss than Harris.**
23  MS. DIBIANCA: All right. Let's do this
24  real quick, I'm going to do a new exhibit, Snyder 15.

Page 416

1   (Discussion off the record.)
2   (Snyder Deposition Exhibit 15 was marked for
3   identification.)
4   BY MS. DIBIANCA:
5   Q. Are you ready? So this I'll represent to you is
6   some, not necessarily all, of the e-mails that were
7   produced during discovery between you and Mr. Harris and
8   Mr. Ford, then additionally there are probably some other
9   people involved also. When you had a chance to review it
10  just now, can you tell me what you think these are
11  regarding? Do they look familiar?
12  **A. Yes. See, my time to leave is 2:30. So if I had**
13  **some errands to run, it takes a few minutes to get down**
14  **and out to your car, because you are up in a mill.**
15      **So depending on, like say if I had to go to**
16  **the storeroom and Carmella's office, which is up at the**
17  **next red light, so I would leave at the appropriate time,**
18  **giving myself enough time to run the errands and stop and**
19  **see everybody or pick up receipts or drop off bill of**
20  **ladings, whatnot. Made them know what I was doing.**
21  Q. So you were communicating to let them know where
22  you are, basically?
23  **A. Yes.**
24  Q. On the second page of Snyder 15, it has been

Page 417

1   previously marked as D120.
2   **A. Yes.**
3   Q. This is dated March 23rd, 2002, an e-mail from
4   you to Mr. Harris; is that correct?
5   **A. Yes.**
6   Q. And that is "Just letting you see what time I got
7   here"?
8   **A. Yes.**
9   Q. Was there some reason why you would let him know
10  that?
11  **A. No. We didn't have a clock-in time.**
12  Q. Actual time card punch?
13  **A. Yes.**
14  Q. So it was just like on your word?
15  **A. Just letting people -- yes.**
16  Q. Had he questioned you about what time you had
17  gotten there before?
18  **A. Well, there had been many times when I got there,**
19  **they didn't give me a key in the very beginning, so I**
20  **would have to sit out in the hall until one of the**
21  **supervisors or melters came over to let me in. And**
22  **that's if somebody even seen me come in, so...**
23  Q. Did Mr. Harris expect you to let him know when
24  you had arrived?

43 (Pages 414 to 417)

Snyder                                    v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2          C.A. # 04-970-JJF                  June 6, 2006

Page 418

1    A. I was doing so anyway, so I don't know if he did
2    or not.
3    Q. Okay. Did you do that regularly, let him know
4    what time you arrived?
5    A. Usually. Him and Ford. I think Ford -- maybe
6    Ford was away. I didn't know why I didn't send a copy to
7    him at the time. Maybe he was on vacation or away. I
8    don't know.
9    Q. And then the next page is D121. This is also
10   part of Snyder 15, page 3.
11   A. Yes.
12   Q. Can you take a moment to look that over and then
13   summarize that for me, please.
14   A. Yes, what about it?
15   Q. Can you summarize it for me and tell me what you
16   remember about it, if anything.
17   A. I don't remember what Paul Johnson looks like. I
18   don't think I had too much dealings with him. But
19   apparently his check was wrong, so I had to call Ron, who
20   controls payroll, for him.
21   Q. Paul Johnson was an employee then?
22   A. I assume so, yes.
23   Q. How would you characterize the nature of your
24   relationship with Mr. Harris at this time, on April 18th,

Page 419

1    2002?
2    A. It was okay. Boss/employee.
3    Q. Were you having anger issues at that time?
4    A. No.
5    Q. Any kind of crying bouts?
6    A. No.
7    Q. So life was good; is that right?
8    A. It was okay.
9    Q. Okay. Then on the next page, page 4, previously
10   marked as P259.
11   A. Yes.
12   Q. That's just another example of you communicating
13   with your supervisors, correct?
14   A. Yes, ma'am.
15   Q. And then the next page, page 5, at the bottom you
16   have a return receipt on the e-mail.
17   A. Okay, yes.
18   Q. Is that something that you normally do?
19   A. I, I don't know why I would do it. It did it
20   sometimes and didn't. I don't know why I did it here and
21   there.
22   Q. Okay.
23   A. Either I should have stayed consistent with it or
24   not consistent. I don't know why I did what I -- I don't

Page 420

1    know.
2    Q. And then the next page, 257, Plaintiff's 257?
3    A. Okay.
4    Q. What is that about?
5    A. Well, sometimes if I had to leave early or if I
6    had something where I couldn't get around, it had to be
7    done during my work hours, but it had to be something
8    important, maybe a doctor's or, I don't know what it
9    would be, I make up the time.
10   Say if I could only get a doctor's
11   appointment next week for 12:30 or say 1:00 o'clock, need
12   to leave at 12:30, I would like come in two hours early.
13   I would make up those two hours, you know. I would offer
14   myself to come in early, leave early -- come in early,
15   stay late, whichever.
16   Q. Did that happen often?
17   A. When something was needed.
18   Q. Okay. If it was a doctor's appointment would
19   there be other times that you would have to leave work at
20   times not scheduled on your shift?
21   A. If something came up and it was very important,
22   and there was no way around it, I would request to my
23   supervisors if I may go. If they allowed me to go, then
24   I would go. If they agreed to it, just like they had a

Page 421

1    lot of personal things they had to tend to and they did
2    tend to during their work hours.
3    Q. Is that what this is an example of?
4    A. I don't know. I didn't -- maybe I didn't want to
5    drag out to tell Dennis why I wanted to leave by 11:00,
6    11:00 a.m. on Wednesday, October the 9th. I have no
7    clue.
8    Q. But this is you are asking for permission?
9    A. Yes, that's what it is.
10   Q. The next page, this is Plaintiff's 256, marked
11   page 7 of Snyder 15. We can start with either the
12   handwritten note or the e-mail, whichever you prefer.
13   A. Go ahead, you may begin.
14   Q. The handwritten note, when did you write that; do
15   you know?
16   A. After I printed it, I'm assuming.
17   Q. Do you think that's probably fair to assume for
18   all of them then?
19   A. Yes.
20   Q. And then the e-mail, the typed part of it, this
21   is an e-mail -- are you okay?
22   A. Yes. I have something that's been in my eye.
23   But yes, thanks for asking.
24   Q. If you want a minute you can go off the record.

44 (Pages 418 to 421)

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 422

1  A. That's okay. I think I just got it just as you
2  asked.
3  Q. All right. This is from you to Ford and Harris,
4  correct?
5  A. Yes.
6  Q. On October 11th, 2002?
7  A. Yes.
8  Q. What are you asking in this e-mail?
9  A. If I may leave the grounds to go to lunch with
10  Carmella, because I usually never left my office.
11  Q. Who didn't?
12  A. I didn't.
13  Q. Oh, okay.
14  A. Unless it was work-related. Carmella liked to go
15  out to lunch. She liked to get away. And so once in
16  awhile -- so at 8:30 in the morning I requested -- once
17  you get so used to somebody doing something in a
18  particular manner, you know, so, you know, I just -- I
19  usually worked straight through lunch. If I did eat or
20  if I did go out to pick something up it would be because
21  one of my bosses needed or wanted something, which
22  usually Dennis Ford hardly never, ever, ever, it would
23  only usually be just maybe Randolph, if I was hungry I
24  would grab something for myself, but I would eat at my

Page 423

1  desk and work. That's even if I ate.
2  So this day, which there was other times as
3  well, I would request off -- not off. I would request
4  that I may go to lunch. In other words, leave the
5  grounds, leave my office with Carmella, letting them know
6  that morning, okay, I am leaving my office for lunch.
7  I'm actually going to not physically be in my office.
8  Q. How much time did you normally get for lunch,
9  assuming that you did take it?
10  A. I don't know if it was a half an hour or an hour.
11  I really can't even remember because I never took it. If
12  I ate, I worked while I nibbled, so...
13  Q. Fair enough. And then the next page. Just tell
14  me the "to," the "from," the date and the summary.
15  A. From Terry Snyder, sent Monday, October the 21st,
16  2002, at 11:00 a.m., sent to Ford and Harris. Subject,
17  it has a date under subject and it says November the
18  13th. Would you like me to read it?
19  Q. If you want to just tell me in one sentence or
20  two sentences what it says, that's fine too.
21  A. "Gentlemen: If I may please request in advance
22  to leave early (4 hours) on Wednesday, November the 13th,
23  2002 at 10:30 a.m. Prior to that I will either stay late
24  to make up the 4 hours or we can just deduct it from that

Page 424

1  week."
2  However, whatever always made them happy.
3  It didn't matter to me.
4  Oh, I'm sorry. I said that. The e-mail
5  didn't.
6
7  "I would like to be able to make up the 4
8  hours, but that is not my decision to make. Thank you
9  both for your time, Terri."
10  Q. So it is another example of you asking in
11  advance --
12  A. Yes.
13  Q. -- to leave, I guess maybe take a half day, it
14  looks like, and then make up that time later; is that
15  correct?
16  A. Yes. Or just deduct it from my pay.
17  Q. The option was up to them. Okay. And then 252,
18  which is I believe two pages ahead, Plaintiff's 252,
19  Exhibit Page 10, can you tell me what that is?
20  A. Carmella -- oh, from Terri Snyder, sent November
21  the 20th at 1:41 p.m., to Ford and Harris, subject is
22  tomorrow.
23  "Carmella is leaving Friday for Chicago and
24  she and I would like to go to lunch tomorrow, so may I?"

Page 425

1  Really, by law, nobody even has to ask to go
2  to lunch, right? I just did it out of common courtesy.
3  You don't have to remind me how nice I am and thoughtful.
4  I think that's very polite of me to do that with my
5  employers.
6  Q. Then Plaintiff's 250, page 12, there is a
7  handwritten note. If you could tell me what that is?
8  A. I guess he was asking me out again.
9  Q. Who?
10  A. Randolph.
11  Q. Is asking you out?
12  A. Mm-hmm, yes.
13  Q. So this note, how would you have remembered the
14  date?
15  A. Maybe I took it from one of my little pieces of
16  paper. When something is fresh in my memory, you know,
17  just hurry up and jot them down.
18  Q. But we had, I think we had established that you
19  wrote the handwritten notes on the e-mails, like this
20  page, Plaintiff's 250, when you printed the e-mails out
21  at the end of your employment in April 2003.
22  A. Well, I had something to -- for me to remember
23  January the 2nd.
24  Q. Exactly.

45 (Pages 422 to 425)

Snyder                                                      v.                              Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2                        C.A. # 04-970-JJF                          June 6, 2006

Page 426

1    A. "Are you going out with me this year or what?"
2    Q. Do you know what you would have been using to
3    help you write these notes?
4    A. No. I assumed my little notes.
5    Q. What little notes?
6    A. Little notes that I kept here and there and would
7    sometimes jot things down. Just like I would do now.
8    Q. And where are those notes now?
9    A. I assume they were all in the bag together.
10   Q. Do you know where they are today?
11   A. I thought you got copies of everything. I don't
12   know. Just little piece of the diary. Make little
13   copies of little things.
14   Q. Let me move 16.
15       (Snyder Deposition Exhibit 16 was marked for
16   identification.)
17   Q. After you've had a chance to review it just let
18   me know.
19   A. I'm ready.
20   Q. Can you tell me what this is?
21       Let me say for clarity purpose, I'm not
22   contending that this is one document. I would expect it
23   is probably several. Just so I'm not misrepresenting
24   what it is. Go ahead.

Page 427

1    A. What do you want me to say?
2    Q. Can you tell me what it is?
3    A. It is the beginning of a copy of a book that my
4    mother gave me, okay. It says "Diary" on the front.
5    Q. And the subsequent pages, can you tell me just,
6    do you recognize these?
7    A. Yes.
8    Q. What do you recognize them to be?
9    A. First several ones are my handwriting.
10   Q. Okay. Is this a journal? Do you understand the
11   question?
12   A. Yes, yes. It is -- yes.
13   Q. Could you answer the question?
14   A. Yes, it is a diary, like I stated in the very
15   beginning when you first asked me what it was.
16   Q. So the first page, page 1 of Snyder 16, then it
17   continues on to page 2; is that correct? I'm just trying
18   to make sure that there aren't several documents in here.
19   A. They are all coming from the book. The copies
20   that you made.
21   Q. Okay. And then page 8, that starts something
22   different. Is that your notes?
23   A. It is my handwriting. It is one of my little
24   notes.

Page 428

1    Q. This is one of the little notes that you were
2    referencing that you would have used to help make the
3    handwritten notes on your e-mail?
4    A. Yes. But then again, things just pop into my
5    mind, like the day I was at work when I remembered
6    Carmella not training me quick enough in standard costs,
7    and then about my father was supposed to be coming on
8    Thursday for the meeting. So little things do pop up in
9    my head unless someone helps trigger my memory.
10   Q. So pages 8, 9 and 10, for example, would that
11   have been on one piece of paper at one point?
12   A. Probably not. I would -- no.
13   Q. I only don't know just because I don't get to see
14   the originals. I only get photocopies. So I don't
15   really know what the original form looked like. And
16   that's what I'm just tying to understand. Do you
17   remember any of these?
18   A. Yes.
19   Q. Oh, you do. Okay. Do you need a few minutes to
20   look at them?
21   A. I'm just browsing. I was waiting on you.
22   Q. I'm sorry, I thought you were taking some more
23   time.
24       Which ones of these do you recall

Page 429

1    specifically writing?
2    A. Well, I know I wrote all of them because it is my
3    handwriting. Sometimes I just had to write so fast, you
4    know, if something would happen, like --
5    Q. Well, let's start with the diary. We know there
6    is a few pages of that.
7    A. Yes.
8    Q. I believe we will say 2 and 3 of this exhibit.
9    Were there additional pages of your diary?
10   A. You mean was any taken out or anything? No.
11   Q. Why did you start taking diary notes in April
12   7th, 2003?
13   A. While I was at work, that's where they were
14   taken. That's where I note them down.
15   Q. These are notes taken at work?
16   A. Yes.
17   Q. Okay. I thought this was a separate journal you
18   had at home?
19   A. No.
20   Q. Did you have a separate journal at home?
21   A. These little scribbled notes in the back, the
22   quick thingeys, I wrote on -- I would write on a piece of
23   paper such as printing paper, I would hurry up and grab a
24   piece from the printer, or Post-Its.

46 (Pages 426 to 429)

B- 0259

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 430

1    Q.  But the first two pages, 2 and 3?
2    A.  That's in the diary book.
3    Q.  That's what I'm referring to.  The diary book,
4    was that written at home or at work?
5    A.  Oh, possibly at home.  The day I went.  I never
6    took the diary to work.
7    Q.  That's what I thought.  Then my question is:
8    Other than April 7th, 2003, had you been keeping a diary
9    prior to that?
10   A.  Well, I have kept a diary here and there.
11   Q.  Was there anything in the diary that would
12   support your allegations?
13   A.  Just what I gave you.
14   Q.  April 7th, 2003, nothing before that?
15   A.  4/01, doesn't it say?
16   Q.  The next page, page 3 is dated August 4th, 2001
17   and August 6, 2001?
18   A.  I think I started -- I was going to use this
19   diary, I think I pulled these, some of these notes from
20   other personal diaries as well, so I was just going to
21   have this be my CitiSteel notes.
22   Q.  Have what be your CitiSteel notes?
23   A.  This one book.
24   Q.  So page 3 and page 4, those pages came from other

Page 431

1    journals?
2    A.  Well, just other pieces of paper.  I would write
3    things down.
4    Q.  Well, it looks like the stationery matches on
5    pages 3, 4 and 5, and page 6, page 7.
6    A.  Well, if you see how this one here has no lines
7    at all, just something scribbled.
8         MS. BREWINGTON:  Wait.
9         MS. DIBIANCA:  We have got to identify the
10   page number.  Otherwise, it won't be clear on the record.
11        MS. BREWINGTON:  Which one were you saying?
12   I'm sorry.
13        THE WITNESS:  They are not -- it is not all
14   from the same book.
15   BY MS. DIBIANCA:
16   Q.  No, not all the pages are from the same book.
17   I'm asking you about page 3, which is marked P839.
18   A.  No, wait.
19   Q.  It is going to be the third page in the exhibit.
20   A.  Okay, yes.
21   Q.  Then the next one is page 4, page 5, 6 and 7.
22   Let's just look at those.
23   A.  Okay.
24   Q.  Do you notice how they all have, it looks like a

Page 432

1    pencil icon in the corner of the page?
2    A.  Yes.
3    Q.  So does that mean to you that they came from one
4    book?
5    A.  Yes.
6    Q.  Is that the same book as page 2?
7    A.  Yes, yes, it is.
8    Q.  Were all those pages in the diary whose cover is
9    copied on page 1?
10   A.  Yes.
11   Q.  This is the book you kept at home?
12   A.  I didn't keep any diary books at work.
13   Q.  Okay.  Was there a gap between August 2001?
14   There appears to be some writings on September 2001 as
15   well, on page 6, and then page 7 is November 2001, then
16   we jump to 2003.  Where are the rest of the entries for
17   this book?
18   A.  Where is November 2003?
19   Q.  Let's go through it.  Page 2 --
20   A.  Like I said, I didn't stay steady on anything.
21   So, but I don't know where it says November 2003.
22   Q.  Page 7.  I'm sorry.  November 2001.  It does not
23   say 2003.  Pardon me if I misspoke.
24   A.  Okay.

Page 433

1    Q.  So that's the latest entry, is August 2001 to
2    November 2001; is that right?
3    A.  Yes.
4    Q.  And then we jump to April 2003?
5    A.  Yes.
6    Q.  Were there any pages in between those?
7    A.  No.
8    Q.  Did you produce the entire book to --
9    A.  Yes.
10   Q.  Did you produce the entire book to your attorney?
11   A.  Yes.
12        MS. DIBIANCA:  Then I will submit a formal
13   document request because these are the only pages that I
14   have from the journal.
15        MS. BREWINGTON:  We don't have any other
16   documents.  We copied exactly what was in the journal.
17        (Discussion off the record.)
18   BY MS. DIBIANCA:
19   Q.  All right.  So Snyder 16, the first few pages of
20   that, is it your testimony that those are the only
21   diary entries that you made?
22   A.  Well, as I am looking through this entire
23   package--
24   Q.  Yes.

47 (Pages 430 to 433)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 434

1     A. -- some sheets, whenever they copied this, I
2  think they put notes -- somehow, like this is from, out
3  of the diary.
4     Q. Tell me what page. Tell me what page.
5     MS. BREWINGTON: Okay.
6     A. Okay. If you go to Snyder Exhibit Page 012, then
7  it says P-0827, this is one of my notes that I did write
8  at my desk. I did it on a stick-it, Post-It, because it
9  was that night before. So if you go get him to sign a
10  release thing for Del Tech from his classes -- you know
11  how I have been signing all this release stuff -- I
12  guarantee he had a sexual harassment course on March
13  20th, 2003, because he come in and apologized, and he
14  also, he started telling me that he was getting emotional
15  feelings for me and he thought about me all the time.
16     I made that note as soon as he walked out of
17  my office that day.
18     So then if you turn to the next page, Snyder
19  Exhibit page 013, there is a page from the diary, right?
20  Or is that a piece -- what is that? No, that's some kind
21  of emblem.
22     I don't -- somebody -- okay. Okay. I'm
23  sorry. Now go to page 17. Snyder Exhibit page 017.
24  Now, there is more, there is lines. So however you guys

Page 435

1  packaged this up, I don't know. But I submitted the
2  notes and the diary. That's what I know.
3     Q. Okay.
4     A. This one piece of paper on number 13, it looks
5  like it has some kind of eagle at the top. Whatever type
6  of paper I could get my hands on.
7     Q. Some kind of hunting club, American Hunting Club,
8  North American Hunting Club?
9     A. Yes, that's what it says. Very good.
10     Q. Okay. So it looks like 13, 14, through 21, do
11  you think those are all notes you would have taken at
12  work? I know this is sort of tedious, but if you could
13  just look through each one to confirm.
14     A. Yes, I am. 17 doesn't look like it.
15     Q. Why not?
16     A. Only because of the lines, though, is the reason
17  I say that.
18     Q. Okay.
19     A. But, I mean, it is my handwriting. Don't get me
20  wrong.
21     Q. Right.
22     A. See, you can tell the difference in the book when
23  it was copied. So, yes, but -- then again there is
24  Post-Its that are along like that with lines on it, so...

Page 436

1     Q. So let me ask you: Do you specifically recall
2  writing these or you just recognize them as your own
3  handwriting?
4     A. Some of them.
5     Q. Which ones?
6     A. Well, I didn't read every single one, like I just
7  told you.
8     Q. You just said some of them so --
9     A. Well, if I sat here and read every single one, if
10  I thought long and hard I'm going to remember writing
11  every single one. Just like the one from March the 21st,
12  when I said look up Harris' sexual harassment course.
13  How would I know about that?
14     Q. Was that course something that CitiSteel paid
15  for?
16     A. He had to take -- maybe he did pass the class by
17  now, but he wasn't certified or he wasn't supposed to be
18  in the position that he had or was in. So they were
19  making him go to school, managing diversity or something.
20  I have a whole thing of it at home.
21     Q. That was the name of the class, managing
22  diversity?
23     A. I'm not sure. I did a report on it for him, so I
24  have a copy of it and I supplied you with a copy.

Page 437

1     Q. Did he take more than that class? Was he trying
2  to get a degree or something?
3     A. I don't know. I just remembered sometimes I
4  would also have to go pick up a check for him.
5     Q. From where?
6     A. Up at the main building. They would reimburse
7  him. They would pay him for them, for it. He wouldn't
8  dare take a sexual harassment class on his own. He
9  should.
10     Q. The disciplinary write-up that you contested,
11  that you were opposed to, was that about attendance
12  issues?
13     A. That was part of it.
14     Q. These e-mails that we have started to look at,
15  Snyder 15, and we are not going to go through all of
16  them, certainly, but they do indicate leaving at
17  different times than your normally scheduled shift; is
18  that correct?
19     A. Some of them, yes, when required, when I needed.
20  And it also shows them giving me permission to do so,
21  yes.
22     Q. Were you scared of Mr. Harris?
23     A. I was getting -- as time went on I did.
24     Q. When can you say for certain that you were scared

48 (Pages 434 to 437)

Snyder                                    v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2        C.A. # 04-970-JJF                      June 6, 2006

Page 438

1   of him?

2   A. Well, right around March, when he started telling
3   me he had feelings for me, and he thinks about me all the
4   time, I just -- I got to the point, you know, I didn't
5   know what to do, really.

6   I didn't, I didn't want to tell on him. I
7   didn't want to see him fired. But I wanted him to leave
8   me alone, and he wouldn't.

9   Q. So March was the first time he said he was having
10  feelings for you?

11  A. That's when he started saying he had thought
12  about me all the time and started having feelings for me.

13  Q. At that point you were scared of him or you
14  wanted him to leave you alone?

15  A. I wasn't scared to go to work. I didn't like it
16  if he was the only one up there and I was up there. But
17  nine out of ten there was always somebody up there. Or
18  somebody floating in and out, floating by.

19  Q. When the two of you were alone, did you --

20  A. I tried to avoid that altogether.

21  Q. In the cases when you were alone, were you
22  assertive with him? How was your behavior then?

23  A. If he looked at me weird or tried whispering
24  anything, I would just tell him to shut the F up and keep

Page 439

1   working. And I hated talking to my boss like that, but I
2   had to. So I would just get back to the point at hand.

3   Q. So you were good at standing up for yourself;
4   would that be correct?

5   A. Yes. But at the same time, I feel sorry for
6   other people.

7   Q. How so?

8   A. Just, you know, I don't know, I just feel, like
9   homeless people on the streets, I know people that are
10  very kind and very generous and this and that but will
11  not give one red cent to homeless people on the streets,
12  and I believe you don't know their circumstances.

13  I have seen things where a filthy rich lady,
14  had children, and she somehow ended up poor and they all
15  disowned her and she was a bum there on the street. This
16  homeless lady's dog, he had a giant tumor. She is
17  pushing him around in a baby carriage. And the dog tried
18  to jump out with that giant tumor and attack me. And I
19  had a ten and a five and a one, and I gave her the ten.

20  So I'm just one, I feel sorry for people.
21  You know, I feel like, you know, when somebody does
22  certain things, certain ways, I figure there is something
23  wrong with them. Who knows?

24  Q. So were you scared of him then, Mr. Harris?

Page 440

1   A. Not scared to where he was going to murder me,
2   not that in the office.

3   I got scared of the whole company after I
4   told. I didn't think he was going to set up there and
5   murder me, if that's what you are asking, no.

6   Q. What did you think would happen?

7   A. I just didn't -- I just stayed away from him. I
8   didn't give him time to be alone with me really. I
9   didn't sit around and think anything was going to happen.
10  I was thinking and knowing something had to be done
11  because he wouldn't leave me alone.

12  Q. The tape that you have with you and Mr. Harris,
13  were you both alone in that conversation?

14  A. He stood in the hallway. He wouldn't come in.

15  Q. So was there anybody else there at that time?

16  A. No.

17  Q. Is there anybody else's voice on that tape that
18  you can recall?

19  A. No.

20  Q. That would be an example of a time that you were
21  alone with him. At that time were you scared of him?

22  A. No.

23  Q. What was your feelings towards him?

24  A. I knew I had the tape recorder in my pocket and I

Page 441

1   knew he didn't know that.

2   Q. So that made you feel what?

3   A. More confident. Stronger I guess.

4   Q. Okay. Sam Lang, we had mentioned him last week.

5   A. Yes.

6   Q. Did you tell him about the disciplinary memo or
7   the write-up?

8   A. Maybe.

9   Q. Do you not recall?

10  A. I don't recall. Maybe I did.

11  Q. Were you friendly with him?

12  A. They would all stand in my office. The water
13  cooler was outside my office. So I would talk to them,
14  yes.

15  Q. Did you tell anybody else about the write-up, any
16  other employees at CitiSteel?

17  A. Carmella. I think a few of them knew. I think
18  several of the workers knew.

19  Q. How would they have known?

20  A. I have no clue. Just by talk in the work area.

21  Q. But the only people that you would have told
22  would have been Carmella and --

23  A. I assume.

24  Q. And perhaps Mr. Lang? Or not Mr. Lang?

49 (Pages 438 to 441)

B-0262

Snyder                                    v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2          C.A. # 04-970-JJF                  June 6, 2006

Page 442

1    A. Maybe I did. Probably did. I could have told
2    every other worker that stood in my office drinking
3    water, so...
4    Q. Just in conversation?
5    A. Just probably because I was mad that Randolph
6    tried to have me written up.
7    Q. Okay. Did you tell Carmella that you were mad
8    that Harris tried to write you up?
9    A. I'm sure I did. They all knew I was mad. I
10   wasn't going to sign something that I didn't do, that was
11   a lie about me.
12        Mr. Buragino knew I wasn't signing it, and
13   Randolph was scared that day when I wouldn't sign. He
14   told me later that he thought I was going to tell then.
15   Q. He told you later, I'm sorry?
16   A. He told me later that he thought I was going to
17   tell right then and there, during that meeting, at the
18   end of February.
19   Q. What were you going to tell? What did he say --
20   A. What he had been doing to me.
21   Q. What did he say, though?
22   A. I was -- that he was scared I was going to tell
23   them.
24        By them trying to -- by him trying to have

Page 443

1    me written up and they wanted me to sign that piece of
2    paper, the one that they wrote, I refused to sign --
3    Q. Yes.
4    A. You have a copy of it.
5    Q. Yes, the one we looked at last time.
6    A. He told me that he thought I was going to tell on
7    him right then.
8    Q. Do you believe that he wrote that it was Harris'
9    idea to create the write-up?
10   A. Yes, I do believe that.
11   Q. Why would he have created a write-up if it would
12   have resulted in you telling on him?
13   A. He wanted to show me who had authority, and Mr.
14   Ford also told me that.
15   Q. Told you what?
16   A. He, Randolph always wanted control. And I, the
17   way I was taking it was he was trying to threaten me or
18   my job. I have no clue. So I know I didn't deserve to
19   be written up, so I didn't sign it.
20        Apparently they didn't want me to leave too
21   bad or they would have found a reason to fire me or they
22   would have fired me. And then they certainly wouldn't
23   have tried to offer me a whole other office.
24        So I have no clue about any of them. You

Page 444

1    can ask them.
2    Q. Did they tell you that they did not want to fire
3    you?
4    A. They never mentioned the word "fire" at all, not
5    Randolph or Buragino or them during that meeting, no.
6    Q. Did they specifically say something that we do
7    not want to fire you?
8    A. No. They didn't say anything.
9    Q. Did they say they wanted you to improve?
10   A. But there was nothing to improve.
11   Q. But did they say that? That's what I'm asking.
12   A. I don't recall, no. I was angry and I wouldn't
13   sign it.
14   Q. I'm just trying to narrow down why you think that
15   they weren't going to fire you.
16   A. Well, like I said, Delaware is an at-will state.
17   They can do anything they want at any time. But I never
18   gave them a reason to fire me.
19        If I don't know how to do my job, I'm not
20   going to hide in a corner. I stick my hand up and ask.
21   I'll tell you straight out, I do not know how to
22   pronounce this word, I do not know how to do this job and
23   I need your assistance. I'm not going to pretend I know
24   how to do something and I don't, and then do a crappy job

Page 445

1    at it.
2    Q. I think you said something about Harris, they
3    weren't going to fire you, during the memo, regarding the
4    write-up.
5    A. I didn't take it as they were firing me.
6    Q. Okay. That's all I want to know really. So at
7    that meeting, where they brought that memo and you said
8    you were not going to sign, did you feel like you were
9    going to be fired?
10   A. No.
11   Q. Okay. Is there anything that you can recall that
12   they said or did that would make you think, kind of
13   assured you you would not be fired?
14   A. No.
15   Q. Okay. Did everybody, all the workers in your
16   area, not every single one, did most of them know that
17   you believed that Harris had instigated the write-up?
18   A. Oh, I don't know. I don't know what any of them
19   people believed. You know how people are in the work
20   environment.
21   Q. Did they know that you had said that?
22        MS. BREWINGTON: Objection, calls for
23   speculation.
24   A. I don't know what any of them people know, think

50 (Pages 442 to 445)

Snyder                                          v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2            C.A. # 04-970-JJF                       June 6, 2006

Page 446

1   or say.
2       Q.   I'm trying to get back to something you said
3   earlier just about there was a lot of employees, it was
4   office talk, something about that.
5       A.   I said you know how office talk is.
6       Q.   Okay.
7       A.   Maybe we could pull it up there, whatever I said.
8       Q.   Whatever you want.
9       A.   Whatever.
10      Q.   It is not important to me to do that. This was
11  when I was asking you about Carmella. Had you told
12  Carmella you thought Harris had instigated the write-up?
13      A.   I even told myself that, yes.
14      Q.   And who else did you tell?
15      A.   I don't know. Maybe I did tell -- I am probably
16  sure I did tell Carmella. If Carmella says I told her
17  that, which I'm sure I did, she started to become a
18  confidante, so I thought.
19      Q.   Do you recall telling anyone else?
20      A.   No. It doesn't mean I couldn't have.
21      Q.   Sure. And that's what you are saying.
22  Absolutely.
23           (Discussion off the record.)
24      Q.   Let's look at Snyder 12 again. Can you look at

Page 447

1   page 36 of Snyder 12.
2       A.   Yes.
3       Q.   I believe it is letter H on the list of A through
4   I. Do you see that?
5       A.   Okay.
6       Q.   Can you just tell me what that means, that
7   paragraph? Specifically, who are you referring to in
8   this paragraph?
9            Actually it is just the first sentence. I
10  don't even need the whole paragraph.
11      A.   I don't know.
12      Q.   Did your lawyers advise you to not play the tapes
13  for any party?
14           MS. BREWINGTON: I'm going to object.
15           MS. DIBIANCA: It is a written submission to
16  the EEOC.
17           MS. BREWINGTON: Where does it say about the
18  tapes? I'm sorry.
19           MS. DIBIANCA: I'm sorry, Lori. Page 36, H.
20           MS. BREWINGTON: I didn't really finish
21  reading the whole thing.
22           MS. DIBIANCA: Really, for the record, I'm
23  not asking about the second half of paragraph H.
24           MS. BREWINGTON: I haven't even read it yet.

