Snyder                                          v.                    Citi Steel, USA, Inc.
Randolph Harris                        C.A. # 04-970-JJF                    June 8, 2006

Page 182

1    appearance as to the way they look or shape and making
2    sexual comments all the time around somebody.
3    Q   Is part of sexual harassment an element of
4    unwantedness that the activity, whether it be speech or
5    touch, whatever the activity is, has to be unwanted?  Is
6    that your understanding?
7    A   Yes.
8    Q   In other words, if there was a mutual flirtation
9    going on, for example, would that be sexual harassment?
10   A   No, not if the other person, if both parties are
11   involved.
12   Q   Okay.  And when we went through the various lists
13   earlier as far as touching yourself or another employee,
14   touching someone's hair, et cetera, would there be
15   circumstances where these activities could be appropriate
16   and then other circumstances where these activities could be
17   construed as inappropriate?
18   A   Yes.
19   Q   For example, if you scratched your arm, would you
20   agree that that's touching yourself?
21   A   Yes.
22   Q   Would that be sexual harassment?
23   A   No.
24   Q   Have you ever received any legal training?

Page 183

1    A   For sexual harassment?
2    Q   No.  To be an attorney.
3    A   To be an attorney?
4    Q   Yes.
5    A   No.
6    Q   Are you a lawyer?
7    A   No.
8    Q   So your understanding of sexual harassment is not a
9    legal based definition, is that correct?
10   A   Yes.
11   Q   I'm going to show you what was marked previously as
12   Snyder 15.  And this is a whole stack of papers.  I just
13   need you to look through it very briefly.
14        You don't have to go through all of them.  I
15   just want you to get a sense of what they are.  Do you have
16   a sense at this point of what those documents reflect?
17   A   Yes.  A lot of times are leaving and going to lunch
18   and being okayed by Dennis, which he handled that anyway.
19   He usually asked me if it was okay in passing and I would
20   say, you know, it's okay.
21   Q   And can you just tell me, just for the record, what
22   kind of documents they are?
23   A   E-mails from Terry Snyder to Dennis Ford and myself
24   asking on several different days and times that she would

Page 184

1    like to take lunch or leave early or to make up time and
2    take a 40-minute lunch break and she has asked several days
3    in a row.
4    Q   And are those documents in line with what your
5    experience was that you remember?
6    A   Yes.
7    Q   Do they reflect an attendance issue?
8    A   Yes.
9    Q   Okay.  How so?
10   A   Well, she is leaving early, coming in late, taking
11   long hours, taking long lunch breaks.
12   Q   And was that part of what led to the disciplinary
13   writeup?
14   A   Yes.
15   Q   If I can just take them back for just a minute so I
16   can see them.  Sorry.  I know it's a lot of paper.
17   A   There is a lot of paper.  I didn't realize that.
18   Q   You testified earlier something about Ms. Snyder
19   requesting to be -- I don't want to mischaracterize your
20   testimony here.  But something related to her mother going
21   to Court.  Do you recall that at all?
22   A   Yes.
23   Q   Do you recall what the Court was related to?
24   A   They were going to condemn her house.

Page 185

1    Q   Okay.  So there was some Court-related proceedings
2    relating to that?
3    A   Yes.  If I recall, I think there may have been some
4    issues related to her mother and father having some
5    problems.
6        MS. DIBIANCA:  Okay.  That's all I have.  I'll
7    just reserve the right if Ms. Brewington is going to ask
8    anymore questions.
9        MS. BREWINGTON:  Just a few.
10       EXAMINATION
11   BY MS. BREWINGTON:
12   Q   Mr. Harris, we have already established that the
13   writeup occurred in March of 2003, correct?
14   A   Yes.
15   Q   Is it your belief that Terry's allegations that you
16   asked her to wear a dress with no panties is payback for
17   this writeup?
18   A   I don't know what her -- I don't know why she would
19   make that statement.
20   Q   Well, you mentioned earlier about something about
21   payback for a writeup, is that correct?
22   A   Yes.  It's possible.  That's my personal opinion, I
23   guess, revenge.
24   Q   That the sexual allegations about panties is a

47 (Pages 182 to 185)

Snyder                          v.                    Citi Steel, USA, Inc.
Randolph Harris            C.A. # 04-970-JJF                June 8, 2006

Page 186

1    revenge for the writeup?
2    A   Yes.
3    Q   And she came to your office to discuss the writeup
4    in March of 2003, is that correct?
5    A   Yes. Sometime during that time. After the writeup,
6    I guess.
7    Q   And you guys talked about the writeup at that time?
8    A   She came in and asked me, yes, why did I get written
9    up. She was making statements at that time.
10   Q   Okay. And is that the conversation that we heard on
11   the tape?
12   A   I'm not for sure. I mean that sounds similar but
13   I'm not for sure if that's when it was. She was yelling and
14   saying things.
15   Q   You're not sure when the tape was made?
16   A   Yes. Right.
17   Q   Okay. Was there mutual flirting between you and
18   Terry Snyder?
19   A   Depends on what you call flirting.
20   Q   What do you call flirting?
21   A   Hmm. That's a good question.
22   Q   Well, my question is, was there mutual flirting
23   between you and Terry Snyder? And I guess first we need to
24   define flirting.

Page 187

1    A   Um-hmm.
2    Q   Okay. What, in your opinion, is flirting?
3    A   I don't know. That's a pretty broad statement. I
4    guess it's what your mind is thinking when your gestures are
5    happening. I mean you can wink at a guy, you know, if
6    you're in a conversation or meeting or something. But if
7    you wink at a girl, they may take it as flirting.
8    Q   So based on your definition of flirting, was there
9    any mutual flirting between you and Terry Snyder?
10   A   I don't ever recall where I have put myself in a
11   situation where she felt that I was flirting with her.
12        MS. BREWINGTON: Okay. I don't have anything
13   further.
14        MS. DiBIANCA: Me neither. I'm done.
15        (Deposition concluded at 4:49 p.m.)
16
17
18
19
20
21
22
23
24

Page 188

1              I N D E X
2    DEPONENT: RANDOLPH HARRIS                    PAGE
3      Examination by Ms. Brewington        2
       Examination by Ms. DiBianca        173
4      Examination by Ms. Brewington      185
5
6            E X H I B I T S
7
     HARRIS DEPOSITION
8    NUMBER        DESCRIPTION            MARKED
9    1   Memo dated March 3, 2003, to         69
         Terri Snyder from Greg Buragino
10
     2   E-mail from Terri Snyder to Dennis    77
11       Ford dated February 6, 2003
12   3   E-mail from Carmella Patrone to       84
         Terri Snyder dated March 12, 2003
13
     4   E-mail from Terri Snyder to Casters,  91
14       et al, dated March 31, 2003
15   5   E-mail from Terri Snyder to          109
         Jim Ryan dated January 7, 2003
16
     6   Document entitled, Managing          122
17       Diversity in the Workplace
18   7   E-mail from Terri Snyder to Casters, 129
         et al, dated April 7, 2003
19
     8   Handwritten document dated April 8,  134
20       2003
21   9   E-mail from killahbite@aol.com to    162
         Jerry Downie dated April 8, 2003
22
23
24

Page 189

1
2
3              REPLACE THIS PAGE
4              WITH THE ERRATA SHEET
5              AFTER IT HAS BEEN
6              COMPLETED AND SIGNED
7              BY THE DEPONENT.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23                          B- 0452
24

48 (Pages 186 to 189)

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 190

1   State of Delaware )
                     )
2   New Castle County )
3
4           CERTIFICATE OF REPORTER
5
6        I, Allen S. Blank, Registered Merit Reporter and
    Notary Public, do hereby certify that there came before me
    on the 8th day of June, 2006, the deponent herein, RANDOLPH
7   HARRIS, who was duly sworn by me and thereafter examined by
    counsel for the respective parties; that the questions asked
8   of said deponent and the answers given were taken down by me
    in Stenotype notes and thereafter transcribed by use of
9   computer-aided transcription and computer printer under my
    direction.
10
         I further certify that the foregoing is a true and
11  correct transcript of the testimony given at said
    examination of said witness.
12
         I further certify that I am not counsel, attorney,
13  or relative of either party, or otherwise interested in the
    event of this suit.
14
15
16
17          Allen S. Blank, RMR
            Certification No. 103-RPR
18          (Expires January 31, 2008)
19
    DATED:  June 19, 2006
20
21
22
23
24

B- 0453

49 (Page 190)

(302)655-0477

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

**A**

**abided** 19:5
**abilities** 48:1
**ability** 48:12,12
**able** 40:19,23 71:5
105:13 118:18
126:2
**about** 5:9 9:24 10:2
10:14,16 11:9
12:12 13:24 14:21
14:24 15:23 17:14
23:13 24:13,18
25:10,15,19 27:11
27:22 28:5 29:10
29:15 31:13,18
33:8 39:5 40:19
42:21,24 44:12,22
44:24 45:5,13,22
45:23 48:20 49:4
49:19 50:23,24
54:14 55:22 56:7
56:16 59:11,15
61:1,4,7,21,22
62:17,23 63:9,9
63:12 64:11,15
66:21 69:23 72:23
73:20 79:19 80:3
81:4,7,9 82:23,24
83:10,13 87:7,11
87:18 88:5,20
92:4,11,13 99:12
99:17 100:14
101:7,11 102:5,11
103:4,15 106:1,23
107:20 110:10,13
111:1,24 112:16
113:3,5 114:1,6
115:10,21 116:20
118:21 120:12,22
125:4,6 126:24
128:1,7 129:8
131:9,13,18 133:7
133:13 135:6,10
136:8 138:18
139:13,18 142:19
143:2 144:11
145:8,12,15,23
146:12,12 147:6
147:17 148:13
150:18,21 152:5
152:11 153:15
154:1,19,24 157:5
157:9 158:11,14
158:17 159:1,23
160:3,10,10,12,14
160:19 161:4,7,11

163:17,22 165:13
166:10 167:2,6,18
168:11,20,24
169:4 171:5 172:4
172:12,15 174:10
174:15 175:1,14
176:4,7,9,12
179:3,16 180:5
181:22,24 184:18
185:20,20,24
186:7
**absences** 75:7 76:11
**abuse** 10:17,17
**abused** 98:9
**access** 76:7,8 118:8
118:14 119:1,3
124:24 125:22
**accident** 75:14
**accommodate** 20:14
**accommodates**
19:21
**accordingly** 26:7
**account** 163:2,4,6
**accurate** 84:16,17
**Accusation** 168:10
**accusations** 106:11
106:14 168:10,20
168:24 169:7
**accuse** 121:22
**across** 111:23
114:19 115:12,23
**act** 58:1 130:9
146:4,7,9
**action** 1:4 2:12
**actions** 53:15
**active** 22:22
**activities** 26:4 44:1
182:15,16
**activity** 34:23 182:4
182:5
**actually** 29:8 37:8
59:10,14 60:17
63:23 77:19
117:20 131:7
135:14 145:2
151:21
**add** 163:23
**additional** 52:24
79:18
**additions** 83:1,7,8
**administrative**
25:22,23
**admit** 179:9
**admitted** 85:6
**afraid** 28:24 114:1
114:18,21 115:13
116:21,22

**after** 15:9 16:16
19:20 23:14 52:21
52:24 53:16,22
56:16 58:13,14
72:15,17,19 87:14
87:16 91:15
102:18 105:9
107:5 110:19,20
111:3 112:20
117:6 128:10
136:6,12 148:8
151:5 154:22
158:10 159:6,13
159:22 160:22
165:13 169:18
176:6,19 179:1
181:5 186:5 189:5
**afternoon** 111:19
**afterwards** 51:12
62:2 115:16
165:21,23
**again** 20:11 52:4
63:10 66:20 67:2
89:12 132:12
143:12 155:13
173:20 180:11
**against** 2:12 116:22
**agency** 46:22,24
**aggressive** 48:18
177:24
**ago** 4:21 24:18
44:22 45:1,22,23
139:13
**agree** 41:11 182:20
**agreed** 58:8
**agreement** 100:17
**ahead** 3:11 17:3
18:20 20:4 32:7
36:8 40:10 50:12
53:18 61:11 63:21
63:24 78:15
113:12 135:17
136:1 167:3
**ahold** 57:20 119:8
**AIDS** 121:5
**ain't** 160:7
**al** 188:14,18
**allegation** 113:20
**allegations** 135:2
149:6,10 154:22
178:16 180:10,20
185:15,24
**alleged** 121:20
**Allen** 1:10 190:5,17
**allow** 3:8 100:11
**allowed** 77:8 98:7
101:21,23

**alloy** 83:1,7,8
**alone** 155:10 156:4
156:5,6,7 157:6,7
158:1 167:4
**along** 40:5,8,13,18
40:23,24 41:2,4,6
46:14 48:12,12
139:20 174:17,19
176:3 181:11
**already** 64:6 76:19
78:11 94:16 134:9
185:12
**although** 51:23 79:3
**always** 41:11 51:16
56:8,9,13 57:13
80:24 82:15,21
90:16 156:12
175:7
**among** 120:22
**amount** 29:9 88:17
92:14
**anger** 177:17
**angry** 104:14
**Ann** 36:18,19,20
38:1
**annual** 49:2,6
**another** 13:2 22:6
30:17 51:11 52:1
69:1 105:10,17
107:21 116:18
120:9 124:10
125:23 130:14
144:2,11,17,20
155:17 156:1
182:13
**answer** 3:8,21,23
13:1 17:3 18:20
19:7 20:6 32:7,10
36:8 38:12 40:10
50:12 61:12 63:21
63:24 64:9,13
66:24 74:17 78:16
96:12 113:12
121:19 135:17
141:7 149:1 151:8
157:10 173:6
**answered** 50:11
52:13 64:6 66:7
78:15
**answering** 3:4
**answers** 3:16 190:8
**anybody** 103:16
119:8 189:15
**anymore** 99:21
148:14 185:8
**anyone** 4:6,8 17:16
57:3 67:20,24

**anything** 10:22
18:14,16 23:20
26:3 31:13 43:23
51:5 52:20 56:11
62:2 65:16 73:20
100:18 101:8
102:19 103:16
105:8,24 106:9
112:3,10,12
120:15 123:10
126:22 136:8
150:24 152:1,10
153:11,16 154:1
154:17 155:6,9
161:22 163:23
164:14 170:7
171:10 173:16
178:4,7 179:11
187:12
**anyway** 86:15,17
104:9,16 183:18
**anywhere** 51:20
106:21 167:4
**apart** 109:18
**apologize** 112:20
113:2 128:10
148:9,12,15
161:18,22 162:9
162:12 172:16,18
**apologized** 113:5,10
161:20 162:3,7
171:13
**apologizing** 113:9
162:1
**appearance** 178:9
182:1
**APPEARANCES**
1:12
**appeared** 176:18
**appointment** 77:17
**appointments** 74:13
74:22
**appraisal** 49:12
**appraisals** 48:22
49:9
**appraised** 48:21
49:22
**approach** 130:9
**appropriate** 3:21
182:15
**approve** 79:4
**approved** 78:13

79:12 80:1 87:18
94:17 99:9 108:3
111:12 139:5,8,15
139:17,19 154:21
159:3

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 192

**approximately** 22:2
38:2 55:7 77:6
156:22 171:22
180:5
**approximation**
157:6,20
**April** 8:11 11:16
12:16 25:9 27:14
130:22 135:3
149:10 152:15
154:19,20,22
159:15,16,20
163:8 178:17,19
188:18,19,21
**arc** 29:19
**area** 32:3,3 107:18
107:19,21 115:10
117:1,1 156:4,6
177:20 179:23,24
180:2
**areas** 81:11 99:15
107:17
**argue** 41:12,14,16
**arm** 182:19
**around** 39:20,24
56:18 87:6,20
103:16 108:17
133:11,17 136:22
157:17 177:14,15
182:2
**arrested** 23:22
**ashamed** 179:9
**aside** 108:20
**asked** 3:20 50:11
61:18 63:6,12
64:6 66:6 68:4
76:14 78:15,18
87:20 96:18 99:7
103:16 105:23
119:7 125:5,6
133:16 135:15,20
139:3 142:12
148:16 152:3,3,20
153:9,11 155:4
159:1 160:1,19
164:6 165:2 166:6
169:16 170:6,15
172:12,14 176:12
177:7 179:4,11,13
183:19 184:2
185:16 186:8
190:7
**asking** 3:4,7 40:17
62:19,22 63:14
78:17 79:7,19
87:7 88:21 100:22
111:1 142:14

143:7 145:5,8,23
158:11 183:24
**aspect** 83:4
**aspects** 83:6
**assigned** 26:12
**assist** 30:14
**assistance** 80:20,22
**assistant** 109:24
**assisting** 26:11
**associate** 141:9
**associate's** 7:2
**assume** 71:23 87:10
**assuming** 134:23
166:14
**assured** 154:6
**attend** 5:24 15:12
**attendance** 48:11
53:1 55:23 56:1,3
56:4,7,17 61:4
63:17 69:10 74:8
75:12 76:6 184:7
**attention** 73:9
86:14 117:7
146:23 163:24
**attentive** 56:15
**attorney** 3:19 183:2
183:3 190:12
**audible** 3:16
**audited** 94:18 129:2
**August** 8:11 11:16
12:16 25:9 45:4
45:13 54:20,22,22
59:1
**authority** 113:17
**automatically**
135:22
**available** 16:11,14
**Avenue** 1:9,14
**average** 79:1
157:19
**aware** 11:5 67:24
68:2 93:15 106:12
117:12,15 128:16
128:17 138:16
147:19 174:11
**away** 89:16 135:22
138:13,16,18
143:9 145:10
**a.m** 1:9 109:13

_____
**B**
_____
**B** 188:5
**back** 6:6 20:16
37:22 39:7,12
52:14 67:4,5
72:10 76:14,15
77:20 79:15 88:19

89:11 91:15 96:7
97:11,15 102:3
106:8 112:10,12
113:22 114:12,20
119:18 122:3
124:13 161:15
167:15 169:18
180:21 184:15
**background** 10:19
41:9,10 47:22,23
171:18
**bad** 150:20
**badly** 150:14
**bag** 21:4,7 23:14
104:3,5,10,12,19
104:24 106:17
**baggy** 105:4
**balled** 104:13
**bandages** 75:14
**bar** 165:7
**Barry** 108:9
**based** 16:7,22 17:6
17:7,9 34:23 41:1
48:11 77:10
134:21 135:3
183:9 187:8
**basic** 62:24 63:5
**basing** 84:18
**basis** 49:2,7
**became** 21:24
**become** 108:7
117:15
**becomes** 63:17
**beer** 138:11 143:8
179:4
**before** 1:10 2:13 3:8
11:5 12:15 15:9
15:11 19:7 22:16
22:17 37:2 47:2
55:5,7,10 58:7
65:1 71:12 82:10
83:3 96:4 108:4
109:17 119:14
123:14 134:15,17
136:15,16,17
151:7 163:19
190:6
**began** 54:20 56:23
114:14
**beginning** 1:9 9:4
55:23 56:15 58:13
58:18 116:11
117:10
**behalf** 3:1 110:22
121:15,17 153:19
154:7
**behavior** 42:9 181:5

181:15,20,22
**behind** 92:20 113:7
115:18 129:3
135:7 159:9
176:20
**Beiger** 8:12,15
152:19,20
**being** 16:2,4 17:16
40:19 89:16 98:9
104:14 114:1
116:21,22 151:19
161:18 162:9,10
172:17 173:6
177:13 180:9,13
183:18
**belief** 185:15
**beliefs** 16:6
**believe** 9:2 14:16
37:15 45:4,23
46:14 58:15 59:18
68:10 72:9 74:20
78:18 92:5 100:6
102:2,17,24
103:18 108:11
110:16 116:1
126:19 133:3,24
136:22 148:19,24
158:12 159:7,15
159:17,22 160:23
165:2,16 167:13
172:12 175:9
178:4,17 180:19
181:2
**belittled** 147:23
**Bender** 46:14
**benefit** 37:16
**benefits** 32:24
**besides** 18:15 44:5
67:24 106:6
118:20
**best** 107:1 109:16
175:4
**better** 7:17 13:20
22:5 43:14 100:5
111:13 174:18
175:5
**between** 11:15,20
12:16 15:6 24:22
24:23 25:9 28:23
29:4 30:4 34:1,14
49:16,19 58:21
59:2 62:5 73:7
110:16 129:12
171:2 174:22
181:14,16 186:17
186:23 187:9
**beyond** 52:22

**bit** 6:7 91:23 149:22
149:24
**bitch** 160:7
**Blank** 1:10 190:5,17
**Blauvelt** 146:19
147:3,9
**Blow** 83:24
**body** 145:4
**Boga** 169:3
**bold** 92:5
**book** 60:13
**borders** 173:5
**boss** 46:7
**both** 22:1,3,22,23
40:19 41:24 47:11
50:17 73:3 106:3
148:16 149:22,24
154:7 169:23
170:14 175:2
182:10
**bother** 110:4,8,9
**bottom** 70:4 92:19
129:20 153:18
167:20 169:15
**box** 90:10
**boxes** 132:22,24
**boy** 23:14
**Bradley** 8:14
**break** 3:12 54:9,11
91:16 99:22
101:23 107:3
173:20 184:2
**breakdown** 118:18
125:14
**breaks** 184:11
**breezed** 91:23
**Brewington** 1:13
2:7 17:5 18:22
20:5 25:17,18
30:5,7 32:9 34:7
34:10 36:11 40:12
50:14 54:10,13
61:15,17 64:2,8
64:12 66:9,24
67:3,11 69:3,7
70:18,23 72:8
74:16 75:1 76:2,4
76:13,17 77:21
78:1,17,23 84:21
84:23 85:4,7,10
85:15,20,23 87:1
91:6,7,17,21
93:10 96:13,19
97:18 103:13,20
107:2,7 109:6
113:1,15 122:2,8
126:15 127:8,14

Wilcox & Fetzer, Ltd.

Professional Court Reporters

(302)655-0477

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 193

129:16 134:13
135:19 138:1
139:22 140:1
141:3 143:4,5,15
143:17,18 144:15
144:16 148:21,23
149:4 158:3,6
162:17 166:5
170:24 173:9,16
173:22 178:18
185:7,9,11 187:12
188:3,4
**brief** 54:12 158:5
173:23
**briefcase** 126:4
**briefly** 37:14
183:13
**bring** 58:11,22 59:3
75:16 132:23
**bringing** 58:16 74:3
**broad** 19:13 187:3
**broader** 33:6
**broke** 122:14
**brought** 15:22
104:20,21 117:7
146:23 175:2
**brown** 104:5,19
**brushed** 164:10,11
**budget** 108:20
**Bugaboo** 166:7,22
**Bugaboo's** 165:15
165:18 166:1,17
**building** 101:6
106:20
**Buragino** 42:14
43:15 59:12,17
60:16 71:5 72:4
76:5,10 149:6
152:19 174:21
175:19 188:9
**burned** 24:14
**business** 8:22 9:11
9:12,15,16,18
26:17 45:8 64:14
67:13 127:19,20
127:22 149:21,24
**button** 166:18
**buying** 121:10

**——— C ———**

**C** 7:17
**cabinet** 92:19
**calendar** 77:11
**call** 31:9 47:21
57:19 85:13 98:19
102:23 118:9,11
118:18,20,23

119:5,7,9,11,15
120:3,7,10 150:3
150:7 156:7 179:1
186:19,20
**called** 21:21 57:12
57:15 94:7 120:5
127:10 150:5
152:13 167:7,13
167:14,20,23
168:2,5
**calling** 56:12,24
57:4 99:2 119:12
119:23 125:7,13
167:15
**calls** 17:2 32:6 36:8
98:2,3,7,22 99:1,1
113:11 126:13
135:16 166:2
**call-off** 119:5
**came** 11:7 63:8 69:1
102:13,22,24
105:24 107:12
111:22 130:5
135:7 142:10
145:24 158:13
165:1,6,12 169:18
174:19 175:13
176:10,19 186:3,8
190:6
**cancel** 125:8,10
**cancelling** 125:9
**capacity** 11:13 15:4
**caps** 92:6
**car** 102:5,14,21
103:4 104:2,6,14
104:18,20,22,23
105:3,14,15,18
**card** 68:3,7,8,9,11
**cards** 83:13,14,17
83:19,20,23,24
84:2,3,6,8,14,14
84:19 92:6,8,8,11
92:14,18 93:4,5,6
93:12,14,16,17
94:1
**care** 26:1 39:11
134:9
**career** 9:4,7 154:4
179:16
**carefully** 87:6
**Carmella** 86:5,7
87:5,22 188:12
**Carmella's** 88:12
**Carmello** 89:7 91:8
91:10,10 101:17
101:18
**Carolyn** 5:3

**carry** 181:23
**cars** 31:21,22 33:9
**case** 10:11,13,17
24:3,12,19 25:6
100:10 127:13
136:13 144:3
181:2
**cast** 27:24
**caster** 95:10 115:9
115:12
**casters** 95:7,9,10,11
95:14 96:23
188:13,18
**casting** 29:21 30:5
**Castle** 190:2
**casual** 37:20
**cat** 158:14,23,24
160:12
**catching** 131:11
**catwalk** 114:19
115:1,12,23 116:9
116:10,20 117:2
**catwalks** 116:7
**caught** 109:19
133:2 160:16
**cause** 108:1
**caused** 107:24
**cease** 154:4
**ceiling** 107:13
**cell** 119:14,17 150:7
**center** 123:7
**certain** 15:21 20:11
20:13 30:15 35:2
41:11 60:14 62:18
62:20,20 74:4
88:17 107:15,17
109:2 116:24
163:24 167:21
168:3
**certainly** 85:10
96:14 170:20
**CERTIFICATE**
190:4
**Certification**
190:17
**certify** 190:6,10,12
**cetera** 182:14
**chair** 92:20 135:10
**change** 26:7 119:6
181:5
**changed** 19:20
21:11,15 77:5
181:7
**Chaparral** 65:22
69:2
**chapter** 8:21 9:23
127:6

**chapters** 127:13
**character** 151:18
179:7
**characterize** 174:16
177:12
**characterized**
174:12
**charting** 26:4 33:23
**charts** 62:20 80:5,6
80:11,12,13,15
**check** 47:22 89:11
89:12
**checked** 82:9
**checks** 132:22
**cheek** 137:14
142:14 143:19
**childhood** 152:13
**children** 6:8,10
**Chili's** 165:14,15,17
165:19,20,21
**Christmas** 58:9
**circumstances** 5:12
144:6 182:15,16
**Citi** 1:6 2:13,21
3:19 5:17 7:9,11
7:14,17,18 10:1
11:7,11 12:13
13:6,9,17,21 14:5
14:9,19 15:10,13
17:12,14 18:17,23
19:10 20:1,9
21:10,19 22:16
25:8 28:12 29:2
30:9 38:23 39:11
43:8 45:9,11 48:5
50:19 52:18 65:24
66:3,5,11 67:13
67:15,18,20,21,22
67:23,24 68:19,21
68:22,22,24 81:11
92:1 98:1 102:7
106:19 126:22
135:2 139:15,17
146:12 154:21
167:7 174:3,6
175:3,4 176:15
177:4 179:17
**Civil** 1:4
**clarify** 82:4
**class** 8:21,23 9:3,20
9:21,22 10:3,20
15:12 125:14
126:24 127:6,7,9
127:10,11,15,22
127:22 128:1,2,5
128:8,10
**classes** 7:10,11,13

7:15,22,22 8:2
83:12 125:8,9,10
**clean** 32:3 152:9
**clear** 3:16,18 74:11
76:1 179:19
**clearly** 17:10
**clerical** 133:4,18,21
133:23 134:1,4
**clerk** 25:22,22,23
34:7,15,15 49:24
**clerks** 34:11
**clerk/typist** 35:3,24
36:4,12,15,21,24
37:11 38:2
**clerk/typists** 28:6
35:7 49:4
**Cleveland** 44:22
45:20
**client** 69:1,2 165:5
**clients** 43:21 44:5
44:10 65:20,21
66:1 67:19
**close** 145:20
**closed** 156:7
**closer** 55:2
**coincidence** 166:16
**college** 6:19,20,22
6:23 9:1,4,7
**combined** 22:3
**come** 14:23 39:7
48:20 61:1 62:2
72:5,13 89:16
91:15 92:11 98:20
100:12 102:23
107:24 113:19
115:9 118:12
119:24 120:7
131:7,18 135:8
136:10 142:7
152:8 166:11
168:6 175:5
**comes** 82:6,11
**coming** 56:9 90:12
100:12 102:12
108:6 109:18
114:22 116:19
120:21 123:13
158:19 184:10
**comments** 169:2
176:12 181:24
182:2
**commit** 53:16
**communicate** 40:19
**communication**
60:18
**Community** 6:23
**companies** 119:6

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 194

| | | | | |
|---|---|---|---|---|
| **company** 8:3,5,7,13 64:14,14,15,16 97:22,23 116:23 150:15 155:3,7 | 145:21 146:2 **considered** 46:7 97:6 142:16,24 143:11,19 144:12 145:24 | 98:8 104:11 106:18 116:16 117:23 118:3 123:5 127:19,23 162:4 183:9 | **current** 7:15 8:13 **currently** 6:24 11:11 **cussed** 147:7,9 **cussing** 177:5 | 77:13,16 78:6,11 79:7 81:17 88:6 121:10 161:6 183:24 184:2 **DE** 1:14,18 **Dead** 148:21 |
| **compared** 79:1 **complain** 114:10 148:13 | **consist** 14:2 90:20 90:23 | 185:13,21 186:4 190:11 **correspondence** | | **deal** 40:21,22 50:19 52:18 67:19 161:14 |
| **complained** 63:8,9 114:1,6,13 | **consistently** 181:24 **consists** 47:22 **constitutes** 98:12 | 154:21 **cost** 48:16 **costs** 134:8 | **D** 70:5 188:1 **daily** 60:13 **damage** 21:9 | **dealing** 20:12 74:10 **decides** 8:3 **decipher** 98:24 |
| **complaint** 15:22 17:19 136:7 151:13 | **construed** 182:17 **consulting** 45:2,6,7 45:7,8,10,11 | **counsel** 50:21 54:14 55:22 190:7,12 **counseled** 55:5,10 | **damaged** 107:13 **Dan** 64:21 65:4,11 65:21 66:2,5,11 | **decision** 16:22,24 17:2,6 47:13,14 154:7 175:15,17 |
| **complaints** 98:18 133:6 174:10 **COMPLETED** | **contact** 45:12,17 90:11 114:2 **contacts** 99:2 | 60:10,13 96:8,10 96:16 99:12 148:1 **counseling** 50:23,24 | 67:12 68:1,20,23 69:1 88:9 **dangerous** 32:3 | 175:18,20 179:16 **decisions** 154:3 **defendant** 1:7,19 |
| 189:6 **computer** 81:19 123:18,24 124:2,3 124:5,8,9,12 | **contents** 109:14 147:19 **contingency** 21:14 **continue** 50:23 | 51:13,19,24 52:16 52:19,21 53:4 54:23 55:22 58:14 173:13 | **Danny** 164:21 165:2,2,3,5,6,10 165:12,19,20,20 **Dan's** 64:22 | 24:1 **defensive** 181:10 **define** 186:24 **definition** 41:1 |
| 125:23 162:24 169:18 190:9 **Computers** 7:8 | 89:14 **continuously** 79:7 **contractors** 14:4 | **counselings** 55:24 **counted** 29:8 91:2,3 91:8 | **Dare** 133:24 **dash** 93:21 **date** 60:14 69:14 | 183:9 187:8 **degree** 6:19,20,21 7:3 |
| **computer-aided** 190:9 **CONAWAY** 1:17 | 57:7 100:11 **control** 52:22 175:16 177:5 | **counting** 91:11 **County** 190:2 **couple** 87:15 100:13 | 70:1 71:2,16,19 71:20,22 73:2 109:12 135:3 | **Del** 8:19 9:9 **Delaware** 1:2,9,22 4:14 6:23 9:1 |
| **concerned** 62:22,24 101:7 150:18,19 **concerning** 71:24 | **convention** 43:22 44:6,10,23 45:24 46:1 | 100:23 105:23 106:6 162:6 167:11,13 170:4 | 139:3 145:5,8 159:14 163:8 **dated** 70:12 71:11 | 190:1 **deliver** 66:4 **demanding** 32:22 |
| 76:11 100:20 149:6 154:22 158:8 | **conversated** 59:15 **conversation** 37:20 52:8 131:8,9 | **course** 9:9,21,24 10:2,7,10 45:16 122:24 127:18 | 72:15,17,21 86:10 95:22 96:17 97:20 139:5 188:9,11,12 | 33:17 **demonstrate** 180:8 **denied** 172:10 |
| **concluded** 102:6 187:15 **conclusion** 175:6 | 138:23 147:20 158:7 161:2,11 166:13,17 171:19 | 156:23 **courses** 8:18 **court** 1:1 3:14 | 188:14,15,18,19 188:21 190:19 **dates** 8:9 11:15 | **Dennis** 13:4,5 26:11 27:8 38:20,23 40:5 41:2 42:5 |
| **condemn** 57:6 184:24 **condemned** 131:16 | 172:2 186:10 187:6 **conversations** 92:10 | 57:14 67:3 184:21 184:23 **courtesy** 101:13 | 12:17,18 14:17 54:24 78:10 96:6 **day** 57:9 65:15 | 46:13 47:11 50:16 57:19 58:15 59:12 59:15 60:8,22 |
| **condition** 108:23 **conduct** 42:10 **conference** 47:20 | 146:6 171:1 **cool** 161:5 **cooperation** 95:2 | 119:1,7,10,13 **Court-related** 185:1 | 74:19 77:1 78:9 78:13 79:4,13 82:6 100:19 | 61:2,8,19,20,22 71:7 72:4 73:20 76:12 79:22 84:13 |
| **confident** 96:15 **confirm** 75:5,16 **conflict** 162:2 177:2 | **copier** 125:17 141:20 142:5,7 **copies** 85:20 | **cover** 19:15 123:7 **co-workers** 120:23 **crane** 26:8 132:22 | 116:15,17 118:13 119:24 124:17 127:9,11,16 | 88:8 89:5,13 91:3 91:8 92:15 99:7 100:15 109:11 |
| **confront** 110:13 **confrontation** 110:19 111:4,13 | **copy** 89:9,9 109:10 **Corps** 22:12,13,19 22:21 23:8,11 | **cranes** 33:9 **credibility** 151:18 179:6 | 149:12,14,17 150:1 152:12 156:24,24 157:1,7 | 112:9 114:23 115:16,20 116:4 117:7 120:17 |
| 146:13 158:10 **confrontational** 110:24 112:1 | 139:14 **correct** 12:8,16,21 20:2,19 26:13,23 | **credit** 68:3,7,11 **credits** 6:20,21 **Creek** 166:7 | 158:12 164:13 165:4 169:22 172:11 176:10,16 | 128:24 129:5 132:19 133:6 138:19 146:19 |
| 178:2 181:10 **confrontations** 146:11,16,18,22 | 29:11 30:10 38:5 38:16,21 41:4 48:8 50:13 | **crew** 94:4 **crippled** 63:16 **criteria** 46:12,15 | 177:10 178:16,24 178:24,24 179:15 190:6 | 148:4 155:21 156:3 158:14,20 166:9 169:23 |
| 181:11 **confronted** 110:23 **confusing** 160:13 | 57:1 59:6 72:1,6 72:22 73:13 75:2 76:21 79:18 81:24 | 47:4 51:2 **cross** 30:22 | **days** 53:24 73:13,16 73:18 74:4,6,12 74:21 75:5,10,19 | 170:10,10 175:6 175:13 183:18,23 |
| **consider** 46:3,5 144:4,6 145:16,19 | 87:8 95:23 96:2 | **crumbled** 106:18 | 76:19,20 77:1,2,8 | |