Page 448

1   I'm sorry. I was reading from the top. You can go
2   ahead, just as long as....
3   BY MS. DIBIANCA:
4       Q.   Do you know who your lawyers would have told you
5   not to play the tapes for?
6       A.   I'm assuming maybe CitiSteel. I don't know.
7       Q.   Were you represented at that time?
8       A.   Well, apparently if I used the term "my lawyers,"
9   and then if you do read the rest of that statement, it
10  also goes on to say about eight months later they wanted
11  20,000 doctors to use -- they wanted $20,000 to use
12  doctors I was never treated by.
13           I wouldn't agree to something. That would
14  have been a lie, right? Right.
15           So we might as well finish reading that
16  whole paragraph H because apparently I do have lawyers.
17  I did have lawyers or I wouldn't have stated I had
18  lawyers. And then it goes on to say how I wanted -- I
19  wasn't having them as my lawyer no more.
20      Q.   Would this have been Mr. Neuberger's office?
21      A.   Yes. That was my only lawyer.
22      Q.   Right.
23      A.   Yes.
24      Q.   Did you have a written agreement with Mr.

Page 449

1   Neuberger?
2       A.   Maybe something typed and then signed.
3       Q.   Something that would have indicated the date you
4   retained him?
5       A.   I'm sure I do.
6       Q.   Okay. I'm going to put a formal document request
7   on the record for that. Just to the limited extend that
8   something can establish the time of hire for Mr.
9   Neuberger's office or any other counsel, should there be
10  any.
11      A.   Okay. Well, we know this, it was definitely in
12  between April the 10th and May 12th. We know that.
13      Q.   What was May 12th? Why does that date stick out?
14      A.   That was the hearing or referee guy, appeal.
15      Q.   Right, right. Unemployment, exactly.
16           MS. BREWINGTON: When we talk about lawyers'
17  representation, just for clarification, are we talking
18  about Neuberger or are we talking about --
19           MS. DIBIANCA: Anybody prior to you. Really
20  anybody prior to time of employment, you know, during
21  CitiSteel employment, EEOC filing and subsequent
22  investigation.
23           MS. BREWINGTON: Any documents relating to
24  the date of hire of representation, a lawyer's

51 (Pages 446 to 449)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 450

1  representation?
2      MS. DIBIANCA:  Right, yes.
3      MS. BREWINGTON:  Okay.
4  BY MS. DIBIANCA:
5      Q.  When you confronted Mr. Harris about the
6  write-up, what was the nature of that confrontation?  Was
7  it hostile?
8      A.  I'm sure I was.
9      Q.  Okay.
10     A.  When I'm right and I know somebody is trying to
11 do something rotten, yes, I will get hostile.
12     Q.  Okay.
13     A.  When I know they are lying, yes.  Sure, I did.
14     Q.  Do you remember any of the words that you used at
15 that time?
16     A.  I know I went screaming down the hallway.  I went
17 screaming into his office.  Mike Walker, I think, he was
18 a supervisor, he was in the office at the time.  He is
19 one of the ones that used to have a beard, but he had to
20 shave it off because some sparks flew on to him and Rick
21 Emm's face.
22     Q.  Rick Emm?
23     A.  Yes, they are the two guys where I never got the
24 accident report on, and there was supposed to be an

Page 451

1  accident report and it was never handed in.
2      Q.  How do you spell Emm's last name?
3      A.  E-M-M.
4      Q.  Okay.  So you went screaming down the hall and
5  into Mr. Harris' office?
6      A.  I went storming down the hall, and then like just
7  as I come around the corner to go in his office I started
8  hollering.
9      Q.  What did you say?
10     A.  I don't remember.  Just yelling at him for making
11 up those lies.  "How dare you, you know, try to have me
12 written up."
13          And then a little bit later I ended up
14 apologizing to, I think, Walker.  Not Mike Walker.  Wait
15 a minute.  I forget the supervisor's name.  But I ended
16 up apologizing for running into Harris' office screaming
17 and he was in there.
18     Q.  Mike was in there?
19     A.  Yes, Mike.
20     Q.  Is it English?
21     A.  Yes, that's it.
22     Q.  All right.  So Mike English was in Harris' office
23 when you came around the corner into the office?
24     A.  Yes.  And you know what, I know a Mike Walker.

Page 452

1  And I couldn't shake that name and get the name.  But,
2  yes, ma'am, he was.
3      Q.  And you apologized to Mr. English later?
4      A.  Yes.
5      Q.  Tell me, why did you do that?
6      A.  Because I didn't know he was in there.  And I
7  started hollering just as I come around the corner.
8      Q.  Cussing?
9      A.  Yes.
10     Q.  There apparently was some dispute about what was
11 said during that conversation.  Did you tell Mr. Harris
12 something along the lines of, I'm just going to quote
13 from my notes here, "I am a ghetto bitch, don't fuck with
14 me"?
15     A.  Is that what Mr. Randolph Harris said I said?
16     Q.  I'm asking you if you said it.
17     A.  No, I never said that.
18     Q.  How do you know you didn't say that?
19     A.  Well, apparently he must have said it because I
20 had to rebuttal back on him saying such a thing.
21     Q.  Okay.  Let's just --
22     A.  I didn't say it.  He said.  He said.
23     Q.  He said that you said it?
24     A.  Yes.

Page 453

1      Q.  It is a complicated record, I know.
2      A.  It is okay.
3      Q.  But you did not say that?
4      A.  No.
5      Q.  Would you have said something similar?
6      A.  No.
7      Q.  But you would have cussed?
8      A.  Yes.
9      Q.  Did you have an attitude with Mr. Harris if he
10 asked you to do something that is not in your job
11 description?
12     A.  No.  If he put too much on me in one day or
13 something, like one time in front of, I don't know, one
14 of the supervisors, he wanted to start -- I'm busy
15 running around, like I like to be.  Don't get me wrong.
16 He wants to show me how to do something on some crazy new
17 machine.  So, yes, I'm pretty sure I didn't like that.
18     Q.  Would you have a bad attitude?  What was your
19 response?
20     A.  Well, you are my boss.  I'm willing to learn.
21 But, you know, nothing.  I probably did what I was told.
22 I always did.
23     Q.  But you didn't have a problem speaking up for
24 yourself?

52 (Pages 450 to 453)

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 454

1  A. Not at all.
2  Q. When you felt that you had been wronged by Mr.
3  Harris with regards to the memo, you didn't have trouble
4  speaking up for yourself at that time?
5  A. No. When I found out it was his idea, yes.
6  Q. From Mr. Ford you found this out?
7  A. Yes. I knew in the back of my mind anyway,
8  because I knew there really wasn't no reason for me to be
9  written up. For what?
10  Q. And you spoke up for yourself against him at that
11  time?
12  A. Yes.
13  Q. On Snyder 12, page 33, you have underlined sort
14  of a heading, it indicates "Subsequent Investigation" and
15  some of that is abbreviated so I'm just guessing.
16  A. Yes.
17  Q. Can you tell me what the first bullet point
18  there, what you are talking about, or even the first and
19  second if you would like?
20  A. Sam Lang told me earlier on that Randolph said to
21  him she is bad news, meaning me. Randolph didn't want
22  him around me. Randolph didn't want any of the guys
23  around me. The guys couldn't help but be around me.
24      So when he told me, he begged me not to say

Page 455

1  anything, and I promised him I would not, I would not
2  tell on him. But here is the thing.
3  Q. You mean -- I'm sorry to interrupt -- Sam Lang
4  when you say "he"?
5  A. Yes.
6  Q. Sorry, go ahead.
7  A. But once, once I approached Randolph with it --
8  and how would you know who said that to me if you never
9  really said it. Do you understand that?
10      So Randolph was going to know anyway,
11  because Randolph said it to Sam Lang. So I told Sam,
12  "Well, yes, I won't tell," but Randolph was going to know
13  anyway.
14      And I said to Randolph, I said -- I turned
15  around, I think it was the next day after he said that to
16  me, and I turned around and I said, "You think I'm bad
17  news or do you think I'm good news?" And he said, "I
18  think you can be both." And I says, "You are right."
19  Q. Who?
20  A. Randolph said that. And I said, "You are right."
21  I said, "You don't talk bad about me to other co-workers.
22  You are my boss. Act like it."
23      But, see, I think he was just doing it
24  because he was jealous and didn't want Sam or any of the

Page 456

1  guys around me or talking to me, which they had to do.
2  They came to me with their problems.
3      They came -- they would stand there pouring
4  in sweat, looking like they are on their last leg,
5  drinking water at the water cooler which is right there
6  at my door. So, but...
7  Q. Did Harris respond when you said, "Don't talk bad
8  about me"?
9  A. Oh, I don't know. Let's read.
10  Q. It actually doesn't say here.
11  A. Oh.
12  Q. I'm just wondering if you remember.
13  A. I just, I remember that day, spinning around in
14  the chair, when he sat on my table, and I told him not to
15  talk bad about me. You don't do that. If you have a
16  problem with your own employee, you say it to their face.
17  But you don't belittle somebody either. I mean, if you
18  have a problem with the way I'm doing something, you pull
19  me to the side and you tell me and you take it up with
20  me.
21  Q. Did he agree or did he say nothing?
22  A. Well, no. No, he always kept his little laugh.
23  But he knew Sam said it.
24  Q. Okay.

Page 457

1  A. He knew Sam told me because how would he have
2  known -- the only way -- I knew he said it, and he knew
3  that Sam told me, because he did say it to Sam.
4      Now, how would Sam have known that to tell
5  me if Randolph never said it?
6  Q. But did he say "I didn't say it" or "I won't do
7  it again"? Did he respond at all? Do you remember?
8  A. I don't remember.
9  Q. That's fine.
10  A. But I turned right back around and just continued
11  typing. I was doing a report at the time.
12  Q. And that would be another example of you standing
13  up for yourself, I would assume?
14  A. Yes.
15  Q. The next bullet point it says -- actually, if you
16  want to just read it, it would be great. It is cut off
17  at the bottom, but we can do our best.
18  A. "I told Sam about the write-up while Sam stood
19  in my office drinking water - hating Harris - apparently
20  Harris went out and she invited (now ex) Sam's girlfriend
21  back to her place".
22      Sam Lang told me that Randolph Harris had
23  slept with his girlfriend. At that moment that he was
24  telling me she was his ex, Sam's ex-girlfriend. But

53 (Pages 454 to 457)

Snyder                                v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2        C.A. # 04-970-JJF              June 6, 2006

Page 458

1  apparently Randolph Harris went out one night drinking,
2  and ran into Sam Lang's girlfriend, and apparently Sam
3  Lang's girlfriend invited Randolph Harris back to her
4  house where they slept together.
5       Sam Lang told me that.  Yes.
6    Q. He told you. Which came first, you telling him
7  about the write-up or --
8    A. Oh, I --
9    Q. You don't know?
10   A. I don't know.  Sorry.
11   Q. That's fine.  All right.  Does this help you
12 refresh your recollection as to telling Sam about the
13 write-up?
14   A. Yes.
15   Q. So when you said that, was it in the context of
16 you being mad at Mr. Harris? I won't say the word
17 "hate." That's what it says there.
18   A. Yes. I don't even believe in using the word
19 "hate." My mother taught me that at an early age.
20       See, if I had -- I mean, whatever we were
21 talking about, I mean, just like in a matter of five
22 minutes you can learn about somebody's whole entire life
23 I think, really.  Whatever else we were talking about,
24 this just so happens to be the part that got put on this

Page 459

1  paper as part of my rebuttal.
2       So I don't know who said what first, you
3  know.
4    Q. Do we know that you told Sam Lang about the
5  write-up?
6    A. Yes, ma'am, that's what it says right here.
7    Q. I know. I just want to get it on the record.
8  And do you know if you told Sam that you believed that or
9  you believed that Mr. Harris was the motivator for that
10 write-up?
11   A. Yes, because I know he was and Dennis Ford
12 verified it.  Dennis Ford said he was.
13       MS. DIBIANCA: Can we take a break, five
14 minutes, and I have a half hour left and we are totally
15 done.
16       (Recess taken.)
17 BY MS. DIBIANCA:
18   Q. I'm going to back to damages just for a few
19 moments and then we are done for the day.  Were you
20 depressed as a result of your experience at CitiSteel?
21   A. Yes.
22   Q. Who diagnosed you with depression?
23   A. Oh, I know I was depressed.
24   Q. Did you seek any treatment for your depression?

Page 460

1    A. Just with Cynthia Wright.
2    Q. When did you first seek treatment with her for
3  depression?
4    A. I don't know.  That's on my list to bring in.
5    Q. Okay.
6    A. I'm sorry, I can't remember the exact date.
7    Q. No.  That's okay.  Was it reasonably soon
8  after --
9    A. Yes.
10       MS. BREWINGTON: Did you finish your
11 question?
12   Q. -- after the April 10th separation date?
13   A. Yes.
14   Q. Anybody else did you see for depression?
15   A. Just Goodman.
16   Q. Is he your regular physician?
17   A. Yes.
18   Q. When did you see him? At the same time as Miss
19 Wright?
20   A. Before.
21   Q. Okay.  Were you depressed when you were at
22 CitiSteel?
23   A. No. I had no reason to be depressed.
24   Q. I just want to make sure I'm getting the time

Page 461

1  line correct.  So when you left CitiSteel in April 2003,
2  you would have seen Dr. Goodman first and then Cynthia
3  Wright?
4    A. Yes, ma'am.
5    Q. And did he refer you to Cynthia Wright?
6    A. You know, I can't recall. I was actually trying
7  to think about that earlier when we were -- when I had
8  said to you all you have to do is call the Concord
9  Wellness Center, they will give you her new name or her
10 new number and address on Limestone Road, because I was
11 able to contact her through them.  But I really can't
12 recall. I was actually asking myself that question
13 earlier.
14   Q. Okay. That's fine.  When you contacted her was
15 that repeatedly?  Or when was that, Miss Wright?
16   A. That was a little while ago.  Maybe -- oh, my
17 God, I'm so sorry.  Maybe a year ago.
18       MS. BREWINGTON: You didn't get me.
19   Q. A year ago.  What were you contacting her for?
20   A. I don't recall.
21   Q. Were you seeking treatment?
22   A. No, no. It may have been a little over a year
23 ago. I can't -- it was soon right after she moved to
24 Limestone Road.  So whatever that was.  Whenever that

54 (Pages 458 to 461)

Snyder                              v.                    Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2         C.A. # 04-970-JJF              June 6, 2006

Page 462

1  was. I wanted to go and see her, but I didn't.
2      Q.   For treatment?
3      A.   Because of CitiSteel, yes.
4      Q.   But a year ago I mean?
5      A.   Yes. Even now.
6      Q.   Tell me about that.
7      A.   What do you want to know about it?
8      Q.   You last year you decided you still wanted, still
9  needed treatment?
10     A.   Oh, I just wanted to talk to her. I mean, she
11 became -- you know, she learned all about, you know,
12 every little nook and cranny basically. So yes.
13     Q.   Was it more that she was a comfort to you or more
14 that there was a specific problem you were hoping she
15 could help you address?
16     A.   Just someone to go basically talk to, I guess.
17     Q.   Sure.
18     A.   About this still being an ongoing issue.
19     Q.   What was still ongoing that was an issue?
20     A.   The reason why we are here today.
21     Q.   But what --
22     A.   CitiSteel, Jerry Downie and Randolph Harris'
23 behavior.
24     Q.   Was it causing you emotional upset or something

Page 463

1  like that?
2      A.   Yes. It still bothers me.
3      Q.   Okay. Fair enough. Did you have medical
4  insurance a year ago when you talked to, tried to call
5  Miss Wright?
6      A.   No.
7      Q.   Have you had --
8      A.   That's why I couldn't go see her. I'm sorry.
9      Q.   That's okay. That's why you couldn't go see her?
10     A.   Yes.
11     Q.   Have you had healthcare at any time since you
12 left CitiSteel?
13     A.   Yes, Medicaid.
14     Q.   And you didn't have that last year when you
15 called?
16     A.   No. Or I did have it. Her company didn't take
17 that kind or some -- yes. Her company didn't take that
18 kind.
19     Q.   Okay.
20     A.   I guess there is different kinds.
21     Q.   All right. So Miss Wright and Dr. Goodman were
22 the only healthcare providers you saw for depression,
23 right?
24     A.   Yes.

Page 464

1      Q.   And when did your depression end?
2      A.   I still get, you know, sad, mad over it. People
3  can just walk all over people and treat others like this
4  and get away with it, or sit there and lie and try to get
5  away with it. It still bothers me. So it didn't end,
6  really.
7      Q.   I'm just trying to differentiate between sort of
8  clinical depression in the sense that --
9      A.   No, no.
10     Q.   That wasn't you?
11     A.   I'm not ready to jump off a bridge. I love life
12 too much. No.
13     Q.   Okay. That's good. That's a good thing.
14          So maybe --
15     A.   I was depressed to where I just locked myself in
16 the house and repeatedly checking the windows and stuff.
17 I figured something was wrong with that.
18     Q.   The paranoia we talked about earlier?
19     A.   Yes.
20     Q.   So would it be a better description, instead of
21 me using the word depression, would a better description
22 be like sadness, general sadness?
23     A.   Well, and I wouldn't stop crying. Because I
24 loved my dumb, dirty little job. I had to walk through

Page 465

1  all the filth to get up to that stupid little office, but
2  it was my dumb, dirty little job. And I didn't do
3  anything wrong.
4          And, you know, to this day I think, where is
5  the justice? I mean, you know, everything that they did
6  is forbidden in life and they did it.
7          I mean this stuff you see on TV. This isn't
8  stuff, you know, that legally happens. I mean not to me
9  anyway. So, and I don't know, I guess I just got freaked
10 out about it, period.
11     Q.   And the crying, constant crying, when did that
12 stop?
13     A.   I don't know a date, Margaret.
14     Q.   Within a month?
15     A.   No. No. It went on and on. I cried all the
16 time. My eyes were always puffy and swollen, like, I
17 don't know, like some little fruit cake. I don't know.
18     Q.   Last year was it still going on?
19     A.   Oh, yes.
20     Q.   Yes?
21     A.   Sure. If I sit around now if I, you know, if I
22 waste my time on them people, if I -- you know, like even
23 now, I don't like being here, sitting here dealing with
24 them pigs. But I have to be, right?

55 (Pages 462 to 465)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 466

1    Q. I don't know. Do you?
2    A. Yes, I do. Yes, I do and I will.
3    Q. Okay.
4    A. So, it makes me mad. Sure. Sometimes I will sit
5    around and get sad about it. I think you would too. I
6    should hope it never happens to you or anyone else here
7    in this room.
8    Q. Okay. But the crying all of the time --
9    A. It slowed down. Gradually, just like if you lose
10   someone in life, like a great loss, a loss of love, in
11   any sense of the matter, eventually, you know, time, how
12   do we say it, time heals all wounds. Some wounds take
13   longer to heal than others.
14        I'm sorry I can't give you every single
15   answer that you are looking to hear, but that's my
16   answer.
17   Q. 2004, do you think you would have been crying all
18   that time, constantly crying in early 2004?
19   A. Every day crying of 2004, no.
20   Q. Okay. Would you have been depressed in early
21   2004, depressed as in more than sadness?
22   A. What do you mean? I never got to a point where I
23   wanted to jump off a bridge. But, sure, just -- yes.
24   Q. Were you taking any medicine that would have

Page 467

1    caused you to be depressed after you left CitiSteel?
2    A. No. Actually they were giving me medicine to
3    help me not be depressed.
4    Q. That was the Lexapro?
5    A. Yes, ma'am.
6    Q. Any other medicine they were giving you to treat
7    your depression?
8    A. No, not that I know. I think he gave me
9    something to help me sleep.
10   Q. I said Lexapro. Was it alprazolam that we talked
11   about last time?
12   A. Okay.
13   Q. I'm not sure. Was that a generic for Lexapro
14   maybe? A-L-A-P-R-A-Z --
15   A. Then I think there was something -- there was
16   something also. I had a sinus. It was a Singulair.
17   That was on the report I gave you.
18        And then there was also I think a trazodone.
19   I think the alprazolam and the trazodone was trying to
20   help me sleep.
21   Q. Okay. I have an alprazolam, or however you say
22   it, I'm sorry --
23   A. Yes.
24   Q. -- prescription filled on February 12th, as well

Page 468

1    as a Lexapro filled on February 12th, 2004. Would you
2    have been receiving two different medications for --
3    A. Yes, one --
4    Q. Go ahead.
5    A. Sorry. One would help me stop crying and the
6    other would help me sleep.
7    Q. Okay. Okay. What other medicines were you on at
8    that time, February 12th, 2004?
9    A. I don't remember.
10   Q. Did you ever have any other healthcare problems
11   at that time that you would have been receiving regular
12   treatment for?
13   A. I don't remember.
14        MS. DIBIANCA: Can we go off the record.
15        (Discussion off the record.)
16        THE WITNESS: Let me hear every dig at
17   Randolph and every time they took a shit.
18        MS. BREWINGTON: We are going to have to
19   step outside.
20        THE WITNESS: No. I'm getting angry now.
21        MS. BREWINGTON: I need to talk to you.
22        THE WITNESS: It is no, no, no, no.
23        MS. BREWINGTON: I need to talk to you. You
24   may sit there if you want to, but you may not have

Page 469

1    representation.
2        THE WITNESS: Oh, yes, I will.
3        (Recess taken.)
4        MS. DIBIANCA: Should I go with my
5    questions?
6        MS. BREWINGTON: Yes.
7    BY MS. DIBIANCA:
8    Q. February 12th, 2004, would there have been other
9    medications you had been on at that time?
10   A. Actually no.
11   Q. Okay.
12   A. Not that I remember at that date, no.
13   Q. What about for the months of January, February
14   and March of 2004?
15   A. I do not remember.
16   Q. Infergen, I-N-F-E-R-G-E-N, are you familiar with
17   that medication?
18   A. Not from the year 2004, ma'am.
19   Q. Are you familiar with the medication?
20   A. Yes.
21   Q. Do you know when you started taking it?
22   A. Yes, I do.
23   Q. When was that?
24   A. Do I really have to answer these questions here?

56 (Pages 466 to 469)

Snyder                                              v.                     Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2                  C.A. # 04-970-JJF                      June 6, 2006

Page 470

1  I don't understand.
2       MS. BREWINGTON: Off the record.
3       MS. DIBIANCA: I don't want to go off the
4  record.
5       MS. BREWINGTON: I don't know what that is
6  related to. I've already discussed with you what you can
7  and should not be discussing here. And there is one
8  stipulation that we have agreed to off the record. I
9  just told you about that over there.
10      THE WITNESS: Okay. So -- okay. All right
11 then. We can go back on the record if you want.
12      MS. BREWINGTON: We have been on the record.
13      MS. DIBIANCA: We are on the record.
14 BY MS. DIBIANCA:
15      Q. I'll ask my question again. Infergen, I'm asking
16 if you recall the date that you began taking Infergen?
17      A. Yes.
18      Q. What was that date?
19      A. January 2005.
20      Q. Are you currently on it?
21      A. No.
22      Q. When was your last time you filled that
23 prescription?
24      A. The beginning of March 2006.

Page 471

1       Q. That was the last time you filled the
2  prescription or last time you took it?
3       A. Last time I filled it and took it.
4       Q. What was the length of the prescription? Is it a
5  one dosage treatment?
6       A. No, it was an ongoing thing.
7       Q. So when did you stop? When did you run out of
8  the prescription?
9       A. We stopped renewing it March, beginning of March,
10 or the end of April 2006. I'm pretty sure it was the
11 beginning of March.
12      Q. Where do you get that filled?
13      A. Gastroenterology Associates.
14      Q. Where is that?
15      A. Medical Arts Pavilion I.
16      Q. Did you have any side effects with that medicine,
17 Infergen?
18      A. Yes.
19      Q. What were the side effects that you experienced?
20      A. Just tired, sick. A little bit loss of hair.
21      Q. Did you report those to your prescribing
22 physician?
23      A. Yes.
24      Q. And did he say those were normal side effects?

Page 472

1       A. Yes.
2       Q. He didn't take you off of the medicine because of
3  them; is that correct?
4       A. No.
5       Q. That's correct?
6       A. Yes.
7       Q. Okay. And were there any other medicines that
8  you have taken that had -- let me not say other. Were
9  there any medicines that you have taken between 2001 and
10 currently that would have caused side effects of
11 depression, insomnia, sleeplessness, anything like that?
12      MS. BREWINGTON: Objection, compound.
13      A. No. Am I supposed to answer?
14      Q. Go ahead and answer, yes.
15      A. No, not that I know of.
16      Q. I guess it is compound. I guess I should
17 rephrase.
18      Have you taken any medicines that you
19 remember that have caused you to feel depressed or have
20 insomnia or other symptoms of depression?
21      A. No.
22      Q. Okay. Any other medicines other than the
23 Alprazolam and the Lexapro that you have taken for
24 depression-related or anxiety-related illnesses?

Page 473

1       A. Not that I recall.
2       Q. Hydroxyzin, H-Y-D-R-O-X-Y-Z-I-N, that was
3  prescribed by Dr. Goodman. Is that something you recall
4  taking?
5       A. I don't remember.
6       Q. I have the dates in case this helps you. June of
7  2005 and February 2005. Does that help you recall?
8       A. No.
9       Q. Is there any reason that you would not recall
10 taking an anti anxiety medication?
11      A. No. I just don't remember.
12      Q. Pegasys, P-E-G-A-S-Y-S, do you recall that
13 prescription?
14      A. Yes.
15      Q. Do you remember when that was first prescribed?
16      A. 2005, January, excuse me.
17      Q. And do you remember the last time you got that
18 filled? Are you still taking it?
19      A. No. April or the beginning of March 2006.
20      Q. Did that medicine give you any side effects?
21      A. The hair, the same as the other.
22      Q. What about depression?
23      A. I think I got -- I would be depressed just
24 because it would make me lazy. That's about it.

57 (Pages 470 to 473)

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 474

1    Q.    Ribavirin?
2    A.    Yes.  What about it?
3    Q.    Is that the same time period?
4    A.    Yes.
5    Q.    Did you experience any side effects or the same
6    side effects with that?
7    A.    It all ran together.
8    Q.    Okay.  You were taking these at the same time?
9    A.    Yes.
10   Q.    Did you have any suicidal thoughts during that
11   period?
12   A.    No.
13   Q.    Tramadol, do you recall that one?
14   A.    No.
15   Q.    I have it just as one fill on September 27, 2005.
16   A.    No.  I don't remember.
17   Q.    That's all I have for that.
18         Did Dr. Beswick ever communicate with Miss
19   Wright?
20   A.    I don't know.
21   Q.    Did he ever ask you to communicate with Miss
22   Wright?
23   A.    No.
24   Q.    Did she ever want to talk to him?

Page 475

1    A.    Not that I know of.
2    Q.    Okay.  Now, did you see any kind of, I'm going to
3    say psychiatry, I'm using that losing, mental health, how
4    about we say that, at Gastroenterology Associates?
5    A.    No.
6    Q.    Do they have somebody there on staff?
7    A.    Not that I know of.
8    Q.    Okay.  Would you have ever been depressed over
9    any medical condition?  I'm not asking what the medical
10   condition is.  I'm merely asking:  Would you have been,
11   were you depressed at any time because of a medical
12   condition?
13   A.    I think any time anybody finds out something may
14   be wrong with them, I think that it may, quote, depress
15   slash sadden them for a moment, but then once they start
16   and realize that they can overcome anything, and fight
17   it, and they stick with that path, everybody is fine and
18   gets over it quick.
19         And so did I ever sit around and thinking
20   myself about a medical condition, the answer is no.  Is
21   that what you want to get to?
22   Q.    Okay.  That's definitely part of it.
23   A.    Instead of beating around the bush with 20
24   million different questions, you know.