Snyder                                    v.                     Citi Steel, USA, Inc.
Randolph Harris                    C.A. # 04-970-JJF                      June 8, 2006

Page 195

| | | | | |
|---|---|---|---|---|
| 188:10 | 66:23 147:13 | **disagree** 88:12 | 123:5 124:4 | **doorway** 141:14,18 |
| **deny** 172:5,8,11 | **deteriorate** 109:3 | 175:4 | 188:17 | 141:19 |
| **department** 27:20 | **deteriorating** 53:12 | **disagreed** 175:7 | **divorce** 5:13 | **down** 3:15 22:5 |
| 29:16,18,21,22,24 | 56:17 108:20 | **disc** 123:20,22 | **divorced** 5:10,10 | 52:10 70:24 81:1 |
| 30:12,13,14,20,21 | **determination** 7:22 | 125:3,22 126:3,4 | **doctors** 74:13 | 101:9 107:21 |
| 30:23 31:10,13 | 8:1 | 126:8,11,16,20 | **doctor's** 58:11,17 | 122:14 124:9 |
| 32:4 33:11,15 | **determine** 17:8 | **discharged** 23:1 | 58:22 59:3 74:21 | 126:5 131:19 |
| 34:2,2,11,16,24 | **determined** 7:13 | **disciplinary** 53:15 | 75:8,11 77:17 | 132:14,23 134:7,8 |
| 35:14 36:13 37:8 | **DiBIANCA** 1:16 | 174:6 175:8 | **document** 10:4 | 135:8 136:11 |
| 38:5,8 42:21 43:2 | 3:22 17:1 18:19 | 184:12 | 35:16,17,17 51:16 | 137:16 139:21 |
| 43:2,3,3,13 47:19 | 20:3 25:14 30:3,6 | **disciplined** 22:8,19 | 51:19,24 52:7,10 | 150:20,23 153:24 |
| 47:19,20 108:5 | 32:6 34:5 36:7 | 42:5,8 174:8 | 52:10 53:10 69:9 | 161:5 190:8 |
| 115:13 | 40:9 50:11 54:9 | **discouraged** 179:3 | 69:22 72:12 77:19 | **Downie** 103:18,23 |
| **departments** 28:12 | 61:10 63:20,23 | **discrepancies** 90:17 | 78:2 109:8 122:12 | 103:24 149:5 |
| 28:13,20 29:7,8 | 64:5 66:6,20 | **discrimination** 2:12 | 122:13 123:11 | 150:6 151:3,9 |
| 29:11,13 30:1,8,9 | 70:17,20 72:7 | 10:18,18 14:24 | 124:14,20,23 | 152:8,19 163:12 |
| 30:24 31:1,5,6 | 74:14,23 75:21 | **discs** 126:6,7 | 125:17,19,20 | 163:17 168:23 |
| 42:18,22,24 43:7 | 78:15 85:2,5,8,12 | **discuss** 71:6,9 | 126:1 134:14,17 | 169:5,6 179:1 |
| 134:7 | 85:17,22 86:23 | 120:15 121:4,6 | 134:19,21,24 | 188:21 |
| **depend** 83:4 | 91:5 93:7 96:12 | 131:5 169:12 | 135:4 148:10 | **draft** 59:19 80:12 |
| **depended** 101:3 | 97:16 103:12 | 186:3 | 154:24 162:22,23 | **drafted** 59:14,20,22 |
| **dependent** 81:22 | 112:22 113:11 | **discussed** 25:9 | 188:16,19 | 60:6 75:24 |
| **depending** 8:2 18:6 | 121:23 126:12 | 59:13 69:17 71:4 | **documentation** | **drafting** 80:11 |
| 51:9,15 53:1 | 127:2,5 135:16 | 72:24 73:1 115:15 | 51:9,13 53:7 | **drawer** 92:19 |
| 79:10 123:22 | 137:22 139:20 | 116:6 127:15 | 59:16 60:7,9,19 | **dress** 142:9,15 |
| **depends** 75:12 | 140:24 143:1,12 | 128:24 138:18 | 62:10 163:16 | 143:7 145:23 |
| 78:20 79:6 88:15 | 143:16 144:13 | 151:12 153:8,16 | **documented** 52:3,5 | 158:8,20 159:23 |
| 121:2 142:17 | 148:20 149:2 | 154:13,17 155:7 | 99:11 | 168:11,21 169:1 |
| 145:17 186:19 | 166:2 170:21 | 156:18 159:7 | **documents** 4:5,7 | 169:13 172:6,9 |
| **deponent** 2:3 188:2 | 173:4,18 174:1 | **discussing** 120:24 | 124:16,18 148:7 | 185:16 |
| 189:7 190:6,8 | 178:19,20 185:6 | 158:19 | 183:16,22 184:4 | **drink** 165:11,17,19 |
| **deposed** 2:13,15 | 187:14 188:3 | **discussion** 61:22 | **doc's** 74:3,4 75:6,15 | 179:5 |
| **deposition** 1:8 2:11 | **die** 25:1 | 62:5 71:24 72:3 | **doing** 2:9,10 21:9 | **drive** 126:1 |
| 2:19 3:3 4:3 69:5 | **difference** 11:20 | 72:16,17 73:4,7 | 26:15 27:5 36:1 | **drivers** 90:12 |
| 77:23 84:24 91:19 | 34:17 84:1 181:14 | 84:22 86:24 | 37:22,24 43:20 | **drop** 66:12,15,17 |
| 109:4 122:6 127:1 | 181:16,19 | 103:19 105:7 | 49:11,11,12 51:8 | 67:7 |
| 129:14 134:11 | **differences** 34:1,4 | 117:6 128:6 | 63:10,19 64:4,6 | **drug** 47:23 |
| 162:15 167:9 | 34:14,18 41:7,8 | 154:10 158:4 | 64:16 81:23 84:14 | **drugs** 173:2,11 |
| 175:23 181:1 | **different** 30:8 31:4 | 161:15 170:23 | 89:12,13,13 115:8 | **due** 70:6,19 74:12 |
| 187:15 188:7 | 34:20,22 35:1,10 | **discussions** 61:24 | 117:18,20 118:1 | **duly** 2:4 190:7 |
| **describe** 18:4 121:8 | 35:17,19 48:20 | 120:17 | 124:16 125:11 | **during** 11:18 28:3 |
| **described** 156:2 | 80:16 81:3,11 | **Dishwasher** 23:19 | 153:17 177:7 | 29:7 44:11 46:14 |
| 158:19 | 82:22 84:19 92:1 | **dismissal** 39:2 | 180:3 | 54:18,23 58:8 |
| **description** 26:18 | 136:19 183:24 | **dismissed** 39:3,22 | **Don** 13:14 | 73:10,12,16,21 |
| 26:20 80:23 188:8 | **dinner** 43:21 44:5 | 53:2 | **done** 27:6 45:2,2 | 74:2 83:2 98:4 |
| **designed** 30:24 | 44:10,23,24 | **disrespected** 153:12 | 49:22,24 50:3 | 110:1 111:11,12 |
| **desk** 71:19,20,20,21 | 120:21 164:22 | 153:13 | 57:8 62:1 63:18 | 111:17 117:17 |
| 71:22 72:6,13 | 165:6,18 166:1 | **disrespectful** | 64:3 73:20 100:18 | 118:4 124:19 |
| 90:7,13 92:18 | **direct** 11:22 45:12 | 177:19,21 | 129:1 132:21 | 125:12 129:8 |
| 101:15,19 111:23 | 73:9 86:14 90:11 | **disrespecting** 17:21 | 133:3,20 162:13 | 150:22 151:7,12 |
| 124:5,7 135:5,7 | 163:24 | 18:3,4,5,8 | 178:13 179:8,11 | 156:23 158:10 |
| 144:3 164:12 | **directed** 86:1 178:5 | **disrespective** | 187:14 | 159:21 171:24 |
| **despite** 133:17 | **direction** 79:20 | 147:14 | **door** 43:5 111:22 | 172:2 174:5,13 |
| **detail** 10:2,12 16:2 | 117:8 190:9 | **distribute** 53:21 | 126:5 142:8 159:2 | 175:22 177:2,13 |
| 31:19 115:22 | **directly** 12:3 17:19 | **distributing** 65:11 | 159:3 160:21,23 | 186:5 |
| 128:6 | 39:10 113:14 | **DISTRICT** 1:1,2 | 166:14 176:20 | **dust** 32:2 |
| **details** 14:23 39:4 | 154:12 | **diversity** 122:17,23 | **doors** 156:7,8 | **duties** 17:18 26:12 |

Snyder                          v.                    Citi Steel, USA, Inc.
Randolph Harris            C.A. # 04-970-JJF                June 8, 2006

26:13 31:19 35:2
35:17,19,21 62:17
64:14,15,16 117:1
134:1 177:8
**duty** 22:22

**E**

**E** 188:1,5
**each** 42:6 65:2 92:3
94:22 156:11
**earlier** 24:3 25:9
26:22 43:10 74:20
79:19 131:16
167:9 169:21
171:13 173:5
176:4 180:7
182:13 184:18
185:20
**early** 56:10 79:8
102:20 108:18
127:1 128:4
133:14 136:2
178:12 184:1,10
**eat** 101:17 165:14
**Edelstein** 1:9,13
**EEOC** 181:2
**either** 68:11 77:13
77:16 89:7 102:24
131:5 166:14
190:13
**elaborate** 27:3
**electric** 29:19
**element** 182:3
**Elliott** 88:9
**embarrassing**
147:23
**emergency** 21:14
97:24 99:16
118:17
**emotional** 173:13
**employ** 29:9
**employed** 8:8 11:11
12:13 13:17,19
15:13 25:8 27:15
28:3,19 36:22
38:15 43:8 44:13
46:6 92:2 174:3
**employee** 34:3,6
45:9 47:18 50:3
51:2,23 52:7
60:14 109:19
120:8 174:13
182:13
**employees** 7:16
12:4 28:1,5 29:1,2
29:6,9,19,20
48:14,15,16,24

49:10 50:20,21
51:17 53:14,21
74:7 78:22 79:2
81:5 92:1 99:12
118:16,19 119:1,7
119:13 120:3
129:6 134:9 147:2
161:13 162:1
177:21
**employee's** 48:4
**employment** 8:9
14:8 15:9 27:13
42:13 48:8 54:20
54:21 55:2,2,4,4
129:11 159:20
**empty** 151:21
**end** 9:6 55:1,2,3,4
58:8,13 62:12
65:14 83:3 88:5
124:17 154:5
159:18 169:22
177:10
**endangered** 114:2
**ended** 15:10 24:15
27:13 167:15
**engaged** 4:20
**engineered** 31:2
**engineering** 43:2
**English** 80:2 93:3
93:19 146:20
**enhancement** 173:2
173:10
**enjoy** 10:20
**enough** 177:9
**enroll** 7:16
**entail** 7:7 35:2
**entails** 77:5
**entirely** 3:20
**entitled** 77:2 99:22
188:16
**entrapped** 180:9
**environment** 31:23
41:21 154:16
177:14,18,20,22
**equal** 13:6
**equipment** 21:9
26:9 33:6,7
**errands** 26:1,16,17
26:18
**ERRATA** 189:4
**ESQUIRE** 1:13,16
**established** 16:12
70:21 185:12
**et** 182:14 188:14,18
**ethnic** 10:19
**evaluated** 48:4,10
**evaluation** 50:8,10

**evaluations** 48:14
48:23 49:8,9,20
50:1,3
**Evans** 66:2
**even** 17:22,23 31:3
88:16 89:5 99:20
120:18 157:13
159:7 163:20,20
167:4 170:5 172:1
177:20
**evening** 100:13
123:12 179:2,4
**event** 190:13
**eventually** 24:15
**ever** 2:13 4:24
18:17,23 19:10,16
22:8,19 23:22,24
42:5 50:10 54:1
62:7 64:24 66:22
68:3 71:12 82:18
99:9 110:13 118:9
120:12,15 126:22
134:17 135:4
137:14,16,19,21
138:7 139:5,8,14
141:14 153:13
156:6 161:12,18
173:2,10,13 178:4
178:7 179:13
182:24 187:10
**every** 37:21 92:3
116:15,17 120:8
148:10
**everybody** 129:7
**everyone** 87:7
**everything** 3:15
19:2 20:1 28:18
28:18 61:3 92:21
106:23 148:17
**everywhere** 107:15
**evidence** 16:22 17:7
17:9,10 102:7
106:16,17,19
153:19
**exact** 54:24 114:15
**exactly** 37:21 94:21
117:17 133:10
**exacts** 112:2
**examination** 2:6
173:24 185:10
**examined** 2:4 190:7
**example** 19:5 20:24
182:9,19
**examples** 15:24
**exceed** 47:4 48:17
**Excel** 63:5 81:13

**except** 44:9
**excessive** 76:23
99:12,17
**excessively** 98:9
**exchanged** 24:21,22
24:24
**excuse** 8:20 23:6
39:16 57:24 58:23
63:22 66:8 67:1
72:11 74:3,4,18
75:6,15 86:21
97:2 126:14 127:4
137:20 142:1
148:22 154:23
166:4 173:8
**excused** 75:8,11
**exhibit** 69:5 77:23
84:24 85:13 91:19
109:4 122:6
129:14 134:11
162:15 163:22
**expand** 176:5
**expect** 164:16
**experience** 32:15
184:5
**Expires** 190:18
**expiring** 24:16
**explain** 20:1 53:19
126:2 138:4,6
181:18
**explained** 169:4
**explanation** 174:18
**expound** 178:22
**extent** 17:1 32:6
36:8 61:10 113:11
121:24 126:12
127:2 135:16
137:22 140:24
144:13
**ex-girlfriend**
140:23 141:5,8
**e-mail** 47:21 86:3,4
86:5,7 87:5,9,23
92:3,5,16 93:23
94:13,16 95:6,17
95:22 96:4,20
100:14 108:15
109:10,14 110:4
129:19 154:24
163:2,4,17 164:2
188:10,12,13,15
188:18,21
**e-mailed** 163:6
**e-mails** 91:24 95:20
96:17 100:20,23
101:11 183:23

**F**

**facilities** 108:4,8,10
108:12,14
**fact** 39:6 52:22
115:17 123:15
133:10 164:12
178:8
**failing** 53:11
**fair** 7:21 13:5 15:3
61:23 72:5,12
79:9,10 81:22
95:17 110:17
154:6 167:23,24
168:2 174:12,16
175:17
**Fairly** 121:10
**falling** 101:9
**falls** 77:11
**false** 106:11,13
**familiar** 3:3
**family** 6:7 120:21
121:5
**far** 43:6 101:8
113:9 121:10
128:6 139:20
142:22 145:17
174:22 182:13
**fashion** 162:13
**fast** 48:18 177:9
**faster** 62:16 63:19
64:4 177:17
**fatality** 150:14
**father** 185:4
**fear** 114:6,10,13
115:21 117:3,9,12
117:15 118:2
**February** 45:4,13
78:7,8,9 79:13
188:11
**Federal** 58:1
**feedback** 94:21
**feel** 3:13 18:8 51:16
96:15 114:2
152:11 163:23
**feeling** 57:14,22
121:21
**feelings** 128:15,18
128:19,20
**feels** 17:16 121:19
178:11
**felt** 61:3 62:16
63:14 100:5
102:19 132:13,16
148:9 151:16,21
175:6,15 178:12
179:6,7 180:9,11

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 197

187:11
**female** 13:15 17:21
**females** 15:17,20
**FETZER** 1:22
**few** 115:18 155:5,12
  161:6 173:18,19
  173:21 185:9
**fiance** 4:19 149:20
**figure** 30:17
**file** 51:20 52:1,3
  53:6,9 62:10 73:2
  90:8 125:23
  174:10
**filed** 89:16 136:6,13
  136:17 151:13
**files** 167:21 168:3
**filing** 26:8,9,10,10
  26:11 92:19
  131:11
**fill** 47:3 83:17,18
  84:7
**filling** 84:6,18
**filtered** 47:24
**final** 62:4
**finance** 43:2
**financial** 33:4
  131:15
**find** 51:5 102:19
  106:9,16,17
**finding** 80:6,9
**fine** 54:11 76:2,3
  85:15,22
**finish** 3:8 49:16
  86:21 88:19 89:20
  95:1,3 96:12,13
  103:12
**fire** 137:6,10
**firm** 14:22,23
**first** 2:3 11:7 24:20
  54:21 55:23 56:1
  56:2 70:1 86:15
  87:4 92:5 102:13
  114:16 117:15,19
  117:22 118:1
  139:14 150:13,23
  151:11 152:1
  176:22 180:16
  186:23
**five** 5:9 115:10
  116:20
**flex** 100:1,7
**flexibility** 124:11
**flirtation** 182:8
**flirting** 186:17,19
  186:20,22,24
  187:2,7,8,9,11
**floor** 105:24 106:7

107:9,14 109:17
  115:9 117:20
  137:12 140:3,4
**flowing** 21:6
**FMLA** 57:23 58:5
**folded** 104:13
**follow** 20:13 35:15
  54:1 161:15
**followed** 35:13
**Following** 102:6
**follows** 2:5
**foot** 107:20,20,20
  115:10 116:20
**football** 67:19
**Ford** 13:4,5 38:20
  38:23 40:5 41:2
  47:11 50:16 57:19
  58:15 59:12,15
  60:8,22 62:5 70:5
  72:4 79:22 88:8
  89:5,13 91:3,8
  99:7 109:11
  112:17 115:20
  116:4 129:5
  132:19 133:6
  146:19 148:4
  156:3 158:20
  174:15,17,22
  175:23 176:1
  181:3 183:23
  188:11
**Ford's** 155:22 166:9
**foregoing** 190:10
**forget** 14:17 36:20
  45:5 68:6,10,12
  87:14,15 102:16
  103:1 106:5,5
  108:9,14 117:17
  136:10 147:2
  149:21 151:9
  159:6 161:10,10
  169:3
**forgot** 24:2 59:10
  169:19
**forklift** 26:8
**form** 18:19 20:4
  35:18,19 40:9
**formal** 38:13 53:7
  53:10 151:13
**formally** 62:11
  73:19 99:11
**format** 34:21 35:1
  35:11,12,13,16
**formatted** 125:16
  125:18
**forms** 94:4
**Forty-eight** 4:11

**forward** 113:7
  148:9
**forwarded** 122:14
**found** 114:17
  115:13 179:5
**foundation** 63:20
  70:20
**four** 29:4,4 55:17
  55:20,21 66:21
  79:1
**frame** 111:2 112:23
  136:5
**free** 3:13 163:23
**frequency** 78:20
**Friday** 138:21
**friend** 46:3,5
  142:21
**from** 6:14,16 9:2
  14:15 16:11 19:23
  20:10,17,18 21:1
  27:10 32:22 33:4
  37:13 39:12 44:19
  45:3,3 52:23
  53:23 54:22 57:12
  58:12 60:13 69:2
  71:5 75:14 80:24
  81:5,11,16,16
  82:13 83:15 86:5
  86:7 90:5,9 92:12
  94:21 96:17 98:18
  100:4,5 104:13
  107:12 109:11
  113:19 114:22
  115:10 116:3
  117:10 119:12
  125:3 126:5,22
  128:24 132:23
  133:6,14 134:8
  135:5 143:24
  145:10 152:1
  153:14 156:3
  160:9 161:14
  162:23 163:6,7
  164:12 167:19
  169:15 178:21
  181:2 183:23
  188:9,10,12,13,15
  188:18,21
**front** 11:23 12:2,4,8
  14:13 51:7 62:19
  66:16 69:8 109:7
  115:18 129:18
  137:19,21 138:7
  144:11,17,20
  147:8,9,14,23
  162:18
**Fuhr** 24:3,8,11,12

**full** 128:5 153:17
  154:8
**fully** 27:2,7,10
**full-time** 22:13,15
**Fundamentally**
  38:9
**fundamentals** 9:13
  9:16
**furnace** 29:18,19
  30:12 137:12
  140:3,4
**further** 51:11
  173:16 179:15
  187:13 190:10,12
**f'd** 160:7
**F-u-h-r** 24:11
**F-u-r** 24:9

---
**G**
---

**game** 65:20 67:21
  69:2
**games** 65:8,9 66:3
  67:19
**gave** 60:15,16,17
  67:12 68:7,8,9,13
  68:15,20 70:13
  84:2
**general** 11:14,15,19
  11:20,21,22,24
  12:1,5,7,21,23
  13:2 14:6,15,17
  15:3 16:10,13,13
  16:15,15 26:10,11
  38:18 40:3 48:7
  48:22 131:3
  138:22
**generally** 10:9,13
  62:13
**generate** 81:15
**generates** 81:16
**genitals** 144:17,19
  144:22
**gentleman** 16:2,4
**gesture** 136:8
**gestures** 17:22,24
  18:1 145:3 187:4
**gets** 71:19,20,21
  109:17
**getting** 30:16 40:18
  40:23 65:3 93:23
  101:9 111:2 129:2
  141:19 145:20
  148:8 175:15
  176:2 180:21
**ghetto** 160:7
**Gilpin** 1:9,14
**Gimmy** 95:8

**girl** 187:7
**girlfriend** 140:11
  140:15,17,19,21
  149:20
**girlfriends** 141:10
**give** 8:9 9:10 19:4
  20:24 47:6,14
  53:15 57:3,18
  65:4 68:3,22 84:4
  84:12 85:10 90:14
  90:16 99:20 105:4
  119:1 120:6 155:2
  155:4,8 157:6,10
  157:19 161:5
  174:18
**given** 48:14,24
  49:10 70:9,11
  71:12,17 72:22
  79:2 89:23 120:6
  190:8,11
**gives** 53:5
**giving** 35:5 53:14
  54:2,4 121:10
**glad** 153:24
**glow** 130:12 132:6
**go** 3:11 6:6 14:23
  15:23 17:2 18:19
  20:4,16 32:7,18
  36:8 37:15 40:10
  44:17 47:15,20
  50:11 52:14 53:18
  57:13 58:4,5
  61:11 63:21,24
  73:2 75:15 77:20
  78:15 88:4,19
  89:5,11 92:2 96:7
  100:22,24 101:2,4
  113:12 114:12
  124:10 130:11
  131:19 132:5
  135:17 136:1
  137:11 139:20
  143:9 144:8 151:2
  153:2 161:15
  167:3 170:21
  173:20 183:14
**goals** 31:20
**goes** 8:2 34:23
  85:18 88:11
**going** 3:6 18:7
  19:24 20:3 25:3
  25:10,15,19 33:18
  35:21 36:7 43:21
  44:5,9 50:22 51:5
  51:18 52:7 57:6
  63:15,23 64:8
  65:20,24 66:6,12

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 198

| | | | | |
|---|---|---|---|---|
| 66:17,20 67:3 | 136:18 142:17 | 121:21 128:13 | 116:22 117:3,9,13 | 119:19,24 121:10 |
| 69:1 74:19,23 | 144:1 145:2,17 | 135:2 151:14 | 117:16 118:2 | 121:14,16,17,19 |
| 77:20 84:9 92:2 | 146:15 155:13 | harassing 145:22 | held 84:22 86:24 | 122:14,15 123:12 |
| 94:18 105:10,12 | 157:15,19 185:23 | harassment 8:18,21 | 117:23 158:4 | 123:18,24 124:2,2 |
| 117:20 119:4,18 | 186:6,23 187:4 | 9:3,21,22 10:10 | 170:23 | 124:3,12,19,20,23 |
| 120:21 121:23 | guidance 175:19 | 11:7,10 14:18,24 | help 69:22 80:19,24 | 125:1,3,4,23 |
| 128:3 130:8 132:2 | guidelines 19:3 | 15:16,22 16:9 | 95:18 130:6 | 126:1,5 128:10,11 |
| 136:9 138:18,19 | 20:13 | 17:12,15,20 18:10 | 131:10 134:7 | 128:12,15,15,17 |
| 138:19,21 139:20 | guy 2:20 84:2 187:5 | 18:12,14 121:22 | 143:16 149:9 | 128:18,19,19,22 |
| 143:12 150:20 | guys 65:19 94:7 | 126:24 127:10,11 | helping 131:18 | 131:15,17,18,21 |
| 158:17 159:4,12 | 99:20 105:23 | 127:15,23 136:7 | her 8:9 26:12,18,20 | 132:2,2,5,10,12 |
| 173:4,19 182:9 | 106:7 118:1 134:1 | 136:13,17 142:16 | 27:10 36:20 37:14 | 132:12,15 133:7 |
| 183:11,17 184:20 | 157:24 165:8,11 | 142:22,24 143:11 | 37:21,22,23,23 | 133:10,17 134:24 |
| 184:24 185:7 | 177:15 186:7 | 143:20 144:5,7,12 | 46:24 47:13,13 | 134:24 135:2,5,8 |
| gone 157:2,4 169:18 | | 144:20,23 145:6,9 | 48:10 54:14,20,21 | 135:10,15,15,20 |
| good 2:10 57:14,22 | **H** | 145:13,14,16,20 | 54:23 55:1,2,3,4,5 | 135:20 136:10,13 |
| 62:18 109:1 | H 188:5 | 146:1,2 149:7 | 55:10,22,23 56:1 | 137:16,17,19,21 |
| 121:10,13,15 | hair 135:5,8,10,15 | 173:5 181:15,23 | 56:2,3,4,7,16,17 | 138:8,10,10,13,13 |
| 137:17 162:1 | 135:20 136:10,13 | 182:3,9,22 183:1 | 56:23 57:5,6,14 | 139:3 141:15,17 |
| 174:13 186:21 | 136:20 137:16 | 183:8 | 57:23 58:5,6,8,14 | 141:19,21,23 |
| gotten 24:14 52:22 | 142:14 143:7,22 | hard 74:8 126:1 | 59:13 60:10,18 | 142:2,6,14,14,14 |
| 65:1,1 136:9 | 143:24 144:1,2,3 | 181:11 | 61:4,4,9,21 62:10 | 143:8,8 144:3,4 |
| grabbed 117:7 | 144:4,9,10 164:12 | harmony 121:12 | 62:23 63:10,13,14 | 146:13,14,14 |
| grade 96:24 97:3 | 182:14 | Harris 1:8 2:2 | 63:15,17,17,18 | 148:15 153:10,12 |
| grades 10:5 | half 88:17 157:4 | 64:23 65:4 66:5 | 64:3 65:13,14,14 | 153:13 154:15,18 |
| graduate 6:4,14 | hallway 103:1,8 | 66:11 67:12 68:1 | 66:15 67:7,8 68:4 | 156:4 157:14,17 |
| graduated 6:16 | 107:19 164:10 | 68:20,23 69:4,5,9 | 68:5,6,7,8,9,13,15 | 158:9,11,15,15,16 |
| graffiti 102:5 106:2 | hand 19:4,15 20:15 | 70:6 77:22,23 | 70:11,13 72:16 | 158:19 159:1,6,8 |
| 106:20,24 | 88:5 115:4 135:14 | 84:23,24 91:18,19 | 73:5,21,23 74:5 | 159:9,10,11,20 |
| graph 80:13,14 | 137:16 175:14 | 97:11,14 107:8 | 76:11 79:21 80:23 | 160:1,15,18,19,24 |
| 81:13 | handbook 52:6 | 109:4,8 110:10 | 81:22 82:19 83:2 | 161:4,5,6,12,19 |
| graphing 26:4 | handled 183:18 | 113:22 122:6,10 | 83:4,11,18,19 | 161:20,22 162:3,9 |
| 33:23 80:5 | handles 53:6 | 129:14,18 134:11 | 84:1,2,4 88:13,13 | 164:6,11,12,13,15 |
| graphs 62:21 | hands 114:20 | 162:15 174:2 | 89:7,23 90:6,7,10 | 164:16,19 165:3,7 |
| Great 72:17 | 115:24 116:1,4 | 175:9 185:12 | 90:13,14,15,16 | 165:7,9,10,19,20 |
| green 137:11 | handwriting 129:24 | 188:2,7 190:7 | 92:10,11 95:18,20 | 165:20 166:9,21 |
| Greg 42:14,17 | 134:19 | having 2:3 94:6 | 96:18,21 97:8,9 | 166:24 167:4,7,13 |
| 43:15 50:17 59:12 | Handwritten | 119:18 121:4 | 98:17,19,20 99:24 | 167:14,20,21,23 |
| 59:17,18 60:8,8 | 188:19 | 123:14 131:14 | 100:4,7,10,10,11 | 168:3,5,5,11,20 |
| 60:16 71:5 72:4 | hanging 133:11,17 | 149:20 164:22 | 100:12,15,16,20 | 168:24 169:16,17 |
| 76:5,10 87:6,11 | happen 65:6 101:8 | 165:6 181:11 | 101:8,8,11,15,17 | 169:20,23,24 |
| 87:18,20 112:9 | 135:12 157:20 | 185:4 | 101:19,23 102:12 | 170:3,6,7,9,15 |
| 149:5 152:19 | 159:5 | hazard 108:7 | 102:14,19,21,24 | 171:24 172:12,13 |
| 175:2 188:9 | happened 8:15 59:2 | head 150:12 | 103:3,5,15 104:2 | 172:14,17,20,21 |
| Greg's 42:15 | 85:16 102:7 103:9 | heads 47:19,20 | 104:5,14,18,20,22 | 175:22 176:11,12 |
| grocery 23:16 | 105:6 106:16,19 | healthy 175:3 | 104:23 105:3,3,10 | 176:13,14,14,20 |
| group 47:14 120:18 | 111:21 114:24 | hear 171:6 172:24 | 105:12,15,17,18 | 177:3,6,12 178:8 |
| grouping 143:14 | 115:17 135:13 | heard 41:18 125:7 | 106:8 110:22 | 178:13,13,16 |
| guard 105:13,18 | 139:1,2 151:7,8 | 180:16 186:10 | 112:10,13,17,18 | 181:5 184:20,24 |
| 119:5 160:17 | 160:22 165:1 | hears 166:12 | 112:20 113:2,6,7 | 185:4,16,18 |
| guards 119:6 | 170:12 179:3 | heat 32:2 177:15,16 | 113:8,16,17,17 | 187:11 |
| guess 6:6 19:4 27:12 | happening 187:5 | 177:16 | 114:6,10,13,16,20 | hesitate 94:22 |
| 40:21 47:14 53:20 | happens 16:16 | heated 161:14 | 115:4,21,21,24 | hey 125:13 128:4 |
| 55:21 56:16 74:19 | 48:15 78:21 84:7 | 177:20 | 116:1,4,13,14 | 172:18 |
| 87:10 92:7,9 | 150:13 | heights 114:1,2,7,10 | 117:3,9,15 118:2 | Hi 2:8 |
| 104:13 121:18 | happy 62:13 | 114:13,18,21 | 118:8,9,11,12,14 | high 5:24 6:14,16 |
| 133:13 135:21 | harassed 17:17 | 115:14,21 116:22 | 118:20,23 119:18 | 23:15 100:19 |

B- 0462

| | | | | |
|---|---|---|---|---|
| Snyder<br>Randolph Harris | | v.<br>C.A. # 04-970-JJF | | Citi Steel, USA, Inc.<br>June 8, 2006 |

**higher** 33:2 96:24
97:3
**hill** 67:7 132:23
**him** 17:2 24:20,23
41:4,6 43:13,17
43:19 44:9 45:2,9
45:11,17,24 46:3
46:5,7 57:20
60:17 64:7,8,24
76:3 78:17 85:11
87:20 96:12,13
100:16 103:12
104:1 105:9
114:24 115:17,24
115:24 116:5
117:8 131:18,19
147:7,12,23
150:11 151:22
152:11,13 179:4
179:12,13
**hire** 46:24 47:9,13
134:1,4
**hired** 13:9,13 14:12
45:9,11 46:21
59:1 117:10
**hiring** 47:2,12
**history** 6:7
**hitting** 33:3
**Hmm** 186:21
**Hold** 24:5
**holding** 117:5
**holiday** 77:11
**holidays** 138:20
**hollering** 160:2
**home** 65:13 118:9
118:11 119:9,15
119:19,21,23
120:3,5,10 123:21
124:23 126:1
138:19 152:12
162:24 163:7
165:23 167:24
168:3,5
**homework** 169:16
**Honorably** 23:3
**hope** 126:21
**Hopefully** 3:7
**hostile** 154:16
**hot** 20:12 24:15
137:5
**hour** 157:2,4,4
**hourly** 48:16 49:10
50:3
**hours** 98:13,15
99:24 100:3,4,7
157:3 184:11
**house** 57:6 131:15

167:8,20 184:24
**HR** 16:12,15,19
17:2,19 47:21,22
52:11 53:6,7,8
58:4,5 59:18
60:15 102:2
103:17,19,21
104:15 105:6
106:10 109:24
110:1 154:14
**huh-uhs** 3:17
**human** 7:21 8:4,20
8:23 9:10,12
**hundred** 29:4,4
**hung** 167:14
**hurt** 2:20 101:9
109:17 150:14
179:3
**H-r** 24:10