Page 476

1    Q.    Other than the extreme of what you have
2    referenced, suicide, and somewhere between suicide and
3    sadness, were you — I don't want any other word other
4    than depress.
5    A.    Scratch the word suicide.  May I interrupt you?
6    Q.    Okay.
7    A.    Because anybody that knows me, I love life
8    probably more than anybody in this room put together.
9    Every morning when I wake up, you know how we are all
10   going oh, oh, and I definitely do it in the morning, most
11   definitely, (Indicating.)
12         Do you know I thank that man that I woke up
13   the first thing before I do anything.  So we can just
14   scratch that word completely out of our vocabulary.
15   Q.    Okay.  All I'm trying to do is find —
16   A.    I know what you are trying to do.  It is okay.
17   Q.    What am I trying to do?
18   A.    Just dig at things that make no sense and totally
19   irrelevant from this case.  That's what you are trying to
20   do.  That's your job, and it is okay and I understand.
21   Q.    Okay.  Actually, what I'm trying to do is get on
22   the spectrum of least upset to most upset.  I'm trying to
23   find where you were on that spectrum, because of
24   CitiSteel and because of anything else that may have been

Page 477

1    going on that caused you to be more than plain Jane sad.
2    Can you give me a description of that?
3    A.    Yes.  CitiSteel made me lock myself in the house,
4    crying all the time.  Me on medication, no, never.
5    Q.    Not on medication, what did you say?  I'm sorry?
6    A.    When I was on medication, no, I was never nowhere
7    near as sad as wanting to lock myself in the house,
8    crying all the time.
9    Q.    Oh, I'm sorry.  In regards to a medical
10   condition, is that what you mean?
11   A.    Yes.
12   Q.    On a scale of 1 to 10, 10 being the word you
13   don't want me to say, which is suicide —
14   A.    You can say it all you want.
15   Q.    But not in reference to you, I just mean —
16   A.    Exactly.
17   Q.    1 being, you know, every day, you see somebody on
18   the street, like you said earlier, and it is sad, right?
19   A.    It is a sad thing.
20   Q.    Right.  Okay.
21   A.    I don't sit around and cry about it or lock
22   myself in the house over it.
23   Q.    Okay.  Where from that scale, 1 to 10, would you
24   have been as regards to CitiSteel when you first saw Miss

58 (Pages 474 to 477)

B-0271

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 478

1  Wright?
2  **A. 12.**
3  Q. Past suicide?
4  **A. No.**
5  Q. Right. That's what I'm asking, 1 to 10, 10 being
6  suicide, one being every day sad.
7  **A. I said we don't even -- not to even use that in**
8  **the vocabulary.**
9  **I was sad and mad and just crying all the**
10  **time, and locked myself in the house. I never sat around**
11  **and thought about jumping off the bridge. I don't know**
12  **what you are trying to get at by repeating the same**
13  **question over and over, because I'm just going to keep**
14  **giving you the same answer.**
15  Q. Let me change my question. I'm really not trying
16  to ask the same question.
17  **A. You want to know how close I was to suicide? I**
18  **never was close to suicide.**
19  Q. Not at all?
20  **A. Why do you keep --**
21  Q. You were not close to suicide at any time,
22  correct?
23  **A. No, no.**
24  Q. We are on the same page. That's what I

Page 479

1  understood you to have said.
2  **A. Knock that one out.**
3  Q. All I'm trying to do is get a description of your
4  emotional well-being --
5  **A. It sucked and it was shitty.**
6  Q. Okay. That was at what year?
7  **A. When CitiSteel got rid of me.**
8  Q. Okay.
9  **A. After that piece of shit did to me what he did.**
10  Q. Okay.
11  **A. Does that answer it?**
12  Q. We are getting closer. I would really like you
13  to try to give me a number on a scale of 1 to 10, 10
14  being the worst case scenario, how you could have been
15  sad, the worst you could have been.
16  MS. BREWINGTON: I'm going to object, asked
17  and answered. But go ahead.
18  Q. Only because I think she misunderstood that I was
19  suggesting suicidal tendencies, which I wasn't.
20  So understanding now that I'm not suggesting
21  that --
22  **A. If we hit remind on this I think she mentioned**
23  **the word first.**
24  Q. Mention the word first?

Page 480

1  **A. I think you mentioned it first. Didn't you?**
2  Q. I did. I did. Because I'm trying to get a
3  comparison. I understand you, that you never considered
4  suicide, but I just am trying to get a comparison so that
5  people that are not sitting in this room today can
6  understand how you were feeling. Something of an
7  objective standard.
8  **A. Can I ask a question? So, wait a minute --**
9  MS. BREWINGTON: You can't ask me.
10  **A. -- I'm being recorded and other people are going**
11  **to get to hear me, now I get to hear and see everybody**
12  **and everything else too, right?**
13  **Okay. Miss DiBianca, whatever your name,**
14  **however you pronounce your name -- forgive me if I'm**
15  **pronouncing it wrong -- I was just sad and paranoid and**
16  **depressed and in a state of shock.**
17  **I mean, like I said, I didn't drive. I sat**
18  **on the side of the road. I couldn't drive. Crying,**
19  **screaming. Carmella couldn't understand me. I'm down**
20  **the road from CitiSteel after they throw me out the door**
21  **like a piece of trash, okay, crying, in a state of shock.**
22  **I miss my dumb, dirty little job.**
23  **So I was just sad and my whole little**
24  **life -- I had a routine. I went to the gym in the**

Page 481

1  **morning. I went to work. And I came home from work. I**
2  **went back to the gym. I did my shopping, ran my errands**
3  **with my mother. That's what my life consisted of. And**
4  **they took it away. So I don't know what more you are**
5  **looking to hear.**
6  Q. If I deposed Miss Wright what would she say your
7  state of mind was when you first came to see her?
8  MS. BREWINGTON: Objection. Calls for
9  speculation. You can answer.
10  **A. I don't know. You will have to ask Miss Wright.**
11  MS. DIBIANCA: Okay. Will do. That is all
12  I have.
13  Do you need to ask some questions? No.
14  Okay. Then I'm done, finished.
15  (Proceedings conclude at 4:25 p.m.)
16
17
18
19
20
21
22
23
24

59 (Pages 478 to 481)



Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 482

1
2           I N D E X
3
     DEPONENT:  TERRY L. SNYDER              PAGE
4
       Examination by Ms. DiBianca           250
5
6          E X H I B I T S
7    SNYDER DEPOSITION EXHIBITS            MARKED
8    12 - Handwritten packet                306
     13 - Transcript excerpt                327
9    14 - 4/7/03 Snyder e-mail              402
     15 - E-mail packet                     416
10   16 - Diary                             426
11   DOCUMENT REQUESTS
12   449.7 - Attorney retention
13
14   ERRATA SHEET/DEPONENT'S SIGNATURE   PAGE 483
15   CERTIFICATE OF REPORTER             PAGE 485
16
17
18
19
20
21
22
23
24

Page 484

1   State of Delaware )
                      )
2   New Castle County )
3
4           CERTIFICATE OF REPORTER
5
6        I, Eleanor J. Schwandt, Registered
    Professional Reporter and Notary Public, do hereby
7   certify that there came before me on the 6th day of June,
    2006, the deponent herein, TERRY L. SNYDER, who was duly
8   sworn by me and thereafter examined by counsel for the
    respective parties; that the questions asked of said
9   deponent and the answers given were taken down by me in
    Stenotype notes and thereafter transcribed by use of
10  computer-aided transcription and computer printer under
    my direction.
11       I further certify that the foregoing is a
    true and correct transcript of the testimony given at
12  said examination of said witness.
13       I further certify that I am not counsel,
    attorney, or relative of either party, or otherwise
14  interested in the event of this suit.
15
16
17           Eleanor J. Schwandt
18           Certification No. 125-RPR
19           (Expires January 31, 2008)
20
     DATED:
21
22
23
24

Page 483

1
2
3
4       REPLACE THIS PAGE
5       WITH THE ERRATA SHEET
6       AFTER IT HAS BEEN
7       COMPLETED AND SIGNED
8       BY THE DEPONENT.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

60 (Pages 482 to 484)

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 485

| A | | | | |
|---|---|---|---|---|
| **abbreviated** 454:1 | 420:4 428:7 | 467:2 469:10 | 461:23 467:1 | **alleging** 355:24 |
| **ability** 258:12 342:6 | 431:17 434:15 | 476:21 | 479:9 480:20 | **allow** 334:15 356:17 |
| 343:17 350:7,10 | 436:13 437:11 | **add** 348:13 351:21 | 483:6 | **allowed** 296:24 |
| **able** 255:11 291:20 | 438:3,12 441:6,15 | 352:22 | **afternoon** 387:23 | 302:12 304:16 |
| 325:18 343:19 | 442:11 443:24 | **addition** 333:20 | 388:2 | 340:16 374:13 |
| 363:4 374:1,7 | 445:2 446:3,4,11 | **additional** 334:16 | **afterwards** 337:22 | 380:8 420:23 |
| 403:3,18 407:13 | 447:17,23 448:10 | 342:22 429:9 | 391:23 | **alloy/flux** 252:6 |
| 424:7 461:11 | 449:16,18,18 | **additionally** 416:8 | **again** 276:23 277:1 | **all-the-time** 381:20 |
| **about** 251:21,23,24 | 450:5 452:10 | **address** 461:10 | 279:12 298:9 | **almost** 309:8 342:4 |
| 252:17 253:5,16 | 454:18 455:21 | 462:15 | 305:23 308:10 | 396:1,16 |
| 254:23 255:3 | 456:8,15 457:18 | **adjective** 325:8 | 318:18 319:8 | **alone** 438:8,14,19 |
| 256:3 257:5 | 458:7,12,21,22,23 | **adjourned** 283:21 | 330:23 335:1,3,5 | 438:21 440:8,11 |
| 259:12 266:15 | 459:4 461:7 462:6 | **admit** 275:17 299:6 | 348:6 354:23 | 440:13,21 |
| 267:20 268:11,12 | 462:7,11,18 | 306:5 312:9,9,11 | 376:9 380:18 | **along** 324:15 |
| 268:22 269:24 | 464:18 465:10 | **admits** 345:23 | 393:12 400:6 | 378:22 389:17 |
| 270:3,8,9,18 | 466:5 467:11 | **admitted** 259:17 | 425:8 428:4 | 435:24 452:12 |
| 272:19 275:1,9 | 469:13 470:9 | 386:9 | 435:23 446:24 | **alprazolam** 467:10 |
| 279:3 280:21 | 473:22,24 474:2 | **admitting** 348:20 | 457:7 470:15 | 467:19,21 472:23 |
| 281:10,24 282:16 | 475:4,20 477:21 | **advance** 276:20 | **against** 252:23 | **already** 285:17 |
| 282:17 285:17 | 478:11 | 298:7 409:24 | 253:1 278:4 | 304:15 333:24 |
| 288:10,12 290:23 | **above** 309:12 | 410:2 423:21 | 316:10 332:2 | 343:10 355:14 |
| 291:2 292:16 | 394:13 | 424:11 | 356:1 454:10 | 363:19 396:20,22 |
| 299:5 302:15 | **absolutely** 414:3 | **advantage** 254:24 | **age** 458:19 | 403:11 409:1 |
| 309:3 311:1 312:1 | 446:22 | **advice** 297:23 | **agencies** 338:18 | 470:6 |
| 313:19 314:1,18 | **Academy** 334:4 | 299:14,20 300:19 | **agency** 339:17 | **alter** 260:13 |
| 316:19,21 318:6 | **accelerating** 395:23 | 301:5 | 341:9 | **although** 354:8 |
| 321:14 322:12 | **accept** 271:8 | **advise** 447:12 | **ago** 251:24 302:24 | 356:14 |
| 329:20 330:9,18 | **accepting** 295:15 | **affected** 315:19 | 305:1 342:15 | **altogether** 438:20 |
| 331:4,7 342:8,17 | 338:14 | **afford** 365:5 | 461:16,17,19,23 | **always** 254:4 |
| 344:5 347:14 | **accident** 450:24 | **after** 252:10 258:20 | 462:4 463:4 | 273:16,21 329:12 |
| 348:1,9,13,16 | 451:1 | 262:18 263:12,24 | **agree** 257:16 340:2 | 337:3 377:20 |
| 350:16,17 352:15 | **Accounting** 341:8 | 271:24 272:16 | 346:14 448:13 | 378:23 379:20 |
| 357:18 358:24 | **accurate** 302:3 | 273:4,5,16 274:9 | 456:21 | 380:7 381:11,13 |
| 359:1,4,13 366:6 | **across** 407:2 | 274:14 285:5 | **agreeable** 334:18 | 383:7 391:16 |
| 366:8 369:10,11 | **act** 321:8 404:7 | 286:2 291:18 | **agreed** 265:20,20 | 393:4 394:20 |
| 369:13,17 374:20 | 455:22 | 294:23 302:9 | 334:15 420:24 | 406:24 410:3 |
| 376:7 379:3,12 | **action** 249:7 332:2 | 312:23 313:10 | 470:8 | 424:2 438:17 |
| 381:19 382:8 | **actions** 326:8 377:1 | 318:5 322:18 | **agreement** 448:24 | 443:16 453:22 |
| 383:8,9 384:10,13 | **Actual** 417:12 | 323:9,13 331:18 | **ahead** 266:13 267:7 | 456:22 465:16 |
| 386:4,5 387:15 | **actually** 252:8 | 332:13 333:17 | 293:3 295:18 | **American** 334:4 |
| 388:13,15,17,20 | 253:6 257:22 | 334:23 335:13 | 302:6 305:21 | 340:22,24 341:4 |
| 391:14,23 393:13 | 259:8,12 261:1 | 336:21 337:9,20 | 307:7 345:17 | 435:7,8 |
| 393:14 394:9,10 | 274:22 277:19 | 338:12 347:23 | 381:23 391:18 | **and/or** 298:10,14 |
| 394:22 397:10,10 | 287:17 296:16 | 361:15,18 362:9 | 401:14 403:13 | 334:3 370:7 |
| 397:12,24 398:3,5 | 297:10 298:7,13 | 363:23 364:1,3 | 421:13 424:18 | **anger** 361:4 366:7 |
| 398:7,21 399:4,5 | 302:15 311:5 | 367:4,15,16 369:7 | 426:24 448:2 | 366:10 371:1,2,4 |
| 399:7 400:6,13 | 313:9 318:14 | 369:8 370:18 | 455:6 468:4 | 371:5,9,10,11,14 |
| 401:10 403:1,3,5 | 322:2 328:11 | 372:9,20 373:8,17 | 472:14 479:17 | 371:16,22 419:3 |
| 403:13,14 404:6 | 334:24 338:15 | 378:18 379:8 | **allegation** 356:10 | **angry** 267:22 361:3 |
| 404:14 405:6,11 | 342:11 343:11 | 380:15 381:2 | **allegations** 258:20 | 371:11 444:12 |
| 409:17 410:19,23 | 356:6 358:22 | 385:24 386:4 | 260:20 283:4 | 468:20 |
| 411:3,7,17 412:18 | 373:5 374:17,21 | 387:6,8 388:5,6 | 311:22 316:6,10 | **Anna** 403:23 407:7 |
| 413:23 414:20 | 380:6 385:5 386:9 | 392:1,3 393:9,15 | 325:11 345:3 | **another** 253:8 |
| 415:11,13,17 | 391:3 395:6 | 400:11 405:17 | 374:18 377:1 | 254:20 255:12 |
| 417:16 418:14,16 | 409:14 423:7 | 412:12 421:16 | 382:24 430:12 | 268:1 271:15 |
|  | 447:9 456:10 | 426:17 440:3 | **alleged** 319:13 | 274:24 307:5,16 |
|  | 457:15 461:6,12 | 455:15 460:8,12 | 377:1 397:22 | 307:20 323:9 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 486

356:2,23 405:7
419:12 424:10
457:12
**answer** 270:21
282:8 288:7 293:3
296:10 298:8
300:22 302:6
305:23 313:7
317:11 320:21
321:24 322:14
330:23 339:20
340:1 343:15
350:9 355:2 382:6
389:13 396:15
427:13 466:15,16
469:24 472:13,14
475:20 478:14
479:11 481:9
**answered** 293:2
303:23 305:20
343:9,10 354:20
354:21 479:17
**answering** 371:6
**answers** 484:8
**anti** 473:10
**anxiety** 473:10
**anxiety-related**
472:24
**anybody** 257:1
265:16,22 268:17
271:21 274:22
301:18 329:10
363:11 396:2
413:23 414:10,21
440:15,17 441:15
449:19,20 460:14
475:13 476:7,8
**anymore** 365:5
**anyone** 250:14
256:2 258:5
290:20 298:24
311:12 326:23
401:7 408:4
446:19 466:6
**anything** 250:16
251:6,24 252:24
258:6,11 259:6
260:12 267:13,23
269:3 279:7,8
282:5,6 286:7,19
304:8 312:1 330:7
330:8 338:15
349:14 350:13,20
351:17,21 358:24
368:16 370:15
371:4,19 372:1,9
372:10 379:19

385:22 387:4
398:15 400:19
405:23 418:16
429:10 430:11
432:20 438:24
440:9 444:8,17
445:11 455:1
465:3 472:11
475:16 476:13,24
**anyway** 251:18
286:21 346:23
347:1 400:23
418:1 454:7
455:10,13 465:9
**anywhere** 370:10
**apologize** 310:8
359:14 399:20
412:20
**apologized** 434:13
452:3
**apologizes** 251:3
254:17
**apologizing** 250:22
254:4 451:14,16
**appalled** 290:2
353:14
**appalling** 353:16
**apparently** 418:19
443:20 448:8,16
452:10,19 457:19
458:1,2
**appeal** 328:5,12,13
373:14,15,22
449:14
**APPEARANCES**
249:15
**appears** 373:22
432:14
**applied** 405:9
**appointment**
420:11,18
**appreciate** 330:21
357:4
**approached** 404:7
455:7
**appropriate** 356:22
416:17
**April** 258:23,24
289:7 314:7
332:14 335:11
340:6 344:8 352:5
352:6,13 360:16
361:15,18 363:23
391:11 397:3
413:20,21 414:13
414:14 418:24
425:21 429:11

430:8,14 433:4
449:12 460:12
461:1 471:10
473:19
**arbitration** 373:12
**arbitrator** 277:7
329:8
**area** 347:22 411:14
441:20 445:16
**around** 251:22
257:15 264:1
266:10 268:10
269:17,18 272:7
286:17,20 287:21
287:23 288:3
290:22 291:14
294:23 300:15,17
326:21 339:20
345:22 346:12
359:14 360:9
362:13 367:19
371:24 376:23
381:7 383:18
392:9 402:7
403:24 408:7
411:6 413:18
420:6,22 438:2
439:17 440:9
451:7,23 452:7
453:15 454:22,23
454:23 455:15,16
456:1,13 457:10
465:21 466:5
475:19,23 477:21
478:10
**arrived** 417:24
418:4
**arrogant** 267:3
**Arts** 471:15
**aside** 314:6
**asked** 259:6 263:11
269:14 270:22
274:12 275:2
277:11 278:20
281:15 293:1
296:18 297:4,10
297:11 299:4
300:21 303:22
305:19,20,22,23
326:17 327:6,12
327:15,15 340:21
342:11 343:8
345:12 346:15
350:10 352:19
354:3,19 373:2
377:20 379:18
383:6,12,13,14,17

384:14 389:14
392:7 399:16
400:2 422:2
427:15 453:10
479:16 484:8
**asking** 251:22
262:24 263:2,3
276:5 277:20
284:24 285:5,20
300:9,16 302:8,10
302:19,22 303:15
308:12 310:4,5
313:24 317:10
322:12 329:22
337:15 340:20
342:8,17 344:16
345:16 349:20
350:18 357:12
373:2 377:11,24
378:12,18,21
382:1,4 383:1,2
386:21 392:6
395:18 397:10,12
403:7 421:8,23
422:8 424:10
425:8,11 431:17
440:5 444:11
446:11 447:23
452:16 461:12
470:15 475:9,10
478:5
**asks** 330:11 332:4
**ass** 380:10,10
392:17 398:5
**assertive** 438:22
**assistance** 444:23
**assistant** 328:19
**Associates** 471:13
475:4
**assume** 265:11
269:6 306:23
311:15 319:2
329:22 418:22
421:17 426:9
441:23 457:13
**assumed** 269:4
426:4
**assuming** 307:9
388:9 421:16
423:9 448:6
**assured** 445:13
**ate** 324:2 423:1,12
**attack** 290:8 439:18
**attempt** 294:17
296:4 326:22
356:21
**attempted** 294:14

**attendance** 437:11
**attending** 328:12
**attitude** 321:3,11
321:12 322:5,15
322:17,18,20,21
323:1 453:9,18
**attorney** 250:13
297:5,16,21 298:4
300:15,16 315:9
329:4 333:7
362:22 374:10
433:10 482:12
484:13
**attorneys** 301:5
302:2
**attorney's** 250:14
**at-will** 370:2 444:16
**audio** 260:19
**August** 302:9
430:16,17 432:13
433:1
**aunt** 375:7,13
**authority** 389:1
443:13
**available** 356:24
357:5,9
**Avenue** 249:17
**avoid** 356:22
438:20
**away** 319:16 322:13
362:17 371:12
377:12,13,18
378:2,7,8,12,21
379:24 381:11
383:5 385:11
393:5,9 394:21
418:6,7 422:15
440:7 464:4,5
481:4
**aways** 387:5
**awhile** 297:12
361:24 422:16
**A-L-A-P-R-A-Z**
467:14
**a.m** 249:13 252:6
252:10 291:19,21
291:24 292:8
293:5 295:12
309:24 421:6
423:16,23

---
**B**

**B** 257:13 395:7
482:6
**baby** 439:17
**back** 253:21 255:23
256:12 257:15

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 487

262:19 267:24
268:3 271:10
272:1,3,6,8 273:3
273:20 275:1,19
276:2 277:11
281:8,9 289:15
291:11,16,17
294:24 295:14,20
302:21 304:3,5,9
305:24 306:1
308:11,17 309:13
311:8 315:7
319:20 320:6
324:5 334:22
335:7 339:7 342:2
343:12 345:24
348:18 352:20
365:20 366:23
369:20 370:8,10
370:15 372:17,21
377:18 381:13
389:20 390:22
398:21 407:5
410:16 412:22,23
429:21 439:2
446:2 452:20
454:7 457:10,21
458:3 459:18
470:11 481:2
**bad** 304:15 375:9,9
403:20 404:3
411:21 412:24
443:21 453:18
454:21 455:16,21
456:7,15
**bag** 323:7,9 426:9
**Baggie** 399:17
400:1,15
**ballerina** 380:2,18
385:20 392:11
**Barney** 335:6 336:5
336:6,11 338:10
**based** 357:5
**basically** 300:22
330:7,9,15 416:22
462:12,16
**basis** 374:20 408:15
408:19
**basket** 360:21
361:14
**Bates** 309:9
**beard** 450:19
**beating** 475:23
**became** 337:19
367:20 462:11
**become** 322:6
446:17

**beer** 375:2,4,8,14
377:11,11 383:1
**before** 249:13 252:6
269:14 271:19
274:6 289:24
292:10,10 295:22
301:5 306:12
309:23 312:4
336:9 337:18
348:17 351:7
352:15 364:1,3
367:8,23 372:11
372:18 380:11
384:13 392:15
393:18 396:20
400:3 401:4
417:17 430:14
434:9 460:20
476:13 484:6
**began** 470:16
**begged** 268:3
291:10,14 308:8
309:24 454:24
**begging** 275:20
**begin** 309:19
421:13
**beginning** 249:13
289:1 312:8 317:3
317:9 321:15
368:21 371:17
376:22 396:19
417:19 427:3,15
470:24 471:9,11
473:19
**behalf** 250:9 271:16
392:19
**behaved** 354:2,8
**behaving** 310:22
400:7
**behavior** 316:7
318:7 322:21
332:2 356:12
438:22 462:23
**behind** 250:23
269:22 322:23
347:23 385:5,6
**being** 255:11 257:5
270:9,24 290:14
297:3 310:23
320:24 322:2
345:23 346:4,17
347:13 348:20
350:10 357:21
366:1 371:16,22
372:2,11 380:7,10
380:15 389:14
413:23 458:16

462:18 465:23
477:12,17 478:5,6
479:14 480:10
**believe** 256:23
257:24 258:1,22
259:17 261:2,3
278:1 280:7
289:18 295:23
296:1 297:15
307:11 311:22
312:2,3,5 327:21
327:22 332:14
355:8 361:17
363:5 366:5
369:18,20 370:15
382:23 389:3
395:2 405:21
410:15 412:24
424:18 429:8
439:12 443:8,10
447:3 458:18
**believed** 261:23
311:24 319:2
343:11 356:3
445:17,19 459:8,9
**belittle** 456:17
**below** 390:1
**benefit** 261:24
312:5,7
**benefits** 334:10
**Bernard** 335:1,18
337:18 338:7,16
340:9 341:13
372:23
**Bernie** 336:4
**besides** 258:14
359:20 363:11
370:10 393:5
**best** 266:16 350:6
350:10 457:17
**Beswick** 474:18
**better** 312:9,9
339:6 363:4
365:15 391:20
415:21,22 464:20
464:21
**between** 273:9
295:17 340:6
344:19 385:9
412:13 416:7
432:13 433:6
449:12 464:7
472:9 476:2
**big** 268:24 269:2,4
276:13 293:19
296:11 328:7
347:3

**bill** 268:6 269:20
416:19
**binders** 385:3 408:8
**bit** 266:15 318:21
324:20 332:19
385:6 451:13
471:20
**bitch** 452:13
**bits** 411:10
**blame** 412:10
**blank** 283:13
293:23,24 295:8
**block** 380:6
**blower** 411:6
**blue** 296:17
**bonk** 399:10
**book** 262:16 296:17
300:3,10,13 427:3
427:19 430:2,3,23
431:14,16 432:4,6
432:11,17 433:8
433:10 435:22
**books** 408:7 432:12
**boss** 316:21,22
360:21 375:7,13
375:15 412:7
415:16,21,22
439:1 453:20
455:22
**bosses** 316:22 317:2
317:9 318:4,10
382:18 422:21
**Boss/employee**
419:2
**both** 424:9 440:13
455:18
**bother** 324:20
**bothering** 318:11
**bothers** 463:2 464:5
**bottom** 251:17
280:17 309:8,8
312:16 419:15
457:17
**bouts** 419:5
**box** 255:10
**boxes** 337:5
**boyfriend** 362:15
**boyfriend's** 369:1
**braid** 361:7
**brand-new** 285:16
**break** 313:10 314:2
315:4,8 393:24
459:13
**breaks** 411:9
**Brewington** 249:16
250:9 253:12
259:21,24 293:1

299:23 300:7
302:4 303:1,4,8
303:22 305:8,18
305:20 317:18
320:20 321:23
322:3 325:4,9
333:15,17 334:9
334:20 343:8
350:8 354:19,22
355:8,11 368:4
372:3,7 389:12,16
394:14 431:8,11
433:15 434:5
445:22 447:14,17
447:20,24 449:16
449:23 450:3
460:10 461:18
468:18,21,23
469:6 470:2,5,12
472:12 479:16
480:9 481:8
**bridge** 464:11
466:23 478:11
**briefcase** 293:19
**bring** 274:13
278:16 279:4,7,8
279:13,14,19,21
281:1 282:1,5,6
282:19,21 283:2
283:12 284:14,20
285:7,13,22,24
286:5,8,15,18
291:2 292:22
293:8 309:21
310:5,15,20
311:14 332:24
400:2 460:4
**bringing** 281:12
282:10 286:11
293:24 294:9,11
**broad** 351:13
**brought** 278:19
281:14 282:19
283:12 287:22
294:2 295:7 346:7
346:9,10 445:7
**browse** 300:15
**browsing** 428:21
**building** 263:17
397:23 398:1
437:6
**bullet** 312:17 326:4
413:1 454:17
457:15
**bum** 439:15
**bumper** 399:4
**bunch** 253:23

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 488

255:14 262:18
296:18 297:4
390:19 402:6
**Buragino** 257:2
261:11 442:12
444:5
**bush** 475:23
**business** 267:12,18
282:17
**busy** 280:12 283:12
291:22 382:18
390:13 409:5
453:14
**butt** 255:17
**button** 308:9
**buys** 387:7

**C**
**C** 395:8 406:1
**cake** 465:17
**calendar** 383:16
**call** 264:18,19 265:8
265:14 272:16,19
273:21 274:1
287:22 294:22
296:21 297:18
300:10,17 329:8
335:1,13,14
347:17,19 362:8
364:11 373:13
382:2,3,3,5,6
401:10,11,16,17
418:19 461:8
463:4
**called** 261:5,14
263:17 267:8
271:23 272:18,24
273:21 274:8,9,14
274:15 277:10,10
279:10,10 287:21
287:23 296:17,22
300:5 309:13,17
309:18,21 313:17
334:24 335:8
338:20 340:22
360:4 361:21,22
362:14 384:8
399:12 401:14,21
402:12 406:3
407:9 463:15
**calling** 265:11
272:11,23 273:24
274:14 290:18
302:8 335:20
362:4
**calls** 299:10,19
301:12 320:20

445:22 481:8
**calm** 366:13
**came** 251:20 263:16
265:1 266:9 270:8
273:11 276:1,11
283:7 290:16,21
324:5 347:22
377:10 378:16,18
379:7 383:19
392:6 417:21
420:21 430:24
432:3 451:23
456:2,3 458:6
481:1,7 484:6
**canal** 410:11
**capable** 366:17
**capital** 312:17
**car** 262:16 399:5,8
400:17 401:8
402:4,5 416:14
**card** 417:12
**care** 261:3 315:20
357:11 358:8
**cared** 331:12
**carefully** 251:19,22
**Carmella** 250:21
251:13,15,20
254:4,16 259:7
268:7 269:21,22
269:22 361:22
407:1 422:10,14
423:5 424:20,23
428:6 441:17,22
442:7 446:11,12
446:16,16 480:19
**Carmella's** 269:21
416:16
**carriage** 439:17
**carried** 293:18
**carrying** 402:7
**case** 258:7 315:8
356:19 360:21
361:14 473:6
476:19 479:14
**cases** 438:21
**Castle** 484:2
**caught** 251:4 384:6
387:14
**cause** 371:14,22
**caused** 371:18
467:1 472:10,19
477:1
**causing** 462:24
**cc** 255:18
**cc'd** 384:10
**cell** 273:16,18
399:12 401:19,21

**cent** 439:11
**Center** 364:11
461:9
**certain** 252:12
287:3 409:21
437:24 439:22,22
**certainly** 305:21
324:19 351:23
354:23 402:23
437:16 443:22
**CERTIFICATE**
482:15 484:4
**Certification**
484:18
**certified** 436:17
**certify** 484:6,11,13
**chair** 456:14
**chance** 402:18,20
416:9 426:17
**change** 256:11
260:13 281:2
285:23 321:11,12
322:15,17,18
329:14,23 331:4,9
413:13,15,16
478:15
**changed** 280:11
283:8 285:8,21
318:7 364:5
**changing** 287:20
288:3
**channels** 261:17,21
262:5,6 284:17
287:24
**characterize** 301:8
301:12,14,15
418:23
**characterized**
322:18
**charge** 256:22
297:18 354:1
355:23 367:5
**charged** 408:11
**chasing** 286:17,20
**check** 273:21 320:6
373:10 381:3,4
418:19 437:4
**checking** 369:2
464:16
**checks** 373:20
376:6 377:6
**cheek** 381:3,14
383:4 394:22
**cheeks** 378:16
381:2
**chest** 411:10
**Chicago** 424:23

**children** 439:14
**choice** 277:5,5
**chosen** 320:23
**Christiana** 338:6
**chronological**
259:15
**chronology** 376:24
**chuckle** 383:21
**chuckled** 385:21
**chuckles** 323:19
**circumstances**
252:4 311:7
394:12 439:12
**CITI** 249:9
**CitiSteel** 250:8,11
290:16,21 293:22
306:22 316:13
329:4 332:5,14
334:18,23 335:7
336:8,8,11,20,21
337:10,19,20
338:12 340:6
363:20 365:10,11
365:11,12 366:20
369:8,11 371:20
372:10 373:8
404:12 405:4,17
408:11 430:21,22
436:14 441:16
448:6 449:21
459:20 460:22
461:1 462:3,22
463:12 467:1
476:24 477:3,24
479:7 480:20
**Civil** 249:7
**claim** 263:5 280:4
283:3 345:11
346:20 350:14
374:20 376:1,4
377:22
**claimed** 356:18,18
356:19
**claiming** 359:15
**claims** 349:15 351:6
352:9
**clarification** 449:17
**clarify** 260:18 302:2
323:23
**clarity** 426:21
**class** 347:18,19,21
347:24 348:2,9,16
436:16,21 437:1,8
**classes** 348:12
370:22 434:10
**clear** 287:8 305:12
329:19 331:18