_____

**I**

**idea** 11:6 55:19
60:20 61:8,19
112:18 175:8,24
175:24
**identification** 69:6
77:24 85:1 91:20
109:5 122:7
129:15 134:12
162:16
**ignore** 94:23,24
**ill** 74:13
**illness** 74:22 75:14
**immediate** 17:18
**immediately** 114:3
150:11,15
**important** 3:15
**improper** 75:16
**improve** 48:19 51:4
52:23 63:15 74:8
74:9 96:18 113:8
132:12 159:9
174:23 176:14
178:8
**improved** 52:4
**improvement** 53:23
54:1
**inappropriate**
178:6,8,11,12,14
181:15,20,22
182:17
**INC** 1:6
**incentive** 33:2,3
**incident** 62:4 102:9
102:11 114:17,23
115:11,15,17
118:4 136:20

147:3 148:10
155:1 158:14,18
163:18 164:17
**include** 78:13,18
79:4
**included** 78:10
**includes** 22:23
**indicate** 73:15 87:8
87:22
**indicated** 12:15,20
26:22 70:2 102:22
103:21 105:19
131:10,16 150:21
156:5,5 161:8
162:3 167:9
**indicates** 73:12
76:18 79:16 87:5
97:20 102:4
113:24 164:5
167:3,20
**indicating** 53:11
57:21
**indirectly** 12:2,10
42:19
**individual** 94:16
143:13
**individuals** 90:11
**inform** 95:19 117:9
131:23
**informal** 148:6
**information** 7:6
9:24 35:6 36:1
47:24 59:17 76:10
80:6,12,14 81:1,4
81:6,11,14,15,19
82:4,8,9,10,11,12
82:16,19,22,23
83:14,15 84:20
88:1,14,15 89:18
89:23 92:15
105:20 131:12
**informed** 105:17
114:23 130:9
136:6 148:17
151:23 175:2
177:3,7
**infraction** 53:16
**infractions** 54:3,5
**initiate** 60:20
**initiated** 181:4
**input** 81:16 131:12
**inputted** 82:1
**inserted** 125:22
**instance** 18:7 19:4
21:3,16 35:13,20
**instances** 146:24
**instead** 143:14

**instinct** 135:21
**instruct** 58:5
118:23 124:20
148:15
**instructed** 119:11
**instructing** 174:22
**instruction** 68:19
68:21 79:18
**instructions** 3:24
**instructor** 123:16
**instructs** 3:22
**integrity** 151:19
**intentionally** 164:5
164:13
**interact** 31:16
133:5
**Intercoastal** 5:20
5:22 21:22 22:1,8
22:11,17 139:18
139:19
**Intercourse** 140:13
**interest** 163:21
**interested** 190:13
**interests** 175:4
**interfering** 51:7
**interject** 75:21
**intervene** 174:21
**interview** 46:8,12
63:4 130:3,10
131:24
**interviewed** 46:16
47:13,18
**interviewing** 47:15
47:15
**inventory** 88:1,3,4
88:10,11,16 89:3
89:4,5,11,24 90:2
90:20,23 115:8
117:18,19,21
118:2
**investigated** 16:17
102:18 105:8
**investigates** 16:18
**investigation** 16:21
105:19 153:17
154:8 179:14
**investigations** 102:6
**invite** 165:21
165:10 166:21,24
**invoices** 89:15
**involve** 51:11
**involved** 16:22
23:24 25:6 43:12
46:8 47:11 51:22
52:2 65:3,10 72:3
80:2 88:8 89:4
91:10 147:4

159:11,19 182:11
**involvement** 24:19
**Iron** 44:22
**ISO** 26:8 33:21
34:20 81:7 83:12
129:2
**ISO's** 83:10
**issue** 56:4 93:13
108:1 154:14
155:14 169:16
184:7
**issued** 113:16
**issues** 51:7,18 56:23
74:2 174:19 185:4
**items** 88:16,17,17
89:3,10 131:12
**i.e** 88:1

_____

**J**

**jacket** 137:6,10,11
**January** 76:20
95:22,24 96:1,1
96:16,17 109:13
133:14 142:10
188:15 190:18
**Jason** 46:14
**Jeff** 8:14 146:19
147:3,9,17 148:8
148:13,16 164:21
165:3,9,12,20
166:21
**Jerry** 103:18,23,24
105:16 149:5
150:6 151:2,9
152:19 163:12,17
164:5 168:23
169:5,6 179:1,2,5
179:8 188:21
**Jim** 95:11,11
109:10 188:15
**Jimmy** 95:7
**job** 2:20,21,23 7:16
25:21 26:7,18,20
27:10 30:12 34:5
37:11,12 40:20,21
40:21,22 41:3,4,6
47:7 48:3,17,19
50:20 51:3,8
52:18 62:17,23
63:18 64:3 80:8,9
80:23 81:22,23
82:19 83:2,4,5,11
83:18 87:18,23
88:13 94:24
116:13,14 130:3
130:10 131:24
139:14 142:20

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 200

| | | | | |
|---|---|---|---|---|
| 159:10 172:22<br>178:13 179:24<br>**jobs** 23:11 30:15<br>**Joe** 83:24<br>**John** 95:8<br>**joined** 165:4,12<br>**joint** 175:17,18<br>**joking** 115:15<br>**jokingly** 170:11<br>**Joslin** 79:22,23<br>146:19<br>**June** 1:10 13:10<br>190:6,19<br>**just** 3:10,12 10:2<br>16:2 18:7 20:3<br>31:2 35:1,7 36:7<br>37:9 39:7,23<br>43:24 53:19 72:9<br>74:11 75:15,21,24<br>79:3 84:17 85:17<br>88:21 89:1 91:23<br>92:3 93:7 96:23<br>97:14 100:16<br>102:20 103:6,12<br>104:5 105:17<br>106:15 107:15<br>111:2 115:23<br>116:8 121:6,23<br>127:5 130:10<br>131:23 133:11<br>136:8 144:8,13<br>156:2,5,9,18<br>158:15,18,24<br>159:11 164:13<br>166:15 170:1,21<br>171:15 172:14<br>173:19,21 178:22<br>181:22 183:12,15<br>183:21,21 184:15<br>184:15 185:7,9<br>**justifiably** 61:6<br>**justified** 19:20<br><br>**K**<br>**keep** 121:12 126:6<br>134:8,8 175:4<br>**kept** 60:12<br>**kidney** 37:14,17<br>**killabite@aol.com**<br>163:1<br>**killahbite@aol.com**<br>188:21<br>**kind** 30:16 94:21<br>104:4 110:6<br>160:16 183:22<br>**King** 1:22<br>**kiss** 140:17 | **knew** 62:21 63:1,2<br>84:5 101:5 141:11<br>179:2<br>**know** 3:13 8:17<br>13:19 17:14 18:9<br>29:1,5,11 31:4,5<br>31:13,15,15,20<br>32:1 33:10,13<br>34:24 35:1,3 36:5<br>36:13 37:6,9,16<br>38:7,13,14 39:4,5<br>39:14,23 43:6,10<br>46:21,22 47:23<br>48:2 49:18,21<br>52:7 54:24 55:7<br>55:10,20 57:17<br>59:7 61:15 62:19<br>64:11 65:10,15<br>66:14,17 67:9<br>68:13,15,17 69:19<br>70:12,16 71:8,18<br>73:6,6,20,21 74:9<br>75:13 77:6,10,16<br>78:6 79:7,12 81:3<br>84:3 85:4,16 86:1<br>86:2 87:14,20,21<br>88:19 90:13 92:7<br>93:1 94:21 96:8<br>98:24 99:14<br>100:12,17 101:1,4<br>101:5 103:16<br>104:6,20,23<br>105:16 106:15<br>108:17,20 109:2,3<br>109:17 110:7<br>111:3 112:1<br>113:13,14,19<br>115:14 119:9<br>120:19,20 121:5<br>121:19 122:5<br>124:15,15 125:6,8<br>125:15,16 126:10<br>126:16,23 128:2,3<br>128:3,5 131:1<br>133:15 134:21<br>135:23 136:24<br>137:4,4 139:22,23<br>140:22 141:7,9,9<br>141:10 142:21<br>143:23 145:4,4,19<br>146:5,21 147:2,13<br>148:13 151:23<br>152:20 153:14,15<br>156:23 157:12,13<br>157:22 158:16,17<br>159:2,3,10,10,19<br>160:11,22 161:1 | 161:10,15,16,16<br>161:24 162:11,19<br>164:10,11,12<br>165:9,24 166:6,10<br>166:15,21,24<br>167:11,12,17<br>168:5 170:20<br>171:7,20,22 172:1<br>172:1,4,14,18<br>174:2 177:16<br>180:13 183:20<br>184:16 185:18,18<br>187:3,5<br>**knowing** 31:19<br>101:10<br>**knowledge** 36:23<br>99:6 107:1 117:11<br>125:21 175:3<br><br>**L**<br>**L** 1:3,21 134:23<br>**lack** 111:12<br>**ladle** 21:4,5<br>**lady** 141:10,13<br>146:4,4,7 165:8<br>**lady-like** 146:15<br>**Lamar** 13:14<br>**Lang** 140:2 141:11<br>**language** 146:13<br>**Lang's** 140:10,15<br>140:17,19,21,23<br>141:5,7<br>**last** 24:7 45:4 64:22<br>67:4 87:22 90:2<br>108:9 159:20<br>168:8,17 181:2<br>**late** 56:9 63:12<br>123:23 159:22<br>184:10<br>**later** 56:3 112:20<br>113:3 161:4 179:5<br>**latter** 4:23 9:2<br>27:11,13,14,16,17<br>56:18 58:9 63:15<br>136:2 152:18,23<br>**laughing** 172:2,3<br>**law** 1:9 8:22 9:11,12<br>9:15,16,18 14:22<br>14:23 127:20<br>**lawyer** 183:6<br>**Leadership** 14:3<br>**leak** 107:12<br>**learn** 10:22,24<br>15:15<br>**learned** 10:9 11:1<br>118:2 136:12<br>**learners** 48:18 | **learning** 62:17<br>**least** 94:6 101:5<br>104:9 120:8<br>**leave** 22:4 23:5,7<br>57:21 58:1 90:12<br>100:24 101:2,4<br>128:4 130:11<br>151:2 157:2<br>177:10 184:1<br>**leaves** 132:3<br>**leaving** 39:11 56:10<br>79:8 138:22<br>183:17 184:10<br>**led** 62:5 184:12<br>**left** 13:20 39:10,18<br>56:20 90:24 91:1<br>91:3 123:12,14<br>148:17 152:12<br>165:3,13<br>**leftovers** 91:8,11,14<br>**legal** 182:24 183:9<br>**Leninger** 36:20<br>38:1<br>**less** 32:3 111:8,10<br>**let** 3:13 8:7 32:16<br>40:7 49:16 52:6<br>58:8 61:10 69:19<br>76:3 81:24 82:4<br>86:21 89:20 96:12<br>96:13 100:21<br>101:1 103:12<br>109:16 114:9,9,12<br>119:9 139:22<br>141:4 144:13,15<br>149:9 159:3<br>161:16 162:19<br>168:5 170:20<br>171:7<br>**letting** 125:8<br>**let's** 25:17 32:16<br>44:17 45:3 52:14<br>96:7 174:15<br>**level** 151:24 152:14<br>170:6<br>**levels** 13:6<br>**life** 51:5 120:12<br>121:1<br>**like** 6:6 8:8 18:8<br>23:16 28:23 34:24<br>35:20 43:15 47:9<br>54:10 55:20 56:13<br>64:10 65:13 69:3<br>69:10 73:9 81:11<br>83:1 85:21 86:14<br>90:12 100:10,16<br>104:5 107:21<br>127:10 129:1 | 137:4 146:4,4,7<br>146:10 151:16<br>152:11 156:5<br>157:11 159:10<br>160:9,24 162:23<br>163:21,22,23<br>164:11 165:9<br>166:18 169:10<br>171:4,4,11,17<br>172:4 176:5,18<br>180:11 184:1<br>**limit** 98:3<br>**Linda** 133:24<br>**line** 11:23 12:2,4,8<br>14:13 16:12 62:19<br>166:9 184:4<br>**liquid** 27:23<br>**list** 118:16 120:6<br>**listen** 153:24 170:18<br>171:7<br>**listened** 154:2 171:1<br>176:16<br>**lists** 29:6 182:12<br>**litigation** 24:1,4<br>**little** 6:7 62:16<br>91:23 149:21,24<br>176:4 177:5<br>178:22<br>**live** 64:18<br>**lives** 64:19<br>**living** 11:2,3 48:16<br>**load** 33:9<br>**loan** 68:4<br>**locate** 94:19<br>**located** 62:10 92:19<br>142:5,8<br>**location** 105:10<br>142:17<br>**log** 124:2,3,11<br>**long** 5:8 22:1,21<br>27:18 46:23 59:10<br>71:10 73:6 83:3<br>98:9 106:5 108:22<br>111:3 114:6,12<br>116:9 167:16<br>174:2 180:4<br>184:11,11<br>**longer** 8:16 13:19<br>19:21 108:10<br>**look** 4:5,7 29:8<br>38:11 48:1 85:18<br>89:10 96:6 128:4<br>164:2 170:11<br>173:19 182:1<br>183:13<br>**looked** 175:9<br>**looking** 43:14 46:2 |

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 201

| | | | | |
|---|---|---|---|---|
| 46:13 47:4,5 | 85:20 100:17 | **Marie** 36:18,19,20 | 145:10,18 146:5 | 56:24 58:16 60:7 |
| 76:18 | 104:4 108:21 | 38:1 164:21 | 154:15,23 156:7,9 | 61:20 74:20 96:23 |
| **looks** 69:10 75:16 | 145:4 148:7 154:3 | **Marine** 22:12,13,19 | 156:17,18,23 | 108:4 119:23 |
| 137:17 162:23 | 154:8,15 168:23 | 22:21 23:8,11 | 157:16,22 166:18 | 130:13 131:14,17 |
| 165:9 | 176:21 184:1 | 139:14 | 167:11,15,16 | 136:18,19 142:23 |
| **loose** 107:24 108:6 | 185:19 | **marked** 69:3,5,8 | 171:6 172:19 | 143:6,6 158:21 |
| **Lori** 1:13 127:5 | **makes** 7:21 8:1 | 77:21,23 84:24 | 186:12 187:5 | 185:20 |
| **losing** 159:10 | 180:23 | 91:17,19 93:21 | **meaning** 4:4,5 | **Merit** 1:10 190:5 |
| **lost** 90:7 | **making** 83:6 112:4 | 109:4,8 122:6,10 | 31:14 40:6 42:8 | **met** 4:9 66:2 103:18 |
| **lot** 18:6 28:20 33:7 | 112:7 154:6 157:2 | 129:14 134:11 | 48:6 60:21,22 | 152:14,23 178:21 |
| 63:18 64:3 65:19 | 175:20 181:21,24 | 162:15,19 175:9 | 110:23 120:14 | 179:1,2 |
| 98:16,18 99:2,14 | 182:1 186:9 | 183:11 188:8 | 128:12 140:12 | **metal** 20:12 27:23 |
| 99:20 100:9 101:3 | **male** 13:15,16 17:21 | **married** 4:24 5:2,4 | 144:18 146:8,9 | 109:18 |
| 102:14 105:11 | **manage** 19:3 53:5 | 5:8 | **meant** 40:15 | **mid** 136:3,21,24 |
| 123:21 158:12,15 | 53:24 74:7 79:10 | **massive** 33:6 | **mechanical** 130:20 | **middle** 115:19 |
| 175:3 177:14,15 | 113:21 | **matter** 115:17 | 130:22 | 166:13 |
| 183:17 184:16,17 | **manageable** 148:11 | 123:15 | **medical** 58:1 74:1 | **might** 93:1,2 116:7 |
| **loud** 41:19,20,22,22 | **managed** 19:6 | **matters** 97:22 | **medication** 161:8 | 143:16 149:2 |
| 41:23 86:18 92:17 | **management** 7:6 | **may** 19:5 35:20 | **medicine** 68:6 | **Mike** 80:2 92:18,22 |
| 94:14 | 9:13,16,17,18 | 40:22 45:3,17 | **meet** 46:12,15 47:4 | 93:1,1,3,4,19 |
| **lunch** 44:24 45:24 | 94:17 95:18,20 | 46:21 51:9,24 | 67:21 65:20,24 | 146:19 |
| 66:17 99:22 | 122:17 123:1,2 | 59:22 60:1 61:24 | 67:18 69:1 149:5 | **mill** 31:9,10 42:19 |
| 100:21,22,24 | 127:19,21 151:24 | 62:1 71:6,7,7 79:4 | 151:2,24 152:17 | 42:20 |
| 101:2,4,11,16,17 | 152:14 170:6 | 79:4 80:2 89:12 | 165:3 179:4,15 | **mind** 34:6,6 57:5 |
| 101:23 107:4 | 177:4 178:22 | 89:17,22 94:15 | **meeting** 51:2 94:4 | 136:5 143:13 |
| 121:11 149:20,24 | 179:15 | 99:7 107:21 108:9 | 148:5 151:7,11,12 | 150:23,24 165:7 |
| 150:3 151:2 | **manager** 11:14,15 | 108:13 109:19 | 152:2,9 153:6,8 | 165:10 172:21 |
| 183:17 184:1,2,11 | 11:20,24 12:1,7 | 113:19 120:19 | 153:16 154:5,19 | 187:4 |
| | 14:17 16:13,15 | 124:24 125:5,12 | 163:14 165:24 | **mine** 123:20 126:5 |
| | 19:3 40:3 109:22 | 125:22 130:9 | 166:7,17 187:6 | 171:17 |
| **M** | 110:2 | 131:18 133:24 | **melt** 27:21,22,22 | **minute** 34:8 91:5 |
| **M** 1:16 79:22 | **managers** 12:2,8,8 | 138:20 139:1 | 28:1,9,13 29:11 | 184:15 |
| **MAC** 68:8,9 | **managing** 19:1 | 151:10 156:13 | 29:13 30:1,8 | **minutes** 157:2 |
| **made** 16:22,24 | 122:17,23 123:4 | 157:1,3 159:20,21 | 31:11 32:2,5 33:4 | 165:13 173:19,21 |
| 89:14 160:1,4 | 188:16 | 185:3 187:7 | 34:15 36:21 42:23 | **miscellaneous** 86:12 |
| 168:9,19 169:2 | **manual** 11:8 | **maybe** 17:21 22:3 | 46:13 107:9 | **mischaracterize** |
| 176:11,17 179:16 | **many** 6:10 28:1,6 | 38:3 54:1 100:13 | 114:20 115:9 | 184:19 |
| 180:20 186:15 | 28:12 29:1,6,7 | 102:19 107:19,20 | 120:8 129:6 130:6 | **mischaracterizes** |
| **mail** 26:1 39:10 | 31:15 55:7,10 | 132:13 136:2,3,18 | 180:1 | 61:11 127:3 |
| 57:21 65:14 66:4 | 77:2,8 88:16 | 159:4 161:20 | **melters** 92:12 95:7 | **mischaracterizing** |
| 66:10,12,13,14,15 | 94:20 116:7 | 162:12 166:15 | 95:11,14 96:23 | 74:15 |
| 66:15,16,19 67:7 | 135:12 156:22 | 167:8,19 | **melting** 14:13 30:21 | **miscounted** 89:15 |
| 67:7,10 123:16 | 157:20 174:21 | **Mayberry** 5:3 | 34:2 35:9,21 36:4 | **miss** 130:11 132:2 |
| 122:22 167:14 | **March** 58:19,21 | **mean** 15:19 16:4 | 36:12,24 38:16 | 178:5,5 |
| **mailbox** 66:17 67:9 | 59:2,5 62:7 69:15 | 17:20 18:4,6 | 42:17 81:5 115:2 | **missed** 58:11 59:3 |
| **mailing** 68:1 | 70:2,10,12,14 | 22:16 27:14 35:12 | 129:4 140:4 153:4 | 73:12,16 74:12 |
| **Mainly** 99:14 | 72:6,13,21,23 | 37:9,21 38:10 | 156:17 | 75:10,18 78:6,11 |
| **maintenance** 29:20 | 73:5,7,8 86:10 | 48:6 49:11 58:18 | **memo** 95:6 97:19 | **missing** 58:7,15 |
| 30:4,13,14 43:2 | 87:16 92:9 96:17 | 65:7 66:14 70:12 | 188:9 | 73:17,21 75:4 |
| 118:18 129:5 | 96:21 97:19 | 71:18 75:13 81:6 | **memory** 136:24 | 76:24 89:10 |
| 130:7 131:3,11 | 110:17,17 110:8 | 91:1,13 100:8 | 142:13 168:4 | 100:11 |
| 132:20 133:1,3,7 | 159:22,22 185:13 | 104:21 106:5 | **men** 177:15 | **mistaken** 74:1 |
| 133:17 134:5 | 186:4 188:9,12,14 | 108:23 110:5,6 | **mental** 177:17 | **mistakes** 89:15 |
| **maintenance's** | **MARGARET** 1:16 | 119:3 121:3,6,11 | **mention** 24:3 | **mobile** 26:9 |
| 132:24 | **Margolis** 1:9,13 | 121:18 129:10 | 153:22 | **Molly** 3:22 4:9 |
| **major** 7:5 118:18 | **Maria** 4:17,18 | 138:4 142:21 | **mentioned** 18:3 | **moment** 75:22 |
| **make** 72:15 82:10 | 165:4,4,12,13,23 | 143:23 144:1 | 39:19 52:15,19 | 174:16 |
| 82:14,15 84:1 | | | | |

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 202

| | | | | |
|---|---|---|---|---|
| **money** 68:4,11,15 | 154:3 179:6 | 116:6 124:18 | **numerous** 120:22 | 142:7,8 147:7 |
| 108:20 | **multi** 30:15 | 128:19 139:17 | | 153:3,5 155:11,12 |
| **monitor** 105:13 | **must** 73:3 94:21 | 164:5 167:3 | **O** | 155:14,15,16,17 |
| **monitoring** 80:5 | 175:4 180:11 | **new** 46:2 190:2 | **oath** 2:4 | 155:21,22,24 |
| 102:1 157:22 | **mutual** 39:2 182:8 | **Newark** 4:13,14 | **object** 3:19 17:1 | 156:1,3,6,11,12 |
| **month** 44:22 45:22 | 186:17,22 187:9 | 164:22 | 18:19 36:7 61:10 | 156:13,14,15,17 |
| 45:23 77:1 83:3 | **myself** 26:11 27:8 | **news** 150:20 | 63:20,23 64:5 | 156:24 157:1,2,3 |
| 88:5 171:24 | 59:13,15 76:12 | **next** 16:12 79:16 | 66:6,20 70:20 | 157:6,13,14,17 |
| **months** 45:5 55:7 | 79:22 84:13 88:9 | 82:6 109:19 | 74:14,23 121:23 | 158:13 159:3 |
| 111:8,10 | 89:5 92:15 95:8 | 151:24 152:14,15 | 126:13 137:22 | 160:24 165:2 |
| **more** 18:3 32:3,21 | 103:18 109:10,19 | 155:18 156:3 | 143:12 144:13 | 166:8,12 167:5 |
| 33:3,6,14,15,16 | 112:9 120:17 | 164:21 167:2,6,18 | 166:2 | 176:10,19 177:14 |
| 33:17 39:8 55:13 | 124:3 129:5 148:4 | 168:8 178:24 | **objection** 20:4 32:6 | 186:3 |
| 55:15,17 57:9 | 161:1 164:22 | 179:15 | 40:9 70:17 72:7 | **officers** 155:7 |
| 78:21,21 89:2 | 165:3 183:23 | **nicer** 31:23 | 93:7 112:22 | **offices** 1:9 108:19 |
| 97:4 100:21 | 187:10 | **night** 82:10 123:23 | 113:11 126:12 | 109:3 119:8 |
| 107:18 119:6 | | 165:14 | 127:2 135:16 | **official** 72:15 96:9 |
| 144:15 153:24 | **N** | **nobody** 105:8 | 140:24 | **officially** 72:21 |
| 155:5,6 157:11,21 | **N** 188:1 | 154:17 157:17 | **obviously** 116:15 | **often** 157:7 166:10 |
| 159:11 167:24 | **name** 24:7 36:17,20 | **noise** 32:1 | **occasion** 117:23 | **oh** 18:1 45:16 52:14 |
| 169:17 173:21 | 64:20,22 84:15 | **none** 74:21 174:11 | 162:8 167:24 | 91:3 95:19 103:9 |
| 177:21 179:23 | 108:9 123:7 131:7 | **non-exempt** 29:17 | **Occasionally** 43:18 | 118:5 120:6 |
| 180:1 | **named** 141:13 | **noon** 107:5 151:5 | **occasions** 99:17 | 125:11 135:10 |
| **morning** 82:11 | 156:11 | **Norfolk** 2:16,17,24 | 116:12 | 136:16 159:16 |
| 102:16,17,21 | **names** 84:5 99:20 | 3:1 6:3 21:20,24 | **occur** 94:9 | 165:22 178:24 |
| 111:19 123:13 | **nature** 2:19 | 22:2,9 | **occurred** 185:13 | **okay** 2:15 4:2 9:14 |
| 125:1 151:24 | **necessarily** 34:3 | **normal** 47:1 78:13 | **October** 40:1 | 9:24 12:3,12,14 |
| 152:14,15,17,18 | **necessary** 87:24 | 78:18,21,24 | **off** 39:12 40:20,22 | 12:20 13:8 14:14 |
| 152:24 153:2 | 88:14 | 177:18 | 41:3,4 56:12,24 | 14:18 15:24 17:8 |
| **most** 25:10,14 57:5 | **need** 3:10,12,13 | **normally** 43:24 | 57:4,9,12,16 58:8 | 18:3,9,10 19:2,7 |
| 119:6 | 36:14 47:14 61:7 | 48:15,16,22 51:1 | 58:12 59:3 65:12 | 19:16,19,22 20:1 |
| **mostly** 15:17 55:23 | 62:2 84:17 85:12 | 52:24 53:2 60:12 | 66:13,15,17 67:7 | 21:3,13,23 22:16 |
| 175:7 | 88:1 91:5 92:8 | 74:7 100:1 101:15 | 71:7,7,14,16 74:2 | 23:13 24:13,24 |
| **mother** 57:6,14 | 99:15 106:9 | 161:15 | 79:8,13 80:17 | 25:3,20 27:16,19 |
| 68:5,6 100:10 | 118:12 130:11 | **nose** 58:7 | 84:21,22 86:23,24 | 29:1,10,15 30:16 |
| 184:20 185:4 | 132:5 138:4 | **Notary** 1:10 190:6 | 89:9 94:7 105:3 | 31:8,18 32:17 |
| **mother's** 57:6 | 150:10,15 152:11 | **notate** 51:20 | 118:19 119:5,12 | 35:4,20,22,23 |
| 131:15 | 159:4 161:17 | **note** 60:13 75:8,11 | 120:7 121:10 | 37:24 40:5,14 |
| **motivate** 51:4 52:23 | 162:12 168:6 | 75:18,23 85:17 | 122:15 123:22 | 41:1,4 42:1,21 |
| 113:6 132:12,14 | 170:19 171:5,10 | **noted** 51:21 52:3,5 | 124:12 125:1 | 44:4,17 46:8 47:6 |
| **motivation** 176:14 | 173:19 175:13 | **notes** 58:11,17,22 | 126:3,7 141:20 | 47:17 48:4 49:2 |
| **motivator** 159:9 | 183:13 186:23 | 59:3 60:12,12 | 142:7,20 150:12 | 50:7,19,22,23 |
| 161:16 | **needed** 41:11 57:7 | 190:8 | 158:3,4 160:17 | 51:23 52:9 53:8 |
| **mouth** 39:23 | 61:3,20 80:24 | **nothing** 169:17 | 165:4 170:21,23 | 54:4,8,20,21 |
| **move** 105:10,15 | 81:10 83:14 92:7 | **notice** 1:9 | 179:9 | 58:21 59:5 60:4,7 |
| 113:7 135:14,15 | 99:2 100:18 108:5 | **noticed** 165:7 | **offer** 128:22 130:7 | 60:20 62:4,15 |
| 148:9 | 130:6 131:10,16 | **November** 122:21 | 130:8 | 64:18 65:9 67:17 |
| **moved** 135:9,22 | 177:9 180:1 | **number** 68:13 | **offered** 22:6 105:17 | 69:21 70:1,4 71:2 |
| 136:11,13 164:12 | **needs** 51:10 80:20 | 118:7,8,15 119:5 | **office** 66:12,16,18 | 71:9,12,14,22 |
| **movements** 145:4 | 80:22 88:14 177:4 | 119:15,19,19,21 | 90:15 102:23,24 | 72:5,17 73:9,12 |
| **moving** 136:20 | **neighborhood** | 119:21 158:24 | 108:24 109:18 | 74:5,17 75:7,18 |
| **much** 31:22 33:6 | 102:20 | 166:9,9,10 188:8 | 111:16 115:9,11 | 76:2 77:2 78:4,5 |
| 34:17 37:23 38:9 | **neither** 100:18 | **numbers** 80:17 | 116:20 121:11,11 | 79:15 81:4 82:2,4 |
| 43:24 44:2 58:15 | 154:15 187:14 | 81:12 88:1,3,4,10 | 121:12 122:15 | 83:22,23 85:7,17 |
| 68:15 97:21 98:3 | **nephew** 64:19 65:4 | 89:6,8,14,24 90:2 | 125:7,12 126:3,3 | 86:14,19 89:3,4 |
| 98:11,12,14 100:1 | **never** 29:7 50:8 | 90:20,23 118:17 | 126:5 137:12 | 89:17 90:2 91:12 |
| 105:20 134:8 | 62:1 93:15 98:19 | 118:17 | 138:22 141:15 | 91:15 94:9 95:17 |

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 203

| | | | | |
|---|---|---|---|---|
| 95:22 96:7 97:11 | 167:24 170:22 | 79:2 81:5,14,16 | 136:9 165:11,12 | 176:15 182:3 |
| 97:13 100:3,7,20 | 174:21 181:4 | 81:18,22 82:1 | 173:20 | 184:12 |
| 102:3 103:9,13,17 | ones 85:5 | 87:24 88:13 98:18 | **overheard** 166:15 | **partially** 88:23,24 |
| 103:21 104:17 | **only** 21:16 42:17 | 106:15 118:20,22 | **overtime** 33:10,13 | **participated** 117:20 |
| 106:20 109:21 | 53:10 94:24 | 120:3,18 124:18 | 33:14 128:23 | **particular** 48:3 |
| 110:12 112:15 | 119:11 129:19 | 133:10 134:7 | 130:8 131:5,8,9 | 51:3 82:22 127:22 |
| 114:6,22 115:7,20 | 135:13 155:2 | 144:6,22 146:14 | 131:13,17 132:8 | 128:1 |
| 116:15,21 118:1,5 | 161:16 163:5 | 153:12,13 155:24 | 132:11 133:16 | **parties** 16:21 |
| 125:2,11,16 | **onto** 117:6,23 | 156:4,14 163:16 | **overtop** 135:8 | 146:24 147:1 |
| 127:21 128:1 | **open** 126:5 156:8 | 163:17 167:4 | **own** 135:15,20 | 182:10 190:7 |
| 129:13,20 130:18 | 159:2 166:18 | 169:2 177:1,3,8 | **o'clock** 82:11 101:5 | **parts** 138:7 |
| 133:9 135:1 136:4 | **opened** 160:20,23 | 177:21 178:8 | 138:22 | **party** 169:3 190:13 |
| 137:6 138:4 140:8 | **openings** 48:20 | 180:23 181:12 | | **part-time** 130:3,10 |
| 140:10 142:9,19 | **operating** 20:10 | 182:8,10,16 | **P** | 131:24 |
| 142:23 143:4,17 | 21:1 129:6 | **others** 11:1 26:20 | **pad** 60:13 | **pass** 7:16 84:12 |
| 145:13,15 147:9 | **operation** 20:17 | 48:13 83:4 89:20 | **page** 85:2,8,18 | **passed** 92:15 |
| 148:17 149:5,15 | 28:5 29:19 58:6 | 89:23 166:6 | 93:21 123:8 | **passes** 181:21 |
| 151:2,12 152:1,8 | 99:24 | **otherwise** 25:16 | 169:16 188:2 | **passing** 98:20 |
| 155:16,20,23 | **operational** 32:22 | 82:12 190:13 | 189:3 | 120:19 128:3 |
| 156:2 157:19 | **operationally** 30:24 | **ourselves** 156:12,16 | **pagers** 119:16 | 183:19 |
| 159:13,23 160:8 | **operations** 41:10 | **out** 23:14 30:17 | **pages** 136:19 | **past** 8:6 28:17,18 |
| 160:20 161:11,22 | 42:16,24 43:1,3,4 | 31:21 33:18 43:4 | **paid** 7:9,11,13,17 | 75:12 79:6 99:11 |
| 162:14,21 163:16 | 43:5 | 51:5 52:22 62:17 | 7:22 19:3 97:4 | **pasted** 102:13 |
| 164:1 165:17,22 | **operator** 140:3 | 65:14 66:14,17 | **panties** 142:10,15 | **path** 116:17 |
| 165:24 166:8 | **operators** 99:14 | 67:8 81:11 82:18 | 143:8 145:24 | **Patrone** 86:5,7 87:5 |
| 167:18,23 168:2,8 | 120:7 | 83:16,17,18 84:6 | 158:8,19,20 | 188:12 |
| 168:15,16,18 | **opinion** 18:10,12 | 84:7,14,19 86:18 | 159:24 160:10,14 | **pattern** 79:7 |
| 169:15 171:8 | 27:9 41:7,8 50:7 | 88:4,11,11,19 | 168:11,21,24 | **pay** 96:24 97:3 |
| 173:18,22 174:5 | 56:4 61:8 70:13 | 89:3,5,6,11 92:16 | 169:13 172:6,9 | **payback** 180:10 |
| 177:24 179:18,22 | 76:23 88:21 | 94:14 95:18,20 | 185:16,24 | 185:16,21 |
| 182:12 183:19,20 | 106:13 142:15,24 | 96:4,20 101:6,6 | **paper** 48:22 104:12 | **payroll** 133:1,2 |
| 184:9 185:1,6 | 143:10 145:9 | 104:4 105:23,23 | 104:12,19 106:17 | **people** 16:5 24:20 |
| 186:10,17 187:2 | 146:11 178:14 | 106:9 114:18 | 122:14,20 123:4 | 31:16 41:16,17 |
| 187:12 | 180:8 185:22 | 115:13 117:20 | 123:18 124:7 | 47:20 48:18 79:7 |
| **okayed** 183:18 | 187:2 | 123:14 124:16 | 135:9 169:17,20 | 81:14,16,18,23 |
| **old** 4:10 6:12 31:3 | **opportunity** 13:20 | 126:3 128:5 133:4 | 169:24 170:3,5 | 94:20 96:23 99:3 |
| 32:18 38:1 109:3 | 19:24 22:5 43:14 | 134:7 136:11,13 | 184:16,17 | 99:16 100:9 101:4 |
| **older** 33:7 | 47:7 53:5 69:20 | 136:20 138:10,20 | **papers** 18:8 136:10 | 116:24 121:12 |
| **once** 16:11 18:3 | 78:2 87:2 91:16 | 138:21 139:3 | 183:12 | 124:18 146:14,16 |
| 20:15 37:21 53:6 | 91:22 122:9 | 143:8 145:5,8 | **paperwork** 57:23 | 146:21 153:14 |
| 55:13 68:4 94:6 | 128:22 129:17,22 | 147:7,9 148:16 | 58:1,5 | 156:14 161:17 |
| 118:10 167:16 | 134:14 162:20 | 156:24 157:1 | **paragraph** 73:10 | **people's** 16:5,6 |
| **one** 3:7 6:11 24:2,5 | **opposed** 32:5 | 160:24 163:20 | 79:16 86:15 87:3 | 177:17 |
| 24:20 28:7 30:3 | 123:24 | 164:6,19,22 | 164:2 168:8,13,15 | **per** 94:1,3 97:22 |
| 30:17,24 31:3,5 | **oral** 140:15 | 169:22,22 170:9 | 169:15 | **percent** 129:9 |
| 43:22 52:1 57:9 | **order** 73:2 141:23 | 170:10 175:16 | **park** 105:12 | **Perez** 4:17,18 |
| 65:21,24 75:21 | 142:2 145:2 | 176:6 177:5 179:4 | **parked** 102:20 | **perfect** 19:2 |
| 77:1 78:6,10 83:6 | **organization** 14:3 | 179:5,12 | **parking** 102:14 | **perform** 17:17 51:6 |
| 85:19 94:22 | **Originally** 21:22 | **outlining** 53:3 | 105:11,17 | 79:17,21 80:4 |
| 100:18 106:15 | **other** 23:24 24:2 | **outside** 14:4 43:17 | **part** 4:23 9:2 11:8 | 116:24 |
| 107:18,20 109:18 | 25:6 28:12 31:1,6 | 44:9,17 66:18 | 16:7 22:6 27:11 | **performance** 48:4 |
| 116:8,9 117:19 | 31:11 32:24 33:15 | 142:8 | 27:13,14,16,17 | 48:10,11,14,19,23 |
| 118:5,20 119:23 | 39:6 41:16,17 | **over** 14:23 30:22 | 56:18 58:9 63:15 | 49:7,9,20,24 50:8 |
| 120:8 126:5 | 42:6,18,21,22,24 | 53:24 63:10,10 | 83:1 85:5,13 87:4 | 50:10,20 51:4 |
| 127:15,22 135:13 | 43:6,13 44:4,9 | 90:24 91:1,3 | 92:23 116:14 | 52:15,19 53:1,11 |
| 156:9,13 158:9,18 | 45:17 57:12 63:16 | 112:1 113:17 | 127:22 136:2 | 53:22 54:15 56:3 |
| 162:8 167:10,12 | 65:2,20 78:22 | 115:12 135:10 | 152:18,23 172:24 | |