337:8 342:8
344:13 371:21
414:14 431:10
**clearly** 356:12
**clerk** 341:8 397:6
414:15
**clinical** 464:8
**clock-in** 417:11
**close** 478:17,18,21
**closed** 322:23
**closer** 385:9 479:12
**cloud** 258:13
**club** 435:7,7,8
**clue** 266:23 267:2
409:10 411:12
421:7 441:20
443:18,24
**Cobra** 365:5
**Coles** 249:23
250:10 259:20
**collect** 373:1
**college** 347:19
**Collins** 335:9,24
**color** 370:3
**come** 253:19 260:15
261:14 264:8,22
266:2,6 269:14
270:10,19 271:13
275:1 276:9,9,19
279:12 283:16
288:1 289:15
290:20 291:18
309:24 310:1
320:6 326:10
335:2,12,13
345:12 347:1
348:16 357:22
366:18 377:18
382:1 383:6,14,20
384:18 388:8
395:18 400:11,19
404:3 408:4
417:22 420:12,14
420:14 434:13
440:14 451:7
452:7
**comes** 342:2 366:6
**comfort** 462:13
**comfortable** 279:1
279:21 280:20,24
281:3,4,10,11,21
282:9 284:21
285:10,12 286:11
289:7 290:5 319:5
319:6 325:8
**coming** 253:16,18
309:23 381:13

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 489

393:21 397:17
427:19 428:7
comment 326:22
384:17 386:5,11
386:13 387:6,21
387:22 388:6,20
393:9 394:3
410:21
commentary 357:10
comments 386:14
393:20
common 411:13
412:14 425:2
communicate
474:18,21
communicating
416:21 419:12
companies 336:10
company 272:19
278:5 316:23
338:20 339:13
340:10,12,13
341:3,4 356:23
440:3 463:16,17
compared 326:7
comparison 480:3,4
complain 316:21
395:21
complained 251:21
complaining 356:1
361:16
complaint 356:8,20
395:21
complaints 356:16
365:8
complete 252:5
259:10 403:8
completed 355:23
483:7
completely 356:16
476:14
complicated 453:1
compound 394:14
472:12,16
computer 321:18,20
391:5 411:2 484:9
computer-aided
484:9
Conaway 249:12,20
concentrate 325:19
concern 257:5
concerned 369:11
concerning 334:2
conclude 264:13
354:8 481:15
concluded 276:14
276:17 375:20

Concord 364:6,8,11
461:8
condition 475:9,10
475:12,20 477:10
conduct 356:15
357:22
conferenced 270:9
confidante 446:18
confident 441:3
confirm 283:8
392:2,4 435:13
confirmed 356:11
confrontation 450:6
confronted 450:5
confused 375:17
connected 410:6
conscience 349:8,12
351:10
consider 266:24
286:22 302:12
398:19 415:21
consideration 316:2
considered 267:3
480:3
consisted 481:3
consistent 419:23
419:24
conspiracy 295:17
constant 465:11
constantly 466:18
construction 340:12
340:13 341:3
contact 319:14
387:16 461:11
contacted 461:14
contacting 461:19
contending 411:16
426:22
contested 437:10
context 349:9
380:12 458:15
Continental 338:5
continuation 250:6
continue 254:20
330:4 413:24
414:14
continued 249:11
250:4 322:15
360:12 457:10
continues 427:17
control 431:16
controls 418:20
conversation 267:6
296:24 298:2,4,6
298:12 344:23
351:1 352:11
353:1,8 411:14

415:8,12 440:13
442:4 452:11
conversations 301:9
344:15,19 356:11
cooler 441:13 456:5
cooperating 350:6
cooperation 350:4
coordinator 384:7
386:19
cope 365:17 368:17
copied 432:9 433:16
434:1 435:23
copies 255:10 256:5
256:6,14 274:21
333:6 340:19
426:11,13 427:19
coping 365:19
copy 253:6 256:13
290:1 328:7 355:7
384:9 391:24
418:6 427:3
436:24,24 443:4
corner 369:23
432:1 444:20
451:7,23 452:7
correct 255:21
256:19 259:3
260:4,6 274:10
277:14 278:17
284:14,20,22
290:11 293:17
294:12,13 297:24
298:18 299:22
300:1,2,20 301:3
303:18,21 308:15
310:10 314:4
320:11,13 330:16
336:15 337:2,13
339:22 346:6
351:15,17 353:9
357:10,17 360:17
376:8 395:3 397:3
413:8,9,17 414:3
417:4 419:13
422:4 424:15
427:17 437:18
439:4 461:1 472:3
472:5 478:22
484:11
correcting 398:16
costs 251:1,2 253:5
253:11,18,21
254:3,5,12 428:6
cough 323:7,9,13,13
323:16,23 324:2
325:16,21 326:9
395:14

counsel 301:2,6,15
301:16,22 302:7
350:3 366:22,24
367:20 449:9
484:7,13
counseling 364:24
365:12
count 339:7 382:14
382:15
County 484:2
couple 253:14 274:4
298:3,13 344:7
360:3 362:10
365:23 376:15
381:6
course 255:5 316:8
326:23 392:7
434:12 436:12,14
court 249:4 285:2
courtesy 425:2
cover 255:16
259:21 328:11
432:8
covered 352:23
co-workers 455:21
cranny 462:12
crappy 444:24
crazy 453:16
create 443:9
created 443:11
cried 360:3 465:15
cry 362:14 477:21
crying 359:20,22,23
360:10 361:16,21
362:4,5,24 363:2
363:4,12 366:13
371:24 419:5
464:23 465:11,11
466:8,17,18,19
468:5 477:4,8
478:9 480:18,21
currently 470:20
472:10
curse 313:14 314:8
cursed 312:22
313:11 314:3
Cursing 314:24
cuss 380:8
cussed 453:7
Cussing 452:8
cut 437:16
Cynthia 333:21
363:15 366:10
460:1 461:2,5
C-O-L-L-I-N-S
336:1

D
D 482:2
dad 360:4 361:21
362:15
daily 371:18,23
396:4,7,16,17
damages 359:13,16
359:19 360:19
459:18
dance 385:20
dare 437:8 451:11
darned 370:16
dash 379:23 380:1,2
380:2,3,21
dashed 380:17
392:10
dashes 392:12
dashing 393:2,4
date 258:19 307:13
318:16 335:16
339:23 346:6,8
373:22 377:16
382:20,21 383:11
383:13 394:11
404:21 423:14,17
425:14 449:3,13
449:24 460:6,12
465:13 469:12
470:16,18
dated 367:2 413:20
417:3 430:16
484:20
dates 262:21,22
344:7 394:15
473:6
Dawn 334:3
day 250:7,19 253:7
253:17 254:2
262:14 263:13,19
263:19,20,21,23
263:24 264:2,5,14
265:2,3,4,5,24
266:3,7,11 267:21
270:1 272:10
273:15 275:1,3,17
276:24 279:9
281:12 283:17
284:14,15,16,20
285:7 287:13,17
292:1,4 293:11,22
312:4 324:5 339:8
342:4 347:23
353:5 360:14,22
361:11,19 363:5
365:24 375:1,15
375:18 378:14

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 490

381:22 383:2
387:23 390:10,11
390:16 393:6
396:1,7 398:17
399:8 401:13
402:8,10 409:21
410:15 423:2
424:13 428:5
430:5 434:17
442:13 453:12
455:15 456:13
459:19 465:4
466:19 477:17
478:6 484:6
days 262:17 346:3
day's 265:23
day-to-day 371:15
deadlines 252:12,20
255:24
deal 296:11
dealing 326:9
465:23
dealings 418:18
Debbie 250:10
DEBORAH 249:23
deceive 295:9
December 338:4
decide 285:13
decided 274:23
280:12 282:11,11
291:21 375:20
384:7 387:15
462:8
decision 295:22
424:8
decisions 295:18
decline 277:16
279:18
declined 277:14
279:17 356:16
deduct 423:24
424:16
deep 389:8
Defendant 249:10
249:21
defense 334:13
definitely 254:22
379:8 449:11
475:22 476:10,11
definition 356:13
degree 437:2
Del 347:19,24
348:10 434:10
Delaware 249:5,13
249:18,21,24
297:5 370:2 410:7
410:8 444:16

484:1
delete 278:2
deleted 277:22,23
deliver 268:7
269:20
delivery 255:8
demand 356:7
demanded 252:20
demeanor 415:17
demonstrate 356:12
demonstrates
345:10
Dennis 384:11
402:11 410:18
421:5 422:22
459:11,12
deny 346:15 351:11
351:13 358:9
denying 348:20
350:16
department 266:6
277:8 328:4
329:24 356:23
358:10,15 374:6
374:11,12 407:8
departments
406:19 408:7
depending 416:15
depends 316:23
deponent 482:3
483:8 484:7,8
deposed 481:6
deposition 249:11
250:7,13,13 306:7
315:8 327:24
402:15 416:2
426:15 482:7
depress 475:14
476:4
depressed 459:20
459:23 460:21,23
464:15 466:20,21
467:1,3 472:19
473:23 475:8,11
480:16
depression 459:22
459:24 460:3,14
463:22 464:1,8,21
467:7 472:11,20
473:22
depression-related
472:24
describe 325:4
344:5 380:23
describes 345:10
description 251:3
254:11 325:6

376:20 453:11
464:20,21 477:2
479:3
deserve 443:18
desk 269:1 312:8
323:10 347:23
385:3 423:1 434:8
detail 258:15 305:4
313:9 339:23
349:24 412:1
details 254:23 305:6
determine 301:21
diagnosed 459:22
Dialed 300:5
diaries 262:10
279:15 309:2
430:20
diary 262:12,14
279:3 281:24
288:12,15,17
291:2 292:22
293:16 309:1
342:2,3 426:12
427:4,4,14 429:5
429:9,11 430:2,3
430:6,8,10,11,19
432:8,12 433:21
434:3,19 435:2
482:10
DiBianca 249:19
250:5,8 259:23
260:2 281:8 282:7
303:2,6,9 305:11
306:5,9 315:4,6
317:19,20 320:3,5
320:9 322:1,4
325:6,10 327:23
328:2 333:10,13
333:16 334:18,21
350:3,12 354:21
355:3,6,10,12
368:6 372:5,8
389:18 393:23
394:2 415:23
416:4 431:9,15
433:12,18 447:15
447:19,22 448:3
449:19 450:2,4
459:13,17 468:14
469:4,7 470:3,13
470:14 480:13
481:11 482:4
difference 278:22
281:18 300:24
354:4,5 435:22
different 256:12
260:10 278:14

282:8 301:9
306:19 309:14
315:15 321:9,9,10
338:11 341:13
342:6 344:7,14
358:24 404:1
408:7 409:4
427:22 437:17
463:20 468:2
475:24
differentiate 464:7
difficult 252:5
332:12
difficulty 365:19
dig 468:16 476:18
digging 342:15
directing 326:18,20
327:3,16
direction 484:10
directly 257:24
264:8 275:2 288:2
291:18 292:10
310:1
dirty 464:24 465:2
480:22
disagree 357:18
358:19
disbelief 359:23
360:10 366:4
discharged 356:4
disciplinary 437:10
441:6
discovery 416:7
discrimination
354:1 355:24
discuss 255:1 315:8
discussed 250:12,18
258:6 263:12
315:22 388:18
394:5 470:6
discussing 333:14
365:9,13,14 470:7
discussion 264:14
305:6,10 308:24
320:4,8 333:12
368:5 416:1
433:17 446:23
468:15
disgusting 318:7
387:2
Dismissal/Notice
357:3
dismissed 357:3
disowned 439:15
disposition 323:12
dispute 452:10
distress 359:16

DISTRICT 249:4,5
diversity 436:19,22
doctor 362:3,6
doctors 448:11,12
doctor's 420:8,10
420:18
document 253:8,24
307:1,16,20
308:13 350:1
355:15 404:23
409:18 412:21
426:22 433:13
449:6 482:11
documented 335:12
documents 258:5
332:24 333:14,18
334:2,16 337:17
343:22 344:2
367:10 427:18
433:16 449:23
dog 439:16,17
doing 252:1,2,3
258:16 263:11
282:18 288:3
292:6 297:1,3
323:22 339:9
348:4,6 358:8
370:6 372:2,2
378:15 387:19
395:12 403:21
404:1 407:11
413:24 414:15
416:20 418:1
422:17 442:20
455:23 456:18
457:11
Domino's 300:6
done 250:16 254:7
254:9 257:10,11
257:17 263:23,24
265:4 273:20
274:2 316:23
332:5 372:11,21
380:4 385:19
387:6,13,15
390:16 399:15
403:5,7,9 406:24
409:22 420:7
440:10 459:15,19
481:14
door 360:14 361:11
370:19,19 384:2
385:6,7,9,10
392:8 456:6
480:20
doors 322:23 324:6
326:11 369:2

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 491

| | | | | |
|---|---|---|---|---|
| **doorway** 347:2 | 365:10 398:3 | **D102** 331:14 | 388:1 408:2 | 254:13,13 341:2,2 |
| 379:4,10 381:1 | 401:7 407:24 | **D120** 417:1 | 419:23 421:11 | 349:18 352:23 |
| 383:3 | 462:22 | **D121** 418:9 | 423:23 456:17 | 381:1 391:18 |
| **dosage** 471:5 | **Downie's** 309:1 | **D207** 259:19 | 484:13 | 410:18 416:18 |
| **double** 369:2 | **downstairs** 408:23 | **D262** 355:15 | **elaborate** 268:12 | 423:13 428:6 |
| **doubt** 261:24 312:5 | **Dr** 362:8 363:11 | **D292** 326:3 | 318:20 404:14 | 463:3 |
| 312:7 391:6 | 364:2,17 461:2 | **D298** 309:11 | **Eleanor** 249:13 | **entire** 258:15 278:5 |
| **down** 253:14 | 463:21 473:3 | **D311** 307:24 | 484:5,17 | 280:15 308:8 |
| 254:22 261:6,6,13 | 474:18 | **D314** 317:19 | **eliminated** 397:6,18 | 328:6 342:4 433:8 |
| 261:14 262:4 | **drag** 412:8 421:5 | **D40** 320:3 | **Elizabeth** 289:22 | 433:10,22 458:22 |
| 263:17 264:22 | **dragging** 412:9 | **D58** 328:10 | **else's** 440:17 | **entries** 432:16 |
| 265:14,24 267:8 | **dress** 345:12 346:1 | | **emblem** 434:21 | 433:21 |
| 268:14 269:16,17 | 351:12 382:2 | **E** | **Emm** 450:22 | **entry** 433:1 |
| 271:23 272:10 | 383:6,8,20 384:18 | **E** 482:2,6 | **Emm's** 450:21 | **environment** |
| 275:6,7,18 280:22 | 386:5,14 387:22 | **each** 435:13 | 451:2 | 445:20 |
| 282:14 283:7,16 | 388:21 389:7 | **eagle** 435:5 | **emotional** 359:16 | **errands** 416:13,18 |
| 285:3 290:16,20 | 392:9 393:13,21 | **ear** 327:8 | 434:14 462:24 | 481:2 |
| 290:21 292:3,6,6 | 394:3 395:19 | **earlier** 259:6 | 479:4 | **ERRATA** 482:14 |
| 309:6 312:14 | **dressed** 276:9,12,19 | 288:21 309:6 | **emotions** 365:14 | 483:5 |
| 313:17,17 323:10 | 372:16 | 395:13 403:5 | **EMP** 318:5 | **escorted** 360:14 |
| 324:6,7 326:3,11 | **drinking** 442:2 | 404:14 446:3 | **employed** 340:9 | 361:11 |
| 338:5 347:2 | 456:5 457:19 | 454:20 461:7,13 | 356:21 | **especially** 261:24 |
| 357:22 366:13 | 458:1 | 464:18 477:18 | **employee** 322:16 | 267:4 297:1 |
| 382:16 383:12,22 | **drive** 338:1,5,5 | **earliest** 272:24 | 325:18 403:21 | 366:21 |
| 383:23 385:6 | 361:19 362:1 | **early** 310:9 388:22 | 404:3 418:21 | **ESQ** 249:16,19 |
| 389:8 391:16 | 391:5 480:17,18 | 396:19 404:2 | 456:16 | **establish** 449:8 |
| 392:17 404:6 | **drivers** 255:8 | 420:5,12,14,14,14 | **employees** 316:16 | **established** 425:18 |
| 406:7 408:6,9 | **driving** 334:4 340:8 | 423:22 458:19 | 370:21 441:16 | **estimate** 274:3 |
| 415:7 416:13 | **drop** 272:12 274:17 | 466:18,20 | 446:3 | 385:12 |
| 425:17 426:7 | 274:20 277:12,21 | **easier** 359:2 | **employers** 333:23 | **etcetera** 374:19 |
| 429:14 431:3 | 278:3,4,6,10,11 | **eat** 325:16 422:19 | 341:5,7,15 342:22 | 377:3 |
| 444:14 450:16 | 280:20,21 284:19 | 422:24 | 412:6 425:5 | **even** 255:17 262:13 |
| 451:4,6 466:9 | 323:13,13,23 | **eating** 323:8,13 | **employment** 318:5 | 267:5 277:8 |
| 480:19 484:8 | 395:14 416:19 | **EDELSTEIN** | 332:16,22 334:23 | 321:15,20 324:5 |
| **Downie** 258:22 | **dropping** 274:18 | 249:17 | 335:17 343:4,7,20 | 332:17 347:18 |
| 259:8 260:19 | 277:17 281:11 | **EEOC** 272:11,22 | 343:23 369:10 | 373:2 375:23 |
| 261:10,16 262:20 | 288:4 | 273:20 274:2 | 372:14 373:3 | 384:12 385:15 |
| 264:21 265:20 | **drops** 323:7,10,16 | 280:23 286:2 | 390:18 425:21 | 405:24 407:20 |
| 266:21,22 267:15 | 324:2 325:16,22 | 288:9 289:9 | 449:20,21 | 408:3 415:21 |
| 267:16 268:14,20 | 326:9 | 290:10,21 296:11 | **end** 263:13 265:10 | 417:22 423:1,11 |
| 270:18 272:11 | **drove** 264:11 | 296:13,22 307:10 | 327:18,21 335:11 | 425:1 446:13 |
| 273:23 274:8,12 | **duly** 250:2 484:7 | 307:12,14 309:23 | 361:10 369:10 | 447:10,24 454:18 |
| 275:15 280:6 | **dumb** 464:24 465:2 | 310:24 311:1,8 | 370:11 376:22 | 458:18 462:5 |
| 283:8,16 284:4 | 480:22 | 313:4 315:12 | 381:13 390:18 | 465:22 478:7,7 |
| 285:5 286:23 | **during** 270:11,15 | 353:11 354:18 | 396:19 397:17 | **evening** 285:6 310:7 |
| 287:11 290:6 | 298:4 301:1 | 355:10,18 356:12 | 406:17 425:21 | **event** 484:14 |
| 292:16 294:16 | 313:11,14 314:12 | 367:4,5,8,17 | 442:18 464:1,5 | **events** 259:16 |
| 296:3,5,7 302:17 | 314:15 315:7 | 447:16 449:21 | 471:10 | 270:11 305:12 |
| 303:11,17 308:7 | 321:20 361:13 | **EEOC's** 353:24 | **ended** 263:18,20,22 | **eventually** 466:11 |
| 309:13 311:21,22 | 369:5 381:9 416:7 | **effect** 312:6 368:2 | 270:5,6 271:11 | **ever** 312:2 315:22 |
| 312:13 314:13 | 420:7 421:2 | **effects** 471:16,19,24 | 290:14,14 362:3,3 | 316:9 317:2 318:4 |
| 316:9 318:16 | 442:17 444:5 | 472:10 473:20 | 373:2 398:16 | 318:10 319:8 |
| 319:18,23 320:13 | 445:3 449:20 | 474:5,6 | 439:14 451:13,15 | 332:4,5 341:17,20 |
| 320:17 329:11 | 452:11 474:10 | **eight** 409:19,20,23 | **engaged** 367:13 | 343:2 367:23 |
| 331:3,9 344:20,21 | **dust** 275:6,7,18 | 448:10 | **English** 451:20,22 | 368:7 371:14 |
| 352:3,10 353:3 | 292:3,5 | **either** 294:12 | 452:3 | 380:12 393:12,15 |
| 358:11 362:21 | **duties** 325:19 | 295:15 303:7 | **enough** 251:3 254:5 | 393:18 397:8 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 492

400:19 405:3
406:17 408:11
410:18 415:1
422:22,22 468:10
474:18,21,24
475:8,19
every 258:14
262:14 304:21
305:3 336:20
337:9 339:8,8,8
339:11,11,23
342:7 349:24
360:22 377:17
378:14 396:1
436:6,9,11 442:2
445:16 462:12
466:14,19 468:16
468:17 476:9
477:17 478:6
everybody 371:10
402:4 411:22
416:19 445:15
475:17 480:11
everybody's 305:2
342:6
everyone 251:23
255:18 354:4
everything 252:2,3
280:14,15,16
288:3,8,20,23
293:15,19 304:24
337:6 348:13
357:20 395:17,17
426:11 465:5
480:12
evidence 262:10
280:18 283:3
294:6,9 309:22
310:6,16 316:9
356:9,14 357:5
403:9
ex 457:20,24
exact 251:5 273:10
305:7 335:16
377:16 382:19,20
405:8 460:6
exactly 266:4
267:18 284:8
285:15 297:11
335:11 347:13,20
364:12 425:24
433:16 449:15
477:16
examination 250:4
482:4 484:12
examined 250:2
484:7

example 252:4,18
300:6 323:18
324:22 369:14
419:12 421:3
424:10 428:10
440:20 457:12
Excel 336:10
excerpt 482:8
excuse 253:4 258:21
340:16 384:9
473:16
exercises 368:16
exhibit 251:8,17
253:9 259:20
306:7 307:24
308:4,23 315:11
317:16 320:3
327:24 355:14
358:22,24 402:15
415:3,24 416:2
424:19 426:15
429:8 431:19
434:6,19,23
EXHIBITS 482:7
exist 337:2 344:2
existed 285:17
expect 286:7 305:2
417:23 426:22
expected 286:5
389:4
experience 361:4
459:20 474:5
experienced 367:23
471:19
Expires 484:19
explain 318:3 341:3
380:17 381:23
explanation 271:2
express 257:4 323:2
361:1
extend 449:7
extension 373:3
extensions 309:14
extent 357:5
extreme 476:1
ex-girlfriend
457:24
eye 421:22
eyes 465:16
e-mail 251:15,19
384:10 386:3,4,7
386:12,19 387:17
388:4,10,13,17
389:20,22 390:1
390:10,11 392:1
403:3,6 408:12
409:24 410:4

417:3 419:16
421:12,20,21
422:8 424:4 428:3
482:9,9
e-mails 250:21
255:18,20 256:6
256:14 257:20
390:19,22 391:7
416:6 425:19,20
437:14
E-M-M 451:3
_____
              F
_____
F 326:18 438:24
face 450:21 456:16
facing 269:22
fact 308:13 310:12
310:20 323:24
facts 373:19
fair 362:12 391:18
410:18 421:17
423:13 463:3
fake 326:13
false 275:12 357:7
familiar 416:11
469:16,19
far 255:12 267:5
302:7,8 308:5,7
310:4,24 319:16
330:7 336:24
342:10,23
fashion 256:4
fast 429:3
father 259:9 265:24
268:5,5,8 270:7
279:5 280:2,10,13
281:5,6 282:2
283:7,10,14,24
284:3 287:2,4,14
287:19 288:7
291:9,20,22
294:19 310:22
412:3 428:7
favor 373:19
fax 374:13
faxes 332:23 333:2
333:19
February 442:18
467:24 468:1,8
469:8,13 473:7
feel 253:1 262:13
279:20,21 280:19
280:24 281:2,3
284:21 285:10,12
286:11 293:4
319:5 348:3
352:23 368:19

369:11 411:10
439:5,8,20,21
441:2 445:8
472:19
feeling 348:21
359:20 409:6
480:6
feelings 434:15
438:3,10,12
440:23
feet 290:17 385:11
385:14
felt 282:9 289:7
318:6 324:9
347:16 354:11,12
354:12 454:2
FEMA 338:3
female 278:8
FETZER 249:24
few 262:11,21,21
274:9 304:9
416:13 428:19
429:6 433:19
441:17 459:18
field 255:22
fight 370:11 475:16
fighting 366:23
figure 300:11
384:24 439:22
figured 332:1
400:15 464:17
file 335:15 337:5
395:21
filed 367:4
filing 449:21
fill 262:19 377:4
407:13 474:15
filled 293:19 467:24
468:1 470:22
471:1,3,12 473:18
filth 465:1
filthy 439:13
finally 272:2 292:1
309:23 356:19
373:18
find 253:17 283:14
283:18 284:3,8
285:21 291:23
292:7 335:18
355:3 373:3 397:8
400:16,19 476:15
476:23
finding 353:24
354:13,17
finds 475:13
fine 251:12 255:18
295:5 310:11

322:22 323:1
325:7 345:9 377:5
423:20 457:9
458:11 461:14
475:17
finger 307:8 412:21
fingerprints 399:13
399:15
finish 263:21 264:2
264:5 265:3 283:1
321:23 326:16
330:22 396:24
447:20 448:15
460:10
finished 481:14
fire 370:3 443:21
444:2,4,7,15,18
445:3
fired 320:15,18,24
413:6,11,22,23
414:10 438:7
443:22 445:9,13
firing 445:5
firm 328:20
first 251:19 254:20
258:19 260:15,22
263:17 264:19
265:14 266:3,9
268:19,19,20,22
269:9,18 270:8,10
270:14 271:12,17
273:14 276:8
280:20 283:14,18
284:1 285:22
287:17 294:8
301:2,22 308:5
310:1 311:1,4
317:21 318:1
326:3,4,16 328:11
330:3,6 332:13,15
332:22 334:22,24
335:6 336:12
337:19 346:8
350:13,24 360:1
363:23 365:20
366:24 367:13
368:23 369:5
372:13 373:9
374:23 376:18
377:3,3,6,10,15
401:13 415:4
427:9,15,16 430:1
433:19 438:9
447:9 454:17,18
458:6 459:2 460:2
461:2 473:15
476:13 477:24

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 493

479:23,24 480:1
481:7
**five** 262:17 382:11
385:13,14 439:19
458:21 459:13
**fixed** 387:18
**Flag** 340:22
**flagged** 340:12
**Flaggers** 340:24
**Flagging** 341:4
**flavor** 396:3
**flew** 450:20
**flip** 342:2
**floating** 413:18
438:18,18
**floor** 383:13,24
384:6,10,13,14
387:5,5,15,18,20
388:13
**flying** 392:17
**follow** 335:21
**followed** 264:1
270:5 275:4,5
283:23 287:23
291:14
**following** 260:17
263:18 266:10,11
269:18 272:2,7
294:23 301:11
313:23
**follows** 250:3
312:21
**follow-up** 410:7
**fondling** 360:22
**forbidden** 465:6
**force** 372:13
**forcing** 356:2
**Ford** 258:20 261:2
261:2,5,12 317:23
318:4 384:11
387:17 392:4
398:14 401:10
409:20 410:18
411:16 415:5,7,21
415:21 416:8
418:5,5,6 422:3
422:22 423:16
424:21 443:14
454:6 459:11,12
**Ford's** 392:1,3,6
401:23
**foregoing** 484:11
**forget** 257:22
398:17 410:20
451:15
**forgive** 253:13
290:18 480:14

**forgot** 326:8
**form** 334:12,13
372:4 374:19
376:24 428:15
**formal** 255:18
433:12 449:6
**forms** 335:14
**forth** 254:9 255:9
263:18 264:24
299:14 373:20
407:5 408:8
**forward** 320:5
342:19
**found** 284:10
364:10 373:19
403:19 412:17
443:21 454:5,6
**four** 256:9,12
385:13,14 397:2
**fourth** 254:21
**frame** 295:6 310:3
352:4 361:8
376:21
**Francis** 409:12
**Franklin** 338:20,21
339:13 340:10
**freaked** 465:9
**freaking** 386:2
**free** 297:23
**frequently** 406:22
**fresh** 425:16
**Friday** 254:22
255:16 424:23
**friendly** 375:11
380:12 441:11
**from** 250:14,21
251:13,15,19
254:15 256:1
258:16 272:1
276:14,21 278:14
280:23 282:12
287:17 290:21
301:6 307:8,9
309:14 313:4
319:16 321:15,18
328:4 331:23
333:21,23 334:10
334:13 337:17
338:4 342:18
343:19,23 348:11
355:7,18 359:5,6
361:22 362:5
364:16 372:1,2
379:24 380:20
381:11 385:11
393:5,9 399:12
401:7,13 412:3,9

417:3 422:3
423:14,15,24
424:16,20 425:15
427:19 429:24
430:19,24 431:14
431:16 432:3
433:14 434:2,10
434:19 436:11
437:5 440:7 448:1
452:13 454:6
469:18 476:19
477:23 480:20
481:1
**front** 267:4 290:6,6
307:12 326:23
396:12 427:4
453:13
**fruit** 465:17
**fuck** 326:20 327:3
327:16 452:13
**fucker** 392:16
**full** 293:22 328:8
**funny** 380:4 392:12
**further** 250:2
484:11,13
**future** 356:22

――――――――

**G**

**gap** 432:13
**Gastroenterology**
471:13 475:4
**gave** 252:4,18
292:17 297:23
300:19 323:4
342:23 350:24
354:6 355:1 362:4
401:12,18 427:4
430:13 439:19
444:18 467:8,17
**general** 255:8
256:20 295:5
464:22
**generally** 266:22
**generated** 257:5
**generic** 467:13
**generous** 439:10
**gentile** 347:22
**gentleman** 297:14
**gentleman's** 256:22
257:22
**Gentlemen** 423:21
**gets** 360:22 475:18
**getting** 251:4 269:5
379:9 434:14
437:23 460:24
468:20 479:12
**ghetto** 452:13