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 204

56:17,23 61:4,21
61:23 62:13 63:15
63:17 69:11 70:6
70:19 79:6 84:18
87:11,19 92:11
96:18 113:8
132:10,13 133:7
133:10 176:15
**performed** 36:16
**perfume** 141:24
142:3 145:16
**period** 12:13 16:3
25:11,15,20 44:11
44:17 53:24 54:18
54:24 93:8 96:17
98:4 111:11
114:19 117:17
129:8,10,19
**permission** 99:4
**permitted** 97:22
**person** 16:6,12,13
36:4 48:2 50:15
51:3 66:16 74:10
75:13 82:7 109:24
110:1 130:13,14
133:4,4,18,21,23
144:12,17,20
145:14,15 156:11
182:10
**personal** 26:15,18
45:7 51:18 52:6
63:19 64:4,7,10
64:11,17 68:3
77:8 97:21,23
98:1,3,7,22 99:1,4
99:10 118:7,8,14
118:16,23 119:18
119:19,21 120:12
120:14,16,24
121:7 146:11
170:16 185:22
**personally** 52:10
174:7
**personnel** 29:17
62:10 73:2 150:15
174:10
**person's** 36:17 51:4
53:11 144:2
145:18 181:24
**pest** 75:22
**Philadelphia** 30:22
31:1,2,12
**phone** 3:13 47:21
97:21,23 98:1,3,7
98:10,12,13,15,16
98:17,18,21,22,23
99:1,1,4,10,12,17

101:23 102:1,23
118:7,8,16,17,24
119:21 150:3,7
166:8,16 179:1
**phones** 99:15
119:14,17
**physical** 37:9,11,12
48:1,1 88:1,3
89:23 90:2,20,23
**physically** 17:22
32:22
**pick** 26:1 66:16
132:21
**picked** 166:16
**pictures** 179:12
**piece** 104:2,12,12
135:9
**Pike** 30:22 31:1,2
31:12
**pin** 68:13
**pipe** 21:4
**Pittsburgh** 64:24
65:4,16 66:19
67:21
**place** 19:14 21:21
90:8 92:18 111:15
115:4
**placed** 76:19 162:18
**places** 81:3 90:8
**plaintiff** 1:4,15 24:1
**plan** 21:14 33:2,3
**planning** 14:3
**plant** 15:18,20 22:5
22:7 24:15 28:13
28:16 31:3,3
43:13 100:24
101:6 150:10,20
179:2,9
**plants** 134:6 150:22
**plate** 31:9,10 42:19
42:20
**play** 170:18 171:4
**played** 171:9 180:7
**playing** 115:14
**please** 34:9 36:10
47:17 52:17 61:14
92:6,18 94:18,22
95:1 114:2 117:24
130:11 132:5
138:3,6 162:19
163:23 173:6
**point** 17:17 31:19
56:14 82:2 107:8
112:20 113:3
134:9 135:14
138:17 154:17
183:16

**police** 47:23
**policies** 18:17,24
19:1,10,14,16
20:2,9,19,21
**policy** 7:15,19 11:6
11:10 17:12,15
19:5 20:16 21:10
21:17 53:3,20
77:4 78:13,18
97:22 98:1,5
116:23
**politely** 135:9
**poor** 61:19 132:10
**portion** 129:18,20
129:21 171:4
**position** 11:18 22:6
35:3 36:5,5 48:17
**positions** 48:21
74:10
**possibilities** 33:3
**possible** 98:4
180:20 185:22
**possibly** 33:15
66:13 123:19
170:9
**post** 66:18
**posted** 48:20
**practice** 47:1
**preliminaries**
171:15
**preparation** 4:2,5
**prepare** 21:8
**present** 1:20 8:6
44:19 111:12
140:9,9 147:15
151:8
**presented** 104:10
**president** 8:3,5,7,13
8:16 152:22
**press** 166:18
**pretty** 3:3 38:9 40:9
43:24 44:2 62:18
74:21 121:13,15
154:3 162:1 187:3
**previous** 67:5 76:15
81:17 122:3
**previously** 69:16
109:7 110:10
122:10 132:20
152:21 162:18
183:11
**priest** 152:13
**principles** 9:17,18
122:17 123:1,2
127:18,21
**print** 123:22
**printed** 89:9 122:15

123:14 125:1
**printer** 122:13,14
122:15 123:12,15
123:16 124:10
125:1,3 142:6,6,8
190:9
**prior** 21:19 22:11
23:11 37:22 39:7
58:18 61:11,24
62:7,9,12,12
63:12 72:14 73:1
74:15 82:12 92:10
96:8,10,16,20
127:3 150:22
165:17
**priorities** 177:8
**priority** 100:19
**private** 138:7
**privilege** 2:11
**Pro** 81:12
**probably** 27:11
33:7,14 34:19
39:11 41:18 50:17
50:18 56:2 71:4,4
71:23 72:14,15
75:5,6 90:6 92:9
95:19 96:8,9
113:6 120:8,18
123:13 125:1,7
129:8 133:13,19
136:2 145:21
146:2 153:20
161:20 172:3,3,17
173:1 176:2
**problem** 53:22 56:7
73:24 93:13 107:8
107:11 118:18
119:9 120:24
150:11 161:1
**problems** 37:14,17
121:4 123:14
131:15 173:14
174:6 185:5
**procedure** 3:4 11:8
16:8 19:21 20:17
21:17 35:14,15,19
94:19 119:4
**procedures** 18:18
18:24 19:1,11,14
19:17 20:2,9,12
20:19,22 26:7,8
34:20 35:6,9,10
80:8,9 94:17
95:18 129:2
**proceedings** 185:1
**process** 46:8 47:12
47:16

**produced** 34:20
**producing** 43:4
**production** 26:4
43:4 80:5,5,11,12
80:13,15 81:8,9
81:10,12 179:23
**professors** 124:17
**projects** 46:2
**promoted** 14:15,16
39:20
**promotion** 39:7,13
**prompt** 54:2,4
56:15 60:22 71:18
**prompted** 61:22
62:1,1 136:24
**proofread** 124:14
124:18 169:17,20
169:24 170:3,6,7
170:15
**proper** 16:8
**properly** 89:16 90:7
**property** 106:19
**provide** 9:24 10:4,5
57:23 76:10 87:24
88:13 163:16
**provided** 17:7
**provides** 88:10
**provoke** 181:21
**Public** 1:10 190:6
**pull** 80:17
**purposes** 89:4
**pursuant** 1:8
**pushing** 178:13
**put** 39:23 51:6 67:8
69:8 72:20 75:7
75:10 77:19 81:12
81:14,18 82:4,5,7
82:12 83:2,7,14
84:9 89:7 90:7,10
92:13 93:21 102:5
102:21 103:3
104:2,5 105:4
113:7 114:20
115:4,24 116:1,4
123:20,20 129:17
132:22,23 134:15
154:9 159:8
163:20 167:21
187:10
**putting** 89:7
**P-0271** 93:21
**P-0282** 94:13
**p.m** 107:4,6 163:10
187:15

**Q**

**qualified** 83:11

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 205

**quarter** 101:5
**question** 3:8,10,22
  3:23 6:6 17:4
  18:21,23 19:8,9
  28:15 32:12 34:9
  36:10,12 40:11
  49:16 50:24 52:17
  53:20 61:13 63:24
  64:1,9 66:10 67:4
  67:5 70:1,9,22
  71:2 72:11,12
  74:18 76:13,14,14
  76:15 96:20 97:2
  109:1 112:24
  113:2 116:8 122:1
  122:3 135:18
  136:18,23 138:2,3
  141:2 143:3,10
  158:8 168:12
  169:12 173:7
  179:6 186:21,22
**questioned** 112:16
  151:19
**questioning** 76:1
**questions** 3:4,4,6,20
  11:9 25:10,14,19
  62:23 92:4 142:12
  143:13 152:3
  173:6,19 185:8
  190:7
**quickly** 142:13
**quite** 19:9 91:13
**quote** 87:5,23 98:10
  102:4 113:24

—— **R** ——
**rail** 31:21,22 33:9
**raise** 48:16 153:14
**raising** 161:20
  176:11
**Randolph** 1:8 2:2,8
  70:6,19 130:5,9
  188:2 190:6
**raped** 151:16 179:7
  180:12
**reached** 111:22
**reacting** 177:9
**read** 11:7 67:4,5
  69:18 72:10 76:14
  76:15 86:15,18,20
  87:6 92:16,21
  94:13 104:15
  109:14 122:3
  124:20,23 129:17
  129:19,19,20
  130:2 167:3
  168:12 170:11

181:1
**reading** 78:3
**reads** 88:2 168:8
  169:16
**ready** 129:2
**realize** 85:16
  184:17
**really** 14:22 61:2,15
  75:22 77:4 91:13
  99:19 104:4,15
  106:9 110:5,6
  134:20 155:6
  161:9 167:15
  179:3
**reason** 51:6 57:3,18
  59:9 74:24 82:13
  102:17 117:5
  126:10,17,19
**reasons** 37:9 57:12
  97:23 99:5,10
**recall** 8:24 9:5,6,8,9
  10:9 13:13 15:14
  21:16 44:4 50:10
  54:22 58:15 62:4
  65:5,6,7,12 66:22
  67:6,9 75:24
  77:13 79:14 93:18
  93:23,24 96:6
  98:6 99:19,21,24
  100:12,15 101:18
  102:9,11 105:5
  108:16 111:7
  113:4,14 114:15
  114:17 117:21
  118:22 120:1
  122:13 124:15,22
  124:24 125:5
  127:24 128:9
  131:22 132:7
  135:24 139:10,11
  139:14,15,24
  146:6 152:1
  153:12 155:6,9
  158:7 161:13
  164:17 168:9,20
  168:24 169:6,10
  169:12 171:19
  172:2,21 177:1
  184:21,23 185:3
  187:10
**receipts** 90:3,5,6,9
**receive** 6:21 7:2
  10:6 49:7 51:24
  133:6
**received** 50:8 94:15
  182:24
**recess** 54:12 107:5

158:5 173:23
**Recessed** 107:4
**recognize** 134:19
  171:15
**recognized** 157:16
**recollection** 50:7
  69:22 167:10
**recommendation**
  147:22
**record** 3:18 74:11
  76:5 84:21,22
  85:12 86:23,24
  158:3,4 170:21,23
  173:4 183:21
**recorded** 180:13
**recycle** 27:23
**refer** 90:3
**reference** 154:18
  169:3
**referring** 93:2,2
**reflect** 183:16 184:7
**refractory** 29:21,23
  29:24 30:4
**refresh** 69:22
  142:13 167:10
  168:4
**refused** 70:5,5,16
  72:19,20 105:11
  105:18
**regard** 97:21
**regarding** 2:12 6:6
  128:11 168:3
**Registered** 1:10
  190:5
**regular** 67:8 100:3
  100:4
**reimbursement**
  7:17,18 10:1,6
**reincarnation**
  148:19,24
**related** 7:16 9:23
  10:15,16 44:3
  57:13 67:21 74:22
  80:6 98:23 99:3
  120:15,16 121:2
  150:18 170:7,13
  184:20,23 185:4
**relating** 67:13
  185:2
**relation** 30:20
**relations** 140:10,12
**relationship** 40:20
  121:5,8,13,16
  142:21 152:4
  153:10 174:16,17
  174:23 176:2
**relative** 190:13

**relatives** 64:18
**relevant** 28:18
**religion** 10:19
**religious** 173:6
**remain** 101:15
**remarks** 18:13,15
**remember** 7:12
  10:12,13 12:17
  14:10,22 15:1
  20:8 23:13,20
  37:1,20 46:18,19
  46:20 49:5,5,6,7
  49:10,13 50:2
  54:18 55:18 58:6
  59:7,8,11,12,20
  59:24 60:1,3,4
  61:2 62:8 65:7,15
  66:14 68:14,16,18
  70:11 71:10,11
  72:24 73:19 87:17
  99:19 100:23
  102:12,15 104:9
  106:22,22,23
  111:7,20 112:2,3
  112:6,11,12,13,14
  114:18 117:21
  125:4 127:1
  135:13 137:2
  138:24 146:5,6
  147:21 150:12
  152:21 155:8
  158:9 160:6 161:9
  161:23 172:23
  184:5
**remembered** 169:9
**remind** 95:20
**reminder** 83:16
  94:15
**reminding** 114:13
**remove** 108:6 135:5
  135:20
**removed** 108:5
  126:4 144:4
**Removing** 143:24
**repairs** 108:21
**repeat** 3:10 5:21
  17:4 18:21 34:8
  36:10 40:11 52:17
  61:13 64:1 70:22
  75:9 97:2 112:24
  117:24 122:1,2
  135:18 138:3
  141:2 143:1 172:7
  173:8
**repeatedly** 79:17,21
  80:4 145:8
**rephrase** 8:20 27:16

179:19,20
**replace** 74:8 189:3
**report** 17:18 42:12
  80:17 81:24 82:11
  82:5,6 83:13,20
  83:21 84:1 89:17
  89:22 93:19 108:3
  122:19 150:10,15
  155:2,4,8 163:20
**reported** 16:10,14
  102:18 135:2
  149:10,16
**reporter** 1:10 3:14
  67:4,5 76:16
  122:4 190:4,5
**reporting** 15:23
  16:8
**reports** 26:1,8,9,9
  33:19,21 80:16,18
  80:21 81:2,2,3,4,7
  81:8,9,10,12,17
  81:19 83:19
  132:22 141:19
  142:7 170:5
**represent** 12:18
  91:24 135:1
  175:22
**reprimanded** 42:10
**reprinted** 94:20
**request** 97:10
**requesting** 95:18
  184:19
**requests** 82:18
**require** 36:6
**required** 48:3 51:9
  79:18 80:23
  137:11,13 180:2
**requirement** 35:15
**requires** 116:24
  121:24
**reserve** 22:22 185:7
**Reserves** 22:12,14
**reside** 4:12,16
**resources** 7:21 8:4
  8:21,23 9:10,12
**respect** 10:10 11:1
  54:5 177:4,6
**respectful** 177:13
**respecting** 15:17,19
  16:5,5,6
**respective** 190:7
**respond** 151:20,22
  152:6
**responsibilities**
  35:14 38:9
**responsibility** 11:22
  12:1,24

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 206

responsible 12:4,7
  26:15 42:17 102:1
restate 20:3
restaurant 23:19
result 148:1
revenge 185:23
  186:1
review 50:18 69:20
  78:2 87:2 91:22
  122:9 129:22
  134:14 162:20
reviewed 52:4
  72:14 88:18
reviewing 134:22
rewind 170:20
  171:10
rewrite 20:16
rewritten 20:21
Rich 79:22,23
  146:19
Rick 79:22
right 22:16,17
  23:14 38:4 44:16
  50:22 56:20 60:5
  61:6,6 63:10
  74:19 89:10 90:8
  127:8 131:2 135:8
  163:11,17,21
  164:4 165:8
  175:15 176:19
  185:7 186:16
Rineer 95:7,11,11
  95:12,14 96:24
rise 177:17
RMR 190:17
road 31:4
robbed 179:7
role 12:5 42:15,20
  43:6
roof 107:12
room 145:18
rounds 157:3
row 184:3
rub 137:14
rubbing 142:14
  143:19 144:10
rude 161:12,18
  162:9,10,11
  172:17
run 25:24 26:1
  33:19 66:12,15
  67:7,10 80:16,21
  82:1 83:19 84:1
  89:9,14,17,22
  132:22 137:16
runs 80:18 81:19
  82:6

Ryan 109:10,16,21
  188:15

_____ S _____

S 1:10 188:5 190:5
  190:17
safe 26:7 80:8,9
safety 108:1 109:22
  110:2
salary 29:16,17
salesman 147:24
salespeople 67:18
  166:11
salesperson 66:2
  67:20,22,23,23
  147:3,8,10,14
  165:5,6
Sam 102:2,10,15,17
  140:19,21,23
  141:5,7,11
same 30:18 34:21
  35:1,3,11,12,16
  35:16,17,21,24
  38:10 74:23 75:19
  103:10 114:23
  115:4,16,20,22
  118:4 133:13
  149:12,14 153:9
  176:16
sand 21:4,5,8
Saturday 77:11
Saturdays 129:7
saying 49:13 63:7
  75:23 111:23
  112:5 131:1 139:1
  149:9 157:15
  158:12 169:11
  172:5,8,21 177:5
  186:14
says 70:4,7 73:16
  75:19 80:3 98:10
  114:4 134:23
  164:21 168:19
scattered 81:2
scheduled 100:4
school 5:24 6:2,14
  6:17,24 7:2 23:15
  122:21 123:15
  125:8,13 126:7
  170:8,15
scrap 27:23 31:11
scratched 182:19
scratching 144:18
  144:19
screamed 176:22
screaming 158:13
  158:22 160:2

176:21
seated 101:15
second 24:5 51:21
  53:4 55:24 56:2
  73:10 85:2,8,18
  92:16 146:24
  147:1 164:2,3
  167:19 169:15
  170:22
secret 132:8
section 107:16
  156:2,18
see 32:16,24 37:21
  37:23,23 41:16,17
  45:3 46:12 47:1,7
  48:1 51:10 54:1
  70:1,4,7 75:13,19
  79:6 85:11 89:10
  89:14 92:9 95:24
  96:16 103:16
  104:23 105:18,24
  106:20 113:24
  114:4 130:13
  159:20 184:16
seek 175:19 176:6
seen 102:24 105:8
  134:17 152:11
sees 51:1
seminar 43:22
seminars 44:5,10
send 47:21 52:10
  66:11,18 82:18
  83:16 95:6,20
  100:14,20 101:11
  108:15
sending 66:22 84:14
sense 112:4,7 113:7
  176:21 183:15,16
sent 53:7 59:16
  66:14 92:1 96:4
  96:20 100:23
  110:4
sentence 75:19
  87:22 90:3 164:3
  164:21 167:2,6,18
  167:19,19 168:8
  168:17
separate 117:23
series 3:6 142:12
serious 148:20,21
serve 22:14,21
served 23:10
services 67:23
session 51:14,20,24
set 108:20
sets 71:19
settled 112:8

setup 155:14
seven 22:3 45:5
several 10:11 30:8,9
  55:16,18,19 65:8
  65:9 77:5 90:8
  94:16 99:16,16
  116:12 117:4
  125:6 143:6
  146:14,16 176:11
  183:24 184:2
severe 51:15
severely 24:1
severity 51:16
sex 140:15
sexual 8:18,21 9:3
  9:20,22 10:10
  11:6,9 14:18,24
  15:15,22 16:8
  17:12,14,20 18:10
  18:12,14 116:1,5
  121:22 126:24
  127:9,11,15,23
  136:7,13,17
  140:10,12 142:16
  142:22,24 143:11
  143:19 144:4,6,12
  144:20,22 145:5,9
  145:13,16,20
  146:1 149:6 173:2
  173:10 181:15,23
  182:2,3,9,22
  183:1,8 185:24
sexually 17:16
  121:21 128:13
  135:2 151:14
  178:5 181:21
shape 182:1
share 156:14 175:5
shared 12:24
sheet 29:6 81:13
  83:24 92:12 189:4
sheets 26:2 49:12
  131:11
shift 82:9,14,15
  105:24 124:12
shipment 31:22
shipments 33:17
  34:19
shipped 31:21
shipping 30:20
  31:10,13,20 32:2
  32:4,15,19 33:1,8
  33:11,14,19 34:2
  34:11,16,24 35:10
  35:22 36:5,13,15
  37:4,6,8,15,17
  38:5,8 179:18,24

180:2
shop 27:21,22,22
  28:1,9,13 29:11
  29:13 30:1,9
  31:11 32:2,5 33:4
  34:15 35:9 36:4
  36:13,21,24 38:16
  42:18,23 46:13
  81:5 88:11 89:3
  93:15 103:17
  105:8 107:9
  109:18 114:20
  115:2,9 120:8
  129:4,6 130:6
  140:4 153:4
  156:17 174:20
  180:1
short 94:7
shortly 53:16 94:18
  105:9 149:12
  159:6,22
Short-handed
  133:18
short-sleeved 137:3
shoulder 114:21
  115:5 135:8
show 3:18 84:10
  104:2 183:11
shown 79:17,21
  80:4
shut 22:5 134:6
  150:20
shutting 150:22
shy 94:20
sick 57:15 68:5 77:2
  77:4,14
sickness 37:13
side 30:24 31:1,5,10
  31:11 77:19
  155:24 156:4
sides 31:4
sign 70:5,5,16 71:14
  71:16 72:19,20
signature 70:24
  71:11
signed 73:3,3
  134:24 189:6
similar 186:12
simply 3:10
since 75:18 76:20
  116:10 174:4
  180:5
sit 153:24
site 100:24 179:2,9
sitting 94:17
situation 18:6 19:4
  19:6,15,21 20:11

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 207

20:14 52:22 53:6
63:16 75:12 79:11
84:19 112:9
115:20,22 142:17
175:14 187:11
**situations** 20:14
21:14
**six** 22:22 45:5 92:18
111:8
**SJP's** 26:5,6 80:6
**sketched** 170:4
**skills** 63:5,5 74:9
179:23 180:1
**slab** 31:11
**slammed** 111:22
159:2 176:20
**sleep** 139:18
**sleeping** 153:10
**sleeveless** 137:4,4
**slept** 139:8,11,15,17
141:5 152:4
179:13
**slid** 135:9,22
**smell** 141:23 142:2
145:15
**smiling** 172:3
**sniff** 141:23 142:2
**sniffing** 145:15,19
145:21
**Snyder** 1:3,21 8:8
12:13 15:12 25:8
28:19 37:2 38:15
44:12 46:5,9
54:14 61:19 65:3
65:10 66:4,10,18
69:13 71:24 72:18
73:17 77:2,8
85:13,13 86:8
92:1 96:5 97:1,3
109:11 110:13
117:9 119:23
120:13 121:9
123:10 128:1,7
131:6 134:23
135:1,4 141:23
142:2,13 146:3,16
146:18,22 163:14
164:23 171:2
172:16 175:22,23
176:6 178:5,5,7
178:16 180:20
183:12,23 184:18
186:18,23 187:9
188:9,10,12,13,15
188:18
**Snyder's** 2:12 15:9
25:21 42:12 48:8

76:5 118:7 141:14
**social** 11:2,3
**Society** 44:23
**solidified** 27:24
**some** 3:20 7:10
15:24 22:14 24:15
24:20 27:4,4 34:1
34:4,14 36:6,14
36:14 37:9,14
45:2,6,7,9,11 46:1
46:2 47:15 48:15
51:9,15 56:14
57:7 59:15 62:19
63:8,16 66:13
67:18 68:4,6,11
74:1,2 81:1 90:4
90:17 92:3,10
94:21 99:20
102:17 104:4
106:17 107:8,13
111:23 112:20
113:2 121:6 129:1
129:7 130:1
131:10,11,14,16
132:21 133:2,3,19
136:10 144:22
146:24 147:21
150:20 151:5
153:22,23 156:15
160:10 161:5,8
168:11,20 170:4,5
170:11 171:12,15
174:19 176:21
177:2,3,6 181:12
185:1,3,4
**somebody** 40:21,24
82:5 102:12,13,19
102:20 103:3,4,14
104:1,3,5,19
108:14 121:5
145:20,22 150:14
155:3 156:12
182:2
**somebody's** 18:5
71:20 144:9
**someone** 24:22
30:12,13 40:18
47:3 74:9 102:5
109:17 143:7
145:5,8,23 151:10
178:21 181:21
**someone's** 143:19
182:14
**something** 11:5
25:4 37:18 61:3,7
61:21 62:3 65:13
65:14 68:5,11

89:15 91:2 101:9
102:14 103:3
104:2,3,5 107:21
112:6 120:20,20
125:14 131:17
135:10 136:4,23
143:23,24 150:21
158:9,11,14,21
159:8 160:11,12
161:8 162:13
164:11 169:3,9,19
170:12,16 171:6
171:13 175:14
184:18,20 185:20
187:6
**sometime** 110:16
136:12,21 159:15
159:21 186:5
**sometimes** 21:7
41:13,15,20,24
51:17 57:15,19,20
82:20 90:11,17,18
94:7,10,11,12
100:12 101:3,14
101:17,18 124:15
128:2 137:7
141:19 148:9
157:5,12 161:24
166:11 177:19
**somewhat** 32:16
42:19 55:4 81:2
102:10 105:1
110:1 176:14
177:5 178:13
**somewhere** 105:12
111:11 136:22
**son's** 162:23
**soon** 53:22
**sorry** 9:17 27:17
58:24 86:22 93:6
96:1 103:9 142:6
142:8 143:2
149:23 159:18
168:10 184:16
**sort** 36:14 110:6
148:6 160:9
**sounds** 171:17
176:18 186:12
**space** 16:5 18:5,8
105:18 144:9
145:17,18
**speak** 4:6,8 111:4
**specific** 34:5,6 89:2
100:21 139:1
144:15 163:22
164:17
**specifically** 3:22

12:12 25:11,20
63:12
**speculate** 17:2
**speculating** 28:24
37:10
**speculation** 32:7
36:8 113:12
121:24 126:13
135:17 166:3
**speech** 182:4
**spell** 130:16
**spend** 43:17,19
**spent** 44:8 46:1
**splitting** 143:13
**spots** 109:2
**spotted** 107:19
**spread** 83:23 92:12
**stack** 183:12
**staffing** 14:3
**stairway** 115:10,11
116:19
**stand** 94:22 120:19
141:14,17
**standard** 83:13
**standards** 51:2
**standpoint** 19:23
20:10,17,18 21:1
32:23 33:4
**stands** 166:12,14
**Stanley** 95:7,14
96:24
**stare** 141:15
**STARGATT** 1:17
**staring** 141:21
**start** 14:6 92:12
**started** 14:5,11 18:7
56:8,9,14,17 58:7
58:14,16,21 62:17
108:6 111:23
144:10 145:19
180:5
**starting** 86:15
**starts** 73:10
**state** 177:17 190:1
**stated** 62:17 79:19
92:22 102:4
178:11 181:3,3
**statement** 19:13
88:12,22 160:1,4
164:7 168:9,19,23
169:21 171:14
185:19 187:3
**statements** 155:5
163:24 186:9
**states** 1:1 78:8
**station** 124:11
**statistically** 76:24

177:16
**status** 13:6 31:20
**stay** 124:19
**steakhouse** 164:22
164:23 165:4
**steel** 1:6 2:13,21,24
3:1 5:17,20,22 7:9
7:11,14,17 10:1
11:7,11 12:13
13:6,9,17,22 14:5
14:9,19 15:10,13
17:12 21:6,8,10
21:19,22,24 22:2
22:2,8,9,11,16,17
25:8 28:12 29:2
30:9 34:19 38:23
39:11 41:9 43:8
44:23 45:9,11
48:5 50:19 52:18
65:23 66:3,5,11
67:13,15,20,21,22
67:23,24 68:19,21
68:22,22,24 69:2
92:2 102:8 106:19
126:22 134:6
135:3 139:16,17
139:18,19 146:12
154:22 167:7
174:3,6 175:3,5
176:15 177:4
179:17 180:3
**Steeler** 65:4,8,9
**Steelers** 64:24
65:16
**steelworker** 65:22
67:14
**Steel's** 3:19 7:18
17:14 18:17,24
19:10 20:2,9
65:24 67:18 98:1
**Stenotype** 190:8
**step** 51:11
**stepped** 24:14
**steps** 101:9 115:18
**stepson's** 162:24
**stick** 103:7 104:22
**sticker** 97:16 102:5
102:14 104:3,5,18
105:3 106:1
**sticks** 57:5
**still** 3:21 13:17
36:22 38:23 43:8
64:5 79:4 84:1
133:16
**stolen** 126:22
**stop** 50:22 83:13,14
83:17,19,20,23,24

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 208

84:2,3,6,8,14,14
84:19 92:6,8,8,11
92:14,18 93:5,6
93:12,13,16,17
94:1 145:14 153:3
170:20 171:6
**stopped** 52:14
153:6 165:2
**store** 23:16
**storeroom** 90:5
**stormed** 160:24
**Street** 1:17,22
**stretch** 116:9
**strictly** 83:11
**strike** 91:3 114:9
141:4
**stroking** 143:7,22
143:24
**strong** 41:9,10
**stuck** 104:14,19
**studies** 10:11,13,17
127:13
**stuff** 103:4,15
158:12 170:11
**stupid** 116:7
**subject** 69:10 86:12
163:14
**sufficient** 84:11,12
**suit** 190:13
**summer** 23:14
**summertime** 137:3
**Sunday** 77:11
**supervision** 79:20
**supervisor** 11:19,21
11:22 12:5,21,23
13:2 14:6,6,13,13
14:16 15:4 16:10
16:11,13,15 17:18
34:3 35:21,22
48:7,22 51:1,10
51:11,19,21 52:1
53:13,20 75:10
79:3 82:9 90:10
94:1 97:8 108:10
108:12 124:12
130:21,23 131:3
140:6,7,8 162:1
**supervisors** 11:23
12:2,4,10 14:24
29:17 35:5 38:16
38:17,18 48:21
49:3,21 51:15
52:9 62:20 63:6
80:19,20,22,24
82:15 83:16,17
84:5,7,13 95:10
95:15 97:6,9

98:19 119:2,3,7
120:18 124:12
177:3 181:12
**supervisory** 14:1,2
82:14
**supervisor's** 140:7
140:8
**support** 8:3 133:4
**supported** 175:14
**suppose** 133:14
**supposed** 20:13
21:3,4 25:24
26:22 27:5 49:18
84:6 90:10,14
94:1,4 169:18
**sure** 40:15 41:17
42:19 46:23 49:21
49:23 50:9,13
53:10 59:17 60:16
69:19 70:15 74:3
74:21 76:12 77:4
78:12,12 82:10,14
82:15 83:6 98:6
100:17 112:16,19
112:19 133:15,22
148:14 154:8,14
154:15 155:2,3
160:16,22 161:13
162:10 163:20
166:21,23 186:12
186:13,15
**surprised** 117:5
130:9
**surrounding** 5:12
**sworn** 2:4 190:7
**system** 3:16 81:11
81:15 82:5,12,13
83:7 84:9 119:20
**systems** 7:6

---

**T**

**T** 188:5
**table** 154:9
**take** 3:12 8:18,23
13:21 14:8,18
26:1 39:11 52:9
57:9 67:7,20
69:19 81:12 88:4
88:16 89:5 94:13
105:3 106:9 107:2
111:15 126:8,10
126:16,19 134:9
138:10,13 184:1,2
184:15 187:7
**taken** 1:8 9:3 16:15
51:10 54:12 158:5
173:2,10,23 190:8