**giant** 278:9 439:16
439:18
**giggles** 323:19
**Gilpin** 249:17
**girlfriend** 457:20
457:23 458:2,3
**give** 256:2 271:2
274:3 275:8
295:14 316:9
322:24 324:22
326:1 333:6
339:10 350:1
357:6 364:23
368:16 370:7
376:20 400:2
417:19 439:11
440:8 461:9
466:14 473:20
477:2 479:13
**given** 252:11 287:18
351:5 484:8,11
**giving** 253:15
261:24 312:5,7
341:2 352:14
369:19,21 416:18
437:20 467:2,6
478:14
**glad** 259:8
**go** 252:23 253:16
261:6 262:4,13,17
262:19 264:7,8
266:13 267:7,20
267:24 268:3
272:3,8 273:3
274:24 275:2,19
276:2 291:10,10
291:15,15,17
292:10 293:3
294:24 295:14,20
302:6 305:21
307:7 308:23
315:7 319:19,20
324:5 328:10
333:10 337:4
345:14,16 362:18
363:10 364:23
370:7,8 374:1,9
374:12,17 377:17
378:12,21 381:23
389:12 391:18
392:6 401:14
403:13 404:2,2
407:3,5,15 408:6
408:8,23,23 412:1
412:23 416:15
420:23,23,24
421:13,24 422:9

422:14,20 423:4
424:24 425:1
426:24 432:19
434:6,9,23 436:19
437:4,15 438:15
448:1 451:7 455:6
462:1,16 463:8,9
468:4,14 469:4
470:3,11 472:14
479:17
**God** 361:19 371:7
461:17
**goes** 252:16 310:24
411:22 448:10,18
**going** 252:22
259:12 264:23
266:19 267:10
268:6 270:3
271:10 272:1,9,13
272:14 273:9,17
273:22 276:14,21
279:5 281:7 282:2
283:1,15 284:4
286:20 287:4,6,12
287:14 290:18
291:11,20,23
292:2,7,23 293:21
295:8,12,20 302:4
303:5,5,7 305:18
315:7 317:10
319:16 321:9,10
323:14 324:13
325:18 328:3,6
342:19 343:12
347:5,7 348:6
349:19,21 350:22
351:14 353:23
355:6 359:1 362:3
363:18 367:18
369:18 370:9
371:8 372:3 375:2
375:3,7,14 377:12
377:13,24 378:1,1
378:10,14,18,20
378:21 379:5
389:7 392:21
395:7 397:6
399:14 400:5
402:10 403:19
406:13 407:17
409:17,19,23
415:24 423:7
426:1 430:18,20
431:19 436:10
437:15 440:1,4,9
442:10,14,16,19

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 494

| | | | | |
|---|---|---|---|---|
| 442:22 443:6 | 362:24 363:3 | 482:8 | 327:2 332:6 | 480:11,11 481:5 |
| 444:15,20,23 | 365:23 367:18 | **happen** 264:14 | 344:20,23 345:11 | **heard** 269:24 |
| 445:3,8,9 447:14 | 375:22 407:18 | 376:14 377:14 | 345:11,16,24 | 287:18 327:9 |
| 449:6 452:12 | 415:19,20 424:13 | 381:5 395:24 | 348:11 351:8,9,9 | 353:11 |
| 455:10,12 459:18 | 425:8 441:3 | 399:23 406:15 | 351:10,11,14 | **hearing** 288:1 302:1 |
| 465:18 468:18 | 462:16 463:20 | 420:16 429:4 | 353:9 354:2 | 373:22 449:14 |
| 475:2 476:10 | 465:9 472:16,16 | 440:6,9 | 362:21 365:10 | **heart** 409:13,16 |
| 477:1 478:13 | **guessing** 454:15 | **happened** 263:12 | 374:19 375:24 | **help** 258:5 300:11 |
| 479:16 480:10 | **guilty** 348:21 349:5 | 264:9 266:14 | 377:1 384:11 | 301:17,19 308:20 |
| **gone** 389:2 | 349:6,8,11 351:10 | 304:22 342:12 | 386:15,20 387:17 | 309:5 310:12 |
| **good** 253:22 255:2 | **gun** 294:3,5,7 | 366:5 370:17 | 387:19 388:11,19 | 317:16 325:5 |
| 255:2,14 259:14 | **guy** 449:14 | 381:9 396:10 | 394:3 401:11,12 | 330:19,24 341:23 |
| 348:13 364:18 | **guys** 334:14 434:24 | 406:19,22,23 | 401:21 402:12 | 343:18,22 344:1 |
| 378:23 381:1 | 450:23 454:22,23 | **happening** 278:5 | 403:19 408:18 | 350:14 355:4 |
| 383:7 387:19 | 456:1 | **happens** 339:21 | 409:21 413:12,12 | 362:5,18 365:17 |
| 395:6 411:10 | **gym** 480:24 481:2 | 458:24 465:8 | 413:22 415:22 | 366:10 367:10 |
| 415:16,17 419:7 | | 466:6 | 416:7 417:4,23 | 368:17 392:23 |
| 435:9 439:3 | **H** | **happy** 359:5,8 | 418:24 422:3 | 406:23 407:3,3 |
| 455:17 464:13,13 | H 447:3,19,23 | 424:2 | 423:16 424:21 | 410:8 412:3 426:3 |
| **Goodman** 362:7,8 | 448:16 482:6 | **harass** 354:5 | 436:12 437:22 | 428:2 454:23 |
| 363:11 364:2,17 | **hair** 361:6,7 370:3 | **harassed** 270:24 | 439:24 440:12 | 458:11 462:15 |
| 364:17 460:15 | 379:2 381:15,15 | 319:13 345:11 | 442:8 443:8 445:2 | 467:3,9,20 468:5 |
| 461:2 463:21 | 381:19,21 382:7 | 355:24 | 445:17 446:12 | 468:6 473:7 |
| 473:3 | 382:17,20 383:4 | **harassee** 271:1 | 450:5 451:5,16,22 | **helped** 366:13 |
| **gotta** 253:21 | 394:22 471:20 | **harasser** 270:23 | 452:11,15 453:9 | 384:24 |
| **gotten** 417:17 | 473:21 | **harassing** 345:8 | 454:3 456:7 | **helpful** 330:20,22 |
| **grab** 422:24 429:23 | **half** 398:9 423:10 | 347:10,15 350:17 | 457:19,20,22 | 409:6 |
| **grabbed** 347:22 | 424:13 447:23 | 358:7 | 458:1,3,16 459:9 | **helps** 354:15 428:9 |
| 365:20 | 459:14 | **harassment** 323:17 | 462:22 | 473:6 |
| **grabbing** 322:8 | **hall** 347:2 383:23 | 323:24 324:10 | **Harris's** 326:8 | **her** 250:22 253:5,16 |
| 370:5 | 392:17 417:20 | 325:12 347:21,24 | **Harry's** 359:5,8 | 253:17 255:23 |
| **Gradually** 466:9 | 451:4,6 | 348:2,15 350:15 | **hat** 361:7 | 273:21,22 281:12 |
| **great** 330:5 457:16 | **hallway** 383:18,23 | 354:10 356:6,10 | **hate** 323:2 337:24 | 289:18,23 290:1,3 |
| 466:10 | 384:1,12 387:12 | 356:13 374:20 | 458:17,19 | 290:23 297:7 |
| **Greenhill** 338:11 | 390:14 440:14 | 375:21 376:2,5 | **hated** 439:1 | 302:5 311:16,17 |
| **Greg** 251:22 252:1 | 450:16 | 377:23 382:3 | **hateful** 323:1 | 311:18 320:6 |
| 252:16,22 257:2 | **hand** 264:4 272:14 | 434:12 436:12 | **hating** 457:19 | 321:23 325:4 |
| 261:11 | 307:10 312:8,13 | 437:8 | **having** 250:1 267:5 | 329:3 333:18 |
| **ground** 292:6 | 312:23 347:3 | **hard** 252:12 253:15 | 305:5 323:16 | 334:1,2,10 335:2 |
| **grounds** 276:21 | 394:21 410:21 | 324:14 361:7 | 365:19 398:24 | 335:5,9,20,23 |
| 290:16 291:1 | 439:2 444:20 | 391:5 398:24 | 419:3 438:9,12 | 354:23 357:24 |
| 360:15 361:12 | **handbooks** 370:21 | 436:10 | 448:19 | 363:17,19,22 |
| 422:9 423:5 | 370:22 | **hardly** 408:11 | **head** 250:20 256:19 | 364:8,13,13 365:2 |
| **group** 334:11 | **handed** 337:7 451:1 | 422:22 | 389:2 428:9 | 365:9,14 368:12 |
| 358:16 364:4 | **handle** 363:4 | **Harris** 256:18 | **heading** 454:14 | 368:13 407:5,6,11 |
| 391:7 410:8 | **hands** 292:6 314:12 | 257:19 263:10 | **heal** 466:13 | 439:15,19 446:16 |
| **guarantee** 434:12 | 340:5 361:5 435:6 | 264:19 265:18 | **heals** 466:12 | 457:21 458:3 |
| **guess** 252:21 273:4 | **handwriting** 306:16 | 267:9,17 270:9 | **health** 475:3 | 460:2 461:9,9,11 |
| 280:1 286:1 291:1 | 391:19 399:9 | 275:15,17 287:21 | **healthcare** 363:12 | 461:14,19 462:1 |
| 300:14 302:11 | 427:9,23 429:3 | 289:6 311:24 | 368:7 463:11,22 | 462:10 463:8,9,16 |
| 305:22 307:22 | 435:19 436:3 | 312:11 313:2,13 | 468:10 | 463:17 481:7 |
| 313:1 316:16,23 | **handwritten** 390:2 | 313:16,17,18,20 | **hear** 261:7,8,23 | **Hercules** 339:13,14 |
| 318:11,13,14 | 390:4 391:22 | 313:22 314:1,4 | 286:19 288:6 | 340:10 |
| 321:17 328:18,19 | 392:19 399:9 | 316:7,11,13 317:1 | 299:8 302:20 | **hey** 282:17 |
| 329:8 331:11 | 403:1,6,15 404:10 | 318:6,9,17 319:13 | 303:14 308:12 | **hide** 444:20 |
| 332:17 347:10 | 421:12,14 425:7 | 319:23 320:10,18 | 335:4 356:17 | **highway** 338:9 |
| 354:11 360:24 | 425:19 428:3 | 321:4 326:7,24 | 466:15 468:16 | 407:3 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 495

| | | | | |
|---|---|---|---|---|
| **hill** 275:5 | 441:4,6,11 442:24 | 477:3,7,22 478:10 | include 413:12 | 255:1 |
| **him** 252:3,4,10,18 | 443:7,12 449:4 | HR 310:1 401:7 | including 257:19 | investigate 401:8 |
| 252:18 257:24 | 450:20 451:10 | human 366:2 | 334:3 | investigation |
| 260:23 261:5,6 | 452:20 454:10,21 | hundreds 278:4,7 | incorrect 350:23 | 290:23 356:15 |
| 262:9,23 263:1 | 454:22 455:1,2 | hungry 422:23 | indicate 262:1 | 357:23 449:22 |
| 264:4,23 266:24 | 456:14 458:6 | hunting 435:7,7,8 | 270:4 296:7 | 454:14 |
| 267:2,3,6,23 | 460:18 474:24 | hurry 379:23 | 437:16 | invited 457:20 |
| 268:7 269:14 | himself 351:15 | 383:21 425:17 | indicated 252:1 | 458:3 |
| 270:22,23 272:12 | hire 449:8,24 | 429:23 | 449:3 | involved 302:2 |
| 272:13 274:15,19 | hit 308:9,10,16 | Hydroxyzin 473:2 | indicates 454:14 | 416:9 |
| 275:3,24 276:20 | 313:1,2 323:3 | hysterical 273:23 | Indicating 292:3 | Iowa 411:4 |
| 277:10,18 280:11 | 343:14 479:22 | 361:21 | 380:21 476:11 | irrelevant 353:21 |
| 282:20 283:13,16 | hold 253:1 399:16 | H-Y-D-R-O-X-Y-... | individual 316:24 | 476:19 |
| 283:24 284:18 | 406:11 | 473:2 | Infergen 469:16 | IRS 334:12 |
| 285:15,18 287:17 | hollering 451:8 | | 470:15,16 471:17 | ISO 252:7 256:7,7 |
| 287:22 289:12 | 452:7 | **I** | information 252:14 | 256:10,23 257:9 |
| 292:2 297:7,15 | home 253:6 254:17 | icon 432:1 | 271:4 339:10,22 | 257:17,18,23 |
| 301:20 302:21 | 257:23 262:13 | idea 266:5 273:1 | 340:3 341:2,24 | 404:15 408:8 |
| 304:5 308:12 | 263:14,22 264:8 | 295:5 318:12 | informed 261:4 | ISOs 252:7 |
| 309:21 310:1,4,7 | 264:10,11 267:20 | 364:18 409:14 | 298:23 309:13 | issue 252:20 255:6 |
| 310:9,14,17 313:1 | 272:3,12 275:1 | 443:9 454:5 | 335:2,5 | 270:18 271:12,15 |
| 316:14,16,19 | 280:22 288:20 | identification 306:8 | injuries 359:18 | 397:16 410:20 |
| 317:6 319:7,15,16 | 291:10,15 293:20 | 328:1 402:16 | 360:19 | 462:18,19 |
| 319:19,20,22 | 321:18,19 372:22 | 416:3 426:16 | injury 410:16 | issued 357:4 |
| 320:15,24 321:12 | 375:6 391:9 | identified 326:2 | inside 346:24 385:7 | issues 254:24 |
| 321:17,19 322:6 | 399:17 400:1 | identify 431:9 | 385:8 | 366:11 419:3 |
| 322:13,16,19,20 | 401:16,17 402:11 | ignorant 388:24 | insomnia 472:11,20 | 437:12 |
| 322:21,21 323:3,6 | 411:1 429:18,20 | illnesses 472:24 | instead 253:19 | I-N-F-E-R-G-E-N |
| 323:16,22 324:1 | 430:4,5 432:11 | immediately 308:10 | 339:9,19 464:20 | 469:16 |
| 326:14 327:9,10 | 436:20 481:1 | 369:6,8 401:13 | 475:23 | I-N-S 336:2 |
| 332:10 345:18 | homeless 439:9,11 | impaired 372:1 | instigated 445:17 | |
| 346:21 347:3,4 | 439:16 | important 273:18 | 446:12 | **J** |
| 348:11,20,20 | homework 321:20 | 345:14 346:19 | Institute 334:4 | J 249:13 484:5,17 |
| 350:16,17 351:8 | honest 315:12 | 376:24 386:23 | institutes 334:3 | jacket 346:24 |
| 358:8 362:4,8 | 316:18 | 399:15 420:8,21 | instruct 350:4,9 | Jane 477:1 |
| 369:3 376:6 | Honk 399:10 | 446:10 | instructed 318:17 | January 344:7 |
| 377:13,19,24,24 | hope 337:14 466:6 | improve 365:22 | instruction 287:6 | 346:7,8 351:1 |
| 378:1,10,11,12,18 | hoping 462:14 | 444:9,10 | insurance 328:5,13 | 353:9 383:10 |
| 379:4,15,17,18 | horrible 326:13 | improved 368:19 | 358:16 463:4 | 391:10 392:4,24 |
| 381:10,11 382:4 | hospital 338:6 | improvement | intake 288:9,12 | 393:15,18 396:20 |
| 382:21 384:9,10 | 409:12,20,22 | 319:12,14 | 289:9 | 396:24 397:3 |
| 385:19,22,24 | hostile 450:7,11 | inability 305:5 | intent 375:22 | 425:23 469:13 |
| 386:1 387:12,16 | hour 423:10,10 | 341:18,21 343:3,6 | interest 415:11 | 470:19 473:16 |
| 392:5,6,15,16 | 459:14 | inappropriately | interested 404:8 | 484:19 |
| 394:8,20 396:2,14 | hours 263:16 274:4 | 354:9 411:17 | 484:14 | Jauffret 332:4,7 |
| 400:3 401:14,16 | 274:9 321:21 | INC 249:9 | interpret 252:21 | jealous 455:24 |
| 404:5 406:3 409:3 | 330:7 361:21 | incidences 382:3 | interrupt 287:7 | Jennifer 329:3 |
| 410:19 411:20 | 405:13 408:9 | 394:4 | 337:1 399:20 | Jerry 259:8 261:10 |
| 412:10,16 415:11 | 409:19,20,23 | incident 313:20 | 455:3 476:5 | 272:11 275:14 |
| 415:17,21 417:9 | 420:7,12,13 421:2 | 314:2 323:24 | interrupted 399:24 | 283:8,16 329:11 |
| 417:23 418:3,5,7 | 423:22,24 424:8 | 351:12 374:23,24 | interrupting 313:4 | 344:20,21 352:3 |
| 418:18,20 434:9 | house 261:6 277:10 | 376:2 378:19 | interruption 382:22 | 352:10 353:3 |
| 436:19,23 437:4,7 | 332:19 362:14 | 379:10 381:2,9,17 | interview 404:21 | 365:10 398:3,10 |
| 437:7 438:1,6,7,7 | 365:21 369:1 | 383:3,8 388:15 | 405:8,24 409:2 | 398:20,22 4Q1:7 |
| 438:13,14,22,24 | 372:12,16,17,19 | 392:23 393:12 | interviewing 405:3 | 407:24 462:22 |
| 439:17,24 440:7,8 | 374:2,7 411:4 | 395:2 397:22 | invaded 359:20 | Jersey 266:1 |
| 440:21,21,23 | 458:4 464:16 | 399:4 412:11 | inventory 252:15 | Jim 268:16,17 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 496

| | | | | |
|---|---|---|---|---|
| 275:21,21,22 | 276:18 277:18 | 446:3 447:6,9 | 369:19,21,22 | 377:16 378:9 |
| 294:16 384:8 | 278:8 279:23 | 448:2 449:7,17 | 370:9,9 380:7,10 | 379:7 380:6,24 |
| 387:20 401:7 | 280:7,8,8,17 | 451:6,10 452:7,12 | 396:12 404:7 | 381:7 382:3,10,14 |
| 407:24 | 281:3 282:13,20 | 452:21 454:15 | 405:7 440:24 | 382:15,19,20,22 |
| **job** 251:2,21 252:1 | 289:1,5,8 293:13 | 455:23 456:12,13 | 441:1,17,18 442:9 | 386:21 387:5,9,11 |
| 252:13 254:11 | 295:5 298:3 299:9 | 457:10,16 458:21 | 442:12 454:7,8 | 389:1 390:8,9,16 |
| 255:3,24 291:16 | 299:14 300:5,5,11 | 458:24 459:7,18 | 456:23 457:1,2,2 | 391:2,5,17 394:10 |
| 291:18 316:20 | 300:15,21 301:17 | 460:1,15,24 | **knock** 380:6 479:2 | 394:11,13 396:21 |
| 319:20 325:19 | 301:21 302:15 | 462:10,16 464:3,7 | **know** 250:20 | 397:5,10,18 |
| 330:9 332:20 | 303:3,15 304:8 | 464:15 465:9 | 251:24 252:2 | 398:19 400:9,9,10 |
| 333:18 334:22 | 308:20 313:6,7 | 466:9,23 470:9 | 253:3,10 254:14 | 400:16,22,24 |
| 335:3,5,7 336:7 | 316:17,22 318:1 | 471:20 473:11,23 | 255:11,12,15 | 401:3,9,15 402:18 |
| 337:22 338:7 | 319:1 320:7 322:5 | 474:15 476:13,18 | 256:5,5 262:12,15 | 404:20,22 406:5 |
| 342:14 362:16 | 322:13,15 323:6,7 | 477:15 478:9,13 | 262:18 265:4 | 406:11 407:13,19 |
| 374:13 382:16,22 | 323:9,11,12 324:6 | 480:4,15,23 | 269:7,8 270:24 | 407:19,22,24 |
| 391:20 397:17,18 | 324:11 325:8 | **justice** 465:5 | 272:18,20 273:10 | 408:1,2 409:1,19 |
| 403:5,7,8,9,20 | 326:3 327:7 328:6 | | 273:17 276:20 | 410:14,23 411:3,5 |
| 404:18 405:4,7,11 | 330:24 333:5 | **K** | 280:1 284:6 286:4 | 411:6,7,14,23,23 |
| 405:14,17 407:4,5 | 335:4 337:8 | **keep** 275:6,7,18 | 286:16,16,19 | 412:2,10 413:19 |
| 407:11 408:22 | 338:14 339:1,24 | 286:19 292:2,5 | 287:2,3 289:3,4,4 | 414:23,24 415:17 |
| 409:2 413:7,7,24 | 340:20 342:2,5,8 | 351:13 356:21 | 296:10,24 297:11 | 415:19 416:20,21 |
| 414:15 443:18 | 342:15 343:12 | 432:12 438:24 | 299:5,9,9,16 | 417:9,23 418:1,3 |
| 444:19,22,24 | 348:6 350:8,16,22 | 478:13,20 | 300:9,23 301:20 | 418:6,8 419:19,20 |
| 453:10 464:24 | 353:14 357:12 | **keeping** 386:10 | 302:13 303:4,5,6 | 419:24 420:1,8,13 |
| 465:2 476:20 | 358:3 360:21,24 | 430:8 | 304:15 306:1,3,3 | 421:4,15 422:18 |
| 480:22 | 361:14,16 362:16 | **kept** 272:11,22 | 307:4,9,18,18,24 | 422:18 423:5,10 |
| **jobs** 255:12 338:12 | 362:17,19 365:17 | 274:14 288:6 | 310:8 312:24 | 425:16 426:2,10 |
| 404:1 409:4 | 366:1,4,13 367:6 | 304:8,9 319:15 | 315:20,23,23 | 426:12,18 428:13 |
| **John** 328:16 | 371:5,9,21,24,24 | 335:19 337:3,11 | 316:17,20 321:13 | 428:15 429:2,4,5 |
| **Johnson** 418:17,21 | 372:15 374:17 | 347:2 369:2 | 322:23 323:8,12 | 432:21 434:10 |
| **join** 282:14 | 375:8 376:24 | 387:12 391:6 | 323:14 325:15 | 435:1,2,12 436:13 |
| **jot** 425:17 426:7 | 377:18,19 378:6 | 393:7 426:6 | 328:20,21 330:10 | 437:3 438:4,5 |
| **jotting** 391:16 | 378:14,23,24 | 430:10 432:11 | 332:20,20 335:12 | 439:8,8,9,12,21 |
| **journal** 427:10 | 379:20 381:11,22 | 456:22 | 337:18,22 339:3 | 439:21 441:1 |
| 429:17,20 433:14 | 386:10,20 388:24 | **key** 350:4 417:19 | 339:20,21,24 | 443:18 444:19,21 |
| 433:16 | 397:12 399:16 | **kidding** 399:23 | 342:1,5 344:2,17 | 444:22,23 445:6 |
| **journals** 431:1 | 400:15 402:17 | **kind** 256:2 257:5 | 345:6 346:17 | 445:16,18,18,19 |
| **judge** 261:4 | 403:17 404:16 | 258:4,11 262:9 | 347:16,20,20 | 445:21,24,24 |
| **jump** 266:13 344:4 | 405:7 411:9,14,15 | 276:18 294:20 | 348:1,15 349:16 | 446:5,15 447:11 |
| 359:13 412:22 | 411:19 412:12,20 | 297:20 302:14,16 | 349:19,21 351:4,6 | 448:4,6 449:11,12 |
| 432:16 433:4 | 413:4,6,24 414:14 | 332:18 364:20 | 352:4,11 354:11 | 449:20 450:10,13 |
| 439:18 464:11 | 415:8,15 416:10 | 368:8 371:10,11 | 354:11,12 358:5,8 | 450:16 451:11,24 |
| 466:23 | 417:6,14,15 | 371:14 380:20 | 359:22 360:8 | 451:24 452:6,18 |
| **jumping** 359:14 | 419:12 420:24 | 391:14 419:5 | 361:8,24 362:9,9 | 453:1,13,21 455:8 |
| 478:11 | 422:1,1,18,23 | 434:20 435:5,7 | 362:14,15,16,16 | 455:10,12 456:9 |
| **June** 249:13 473:6 | 423:13,19,24 | 439:10 445:12 | 362:17,17,19 | 458:9,10 459:2,3 |
| 484:6 | 424:16 425:2,17 | 463:17,18 475:2 | 363:1,10 364:5,18 | 459:4,7,8,11,23 |
| **just** 251:11 252:16 | 426:7,12,17,23 | **kinds** 463:20 | 365:20 366:1,2,3 | 460:4 461:6 462:7 |
| 252:17 253:3,11 | 427:5,17 428:4,13 | **King** 249:24 | 366:5,12,16,21 | 462:11,11 464:2 |
| 253:19 254:2 | 428:16,21 429:3 | **Kirkwood** 338:9 | 367:9 368:20 | 465:4,5,8,9,13,17 |
| 255:15 256:18 | 430:13,20 431:2,7 | **knew** 265:1,1 272:7 | 369:24 370:1,1,2 | 465:17,21,22 |
| 257:19 259:18 | 431:22 435:13 | 272:8 281:7 | 370:14 371:5,7,9 | 466:1,11 467:8 |
| 260:3 262:4,12 | 436:2,6,8,11 | 282:18 288:3,24 | 371:10,11 372:13 | 469:21 470:5 |
| 263:3,8,10 265:2 | 437:3 438:4,24 | 289:5,7 290:8 | 372:13,14 373:2 | 472:15 474:20 |
| 265:11 268:10 | 439:2,8,8,20 | 293:21 295:15,20 | 373:12 375:1,10 | 475:1,7,24 476:9 |
| 269:3,8,8 270:1 | 440:7,7 441:20 | 298:7 299:6 303:8 | 375:13,23,23 | 476:12,16 477:17 |
| 272:14 275:20 | 442:4,5 444:14 | 306:4 323:21,22 | 376:18,23 377:10 | 478:11,17 481:4 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 497

| | | | | |
|---|---|---|---|---|
| 481:10 | 378:17 390:23 | 299:20 300:19 | 429:5 431:22 | 417:14 418:17 |
| knowing 380:5 | 398:16 424:14 | 301:2,15,16,22 | 432:19 446:24 | 420:12,24 423:18 |
| 440:10 | 442:14,15,16 | 302:7,10,12 | 452:21 456:9 | 424:7,14,24 |
| known 402:11 | 448:10 451:13 | 366:22,24 367:20 | Lexapro 363:3 | 425:19 426:7 |
| 441:19 457:2,4 | 452:3 | legally 465:8 | 364:2 467:4,10,13 | 427:14 428:5,15 |
| knows 358:9 366:17 | latest 433:1 | length 471:4 | 468:1 472:23 | 429:4 431:4,24 |
| 371:10 439:23 | lati-dati 288:1 | less 319:6 362:11 | liar 290:18 | 432:20 434:2 |
| 476:7 | laugh 456:22 | let 253:3 259:18 | liars 290:11,12,14 | 435:5,10,14,24 |
| | laughed 385:21 | 260:18 261:6,8 | 412:24 | 436:6,11 438:15 |
| **L** | laughing 347:4 | 264:23 270:4 | lie 275:9 290:23 | 439:1,8,21 444:16 |
| L 249:6,11,23 250:1 | 350:16,19 351:9 | 272:13 273:3 | 442:11 448:14 | 445:8 451:6 |
| 300:15 482:3 | 392:12 | 274:19 275:19 | 464:4 | 453:13,15,15,17 |
| 484:7 | law 249:12 356:14 | 276:20 277:18 | lied 266:18,20 | 454:19 455:22 |
| label 375:1 | 425:1 | 286:8,19 288:5 | 270:6 282:17 | 456:4 458:21 |
| labeled 259:24 | lawyer 296:16,17 | 290:1 291:10,15 | lies 451:11 | 463:1 464:3,22 |
| Labor 277:8 328:5 | 296:21 298:10,14 | 291:17 294:24 | life 258:15 363:10 | 465:16,17,22,23 |
| 358:10,15 374:6 | 300:15 328:18,19 | 295:14,20 307:24 | 371:15,18,23 | 466:9,10 472:11 |
| 374:11,12 | 362:18 370:1 | 311:5 314:2 320:5 | 410:19 411:3,8,11 | 477:18 479:12 |
| ladies 257:8 | 448:19,21 | 320:6 355:3 | 411:17 412:18 | 480:17,21 |
| lading 268:7 269:20 | lawyers 300:19 | 369:24 370:7 | 415:12 419:7 | liked 415:8 422:14 |
| ladings 416:20 | 447:12 448:4,8,16 | 377:13 378:1,1 | 458:22 464:11 | 422:15 |
| lady 403:22 407:2 | 448:17,18 449:16 | 382:4 387:10 | 465:6 466:10 | Limestone 364:7,9 |
| 439:13 | lawyer's 296:19 | 388:12 389:21 | 476:7 480:24 | 364:14 461:10,24 |
| lady's 439:16 | 298:17 449:24 | 390:6 396:13,24 | 481:3 | limit 258:12 |
| Lang 441:4,24,24 | Layton 307:8 | 400:15 402:18 | light 276:1 416:17 | limited 432:18,22 |
| 454:20 455:3,11 | lazy 473:24 | 416:21 417:9,21 | like 252:7 255:23 | 449:7 |
| 457:22 458:5 | learn 407:16 453:20 | 417:23 418:3 | 257:12 260:13 | line 254:21 329:13 |
| 459:4 | 458:22 | 426:14,17,21 | 261:4 262:11,12 | 330:2,11 331:15 |
| Lang's 458:2,3 | learned 290:10,15 | 436:1 468:16 | 262:13,13,16,17 | 331:23 387:11 |
| LaRosa 328:16,19 | 462:11 | 472:8 478:15 | 262:17 271:22 | 415:7 461:1 |
| 328:22 329:2,13 | learning 409:4 | letter 354:7 355:1 | 274:17 290:17 | lined 384:1 |
| 329:20 367:1,8 | least 325:13 337:10 | 355:18 357:10,11 | 292:2 293:4 | lines 378:22 431:6 |
| 374:5 397:15 | 395:15 397:2 | 357:14,19,24 | 300:17,18 306:15 | 434:24 435:16,24 |
| last 250:13,14,16,18 | 409:24 476:22 | 373:18 447:3 | 306:23 308:16 | 452:12 |
| 258:6 259:1,18 | leave 264:7 273:2 | letters 312:18 | 313:4 316:14,14 | list 348:10,14 |
| 266:15 268:12 | 273:16 286:18 | letting 272:3,8 | 316:16,20 319:16 | 350:23 351:5,5,21 |
| 269:24 270:3 | 372:12,18 374:7 | 274:22 276:1 | 321:3 322:12 | 352:8 447:3 460:4 |
| 290:13 301:1,1 | 408:22 416:12,17 | 285:18 311:17 | 323:8,11,15 | listed 300:13 |
| 329:3 340:21 | 420:5,12,14,19 | 370:8 371:12 | 324:11,12,16,20 | listen 261:9 262:3 |
| 343:3,7 348:1 | 421:5 422:9 423:4 | 417:6,15 423:5 | 332:18 336:10 | 272:14 274:19 |
| 355:7 359:4 | 423:5,22 424:13 | let's 254:22 258:19 | 337:19 339:4,9,16 | 290:1 292:21 |
| 361:23 386:9 | 438:7,14 440:11 | 259:5,15,16 | 342:2 345:6 348:6 | 303:13 304:13,18 |
| 441:4 443:5 451:2 | 443:20 | 263:21 264:5 | 348:12 349:8 | 304:19 311:5,17 |
| 456:4 462:8 | leaving 273:22 | 265:2 266:13 | 352:23 361:20 | 349:3,16 |
| 463:14 465:18 | 286:2 309:23 | 268:11,12 270:8 | 362:19 365:24 | listening 353:14 |
| 467:11 470:22 | 402:8,10 423:6 | 281:8 299:7 306:5 | 368:21 370:19 | Literally 380:17 |
| 471:1,2,3 473:17 | 424:23 437:16 | 307:11,23 308:23 | 371:13 375:5 | little 258:14 262:16 |
| late 257:6 280:22 | left 271:19 272:16 | 315:4 320:3 | 380:2,2,20 391:16 | 262:18 269:2 |
| 340:8 388:2 401:5 | 274:9 279:7 282:5 | 323:23 326:2,16 | 391:18,21 392:10 | 273:5 275:24 |
| 402:2 404:2 | 332:13 340:6 | 327:23 328:10 | 394:10,11,13 | 276:12 278:11 |
| 420:15 423:23 | 372:9 373:8 385:4 | 333:10 337:10 | 398:9 399:14 | 305:3 313:9 314:2 |
| later 258:3 263:17 | 393:8 397:19 | 344:4 348:18 | 401:19,19 403:17 | 318:21 322:10 |
| 266:2 290:15 | 422:10 459:14 | 357:18 359:13 | 407:18 408:6,22 | 323:19 326:1 |
| 293:6,9,10 304:10 | 461:1 463:12 | 374:17,20 376:7 | 409:4,5,5 410:6 | 332:19 337:4 |
| 311:5 324:5 | 467:1 | 383:8 389:19 | 411:2,9 412:1,4 | 339:23 342:7 |
| 326:10 351:23 | leg 456:4 | 402:14 403:15 | 413:15,16,18 | 349:24 350:2 |
| 365:23 375:20 | legal 297:23 299:14 | 412:22,23 415:23 | 415:10,11 416:15 | 360:21 361:14 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 498