**takes** 88:11
**taking** 2:11 3:14
10:20 74:2 122:23
143:8 161:9
143:18 164:10,11
**talk** 40:19 42:24
51:3 53:13,21
93:15 100:15,16
103:22 106:4,6
108:8 120:12,22
128:3 131:13,18
131:19 152:11,13
161:4 163:21
171:5 174:15
**talked** 29:10 30:17
57:19 60:18 87:14
92:12 99:16 105:9
110:10 126:24
146:13 157:5
186:7
**talking** 44:12 49:19
64:11 80:3 81:7
82:23 88:20 106:1
111:24 112:16
125:4 130:6
139:13 143:2
145:12 148:8
154:19 158:11,17
159:1 160:3,10,10
160:19 161:7
166:12,13 168:10
168:20,24 169:4
172:4,12,15
176:12
**tape** 170:18 171:5,7
171:9 172:19
176:16 180:7,8,16
186:11,15
**tapes** 153:21,22,23
154:1,3 171:1,16
**task** 30:15 51:6
**tasks** 79:17,21 80:3
80:4
**TAYLOR** 1:17
**team** 176:15 177:4
**Tech** 8:19 9:1,9
**technical** 6:23
19:13,23 20:11,17
20:18 32:15 41:9
**technology** 46:2
**telephone** 118:14
**tell** 10:4 13:24
14:21 17:14 20:8
23:13 24:13 25:11
27:22 29:15 31:8
31:18 37:19 50:24
51:17 63:10 68:22

80:7 82:24 85:24
88:24 93:17
100:15,16 103:2
105:3,22 109:8
111:1,21 112:17
113:16 115:7,7,21
116:4 118:12
119:13,24 120:7
122:12 124:17
128:1,7,15 130:5
131:9,21,21 132:2
135:6 137:16
138:10,13 142:19
146:3 147:6,17
152:8 153:21
157:23 160:18
169:6 172:13
175:1 176:9 181:7
181:9 183:21
**telling** 16:24 17:6,8
43:13 58:14
102:12 118:21
143:8
**tells** 145:14
**temp** 46:17,22,24
47:1 134:4
**tempers** 41:23
**temping** 47:6
**temps** 134:1
**temp'd** 46:20,21
**ten** 22:3
**tendency** 177:16
**tendered** 178:16
**term** 40:8,13 122:20
123:4
**terminated** 39:1,22
153:20
**termination** 171:24
**terms** 8:15 13:6
14:9 28:18 167:12
**Terri** 92:6 95:4
188:9,10,12,13,15
188:18
**Terry** 1:3,21 2:12
8:8 12:13 15:9,12
25:8,21 28:8,19
37:2 38:15 42:12
44:12 46:5,9 48:7
50:8 54:14 58:11
59:5 61:19 62:7
65:3,10 66:4,10
66:18 68:3 69:13
70:4,5,9,16 71:24
72:18,20,22,24
73:17 74:1 76:5
77:2,8 79:12
82:18 86:7 88:8

88:10,11,13 89:4
89:6 91:9 92:1,7,8
93:17 96:5 97:1,3
98:15 99:22 100:1
103:18 105:9
106:8,8,11 109:11
109:20 110:4,13
115:18,18 117:9
118:7 119:11,23
120:13,18 121:8
123:10 124:14
125:20 126:22
128:1,7,20 131:6
131:13,23 132:20
134:23 135:1,4
137:6 138:16
141:14,23 142:2,9
142:13 146:3,7,9
146:16,18,22
147:4,9 148:1,8
148:12 151:13
152:4,4 153:10
154:10 155:10
156:3,13,15 157:5
158:7 161:11,18
162:5 163:14
164:6,9,23 165:6
165:24 166:6
167:4,7 169:13
170:12 171:2
172:5,8,16 175:11
179:12,13 181:3
183:23 186:18,23
187:9
**Terry's** 12:23 27:13
61:22 62:13 87:11
87:18 129:10
131:7 132:10
137:14 149:6
154:7 155:14,16
155:18,24 166:8
171:17 185:15
**testified** 2:5 66:21
72:9 75:23 127:6
175:23 176:4
178:21 184:18
**testify** 3:1 25:4
**testimony** 4:3,6
44:8 59:22 60:1
61:11 67:12 73:4
74:12,15 127:3
138:24 180:19
184:20 190:11
**tests** 47:23
**Thank** 5:23 92:6
95:2,5
**Thanks** 30:6 109:20

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 209

**their** 11:8 17:17,18
19:2,5 31:19,20
33:3 48:19 51:5
53:22 74:8 79:6
81:23 83:5,17,18
99:15 120:3
132:21,22 133:3
133:18,21,23
143:22,24 144:1,9
145:15,17 153:14
154:3,7
**themselves** 52:9
**thing** 57:5 103:6
150:13,23 153:9
158:10 180:23
**things** 15:15,21,24
18:6 26:23 27:1,5
35:2 40:19 41:11
43:19 53:6 57:13
62:18,20 63:8,16
63:19 64:4,7,10
64:11,17 80:23
95:21 100:9 102:7
103:9 111:23
120:16,22 121:6
121:11 129:1
132:21 133:19
134:4 142:16,23
143:1,6,11 147:21
158:16 159:1
162:12 163:22
170:4,5 176:21
177:6 179:8
186:14
**think** 18:16 20:4
36:3,20 37:8 40:2
40:15 45:3,5
47:24 52:13,14
58:9 61:18 63:18
64:3 68:4,8 70:21
73:1 74:14 76:14
85:14 105:9 107:2
120:17,24 127:6
136:7 143:16
146:7,9 154:14
157:23 159:15,20
159:21 161:6
162:5,5,8 163:19
165:19,21 166:10
169:10 173:5
178:7 179:2
180:23 181:1
185:3
**thinking** 119:17
167:12 187:4
**third** 93:21 167:19
168:15

**Thirteen** 6:13
**Thirty** 38:3
**thorough** 16:21
**though** 31:4 36:9
76:13 82:22 89:2
96:11 160:4 176:5
177:20
**thought** 61:18
109:16 112:8
121:15 136:19
**thoughts** 116:3
151:15 171:7
175:5
**three** 4:21 24:18
44:24 55:20,20,20
79:1 88:5 91:2
107:20 111:10
155:7 167:7,8
**three-way** 166:8,19
**through** 8:2,11 14:3
14:8 18:7 46:22
46:24 47:3,15,24
58:4 60:17,18
69:18 90:12 91:23
92:3 98:20,20
107:13 146:23
182:12 183:13,14
**throw** 21:3,7
**Thursday** 1:10
130:4,5
**Tic** 130:6,8,13,19
131:5,10,17
132:14
**tickets** 64:24 65:1,2
65:4,11,19 66:5
66:11,19,22 67:13
68:1,20,23,24
**tile** 109:18,18
**tiles** 107:9,13,23
108:5,23 109:1,2
**time** 3:7,9,12 5:14
5:15,20,22 7:15
11:18 12:12 16:14
21:18 22:14 23:10
25:10,15,20 26:1
27:18 28:2,3 29:2
29:4,7 39:20,24
40:24 42:12 43:17
43:19,22 44:2,9
44:11,17 46:1,14
46:16,23 47:19,22
48:7 51:8 54:23
54:24 55:5,8 56:2
58:7,12,15 59:2,3
59:8,16 60:14
62:9 63:13 69:19
71:5 73:22 74:3

75:4 83:2 93:4,7
95:2,10 96:17
98:13,15,17
100:11 101:3
103:10,15,18
108:17 109:20,22
110:1,19 111:2,11
112:19,23 114:15
114:19 115:11
117:6,22 118:1,5
118:20,21 119:11
119:23 120:6,8
125:12 126:6
128:24,24 129:9
130:20 131:4,11
132:13,16 133:11
133:13,18 134:6
135:13,21 136:4
137:8 139:1
147:15 151:5
153:13,14,14
154:11 158:9
159:21 161:5,14
161:14 163:21
167:10,12,16
170:19 171:6
173:17 174:5,13
176:22 179:14,16
180:14,16 182:2
184:1 186:5,7,9
**times** 3:19 20:11
27:4 44:4 55:10
55:16,18,20,21
60:10 65:19 66:21
77:5 79:1 87:15
94:16 98:16,17
100:9,13 117:4,19
118:22 123:21
125:6 135:12
141:17 146:12
155:10,12 156:10
156:13,15,20,22
157:11,16,20,24
162:6 167:8,11,13
167:20 174:21
177:1,2,12,13,23
183:17,24
**title** 9:10 25:21
127:18
**titles** 13:7,8 14:9
**today** 2:12 4:3 44:8
57:22 83:24
120:20,21 121:20
125:14 128:5
175:9 176:17
180:17
**together** 43:22 44:5

60:10 71:6 143:14
170:10 179:12
**told** 79:12 93:15
104:1,1 105:7
106:8,8,23 112:17
116:19 128:17,19
130:5,8 147:21
151:13 152:10
153:11 158:15,16
159:8 161:6
163:19 165:3
167:13 169:21,23
171:13 175:23
176:13 179:12,13
**tolerate** 114:2
**tons** 31:20 43:4
**Tony** 24:3,5,6,11,12
**top** 70:2 72:22
97:20 115:11
137:4 150:12
**topic** 123:4
**total** 22:3 29:2,8
**touch** 94:18 135:4
137:19,21 138:5,7
140:19 144:8
164:13 182:5
**touched** 164:6,9,15
**touching** 18:13,15
142:13,14 143:7
144:1,2,11,17,18
144:22 181:24
182:13,14,20
**toward** 6:20 10:19
55:4 180:10
**towards** 6:21 9:6
55:1 159:18
**town** 138:20
**track** 139:21
**tracking** 34:19,19
**trained** 63:3
**training** 13:21,24
14:1,2,18 15:16
16:7 36:6,14 38:7
38:13 182:24
**transcribed** 190:8
**transcript** 10:5
190:11
**transcription** 190:9
**transfer** 36:5
**transferred** 37:4,6
38:4 179:18
**transferring** 154:10
154:18
**translated** 123:21
**treated** 27:24,24
128:11,12 146:4
**tried** 75:13 100:1,7

108:6 113:6
**Trier** 130:8,9,15
131:1,5 132:14
**triggers** 136:4
**tripped** 109:19
**tripping** 108:7
**Trish** 141:13
**truck** 90:12
**trucks** 31:22 33:9
33:18 90:5
**true** 88:22,24 96:4
164:7 190:10
**truth** 16:24 17:6,9
154:8
**try** 30:15 48:18
50:21 51:3 53:24
54:2,4 71:18,20
74:7,9 79:10 94:3
98:3 99:19 113:8
121:12 133:5
148:10 159:11
161:15,17,24
**trying** 30:17 35:8
36:2 75:22 94:24
98:19 104:17
132:12 134:7
150:12 155:13
181:20
**Tuesday** 130:4
**tuition** 7:18 10:1,6
**turn** 89:6 93:4
**turned** 92:14 93:12
94:2,5
**turning** 92:22 93:13
93:16,17
**turns** 124:13
**twice** 55:15 167:17
**two** 31:4 38:15,17
75:18 76:19,20
77:13,16 78:6,11
83:24 85:16 94:1
94:3,3,3 98:13,15
103:9 107:20
156:9 157:3
181:16
**type** 23:24 35:7
123:18 125:20,24
153:21 155:14
**typed** 125:21
**types** 15:15 43:19
**typing** 36:1 38:10
**typist** 34:7,14,15
**typists** 34:12 49:24
**T-o-n-y** 24:5
**T-r-i-e-r** 130:17,18
131:2

Snyder
Randolph Harris

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 210

| | | | | |
|---|---|---|---|---|
| **U** | 152:12 161:2 | 176:11 | 163:20 177:6,8,20 | 67:8 87:6 100:16 |
| **uh-huh** 3:17 | 177:11 | **voices** 171:16 | **wasting** 133:11 | 105:23 106:8 |
| **Um-hmm** 23:9 29:3 | **USA** 1:6 | **volunteer** 131:20 | **water** 24:15 107:12 | 112:1 123:22 |
| 40:16 42:7 56:21 | **usage** 90:21 102:1 | **Vs** 1:5 | 107:23 | 125:23 132:13 |
| 153:1 187:1 | **use** 3:13 21:4 80:12 | | **way** 25:6 30:23 31:2 | 138:16 152:12 |
| **unable** 94:19 | 80:14 97:22 99:4 | **W** | 32:16 37:22 38:10 | 153:4,6 160:10 |
| **unacceptable** 69:10 | 99:12,15,17 | **wait** 34:8 83:15 | 46:11 65:13,14 | 165:20,21,23 |
| **unclear** 143:2 | 101:23 123:18,24 | 89:20 | 67:8 106:15 | 182:12 |
| **uncontrollably** 21:7 | 159:9 190:8 | **waiter** 23:19 | 108:22 113:21 | **were** 2:15 5:2,4,8 |
| **uncooperative** | **used** 36:21 37:22 | **walk** 115:1,8 | 116:2,5,18,19 | 5:10,12,17,19 7:2 |
| 181:13 | 40:13 | 116:10,13 117:3 | 123:15 124:16 | 7:10,11 9:1 10:11 |
| **under** 7:15 68:19,21 | **using** 97:21 98:10 | **walked** 116:15 | 128:11 132:16 | 10:13,16,16 11:15 |
| 124:2,3 190:9 | 98:12 99:9 | 117:4 125:13 | 135:4,22 136:9,11 | 12:21,23 13:5,9 |
| **understand** 3:9,24 | **usually** 43:21 52:6 | 145:18 147:7 | 136:14,20 144:22 | 14:11 15:3 20:21 |
| 12:3 19:9 20:19 | 53:15 71:14 | **walking** 114:19 | 145:1 146:13 | 22:8,13,19 23:1 |
| 27:19 35:8 36:2 | 150:12 183:19 | 115:12,23 117:1,8 | 153:12 157:12 | 24:22,24 25:6 |
| 37:14 38:12 51:23 | | 169:22 170:10 | 169:22 170:9 | 26:17,18,20 28:6 |
| 53:17,19 79:3 | **V** | **wall** 102:6 103:4,6 | 180:20 181:18,22 | 38:15 40:2,2 |
| 81:18 82:3 89:21 | **vacancy** 47:3 | 103:15 | 182:1 | 41:19,22,22 42:5 |
| 91:1,13 104:8,17 | **vacation** 32:8,14 | **want** 12:12 20:24 | **wear** 137:6 142:9 | 45:20 46:8,13 |
| 105:1 111:24 | 39:6,12,12,19 | 25:1 27:3 32:4,11 | 142:14 143:7 | 47:11 48:7 49:18 |
| 113:17 127:9 | 58:8 78:9 133:4 | 32:18 39:8,23,23 | 145:23 172:5,8 | 57:6 62:12,18,22 |
| 129:24 138:2 | 133:19,21 | 48:19 53:19 56:9 | 185:16 | 68:1,19 71:5 |
| 145:3 155:13 | **vague** 20:4 40:10 | 66:22 74:14 75:24 | **wearing** 158:20 | 74:12,21 75:7,11 |
| 157:15 161:7 | 112:22 137:23 | 85:9,15 89:21 | 159:23 168:11,21 | 84:5 89:7 92:14 |
| 169:11 170:19 | 141:1 144:14 | 92:3,7 94:17 | 169:1,12 | 95:10 96:24 97:3 |
| 171:12,12 181:14 | **vaguely** 147:21 | 101:8 102:17 | **Wednesday** 130:4 | 97:4,6,8,9 98:16 |
| **understanding** 40:7 | 158:10 171:20,21 | 103:6 105:15 | **week** 83:2 94:3,3,6 | 98:19,22,23 99:24 |
| 40:17 116:21 | **various** 91:24 | 111:2 130:7,7 | 111:6 156:22 | 100:4,17 105:10 |
| 182:6 183:8 | 182:12 | 163:23 167:6,18 | 157:9,12,20 | 105:12 106:13 |
| **understood** 25:12 | **verbal** 51:13,19,24 | 170:18 177:10 | **weekend** 100:13 | 108:19 114:19 |
| 127:12 | 52:16,19,21 53:3 | 179:20 183:15 | 120:21 129:3,4 | 115:8,12 117:5,12 |
| **unintentionally** | 53:14,21,23 54:5 | 184:19 | 138:14,19,20,21 | 117:18 118:1 |
| 164:9,14,19 | 55:22 | **wanted** 29:10 37:7 | 143:9 | 122:21,23 129:1,5 |
| **UNITED** 1:1 | **verbally** 17:21 18:5 | 37:7,15,18,19 | **weekends** 129:9 | 129:9 130:6 132:2 |
| **unless** 3:22 25:11 | 54:14 108:4 148:1 | 100:24 101:1 | 138:16,18 177:11 | 134:7 136:9 |
| 25:15,19 48:17 | **versus** 34:15,19 | 113:17 131:19 | **weekly** 94:2,3 | 138:16 141:17 |
| 97:23 | **very** 3:15 20:4 | 138:10,13 143:9 | **weeks** 44:24 81:17 | 146:12 147:1,15 |
| **unprofessional** 42:9 | 36:16 143:2 | 146:3 153:18 | **well** 11:1,2,3 12:10 | 149:17,19 150:3 |
| 42:10 | 147:13 160:13 | 154:15 161:5 | 15:21 25:24 28:15 | 150:18,22,22 |
| **unsafe** 117:1 | 174:17 177:19 | 177:9 | 36:16 39:19 41:9 | 151:15 153:21 |
| **unsatisfactory** | 179:6 181:10,10 | **warning** 53:4,4,14 | 44:12 46:16 48:11 | 154:15 155:4,10 |
| 50:19 52:15,18 | 181:12 183:13 | 53:15,23 54:2 | 50:21 56:8,17 | 155:10 156:4,5,6 |
| **until** 14:16 45:4,13 | **vessel** 21:8 | 55:3,11 | 61:24 73:19 74:1 | 156:20 157:5,16 |
| 47:3 72:6,13,22 | **vice-president** | **warnings** 52:21,24 | 74:7 75:12 83:24 | 157:17,24 158:1 |
| 82:1 96:17 154:4 | 42:16,22,23 43:1 | 53:8,21 54:3,5,6,6 | 88:8 100:9 101:3 | 161:2 164:22 |
| **unwanted** 18:13,13 | 43:5 | **Warren** 8:12,15 | 101:7 108:23 | 165:5,24 166:7,17 |
| 18:15,15 181:23 | **vicinity** 30:18 | 152:19 | 113:6 117:4 119:4 | 179:11 180:1,1,13 |
| 182:5 | **violated** 18:17,23 | **wasn't** 27:15 56:13 | 130:4 137:2 141:4 | 184:24 190:8 |
| **unwantedness** | 19:10,16 20:1,9 | 57:14,22 63:19 | 144:3,19 146:9 | **weren't** 11:5 40:15 |
| 182:4 | 20:16,18 | 64:4 68:24 72:22 | 148:8 149:2,9 | 147:19 150:1 |
| **Update** 26:7 | **violating** 21:10,17 | 82:21 83:20,20 | 153:23 154:2 | **West** 1:17 6:1 |
| **upper** 94:16 151:24 | **Virginia** 2:17 6:1 | 87:20 89:16 93:16 | 161:5 172:3 | **We'll** 91:15 103:6 |
| 152:14 170:6 | 21:20 64:18,19 | 93:17 105:16 | 174:18 184:10 | **we're** 44:12 81:7 |
| 178:21 179:15 | **voice** 39:10 57:21 | 112:4,6 123:19,19 | 185:20 186:22 | **while** 8:8,18 13:21 |
| **upset** 39:13 103:3 | 153:14 161:21 | 127:5,10 133:2 | **went** 36:15 39:6,19 | 14:19 15:12 37:21 |
| | 167:14 171:17 | 147:16 157:22 | 43:21 44:22 67:1 | 38:15 46:5,17,19 |

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 211

| | | | |
|---|---|---|---|
| 92:2 93:24 124:21 | 177:10 180:3 | 185:21 186:1,3,5 | **yelled** 162:5,11 |
| 144:9 147:22 | **workday** 111:17 | 186:7 | 176:22 |
| 161:10 165:5 | **worked** 15:18,20 | **writeups** 71:14,16 | **yelling** 42:5 158:9 |
| **whole** 63:24 127:10 | 21:21 124:12 | **writing** 50:10 60:11 | 158:13,22 162:3 |
| 150:1 183:12 | 132:14,20 139:5,8 | 92:21 103:4,15 | 172:18,20,22 |
| **WILCOX** 1:22 | 139:12 167:7,21 | 104:7,24 160:12 | 176:20 186:13 |
| **Wilmington** 1:9,14 | 168:3 169:17 | **written** 17:19 19:14 | **yep** 165:9 |
| 1:18,22 | **working** 5:14,15,17 | 19:17 20:15,20 | **yesterday** 4:9 |
| **wink** 187:5,7 | 5:19 13:21 14:11 | 42:9 48:23 49:9 | **yesterday's** 82:4,13 |
| **witness** 17:4 18:21 | 32:24 37:16 | 52:21,24 53:3,4,4 | **young** 1:17 141:10 |
| 32:8 34:8 36:10 | 114:14,16 124:10 | 53:8,14 54:2,6 | 141:13 165:8 |
| 40:11 50:13 61:11 | 125:23 129:9 | 55:3,11 59:5,7,9 | |
| 61:13 63:22 64:1 | 134:10 135:7 | 60:17 62:7,9 | **Z** |
| 64:10 66:8 67:1,6 | 177:14,15 | 69:12 73:17 79:13 | **Zalota** 95:7,8,14 |
| 70:22 74:15 78:20 | **workplace** 10:18,18 | 92:23 96:5 98:5 | 96:24 |
| 93:9 96:15 97:17 | 11:2 122:18,24 | 99:9 104:3 106:11 | **zero** 84:10,15 |
| 103:14 112:24 | 123:5 145:10,11 | 129:18,21 155:8 | |
| 113:13 122:1,5 | 188:17 | 158:15 186:8 | **0** |
| 126:14 127:4,13 | **works** 47:1 65:22 | **wrong** 179:11 | **03** 133:14,14 |
| 135:18 137:24 | 129:4 | **wrongdoing** 17:11 | **03-11-03** 70:5 71:9 |
| 139:24 141:2 | **work-related** 26:13 | 179:10 | **04-970-JJF** 1:5 |
| 148:22 149:3 | 43:24 99:1 | **wrote** 60:5 70:16 | |
| 159:4 160:20 | **worried** 167:2 | 87:23 102:5 | **1** |
| 166:4 171:9 173:8 | **worry** 33:8 | 122:20 160:5 | **1** 69:4,5,9 97:11 |
| 190:11 | **worse** 181:8 | **www.wilfet.com** | 110:10 113:22 |
| **witnesses** 16:23 | **wouldn't** 39:14 | 1:24 | 175:10 188:9 |
| **woman** 146:10 | 41:17 43:6 57:21 | | **1st** 76:20 |
| **word** 111:13 124:2 | 101:7 108:7 | **X** | **1:04** 107:4 |
| 162:11 | 116:17 121:4,18 | **X** 188:1,5 | **1:57** 107:6 |
| **words** 24:21,22,24 | 123:17 124:7 | | **10** 28:23 157:11,21 |
| 39:23 112:2 182:8 | 141:21 144:4 | **Y** | 174:4 |
| **work** 21:19 22:1,11 | 145:13,19 157:13 | **yard** 31:11,11 | **10th** 122:21 |
| 27:20 31:21,23 | 172:1,1 | **yeah** 19:12 23:17 | **10:30** 101:4 |
| 32:4,18 33:10,16 | **wrapper** 135:11 | 24:6,23 27:19 | **10:47** 109:13 |
| 39:8 41:14,20 | **wraps** 135:11 | 45:19 54:10 56:22 | **1000** 1:17 |
| 43:17 44:2,2,3,9 | **write** 50:15,17 61:8 | 58:9 60:12 67:14 | **103-RPR** 190:17 |
| 47:7 48:2,11 53:1 | 61:19 63:13 73:21 | 68:10 83:14 92:24 | **109** 188:15 |
| 56:3,9,16 57:7,12 | 73:23 74:5 75:23 | 95:19 99:8 100:4 | **11** 70:10 72:6,13,23 |
| 58:12 65:12,16 | 81:1 112:18 | 104:8 105:1,20 | 110:17 142:10 |
| 67:15 69:11 70:6 | 154:21,24 159:8 | 108:14 133:2 | **11th** 70:12 73:8 |
| 70:19 71:7 74:2 | **writeup** 58:19 59:2 | 139:2,13 153:5 | **11:00** 101:5,5 |
| 97:10 98:4,23 | 59:11,13,14,19,23 | 154:20 155:12 | **11:20** 54:9 |
| 99:3 118:12,19 | 60:5,6,20,23 | 156:10 158:24 | **12** 77:1 188:12 |
| 119:10,12,24 | 69:16,23 71:12 | 159:17 161:3,3 | **12th** 86:10 |
| 120:7,15,16 121:1 | 72:1,21 75:7,11 | 163:7,9 165:10 | **122** 188:16 |
| 123:17,17,21,22 | 78:14 79:5,15 | 168:1,18,22 169:2 | **129** 188:18 |
| 124:19,21 125:6 | 87:16 96:7,9,9,21 | 171:20 178:24 | **13** 73:13,16,18 74:4 |
| 126:5,6,7 128:22 | 97:11,15,19 98:10 | **year** 45:4,4 54:21 | 74:6,12,21 75:5 |
| 129:3 131:19 | 102:3 110:11,14 | 56:16 76:18 77:1 | 174:4 |
| 132:11 133:1,3 | 110:16 111:3 | 77:12 79:1,2 | **1330** 1:22 |
| 142:10,22 145:12 | 112:21 113:3,5,7 | 114:16 | **134** 188:19 |
| 145:24 148:16 | 113:16,22 116:22 | **years** 4:21 5:9 9:1 | **15** 28:23 165:13 |
| 149:17 150:1 | 159:6,7,8,11,22 | 14:9 15:6 22:3,22 | 183:12 |
| 152:12 153:2,6 | 175:8,11,24 176:6 | 24:18 32:18 | **1509** 1:9,14 |
| 162:13 163:5 | 176:7,13,19 | 139:13,13 150:22 | **162** 188:21 |
| 165:8 167:5 168:6 | 180:11,21 181:4,5 | 167:7 174:4 180:6 | **173** 188:3 |
| 170:8,13,15 | 184:13 185:13,17 | **yell** 42:1,3 172:22 | **185** 188:4 |

| |
|---|
| **19** 190:19 |
| **1976** 6:5,16 |
| **19801** 1:14,18,22 |
| **1985** 5:7 |
| **1990** 13:10,11 14:5 |
| 14:11 15:6 174:4 |
| |
| **2** |
| **2** 77:22,23 188:3,10 |
| **2:00** 100:6 138:21 |
| **2:30** 138:21 |
| **20** 157:2 |
| **2000** 129:12,12 |
| **2001** 8:11 11:16 |
| 12:16 25:9 27:10 |
| 44:15 49:14,16,19 |
| 54:20,22 58:21 |
| 59:1 114:14 |
| 116:11 117:10,12 |
| 122:21 |
| **2002** 27:17,17 54:22 |
| 56:18,19,22 58:9 |
| 58:10 62:12,12 |
| 63:12,15 73:10,12 |
| 73:16,17,21,23 |
| 74:5 136:3,3,21 |
| 136:24 137:1 |
| **2003** 4:22,23 8:11 |
| 9:2,7 11:16 12:16 |
| 25:9 27:10,11,13 |
| 27:14,14 44:15,19 |
| 49:16,19 56:20 |
| 58:19,22 59:2,5 |
| 62:7 69:15 70:22 |
| 70:10 72:6,13,21 |
| 72:23 73:5 75:18 |
| 76:20 78:7,8,9 |
| 79:13 86:10 87:16 |
| 95:22 96:2,21 |
| 97:19 108:18 |
| 109:13 110:17,17 |
| 130:22 135:3 |
| 142:10 149:10 |
| 152:15 154:22 |
| 159:13 163:8 |
| 174:2,4 185:13 |
| 186:4 188:9,11,12 |
| 188:14,15,18,20 |
| 188:21 |
| **2004** 4:22 129:12,12 |
| **2005** 14:16 15:7 |
| 40:1,2 45:13,14 |
| **2006** 1:10 45:15,16 |
| 45:18 190:6,19 |
| **2008** 190:18 |
| **212** 123:3 |
| **25** 180:6 |

Snyder
Randolph Harris

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 8, 2006

Page 212

| | | | | |
|---|---|---|---|---|
| **26** 78:7,8,9 79:13<br>**27th** 95:24 96:1,16 | **84** 188:12<br>**85** 5:7 | | | |
| **3** | **9** | | | |
| **3** 69:15 84:23,24<br>  188:9,12<br>**3rd** 62:7 70:2,12,14<br>  72:21 73:5,7<br>  97:19 110:17<br>**3-11-03** 70:6,19<br>  71:3,11<br>**3/11** 71:23<br>**3:00** 100:5 138:22<br>**30** 53:24<br>**302** 1:23<br>**31** 188:14 190:18<br>**35** 6:20,21 134:6<br>**36** 134:6 | **9** 162:15,19 188:21<br>**9th** 152:15 154:19<br>  154:20,22<br>**9:59** 1:9<br>**90** 14:15<br>**91** 188:13<br>**94** 14:15<br>**98** 9:2 | | | |
| **4** | | | | |
| **4** 91:18,19 188:13<br>**4-1-03** 130:3<br>**4-2-03** 130:4<br>**4-3-03** 130:4<br>**4:49** 187:15<br>**40-minute** 184:2<br>**45** 53:24 | | | | |
| **5** | | | | |
| **5** 109:4,8 188:15<br>**55** 32:18 | | | | |
| **6** | | | | |
| **6** 122:6,10 188:11<br>  188:16<br>**6:00** 100:5<br>**60** 129:8<br>**655-0477** 1:23<br>**69** 188:9<br>**6900** 29:16 | | | | |
| **7** | | | | |
| **7** 109:13 129:14,18<br>  188:15,18,18<br>**7th** 95:22 96:1<br>  178:17<br>**7:00** 82:11 100:4<br>**7:19** 163:10<br>**70** 28:5 129:9<br>**77** 188:10 | | | | |
| **8** | | | | |
| **8** 1:10 134:11<br>  188:19,19,21<br>**8th** 135:3 149:10<br>  163:8 178:18,19<br>  178:19 190:6 | | | | B- 0475 |

Wilcox & Fetzer, Ltd.

Professional Court Reporters

(302)655-0477



**WILCOX & FETZER LTD.**

In the Matter Of:

# Snyder

## v.

# Citi Steel, USA, Inc.

### C.A. # 04-970-JJF

---

### Transcript of:

## Carmella Patrone

### June 19, 2006

---

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

B- 0476

Snyder
Carmella Patrone

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TERRY L. SNYDER,                )
                                )
          Plaintiff,            )
                                )   Civil Action
                                )
v.                              )   No. 04-970-JJF
                                )
CITI STEEL USA, INC.,           )
                                )
          Defendant.            )


          Deposition of CARMELLA PATRONE taken pursuant to
notice at the law offices of Margolis Edelstein, 1509
Gilpin Avenue, Wilmington, Delaware, beginning at 10:10
a.m. on Monday, June 19, 2006, before Eleanor J.
Schwandt, Registered Merit Reporter and Notary Public.


APPEARANCES:
          LORI A. BREWINGTON, ESQ.
          MARGOLIS EDELSTEIN
             1509 Gilpin Avenue
             Wilmington, Delaware  19801
             for the Plaintiff
          MARGARET M. DIBIANCA, ESQ.
          YOUNG, CONAWAY, STARGATT & TAYLOR
             1000 West Street
             Wilmington, Delaware  19801
             for the Defendant
ALSO PRESENT:  RAMONA F. CONNOR and JO BOYD, Interpreters


                    WILCOX & FETZER
     1330 King Street - Wilmington, Delaware 19801
                    (302) 655-0477
                    www.wilfet.com            B-0477

Snyder                                      v.                    Citi Steel, USA, Inc.
Carmella Patrone                     C.A. # 04-970-JJF                      June 19, 2006

Page 2

1    (Ramona F. Connor and Jo Boyd, duly sworn as
2  sign interpreters.)
3         CARMELLA PATRONE,
4    the witness herein, having first been
5    duly sworn on oath, was examined and
6    testified as follows:
7         EXAMINATION
8  BY MS. BREWINGTON:
9    Q.  Good morning, Carmella.
10   A.  Good morning.
11   Q.  I have the privilege of taking your deposition
12  today.  Terry Snyder has brought an action against
13  CitiSteel.  Are you familiar with that?
14   A.  I'm not familiar with what the actual lawsuit is
15  about, but I know there is a lawsuit against.  But I
16  don't know the real details of it.
17   Q.  Have you ever testified in a deposition before?
18   A.  No.
19       (Discussion off the record.)
20       MS. DIBIANCA:  We are going to say that for
21  clarification purposes.  Miss Patrone is going to be
22  testifying with her answers verbally, and they will be
23  taken down by the court reporter.  But that the questions
24  asked by Miss Brewington, and perhaps myself, will be

Page 3

1  translated by the interpreters into sign so that Carmella
2  has a back-up, for clarification purposes.
3       MS. BREWINGTON:  Okay.  That's fine.
4  BY MS. BREWINGTON:
5    Q.  The reason why I ask if you have ever testified
6  in a deposition before is because I wanted to make sure
7  you are comfortable with what we are about to undergo
8  here.
9       I'm going to ask you a series of questions,
10  and I will try to ask them one at a time.  If at any time
11  you don't understand anything that I'm asking you, just
12  let me know and I'll try to explain it for you.  Okay?
13   A.  Yes.
14   Q.  If at any time you need a break, just let me
15  know.  I don't anticipate going too long, but I tend to
16  be off with that.
17       We have a court reporter here and she will
18  be taking down your responses.
19       At times CitiSteel's attorney will object to
20  some of the questions that I may ask you, and that's
21  entirely proper.  All I ask is that you answer the
22  question unless she specifically advises you not to
23  answer the question.  Do you understand?
24   A.  Okay.