| | | | | |
|---|---|---|---|---|
| 366:8 379:21 | **looking** 275:24 | 386:5 387:21 | 249:17 | 260:5,7,11,14 |
| 380:15 383:21,23 | 300:10 309:13 | 388:14,19 394:3 | **Marie** 403:23 407:7 | 261:19 266:12 |
| 383:23 385:6,20 | 324:7 342:1 347:2 | 395:21 398:7 | **mark** 320:7 | 268:18 271:14 |
| 391:16 408:22 | 390:22 398:19 | 399:13 416:20 | **marked** 306:7 | 273:13 295:24 |
| 410:1 411:10 | 404:22 433:22 | 424:2 427:20 | 307:24 308:2 | 296:2 298:22 |
| 415:16 425:15 | 456:4 466:15 | 433:21 434:16 | 317:19 327:24 | 304:4,6 306:13 |
| 426:4,5,6,12,12 | 481:5 | 441:2 477:3 | 355:13,14 389:22 | 309:15 315:10,18 |
| 426:13 427:23 | **looks** 306:15 345:22 | **main** 437:6 | 402:15 416:2 | 317:10,21 329:16 |
| 428:1,8 429:21 | 410:6 411:2 | **maintenance** 404:8 | 417:1 419:10 | 331:2,6 340:20 |
| 451:13 456:22 | 418:17 424:14 | 406:7,10,14 408:5 | 421:10 426:15 | 341:16 352:7 |
| 461:16,22 462:12 | 431:4,24 435:4,10 | 408:24 | 431:17 482:7 | 363:16 372:24 |
| 464:24 465:1,2,17 | **Lord** 366:17 | **major** 382:22 | **maroon** 411:5 | 402:24 413:10 |
| 471:20 480:22,23 | **Lori** 249:16 250:8 | **majority** 391:4 | **matches** 431:4 | 419:14 452:2 |
| **locate** 364:12 | 333:16 355:7 | **make** 252:18 270:12 | **matter** 357:3 424:3 | 459:6 461:4 467:5 |
| **located** 338:10,10 | 447:19 | 271:7 299:9 319:5 | 458:21 466:11 | 469:18 |
| 338:23 | **lose** 466:9 | 321:9,10 323:14 | **may** 254:19 255:7 | **mean** 262:15 273:3 |
| **lock** 362:17 477:3,7 | **losing** 475:3 | 326:22 332:9 | 271:18 278:14,15 | 279:9 286:9,10 |
| 477:21 | **loss** 466:10,10 | 339:2 348:3 | 279:6,15 282:4 | 293:10 297:19 |
| **locked** 369:1 464:15 | 471:20 | 352:10 358:11 | 284:6 288:22 | 301:14 310:3 |
| 478:10 | **lot** 254:5,6 266:1 | 361:1 366:22 | 295:4 296:23 | 313:18 321:5 |
| **long** 256:10 267:5 | 300:12 316:20,20 | 368:1 377:2 | 298:23 303:13 | 323:11 325:2 |
| 272:16 288:6 | 344:5 360:3 | 391:14 400:10 | 307:18 340:16 | 329:18 337:17 |
| 298:2,24 322:22 | 366:14 369:5 | 420:9,13 423:24 | 367:19 370:1 | 344:24 360:24 |
| 325:21 339:14 | 372:15 390:13 | 424:7,8,14 426:12 | 373:22 396:7,18 | 363:1,5 365:20,24 |
| 341:2 347:3 | 409:5 412:6 | 427:18 428:2 | 402:11 407:24 | 365:24 368:12,13 |
| 361:23 365:4 | 413:16 421:1 | 445:12 460:24 | 410:21 412:8 | 368:14 369:20 |
| 366:7 372:18 | 446:3 | 473:24 476:18 | 420:23 421:13 | 371:21 372:14 |
| 373:1,8 386:1 | **lots** 393:6 | **makes** 252:11 | 422:9 423:4,21 | 375:10,16 389:3,8 |
| 387:8 396:16 | **Lotus** 336:9 | 256:10 359:2 | 424:24 449:12,13 | 391:4 399:19 |
| 436:10 448:2 | **loud** 346:23 | 392:13 466:4 | 461:22 468:24,24 | 400:6 401:19 |
| **longer** 326:1 372:11 | **louder** 346:22 | **making** 255:15 | 475:13,14 476:5 | 406:16 429:10 |
| 466:13 | **love** 464:11 466:10 | 286:17 356:8 | 476:24 | 432:3 435:19 |
| **look** 250:22 251:5 | 476:7 | 436:19 451:10 | **maybe** 251:4 | 446:20 455:3 |
| 259:5 300:4 | **loved** 288:5 464:24 | **man** 326:13 332:2 | 253:11 254:17 | 456:17 458:20,21 |
| 307:23 309:2 | **lucky** 392:16 | 378:15 389:10 | 258:14 262:17 | 462:4,10 465:5,7 |
| 316:24 317:15 | **Lumbar** 410:11 | 476:12 | 272:19 273:5 | 465:8 466:22 |
| 318:17 319:8 | **lunch** 254:22 | **manager** 384:7 | 276:18 303:13 | 477:10,15 480:17 |
| 324:11,12,18,19 | 293:20 394:1 | 406:1,6,10 407:22 | 309:14 310:12 | **meaning** 454:21 |
| 324:19,24 325:1 | 422:9,15,19 423:4 | **managing** 436:19 | 315:24 317:3,16 | **means** 255:17 322:6 |
| 325:18 326:2 | 423:6,8 424:24 | 436:21 | 326:1,7 332:21 | 325:5 447:6 |
| 331:18 336:13 | 425:2 | **manifested** 360:20 | 337:19 344:1 | **meant** 261:20 389:9 |
| 338:24 339:1 | **lying** 288:2 450:13 | **manner** 422:18 | 350:1 362:12,13 | 408:16 |
| 347:19 348:10 | | **many** 299:4 342:6 | 367:18 375:22 | **mediator** 277:8 |
| 355:6 370:16,17 | **M** | 344:13,14,14 | 376:22,22 385:15 | **Medicaid** 463:13 |
| 374:24 383:7,16 | **M** 249:19 | 378:10 382:9,10 | 390:14,21 396:19 | **medical** 333:21 |
| 387:10 389:19 | **machine** 374:13 | 382:21 385:11 | 400:9 402:11,12 | 341:17 343:3 |
| 398:18 400:6,22 | 453:17 | 390:20 391:8 | 407:18 409:24 | 463:3 471:15 |
| 407:18,19 409:17 | **mad** 366:23 388:9 | 393:5 417:18 | 410:1 411:1,21 | 475:9,9,11,20 |
| 416:11 418:12 | 388:15,16 400:7 | **March** 347:18,20 | 415:7 418:5,7 | 477:9 |
| 428:20 431:22 | 442:5,7,9 458:16 | 347:21 409:12 | 420:8 421:4 | **medication** 258:11 |
| 435:13,14 436:12 | 464:2 466:4 478:9 | 417:3 434:12 | 422:23 424:13 | 341:20 343:6,16 |
| 437:14 446:24,24 | **made** 269:19 | 436:11 438:2,9 | 425:15 436:16 | 469:17,19 473:10 |
| **looked** 301:13 | 271:20 275:9 | 469:14 470:24 | 441:8,10 442:1 | 477:4,5,6 |
| 326:14 327:9 | 295:18,22 299:17 | 471:9,9,11 473:19 | 446:7,15 448:6 | **medications** 468:2 |
| 346:12 378:23 | 299:19 335:13 | **Margaret** 249:19 | 449:2 461:16,17 | 469:9 |
| 398:9 428:15 | 356:7,20 359:23 | 250:8 465:13 | 464:14 467:14 | **medicine** 368:1 |
| 438:23 443:5 | 360:21 363:4 | **MARGOLIS** | **ma'am** 255:23 | 466:24 467:2,6 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 499

| | | | | N |
|---|---|---|---|---|
| 471:16 472:2 | 480:1 | 480:13,22 481:6 | 284:7 291:9,12,19 | N 482:2 |
| 473:20 | mentioning 253:5 | 481:10 | 291:21 292:13,14 | name 256:22,24 |
| medicines 258:16 | merely 475:10 | missed 396:7 | 293:5 294:23 | 257:22 258:1 |
| 468:7 472:7,9,18 | Merit 249:13 | missing 253:11 | 308:7 309:22 | 289:18 296:19 |
| 472:22 | mess 359:23 | misspoke 432:23 | 310:2,6,16 385:1 | 298:17 318:1 |
| meet 252:12 255:16 | met 250:14,17 | misunderstood | 387:23 388:2 | 329:3 335:6,23 |
| 255:24 259:9 | 258:19,22 302:9 | 479:18 | 400:2,3,11 404:14 | 340:15 341:12 |
| 271:21 280:13 | 310:1 389:10 | mm-hmm 263:10 | 422:16 423:6 | 364:7 403:23 |
| 283:9 287:12 | Michigan 411:4 | 286:3 288:18 | 476:9,10 481:1 | 406:4,4 407:6 |
| 291:8,22 297:7 | middle 415:4 | 298:1 309:7 | most 445:16 476:10 | 408:3 436:21 |
| 356:13 367:8 | might 253:1 254:23 | 317:24 349:10 | 476:22 | 451:2,15 452:1,1 |
| 384:1 | 269:10 308:20 | 352:24 380:9 | mostly 371:17 | 461:9 480:13,14 |
| meeting 255:1 | 350:3 365:15 | 393:11 394:23 | mother 272:18,23 | names 256:9 282:13 |
| 259:10 264:13 | 366:18,22 397:14 | 401:20 402:6 | 273:15,21 274:1 | narrow 444:14 |
| 265:10,17,23 | 448:15 | 425:12 | 274:12 375:6,13 | nasty 322:7,24 |
| 268:4,7,14,23 | Mike 450:17 451:14 | moment 251:7 | 392:16 427:4 | 324:24 325:1,2,2 |
| 270:5,6,11,15 | 451:18,19,22,24 | 253:4 261:10 | 458:19 481:3 | 325:6 370:6 |
| 271:11,21,24 | mill 278:9 407:9 | 281:9 282:13 | motivation 375:18 | 378:24 379:21 |
| 272:16 274:13,24 | 416:14 | 285:19 298:19 | 375:19 | 381:24 382:1 |
| 278:16,19 281:15 | million 411:4 | 339:8,11 342:24 | motivator 459:9 | 387:2 388:24 |
| 282:12 283:2,5,6 | 382:12 475:24 | 352:20 382:17 | mouse 275:23 | 400:16 415:20 |
| 283:15,22,22 | mind 258:12 276:18 | 390:14 418:12 | move 316:5 320:5 | natural 411:19,20 |
| 284:4,11,12 291:3 | 277:17,20 280:11 | 457:23 475:15 | 332:9 352:10 | naturally 346:23 |
| 291:23 292:7,8,9 | 281:2 283:9 285:8 | moments 298:3 | 379:15 383:3 | nature 418:23 |
| 292:12,23 293:4,6 | 285:12,21,23 | 304:9 459:19 | 389:16 426:14 | 450:6 |
| 293:8,10 294:14 | 305:2 353:20 | mom's 309:7 | moved 319:23 | near 285:18 338:6 |
| 294:18 295:1 | 369:20 370:15 | Monday 296:22 | 364:10 461:23 | 347:1 477:7 |
| 296:4 305:13 | 388:8 415:12 | 377:18,21 423:15 | much 252:11 | necessarily 310:3 |
| 308:6,7,8 311:21 | 428:5 454:7 481:7 | money 330:10 | 268:12 308:22 | 339:11 406:17 |
| 313:12,15,21 | minds 382:6 | month 275:11 | 327:1 330:20 | 416:6 |
| 314:7,8,12,15,18 | mine 259:22 392:1 | 362:11 465:14 | 331:2,6 418:18 | necessary 252:14 |
| 318:15 331:1 | 392:3 407:5 | months 365:23 | 423:8 453:12 | need 252:14 253:2 |
| 352:13,23 353:6 | minute 254:19 | 397:2 448:10 | 464:12 | 257:21 262:4 |
| 369:15 384:2 | 269:10,11,11,11 | 469:13 | murder 440:1,5 | 266:15 300:17 |
| 400:3,11 428:8 | 356:18 392:3 | mood 411:21 | must 251:14 356:5 | 320:6 326:13 |
| 442:17 444:5 | 402:17,21,22 | moods 411:22 | 452:19 | 328:8 333:14 |
| 445:7 | 415:9 421:24 | Moran 384:8 | myelogram 409:8 | 358:24 370:21,22 |
| melt 397:5 414:1,17 | 451:15 480:8 | more 250:23 253:22 | 409:11,11 410:5,7 | 389:13 402:21 |
| melters 254:8 256:6 | minutes 323:8 | 274:9 307:21 | myself 250:8 255:8 | 412:1,4,5 420:11 |
| 257:2,2 382:19 | 325:23 416:13 | 313:9 319:5 | 256:14 280:10 | 428:19 444:23 |
| 403:4 417:21 | 428:19 458:22 | 325:11,13 339:2 | 285:14 289:4 | 447:10 468:21,23 |
| Melter's 252:9 | 459:14 | 339:12 340:4 | 294:16 300:12 | 481:13 |
| memo 441:6 445:3 | mischaracterizes | 366:1,6 367:21 | 326:18 327:4,6,12 | needed 294:19 |
| 445:7 454:3 | 299:23 302:5 | 376:16 378:3 | 327:15,15 332:18 | 302:16 332:20 |
| memory 305:12 | misrepresenting | 382:11 389:13 | 348:10 354:3 | 335:2,5 406:24 |
| 350:2 367:11 | 426:23 | 397:2 399:21 | 357:15 369:11 | 407:3,16 409:19 |
| 391:15 425:16 | miss 250:12 289:18 | 402:22 410:1 | 371:7 372:13 | 420:17 422:21 |
| 428:9 | 290:6,19,23 | 428:22 434:24 | 375:12 384:6 | 437:19 462:9 |
| men 278:5,7 326:21 | 311:11 332:4,7 | 437:1 441:3 | 385:9 387:14,16 | Neuberger 298:21 |
| mental 475:3 | 333:17 334:9,15 | 448:19 462:13,13 | 407:20 416:18 | 301:3,6,19,22 |
| mention 260:22 | 350:8 351:11,11 | 466:21 476:8 | 420:14 422:24 | 302:7,9 328:18,20 |
| 266:5 386:11,13 | 353:13 355:19 | 477:1 481:4 | 446:13 461:12 | 328:22 449:1,18 |
| 479:24 | 357:21 363:14,15 | morning 252:8,17 | 464:15 475:20 | Neuberger's 367:13 |
| mentioned 271:18 | 364:16,23 368:8 | 263:15,16 264:20 | 477:3,7,22 478:10 | 448:20 449:9 |
| 279:15 284:15 | 368:11 460:18 | 269:12,13 271:20 | M-Y-E-L-O-G-R... | Neurosurgical |
| 315:23 441:4 | 461:15 463:5,21 | 276:11 282:12 | 409:8 | |
| 444:4 479:22 | 474:18,21 477:24 | 283:6,19,20,20 | | |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 500

| | | | | |
|---|---|---|---|---|
| 410:8 | 271:8 282:16 | **numbered** 259:22 | 466:23 468:14,15 | 398:11 408:16 |
| **never** 262:3 267:6 | 302:15 | **numbers** 252:15 | 470:2,3,8 472:2 | 409:3 410:12 |
| 270:21 275:21,23 | **nook** 462:12 | 254:8 300:5,5 | 478:11 | 422:13 424:4,20 |
| 284:15 296:5 | **noon** 273:6 | 384:23,24 401:12 | **offer** 269:19 270:12 | 428:19 430:5 |
| 299:6 302:8 312:3 | **normal** 471:24 | 401:18,19,23,24 | 276:21,22 277:2,4 | 445:18 456:9,11 |
| 318:17 326:22 | **normally** 325:19 | 402:3,6 | 356:20 404:4 | 458:8 459:23 |
| 327:19 343:15,16 | 419:18 423:8 | | 405:21 408:13,19 | 461:16 462:10 |
| 353:20 369:20,21 | 437:17 | **O** | 420:13 443:23 | 465:19 469:2 |
| 370:15,15 378:6,9 | **North** 435:8 | **oath** 260:8 315:14 | **offered** 261:1,6 | 476:10,16 477:9 |
| 382:14 383:12 | **Notary** 249:14 | **object** 302:4 305:18 | 267:21 309:6 | **okay** 253:13,21 |
| 388:8 396:9,13 | 484:6 | 447:14 479:16 | 405:19,22 | 254:19 259:1,14 |
| 397:15,16,16 | **note** 262:17 403:1 | **objection** 293:1 | **offering** 406:13 | 260:1 261:12,15 |
| 414:21 415:19 | 421:12,14 425:7 | 299:23 300:7 | **office** 250:14 | 263:21,24 264:7 |
| 422:10,22 423:11 | 425:13 429:14 | 303:22 320:20 | 253:17,19 264:22 | 265:13 266:13 |
| 430:5 444:4,17 | 434:16 | 343:8 354:19 | 267:24 269:15,21 | 267:19 268:17 |
| 448:12 450:23 | **notes** 254:24 262:10 | 372:3 394:14 | 271:11 272:1,3,8 | 269:24 270:17 |
| 451:1 452:17 | 262:11,20,21 | 445:22 472:12 | 273:4 275:2,4,19 | 274:23 275:13 |
| 455:8 457:5 466:6 | 279:3 281:24 | 481:8 | 276:2 286:18 | 277:4 278:13 |
| 466:22 477:4,6 | 288:13 291:2 | **objective** 480:7 | 288:2 291:11,16 | 284:13 285:4 |
| 478:10,18 480:3 | 292:22 293:16 | **obtain** 334:11 | 291:19 292:10,11 | 286:15 287:9,10 |
| **new** 266:1 282:11 | 294:11 320:7 | **Obviously** 365:12 | 293:13 294:24 | 288:21 292:15,20 |
| 364:13 415:24 | 390:2,4,6,21 | 377:10 | 295:14,21 319:20 | 294:17,21 295:3 |
| 453:16 461:9,10 | 391:14,14 408:12 | **occasion** 314:4,6 | 323:6 324:6 | 305:8 306:1 |
| 484:2 | 425:19 426:3,4,5 | 378:3 382:21 | 325:21 326:10,24 | 307:15,16 308:13 |
| **news** 454:21 455:17 | 426:6,8 427:22,24 | **occasions** 299:20,21 | 335:8 338:11 | 308:20 309:15 |
| 455:17 | 428:1,3 429:11,15 | 301:9 | 347:22 348:16 | 310:11,24 313:24 |
| **next** 250:19 254:2 | 429:21 430:19,21 | **occur** 383:9 | 367:14 370:9,10 | 314:6 317:15 |
| 263:19,24 264:14 | 430:22 434:2,7 | **occurred** 270:15 | 380:3 383:19 | 319:1,3 321:1,3,7 |
| 264:15 265:23,24 | 435:2,11 452:13 | 356:6 360:10 | 384:20 385:8,20 | 322:3 324:17 |
| 275:1 279:9 | 484:9 | **October** 360:9,11 | 387:6 392:1,3,5 | 325:1,3,9,14 |
| 281:12 284:14,20 | **nothing** 266:18 | 421:6 422:6 | 392:18 393:3,8 | 327:2,5,11,17 |
| 285:7 306:5 | 267:9 283:12,13 | 423:15 | 401:17,22 402:13 | 329:13 331:13,17 |
| 309:16 331:13 | 295:16 297:1,3 | **odd** 375:9 412:17 | 408:23 416:16 | 331:22 332:15 |
| 347:23 356:9 | 316:5 321:16 | **off** 257:14 272:12 | 422:10 423:5,6,7 | 334:20 337:8 |
| 377:3 378:19 | 326:14,17 327:15 | 274:17,18,20 | 434:17 440:2 | 342:21 343:18 |
| 379:6 385:24 | 332:3 369:13,17 | 277:12,18,21 | 441:12,13 442:2 | 344:4,17,19 345:9 |
| 386:1 400:2 412:4 | 369:22 370:11,12 | 278:3,4,6,10,12 | 443:23 446:4,5 | 345:15,21 346:4 |
| 413:2 416:17 | 370:20 371:8,20 | 280:20,21 281:11 | 448:20 449:9 | 346:10,17 350:11 |
| 418:9 419:9,15 | 375:5 377:19 | 284:19 286:20 | 450:17,18 451:5,7 | 351:8,19 352:22 |
| 420:2,11 421:10 | 381:10 415:20 | 288:4 302:18 | 451:16,22,23 | 353:17,22 358:6 |
| 423:13 430:16 | 430:14 444:10 | 303:11,12,17,20 | 457:19 465:1 | 358:18,21 360:13 |
| 431:21 434:18 | 453:21 456:21 | 304:1,7 305:8,10 | **officer** 288:9,12 | 362:11 363:19,22 |
| 455:15 457:15 | **notice** 249:12 390:1 | 305:17,23 308:9 | 289:9 | 364:4,23 373:7,16 |
| **nibbled** 423:12 | 431:24 | 308:14,17,18 | **offices** 249:12 | 374:10,15 376:14 |
| **nice** 317:9 321:5 | **noticing** 368:23 | 320:4,8 333:10,12 | 287:24 | 379:10 380:17 |
| 425:3 | **November** 321:18 | 338:9 352:19 | **official** 354:17 | 381:1,12,23 |
| **nicest** 317:2 318:4 | 338:4 360:8,11 | 360:14 361:11 | **often** 365:2 392:11 | 382:16 384:22,23 |
| 318:10 | 423:17,22 424:20 | 366:9 368:4,5 | 395:24 396:10 | 385:14,16,18 |
| **night** 284:18 287:21 | 432:15,18,21,22 | 379:9 380:6 | 406:23 420:16 | 387:22 388:20 |
| 348:1,17 384:23 | 433:2 | 381:11 392:11 | **oh** 251:14 259:6 | 389:12,15,17 |
| 403:20 405:15,16 | **nowhere** 285:18 | 394:20 399:16 | 263:3 293:13,15 | 390:15,21 391:1 |
| 434:9 458:1 | 477:6 | 407:16 409:21 | 297:22 309:15 | 392:5 393:23 |
| **nine** 438:17 | **number** 251:16,17 | 410:2 412:4,5 | 322:3 326:15 | 394:17,19 395:11 |
| **nobody** 290:21,21 | 305:3 395:7 | 416:1,19 421:24 | 327:10 329:12 | 395:13,16 398:11 |
| 327:7,19 371:9 | 401:22 431:10 | 423:3,3 433:17 | 338:3 361:19 | 400:4 401:18 |
| 396:6 425:1 | 435:4 461:10 | 446:23 450:20 | 362:20 363:19 | 402:8,14 403:20 |
| **none** 267:12,18 | 479:13 | 457:16 464:11 | 371:3 389:10 | 404:18 406:12 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 501

| | | | | |
|---|---|---|---|---|
| 407:8 408:18 | 323:4,8 324:20 | 448:21 457:2 | 387:14 | 406:18 407:2,3,15 |
| 409:1 410:12 | 325:11 326:21 | 463:22 479:18 | out 251:11 252:23 | 417:21 418:12 |
| 412:2,20 413:3 | 327:17,21 328:20 | open 300:3 342:3 | 253:3 255:4,6 | 461:22 464:2,3 |
| 414:13 415:18 | 333:11 335:6 | 357:1,7,17 370:19 | 256:6,12 265:9 | 470:9 475:8,18 |
| 418:3 419:2,8,9 | 336:7 337:4,23 | opened 360:14 | 283:14,18,23 | 477:22 478:13,13 |
| 419:17,22 420:3 | 338:3,13,19,20 | 361:11 | 284:3,8,10,11,12 | overcome 475:16 |
| 420:18 421:21 | 341:11,13 344:20 | opinion 323:24 | 284:12 285:21 | overtime 403:21 |
| 422:1,13 423:6 | 344:23,23 345:4,8 | opportunity 255:2 | 291:23 292:7 | 404:4 406:13 |
| 424:17 427:10,21 | 345:10 346:1,8 | 258:4 280:7 357:4 | 296:17,17 300:11 | 408:4,10,11,14,19 |
| 428:19 429:17 | 347:4 350:20 | 361:1 404:13 | 314:2 320:6 | own 260:6 306:14 |
| 431:20,23 432:13 | 351:3 352:15 | opposed 297:2 | 322:11 323:6,11 | 326:12 403:2 |
| 432:24 434:5,6,22 | 353:9 356:4 | 437:11 | 333:16 335:14 | 407:20 436:2 |
| 434:22 435:3,10 | 359:22 361:7 | option 320:18 | 342:3 364:10 | 437:8 456:16 |
| 435:18 441:4 | 364:8 367:11 | 424:17 | 365:21 370:19 | owned 328:20 |
| 442:7 445:6,11,15 | 371:2 373:11,21 | order 256:19 356:5 | 371:6 372:15,16 | o'clock 265:7 270:2 |
| 446:6 447:5 449:6 | 377:3,3 378:3 | 377:2 379:7 | 374:1 375:2,4,8 | 274:6 283:6 291:9 |
| 449:11 450:3,9,12 | 379:5,6 381:22 | Oregon 411:4 | 375:14 377:11 | 294:23 420:11 |
| 451:4 452:21 | 384:3,4,5 387:13 | original 256:13 | 378:11,14,19,20 | |
| 453:2 456:24 | 387:14 389:13 | 428:15 | 378:21 379:5,13 | _____ |
| 460:5,7,21 461:14 | 394:6 395:4,7,20 | originally 335:7 | 379:18 380:3 | **P** |
| 463:3,9,19 464:13 | 396:7,13 398:21 | 336:7,11 | 382:4,5 383:1,2,3 | pack 370:13,14 |
| 466:3,8,20 467:12 | 399:8 400:14 | originals 428:14 | 383:22 384:3,24 | package 250:21 |
| 467:21 468:7,7 | 402:1,22 404:5 | other 252:7,8,13 | 385:20,21,23 | 313:4 334:10 |
| 469:11 470:10,10 | 407:21 410:20 | 253:7 254:7 258:4 | 386:2,19 390:18 | 355:10 433:23 |
| 472:7,22 474:8 | 411:21 412:9,11 | 262:9 267:4,4 | 390:19 391:7,8 | packaged 435:1 |
| 475:2,8,22 476:6 | 412:12,16 413:6 | 273:8 280:18 | 392:10,12 393:2,4 | packet 482:8,9 |
| 476:15,16,20,21 | 413:11 415:10 | 293:19 301:5 | 396:8 397:8 398:2 | page 250:22 251:9 |
| 477:20,23 479:6,8 | 417:20 422:21 | 302:14 308:11 | 398:14,20 399:8 | 251:14,16,17,18 |
| 479:10 480:13,21 | 423:19 425:15 | 316:9 327:18,21 | 400:19 403:4,19 | 259:18 305:3 |
| 481:11,14 | 426:22 427:23 | 329:1 332:15 | 408:23 409:15 | 307:13,13,23,24 |
| old 342:12 | 428:1,11,11 | 333:21 335:8 | 411:23 412:8,9 | 308:4,23 309:9 |
| once 256:7 257:12 | 430:23 431:6,11 | 336:3,10 338:12 | 416:14 417:20 | 312:16,17 314:3 |
| 261:5 272:2 | 431:21 432:3 | 338:13,18 340:11 | 421:5 422:15,20 | 317:15,18,21 |
| 273:20 288:2 | 434:7 435:4,13 | 341:7,15 359:8,11 | 425:2,8,11,20 | 326:2 328:10,11 |
| 289:6 305:22 | 436:6,9,11,11 | 360:19 363:12 | 426:1 429:10 | 331:13,14 355:13 |
| 332:8 334:12 | 438:16 439:11,19 | 370:23 374:8,10 | 434:2,16 438:17 | 355:14 358:20,22 |
| 342:1 363:3 365:3 | 439:20 443:2,5 | 378:14 382:23 | 438:18 439:18 | 389:19 412:23 |
| 366:21 367:20 | 445:16 450:19 | 383:18,22 388:23 | 444:21 449:13 | 415:3 416:24 |
| 372:16,21 376:16 | 453:12,13,13 | 389:4 393:20 | 454:5,6 457:20 | 418:9,10 419:9,9 |
| 408:22 415:13 | 458:1 468:3,5 | 402:7 406:15,18 | 458:1 465:10 | 419:15,15 420:2 |
| 422:15,16 455:7,7 | 470:7 471:5 | 411:23 416:8 | 471:7 475:13 | 421:10,11 423:13 |
| 475:15 | 474:13,15 478:6 | 420:19 423:2,4 | 476:14 479:2 | 424:19 425:6,20 |
| one 250:19 251:13 | 479:2 | 430:8,20,24 431:2 | 480:20 | 427:16,16,17,21 |
| 251:13 253:4 | ones 427:9 428:24 | 433:15 439:6 | outlining 254:24 | 430:16,16,24,24 |
| 254:11,16 255:12 | 436:5 450:19 | 441:16 442:2 | outside 441:13 | 431:5,5,10,17,19 |
| 255:22 256:10,11 | ongoing 462:18,19 | 443:23 449:9 | 468:19 | 431:21,21 432:1,6 |
| 259:7 265:2 | 471:6 | 455:21 467:6 | over 251:2 253:16 | 432:9,15,15,19,22 |
| 270:15,24 275:14 | only 274:20,21 | 468:6,7,10 469:8 | 253:18 254:1,12 | 434:4,4,6,18,19 |
| 275:21,23 278:11 | 278:3,4,8,10 | 472:7,8,20,22,22 | 254:15 268:8 | 434:19,23,23 |
| 282:19 284:6 | 320:18 326:21 | 473:21 476:1,3,3 | 283:22 284:12 | 447:1,19 454:13 |
| 286:24 290:24 | 328:7 333:8 353:8 | 480:10 | 285:2 287:7 | 478:24 482:3,14 |
| 296:6 298:14,24 | 354:3 356:5 | others 256:1 257:12 | 325:17,17 333:7 | 482:15 483:4 |
| 298:24 299:18 | 389:13 399:23 | 384:3 464:3 | 336:10 337:7 | pages 301:13 |
| 304:2 305:8 | 415:7 420:10 | 466:13 | 338:9 344:4 | 307:19,21 424:18 |
| 307:10,19 312:13 | 422:23 428:13,14 | otherwise 287:8 | 362:15 373:17 | 427:5 428:10 |
| 312:22 314:4 | 433:13,20 435:16 | 431:10 484:13 | 377:20,21 384:10 | 429:6,9 430:1,24 |
| 317:1 318:4,4,10 | 438:16 441:21 | ought 343:14 | 385:6 403:24,24 | 431:5,16 432:8 |
| | | | | 433:6,13,19 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 502