Page 4

1    Q.  Okay.  Could you please state your name for the
2  record?
3    A.  Carmella Patrone.
4    Q.  And what did you do in preparation for your
5  deposition testimony today?
6    A.  I'm sorry?  Repeat that.
7    Q.  What did you do in preparation for your
8  deposition testimony today?
9    A.  Other than just meeting with Molly, that's it.
10   Q.  Okay.  And are you currently employed at
11  CitiSteel?
12   A.  Yes.
13   Q.  How long have you been employed at CitiSteel?
14   A.  Eight years, I believe.
15   Q.  And what is your current position?
16   A.  Cost analyst.
17   Q.  Have you always been a cost analyst?
18   A.  No.
19   Q.  Could you take me through your employment with
20  CitiSteel, beginning with I guess eight years ago?
21   A.  Okay.  I was hired as a temp.  Three months later
22  I was hired permanently.
23   Q.  Were you in the melting shop at that time?
24   A.  No.

Page 5

1    Q.  Tell me about that.
2    A.  I worked for the Finance Department, actually, as
3  an accountant, and then it wasn't until November last
4  year that I became cost analyst.
5    Q.  And what was your actual title in the Finance
6  Department?
7    A.  Accountant.
8    Q.  Accountant, okay.  And it was last year that you
9  became the cost analyst?
10   A.  November.
11   Q.  November.  Of 2005?
12   A.  Correct.
13   Q.  Do you enjoy your job at CitiSteel?
14   A.  Yes.
15   Q.  Many of my questions, almost all of them unless I
16  tell you differently, they are going to be based on a
17  time period when Terry Snyder was employed.
18   A.  Okay.
19   Q.  And that would be the time that you served as the
20  accountant; is that correct?
21   A.  Yes, that's correct.
22   Q.  Tell me what some of your primary job
23  responsibilities were as an accountant.
24   A.  Basically, account payable, inventory, and any

B-0478

2 (Pages 2 to 5)

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 6

1 other project requested by the boss at the time.
2    Q.   Account payable and inventory.  Who did you
3 report to?
4    A.  At that time Allen Egner. A-L-L-E-N, E-G-N-E-R.
5    Q.   So other than account payable and inventory, is
6 there anything else that you did?
7    A.  That's the general.  I would say that's pretty
8 much general.  I mean, I could get into more details if
9 you want.
10    Q.   Well, I probably want to get into detail in terms
11 of the account payable and then the inventory and then
12 anything else that you did.
13    A.  Month-end closure, that could be another
14 responsibility.
15    Q.   Tell me about the inventory.
16    A.  Inventory, basically what I do is record all
17 incoming I would say scrap, raw material and supplies
18 that would go to making the finished product itself.
19    Q.   Okay.  And where did you get the information to
20 record?
21    A.  Two ways.  One, the scrap yard is done through
22 the computer system.  They receive on their end.
23       The other one, the raw material and the
24 suppliers are done through bill of lading, submitted to

Page 7

1 me from the meltshop or the storeroom.
2    Q.   Now, what is Terry Snyder's involvement with
3 accounting?  Or what was her involvement?
4    A.  She was involved with the receiving aspect and
5 also the usage part of it.
6    Q.   Tell me what you mean by that.
7    A.  As we received the material in the inventory --
8 when I say material I'm talking about all three, the
9 scrap, raw material and supplies.
10    Q.   Okay.
11    A.  Okay.  The material as they come in, we are
12 responsible for making sure they are received on time in
13 the system, so that we can generate the report for the
14 management.  Because it is a high turn-over inventory,
15 they have to be done very quickly, first thing in the
16 morning.
17       Then we are to monitor the usage part of it.
18 The usages are recorded by the melters as they are being
19 consumed to make the product, the heat, basically.  We
20 have to make sure the information is correct.  Basically,
21 monitor accuracy is what we do.  And then that's it,
22 pretty much, as far as that.
23       And then we conduct a month-end inventory,
24 the people at the meltshop, sometimes we would do it, we

Page 8

1 would conduct a physical inventory, make sure everything
2 is accounted for.  And then based on that, we actually do
3 the month-end closing.
4    Q.   And what did Terry do?
5    A.  Terry is involved in everything that I just said.
6    Q.   Okay.
7    A.  She is responsible for the raw material and the
8 supply.  She doesn't really have anything to do with
9 scrap receiving.  She received them into various systems,
10 like spreadsheet system.  We have like a standard cost
11 system.  And she received them in, and she also double
12 checked the usage.  She updated the system and verify the
13 information is correct before submitting the report to
14 management.
15    Q.   Where does Terry get the information to do her
16 part of the job?
17    A.  Well, from the receipt, that would be from the
18 meltshop or from the storeroom.  And the usage is done
19 automatically through the system, in CitiPro.  That's
20 what the system is called.  C-I-T-I-P-R-O.
21    Q.   Okay.  And when you say that she receives the
22 information for the receipts from the, did you say the
23 Meltshop Department?
24    A.  Yes, the meltshop.

Page 9

1    Q.   Who is it that gets her that information?
2    A.  Well, it depends on the material being received.
3 Raw material is generally received directly into the
4 Meltshop Department.
5    Q.   Okay.
6    A.  Whoever physically signs off on the bill of
7 lading is supposed to pass the bill of lading to the main
8 office so that she can use it to record it as being
9 received.
10    Q.   Are there other employees that are supposed to do
11 this?
12    A.  You mean recording receipt?
13    Q.   Yes.
14    A.  No.  She is primarily the only one that does
15 that.
16    Q.   I guess what I'm trying to understand is, there
17 is things such as the physical inventory and the ISO
18 reports that I have seen in documents, and I'm trying to
19 understand what Terry's relationship is to those
20 documents.
21    A.  The ISO you mean?        B- 0479
22    Q.   Yes.
23    A.  I don't know anything about the ISO.  I'm not
24 sure what that is.  But I do know that she has other

3 (Pages 6 to 9)

Snyder                                      v.                    Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF                    June 19, 2006

Page 10

1  things she has to do at the same time.
2      Q.  All right. I'll ask you about that. How about
3  the melters' update usage, do you know what that is?
4      A.  From CitiPro?
5      Q.  Yes.
6      A.  What I'm familiar basically, if I understand
7  correctly, is I update the usage from CitiPro into the
8  standard cost system. Is that what you are referring to?
9      Q.  What is Terry's role with that?
10     A.  She basically verifies that the usage is correct
11  in CitiPro, basically.
12     Q.  What does she use to verify that information?
13     A.  I really don't know.
14     Q.  Terry served CitiSteel as a clerk/typist; is that
15  correct?
16     A.  I guess so. I mean, that would make sense, but I
17  couldn't say that's the actual title.
18     Q.  You weren't familiar with what role she actually
19  played at CitiSteel?
20     A.  Not overall. Just only in regarding to me and
21  her reporting, working with me.
22     Q.  Okay.
23         MS. CONNOR:  I'm sorry, could you reask your
24  last question, please?

Page 11

1         MS. BREWINGTON:  I don't know what it was.
2         (Record read.)
3         (Discussion off the record.)
4         (Patrone Deposition Exhibit 1 was marked for
5  identification.)
6  BY MS. BREWINGTON:
7      Q.  Could you tell me what this document is.
8      A.  I need a minute to read it.
9      Q.  Okay. Sure.
10         (Discussion off the record.)
11     A.  Okay. This is about --
12     Q.  First, if you could just tell me what it is and
13  then you can tell me what it is about.
14     A.  Oh. It is just an e-mail that I had written to
15  Terry, regarding to the job performance review she had.
16     Q.  And it is dated?
17     A.  And it was particularly about Greg Vurgino, and
18  she had said that Greg had mentioned my name, stating
19  that she was not doing a good job, and I told her that it
20  wasn't true.
21     Q.  And just for the record, this e-mail is dated
22  Wednesday, March 12th, 2003. I would like you to go
23  paragraph by paragraph for me, if you would. Could you
24  read for me the first paragraph, not that first sentence

Page 12

1  but the first paragraph out loud.
2      A.  You want me to read it out loud?
3      Q.  If you could, please.
4      A.  "Anyway, I didn't read your e-mail carefully the
5  first time. I thought you said 'they' said I came up to
6  them and complained about your job performance. I didn't
7  read carefully that it was Greg who went around asking
8  everyone about you. That part is true, he did ask me
9  about a week ago, but I know I didn't say anything that
10  indicate you weren't doing your job. Greg wanted to know
11  if you were doing everything you were supposed to do and
12  I told him that you're doing everything that you can do
13  under the circumstances and the example I gave him was
14  that it was difficult for you to complete the alloy/flux
15  usage verification before 7:30 a.m. because of other
16  responsibilities you have like ISO's and other morning
17  reports. I also said that you don't get the Melter's
18  report till after 7:30 a.m. I told him that I felt you
19  were given too much responsibilities that makes it hard
20  for you to meet certain deadlines. Also, you can't do
21  your job if other people don't provide you with the
22  necessary information you need, for example, physical
23  inventory numbers."
24     Q.  Okay. Did you have a conversation with Greg

Page 13

1  about this, what is discussed in the first paragraph?
2      A.  Basically, as I said here, he asked me, and I
3  told him basically what I said in here.
4      Q.  Okay. Did you respond to you in any way?
5      A.  No. Because Terry did not want me to -- oh, you
6  mean when he first asked me?
7      Q.  Yes. When you told him this, did he say anything
8  back to you?
9      A.  No, he didn't.
10     Q.  Did Greg ask other people about Terry's
11  performance?                                        B-0480
12     A.  I have no clue.
13     Q.  Well, you indicate here that Greg went around
14  asking everyone about you. Is that true? I think it is
15  the third sentence.
16     A.  If I -- I got that impression, but I don't know
17  where I got that impression from.
18     Q.  Okay. But he asked you about Terry?
19     A.  Yes, he asked me, right.
20     Q.  Did you feel that Terry was given too much
21  responsibility?
22     A.  Yes.
23     Q.  Tell me about that. Why did you feel that way?
24     A.  I felt it was too much responsibility in regard

4 (Pages 10 to 13)

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 14

1  to meeting the deadlines in the morning.
2      Q.  Okay.  And what about these alloy/flux usage
3  verifications, did you feel like that was too much of a
4  responsibility?
5      A.  The responsibility itself is not -- the
6  responsibility, no.  But not having the information in
7  order to do it, yes.
8      Q.  Okay.
9      A.  That was the hold-up.
10     Q.  And where does that information come from?
11     A.  That comes from other people, like the melters
12  and storeroom.
13     Q.  So is it fair to say that she has to rely on
14  other people to complete her job duties?
15     A.  Definitely, she has to.
16     Q.  Okay.  Is that what you meant by that last
17  sentence, "Also, you can't do your job if other people
18  don't provide you with the necessary information you
19  need"?
20     A.  Yes, that is correct.
21     Q.  And that's what you told Greg?
22     A.  Yes.
23     Q.  The second paragraph, if you could read that out
24  loud for me.

Page 15

1      A.  Sure.  "Greg didn't ask specifically about the
2  morning reports, that was just an example I gave to him
3  to make him understand that it wasn't 'you' but rather
4  the 'various responsibilities & deadlines' 'they'
5  demanded on you was the issue but I guess he didn't
6  interpret it that way.  But that's not a problem.  I have
7  no problem whatsoever in going to Greg and straightening
8  that out but I won't go against your wish.  If you don't
9  want me to say anything because you feel they might hold
10  that against you, I would respect your wish.  But anytime
11  you need me to straighten this out just let me know and
12  I'll do it."
13     Q.  Okay.  Who is "they"?  You put "they" in quotes.
14     A.  Well, when Terry had told me that they all had a
15  meeting about her performance, I think that's where I got
16  the impression of "they."
17     Q.  Whoever was involved in the meeting?
18     A.  Right.
19     Q.  Do you know any of the names of the people
20  involved?
21     A.  Oh, I know Greg would be one.  And Randolph
22  Harris.  I'm assuming Dennis Ford.  But no, other than
23  that, no.
24     Q.  Do you assume Dennis Ford because that's one of

Page 16

1  the people she reported to?
2      A.  Yes.
3      Q.  Okay.  In the last sentence you indicate, "If you
4  don't want me to say anything because you feel they might
5  hold that against you, I will respect your wish," is that
6  something Terry told you?
7      A.  Yes, she requested -- I told her I would be glad
8  to straighten it out, and she said no, she would prefer I
9  didn't say anything.
10     Q.  So you never said anything to Greg to clear it
11  up?
12     A.  Right.
13     Q.  Okay.  Do you know why Greg asked you about her
14  performance?
15     A.  I just assumed he wanted to know in general how
16  things were going.
17     Q.  Oh, so not specifically Terry Snyder?
18     A.  No, he did ask about her.
19     Q.  Okay.
20     A.  But he didn't say in any case that they were
21  evaluating her performance or anything like that.  I got
22  it he was trying to evaluate the operation aspect of it.
23     Q.  Okay.  The third paragraph, if you could read
24  that for me.

Page 17

1      A.  "Of course the other problem is that I'm" -- let
2  me repeat that.
3          "Of course, the other problem is that I'm
4  also holding you back with not staying on top of training
5  you with Standard Costs like giving you updated Vendor's
6  code and training you with the new meltshop supplies
7  program so that's my fault, not yours and I will point
8  that out when we have that meeting.  I told Jeff and
9  Dennis this but I don't recall ever telling Greg about
10  it.  Greg and I didn't even talk more than two minutes,
11  that's how brief it was.  Now I wish I had taken the time
12  to elaborate more.  I thought he was asking because he
13  was trying to find ways to improve the workload.  Had I
14  known it was to try to find fault in your job
15  performance, I would have made it clear that I was
16  certainly happy with what you've been doing.  Actually,
17  you have been doing a lot more than before that's for
18  sure.  I'm actually annoyed with myself for not thinking
19  this one through."
20     Q.  So were you happy with Terry's job performance?
21     A.  Yes.
22     Q.  Did you feel as if Greg was trying to find fault
23  in her job performance?
24     A.  Not when he had asked me questions about it, no.

5 (Pages 14 to 17)

Snyder                                    v.                        Citi Steel, USA, Inc.
Carmella Patrone               C.A. # 04-970-JJF                        June 19, 2006

Page 18

1   Q. Did that change somehow?

2   A. When she had told me that they had a meeting

3 about her job performance. That's when I realized, okay,

4 they were talking about her performance and not the work,

5 the work itself.

6   Q. Were you responsible for training Terry?

7   A. Yes.

8   Q. What did you have to train her on?

9   A. I had to train her basically two parts. One is

10 through the spreadsheet, which she was proficient in

11 doing. The other one was through standard cost system,

12 and that was the one that I never had the time to do. I

13 felt that I needed -- it was necessary for me to do it.

14   Q. So the standard cost system was the part of your

15 job that you were responsible for training her for that

16 you didn't have the time to do?

17   A. Correct, so that she could take over, basically.

18   Q. Okay. Who was doing it prior to --

19   A. I was.

20   Q. But that was part of Terry's job?

21   A. It was supposed to be part of Terry's job, yes.

22   Q. Was that an issue with her performance?

23   A. I don't know. They didn't say specifically about

24 her performance. They were questioning. It was just

Page 19

1 overall, general statement that I got.

2   Q. Did you feel responsible somehow for Terry not

3 doing as well on her performance evaluation?

4   A. No, because even though I didn't train her with

5 that, that should not have kept her from doing other

6 things.

7   Q. Okay.

8   A. I mean, I simply just kept doing it rather than

9 handing it over to her. But it should not have -- it

10 shouldn't have hindered performance she was doing before

11 then.

12   Q. Okay. Well, how about the physical inventory,

13 not having the physical inventory reports, would that

14 have hindered from doing her job?

15   A. Oh, definitely.

16   Q. Is there anything that you can think of that

17 would have hindered her from doing her job?

18   A. Just basically, as I said, other people not

19 submitting the paperwork really on time. Timing is an

20 issue to her job, so that she can do her job.

21   Q. I think we are on the fourth paragraph.

22   A. Okay. "Let's definitely do lunch on Friday so we

23 can talk about this in details. Also, we might as well

24 take advantage of outlining notes and issues to discuss

Page 20

1 when we do have that inventory meeting. Does that sound

2 good to you? This would be a good opportunity for me to

3 set the record straight about your job performance cause

4 I can point out 'their' problems and not your's. The

5 storeroom receipts of course is still an issue which you

6 did point out. Good thing I saved a bunch of them to

7 show them so they know we are not just making this up.

8 Till we meet on Friday, do whatever you have to do to

9 'cover your butt', even if that means you have to send me

10 'formal' e-mails with 'cc' to everyone else, that's fine

11 with me, got no problem with that."

12   Q. Okay. What did you mean by, I think it is the

13 last sentence there, "do whatever you have to do to

14 'cover your butt', even if that means you have to send me

15 'formal' e-mails and 'cc' to everyone," what did you mean

16 by that?

17   A. What I meant was, from reading this, the

18 impression I got was everyone thought that she wasn't

19 doing anything, so for the record, to basically see she

20 was doing something she would have to send me a formal

21 e-mail basically outlining what we were doing.

22   Q. What would the e-mails be? Did she end up

23 sending these e-mails to you after this?

24   A. Well, I think after this, I think it was only two

Page 21

1 weeks, then she was no longer with us.

2   Q. Oh, okay.

3   A. So there was no -- I'm not sure what your

4 question is, now that I think of it.

5   Q. I'm not really sure what it is either. I guess I

6 wanted to know if she actually followed through and

7 listened to you, took your advice and sent you these

8 e-mails, but I think your answer is she wasn't there

9 long enough --

10   A. Right.

11   Q. -- to do that?

12   A. That's correct.

13   Q. I don't want to put words in your mouth. Okay.

14 The next short paragraph, if you could read for me?

15   A. The last one? Okay.

16     "By the way, since they're giving you a hard

17 time about coming over here, that's no problem. I'll

18 just come up to your office instead when I'm ready to

19 train you with the supplies in Standard Cost. Okay with

20 you?"

21   Q. Were they giving Terry a hard time about coming

22 over to see you?

23   A. Yes. According to Terry she said yes, they were.

24   Q. Okay. Where are you located with respect to

B- 0482

6 (Pages 18 to 21)

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 22

1 where she was located? She was in the melting shop,
2 right?
3   A. Right, that's correct.
4   Q. And you were in accounting?
5   A. I was in the main building.
6   Q. Finance Department?
7   A. Correct.
8   Q. Where is that compared to where she is?
9   A. Okay. The meltshop, basically, is in one
10 location.
11   Q. Okay.
12   A. And the main building is basically across the
13 street, in a different location.
14   Q. And so Terry told you that they had issues with
15 her coming to see you?
16   A. Correct.
17   Q. When Terry came to see you --
18   A. You have the paper up.
19   Q. Oh, I'm sorry.
20   A. You can't do that.
21   Q. When she came to see you was she doing work with
22 you?
23   A. Was she what?
24   Q. Was she working with you when she came to see

Page 23

1 you?
2   A. Oh, yes.
3   Q. Oh, okay. Do you know why they would have issues
4 with that then?
5   A. No.
6   Q. Did that make sense to you?
7   A. No, it doesn't.
8   Q. All right. Did Terry tell you that she was being
9 sexually harassed?
10   A. Yes.
11   Q. I'm sorry. I want to look up and tell you that.
12 I'm looking at my notes, but I want to try to remember.
13     Your answer was yes?
14   A. Yes.
15   Q. Do you remember when she told you? And when I
16 say "when," I want to know the first time, because I
17 don't know whether there was more than one time she told
18 you about it, but let's go in chronological order if we
19 could, the very first time that she told you she was
20 being sexually harassed?
21   A. I can't give you a date, that's for sure.
22   Q. That's okay. I understand.
23   A. I can give you the season. I do remember it was
24 like in the wintertime. I think it was toward the end of

Page 24

1 the year.
2   Q. Okay. Let's do this. Terry was hired in August
3 of 2001. And her last day of employment was in April of
4 2003. Okay? I'm going to represent that to you. And
5 your answer was in the winter sometime. Do you think it
6 was in the winter of 2003?
7   A. I couldn't confirm that.
8   Q. It may have been before that?
9   A. Like I said, I can't confirm that. I don't know.
10   Q. That's fine. Was it when she was employed at
11 CitiSteel?
12   A. Yes.
13   Q. What did she tell you that very first time, if
14 you can remember?
15   A. Basically, that she was being harassed. She
16 wasn't sure what to do about it. And she was basically
17 asking for my advice.
18   Q. Where were you at the time; do you remember?
19   A. When she told me? No. I don't recall.
20   Q. It is difficult to remember things like that.
21     Do you remember what your response was to
22 her?
23   A. Yes. I basically told her to report it to human
24 resource.

Page 25

1   Q. Did you say anything else?
2   A. I think she wasn't comfortable with that. So I
3 encouraged her to try to talk to the management, like
4 Dennis Ford about it. But she wasn't comfortable with
5 that either.
6   Q. And what exactly did she tell you?
7   A. She didn't say a whole lot the first time.
8   Q. Okay.
9   A. It was just generalization really. She was being
10 harassed.
11   Q. I'm sorry. I'm sorry. I thought you were
12 finished. Go ahead.
13   A. She was just being sexually harassed.
14   Q. She used the term "sexually harassed"?
15   A. Yes.
16   Q. And she said it was by Randolph Harris?
17   A. I don't recall if she said that the first time.
18   Q. She did not provide any details of the sexual
19 harassment at that time?
20   A. Not in the beginning.
21   Q. Okay. And did there come a time when she told
22 you again that she was being sexually harassed?
23   A. Yes.
24   Q. And when was that?

7 (Pages 22 to 25)

Wilcox & Fetzer, Ltd.       Professional Court Reporters       (302)655-0477

B- 0483

Snyder                                                    Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF              June 19, 2006

Page 26

1  A. That I don't recall. I cannot remember. She
2  just did.
3  Q. She just did. Okay. How many months after the
4  first time?
5  A. When she first told me?
6  Q. Yes. I'm thinking some time in the wintertime of
7  some year before she was terminated or before she ended
8  her employment, April 2003. So in the wintertime prior
9  to April 2003 is when she first told you, correct?
10  A. That would make sense.
11  Q. And the second time you guys discussed it was
12  probably, do you know?
13  A. No. I couldn't recall.
14  Q. That's okay. Was it within a week of that first
15  time?
16  A. It has been so long, I don't really...
17  Q. That's fair. That's fine. Do you remember
18  anything about that conversation?
19  A. The first one?
20  Q. The second one.
21  A. No. We had several so I could not remember.
22  Q. I'm sorry. You've had several conversations or
23  several conversations about the sexual harassment?
24  A. I'm not sure I understand the two questions.

Page 27

1  Q. Okay. That's fair. Did you talk with her on
2  more than two occasions about the sexual harassment?
3  A. She spoke with me on more than two occasions,
4  yes.
5  Q. Approximately how many times?
6  A. You want me to take an educated guess?
7  Q. An educated approximation, yes.
8  A. Probably at least four or five times.
9  Q. Okay. And that would be at least four or five
10  times between the winter of some year and April 2003?
11  A. Correct.
12  Q. Okay.
13  A. That's correct.
14  Q. When would you discuss the sexual harassment?
15  Would it be at work?
16  A. It would be at work or off-site.
17  Q. Was Terry upset or was she angry?
18  A. She was both.
19  Q. She was both?
20  A. Mm-hmm.
21  Q. And I know I asked you about your response the
22  first time that she told you. Did that response change
23  or did you say something else that you can remember?
24  A. I'm not sure what you mean.

Page 28

1  Q. Okay. When I asked you about the first time she
2  came to you and you said she spoke generally about sexual
3  harassments, and I asked you your response, and you said
4  that you told her that she should go to human resource or
5  talk with Dennis Ford?
6  A. Right.
7  Q. I guess my question is: You also spoke with her
8  four or five times after that; is that correct?
9  A. Correct.
10  Q. And my question is: Did your response to her
11  change in any way?
12  A. No, I maintained she should report it.
13  Q. Okay.
14  A. She had asked me for several opinions, but you
15  have to jog my memory about the question, though.
16  Q. Okay. Do you remember anything about what she
17  said about the sexual harassment?
18  A. You mean like details of it?
19  Q. Like who it was that sexually harassed her or any
20  -- I don't want to put words in your mouth. Did she give
21  you details of what happened to her with respect to the
22  sexual harassment?
23  A. She did identify it was Randolph Harris. She had
24  explained to me several incidents. I'm going to call

Page 29

1  them incidents because I don't remember them all in
2  details.
3  Q. Okay.
4  A. But she did disclose them. There is only one
5  that stands out in my mind, and that was a comment he
6  supposedly made to her about how she should dress.
7  Q. What was that comment?
8  A. I don't know it word by word, but basically it
9  was like she was supposed to come into work on a
10  Saturday, basically what he said was, "Wear a dress with
11  no panties."
12  Q. And that was said by Randolph Harris?
13  A. That's what she said.
14  Q. Okay. Did she tell you how she responded to him?
15  A. I don't remember that particular incident. But
16  in general, I think she made it pretty clear she didn't
17  like it.
18  Q. What did you think when you heard her, when she
19  told you that? You don't understand? That's okay.
20  A. I'm not sure what you mean.
21  Q. I'm going back to the conversation where she told
22  you about an incident with Randolph Harris and she told
23  you that Randolph asked her to come to work on a Saturday
24  wearing a dress with no panties.

8 (Pages 26 to 29)

Snyder                                    v.                    Citi Steel, USA, Inc.
Carmella Patrone              C.A. # 04-970-JJF                        June 19, 2006

Page 30

1   A. Mm-hmm.
2   Q. And I want to get from you what you thought about
3   that.
4   A. The comment itself?
5   Q. Yes.
6   A. I thought it was degrading.
7   Q. Did you have any reason to think she was lying
8   about that?
9   A. No.
10  Q. Did you believe her?
11  A. Yes.
12  Q. Has your opinion changed at all?
13  A. No.
14  Q. Now, you mentioned that there were, I believe,
15  and correct me if I'm wrong, several incidents, but you
16  can only remember that one?
17  A. Only the comment that was made, yes.
18  Q. Okay. Do you remember anything about any other
19  comments?
20  A. No.
21      MS. BREWINGTON: Off the record.
22      (Discussion off the record.)
23      (Recess taken.)
24      MS. BREWINGTON: I would like to show you

Page 31

1   another document if I could.
2       (Patrone Deposition Exhibit 2 was marked for
3   identification.)
4       THE WITNESS: Do you want me to read it to
5   myself?
6   BY MS. BREWINGTON:
7   Q. Go ahead and review it first.
8   A. Okay.
9   Q. First, just tell me what this document is, just
10  for the record, so it is clear on the record.
11  A. To me, it seemed that it is just a basic
12  conversation, Terry just apologizing for, you know,
13  pouring her heart or coming to me with a problem, and I
14  just basically said it was no big deal, it was okay.
15  Q. It is an e-mail and it is dated Monday, April
16  7th, 2003; is that correct?
17  A. That's correct. That's what the e-mail says.
18  Q. Were you friends with Terry?
19  A. Yes, I guess you could say. We were friends, but
20  we really worked closely, a lot.
21  Q. Are you still friends with Terry?
22  A. We have not had any contact since shortly after
23  this incident.
24  Q. So shortly after her employment ended, you didn't

Page 32

1   really talk to her after that?
2   A. No. We both agreed it was best not to.
3   Q. Why did you feel it was best not to talk to Terry
4   anymore?
5   A. She had already obtained a lawyer, and he was the
6   one that actually said it was best that we don't have
7   anymore contact, and so I kind of agreed and I said okay,
8   and so we have never had any contact.
9   Q. Do you know who that lawyer was?
10  A. No, I don't know his name.
11  Q. It was a he though?
12  A. I got the impression, yes, it was a he.
13  Q. Okay. So did you talk with her at all
14  afterwards?
15  A. After that conversation?
16  Q. No. Her employment ended April 10th, 2003.
17  Okay. I'm going to represent that to you. So April of
18  2003. Do you remember when you had that conversation
19  with her?
20  A. About ceasing contact?
21  Q. Yes.
22  A. Oh, that was after the incident.
23  Q. It was after April 10th of 2003?
24  A. Right.

Page 33

1   Q. Was it a month afterwards? Two months
2   afterwards?
3   A. The time frame, I don't recall. But I could say
4   probably after the third time we got together.
5   Q. Oh, okay.
6   A. About. That's an approximate.
7   Q. That's okay. So you got together approximately
8   three times after she ended her employment with
9   CitiSteel; is that correct?
10  A. Right. After the incident. I just call it the
11  incident.
12  Q. Okay. We will call it the incident then. After
13  the incident, three times after that, then you ceased
14  contact?
15  A. Right.
16  Q. Both of you. Okay. I just needed to understand.
17      Did your father suggest not to continue
18  contact with Terry?
19  A. He made that suggestion too.
20  Q. Now, I would like to ask you about this e-mail.
21  You've had an opportunity to review it, right?
22  A. Mm-hmm.
23  Q. Did you discuss the sexual harassment with Terry
24  on this day, that's April 7th, 2003?

9 (Pages 30 to 33)

Snyder                                         v.                    Citi Steel, USA, Inc.
Carmella Patrone                      C.A. # 04-970-JJF                      June 19, 2006

---

Page 34

1   A.  On April 7th, you mean that day?

2   Q.  Yes, on this day.

3   A.  From the e-mail, that is the impression, it seems

4   that there was a conversation.

5   Q.  Okay.  But you don't remember a specific

6   conversation on that day?

7   A.  No, no.

8   Q.  That would just be based on what you are seeing

9   in front of you?

10  A.  Right, what I'm...

11  Q.  Does this e-mail help refresh your recollection

12  of an incident with Terry discussing the sexual

13  harassment?

14  A.  The details, no.

15  Q.  Does it help you remember anything?

16  A.  No. I'm not sure what is it you are asking for.

17  Q.  I guess I'm trying to understand, after reviewing

18  this e-mail, does this help jog your memory of an issue

19  that you talked about the sexual harassment with Terry?

20  A.  I would have to say no.  Nothing is coming to my

21  mind.

22  Q.  Well, tell me about what this e-mail basically

23  says between the two of you.

24  A.  Well, based on this e-mail, it started the second

---

Page 35

1   day she started there.  She was just basically explaining

2   why she did not feel comfortable reporting it, because

3   she was a temp at the time, and who is going to believe

4   her, it is her word against his.  That's pretty much it.

5   Pretty much, I mean...

6   Q.  Did she tell you at any time that she didn't want

7   to see Randolph Harris fired?

8   A.  Oh, yes.

9   Q.  Did she tell you that she loved her job and

10  didn't want to lose it?

11  A.  Yes.

12  Q.  Do you know whether she talked about the sexual

13  harassment with anyone else at CitiSteel?

14  A.  I don't believe she did.  I mean, at least I am

15  not familiar with that conversation, no.

16  Q.  Would you consider yourself her confidant?

17  A.  I'm not sure what that means.

18  Q.  I guess, would you consider yourself the one that

19  she confided in about the sexual harassment?

20  A.  Yes.

21  Q.  Did you feel uncomfortable when she would talk to

22  you about the sexual harassment?

23  A.  No, I wasn't.

24  Q.  You responded to her in the e-mail like right

---

Page 36

1   above that and you indicate, "You can pour out your

2   problems anytime you need to.  I certainly understand

3   what you're going through."  Did you understand what she

4   was going through?

5   A.  Based on what she has been telling me.

6   Q.  What did you understand about what she was going

7   through?

8   A.  That she was being sexually harassed and she just

9   got stuck.  That's basically the way I got the

10  impression.

11  Q.  Why did you think she was stuck?

12  A.  She didn't want to report it to human resource,

13  at the same time her saying no wasn't stopping the whole

14  thing either.  But she didn't want to lose -- she didn't

15  want to quit either.  She liked her job.

16  Q.  So was it your understanding that she had told

17  Randolph she wasn't interested and she said no to his

18  advances?

19  A.  Yes.

20  Q.  Okay.  Do you know why she didn't want to tell

21  human resources?  Did she tell you that?

22  A.  Basically, she didn't want to lose her job, and

23  she didn't want it to become an uncomfortable situation,

24  when everybody knows about it.  Her word against his.

---

Page 37

1   Q.  Do you know why she thought she was going to lose

2   her job?

3   A.  Why she thought she would lose her job?

4   Q.  Yes.

5   A.  No, I can't really speak for her mind, no.

6   Q.  I didn't think you could.  I was wondering if

7   that might jog your memory, like maybe she told you why.

8   But if she didn't, that's okay.

9   A.  No.

10  Q.  The next sentence is, "Hopefully we will figure

11  out something to do about it tomorrow night when we get

12  together okay."

13      Carmella, were you trying to help her to

14  figure out how to handle this situation?

15  A.  At the time, yes.  But what the situation was, I

16  don't remember.

17  Q.  Oh, the specifics of whatever --

18  A.  Right.  I mean, she would come to me each time

19  with different situations asking for advice.  But what

20  the situation is, I don't recall.

21  Q.  But you do think it was about sexual harassment?

22  A.  Yes, there have been occasions, yes.

23      MS. BREWINGTON:  If I could have that marked

24  as Patrone 3.

---

10 (Pages 34 to 37)

Snyder                                    v.                    Citi Steel, USA, Inc.
Carmella Patrone              C.A. # 04-970-JJF                      June 19, 2006

Page 38

1    (Patrone Deposition Exhibit 3 was marked for
2  identification.)
3    Q.   The top of this e-mail is an e-mail from Terry
4  Snyder to yourself; is that correct?
5    A.   Correct.
6    Q.   And it is dated Wednesday, April 9th, 2003; is
7  that also correct?
8    A.   Correct.
9    Q.   And that's actually two days after the previous
10  exhibit is dated?
11    A.   That's correct.
12    Q.   I just want to ask you about the top portion of
13  this e-mail, this paragraph, it begins with "Carmella,"
14  coma.
15    A.   Okay.
16    Q.   Do you remember receiving this e-mail?
17    A.   Yes.
18    Q.   The first sentence begins off with, "You were
19  wrong...Jerry, Greg or Dennis warned him (one of the
20  three)...Randolph walked in at 7:14 a.m. (usually rushing
21  in at 7:15) without his briefcase said good morning to
22  the" -- okay. I don't think there is a period, so that
23  would cause me to read the whole paragraph.
24         The only thing I'm concerned about really is

Page 39

1  this first sentence, "You were wrong...Jerry, Greg or
2  Dennis warned him." Do you know what that is about?
3    A.   No. But I know that she had reported to it human
4  resources.
5    Q.   Did she -- I'm sorry.
6    A.   But I don't remember what it was about, though.
7    Q.   Okay. Did you know that she was going to report
8  it to human resources?
9    A.   Yes.
10    Q.   Did she tell you before she was going to do it?
11    A.   Can you move your hand, please?
12    Q.   I'm sorry. I'm sorry.
13    A.   That's okay.
14    Q.   Did she tell you that she was going to report it
15  to human resources before she actually did it?
16    A.   Yes. Well, I don't know if before or after, but
17  she did tell me.
18    Q.   Okay. But you don't have any idea what you may
19  have been wrong about?
20    A.   No.
21    Q.   Terry Snyder, her employment ended in April of
22  2003. Okay. The actual date was April 10th. What is
23  your understanding of why she left CitiSteel?
24         MS. DIBIANCA: I'm going to object to the

Page 40

1  extent that it calls for speculation. And the witness
2  can go ahead and answer.
3         THE WITNESS: So I can go ahead and answer
4  the question? Okay.
5         Please repeat the question.
6  BY MS. BREWINGTON:
7    Q.   What is your understanding of why Terry left
8  CitiSteel?
9    A.   My understanding was there was a meeting with
10  her, Jerry Downie, Jim Ryan. I don't know if there was
11  any other person, but I know it was at least them three.
12  They had a meeting regarding the sexual harassment
13  complaint she filed. They basically offered her two
14  options. One was to take a transfer to shipping. The
15  other one was voluntary resignation. And that was it.
16         So that's what I was told, but I'm not sure,
17  what is it you wanted me to --
18    Q.   That's fine. I just wanted to know what your
19  understanding was. That's what you were told; is that
20  correct?
21    A.   Correct.
22    Q.   Were you told that by Terry?
23    A.   Yes.
24    Q.   Did you discuss this incident with anyone else?