**paid** 436:14
**painting** 397:23,24
**pallet** 398:2
**pamphlets** 368:18
**panties** 345:11
346:2 351:12
382:2 383:6,21
384:18 386:5,14
387:22 388:6,21
389:8 392:10
393:13,21 395:19
**paper** 263:8,11
306:15 403:10
425:16 428:11
429:23,23 431:2
435:4,6 443:2
459:1
**papers** 269:1,3,4,13
275:8 276:13
369:15 370:13,14
**paragraph** 254:20
254:22 326:3
327:13 356:9
413:2,4 415:4
447:7,8,10,23
448:16
**paragraphs** 253:14
**paralegal** 249:23
250:10 297:13
300:23
**paranoia** 367:23
368:8,11,17,24
369:11 371:16
464:18
**paranoid** 366:14,19
367:21 368:2,12
368:20,22 369:13
369:16,17 387:19
388:16,16 480:15
**Pardon** 432:23
**parenthesis** 318:5
326:11 392:2
**parking** 360:3
**part** 251:2,23 253:4
254:11 281:9
323:21,23 324:9
360:7 375:22
380:19 403:8,14
403:15 411:14
418:10 421:20
437:13 458:24
459:1 475:22
**participate** 356:16
**particular** 299:18
422:18
**parties** 484:8
**parts** 328:6

**party** 271:16
298:24 299:1
414:19,20,22,23
414:24 415:1
447:13 484:13
**part-time** 403:20
404:18 405:3
408:22 409:2
**pass** 257:11 436:16
**past** 258:15 328:11
333:22,24 478:3
**path** 475:17
**Paul** 418:17,21
**paused** 302:20
**Pavilion** 471:15
**pay** 329:14,23
333:23 336:13,15
336:16,19 337:1
337:12 338:8,24
339:1,2 340:19
342:23 343:24
408:9 424:16
437:7
**paychecks** 338:9
**payment** 297:20
**payroll** 408:9,10
418:20
**peace** 413:7
**peel** 399:16
**Pegasys** 473:12
**pencil** 432:1
**people** 252:13
261:10 267:4,5
298:13 299:7,19
299:21 300:13
301:10,13 306:19
316:14,18,19,20
316:21 321:5,8
337:5 341:23
343:18 382:5
383:18,22 390:14
393:5 411:23
412:24 416:9
417:15 439:6,9,9
439:11,20 441:21
445:19,19,24
464:2,3 465:22
480:5,10
**people's** 404:1
**perfectly** 341:1
**perform** 325:19
**performance**
251:21 255:4
**perhaps** 340:10
441:24
**period** 309:5 318:6
342:9,18,22

343:12,19,23
358:7 465:10
474:3,11
**periodically** 391:2
**permission** 348:11
421:8 437:20
**person** 266:22,24
267:3 297:7 298:6
333:8 336:3
346:23 360:23
388:24 406:8
407:17
**personal** 321:16,20
410:19 411:3,8,11
411:13,17 412:14
412:18 415:8,12
421:1 430:20
**Personally** 413:17
**Personnel** 335:1
337:18 340:9
372:23
**pervert** 380:16
**pharmacies** 359:4
359:11
**Philadelphia**
272:22 307:14
359:6
**phone** 272:19,20
273:16,18 285:6
297:14,18,23
299:19,19 300:3,10
300:13,19 301:12
310:7 324:6
326:11,12,13,15
327:7,7,8,18,21
335:13,14 347:6
350:19 399:12
401:19,21,23
**photocopies** 428:14
**physical** 252:14
344:14
**physically** 290:17
314:16,20 315:2
423:7
**physician** 460:16
471:22
**pick** 258:19 264:8
416:19 422:20
437:4
**picked** 273:11
323:6,9 326:10,15
327:6 338:9
**picking** 347:5
350:19
**picture** 324:15
376:9 380:22
**piece** 306:15 370:3

373:21 399:9,10
403:10 426:12
428:11 429:22,24
434:20 435:4
443:1 479:9
480:21
**pieces** 314:2 328:4
411:11 425:15
431:2
**pig** 388:22 394:18
**pigs** 465:24
**Pike** 359:6
**pile** 268:24 269:2,4
269:12 276:13
369:15
**Pinched** 376:10
**pinching** 381:3
**pissed** 379:9 392:11
**pisses** 366:9
**Pizza** 300:6
**place** 261:4 266:18
266:19 283:7
319:6,6 320:7
336:20 337:9
353:2 404:1
457:21
**places** 339:11
340:11
**plain** 477:1
**plaintiff** 249:7,18
250:9,10
**Plaintiff's** 420:2
421:10 424:18
425:6,20
**plate** 407:9,10
**play** 290:3 447:12
448:5
**played** 311:18
**playing** 290:5 311:7
387:12
**pleasant** 293:22
**please** 256:15
274:12 276:8
292:2 308:6
309:20 326:16,19
379:18 389:14
396:24 399:19
402:21 418:13
423:21
**pocket** 346:24
440:24
**point** 251:11 255:6
264:3 284:13
285:8,13,21,23
286:4,13,22,24
287:1,10 323:3
326:4 333:8 340:8

347:4 358:18
395:20 402:1,2
410:20 411:21
412:9,12,17 413:1
428:11 438:4,13
439:2 454:17
457:15 466:22
**pointed** 392:9
**polite** 425:4
**poor** 439:14
**pop** 428:4,8
**popped** 250:20
**pops** 411:15
**position** 306:21
313:5 356:2,24
357:1,7,9,17
389:1 397:5,6
436:18
**positions** 338:14
**possession** 278:23
281:20 288:19
334:1,2,10 344:1
**possible** 370:16
**possibly** 430:5
**Post-It** 434:8
**Post-Its** 429:24
435:24
**pouring** 272:10
280:22 456:3
**Practically** 396:7
**practice** 364:4,13
**prefer** 374:18
421:12
**prepare** 407:16
**prescribed** 364:2
473:3,15
**prescribing** 471:21
**prescription** 467:24
470:23 471:2,4,8
473:13
**present** 249:22
250:7 265:23
283:15 290:3
294:14 311:10
**pretend** 304:7,8
305:17 444:23
**pretended** 308:9,14
308:18
**pretending** 389:11
**pretty** 261:4 288:23
293:18 323:14,19
324:8 326:12
327:9 337:16
349:18 388:3
453:17 471:10
**prevail** 356:5
**prevent** 258:16

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 503

prevented 372:2
previous 333:23
previously 250:1
  355:14 389:22
  417:1 419:9
print 255:4 370:20
printed 390:17,18
  391:2,7,8 421:16
  425:20
printer 429:24
  484:9
printers 384:21,21
printing 429:23
prior 270:10 275:12
  309:22 346:3
  352:17 368:8
  391:24 392:5
  396:24 397:10
  423:23 430:9
  449:19
probably 303:13,14
  311:3,4 315:24
  329:19 339:6
  381:10 388:22
  389:11 391:20
  401:5 409:6 416:8
  421:17 426:23
  428:12 442:1,5
  446:15 453:21
  476:8
problem 252:22,22
  253:19 255:19
  297:3 311:16
  453:23 456:16,18
  462:14
problematic 385:16
problems 255:4
  256:3 356:22
  365:8,14 371:14
  371:23 456:2
  468:10
procedure 256:7
  257:10,17,23
procedures 252:8
  256:7,23 257:18
  404:15 408:8
Proceedings 481:15
process 350:5
produce 287:10,15
  309:1 334:11,17
  363:18 433:8,10
produced 333:2,14
  334:1,5 337:2,12
  337:14 339:1
  359:5 373:5 416:7
producing 286:22
  311:16 333:18,20

production 316:23
professional 322:22
  362:18 484:6
professionals
  363:12
programs 336:9
promised 280:15
  455:1
pronounce 444:22
  480:14
pronounced 289:18
pronouncing
  480:15
proof 294:20
  302:16 403:9
proper 339:22
properly 255:20
  339:20
property 274:10
  286:21 293:14
protect 281:7 289:3
  300:12
protection 319:3
protest 311:19
prove 278:10
proved 356:19
provide 252:13
  271:4 280:6
provided 333:24
providers 333:21
  463:22
psychiatry 475:3
Public 249:14 484:6
puffy 465:16
pull 446:7 456:18
pulled 430:19
punch 313:14,18,22
  394:21 417:12
punched 312:22
  313:11 314:1,3,13
  382:21
puncture 410:11
punish 356:7
purpose 426:21
purposes 342:17
  357:8 359:3
  386:10
pursuant 249:12
push 369:23 379:4
pushed 379:8,13
pushing 439:17
put 255:10 293:18
  303:10 337:6
  348:10 358:1,1,3
  365:16 378:15
  398:14,14 399:17
  400:1 412:20

434:2 449:6
453:12 458:24
476:8
putting 314:6 361:5
  399:13,15
P-E-G-A-S-Y-S
  473:12
P-0827 434:7
p.m 424:21 481:15
P259 419:10
P285 389:22
P839 431:17

──────────
**Q**
──────────
question 257:4
  260:17 283:1
  287:7 298:8,9,10
  303:1,2 313:7
  317:10 322:2,5
  330:12,13 331:24
  340:17 343:2
  353:21 385:16
  389:14 427:11,13
  430:7 460:11
  461:12 470:15
  478:13,15,16
  480:8
questioned 417:16
questions 296:18
  297:4 299:4,10
  300:18,21 302:8
  302:10,12,14
  330:23 342:11,15
  350:9 371:6 469:5
  469:24 475:24
  481:13 484:8
quick 254:5,13
  357:8 415:24
  428:6 429:22
  475:18
quickly 374:17,17
  392:10
quiet 275:23 347:1
quit 377:18
quite 266:15 288:9
  341:1
quote 294:3 452:12
  475:14

──────────
**R**
──────────
rain 272:10 280:22
raised 271:16
ran 257:23 383:22
  383:22 385:19,21
  385:23 458:2
  474:7 481:2
Randolph 256:18

257:19 263:16
265:1,14 267:9
270:23 271:19,24
275:15,17 282:17
287:21 289:5
299:5 319:7
344:20,23 345:8
348:11 365:10
384:11 386:20,24
388:19 391:24
392:5 399:12
401:12 403:19
404:3 422:23
425:10 442:5,13
443:16 444:5
452:15 454:20,21
454:22 455:7,10
455:11,12,14,20
457:5,22 458:1,3
462:22 468:17
rather 252:19
  339:18 352:8
Rats 253:21
reach 261:16,21
  262:6 284:16
  287:24
react 321:10
read 251:18,22
  256:15 257:12
  281:8,13 308:6
  318:2,3 326:3,19
  327:4 330:4,12,14
  331:15,18,20
  332:12 342:3
  355:22 368:19
  384:23 391:19,21
  403:16 407:20
  408:3 413:4
  423:18 436:6,9
  447:24 448:9
  456:9 457:16
reading 326:16
  357:13 359:2
  391:24 447:21
  448:1,15
reads 309:16
  331:24 357:13
ready 253:20 265:8
  282:20 402:24
  415:9 416:5
  426:19 464:11
real 357:8 406:4
  415:24
realize 475:16
realized 272:2
  275:24 276:1
really 274:4 280:9

293:21 299:1
300:23 302:15
310:21 312:1
316:19 332:12
366:22 369:24
370:14 372:12
374:21 375:16,23
378:6 379:7,9
388:1 389:7
392:12 396:21,21
397:20 399:14
400:7 406:11
423:11 425:1
428:15 438:5
440:8 445:6
447:20,22 449:19
454:8 455:9
458:23 461:11
464:6 469:24
478:15 479:12
reason 278:1 282:9
  347:20 374:8
  388:23 389:5
  417:9 435:16
  443:21 444:18
  454:8 460:23
  462:20 473:9
reasonable 339:12
reasonably 460:7
reasons 357:2
rebuttal 306:20
  452:20 459:1
rebuttals 307:2,3
recall 253:24 258:5
  270:14 272:21
  293:21 294:2,9,11
  296:20 298:16,17
  299:4,21 303:16
  304:18 305:5
  306:17 307:4
  308:21 310:7,9,14
  310:16,19 318:24
  328:12 329:20
  331:3 332:23
  334:24 335:19
  336:13 337:17
  338:4 339:5,18,24
  340:11,15 341:11
  341:16,18,21,23
  342:21 343:3,7,19
  343:22 344:1,17
  349:3,13,20
  350:14,21 354:13
  354:17,22 355:15
  364:7 367:3,14
  368:23 373:5
  376:1,23 379:20

Snyder
Terry L. Snyder, Volume 2

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 504

| | | | | |
|---|---|---|---|---|
| 388:1 399:5 405:3 | 285:16 293:23,24 | related 258:7 368:8 | repeat 276:23 277:1 | 378:6 |
| 405:19 414:19 | 295:7 302:18 | 410:16 470:6 | 287:6 | respondent 306:21 |
| 428:24 436:1 | 303:11 304:10 | relating 342:14 | repeatedly 257:20 | 355:24 356:14,17 |
| 440:18 441:9,10 | 346:22 440:24 | 449:23 | 461:15 464:16 | 356:21 |
| 444:12 445:11 | recorders 272:15 | relationship 380:11 | repeating 478:12 | Respondent's |
| 446:19 461:6,12 | 274:21 | 384:16 418:24 | repetitive 337:9 | 356:19 |
| 461:20 470:16 | recording 303:21 | relative 484:13 | rephrase 372:5 | responding 331:15 |
| 473:1,3,7,9,12 | records 272:20 | release 348:12 | 472:17 | 331:17 |
| 474:13 | 359:5 393:6,7 | 434:10,11 | REPLACE 483:4 | response 260:24 |
| recalling 339:7 | red 276:1 416:17 | relevant 263:3 | reply 331:23 | 263:7 310:14,17 |
| receipt 419:16 | 439:11 | 310:4 | report 252:10 254:9 | 330:2,17 332:7 |
| receipts 255:5,9,13 | redeposed 334:16 | remain 330:8,16 | 254:10 276:8 | 349:19,21,23 |
| 256:1 333:20 | redo 256:11 | 331:11 | 292:9,10 321:17 | 353:13 378:5,8,12 |
| 363:18 416:19 | redone 256:8,16 | remember 256:23 | 321:19 384:24 | 385:22 394:12,12 |
| receive 255:24 | refer 461:5 | 258:1 268:21,22 | 400:5 436:23 | 394:13 398:15 |
| 334:13 358:21 | referee 329:8,12 | 269:9 293:24 | 450:24 451:1 | 453:19 |
| 405:21 | 330:11,14 373:17 | 304:21,22 305:3 | 457:11 467:17 | responsibilities |
| received 307:14 | 449:14 | 307:20 311:15 | 471:21 | 252:7,11,19 |
| 413:20 | reference 328:6 | 317:5,7,12,13 | reported 258:20 | responsive 322:2 |
| receiving 468:2,11 | 477:15 | 326:15 329:3 | 269:14 | rest 432:16 448:9 |
| recess 315:5 355:5 | referenced 259:19 | 337:24 338:1,12 | reporter 249:14 | restate 343:13 |
| 394:1 459:16 | 331:14 346:4 | 338:19 339:19,23 | 285:3 482:15 | 350:22 |
| 469:3 | 476:2 | 341:12 342:4 | 484:4,6 | result 459:20 |
| recipe 337:5 | referencing 251:9 | 343:17 347:12 | reports 252:9,17 | resulted 443:12 |
| recognize 427:6,8 | 362:22 413:12 | 349:24 353:24 | 254:6 256:3 257:5 | retained 449:4 |
| 436:2 | 414:4 428:2 | 354:14 364:1,3 | represent 328:3 | retake 370:22 |
| recollect 309:5 | referring 275:10 | 365:4 374:23 | 416:5 | retaliated 356:1 |
| 310:12 330:24 | 278:7 312:24 | 377:4 383:10 | representation | retaliation 356:20 |
| 392:23 | 406:2 411:12 | 390:17 391:13 | 449:17,24 450:1 | retention 482:12 |
| recollection 250:17 | 430:3 447:7 | 394:15,15 398:5,6 | 469:1 | return 348:18 |
| 317:17 340:2 | refill 335:14 | 398:7 399:2 401:1 | represented 298:20 | 419:16 |
| 410:9 458:12 | refinery 278:9,9 | 404:20 405:8,9,11 | 448:7 | retype 257:14 |
| recommended | reflect 255:11 | 405:13,23,24 | representing 250:8 | review 256:15 |
| 357:2 364:20 | 330:19 | 410:4,14 412:11 | 250:10 328:23 | 257:3,7 258:4 |
| record 255:3 260:3 | reflects 350:24 | 412:16 418:16,17 | 329:4 | 355:23 402:17,20 |
| 281:8,10,13 | 411:23 | 423:11 425:22 | reputation 316:13 | 415:8 416:9 |
| 283:13 287:8 | refresh 250:17 | 428:17 436:10 | request 265:17,22 | 426:17 |
| 298:5,11 305:8,10 | 317:16 367:10 | 450:14 451:10 | 309:1 409:21 | reviewed 254:1 |
| 315:7 320:4,8 | 410:8 458:12 | 456:12,13 457:7,8 | 420:22 423:3,3,21 | revise 257:8,14 |
| 324:13,14,21,23 | refused 356:3 443:2 | 460:6 468:9,13 | 433:13 449:6 | rewind 343:14 |
| 324:23 330:24 | refusing 356:17 | 469:12,15 472:19 | requested 422:16 | rewrite 306:18 |
| 333:10,12,13 | regarding 277:11 | 473:5,11,15,17 | requesting 410:2 | 307:1 |
| 349:16 350:9 | 308:24 316:7 | 474:16 | REQUESTS 482:11 | rewritten 256:9 |
| 357:8 359:2 368:4 | 333:18 389:23 | remembered 254:3 | required 437:19 | re-register 335:2 |
| 368:5 386:10 | 404:15 410:7 | 254:4 259:7 269:4 | reread 370:22 | re-registered 335:8 |
| 389:13 416:1 | 416:11 445:3 | 383:11 425:13 | resign 292:18 | 335:9 |
| 421:24 431:10 | regards 454:3 477:9 | 428:5 437:3 | 358:11 | Ribavirin 474:1 |
| 433:17 446:23 | 477:24 | remembering | resigning 271:9 | rich 439:13 |
| 447:22 449:7 | Registered 249:13 | 258:14 342:7,24 | 277:3,7,9 | Richards 307:8 |
| 453:1 459:7 | 484:5 | 398:24 | respect 253:1 | Rick 450:20,22 |
| 468:14,15 470:2,4 | regular 405:17 | remind 425:3 | 334:16 | rid 268:10 269:5 |
| 470:8,11,12,13 | 408:15,19,23 | 479:22 | respective 484:8 | 479:7 |
| recorded 282:12 | 460:16 468:11 | remit 297:20 | respond 296:3 | rides 411:6 |
| 297:3 304:14 | regularly 374:4 | remove 275:6 | 329:17 346:10 | right 253:11 259:13 |
| 346:6,15 480:10 | 383:2 418:3 | reneged 280:14,14 | 385:18 456:7 | 260:3 263:19 |
| recorder 282:12,16 | rehash 266:16 | 280:15 | 457:7 | 267:7 278:24 |
| 282:19 283:13 | reimburse 437:6 | renewing 471:9 | responded 332:8 | 281:20 285:11 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 505

| | | | | |
|---|---|---|---|---|
| 288:22 292:13 | 389:23 401:7 | 347:5 357:13,15 | 275:4,14 302:20 | 335:7 336:8,11 |
| 302:21 305:24 | 408:1 | 362:15 377:7,19 | 303:24 304:1,2 | 373:18,19 384:9,9 |
| 306:1,5 308:17 | | 378:15 384:13 | 305:9,24 333:11 | 386:2,4,7 387:5 |
| 309:12 314:16 | **S** | 399:24 400:12 | 346:1 352:2 375:1 | 387:16,20 388:13 |
| 319:9 325:24 | S 326:8 482:6 | 411:24 412:16 | 375:15,17 377:3 | 388:17 389:23 |
| 338:5,21 342:24 | sad 464:2 466:5 | 414:7 431:11 | 383:2 416:24 | 409:20,23 410:2 |
| 346:23 354:7 | 477:1,7,18,19 | 438:11 446:21 | 447:23 454:19 | 423:15,16 424:20 |
| 355:1,2,9 357:6 | 478:6,9 479:15 | 452:20 | **secretary** 297:10,12 | **sentence** 308:5,6 |
| 357:12,16 358:21 | 480:15,23 | **says** 251:15,17,18 | 297:12 298:5,11 | 309:12,16 317:21 |
| 367:4 370:11 | **sadden** 475:15 | 307:14 308:5,16 | 298:15 300:23 | 342:3 413:5 415:4 |
| 372:17,21 373:18 | **sadness** 464:22,22 | 309:9,12 312:17 | **security** 413:7 | 423:19 447:9 |
| 382:5 385:2 | 466:21 476:3 | 327:13 329:13,21 | **see** 253:16 257:8 | **sentences** 415:9 |
| 389:11 390:12 | **safety** 384:7 386:19 | 331:20 332:8 | 258:3 259:18,21 | 423:20 |
| 391:9,11 399:22 | **salary** 315:19 330:8 | 345:19 346:12 | 265:24 288:24 | **separate** 313:19 |
| 399:22 404:21 | 330:15 331:4,10 | 347:11 349:6,7 | 307:11,12 309:10 | 314:1 341:5 |
| 413:6 414:3,9 | **Sam** 441:4 454:20 | 350:18 392:22 | 312:18 313:6,6 | 429:17,20 |
| 415:23 419:7 | 455:3,11,11,24 | 398:9 404:10,21 | 327:12,12 329:15 | **separation** 460:12 |
| 422:3 425:2 433:2 | 456:23 457:1,3,3 | 406:1 412:24 | 337:4 339:4 | **September** 432:14 |
| 433:19 434:19 | 457:4,18,18,22 | 415:7 423:17,20 | 346:21 355:3,7 | 474:15 |
| 435:21 438:2 | 458:2,2,5,12 | 427:4 432:21 | 362:1 363:11,17 | **sequence** 259:16 |
| 442:17 443:7 | 459:4,8 | 434:7 435:9 | 364:13 365:2 | 270:11 |
| 448:14,14,22 | **same** 263:19 308:23 | 446:16 455:18 | 372:20 374:5,10 | **serious** 325:11 |
| 449:15,15 450:2 | 314:3 318:6 | 457:15 458:17 | 387:17 396:2,14 | 326:9 |
| 450:10 451:22 | 319:10 330:9,16 | 459:6 | 397:21 403:15 | **seriously** 382:13 |
| 455:18,20 456:5 | 331:11 332:19 | **scale** 477:12,23 | 413:18 416:12,19 | **serve** 357:4 |
| 457:10 458:11 | 341:3,6 353:5,6 | 479:13 | 417:6 428:13 | **session** 301:1 |
| 459:6 461:23 | 358:22 381:17 | **scared** 345:23 | 431:6 435:22 | 365:13 |
| 463:21,23 465:24 | 415:3 431:14,16 | 348:21,22,24 | 438:7 447:4 | **set** 255:3 278:3 |
| 470:10 477:18,20 | 432:6 439:5 | 349:4 351:10 | 455:23 458:20 | 282:14 440:4 |
| 478:5 480:12 | 460:18 473:21 | 362:24 392:19,20 | 460:14,18 462:1 | **several** 299:7,8,19 |
| **Rights** 357:3 | 474:3,5,8 478:12 | 392:21 393:3 | 463:8,9 465:7 | 299:19,20 301:8,9 |
| **right-hand** 309:10 | 478:14,16,24 | 437:22,24 438:13 | 475:2 477:17 | 301:9 302:1 |
| **road** 361:20,22 | **Sam's** 457:20,24 | 438:15 439:24 | 480:11 481:7 | 306:18,19,24,24 |
| 364:7,9,14 461:10 | **sarcastic** 415:15,16 | 440:1,3,21 442:13 | **seeing** 254:3 269:4 | 369:5 382:10 |
| 461:24 480:18,20 | **sat** 274:19 275:20 | 442:22 | 310:11 337:17 | 426:23 427:9,18 |
| **Ron** 418:19 | 275:20,24 321:19 | **scenario** 479:14 | 363:19,22 | 441:18 |
| **room** 250:7 261:10 | 347:22 360:3 | **schedule** 283:11 | **seek** 332:22 362:2 | **sexual** 323:16,24 |
| 261:13 311:12 | 361:20,24 436:9 | 291:22 | 362:18 364:16,20 | 347:21,24 348:2 |
| 466:7 476:8 480:5 | 456:14 478:10 | **scheduled** 409:11 | 366:24 459:24 | 348:15 350:17 |
| **rotten** 395:9 415:20 | 480:17 | 420:20 437:17 | 460:2 | 354:10 356:6,10 |
| 450:11 | **Saturday** 383:15,15 | **school** 340:8 436:19 | **seeking** 301:16 | 356:13 382:3 |
| **round** 269:2 276:13 | 383:20 384:15 | **schools** 334:3 | 302:7 366:22 | 434:12 436:12 |
| **routine** 480:24 | 388:8,12 392:2,4 | **Schwandt** 249:13 | 372:14 461:21 | 437:8 |
| **rude** 267:3 412:17 | 392:7 | 484:5,17 | **seen** 253:7,10 | **sexually** 347:10,15 |
| **rule** 412:13 | **save** 276:24 | **scratch** 257:14 | 306:10,12 366:3 | 350:17 354:5 |
| **run** 309:6 379:23 | **saved** 253:22 | 476:5,14 | 370:13 417:22 | 355:24 358:7 |
| 380:5 408:6 | 255:14 | **screaming** 400:12 | 439:13 461:2 | **shake** 452:1 |
| 416:13,18 471:7 | **saw** 369:14 385:24 | 450:16,17 451:4 | **self** 347:5,7 384:8 | **share** 288:15,17 |
| **running** 380:20 | 386:1 398:13 | 451:16 480:19 | **send** 255:17 256:11 | 289:12,23 |
| 403:24 451:16 | 463:22 477:24 | **screened** 289:1 | 257:15 384:7 | **shared** 289:16 |
| 453:15 | **saying** 253:10 255:7 | **scribbled** 429:21 | 386:19 403:4 | **shave** 450:20 |
| **Ryan** 268:16,17 | 267:14 273:23 | 431:7 | 418:6 | **SHEET** 483:5 |
| 275:21,21,22 | 278:8 282:8,16 | **scroll** 281:9 | **sending** 388:9 | **sheets** 434:1 |
| 290:7 294:16 | 291:18 292:5 | **search** 333:19 | **sense** 339:2 388:14 | **SHEET/DEPON...** |
| 296:3,5 386:7,12 | 294:8 310:5,7,9 | 334:22 342:14 | 464:8 466:11 | 482:14 |
| 386:16,18 387:16 | 334:7 345:18,18 | **second** 250:22 | 476:18 | **shelf** 384:21 385:2 |
| 387:20 388:10 | 345:22 346:12,15 | 259:7 270:15 | **sent** 256:6,15 290:1 | **shh** 350:18 |

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 506

Shhh 345:18,20
shift 420:20 437:17
ship 267:21,23
  269:19 270:12
  319:10
shipped 320:11
shipping 266:6
  267:22,24 269:19
  270:10,13,22
  319:11,15,15,19
  319:23 320:11,11
  329:24 331:5,10
shit 392:17,21
  468:17 479:9
shitty 479:5
shock 360:10
  361:17 363:7
  480:16,21
Shocked 359:23
shop 397:5 414:1,17
shopping 481:2
show 255:14,20
  289:6 324:12
  329:11 343:24
  354:14,15 356:5
  443:13 453:16
shower 372:15
showing 256:14
  257:21 411:1
shows 255:22
  356:10,14 366:4
  437:20
shut 384:2 385:19
  438:24
shutters 411:4,5
sick 289:5 323:7
  392:13 471:20
side 268:9 281:7
  288:7 309:10
  361:20,22 362:19
  368:2 407:10
  456:19 471:16,19
  471:24 472:10
  473:20 474:5,6
  480:18
sign 256:15 334:8
  334:13 348:12
  434:9 442:10,13
  443:1,2,19 444:13
  445:8
SIGNATURE
  482:14
signatures 257:16
  275:15
signed 257:18 259:2
  260:4,9 449:2
  483:7

significant 273:8
signing 434:11
  442:12
similar 307:16
  371:21 393:20
  407:11 453:5
since 250:14,16
  253:13,15 308:20
  339:1 364:5
  391:19 397:18
  415:19 463:11
single 262:14
  304:21 305:3
  342:7 349:24
  389:19 436:6,9,11
  445:16 466:14
Singulair 467:16
sinus 467:16
sit 257:19 262:14
  264:23 339:7
  362:13 370:17,20
  382:15 395:7
  417:20 440:9
  464:4 465:21
  466:4 468:24
  475:19 477:21
sites 338:11
sitting 257:9 292:1
  339:6 371:6,6,7
  371:24 411:2
  465:23 480:5
six 272:19 409:23
Skelly 334:10
  338:13
skip 270:4
skipping 253:14
Slam 314:12
slammed 312:8,13
  314:13 323:10
slash 475:15
sleep 272:4,4 275:1
  275:18 291:15
  369:3 467:9,20
  468:6
sleeplessness
  472:11
slept 457:23 458:4
slow 345:14
slowed 466:9
smack 394:21
smacked 381:10
small 373:21
smart 380:7,10,10
smelling 381:16
smirk 379:21
Smith 289:2
smoking 294:3,5,7

sniff 396:11,14
sniffed 396:1
sniffing 360:22
  361:5 370:5 379:1
  381:24 383:5
  395:19,23 396:13
  396:20,22
snow 411:6
Snyder 249:6,11
  250:1,9,12 251:8
  251:17,18 259:18
  306:6,7 307:10,13
  307:23 308:4
  312:16 315:11
  317:15 326:2
  327:23,24 328:9
  331:23 333:18
  334:9,15 350:8
  351:11,11 355:7
  373:21 386:9
  389:19,21 402:14
  402:15 408:13
  412:22 415:3,24
  416:2,24 418:10
  421:11 423:15
  424:20 426:15
  427:16 433:19
  434:6,18,23
  437:15 446:24
  447:1 454:13
  482:3,7,9 484:7
Snyder's 250:6
solely 356:7
solid 361:7
solve 365:15
some 254:6 264:14
  272:20 282:9
  285:8 294:20
  295:9 299:8
  302:16 305:5
  307:19 308:24
  316:16 332:1
  337:5,17,21 359:5
  364:20 370:22,24
  373:19 389:4
  390:21 404:4
  416:6,8,13 417:9
  428:22 430:19
  432:14 434:1,20
  435:5,7 436:4,8
  437:19 450:20
  452:10 453:16
  454:15 463:17
  465:17 466:12
  481:13
somebody 268:9