Page 41

1    A.   No.
2    Q.   Were you aware that CitiSteel was going to
3  eliminate the clerk/typist position in the meltshop?
4    A.   No, I was not aware.
5    Q.   So you weren't aware of that at any time? I'm
6  even talking about now.
7    A.   Any time.
8    Q.   Okay. Do you know who the clerk/typist was in
9  the plate mill, the name of the person?
10    A.   Oh, no clue.
11    Q.   No clue. Like you are just not even -- okay,
12  okay?
13         MS. CONNOR: I'm sorry clerk/typist where?
14         MS. BREWINGTON: In the plate mill.
15  BY MS. BREWINGTON:
16    Q.   How about the name of the clerk/typist in the
17  shipping department in April of 2003?
18    A.   I don't know who that is either.
19    Q.   Do you not work with those people?
20    A.   No, I don't work closely with the paper or the
21  shipping department.
22    Q.   It is just the melting shop?
23    A.   Correct.
24    Q.   Who did Terry Snyder's job after she left in

11 (Pages 38 to 41)

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 42

1  April of 2003?
2    A.  They hired a temp.  Actually, I really can't
3  answer that because I don't know in chronological order
4  who did it exactly.  They did hire someone, but it didn't
5  last long.
6    Q.  Okay.  Do you remember the name of the person
7  that they hired?
8    A.  No, as I said.  Actually, you know what, I'm not
9  even sure if they did hire anybody after that.  They
10  might have just distributed the job to other people.
11    MS. BREWINGTON:  If I could step out for two
12  minutes and consult, and I'll come right back.  See if I
13  have anything else.
14    (Recess taken.)
15  BY MS. BREWINGTON:
16    Q.  I just have a few more questions for you.  We
17  have previously discussed that Terry's employment ended
18  April 10th of 2003.  And my question that I'm getting
19  ready to ask you is going to be about that specific time
20  period in or around April of 2003.
21    A.  Okay.
22    Q.  Was there a time when Jim Ryan and Jerry Downie
23  came to your office looking for Terry?
24    A.  Yes.

Page 43

1    Q.  Do you know when that was?  Was it around the end
2  of her employment there?
3    A.  It would be the last day she was there, yes.
4    Q.  What do you remember about that?
5    A.  Well, she was in my office.  She was dropping off
6  the paperwork.
7    Q.  Was it work-related paperwork?
8    A.  Yes, it was a bill of lading.  And Jerry Downie
9  came looking for her and asked her to meet with him in
10  the office after she was done talking with me.  And that
11  was it.
12    Q.  Did you know why he needed to meet with her?
13    A.  No.
14    Q.  Did he say?
15    A.  No.
16    Q.  Did she respond to him in any way?
17    A.  She said okay, basically, I think.
18    Q.  Okay.  Was it odd to you that he was coming there
19  to look, to get her?
20    A.  I didn't think it was odd.
21    Q.  Did you know what they were discussing?
22    A.  I could take an educated guess, it was about the
23  harassment suit.
24    Q.  Is that because you were friends with her and you

Page 44

1  had talked to her about it?
2    A.  Because I was aware of it.
3    Q.  Okay.  Now, this is something you said earlier
4  and I want to get clarification on it.  Are there times
5  when Terry and yourself, you would walk the grounds to do
6  your inventory?
7    A.  I would say yes, there have been times.
8    Q.  Did Terry tell you or were you aware of at any
9  time that there was writing on a wall regarding Terry?
10    A.  Writing on a wall?
11    Q.  Outside, on a brick wall about Terry?
12    A.  I don't remember.
13    Q.  You don't remember.  While walking around doing
14  the inventory, do you remember seeing anything
15  graffiti-like regarding Jerry Downie?
16    A.  I don't recall.
17    MS. BREWINGTON:  Do you have anything
18  further?
19    Okay.  I don't think I have anything
20  further.  Thank you.
21    I don't have anything further.  Thank you.
22    EXAMINATION
23  BY MS. DIBIANCA:
24    Q.  My turn.  The reports that you discussed in the

Page 45

1  very beginning of your testimony that you had been doing
2  and then you were training Terry how to do, okay, after
3  Terry left who took that responsibility over?
4    A.  I'm not sure.  We had several temps come through.
5  But I can't recall if it was before Terry or afterward.
6  But I think in the end it just finally got split up among
7  the people that were already there.
8    Q.  Okay.  And that's the accounting part, I'm
9  talking about.
10    A.  Yes, the inventory part of it, yes.
11    Q.  Okay.  And you talked about some problems getting
12  the necessary information from the people to do those
13  accounting and the reports.  Do you see similar problems
14  now?
15    A.  Yes.
16    Q.  It is still difficult to get the necessary
17  information to generate that report or do the inventory?
18    A.  It has improved somewhat, but there is still room
19  for improvement, is the best way for me to say that.
20    Q.  Okay.  We are going to go to Patrone 1, which is
21  this one.
22    A.  Okay.
23    Q.  And in the third paragraph down --
24    A.  Not including the first one.

B-0488

12 (Pages 42 to 45)

Snyder                                    v.                    Citi Steel, USA, Inc.
Carmella Patrone              C.A. # 04-970-JJF                      June 19, 2006

Page 46

1    Q.  Skip.
2    A.  This one?
3    Q.  Yes.  Starts with "Actually."
4    A.  The last sentence, last two sentence.
5    Q.  It says, "Actually, you have been doing a lot
6    more than before that's for sure."  Do you recall what
7    you meant by that?
8    A.  I think that she, from this, from reading this,
9    it means that she has been picking up on her
10   responsibilities, doing more work for me that I liked her
11   to do.
12   Q.  At the time of this e-mail or about that time,
13   was there room for her to improve her job performance?
14   Had she learned everything and done everything at that
15   point or she still had more work to do?
16   A.  Well, there is always room for improvement,
17   always increase the mind.  There was still work she had
18   to do, which was standard cost, and that's what I had to
19   get her trained in.
20   Q.  Did you have trouble training her in standard
21   costs?
22   A.  You know what, after the e-mail we started to get
23   together, but then, like I said, she was only there for
24   two weeks and that was it.

Page 47

1    Q.  Okay.  Did you train the next person or people
2    who were doing standard costs?  Did you have to train
3    them also?
4    A.  Actually no, that part came back to me and I
5    ended up continuing to do that.
6    Q.  What about the other things that you were
7    training her on?
8    A.  Thinking about it now, I ended up taking back all
9    the responsibility, now that I think of it, yes.
10   Q.  Okay.  I want to kind of focus on the time frame
11   for when Terry first came to you complaining about sexual
12   harassment.  You said it was winter, correct?
13   A.  Yes.
14   Q.  And it would have been the last winter of her
15   employment?  Would that be right?
16   A.  The last winter?
17   Q.  Let me think it out here.  I'll tell you, she
18   started to work in August of 2001.  So there would have
19   been the winter of 2001 to 2002, and then the winter
20   between 2002 and 2003.
21   A.  Okay.
22   Q.  So would it have been 2002/2003?
23   A.  I would say yes.  Because it wasn't that long
24   period of time.  That would make more sense logically.

Page 48

1    Q.  Okay.  Let's go to Patrone 2.  I'm just going to
2    point it out to you because there is no paragraphs in
3    this.
4    A.  Okay.
5    Q.  And then I'll point it out to Lori also.
6         Lori, it is right here, "You said you would
7    have done something" --
8         MS. BREWINGTON:  Okay.
9    Q.  In this e-mail from Terry to you she says that
10   when she talked to you about her complaints, one of your
11   responses was that, quote, you would have done something
12   sooner and more professional.
13        Can you explain what she might have meant or
14   what she did mean by that, how you understood it?
15   A.  Basically, to file a formal complaint in Human
16   Resource Department against the person.
17   Q.  And is that the advice that you gave her?
18   A.  Yes.
19   Q.  And can you tell me why you felt that was the
20   right thing to do?
21   A.  Because, because there is no other -- I don't
22   know.  That just came to my mind from a business
23   standpoint.
24   Q.  Okay.  Now, today, in 2006, if someone came to

Page 49

1    you, a different person and said, I'm being harassed at
2    work, would you tell them to report it to HR?
3    A.  Yes, I would still give that advice.  I mean,
4    basically, there are two things I would say.  One is
5    report it or confront the person.  That's basically what
6    I would have said.
7    Q.  And can you just give me, just in your opinion,
8    why it is good advice, why is that the right thing to do?
9    A.  Reporting it to human resource at least, the
10   Human Resource Department can do a proper investigation.
11        The other one, as far as confronting person
12   to make sure there was no misunderstanding.
13   Q.  Do you think that there was a misunderstanding in
14   this case?
15   A.  I think there is definitely a lot of
16   communication problem, definitely.
17   Q.  Can you explain that for me?
18   A.  Well, a lot of times people perceive how people
19   say things differently.  Like when somebody says
20   something to me, I could interpret it differently than
21   what they intend it to be.  That's what I really mean.
22   It is a communication issue.  The problem is, I really
23   don't know the whole situation, what was going on.
24   Q.  Did you ever see Randolph interact with Miss

13 (Pages 46 to 49)

Snyder
Carmella Patrone

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 50

1  Snyder inappropriately?
2     A.  No.
3     Q.  Have you seen Mr. Harris interact with anyone
4  inappropriately?
5     A.  No.
6     Q.  Do you think that Mr. Harris is an honest person?
7     A.  Yes.
8     Q.  Can you tell me anything else about his
9  character?
10    A.  His character?
11    Q.  Other than he is honest?
12    A.  I think he is nutty.
13    Q.  He is what? Nutty?
14    A.  He is nutty. I don't know a better word to
15  describe it.
16    Q.  Does he take responsibility for his mistakes?
17    A.  Yes. I have seen him do that.
18    Q.  Is there an example you can remember?
19    A.  Well, as far as work, when there was a problem,
20  if the people under him didn't do the job correctly, if I
21  told him about it, you know, rather than pointing fingers
22  at someone else, he actually took responsibility and
23  said, "No, this is wrong. I will take care of it." And
24  then he dealt with the problem.

Page 51

1     Q.  Okay. Do you think that that is unusual in the
2  work place, generally speaking? Did he stand out for
3  having that characteristic?
4     A.  Yes, it is very rare that we have that, that
5  somebody would admit their mistake.
6     Q.  Okay. His reputation, did he have a good
7  reputation in the work place?
8     A.  Yes.
9     Q.  Let me ask you about the lunch policy. What was
10  the lunch policy, if there was one, at CitiSteel during
11  Miss Snyder's employment?
12    A.  I'm not sure what the policy itself was. I know
13  like my department, basically, we get an hour lunch. And
14  that's it. But I don't know if it was different in
15  meltshop or whatever.
16    Q.  Could employees leave the property during their
17  lunch hour?
18    A.  As far as I know, yes. I sure did.
19    Q.  Did employees have to ask permission if they were
20  going to leave or notify someone that they were going to
21  be off the grounds?
22    A.  I never had to.
23    Q.  Okay.
24    A.  So I would assume they don't have to.

Page 52

1     Q.  Did Terry tell you about the disciplinary
2  write-up she received in March 2003?
3     A.  Yes, about the job performance. Is that what you
4  are talking about?
5     Q.  Yes.
6     A.  Yes, she did.
7     Q.  Can you tell me what she said?
8     A.  Only what she said in the e-mail, that, basically
9  that they had her formally written up for her
10  performance. I didn't take it as a disciplinary action.
11  It was more like a job performance review.
12    Q.  Those were my words, so I'm sorry if they are
13  wrong.
14    A.  I wanted to make sure we were talking about the
15  same thing.
16    Q.  So it was just in an e-mail, not a conversation?
17    A.  Was she what?
18    Q.  Was this just in an e-mail, only in an e-mail?
19    A.  That she told me about it, yes.
20    Q.  Was she upset about it?
21    A.  Oh, very.
22    Q.  Can you tell me about that?
23    A.  Well, she was upset with me because they had
24  indicated that I had said that she wasn't doing her job.

B-0490

Page 53

1     Q.  Okay. I think we are talking about two different
2  things.
3     A.  Oh, we are.
4     Q.  Sorry. There was actually more of a discipline,
5  I believe like a warning, a written warning. It was
6  signed by Greg Vurgino, Randolph Harris and Dennis Ford,
7  and that was March 2003, beginning of March 2003, I'll
8  represent to you. Do you remember any of that?
9     A.  I'm thinking that was going to the job
10  performance.
11    Q.  So maybe Mr. Vurgino came to you before that
12  write-up or related to that?
13    A.  That's the impression I get.
14    Q.  So go ahead. Then we are on the same page.
15    A.  Okay.
16    Q.  You said she was upset. Can you tell me about
17  that?
18    A.  Well, she was upset. She felt that they weren't
19  being fair to her, and that they were really giving her a
20  hard time, and she really felt that Randolph Harris was
21  really the one giving her the hard time about it.
22    Q.  Did she tell you why she thought it was only Mr.
23  Harris?
24    A.  Because of the sexual harassment situation.

14 (Pages 50 to 53)

Wilcox & Fetzer, Ltd.          Professional Court Reporters          (302)655-0477

Snyder                                         v.                    Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF                      June 19, 2006

Page 54

1   Q.  Did she tell you that all three of them had
2   signed it, Mr. Vurgino, Mr. Ford and Mr. Harris, or that
3   they --
4   A.  I don't recall about the signing of the
5   paperwork, but I do recall about them three indicating
6   the same opinion, I could say that.
7   Q.  Okay.  Did she tell you that Mr. Ford had told
8   her that it was Mr. Harris' idea?
9   A.  No.  I don't recall that being pointed out.
10  Q.  Okay.  I think I asked you this.  I'm sorry, but
11  I'm going to ask again.  I don't remember.  Did you have
12  a conversation about it or was it just an e-mail, just
13  that e-mail?
14  A.  About the poor performance review, that was just
15  mainly through the e-mail.
16  Q.  Okay.  After that point did you see any change in
17  her behavior?
18  A.  Upset or anything?
19  Q.  Yes.
20  A.  Yes, she was clearly upset by it.
21  Q.  From that point forward until the end of her
22  termination --
23  A.  Mm-hmm.
24  Q.  I'm sorry, until the end of her employment.

Page 55

1   A.  Well, repeat that again.
2   Q.  I was just clarifying my question.  I had said
3   until the end of termination, which was the wrong word.
4   A.  Right.  But what is the question?
5   Q.  Did you see a change in her, and you said, "Yes."
6   And then I believe I said, "Was she upset from that point
7   until the end of her employment, more upset?"
8   A.  Yes, I would say she was.
9   Q.  Can you tell me like any description of that,
10  what made you think that?
11  A.  Well, I think she was worried about her job.
12  From my perspective, she felt very pressured.
13  Q.  Very pressured.  Was she mad at Mr. Harris?
14  A.  Yes, I would say she would be mad.
15  Q.  Would you say that she is an aggressive person?
16  A.  She can be.
17  Q.  Is she outspoken?
18  A.  Yes.
19  Q.  Have you ever seen her be confrontational with
20  others?
21  A.  I have not witnessed that, no.
22  Q.  Does she have a reputation for being
23  confrontational?
24  A.  No one has ever said anything to me about that.

Page 56

1   Q.  Okay.  Do you have any reason to think that she
2   is confrontational?
3   A.  Because she was sharing some of the stories with
4   me.
5   Q.  Some of the stories?
6   A.  Mm-hmm.
7   Q.  Can you give me any examples that you recall?
8   A.  Well, like if someone said something to her
9   inappropriately or did something wrong, that she thought
10  was not right, she has no problem confronting the person.
11  She would speak her mind.
12  Q.  Right.  Okay.  Did she tell you about different
13  times when she confronted Mr. Harris about different
14  things?
15  A.  She had told me that.
16  Q.  Do you recall any examples about those?
17  A.  I don't recall the conversation, but I do recall
18  that she had confronted him about it.
19  Q.  Were they just generally work-related things or
20  specifically about the harassment?
21  A.  I think it was a combination of both.
22  Q.  She did confront Mr. Harris about various things,
23  including the harassment?
24  A.  Correct.

Page 57

1   Q.  Okay.  What about with Mr. Ford, do you recall if
2   she was confrontational with him?
3   A.  Yes, she would be upset with him sometimes.
4   Q.  And she would tell him when she was upset?
5   A.  Yes, I would believe so.
6   Q.  Did she have a hot temper?
7   A.  A hot temper?
8   Q.  Yes.
9   A.  I would consider that the same as aggressive.
10  Q.  Okay.  I'm going to go back to this one, number
11  2.  The second line at the very end, it says, "I am the
12  type," and then next line says, "of person not to hold
13  things in."
14          Do you see that, Lori?
15          MS. BREWINGTON:  Am I looking at the right
16  one?
17          MS. DIBIANCA:  You are.
18          MS. BREWINGTON:  Towards the bottom?
19          MS. DIBIANCA:  No, second line.
20          MS. BREWINGTON:  Okay, yes.
21  BY MS. DIBIANCA:
22  Q.  This is Patrone 10, which is also marked as
23  Plaintiff's 210.  And the line that I'm referring to
24  says, "I am the type of person not to hold things in,"

15 (Pages 54 to 57)

Snyder                                          v.                          Citi Steel, USA, Inc.
Carmella Patrone                        C.A. # 04-970-JJF                          June 19, 2006

Page 58

1  and this was in Terry's e-mail to you.
2  **A. Yes.**
3  Q. Do you think that that fairly characterizes her
4  personality, that she is the type of person who would not
5  hold things in?
6  **A. Yes.**
7  Q. Does it make sense to you, then, that she did not
8  complain about harassment if she is not a person that
9  would hold things in?
10  **A. You mean to human resource?**
11  Q. Yes.
12  **A. Did it make sense to me?**
13  Q. Yes.
14  **A. In some degrees, yes.**
15  Q. Looking back now, does it make sense to you?
16  **A. I'm not sure how to answer that.**
17  Q. I don't want you to guess. Do you want me to
18  rephrase the question or you just don't know how to
19  answer it?
20  **A. Well, you can rephrase it. Maybe I'll be able to**
21  **answer it then.**
22  Q. I guess my question is: She did not complain to
23  human resources about the allegations she made about Mr.
24  Harris for a period of some time, I'll say, between the

Page 59

1  time she first talked to you about it and then until
2  April of 2003. I'm just wondering, I'm just trying to
3  figure out why she would not complain if she is the type
4  of person who is not the type of person to hold things
5  in, is confrontational, not afraid to speak her mind, so
6  I'm trying to just sort of understand why that would
7  happen. I'm wondering if you can give me any insight or
8  if that, in fact, to you does not add up.
9  I don't want you to guess. If you don't --
10  **A. No, I'm not guessing. I do remember that we had**
11  **a conversation as to the reasons why she didn't want to**
12  **report it. One of them was she didn't want to make**
13  **waves, didn't want it to become a public thing. And her**
14  **intentions were just to stop it. That is the only thing**
15  **that I could say why she didn't report it to human**
16  **resource.**
17  Q. Okay. So she said she did not want other people
18  to know about her allegations?
19  **A. Yes, she definitely didn't want anybody else to**
20  **know.**
21  Q. Did she spend time in your office socializing?
22  **A. Not unusually, no.**
23  Q. Unusually, you mean not more than others?
24  **A. Yes. I don't like to talk very long on the job,**

Page 60

1  **so even if she does I will cut it short.**
2  Q. You are too busy?
3  **A. Yes.**
4  Q. This is my last one, I promise.
5  **A. I'm all right.**
6  Q. Have you ever seen Mr. Harris engaged in any type
7  of sexually inappropriate behavior at any time towards
8  any person?
9  **A. No.**
10      MS. DIBIANCA: That's all I have.
11          RE-EXAMINATION
12  BY MS. BREWINGTON:
13  Q. I just have one question. I think you just
14  mentioned that in some degrees it makes sense to you that
15  she would not tell HR. Is that correct?
16  **A. Correct.**
17  Q. I just want to know from you, in some way that
18  makes sense to you, that's correct, that she wouldn't
19  tell HR. In what way does that make sense to you?
20  **A. Because a lot of women believe that if they**
21  **report it they will be punished for it.**
22  Q. And so do you think that that is what Terry
23  thought?
24  **A. I would -- based on my perspective, I would say**

Page 61

1  **that.**
2  Q. What about based on what she told you, would you
3  still agree she would be punished?
4  **A. No, because she wasn't afraid, so I didn't really**
5  **think that was a very big issue.**
6  Q. So you didn't think that she was afraid of losing
7  her job?
8  **A. I couldn't say that. I think there was always**
9  **that risk there and that could be one of the reasons why**
10  **she wouldn't do it.**
11      MS. BREWINGTON: Okay. I don't have
12  anything further.
13          RE-EXAMINATION
14  BY MS. DIBIANCA:
15  Q. I do have one more. You just said that she was
16  not afraid?
17  **A. Right.**
18  Q. I just want to make sure I understand that. She
19  just was not afraid of what? Of Mr. Harris? Was she
20  afraid of him?
21  **A. She was not afraid of him, no.**
22  Q. Was she afraid generally? Generally speaking,
23  was she the type of person who was afraid easily? I just
24  want to make sure I'm understanding, when you say she is

16 (Pages 58 to 61)

Snyder                                      v.                    Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF                      June 19, 2006

Page 62

1  not afraid.
2      A.  Well, she doesn't get scared easily, let me put
3  it that way.  I think there might have been times she
4  was, but she usually bounces back.
5      MS. DIBIANCA:  Okay.  That's all I have.
6  I'm done.
7      MS. BREWINGTON:  Nothing.
8      (Proceedings conclude at 12:05 p.m.)
9
10          I N D E X
11  DEPONENT:  CARMELLA PATRONE              PAGE
12    Examination by Ms. Brewington          2, 60
      Examination by Ms. DiBianca            44, 61
13
14        E X H I B I T S
15  PATRONE DEPOSITION EXHIBITS             MARKED
16  1 - 3/12/03 Snyder/Patrone e-mail chain   11
    2 - 4/7/03 Snyder/Patrone e-mail chain    31
17  3 - 4/9/03 Snyder/Patrone e-mail chain    37
18
19  ERRATA SHEET/DEPONENT'S SIGNATURE     PAGE 63
20  CERTIFICATE OF REPORTER                PAGE 64
21
22
23
24

Page 64

1  State of Delaware )
                     )
2  New Castle County )
3
4         CERTIFICATE OF REPORTER
5
       I, Eleanor J. Schwandt, Registered
6  Professional Reporter and Notary Public, do hereby
   certify that there came before me on the 19th day of
7  June, 2006, the deponent herein, CARMELLA PATRONE, who
   was duly sworn by me and thereafter examined by counsel
8  for the respective parties; that the questions asked of
   said deponent and the answers given were taken down by me
9  in Stenotype notes and thereafter transcribed by use of
   computer-aided transcription and computer printer under
10 my direction.
11     I further certify that the foregoing is a
   true and correct transcript of the testimony given at
12 said examination of said witness.
13     I further certify that I am not counsel,
   attorney, or relative of either party, or otherwise
14 interested in the event of this suit.
15
16
17         Eleanor J. Schwandt
18         Certification No. 125-RPR
19         (Expires January 31, 2008)
20
   DATED:
21
22
23
24

Page 63

1
2
3
4        REPLACE THIS PAGE
5        WITH THE ERRATA SHEET
6        AFTER IT HAS BEEN
7        COMPLETED AND SIGNED
8        BY THE DEPONENT.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

B- 0493

17 (Pages 62 to 64)

B- 0494

| | | |
|---|---|---|
| Snyder | v. | Citi Steel, USA, Inc. |
| Carmella Patrone | C.A. # 04-970-JJF | June 19, 2006 |

Page 65

**A**

**able** 58:20
**about** 2:15 3:7 5:1
6:15 7:8 9:23 10:2
10:2 11:1,13,17
12:6,8,9 13:1,10
13:14,18,23 14:2
15:1,15 16:13,18
17:9,24 18:3,4,23
19:12,23 20:3
21:17,21 23:18
24:16 25:4 26:18
26:23 27:2,21
28:1,2,15,16,17
29:6,22 30:2,8,18
32:20 33:6,20
34:19,22 35:12,19
35:22 36:6,24
37:11,21 38:12,24
39:2,6,19 41:6,16
42:19 43:4,22
44:1,11 45:9,11
46:12 47:6,8,11
48:10 50:8,21
51:9 52:1,3,4,14
52:19,20,22 53:1
53:16,21 54:4,5
54:12,14 55:11,24
56:12,13,16,18,20
56:22 57:1 58:8
58:23,23 59:1,18
61:2
**above** 36:1
**According** 21:23
**account** 5:24 6:2,5
6:11
**accountant** 5:3,7,8
5:20,23
**accounted** 8:2
**accounting** 7:3 22:4
45:8,13
**accuracy** 7:21
**across** 22:12
**action** 1:4 2:12
52:10
**actual** 2:14 5:5
10:17 39:22
**actually** 5:2 8:2
10:18 17:16,18
21:6 32:6 38:9
39:15 42:2,8 46:3
46:5 47:4 50:22
53:4
**add** 59:8
**admit** 51:5
**advances** 36:18

**advantage** 19:24
**advice** 21:7 24:17
37:19 48:17 49:3
49:8
**advises** 3:22
**afraid** 59:5 61:4,6
61:16,19,20,21,22
61:23 62:1
**after** 12:18 20:23
20:24 26:3 28:8
31:22,24 32:1,15
32:22,23 33:4,8
33:10,12,13 34:17
38:9 39:16 41:24
42:9 43:10 45:2
46:22 54:16 63:6
**afterward** 45:5
**afterwards** 32:14
33:1,2
**again** 25:22 54:11
55:1
**against** 2:12,15
15:8,10 16:5 35:4
36:24 48:16
**aggressive** 55:15
57:9
**ago** 4:20 12:9
**agree** 61:3
**agreed** 32:2,7
**ahead** 25:12 31:7
40:2,3 53:14
**allegations** 58:23
59:18
**Allen** 6:4
**alloy/flux** 12:14
14:2
**almost** 5:15
**already** 32:5 45:7
**always** 4:17 46:16
46:17 61:8
**among** 45:6
**analyst** 4:16,17 5:4
5:9
**angry** 27:17
**annoyed** 17:18
**another** 6:13 31:1
**answer** 3:21,23
21:8 23:13 24:5
40:2,3 42:3 58:16
58:19,21
**answers** 2:22 64:8
**anticipate** 3:15
**anybody** 42:9 59:19
**anymore** 32:4,7
**anyone** 35:13 40:24
50:3
**anything** 3:11 6:6

6:12 8:8 9:23 12:9
13:7 15:9 16:4,9
16:10,21 19:16
20:19 25:1 26:18
28:16 30:18 34:15
42:13 44:14,17,19
44:21 50:8 54:18
55:24 61:12
**anytime** 15:10 36:2
**Anyway** 12:4
**apologizing** 31:12
**APPEARANCES**
1:12
**approximate** 33:6
**approximately** 27:5
33:7
**approximation** 27:7
**April** 24:3 26:8,9
27:10 31:15 32:16
32:17,23 33:24
34:1 38:6 39:21
39:22 41:17 42:1
42:18,20 59:2
**around** 12:7 13:13
42:20 43:1 44:13
**asked** 2:24 13:2,6
13:18,19 16:13
17:24 27:21 28:1
28:3,14 29:23
43:9 54:10 64:8
**asking** 3:11 12:7
13:14 17:12 24:17
34:16 37:19
**aspect** 7:4 16:22
**assume** 15:24 51:24
**assumed** 16:15
**assuming** 15:22
**attorney** 3:19 64:13
**August** 24:2 47:18
**automatically** 8:19
**Avenue** 1:9,14
**aware** 41:2,4,5 44:2
44:8
**A-L-L-E-N** 6:4
**a.m** 10:12:15,18
38:20

**B**

**B** 62:14
**back** 13:8 17:4
29:21 42:12 47:4
47:8 57:10 58:15
62:4
**back-up** 3:2
**based** 5:16 8:2 34:8
34:24 36:5 60:24
61:2

**basic** 31:11
**basically** 5:24 6:16
7:19,20 10:6,10
10:11 13:2,3 18:9
18:17 19:18 20:19
20:21 22:24
24:15,16,23 29:8
29:10 31:14 34:22
35:1 36:9,22
40:13 43:17 48:15
49:4,5 51:13 52:8
**became** 5:4,9
**become** 36:23 59:13
**before** 1:10 2:17 3:6
8:13 12:15 17:17
19:10 24:8 26:7,7
39:10,15,16 45:5
46:6 53:11 64:6
**beginning** 1:9 4:20
25:20 45:1 53:7
**begins** 38:13,18
**behavior** 54:17 60:7
**being** 7:18 9:2,8
23:8,20 24:15
25:9,13,22 36:8
49:1 53:19 54:9
55:22
**believe** 4:14 30:10
30:14 35:3,14
53:5 55:6 57:5
60:20
**best** 32:2,3,6 45:19
**better** 50:14
**between** 27:10
34:23 47:20 58:24
**big** 31:14 61:5
**bill** 6:24 9:6,7 43:8
**boss** 6:1
**both** 27:18,19 32:2
33:16 56:21
**bottom** 57:18
**bounces** 62:4
**Boyd** 1:19 2:1
**break** 3:14
**Brewington** 1:13
2:8,24 3:3,4 11:1
11:6 30:21,24
31:6 37:23 40:6
41:14,15 42:11,15
44:17 48:8 57:15
57:18,20 60:12
61:11 62:7,12
**brick** 44:11
**brief** 17:11
**briefcase** 38:21
**brought** 2:12
**building** 22:5,12

**bunch** 20:6
**business** 48:22
**busy** 60:2
**butt** 20:9,14

**C**

**call** 28:24 33:10,12
**called** 8:20
**calls** 40:1
**came** 12:5 22:17,21
22:24 28:2 42:23
43:9 47:4,11
48:22,24 53:11
64:6
**care** 50:23
**carefully** 12:4,7
**Carmella** 1:8 2:3,9
3:1 4:3 37:13
38:13 62:11 64:7
**case** 16:20 49:14
**Castle** 64:2
**cause** 20:3 38:23
**cc** 20:10,15
**ceased** 33:13
**ceasing** 32:20
**certain** 12:20
**certainly** 17:16 36:2
**CERTIFICATE**
62:20 64:4
**Certification** 64:18
**certify** 64:6,11,13
**chain** 62:16,16,17
**change** 18:1 27:22
28:11 54:16 55:5
**changed** 30:12
**character** 50:9,10
**characteristic** 51:3
**characterizes** 58:3
**checked** 4:17
**chronological** 23:18
42:3
**circumstances**
12:13
**CITI** 1:6
**CitiPro** 8:19 10:4,7
10:11
**CitiSteel** 2:13 4:11
4:13,20 5:13
10:14,19 24:11
33:9 35:13 39:23
40:8 41:2 51:10
**CitiSteel's** 3:19
**Civil** 1:4
**clarification** 2:21
3:2 44:4
**clarifying** 55:2
**clear** 16:10 17:15