281:6 300:11
301:17 323:15
325:16 339:19
354:5 364:17,19
365:18 366:12
375:15 389:11
397:14,21 400:8
417:22 422:17
434:22 438:17,18
439:21 450:10
456:17 475:6
477:17
somebody's 399:9
  458:22
somehow 434:2
  439:14
someone 259:9
  264:7 392:18
  395:18 396:12
  428:9 462:16
  466:10
something 250:20
  254:1 270:9
  272:20 273:23
  286:18 289:22
  312:6 322:23
  342:1 351:23
  352:22 353:19
  354:14,16 366:9
  377:4,16 378:15
  378:22 379:22
  384:13 387:14
  397:14 399:5
  399:5,14 400:16
  401:19 402:12
  406:19,22 409:22
  412:8,9 415:11
  419:18 420:6,7,17
  420:21 421:22
  422:17,20,21,24
  425:16,22 427:21
  429:4 431:7
  436:14,19 437:2
  439:22 440:10
  442:10 444:6,24
  445:2 446:2,4
  448:13 449:2,3,8
  450:11 452:12
  453:5,10,13,16
  456:18 462:24
  464:17 467:9,15
  467:16 473:3
  475:13 480:6
sometime 375:4,14
sometimes 255:7
  257:18 258:1
  262:12,13 316:21

379:22 412:1
419:20 420:5
426:7 429:3 437:3
466:4
Somewhat 305:14
somewhere 273:18
  286:1 369:9 367:2
  367:6 376:23
  396:18 476:2
soon 274:2 318:5
  335:13 362:9,10
  372:20 434:16
  460:7 461:23
sorry 251:14 254:19
  288:22 295:4
  296:16 298:9
  301:11 310:4
  313:3 324:2,3
  326:16 328:22
  329:19 335:4
  337:1,8 345:24
  347:15 348:3,5
  351:4 353:19
  358:23 362:23
  364:18 369:8
  371:21 374:9
  380:18 391:22
  393:15 399:19
  406:20 408:12
  412:20 424:4
  428:22 431:12
  432:22 434:23
  439:5,20 442:15
  447:18,19 448:1
  455:3,6 458:10
  460:6 461:17
  463:8 466:14
  467:22 468:5
  477:5,9
sort 435:12 454:13
  464:7
sought 301:2,6,23
  332:15 334:23
  341:17 343:2,15
  367:20 368:7
sound 255:2 399:14
south 380:11
sparks 450:20
speak 258:5 268:19
  268:20 273:14
  285:2 287:7
  318:17 319:8
speaking 333:17
  453:23 454:4
specific 262:21
  358:18 412:11
  462:14

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 507

specifically 252:17
  265:17,22 333:19
  365:7 403:15
  429:1 436:1 444:6
  447:7
spectrum 476:22,23
speculate 340:3
  364:22
speculation 320:21
  445:23 481:9
spell 451:2
spelling 289:21
spending 250:23
  251:3
spinal 410:11
spinning 456:13
split 407:4
spoke 264:23
  268:19 284:18
  285:5 294:5
  297:11,12,15
  335:8 411:16
  454:10
sporadic 262:11
Sporadically
  299:12
spray 397:23,23
spritz 411:11
squeeze 376:11
  377:6
squeezed 376:7,12
  376:13
squeezing 312:23
  376:6 378:16
  379:1 381:3,4,14
  383:4 395:19,22
St 409:12
staff 475:6
stamp 307:13 309:9
stand 315:17
  322:16,19,24
  325:15 441:12
  456:3
standard 251:1,2
  253:5,10,18,20
  254:3,5,12 428:6
  480:7
standing 269:22
  323:12,18 324:1,4
  324:7 325:17
  327:8 384:1,3
  439:3 457:12
Staples 337:4
stare 322:24 325:16
stared 378:20
stares 378:24
Stargatt 249:12,20

staring 292:2 322:7
  323:13,18 324:1,7
  324:9,11,11
  325:17 327:8
  378:24 382:1
start 259:16 332:20
  342:1 360:1
  365:22 373:9
  412:5,7,8 421:11
  429:5,11 453:14
  475:15
started 269:18
  286:16 287:20
  288:2 318:11,13
  321:8 322:7,11,13
  336:9,12 340:7
  361:5 363:3,22
  365:23 366:21
  368:23 372:14
  377:19 379:1
  380:15 385:23
  392:8 396:18
  400:8 401:13
  415:13 430:18
  434:14 437:14
  438:2,11,12
  446:17 451:7
  452:7 469:21
starting 309:16
starts 330:14 415:4
  427:21
state 361:17 366:4
  370:2 444:16
  480:16,21 481:7
  484:1
stated 351:12,14
  356:13 357:9
  358:10 427:14
  448:17
statement 259:2,17
  260:4,13 263:9
  269:9 271:20
  301:3 302:3
  306:21 313:5
  315:11,12,15,17
  331:24 391:19,22
  413:9 448:9
statements 260:9
states 249:4 353:20
  356:9 410:4
stating 255:23
  256:7 373:18
  386:20
stationery 431:4
stay 265:2 406:24
  407:1,15 420:15
  423:23 432:20

stayed 322:22 391:5
  391:5 404:1
  419:23 440:7
staying 409:5
steady 432:20
STEEL 249:9
Stenotype 484:9
step 264:15 468:19
stick 325:7 444:20
  449:13 475:17
sticker 399:4 401:8
  401:10
stick-it 434:8
still 255:5 301:3
  302:22 304:10
  321:2 322:15
  333:9,14 336:9
  363:5 366:7
  370:24,24 371:2
  401:17 410:21,
  412:14,22 413:18
  462:8,8,18,19
  463:2 464:2,5
  465:18 473:18
stinks 395:9,17
stipulation 470:8
stomach 318:13
  392:13
stood 323:7 347:1
  379:4 440:14
  442:2 457:18
stop 272:1 273:24
  303:20 318:9
  360:13 362:4,5
  363:2,4 382:16
  395:22 404:11
  415:14 416:18
  464:23 465:12
  468:5 471:7
stopped 302:20
  360:16 373:11,12
  471:9
stopping 412:9
storeroom 255:5,9
  255:13 416:16
storm 338:3
storming 451:6
straight 255:3
  269:14 330:10
  422:19 444:21
straighten 253:2
straightening
  252:23
strange 289:21
street 249:12,20,24
  439:15 477:18
streets 439:9,11

stroke 382:16
stroked 376:7
  382:20
stroking 361:6
  379:1 381:15,16
  381:21 382:7
  383:4
Stronger 441:3
stub 343:24
stubs 333:23 336:13
  336:15,16,19
  337:1,12 338:8,24
  339:1,2 340:19
  342:23 373:4
stuff 270:3 280:10
  335:14 362:5
  363:3 434:11
  464:16 465:7,8
stupid 389:6 465:1
subject 423:16,17
  424:21
submission 447:15
submit 297:20
  403:8,10,12
  433:12
submitted 307:12
  315:12 336:16,19
  356:11 404:16
  435:1
subsequent 336:20
  427:5 449:21
  454:14
subsequently
  290:10
sucked 479:5
sudden 382:16
suddenly 294:22
sue 354:7 355:1,2
  357:6 358:21
suffered 359:19
sufficient 341:1
suggesting 479:19
  479:20
suggestion 270:20
suicidal 474:10
  479:19
suicide 476:2,2,5
  477:13 478:3,6,17
  478:18,21 480:4
suit 484:14
summarization
  404:9
summarize 266:17
  355:21 403:2,17
  418:13,15
summary 423:14
supervisor 256:2,19

256:20 257:4,10
  257:13 268:1
  370:4 400:16
  450:18
supervisors 256:9
  256:12,15,17,18
  403:4 404:5
  417:21 419:13
  420:23 453:14
supervisor's 451:15
supplied 436:24
supplies 253:20
  387:7
supply 254:8
supplying 255:13
support 260:20
  263:5 280:4 283:3
  316:10 345:2
  350:14 351:6
  382:23 430:12
supports 345:11
  349:14 352:9
  376:1,4 377:22
supposed 251:1
  252:2 254:12,16
  256:20 257:10
  259:10 264:18,19
  265:14 274:24
  283:5,7 290:20,24
  292:12 293:6
  353:23 370:7
  396:12 428:7
  436:17 450:24
  472:13
sure 261:4 274:5
  277:24 279:2
  281:23 284:2
  288:5,23 293:7,18
  297:6 300:8,14
  315:24 335:11
  337:16 344:1
  349:18 361:1
  366:7 372:9 377:2
  383:16 388:3
  393:1 397:20
  403:12,12 405:19
  410:22 412:2
  427:18 436:23
  442:9 446:16,17
  446:21 449:5
  450:8,13 453:17
  460:24 462:17
  465:21 466:4,23
  467:13 471:10
surprised 404:7
sweat 456:4
switching 286:17

Snyder
Terry L. Snyder, Volume 2

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 6, 2006

Page 508

swollen 465:16
sworn 250:2 253:6
484:7
symptoms 360:2,16
361:15 368:24
370:23 472:20
systems 361:2
S-H-H-H 345:19

**T**

T 406:1 482:6
table 269:2 276:13
314:12,13 347:23
385:3,5 456:14
take 254:24 266:19
270:1 273:18
276:20 280:2,8,19
282:11 283:7
285:3,3 290:8
293:13 315:4
322:11 323:11
324:15 326:1
332:1 353:2
367:18 368:1
371:4 375:2,3,8
375:14 376:9
377:12,13 378:1
380:22 382:5
383:2 387:16
393:23 402:17,21
404:13 409:23
411:9,22 412:23
418:12 423:9
424:13 436:16
437:1,8 445:5
456:19 459:13
463:16,17 466:12
472:2
taken 249:11 315:5
341:20 343:6,16
355:5 394:1
429:10,14,15
435:11 459:16
469:3 472:8,9,18
472:23 484:8
takes 389:1 416:13
taking 251:2 254:12
254:15 363:3
382:13 383:5
428:22 429:11
443:17 466:24
469:21 470:16
473:4,10,18 474:8
talk 254:23 259:12
268:11,11 270:8
270:18 292:16
309:3 313:19

357:18 359:1
364:8,17,19
365:18 366:13
369:3 374:20
376:7 383:8
391:23 403:13,14
410:19 411:11,13
412:14,18 441:13
441:20 446:4,5
449:16 455:21
456:7,15 462:10
462:16 468:21,23
474:24
talked 289:2 327:19
331:3 344:5
352:15 359:4
403:5 404:14
463:4 464:18
467:10
talking 304:9,9
314:1 322:7
327:10 329:20
370:5 381:24
394:22 404:6
414:20 415:13
439:1 449:17,18
454:18 456:1
458:21,23
tangible 262:10
tape 261:5 270:21
272:15 274:20
282:16,19,21
283:13,13 285:16
292:21 293:23,24
294:15,17 295:7
296:4,24 298:5,11
298:23 302:17
303:11,20 304:10
304:16 305:17
308:8,14 310:22
344:23 345:6,10
345:16 346:4,8,11
346:19 347:11
348:8 349:11,14
350:13,24 351:6
352:2,8 353:1,11
388:19 399:10
440:12,17,24
taped 295:1 296:8
346:17 353:8
tapes 260:15,19
261:7,8 262:4
263:12 264:4
272:12 274:13,17
274:18,19 277:11
277:12,17,21

278:3 279:15,19
280:4,17 282:10
283:2 284:7,14,15
285:7,13,17 286:6
286:8,15,22
287:11,16,18
288:1,4,10 289:10
289:12,16 290:3,5
293:16 294:2
295:8 302:16
308:24 309:2,22
310:6,16,20 311:1
311:5,7,14,16
344:4,5,13,14
345:2 348:19
356:17 447:12,18
448:5
tapping 347:4
taught 407:15
458:19
Taylor 249:12,20
teamed 354:15
Tech 347:19,24
348:11 434:10
tedious 435:12
tell 251:16 260:19
262:9,20,23 263:1
265:5 266:14
267:13,16 277:16
288:9,12 289:3,9
298:11 302:17
303:10 304:5,19
311:22,24 312:2
317:1 318:16
319:18,22,22
321:14 327:2
331:7,8 332:5
335:15 350:22
354:4 355:17
358:4 359:18
364:11 369:24
372:1 375:6
378:10 379:12
380:24 381:19
383:9 385:19
386:16,18 394:9
399:7 403:1,3
404:6 405:6 409:8
410:13 412:2,5,7
414:7,8 416:10
418:15 421:5
423:13,19 424:19
425:7 426:20
427:2,5 434:4,4
435:22 438:6,24
441:6,15 442:7,14
442:17,19,22

443:6 444:2,21
446:14,15,16
447:6 452:5,11
454:17 455:2,12
456:19 457:4
462:6
telling 275:5 289:7
319:7 322:13
323:6,18 324:8
332:9 348:9,16
377:12,19 378:23
383:7 411:2,7
415:10 434:14
438:2 443:12
446:19 457:24
458:6,12
temp 337:19 339:17
temporary 338:14
338:18 339:15
341:9
ten 333:22,24
438:17 439:19,19
tend 412:1 421:1,2
tendencies 479:19
term 448:8
terminate 276:15
369:18
terms 334:12
Terri 424:9,20
Terry 249:6,11
250:1,6,9 274:16
331:23 398:3,10
423:15 482:3
484:7
testified 250:2
259:1 270:3 281:3
281:10 285:8,20
288:21 290:13
301:1,21 320:10
336:14 340:9
343:11 395:13
testify 258:13
266:15 311:2
testifying 390:17
testimony 299:24
302:5 393:8
433:20 484:11
testing 340:7
thank 308:22 424:8
476:12
thanks 421:23
their 255:4,9 288:6
290:17 316:20,21
369:19 374:13
375:15 392:18
403:7 411:22
421:2 439:12

456:2,4,16
themselves 360:20
therapy 364:20
thing 253:22 255:14
256:11 264:19
268:22 270:14
277:6,9 278:4,10
310:2 318:3 330:4
334:24 341:4
342:7 358:12
379:23 381:20
383:21 384:14,21
387:19 403:6
404:10,17 434:10
436:20 447:21
452:20 455:2
464:13 471:6
476:13 477:19
thingeys 429:22
things 258:6 262:18
262:19 267:20
287:20 291:15
304:22 306:19,24
321:9,16 322:10
322:12 337:5
351:5 358:18
363:4 365:17
366:3,8 391:17
395:20 399:23
413:14 421:1
426:7,13 428:4,8
431:3 439:13,22
476:18
think 251:7 253:8
259:1,22 261:20
267:20 269:3
274:6 277:18,18
279:20 284:1,9
288:24 289:1,14
289:24 291:13
295:12,17,18
296:22 300:22
305:2 306:3,18
307:17 312:1
316:18 317:8
319:4,12,15
321:16 323:21
325:13,15 326:7
327:17 331:12
332:11 335:19
337:3 338:19,20
339:16,18 340:22
342:5,11 344:18
345:1,9 346:6
349:21 351:20,22
351:23 353:5,7
358:4 360:8,22

Snyder                                    v.                        Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2          C.A. # 04-970-JJF                       June 6, 2006

Page 509

364:8,10 365:6
368:18 371:9,10
374:21 375:5,9,11
375:17 376:4
377:22 380:5
381:15 383:15,17
386:23 387:2,4
388:1,15,20,24
389:1,6,6 390:21
393:2,4 394:6,7
394:18 395:6,8,9
395:13,22 397:14
398:2,7,14,16,22
400:6,8 401:5,22
402:11 406:7
407:9,10 408:13
409:3,17 411:13
411:20,21 412:8
416:10 418:5,18
421:17 422:1
425:4,18 430:18
430:19 434:2
435:11 440:4,6,9
441:17,17 444:14
445:2,12,24
450:17 451:14
455:15,16,17,18
455:23 458:23
461:7 465:4 466:5
466:17 467:8,15
467:18,19 473:23
475:13,14 479:18
479:22 480:1
**thinking** 310:19
318:9 371:7
392:21 440:10
475:19
**thinks** 392:12 438:3
**third** 298:6 353:1,1
415:7 431:19
**thorough** 356:15
**though** 264:5
319:11 331:15
332:17 404:21
412:17 435:16
442:21
**thought** 251:20
252:10 276:18
292:23 295:8
307:2,8,18 308:20
310:1 316:19
348:1 362:22
364:18 366:16,18
366:22 367:4
375:8,9,12 387:18
387:20 400:5,7
426:11 428:22

429:17 430:7
434:15 436:10
438:11 442:14,16
443:6 446:12,18
478:11
**thoughtful** 425:3
**thoughts** 474:10
**threaten** 443:17
**three** 254:21 256:9
256:12 257:8,9,15
257:16 263:16
343:4,7 344:16,18
346:3 395:7
**threw** 400:18
**through** 335:17
338:7,16 339:17
341:9 349:18
371:8 374:14,18
379:14 384:23
390:22 391:15
397:3 411:22
422:19 432:19
433:22 435:10,13
437:15 447:3
461:11 464:24
**throughout** 275:22
275:22 276:24
**throw** 286:20
370:18 480:20
**Thursday** 259:11
268:6 269:10,12
269:13 275:22
276:11 279:11,16
279:19 284:7
287:4,12 291:12
291:18 295:13
428:8
**Tic** 406:1,8 408:18
**Tic's** 407:22
**Tier** 408:1
**tile** 384:6,14 387:20
388:4,13
**tiles** 383:13,24
384:10,13 386:4
387:5,5,15,18
388:13,17 389:23
**till** 252:10 255:15
**time** 250:23 251:4
251:19 253:2,16
253:17 255:21
258:6 259:1,18
260:8,12,18
261:22 262:24
263:2,23 266:9,15
267:1 268:12
269:24 270:3
271:12,18 273:2,3

273:10,12 274:3
274:23 276:24
283:8,11 284:5,24
285:6,12,19
287:18 289:13
290:13 294:8
295:6,18 298:14
298:20 301:2,20
306:22 309:5
310:3,11,15,17,20
311:1,8,10 312:22
313:16,19 315:14
317:4 318:5
319:10 321:8
322:14 325:16
328:23 329:5,20
332:13,15,19
334:22 335:16
336:12 339:23
340:6,7,10 347:14
351:22,24 352:4
355:7 359:4,20
361:8,13,16 362:5
363:1,2,13,23
364:5,8 366:6,7
366:14 368:20,22
369:12,16 371:24
374:1 375:6
376:18,20 377:5
377:17 384:8
385:24 386:9,12
387:23 389:3,13
390:13 391:8
394:11 398:24
401:24 402:21
406:18,18,18
413:13,16,17,21
414:4,9,13 416:12
416:17,18 417:6
417:11,12,16
417:4,7,24 419:3
420:9 423:8 424:9
424:14 428:23
434:15 437:23
438:4,9,12 439:5
440:8,15,20,21
443:5 444:17
448:7 449:8,20
450:15,18 453:13
454:4,11 457:11
460:18,24 463:11
465:16,22 466:8
466:11,12,18
467:11 468:8,11
468:17 469:9
470:22 471:1,2,3
473:17 474:3,8

475:11,13 477:4,8
478:10,21
**timely** 256:3
**times** 272:19 300:22
306:19,24 309:13
349:19 360:4
376:15 378:10
381:6,7 382:9,21
394:16 406:15
412:6 417:18
420:19,20 423:2
437:17
**tip** 342:24
**tippy** 326:5
**tired** 262:12 471:20
**title** 384:9
**Tobin** 273:11
**today** 250:7 258:13
270:1 302:1
315:17 332:24
334:13 337:11
350:24 352:17
370:17 396:3
426:10 462:20
480:5
**toga** 414:19,20,21
414:23,24 415:1
**together** 282:14
426:9 458:4 474:7
476:8
**told** 252:3,10 259:8
261:1 265:6,15,16
268:4,6,7 270:6
271:8,17,20
274:14 275:18
279:10,12 280:11
280:11,12 287:17
296:11,13,14,23
298:5 299:3,7
311:1,3,4 317:6
318:22 319:7,19
319:20 320:13,17
322:16 340:4
368:12 380:22
381:11 397:15
398:22 400:17
405:11 409:3
414:21 436:7
440:4 441:21
442:1,14,15,16
443:6,14,15
446:11,13,16
448:4 453:21
454:20,24 455:11
456:14 457:1,3,18
457:22 458:5,6
459:4,8 470:9

**tomorrow** 281:1
309:22 310:6,16
424:22,24
**tongue** 342:24
**top** 307:14,23 308:5
317:21 326:5
435:5 448:1
**topic** 260:15
**topics** 250:17
**toss** 370:19
**tossing** 362:19
**totally** 275:12
353:21 377:5
459:14 476:18
**touch** 326:22
**touched** 374:21
**touching** 381:24
394:8
**towards** 267:4
318:7 321:3,11,12
322:6,20,21,21
390:18 392:8
396:18 440:23
**trailer** 404:9 406:7
406:14 408:24
**train** 253:18,20
**trained** 255:21,21
**training** 250:24
254:4,13 334:3
428:6
**Tramadol** 474:13
**transcribed** 484:9
**transcript** 328:4,6,7
331:14 357:12,14
482:8 484:11
**transcription** 484:9
**Transcripts** 332:12
**transfer** 270:10,18
270:19,22 271:7,9
271:12 275:16
277:2 292:18
315:19 321:2
329:14,21,23
330:6 332:1,10,10
356:2,4,7,19,23
**transferred** 320:11
320:19 331:5,10
**transferring** 266:6
315:21 336:10
**trapped** 332:18
**trash** 370:6,18
400:18 480:21
**trazodone** 467:18
467:19
**treat** 321:5,6 464:3
467:6
**treated** 366:2

Snyder                                    v.                     Citi Steel, USA, Inc.
Terry L. Snyder, Volume 2          C.A. # 04-970-JJF                   June 6, 2006

Page 510

| | | | | |
|---|---|---|---|---|
| 448:12 | **Tuesday** 249:13 | **under** 252:4 260:8 | **used** 359:11 422:17 | **voluntarily** 271:9 |
| **treating** 365:7 | 258:24 271:18 | 300:14 311:19 | 428:2 448:8 | 277:3,7,9 358:11 |
| 371:12 | 287:21 289:6 | 315:14 423:17 | 450:14,19 | |
| **treatment** 341:17 | **tumor** 439:16,18 | 484:9 | **useful** 409:6 | **W** |
| 343:3,16 362:2 | **turn** 268:9 303:17 | **underlined** 454:13 | **using** 336:9 426:2 | **wait** 254:19 269:10 |
| 364:16 368:7,8 | 303:20 304:1 | **Underneath** 414:19 | 458:18 464:21 | 269:11,11,11 |
| 459:24 460:2 | 305:17,23 308:9 | **understand** 252:18 | 475:3 | 270:15 276:7 |
| 461:21 462:2,9 | 308:11,14,18 | 261:21 295:9 | **usually** 337:3 361:6 | 321:23 338:3 |
| 468:12 471:5 | 339:19 347:5,7 | 313:24 327:18,20 | 361:7 365:3 418:5 | 356:18 392:2 |
| **tried** 270:12 275:11 | 351:14 352:19 | 342:18 349:9 | 422:10,19,22,23 | 431:8,18 451:14 |
| 332:8 356:15 | 361:7 370:4 | 357:13 359:15 | | 480:8 |
| 390:20,20 438:20 | 383:12 434:18 | 380:18 427:10 | **V** | **waiting** 428:21 |
| 438:23 439:17 | **turned** 302:17,21 | 428:16 455:9 | **v** 249:8 | **wake** 476:9 |
| 442:6,8 443:23 | 303:11,11 304:3,7 | 470:1 476:20 | **vacation** 403:23 | **walk** 269:1 290:24 |
| 463:4 | 305:24 306:1 | 480:3,6,19 | 407:4 418:7 | 326:11 389:7 |
| **trigger** 350:2 | 308:17,17 333:7 | **understanding** | **various** 252:19 | 392:8 464:3,24 |
| 354:15,15 366:8 | 339:21 352:20 | 286:5 336:14 | 361:9,9 374:18 | **walked** 268:24 |
| 428:9 | 392:8,10 398:2 | 342:9 479:20 | 384:21 | 276:12 282:13 |
| **tripped** 384:4 | 455:14,16 457:10 | **understood** 479:1 | **vehicle** 273:17,21 | 283:22 284:11,11 |
| 387:13 | **turning** 256:3 304:5 | **unemployment** | **vendors** 383:24 | 284:12 290:21 |
| **trouble** 371:18 | 318:13 395:20 | 328:5,13 358:16 | 384:12 387:7,11 | 369:14 378:6 |
| 454:3 | **turns** 285:3 398:20 | 373:1,4,9,9 | 393:7 | 384:20 434:16 |
| **truck** 255:8 340:8 | 409:15 | 409:15 | **verbal** 316:10 | **Walker** 450:17 |
| **true** 251:23 312:18 | **TV** 366:3,4 465:7 | **UNITED** 249:4 | **verification** 252:6 | 451:14,14,24 |
| 363:10 370:16 | **two** 249:1 250:7 | **unless** 254:9 348:16 | **verified** 459:12 | **walking** 378:8 |
| 392:14 397:15 | 275:8,11 287:24 | 352:22 422:14 | **verify** 256:10 | **want** 251:11 252:24 |
| 484:11 | 307:2,3 324:5 | 428:9 | **version** 328:8 | 256:16 257:21 |
| **truthful** 266:22,24 | 332:17,21 339:16 | **unprofessional** | **versus** 278:11 | 261:16,21,23 |
| **truthfully** 258:13 | 344:20,21 361:20 | 318:7 354:6 | **very** 251:16 267:3 | 262:3,6 263:15 |
| 310:21 | 373:11 382:18 | 356:12 | 278:14 282:15 | 264:2 265:2 |
| **try** 252:12 253:17 | 395:7 409:24 | **unprofessionally** | 307:12 308:22 | 267:24 269:24 |
| 253:17 268:9 | 412:13 420:12,13 | 354:3,9,24 | 309:8 312:16 | 270:1,2,17 276:19 |
| 270:1 272:9 290:8 | 423:20 424:18 | **unspoken** 412:13 | 321:15 326:5 | 276:23,24 277:20 |
| 319:16 353:23 | 430:1 438:19 | **until** 255:24 257:16 | 330:20,20 331:2,6 | 279:11 280:1,2,6 |
| 399:16 451:11 | 450:23 468:2 | 259:10 270:2 | 344:13 345:14 | 280:9,9,12,17 |
| 464:4 479:13 | **tying** 428:16 | 287:22 302:9 | 347:23 368:21,21 | 281:9 283:9,16 |
| **trying** 264:3 265:9 | **type** 323:11 332:1 | 309:24 321:8 | 368:21 390:13 | 284:16 287:24 |
| 271:24 283:8 | 435:5 | 337:10,11,11 | 396:19 412:17 | 291:8,16,22 |
| 284:8 285:21 | **typed** 421:20 449:2 | 365:5 380:15 | 417:19 420:21 | 292:15 294:22 |
| 289:3 295:9 | **typing** 457:11 | 386:1 417:20 | 425:4 427:14 | 295:5 296:8 300:9 |
| 301:17,19,21 | **typist** 397:6 414:15 | **untruthful** 357:21 | 435:9 439:10,10 | 302:11 304:14,19 |
| 302:2 316:22,22 | **typo** 332:11 392:19 | 357:24 358:5 | **via** 300:19 | 304:19 309:18,21 |
| 324:22 339:7,19 | **T-I-C** 406:8 | **update** 408:7 | **vibrate** 273:17 | 310:5,15,21 316:5 |
| 346:21,24 349:8 | **T-R-I-E-R** 407:18 | **upset** 282:15 296:5 | **Vicks** 411:10 | 318:1 319:1,19 |
| 352:10 365:15,17 | **T-R-U-E** 312:18 | 296:7 313:20 | **Vicky** 335:9,24 | 320:15 322:11 |
| 369:22,23 380:23 | | 314:16,20 332:18 | 362:14 372:20,21 | 324:13 325:7 |
| 387:18 403:4,9 | **U** | 366:1,7,8 371:16 | 372:23 | 330:3 331:20 |
| 407:19 427:17 | **ultimatum** 292:17 | 371:22 372:2,11 | **video** 358:8 | 333:5 337:10 |
| 437:1 442:24,24 | 295:15 352:14 | 462:24 476:22,22 | **violent** 315:2 | 340:3 343:13 |
| 443:17 444:14 | 370:7 | **up-to-date** 251:4 | **visit** 410:7 | 345:14,24 347:19 |
| 446:2 450:10 | **umpteen** 325:16 | **USA** 249:4 | **visitors** 387:7 | 348:18 350:3,9 |
| 461:6 464:7 | **un** 374:9 | **usage** 252:6 254:9 | **vocabulary** 476:14 | 351:17 352:22 |
| 467:19 476:15,16 | **unable** 342:21 | **use** 324:6 326:12,13 | 478:8 | 358:1,3,3,18 |
| 476:17,19,21,22 | **unappropriate** | 337:5 338:18 | **voice** 324:15 440:17 | 360:24 361:1 |
| 478:12,15 479:3 | 354:6 355:1 | 374:12 411:10 | **voice-activated** | 362:11 366:18 |
| 480:2,4 | **unappropriately** | 430:18 448:11,11 | 346:22 | 369:3 370:19,20 |
| **tube** 347:3 | 354:2 | 478:7 484:9 | **VOLUME** 249:1 | 372:5 375:1 376:9 |

B-0299