Snyder                                    v.                        Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF                    June 19, 2006

| | | | | |
|---|---|---|---|---|
| 29:16 31:10 | 10:23 41:13 | dealt 50:24 | 31:9 | engaged 60:6 |
| clearly 54:20 | consider 35:16,18 | Defendant 1:7,18 | documents 9:18,20 | enjoy 5:13 |
| clerk/typist 10:14 | 57:9 | definitely 14:15 | doing 11:19 12:10 | enough 21:9 |
| 41:3,8,13,16 | consult 42:12 | 19:15,22 49:15,16 | 12:11,12 17:16,17 | entirely 3:21 |
| closely 31:20 41:20 | consumed 7:19 | 59:19 | 18:11,18 19:3,5,8 | ERRATA 62:19 |
| closing 8:3 | contact 31:22 32:7 | degrading 30:6 | 19:10,14,17 20:19 | 63:5 |
| closure 6:13 | 32:8,20 33:14,18 | degrees 58:14 60:14 | 20:20,21 22:21 | ESQ 1:13,16 |
| clue 13:12 41:10,11 | continue 33:17 | Delaware 1:2,9,14 | 44:13 45:1 46:5 | evaluate 16:22 |
| code 17:6 | continuing 47:5 | 1:17,22 64:1 | 46:10 47:2 52:24 | evaluating 16:21 |
| coma 38:14 | conversation 12:24 | demanded 15:5 | done 6:21,24 7:15 | evaluation 19:3 |
| combination 56:21 | 26:18 29:21 31:12 | Dennis 15:22,24 | 8:18 43:10 46:14 | even 17:10 19:4 |
| come 7:11 14:10 | 32:15,18 34:4,6 | 17:9 25:4 28:5 | 48:7,11 62:6 | 20:9,14 41:6,11 |
| 21:18 25:21 29:9 | 35:15 52:16 54:12 | 38:19 39:2 53:6 | double 8:11 | 42:9 60:1 |
| 29:23 37:18 42:12 | 56:17 59:11 | department 5:2,6 | down 2:23 3:18 | event 64:14 |
| 45:4 | conversations 26:22 | 8:23 9:4 22:6 | 45:23 64:8 | ever 2:17 3:5 17:9 |
| comes 14:11 | 26:23 | 41:17,21 48:16 | Downie 40:10 42:22 | 49:24 55:19,24 |
| comfortable 3:7 | correct 5:12,20,21 | 49:10 51:13 | 43:8 44:15 | 60:6 |
| 25:2,4 35:2 | 7:20 8:13 10:10 | depends 9:2 | dress 29:6,10,24 | everybody 36:24 |
| coming 21:17,21 | 10:15 14:20 18:17 | deponent 62:11 | dropping 43:5 | everyone 12:8 |
| 22:15 31:13 34:20 | 21:12 22:3,7,16 | 63:8 64:7,8 | duly 2:1,5 64:7 | 13:14 10:10,15,18 |
| 43:18 | 26:9 27:11,13 | deposition 1:8 2:11 | during 51:10,16 | everything 8:1,5 |
| comment 29:5,7 | 28:8,9 30:15 | 2:17 3:6 4:5,8 | duties 14:14 | 12:11,12 46:14,14 |
| 30:4,17 | 31:16,17 33:9 | 11:4 31:2 38:1 | _____ | exactly 25:6 42:4 |
| comments 30:19 | 38:4,5,7,8,11 | 62:15 | **E** | examination 2:7 |
| communication | 40:20,21 41:23 | describe 50:15 | E 62:10,14 | 44:22 62:12,12 |
| 49:16,22 | 47:12 56:24 60:15 | description 55:9 | each 37:18 | 64:12 |
| compared 22:8 | 60:16,18 64:11 | detail 6:10 | earlier 44:3 | examined 2:5 64:7 |
| complain 58:8,22 | correctly 10:7 | details 2:16 6:8 | easily 61:23 62:2 | example 12:13,22 |
| 59:3 | 50:20 | 19:23 25:18 28:18 | Edelstein 1:9,13 | 15:2 50:18 |
| complained 12:6 | cost 4:16,17 5:4,9 | 28:21 29:2 34:14 | educated 27:6,7 | examples 56:7,16 |
| complaining 47:11 | 8:10 10:8 18:11 | DiBianca 1:16 2:20 | 43:22 | exhibit 11:4 31:2 |
| complaint 40:13 | 18:14 21:19 46:18 | 39:24 44:23 57:17 | Egner 6:4 | 38:1,10 |
| 48:15 | costs 17:5 46:21 | 57:19,21 60:10 | eight 4:14,20 | EXHIBITS 62:15 |
| complaints 48:10 | 47:2 | 61:14 62:5,12 | either 21:5 25:5 | Expires 64:19 |
| complete 12:14 | counsel 64:7,13 | different 22:13 | 36:14,15 41:18 | explain 3:12 48:13 |
| 14:14 | County 64:2 | 37:19 49:1 51:14 | 64:13 | 49:17 |
| COMPLETED | course 17:1,3 20:5 | 53:1 56:12,13 | elaborate 17:12 | explained 28:24 |
| 63:7 | court 1:1 2:23 3:17 | differently 5:16 | Eleanor 1:10 64:5 | explaining 35:1 |
| computer 6:22 64:9 | cover 20:9,14 | 49:19,20 | 64:17 | extent 40:1 |
| computer-aided | current 4:15 | difficult 12:14 | eliminate 41:3 | E-G-N-E-R 6:4 |
| 64:9 | currently 4:10 | 24:20 45:16 | employed 4:10,13 | e-mail 11:14,21 |
| CONAWAY 1:16 | cut 60:1 | direction 64:10 | 5:17 24:10 | 12:4 20:21 31:15 |
| concerned 38:24 | C-I-T-I-P-R-O 8:20 | directly 9:3 | employees 9:10 | 31:17 33:20 34:3 |
| conclude 62:8 | _____ | disciplinary 52:1,10 | 51:16,19 | 34:11,18,22,24 |
| conduct 7:23 8:1 | **D** | discipline 53:4 | employment 4:19 | 35:24 38:3,3,13 |
| confidant 35:16 | D 62:10 | disclose 29:4 | 24:3 26:8 31:24 | 38:16 46:12,22 |
| confided 35:19 | date 23:21 39:22 | discuss 19:24 27:14 | 32:16 33:8 39:21 | 48:9 52:8,16,18 |
| confirm 24:7,9 | dated 11:16,21 | 33:23 40:24 | 42:17 43:2 47:15 | 52:18 54:12,13,15 |
| confront 49:5 56:22 | 31:15 38:6,10 | discussed 13:1 | 51:11 54:24 55:7 | 58:1 62:16,16,17 |
| confrontational | 64:20 | 26:11 42:17 44:24 | encouraged 25:3 | e-mailes 21:8 |
| 55:19,23 56:2 | day 24:3 33:24 34:1 | discussing 34:12 | end 6:22 20:22 | e-mails 20:10,15,22 |
| 57:2 59:5 | 34:2,6 35:1 43:3 | 43:21 | 23:24 43:1 45:6 | 20:23 |
| confronted 56:13 | 64:6 | Discussion 2:19 | 54:21,24 55:3,7 | _____ |
| 56:18 | days 38:9 | 11:3,10 30:22 | 57:11 | **F** |
| confronting 49:11 | deadlines 12:20 | distributed 42:10 | ended 26:7 31:24 | F 1:19 2:1 |
| 56:10 | 14:1 15:4 | DISTRICT 1:1,2 | 32:16 33:8 39:21 | fact 59:8 |
| Connor 1:19 2:1 | deal 31:14 | document 11:7 31:1 | 42:17 47:5,8 | fair 14:13 26:17 |

Case 1:04-cv-00970-JJF    Document 100-10    Filed 12/27/2006    Page 46 of 49

B- 0496

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 67

27:1 53:19
fairly 58:3
familiar 2:13,14
　10:6,18 35:15
far 7:22 49:11
　50:19 51:18
father 33:17
fault 17:7,14,22
feel 13:20,23 14:3
　15:9 16:4 17:22
　19:2 32:3 35:2,21
felt 12:18 13:24
　18:13 48:19 53:18
　53:20 55:12
FETZER 1:21
few 42:16
figure 37:10,14
　59:3
file 48:15
filed 40:13
finally 45:6
Finance 5:2,5 22:6
find 17:13,14,22
fine 3:3 20:10 24:10
　26:17 40:18
fingers 50:21
finished 6:18 25:12
fired 35:7
first 2:4 7:15 11:12
　11:24,24 12:1,5
　13:1,6 23:16,19
　24:13 25:7,17
　26:4,5,9,14,19
　27:22 28:1 31:7,9
　38:18 39:1 45:24
　47:11 59:1
five 27:8,9 28:8
focus 47:10
followed 21:6
follows 2:6
Ford 15:22,24 25:4
　28:5 53:6 54:2,7
　57:1
foregoing 64:11
formal 20:10,15,20
　48:15
formally 52:9
forward 54:21
four 27:8,9 28:8
fourth 19:21
frame 33:3 47:10
Friday 19:22 20:8
friends 31:18,19,21
　43:24
from 7:1 8:17,17,18
　8:22 10:4,7 13:17
　14:10,11 19:5,14

19:17 20:17 30:2
　34:3 38:3 45:12
　46:8,8 48:9,22
　54:21 55:6,12
　60:17
front 34:9
further 44:18,20,21
　61:12 64:11,13

_____

**G**

gave 12:13 15:2
　48:17
general 6:7,8 16:15
　19:1 29:16
generalization 25:9
generally 9:3 28:2
　51:2 56:19 61:22
　61:22
generate 7:13 45:17
gets 9:1
getting 42:18 45:11
Gilpin 1:9,14
give 23:21,23 28:20
　49:3,7 56:7 59:7
given 12:19 13:20
　64:8,11
giving 17:5 21:16
　21:21 53:19,21
glad 16:7
go 6:18 11:22 15:8
　23:18 25:12 28:4
　31:7 40:2,3 45:20
　48:1 53:14 57:10
going 2:20,21 3:9
　3:15 5:16 15:7
　16:16 24:4 28:24
　29:21 32:17 35:3
　36:3,4,6 37:1 39:7
　39:10,14,24 41:2
　42:19 45:20 48:1
　49:23 51:20,20
　53:9 54:11 57:10
good 2:9,10 11:19
　20:2,2,6 38:21
　49:8 51:6
graffiti-like 44:15
Greg 11:17,18 12:7
　12:10,24 13:10,13
　14:21 15:1,7,21
　16:10,13 17:9,10
　17:22 38:19 39:1
　53:6
grounds 44:5 51:21
guess 4:20 9:16
　10:16 15:5 21:5
　27:6 28:7 31:19
　34:17 35:18 43:22

58:17,22 59:9
guessing 59:10
guys 26:11

_____

**H**

H 62:14
hand 39:11
handing 19:9
handle 37:14
happen 59:7
happened 28:21
happy 17:16,20
harassed 23:9,20
　24:15 25:10,13,14
　25:22 28:19 36:8
　49:1
harassment 25:19
　26:23 27:2,14
　28:17,22 33:23
　34:13,19 35:13,19
　35:22 37:21 40:12
　43:23 47:12 53:24
　56:20,23 58:8
harassments 28:3
hard 12:19 21:16
　21:21 53:20,21
Harris 15:22 25:16
　28:23 29:12,22
　35:7 50:3,6 53:6
　53:20,23 54:2,8
　55:13 56:13,22
　58:24 60:6 61:19
having 2:4 14:6
　19:13 51:3
heard 29:18
heart 31:13
heat 7:19
help 34:11,15,18
　37:13
her 2:22 7:3 8:15
　9:1 10:21 11:19
　14:14 15:15 16:7
　16:13,18,21 17:23
　18:3,4,8,9,15,22
　18:24 19:3,4,5,9
　19:14,17,17,20,20
　22:15 24:3,22,23
　25:3 26:8 27:1
　28:4,7,10,19,21
　29:6,18,23 30:10
　31:13,24 32:1,13
　32:16,19 33:8
　35:4,4,9,16,24
　36:13,15,22,24
　37:2,3,5,13 39:21
　40:10,13 43:2,9,9
　43:12,19,24 44:1

46:9,10,13,13,19
　46:20 47:7,14
　48:10,17 52:9,9
　52:24 53:19,19,21
　54:8,17,21,24
　55:5,7,11,19 56:8
　56:11 58:3 59:5
　59:13,18 61:7
high 7:14
him 12:12,13,18
　13:3,7 15:2,3
　29:14 38:19 39:2
　43:9,16 50:17,20
　50:21 56:18 57:2
　57:3,4 61:20,21
hindered 19:10,14
　19:17
hire 42:4,9
hired 4:21,22 24:2
　42:2,7
hold 15:9 16:5
　57:12,24 58:5,9
　59:4
holding 17:4
hold-up 14:9
honest 50:6,11
Hopefully 37:10
hot 57:6,7
hour 51:13,17
HR 49:2 60:15,19
human 24:23 28:4
　36:12,21 39:3,8
　39:15 48:15 49:9
　49:10 58:10,23
　59:15

_____

**I**

idea 39:18 54:8
identification 11:5
　31:3 38:2
identify 28:23
impression 13:16
　13:17 15:16 20:18
　32:12 34:3 36:10
　53:13
improve 17:13
　46:13
improved 45:18
improvement 45:19
　46:16
inappropriate 60:7
inappropriately
　50:1,4 56:9
INC 1:6
incident 29:15,22
　31:23 32:22 33:10
　33:11,12,13 34:12

40:24
incidents 28:24
　29:1 30:15
including 45:24
　56:23
incoming 6:17
increase 46:17
indicate 12:10
　13:13 16:3 36:1
indicated 52:24
indicating 54:5
information 6:19
　7:20 8:13,15,22
　9:1 10:12 12:22
　14:6,10,18 45:12
　45:17
insight 59:7
instead 21:18
intend 49:21
intentions 59:14
interact 49:24 50:3
interested 36:17
　64:14
interpret 15:6
　49:20
interpreters 1:19
　2:2 3:1
inventory 5:24 6:2
　6:5,11,15,16 7:7
　7:14,23 8:1 9:17
　12:23 19:12,13
　20:1 44:6,14
　45:10,17
investigation 49:10
involved 7:4 8:5
　15:17,20
involvement 7:2,3
ISO 9:17,21,23
ISO's 12:16
issue 15:5 18:22
　19:20 20:5 49:22
　61:5
issues 19:24 22:14
　23:3

_____

**J**

J 1:10 64:5,17
January 64:19
Jeff 17:8
Jerry 38:19 39:1
　40:10 42:22 43:8
　44:15
Jim 40:10 42:22
Jo 1:19 2:1
job 5:13,22 8:16
　11:15,19 12:6,10
　12:21 14:14,17

Snyder                                         v.                    Citi Steel, USA, Inc.
Carmella Patrone                          C.A. # 04-970-JJF          June 19, 2006

17:14,20,23 18:3
18:15,20,21 19:14
19:17,20,20 20:3
35:9 36:15,22
37:2,3 41:24
42:10 46:13 50:20
52:3,11,24 53:9
55:11 59:24 61:7
**jog** 28:15 34:18
37:7
**June** 1:10 64:7
**just** 3:11,14 4:9 8:5
10:20 11:12,14,21
15:2,11 16:15
18:24 19:8,18
20:7 21:18 25:9
25:13 26:2,3 31:9
31:9,11,12,14
33:10,16 34:8
35:1 36:8 38:12
40:18 41:11,22
42:10,16 45:6
48:1,22 49:7,7
52:16,18 54:12,12
54:14 55:2 56:19
58:18 59:2,2,6,14
60:13,13,17 61:15
61:18,19,23

**K**

**kept** 19:5,8
**kind** 32:7 47:10
**King** 1:22
**know** 2:15,16 3:12
3:15 9:23,24 10:3
10:13 11:1 12:9
12:10 13:16 15:11
15:19,21 16:13,15
18:23 20:7 21:6
23:3,16,17 24:9
26:12 27:21 29:8
31:12 32:9,10
35:12 36:20 37:1
39:2,3,7,16 40:10
40:11,18 41:8,18
42:3,8 43:1,12,21
46:22 48:22 49:23
50:14,21 51:12,14
51:18 58:18 59:18
59:20 60:17
**known** 17:14
**knows** 36:24

**L**

**L** 1:3
**lading** 6:24 9:7,7
43:8

**last** 5:3,8 10:24
14:16 16:3 20:13
21:15 24:3 42:5
43:3 46:4,4 47:14
47:16 60:4
**later** 4:21
**law** 1:9
**lawsuit** 2:14,15
**lawyer** 32:5,9
**learned** 46:14
**least** 27:8,9 35:14
40:11 49:9
**leave** 51:16,20
**left** 39:23 40:7
41:24 45:3
**let** 3:12,14 15:11
17:1 47:17 51:9
62:2
**let's** 19:22 23:18
24:2 48:1
**like** 8:10,10 11:22
12:16 14:3,11
16:21 17:5 23:24
24:9,20 25:3
28:18,19 29:9,17
30:24 33:20 35:24
37:7 41:11 46:23
49:19 51:13 52:11
53:5 55:9 56:8
59:24
**liked** 36:15 46:10
**line** 57:11,12,19,23
**listened** 21:7
**located** 21:24 22:1
**location** 22:10,13
**logically** 47:24
**long** 3:15 4:13 21:9
26:16 42:5 47:23
59:24
**longer** 21:1
**look** 23:11 43:19
**looking** 23:12 42:23
43:9 57:15 58:15
**Lori** 1:13 48:5,6
57:14
**lose** 35:10 36:14,22
37:1,3
**losing** 61:6
**lot** 17:17 25:7 31:20
46:5 49:15,18
60:20
**loud** 12:1,2 14:24
**loved** 35:9
**lunch** 19:22 51:9,10
51:13,17
**lying** 30:7

**M**

**M** 1:16
**mad** 55:13,14
**made** 17:15 29:6,16
30:17 33:19 55:10
58:23
**main** 9:7 22:5,12
**mainly** 54:15
**maintained** 28:12
**make** 3:6 7:19,20
8:1 10:16 15:3
23:6 26:10 47:24
49:12 52:14 58:7
58:12,15 59:12
60:19 61:18,24
**makes** 12:19 60:14
60:18
**making** 6:18 7:12
20:7
**management** 7:14
8:14 25:3
**many** 5:15 26:3
27:5
**March** 11:22 52:2
53:7,7
**MARGARET** 1:16
**Margolis** 1:9,13
**marked** 11:4 31:2
37:23 38:1 57:22
62:15
**material** 6:17,23
7:7,8,9,11 8:7 9:2
9:3
**may** 3:20 24:8
39:18
**maybe** 37:7 53:11
58:20
**mean** 6:8 7:6 9:12
9:21 10:16 13:6
19:8 20:12,15
27:24 28:18 29:20
34:1 35:5,14
37:18 48:14 49:3
49:21 58:10 59:23
**means** 20:9,14
35:17 46:9
**meant** 14:16 20:17
46:7 48:13
**meet** 12:20 20:8
43:9,12
**meeting** 4:9 14:1
15:15,17 17:8
18:2 20:1 40:9,12
**melters** 7:18 10:3
14:11
**Melter's** 12:17

**melting** 4:23 22:1
41:22
**meltshop** 7:1,24
8:18,23,24 9:4
17:6 22:9 41:3
51:15
**memory** 28:15
34:18 37:7
**mentioned** 11:18
30:14 60:14
**Merit** 1:10
**might** 15:9 16:4
19:23 37:7 42:10
48:13 62:3
**mill** 41:9,14
**mind** 29:5 34:21
37:5 46:17 48:22
56:11 59:5
**minute** 11:8
**minutes** 17:10
42:12
**Miss** 2:21,24 49:24
51:11
**mistake** 51:5
**mistakes** 50:16
**misunderstanding**
49:12,13
**Mm-hmm** 27:20
30:1 33:22 54:23
56:6
**Molly** 4:9
**Monday** 1:10 31:15
**monitor** 7:17,21
**month** 33:1
**months** 4:21 26:3
33:1
**month-end** 6:13
7:23 8:3
**more** 6:8 17:10,12
17:17 23:17 27:2
27:3 42:16 46:6
46:10,15 47:24
48:12 52:11 53:4
55:7 59:23 61:15
**morning** 2:9,10
7:16 12:16 14:1
15:2 38:21
**mouth** 21:13 28:20
**move** 39:11
**much** 6:8 7:22
12:19 13:20,24
14:3 35:4,5
**myself** 2:24 17:18
31:5

**N**

**N** 62:10

**name** 4:1 11:18
32:10 41:9,16
42:6
**names** 15:19
**necessary** 12:22
14:18 18:13 45:12
45:16
**need** 3:14 11:8
12:22 14:19 15:11
36:2
**needed** 18:13 33:16
43:12
**never** 16:10 18:12
32:8 51:22
**new** 17:6 64:2
**next** 21:14 37:10
47:1 57:12
**night** 37:11
**Notary** 1:10 64:6
**notes** 19:24 23:12
64:9
**Nothing** 34:20 62:7
**notice** 1:9
**notify** 51:20
**November** 5:3,10
5:11
**number** 57:10
**numbers** 12:23
**nutty** 50:12,13,14

**O**

**oath** 2:5
**object** 3:19 39:24
**obtained** 32:5
**occasions** 27:2,3
37:22
**odd** 43:18,20
**off** 2:19 3:16 9:6
11:3,10 30:21,22
38:18 43:5 51:21
**offered** 40:13
**office** 9:8 21:18
42:23 43:5,10
59:21
**offices** 1:9
**off-site** 27:16
**oh** 11:14 13:5 15:21
16:17 19:15 21:2
22:19 23:2,3
32:22 33:5 35:8
37:17 41:10 52:21
53:3
**okay** 3:3,12,24 4:1
4:10,21 5:8,18
6:19 7:10,11 8:6
8:21 9:5 10:22
11:9,11 12:24

Snyder
Carmella Patrone

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 19, 2006

Page 69

13:4,18 14:2,8,16
15:13 16:3,13,19
16:23 18:3,18
19:7,12,22 20:12
21:2,13,15,19,24
22:9,11 23:3,22
24:2,4 25:8,21
26:3,14 27:1,9,12
28:1,13,16 29:3
29:14,19 30:18
31:8,14 32:7,13
32:17 33:5,7,12
33:16 34:5 36:20
37:8,12 38:15,22
39:7,13,18,22
40:4 41:8,11,12
42:6,21 43:17,18
44:3,19 45:2,8,11
45:20,22 47:1,10
47:21 48:1,4,8,24
51:1,6,23 53:1,15
54:7,10,16 56:1
56:12 57:1,10,20
59:17 61:11 62:5
**one** 3:10 6:21,23
9:14 15:21,24
17:19 18:9,11,12
21:15 22:9 23:17
26:19,20 29:4
30:16 32:6 35:18
38:19 40:14,15
45:21,24 46:2
48:10 49:4,11
51:10 53:21 55:24
57:10,16 59:12
60:4,13 61:9,15
**only** 9:14 10:20
20:24 29:4 30:16
30:17 38:24 46:23
52:8,18 53:22
59:14
**operation** 16:22
**opinion** 30:12 49:7
54:6
**opinions** 28:14
**opportunity** 20:2
33:21
**options** 40:14
**order** 14:7 23:18
42:3
**other** 4:9 6:1,5,23
9:10,24 12:15,16
12:21 13:10 14:11
14:14,17 15:22
17:1,3 18:11 19:5
19:18 30:18 40:11
40:15 42:10 47:6

48:21 49:11 50:11
59:17
**others** 55:20 59:23
**otherwise** 64:13
**out** 12:1,2 14:23
15:8,11 16:8 17:8
20:4,6 29:5 36:11
37:11,14 42:11
47:17 48:2,5 51:2
54:9 59:3
**outlining** 19:24
20:21
**Outside** 44:11
**outspoken** 55:17
**over** 18:17 19:9
21:17,22 45:3
**overall** 10:20 19:1

**P**

**page** 53:14 62:11,19
62:20 63:4
**panties** 29:11,24
**paper** 22:18 41:20
**paperwork** 19:19
43:6,7 54:5
**paragraph** 11:23,23
11:24 12:1 13:1
14:23 16:23 19:21
21:14 38:13,23
45:23
**paragraphs** 48:2
**part** 7:5,17 8:16
12:8 18:14,20,21
45:8,10 47:4
**particular** 29:15
**particularly** 11:17
**parties** 64:8
**parts** 18:9
**party** 64:13
**pass** 9:7
**Patrone** 1:8 2:3,21
4:3 11:4 31:2
37:24 38:1 45:20
48:1 57:22 62:11
62:15 64:7
**payable** 5:24 6:2,5
6:11
**people** 7:24 12:21
13:10 14:11,14,17
15:19 16:1 19:18
41:19 42:10 45:7
45:12 47:1 49:18
49:18 50:20 59:17
**perceive** 49:18
**performance** 11:15
12:6 13:11 15:15
16:14,21 17:15,20

17:23 18:3,4,22
18:24 19:3,10
20:3 46:13 52:3
52:10,11 53:10
54:14
**perhaps** 2:24
**period** 5:17 38:22
42:20 47:24 58:24
**permanently** 4:22
**permission** 51:19
**person** 40:11 41:9
42:6 47:1 48:16
49:1,5,11 50:6
55:15 56:10 57:12
57:24 58:4,8 59:4
59:4 60:8 61:23
**personality** 58:4
**perspective** 55:12
60:24
**physical** 8:1 9:17
12:22 19:12,13
**physically** 9:6
**picking** 46:9
**place** 51:2,7
**Plaintiff** 1:4,15
**Plaintiff's** 57:23
**plate** 41:9,14
**played** 10:19
**please** 4:1 10:24
12:3 39:11 40:5
**point** 17:7 20:4,6
46:15 48:2,5
54:16,21 55:6
**pointed** 54:9
**pointing** 50:21
**policy** 51:9,10,12
**poor** 54:14
**portion** 38:12
**position** 4:15 41:3
**pour** 36:1
**pouring** 31:13
**prefer** 16:8
**preparation** 4:4,7
**PRESENT** 1:19
**pressured** 55:12,13
**pretty** 6:7 7:22
29:16 35:4,5
**previous** 38:9
**previously** 42:17
**primarily** 9:14
**primary** 5:22
**printer** 64:9
**prior** 18:18 26:8
**privilege** 2:11
**probably** 6:10
26:12 27:8 33:4
**problem** 15:6,7

17:1,3 20:11
21:17 31:13 49:16
49:22 50:19,24
56:10
**problems** 20:4 36:2
45:11,13
**Proceedings** 62:8
**product** 6:18 7:19
**professional** 48:12
64:6
**proficient** 18:10
**program** 17:7
**project** 6:1
**promise** 60:4
**proper** 3:21 49:10
**property** 51:16
**provide** 12:21 14:18
25:18
**public** 1:10 59:13
64:6
**punished** 60:21
61:3
**purposes** 2:21 3:2
**pursuant** 1:8
**put** 15:13 21:13
28:20 62:2
**p.m** 62:8

**Q**

**question** 3:22,23
10:24 21:4 28:7
28:10,15 40:4,5
42:18 55:2,4
58:18,22 60:13
**questioning** 18:24
**questions** 2:23 3:9
3:20 5:15 17:24
26:24 42:16 64:8
**quickly** 7:15
**quit** 36:15
**quote** 48:11
**quotes** 15:13

**R**

**Ramona** 1:19 2:1
**Randolph** 15:21
25:16 28:23 29:12
29:22,23 35:7
36:17 38:20 49:24
53:6,20
**rare** 51:4
**rather** 15:3 19:8
50:21
**raw** 6:17,23 7:9 8:7
9:3
**read** 11:2,8,24 12:2
12:4,7 14:23

16:23 21:14 31:4
38:23
**reading** 20:17 46:8
**ready** 21:18 42:19
**real** 2:16
**realized** 18:3
**really** 8:8 10:13
19:19 21:5 25:9
26:16 31:20 32:1
37:5 38:24 42:2
49:21,22 53:19,20
53:21 61:4
**reask** 10:23
**reason** 3:5 30:7
56:1
**reasons** 59:11 61:9
**recall** 17:9 24:19
25:17 26:1,13
33:3 37:20 44:16
45:5 46:6 54:4,5,9
56:7,16,17,17
57:1
**receipt** 8:17 9:12
**receipts** 8:22 20:5
**receive** 6:22
**received** 7:7,12 8:9
8:11 9:2,3,9 52:2
**receives** 8:21
**receiving** 7:4 8:9
38:16
**Recess** 30:23 42:14
**recollection** 34:11
**record** 2:19 4:2
6:16,20 9:8 11:2,3
11:10,21 20:3,19
30:21,22 31:10,10
**recorded** 7:18
**recording** 9:12
**referring** 10:8
57:23
**refresh** 34:11
**regard** 13:24
**regarding** 10:20
11:15 40:12 44:9
44:15
**Registered** 1:10
64:5
**related** 53:12
**relationship** 9:19
**relative** 64:13
**rely** 14:13
**remember** 23:12,15
23:23 24:14,18,20
24:21 26:1,17,21
27:23 28:16 29:1
29:15 30:16,18
32:18 34:5,15

Snyder                                    v.                          Citi Steel, USA, Inc.
Carmella Patrone                    C.A. # 04-970-JJF                        June 19, 2006

37:16 38:16 39:6
42:6 43:4 44:12
44:13,14 50:18
53:8 54:11 59:10
**repeat** 4:6 17:2 40:5
55:1
**rephrase** 58:18,20
**REPLACE** 63:4
**report** 6:3 7:13 8:13
12:18 24:23 28:12
36:12 39:7,14
45:17 49:2,5
59:12,15 60:21
**reported** 16:1 39:3
**reporter** 1:10 2:23
3:17 62:20 64:4,6
**reporting** 10:21
35:2 49:9
**reports** 9:18 12:17
15:2 19:13 44:24
45:13
**represent** 24:4
32:17 53:8
**reputation** 51:6,7
55:22
**requested** 6:1 16:7
**resignation** 40:15
**resource** 24:24 28:4
36:12 48:16 49:9
49:10 58:10 59:16
**resources** 36:21
39:4,8,15 58:23
**respect** 15:10 16:5
21:24 28:21
**respective** 64:8
**respond** 13:4 43:16
**responded** 29:14
35:24
**response** 24:21
27:21,22 28:3,10
**responses** 3:18
48:11
**responsibilities**
5:23 12:16,19
15:4 46:10
**responsibility** 6:14
13:21,24 14:4,5,6
45:3 47:9 50:16
50:22
**responsible** 7:12 8:7
18:6,15 19:2
**review** 11:15 31:7
33:21 52:11 54:14
**reviewing** 34:17
**RE-EXAMINAT...**
60:11 61:13
**right** 10:2 13:19

15:18 16:12 21:10
22:2,3 23:8 28:6
32:24 33:10,15,21
34:10 35:24 37:18
42:12 47:15 48:6
48:20 49:8 55:4
56:10,12 57:15
60:5 61:17
**risk** 61:9
**role** 10:9,18
**room** 45:18 46:13
46:16
**rushing** 38:20
**Ryan** 40:10 42:22

**S**

S 62:14
**same** 10:1 36:13
52:15 53:14 54:6
57:9
**Saturday** 29:10,23
**saved** 20:6
**saying** 36:13
**says** 31:17 34:23
46:5 48:9 49:19
57:11,12,24
**scared** 62:2
**Schwandt** 1:10 64:5
64:17
**scrap** 6:17,21 7:9
8:9
**season** 23:23
**second** 14:23 26:11
26:20 34:24 57:11
57:19
**see** 20:19 21:22
22:15,17,21,24
35:7 42:12 45:13
49:24 54:16 55:5
57:14
**seeing** 34:8 44:14
**seemed** 31:11
**seems** 34:3
**seen** 9:18 50:3,17
55:19 60:6
**send** 20:9,14,20
**sending** 20:23
**sense** 10:16 23:6
26:10 47:24 58:7
58:12,15 60:14,18
60:19
**sent** 21:7
**sentence** 11:24
13:15 14:17 16:3
20:13 37:10 38:18
39:1 46:4,4
**series** 3:9

**served** 5:19 10:14
**set** 20:3
**several** 26:21,22,23
28:14,24 30:15
45:4
**sexual** 25:18 26:23
27:2,14 28:2,17
28:22 33:23 34:12
34:19 35:12,19,22
37:21 40:12 47:11
53:24
**sexually** 23:9,20
25:13,14,22 28:19
36:8 60:7
**sharing** 56:3
**SHEET** 63:5
**SHEET/DEPON...**
62:19
**shipping** 40:14
41:17,21
**shop** 4:23 22:1
41:22
**short** 21:14 60:1
**shortly** 31:22,24
**show** 20:7 30:24
**sign** 2:2 3:1
**SIGNATURE**
62:19
**signed** 53:6 54:2
63:7
**signing** 54:4
**signs** 9:6
**similar** 45:13
**simply** 19:8
**since** 21:16 31:22
**situation** 36:23
37:14,15,20 49:23
53:24
**situations** 37:19
**Skip** 46:1
**Snyder** 1:3 2:12
5:17 16:17 38:4
39:21 50:1
**Snyder's** 7:2 41:24
51:11
**Snyder/Patrone**
62:16,16,17
**socializing** 59:21
**some** 3:20 5:22 26:6
26:7 27:10 45:11
56:3,5 58:14,24
60:14,17
**somebody** 49:19
51:5
**somehow** 18:1 19:2
**someone** 42:4 48:24
50:22 51:20 56:8

**something** 16:6
20:20 27:23 37:11
44:3 48:7,11
49:20 56:8,9
**sometime** 24:5
**sometimes** 7:24
57:3
**somewhat** 45:18
**sooner** 48:12
**sorry** 4:6 10:23
22:19 23:11 25:11
25:11 26:22 39:5
39:12,12 41:13
52:12 53:4 54:10
54:24
**sort** 59:6
**sound** 20:1
**speak** 37:5 56:11
59:5
**speaking** 51:2 61:22
**specific** 34:5 42:19
**specifically** 3:22
15:1 16:17 18:23
56:20
**specifics** 37:17
**speculation** 40:1
**spend** 59:21
**split** 45:6
**spoke** 27:3 28:2,7
**spreadsheet** 8:10
18:10
**stand** 51:2
**standard** 8:10 10:8
17:5 18:11,14
21:19 46:18,20
47:2
**standpoint** 48:23
**stands** 29:5
**STARGATT** 1:16
**started** 34:24 35:1
46:22 47:18
**Starts** 46:3
**state** 4:1 64:1
**statement** 19:1
**STATES** 1:1
**stating** 11:18
**staying** 17:4
**STEEL** 1:6
**Stenotype** 64:9
**step** 42:11
**still** 20:5 31:21
45:16,18 46:15,17
49:3 61:3
**stop** 59:14
**stopping** 36:13
**storeroom** 7:1 8:18
14:12 20:5

**stories** 56:3,5
**straight** 20:3
**straighten** 15:11
16:8
**straightening** 15:7
**street** 1:17,22 22:13
**stuck** 36:9,11
**submitted** 6:24
**submitting** 8:13
19:19
**suggest** 33:17
**suggestion** 33:19
**suit** 43:23 64:14
**suppliers** 6:24
**supplies** 6:17 7:9
17:6 21:19
**supply** 8:8
**supposed** 9:7,10
12:11 18:21 29:9
**supposedly** 29:6
**sure** 3:6 7:12,20 8:1
9:24 11:9 15:1
17:18 21:3,5
23:21 24:16 26:24
27:24 29:20 34:16
35:17 40:16 42:9
45:4 46:6 49:12
51:12,18 52:14
58:16 61:18,24
**sworn** 2:1,5 64:7
**system** 6:22 7:13
8:10,11,12,19,20
10:8 18:11,14
**systems** 8:9

**T**

T 62:14
**take** 4:19 18:17
19:24 27:6 40:14
43:22 50:16,23
52:10
**taken** 1:8 2:23
17:11 30:23 42:14
64:8
**taking** 2:11 3:18
47:8
**talk** 17:10 19:23
25:3 27:1 28:5
32:1,3,13 35:21
59:24
**talked** 34:19 35:12
44:1 45:11 48:10
59:1
**talking** 7:8 18:4
41:6 43:10 45:9
52:4,14 53:1
**TAYLOR** 1:16