Snyder                                              v.                         Citi Steel, USA, Inc.
James W. Ryan                              C.A. # 04-970-JJF                        June 15, 2006

Page 50

1    Q.  And who is that?
2    A.  **Patty Stevens.**
3    Q.  Do you recall the content of their
4    conversations?
5    A.  **No.**
6    Q.  Do you know whether she was talking with her
7    about health matters?
8    A.  **No.**
9    Q.  And she's the nurse for employees at CitiSteel?
10   A.  **Yes.**
11   Q.  Do employees go to her for treatment?
12   A.  **Yes.**
13   Q.  You mentioned also that she wasn't a good
14   employee because of numerous irrational requests of
15   you and others.
16   A.  **Yes.**
17   Q.  And you gave an example of requesting blank
18   forms.  Is that correct?
19   A.  **Yes.**
20   Q.  What other numerous requests of you did she
21   make?
22   A.  **I can't recall the others at this time.**
23   Q.  How about the numerous requests of others?
24   A.  **She made other requests for information or**

Page 51

1    **supplies which were not justified.  I can't recall**
2    **specifically what they were.**
3    Q.  Do you recall what kind of information she
4    requested?
5    A.  **No.**
6    Q.  Was it job-related information?
7    A.  **I can't recall.**
8        MS. BREWINGTON:  I don't have anything
9    further.
10       MS. DiBIANCA:  Neither do I.
11       (Deposition concluded at 12:40 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 52

1            I N D E X
2    DEPONENT:  JAMES W. RYAN                    PAGE
3    Examination by Ms. Brewington            2
     Examination by Ms. DiBianca             44
4    Examination by Ms. Brewington           48
5            E X H I B I T S
6    RYAN DEPOSITION EXHIBITS                 MARKED
7    1 E-mail to Jim Ryan from Terri Snyder
       dated January 7, 2003                    13
8
     2 Two-page handwritten letter from Terry
9     L. Snyder dated April 8, 2003             20
10   3 Memo to Note to Terri Snyder File from
       Jim Ryan dated April 10, 2003            41
11
     ERRATA SHEET/DEPONENT'S SIGNATURE     PAGE 53
12
     CERTIFICATE OF REPORTER               PAGE 54
13
14
15
16
17
18
19
20
21
22
23
24

Page 53

1
2
3        REPLACE THIS PAGE
4        WITH THE ERRATA SHEET
5        AFTER IT HAS BEEN
6        COMPLETED AND SIGNED
7        BY THE DEPONENT.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

B-0551

Wilcox & Fetzer, Ltd.            Professional Court Reporters            (302)655-0477

Snyder                                v.                    Citi Steel, USA, Inc.
James W. Ryan                    C.A. # 04-970-JJF                June 15, 2006

Page 54

1    State of Delaware   )
                         )
2    New Castle County   )
3
4            CERTIFICATE OF REPORTER
5
         I, Kurt A. Fetzer, Registered Diplomate
6    Reporter and Notary Public, do hereby certify that
     there came before me on Thursday, June 15, 2006, the
7    deponent herein, JAMES W. RYAN, who was duly sworn by
     me and thereafter examined by counsel for the
8    respective parties; that the questions asked of said
     deponent and the answers given were taken down by me
9    in Stenotype notes and thereafter transcribed by use
     of computer-aided transcription and computer printer
10   under my direction.
11       I further certify that the foregoing is a true
     and correct transcript of the testimony given at said
12   examination of said witness.
13       I further certify that I am not counsel,
     attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17           Kurt A. Fetzer, RDR, CRR
             Certification No. 100-RPR
18           (Expires January 31, 2008)
19
     DATED:
20
21
22
23
24

B-0552

Wilcox & Fetzer, Ltd.        Professional Court Reporters        (302)655-0477

B - 0553

Snyder
James W. Ryan

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 15, 2006

Page 55

| A |
|---|
| **about** 6:24 7:2,7 8:1 8:11 12:5,7 13:24 15:11 21:5 23:22 24:6,8,12,24 28:13,14 29:22 30:14 31:16,20,21 32:8,9,15 33:23 34:15 35:3,6 36:15,17,19 40:24 41:5 43:20 45:5 45:19 46:2,4 47:17 48:1,21 49:2,4,22 50:7,23 |
| **accept** 39:1,8 |
| **accompany** 9:16 |
| **account** 20:4 |
| **accurately** 43:9 45:1 |
| **act** 31:17 |
| **action** 1:5 2:10 25:21 |
| **actions** 16:15,17 |
| **activities** 8:21 |
| **activity** 11:14 16:23 16:24 |
| **actual** 19:20 20:5 |
| **actually** 23:19 25:1 39:13 |
| **Administration** 7:17 |
| **Administrative** 33:5 |
| **affect** 20:10,11 |
| **affirmatively** 15:9 |
| **after** 11:8 16:24 19:4,12 29:13 33:1 35:6 44:21 53:5 |
| **again** 26:23 28:21 36:2 40:9 44:2 |
| **against** 2:10 |
| **agree** 21:7 39:15 |
| **agreed** 39:14,16 |
| **ahead** 14:1 25:10 27:12 29:11 40:9 |
| **allegation** 22:7 |
| **allegations** 18:8 22:1 48:4 |
| **alleged** 18:10,12 19:12,15,18,20 20:2,5,9 22:12 26:4,15,19 37:9 |
| **alleging** 18:13 19:5 22:11 |
| **allocator** 9:13,14,15 |

| (A continued) |
|---|
| **allow** 35:7 |
| **allowed** 18:2 22:7 35:15 |
| **already** 13:13,13 |
| **always** 17:18 |
| **amount** 30:7 |
| **and/or** 45:21 |
| **annual** 15:18 16:1 16:13 |
| **another** 7:10,13 17:13 20:4 32:19 32:22 39:5 |
| **answer** 2:13 3:18 3:20 27:12 31:6 36:7 40:9 45:10 |
| **answered** 40:8 |
| **answering** 10:11,14 |
| **answers** 3:12 54:8 |
| **anyone** 8:24 9:11 9:18,24 10:5 11:4 19:11 26:5 27:18 34:11,22 36:17 38:16 39:12 |
| **anything** 4:2 5:3 6:13 8:1,10 10:20 22:9,21,22 24:9 34:5,6 36:12 37:24 41:6 44:13 49:4,7 51:8 |
| **APPEARANCES** 1:13 |
| **appeared** 32:11 |
| **appears** 21:4 |
| **apply** 6:13 |
| **appropriate** 18:17 18:20,23 35:19 |
| **approximately** 7:3 |
| **April** 5:8 10:24 21:2 21:6,13 22:2 28:2 29:22 30:12,16,18 31:3,10,21 33:24 35:24 41:8 43:10 44:19 46:13 52:9 52:10 |
| **area** 26:3,19 27:2,4 39:5 40:15 49:24 |
| **around** 21:9 22:1 47:7 49:2,5 |
| **arranged** 32:19 |
| **asked** 31:17 32:10 33:13 35:3 36:2 38:1 40:7,11 43:19 45:4 54:8 |
| **asking** 5:14 38:9 47:16 |
| **assists** 9:9 |
| **assume** 2:14 33:2 |

| B |
|---|
| **attend** 33:13 |
| **attendant** 8:19,20 9:1,12 |
| **attorney** 3:16 4:1 54:13 |
| **August** 5:7 6:5 10:23 |
| **authority** 46:7 |
| **available** 18:18,21 18:24 20:12 37:18 40:1,3,6 |
| **Avenue** 1:11,15 |
| **aware** 42:16 44:18 44:20,23 48:5 |
| **away** 17:22 18:2 37:9 |
| **a.m** 1:11 |

| B |
|---|
| **B** 52:5 |
| **back** 15:10 23:11 26:10,21 36:11,13 37:21 39:18,20,22 40:24 42:3,16 |
| **bad** 16:22,24 |
| **based** 5:12 19:3 44:4 48:15,16 49:20 |
| **basically** 39:4 |
| **basis** 15:18 16:13 |
| **became** 44:23 |
| **become** 44:18 |
| **before** 1:12 2:18,21 5:8 11:7 20:22 23:13 28:12 30:13 44:23 54:6 |
| **beginning** 1:11 42:2 |
| **being** 4:15 29:2 37:3,7,23 38:5,13 40:21 |
| **belief** 26:20 |
| **believe** 11:6,11 23:19,20 26:17,24 29:7 32:10,12,18 34:12 36:1 37:4 41:21 44:21 45:6 |
| **believed** 45:20 |
| **besides** 8:4 9:1,11 |
| **best** 36:1 37:6 46:14 |
| **better** 16:22 |
| **between** 12:24 13:7 21:22 24:7 |
| **bills** 9:16 |
| **blank** 47:16 50:17 |
| **both** 32:5 47:11 |
| **Bradley** 6:22 |
| **Brandywine** 1:18 |

| C |
|---|
| **break** 3:9,10 40:23 |
| **Brewington** 1:14 2:6,9 13:17,21 19:23 20:13,17 22:15,18 38:9 41:2,3,14,18 42:20,23 44:9,13 45:4 48:11 51:8 52:3,4 |
| **brief** 42:21 44:12 44:16 |
| **building** 1:18 8:7 32:22 40:20,21,21 |
| **bulk** 10:22 |
| **Buragino** 49:1 |

| C |
|---|
| **called** 8:6 |
| **calls** 27:11 38:7 |
| **came** 21:15 24:18 28:12 54:6 |
| **carrying** 49:11,11 |
| **case** 21:16,18 |
| **Castle** 54:2 |
| **central** 17:12 |
| **certainly** 20:7 |
| **CERTIFICATE** 52:12 54:4 |
| **Certification** 54:17 |
| **certify** 54:6,11,13 |
| **chance** 13:23 |
| **change** 40:16 |
| **changed** 19:8 27:13 |
| **characteristics** 47:3 |
| **checker-loaders** 9:17 |
| **circumstances** 18:15,17,20 26:14 |
| **CITI** 1:7 |
| **CitiSteel** 2:10,22 3:2 4:10 5:7,15,20 6:23 7:5,7 15:18 19:15,19 20:4 29:19 40:16 43:20 45:5 50:9 |
| **CitiSteel's** 3:16 16:16 18:4 |
| **Civil** 1:5 |
| **claims** 20:3 |
| **clear** 3:14 5:14 24:24 26:17,17 |
| **clerical** 10:8,10 |
| **clerks** 29:23 |
| **clerk/typist** 10:6,24 11:9,19,23 12:8,9 13:4 25:17 36:3 |
| **close** 27:16 |

| D |
|---|
| **code** 40:16,17,19 |
| **codes** 41:6 |
| **combination** 12:2 |
| **come** 17:17 19:1 24:15 40:24 |
| **comes** 20:2 |
| **communicated** 14:7 14:18 |
| **communicating** 10:12 |
| **communication** 10:15 |
| **company** 6:16,17 13:14 20:7 35:17 |
| **compare** 13:2 |
| **complaints** 48:3 |
| **completed** 15:14 16:12 53:6 |
| **computer** 54:9 |
| **computer-aided** 54:9 |
| **CONAWAY** 1:18 |
| **concerned** 15:11,12 |
| **concluded** 51:11 |
| **conclusion** 28:12 |
| **conclusions** 18:10 |
| **consider** 36:2 43:21 48:8 |
| **consideration** 19:19 |
| **consulted** 28:9 |
| **content** 50:3 |
| **contents** 14:6 |
| **continue** 26:18 |
| **continuing** 27:22 |
| **contractor** 8:6 |
| **conversation** 24:15 24:19 41:9 |
| **conversations** 50:4 |
| **coordinates** 9:22 |
| **correct** 16:9 17:3 21:23 25:3 30:3 31:11 39:6,8,9 43:13 45:6,9,18 45:23,24 48:13,14 50:18 54:11 |
| **corrective** 16:17 |
| **counsel** 54:7,13 |
| **County** 54:2 |
| **couple** 44:15 |
| **court** 1:1 3:11 |
| **crane** 9:9 |
| **CRR** 54:17 |
| **current** 4:13 5:21 6:21 |
| **currently** 4:9 6:19 |

| D |
|---|

Snyder
James W. Ryan

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 15, 2006

Page 56

**D** 52:1
**date** 21:2,6,7 31:11
    31:12 34:1
**dated** 52:7,9,10
    54:19
**Dawn** 29:17 30:2
**day** 21:12 30:15
    31:19 38:15
**dealing** 12:15
**decision** 20:10 25:4
    25:7 28:6,10,13
    45:19,22 46:1,3,5
    46:7
**decision-making**
    46:7
**Defendant** 1:8,19
**definitely** 13:1
**Delaware** 1:2,11,16
    1:19,23 7:22 8:2
    54:1
**Dennis** 14:18 15:14
    27:6,9,15
**department** 7:11,19
    7:21 8:12,18,24
    11:1,10 12:4,10
    12:20 13:2,3,10
    17:9 25:21 28:17
    29:3,23 30:21,24
    47:12,12
**departments** 7:3,7
    7:8,15 12:24
**depending** 38:22
**deponent** 2:2 52:2
    53:7 54:7,8
**deposition** 1:10
    2:18 3:24 13:19
    20:15 23:20 41:16
    51:11 52:6
**describe** 28:22,23
**desire** 24:3
**desires** 19:20
**detail** 43:22
**develop** 47:10 49:18
**DiBIANCA** 1:17
    19:22 27:10 31:4
    36:6,9 38:6,12
    40:7 44:15,17
    48:10 51:10 52:3
**differ** 12:9
**different** 12:14,16
    12:17,24 28:19,22
    29:2 41:6
**Diplomate** 1:12
    54:5
**direct** 14:23
**direction** 54:10
**directions** 47:9

**directly** 38:10
**director** 5:19,21 6:1
**discard** 17:21
**disciplinary** 16:15
    36:24 45:5 48:3
**discipline** 10:4
    16:18
**discuss** 21:18,19
    28:11 39:19
**discussed** 28:12
    34:13 35:20 45:4
**discussion** 22:17,23
    24:5,7 29:7,13
    44:11
**discussions** 45:14
**DISTRICT** 1:1,2
**document** 11:22
    13:23 14:2 20:19
    20:21,22 21:2,9
    21:15 22:7,14
    41:22
**documentation**
    17:5
**documented** 17:6
**documents** 4:4 17:8
**doing** 5:23 38:19
    49:12
**done** 15:15 20:21
    29:2 38:20
**down** 3:12 23:15,16
    23:17 24:2,4 54:8
**Downie** 5:18 6:4
    21:16,17,19,22
    22:5,9 23:10,14
    23:14 24:5,8,14
    24:20 25:1,8 26:8
    26:18 27:24 28:5
    31:17 33:13 34:4
    34:12,23 35:7,18
    36:2 37:4,5,15,16
    37:20 39:14 42:15
    42:24 43:8,16,24
    45:14 46:10,17
    48:19,20 49:1
**Downie's** 23:20
    26:24 34:17 46:3
    46:5
**Drivers** 10:19,20
**duly** 2:3 54:7
**during** 22:4 34:5,7
    42:21 43:12 44:19
    47:17 48:2
**dust** 23:15,16,17
    24:2,4
**duties** 10:8,10,21
    12:13 37:8

**E**
E 52:1,5
**Earlier** 45:4
**Edelstein** 1:11,15
**effect** 36:11
**effectively** 27:1
    39:11
**either** 12:1 15:2
    17:11,21 28:6
    36:23 37:2 38:4
    46:6 54:13
**eliminated** 38:5
**employed** 4:22 5:7
    10:23 47:23
**employee** 5:2,3,5
    15:23 16:8 17:10
    19:15 25:20 35:17
    46:23 47:2,22
    48:13 49:17 50:14
**employees** 6:23
    10:12,15 12:3,6
    15:2,3,17,20,21
    16:17 17:3,12
    47:6,11 48:23
    50:9,11
**employment** 34:1
    45:11 46:23
**ensure** 18:7
**entire** 45:1
**entirely** 3:18
**environment** 19:17
**equivalent** 25:24
    37:7
**ERRATA** 52:11
    53:4
**escort** 38:18 42:24
**escorted** 38:14
**escorting** 38:21
**ESQ** 1:14,17
**essentially** 5:23
**evaluated** 15:17
**evaluation** 16:2
**evaluations** 16:12
**event** 54:14
**ever** 2:18 15:4
    18:12 20:22 23:14
    49:4
**every** 16:5
**exact** 12:12 30:7
**exactly** 44:22
**examination** 2:5
    52:3,3,4 54:12
**examined** 2:3 54:7
**example** 47:15
    50:17

**examples** 7:18 47:4
**Excel** 11:17
**except** 10:3
**excessive** 47:5,7,10
    48:22 49:17,23
**Excuse** 22:13
**Exhibit** 13:19 20:15
    41:16
**EXHIBITS** 52:6
**expediter** 9:19 10:3
**experience** 19:3
**Expires** 54:18
**explain** 2:16 26:23
    37:2 39:3
**express** 24:3 26:5
    37:20
**extent** 27:10 28:21
    31:4 38:7
**e-mail** 14:3,6,7,17
    52:7

**F**
**facilities** 7:17 15:2
**fair** 4:21 5:8 15:22
    21:24 22:3 28:5
    28:16 42:10,15
**far** 10:14 12:13,14
    20:12
**father** 35:14,17
    46:9,20
**faxing** 10:11,15
**feel** 28:13,14
**felt** 6:2 35:18 40:14
**Fetzer** 1:12,22 54:5
    54:17
**fifteen** 7:4,7,16
**file** 16:4 17:6,9,10
    17:11,12,13,19
    36:24 52:10
**files** 17:17 18:2
**filing** 10:11,14
**fill** 25:16
**final** 28:2 33:20
**finished** 12:20
    22:19 36:7
**first** 2:2 14:2 21:24
    24:17,21,24 32:8
    32:9,14 34:19,20
**floor** 1:18 14:8,10
**follow** 15:13
**following** 30:14
    38:17 47:8
**follows** 2:4
**Ford** 14:19 15:14
    27:6,9 48:24
**foregoing** 54:11
**forget** 41:2

**forklift** 8:22
**form** 47:18
**format** 28:24
**former** 5:19
**forms** 47:16 50:18
**foundation** 31:5
**frame** 38:8 47:18
**from** 5:7,12 7:24
    11:21 12:9,18
    19:18 25:21 36:24
    37:9 42:4 45:14
    52:7,8,10
**front** 13:22 41:20
**Fuhr** 3:1
**further** 44:14 51:9
    54:11,13
**F-u-h-r** 3:1,3,4

**G**
**gate** 32:23
**gave** 22:11 34:12
    38:3 50:17
**general** 8:22 25:11
**generally** 16:18
    29:19 33:17
**getting** 23:22 37:9
**Gilpin** 1:11,15
**give** 6:8 13:23 20:18
    34:11 41:19 47:3
    47:15
**given** 11:22,24 16:3
    16:17,21 17:2
    18:10 37:18 45:7
    54:8,11
**go** 14:1 22:15 23:11
    25:10 26:21 27:12
    29:11 32:10 33:1
    33:20 37:21 39:18
    39:20,22 40:9
    42:20 44:9 50:11
**going** 2:11 22:24
    23:1,11 26:10
    30:18 31:2,9,13
    32:3 38:6,17
    40:23 41:19
**gone** 30:6
**good** 2:7,8 46:23
    47:2,22 48:12
    49:16 50:13
**grounds** 38:14,21
    39:12,14
**guess** 13:1,7 19:14
    20:1 25:8,10,13
    25:18,24
**guys** 22:23 35:8
    37:14

Snyder
James W. Ryan

v.
C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 15, 2006

Page 57

**H**

H 52:5
handle 22:24
handwritten 52:8
happen 21:17
happened 22:4 23:7
32:17 39:10
happens 17:19
harasser 19:18
22:12 26:4,15,19
37:10,12
harassment 18:5,8
18:11,13 19:5,12
19:16,21 20:2,3,6
20:9 22:11 23:22
Harris 14:18 15:13
15:22 21:5 25:11
25:18 27:3 34:17
45:21 46:6 47:17
47:19 48:24
having 2:2 15:15
hazard 14:9,15
health 4:17,18,22
4:24 5:9,15 45:16
50:7
hear 18:19 34:22,23
35:4 43:22
heard 24:21,24
32:14 34:19 43:18
hearing 44:2,3
held 33:17,18
her 15:10 21:5
25:21 26:2,3,10
26:14,21 27:13,19
29:18 32:12 33:21
33:24 34:18,24
35:10,14,16,17
36:12,17,21,24
37:7,9,9,14 38:5
38:17,17,18 39:10
39:11,12,14 40:1
42:5,7,13,24 46:9
46:23 47:8,12,12
47:13 49:4,7,12
50:6,11
hill 31:2,5,7,10,14
32:4,6,21 33:4,6
33:10,11,12,15
40:21
him 22:21,22 23:24
25:15 28:11 35:2
35:4,19 38:7,9
43:2 48:8
holding 26:1
home 33:2
honest 48:8

honesty 48:6
hopefully 2:12
housekeeping 8:22
8:23
human 4:14,16 5:19
5:21 17:13 30:21
30:23
hundred 12:7

**I**

idea 24:14
identification 13:20
20:16 41:17
identifies 9:8,15
important 3:13
INC 1:7
include 19:7
incumbent 11:6
individual 17:16
18:22
individuals 19:3
info 11:19
inform 25:15
information 11:23
12:15 40:24 41:4
43:20 50:24 51:3
51:6
informed 22:6
inputs 12:19
inspect 14:14
instructs 3:19
interaction 21:5
26:3,15
interested 26:9
32:18 54:14
International 8:6
interviewed 6:15
investigated 18:9
investigation 21:1
47:24
invite 35:19
involved 25:4,7,14
25:19,20 27:1,15
45:22 46:1,2,4
irrational 47:13
50:14
ISO 28:17

**J**

jacket 42:13
James 1:10 2:1 4:8
52:2 54:7
January 14:5 52:7
54:18
Jeff 6:22
Jerry 5:18 6:4 25:1
27:24 29:10 31:17

31:18 32:10,19
34:4 43:8
Jim 2:7 52:7,10
job 4:13,15 5:23
26:11 27:19 29:13
36:3 37:12 38:5
47:6,14
jobs 19:8
job-related 51:6
June 1:11 54:6
just 2:13,16 3:9
5:13 7:6 11:3,7,7
13:22 18:2 20:19
21:21 22:10,19
38:3 41:20 44:9
justified 51:1

**K**

keep 17:9,21 23:15
23:16,17 24:1,4
27:19
kind 26:23 51:3
King 1:23
knew 45:15
know 2:16 3:10
11:4 13:14 14:11
14:12,15 15:4,6
20:1,19 21:3
23:19,23 24:1
25:7,22 26:6 28:9
29:24 30:6 31:7
33:2,24 34:10,24
35:2 36:15 39:15
41:5,6 47:23 48:2
49:10,13 50:6
knowing 46:2,4
knowledge 24:3
48:15,16 49:20
known 45:13
Kurt 1:12 54:5,17

**L**

L 1:4,21 52:9
lack 16:22
lading 9:16
laid 28:24
last 2:21 29:18 34:1
35:24 41:23,24
42:1
law 1:10
learned 22:1
leave 6:4,6 37:11
39:12,13
left 30:2 32:20
38:16 42:4
less 13:12,15
let 2:16 3:10 20:19

35:4 41:2 48:21
letter 52:8
Let's 3:1 33:20
like 6:13 11:22
40:10 42:18 44:9
45:3
limited 20:12
listen 20:8 43:3
listening 44:4
LLP 1:18
loaded 9:8
loader 9:7
loading 9:10
loads 12:21
located 7:20,21
locations 7:5
locomotive 9:22
long 4:11 13:6 30:6
30:7,9 47:23
longer 40:2,5
look 14:19
looked 16:4
looks 29:1
Lori 1:14 2:9
lost 36:11,13
loud 41:23
loved 37:12

**M**

M 1:17
made 18:8 28:6
34:17,20 36:10
46:11 47:13 50:24
main 32:23
maintenance 7:17
make 15:14 46:7
50:21
making 28:9
manager 4:14,15,17
4:18,21,24 5:2,3,9
5:15 7:1 45:16
49:7
many 2:12 6:23 7:3
7:5 12:3,6 19:3
29:23 31:24
March 43:17
MARGARET 1:17
Margolis 1:10,15
mark 13:17
marked 13:19 20:14
20:15 41:15,16,21
52:6
matter 2:22,24 3:1
3:7
matters 50:7
may 3:16 20:12
43:2

Maybe 7:4
mean 40:18,19
Meaning 26:16,17
meet 21:17 23:1,9
31:24
meeting 22:4 23:8
24:8,10,20 25:2
26:8 28:2 30:11
31:18,20,21 32:9
32:9,17,19 33:1
33:14,15,20,23
34:3,5,7,13,16,18
34:21 35:8,11,13
35:16,19,20,21,22
35:23,24 38:8,10
38:11 41:8,10
43:9,12 44:19
45:1,2,3 46:10,21
meetings 32:5 33:17
33:18
melt 7:23 12:18
13:2,9 27:22,22
30:15,18,22,24
melting 7:8,20 8:5
12:6,8 13:2 28:19
38:5 39:22 40:2,5
Memo 52:10
memory 44:2
memos 10:11,15
mention 25:9
mentioned 23:1
48:12 49:16 50:13
met 4:1 21:19,21
23:13 24:14 31:18
might 10:21 35:5
45:21
mill 7:13 8:1,2,6
mind 27:21
more 30:13 39:19
40:23 41:4 47:16
morning 2:7,8
moved 37:7
movements 9:22,22
moving 26:2
much 10:3 22:22
44:22
myself 34:4 49:3

**N**

N 52:1
name 2:9 4:6 11:4
22:11 29:18 30:4
named 29:17
nature 12:15,23
38:22
near 17:19 30:21,24
32:23 49:24

Snyder                              v.                    Citi Steel, USA, Inc.
James W. Ryan                  C.A. # 04-970-JJF              June 15, 2006

Page 58

necessary 47:16
need 2:15 3:9 6:2
  14:10
needed 14:8,20
needs 20:5,8
Neither 51:10
never 19:8
New 54:2
next 8:3
None 6:10 19:6 30:1
  30:2 48:5
Normally 17:8
Notary 1:12 54:6
Note 52:10
notes 34:7,9 54:9
nothing 39:19
notice 1:10
notion 24:18
number 33:18
numerous 47:13
  50:14,20,23
nurse 49:23 50:9

_____ O _____

oath 2:3
object 3:16 27:10
  38:6
Objection 31:4
observations 48:17
observe 48:20
observed 48:24
  49:3
occasionally 10:13
  10:21
occurred 33:24
off 22:15,17 38:14
  38:18,21 42:20,24
  44:10,11
offer 20:3 25:5
  32:15 36:23
offered 19:9,11
  32:12 39:4,6
office 31:19 32:11
  32:11,23 33:6,9
offices 1:10 33:5
officially 45:16
Oh 30:23 40:2
okay 5:6,16 7:16,19
  9:20 10:5 16:11
  20:22 21:2 25:13
  29:11 31:24 32:21
  36:9 38:4,12 39:6
  41:1,7,22 45:15
one 2:12 5:22 7:6,8
  7:10,13 9:4 13:7
  17:19 21:19 26:1
  30:13 32:3 33:19

36:18 38:3 41:13
one-to-three-week
  13:10
only 15:21 18:22
  27:14 28:21 37:17
onto 9:8,17
On-the-job 13:5
open 26:1 37:18
operates 9:21
operating 8:22
operations 10:9
operators 9:7
opinion 30:9 46:22
  46:24 47:1,18,21
opportunity 20:18
  20:20 29:14 41:19
  43:3 47:18
opposed 3:13
opposite 7:23
option 26:10 37:17
options 20:11
order 37:12
other 3:7 7:15
  10:21 12:19 23:3
  25:9 27:1 40:14
  47:5,11 48:22
  50:20,24
others 21:18 47:14
  48:17,18 50:15,22
  50:23
otherwise 5:13
  54:13
out 11:18 12:22
  23:22 28:24 41:23
  49:11,11
outgoing 9:23
outside 35:18 38:7
  47:12
over 13:9 40:12,12
own 8:7 17:10,11
  26:11 48:15 49:12

_____ P _____

PAGE 52:2,11,12
  53:3
paid 37:8
paragraph 42:2
part 39:17
parties 25:9 54:8
party 35:18 54:13
Patty 50:2
people 36:11,13
per 11:14,14
performance 16:1
  16:12 47:14
performances
  15:17

perhaps 11:7
period 6:24 45:11
persists 16:20
person 3:5,6 27:1
  27:16 40:14 48:8
personal 17:10,11
  47:11 48:15,16
  49:18,20
personally 48:20
personnel 32:23
  33:9
Philadelphia 7:22
  7:24 8:3
phones 10:11,14
Pike 7:22,24 8:3
piles 9:8,15
place 16:24 32:21
  32:22
placed 13:22 17:6
places 33:18
Plaintiff 1:5,16
plant 12:22 32:23
  32:24 33:9 47:7
  49:2,5
plate 7:13 8:1,2
  9:15
plates 8:14,22 9:8
  12:21
play 42:18
played 42:22 43:4
  44:24
please 4:6 13:18
  19:24
pocket 42:5
point 32:12
policies 13:14
policy 16:6,7,16
  17:24 18:4 45:5
portion 45:2,3
position 6:3,11 9:4
  12:8,9 13:4 18:18
  18:21,24 20:4
  25:16,24 26:21
  29:3,16 37:8 39:4
  39:11
positions 8:18 29:19
  37:18
possible 20:11
possibly 25:16
post 29:14
posted 29:4,12,20
premises 43:1
preparation 3:23
present 1:20 20:3,4
  23:6 34:3 43:12
  46:10,11
president 6:15,17

6:19,21
previous 5:23
previously 29:16
  40:13 41:21
print 11:18
printer 54:9
prior 4:15,24 5:3
  24:9 30:15 44:3
  48:4
probably 11:13,17
  13:12 21:7,8
problem 16:18,19
  27:16
problems 48:4
procedures 13:14
process 12:16,17
processes 12:24
  28:21,23
produced 29:1
produces 13:18
promptly 18:9
proper 3:18
property 38:18
protect 37:12
proximity 27:16
Public 1:12 54:6
purpose 26:2
purposes 47:8
pursuant 1:10
put 9:17 15:16
  19:17 41:20 42:4
  42:13 43:20 44:1
  44:6
puts 12:21,21
p.m 51:11

_____ Q _____

question 2:13,14
  3:19,20 13:24
  19:2,24 31:9 38:1
questions 2:11 3:12
  3:17 5:12,14
  38:10 40:12 54:8

_____ R _____

railcars 9:9
Randolph 14:18
  15:13,22 27:3
rarely 19:1
rather 47:8
RDR 54:17
read 41:23
really 41:5
reason 2:15 6:1,8
reasons 40:13
recall 15:9,15 19:13
  21:12 22:21 23:14

23:24 30:14,18
  31:2,9 34:6 35:5
  35:10 36:12 38:13
  38:16 41:10 43:2
  43:16,19,22,23,24
  44:3,4,6 50:3,22
  51:1,3,7
receive 16:19,20
received 16:5
recess 42:21 44:12
recipient 18:10,12
  19:20 20:2,5
recognize 43:4
recollection 22:6,10
  36:1 37:6 42:6
  46:14
record 3:15 4:7
  22:15,17 42:20
  44:10,11
recorded 44:23
recorder 41:12,13
  42:3,8,11,16
recording 42:18,22
  44:19
recordings 24:6
  34:17
reference 34:20
referenced 3:7
reflect 43:9 45:1
reflecting 45:10
refresh 42:6
refreshed 44:2
refused 39:5
Registered 1:12
  54:5
regular 15:18
relate 23:7
related 38:10 47:13
relation 23:18
relations 5:2,4,5
relationship 7:20
  16:22 27:14
relationships 47:11
  49:18
relative 54:13
relayed 49:1
remedial 20:12
remember 3:8 7:16
  11:2,3,8 14:13
  19:4 24:5,7,9
  29:18 31:12,13
  32:9 34:15 35:1
  38:16,19
remove 25:21 36:23
  43:17
removed 19:18
repair 14:8,10,20

Snyder
James W. Ryan

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 15, 2006

Page 59

14:20
repaired 15:4,6
repeat 2:15
rephrase 19:24
REPLACE 53:3
report 27:6 39:5
reporter 1:12 3:11
  52:12 54:4,6
reporting 27:13
reports 11:9,12,13
  11:16,20 28:17,20
represent 2:9 5:6
representative 20:7
reputation 48:6
request 34:22 35:13
  46:11,15,17
requested 34:23
  46:9 51:4
requesting 35:10
  50:17
requests 47:13
  50:14,20,23,24
require 13:4,12
required 13:8
resigned 6:7 39:2
  39:11
resigning 6:9
resources 4:14,16
  5:19,21 17:14
  30:21,23
respect 2:22 5:14
  16:16 17:1 23:21
  23:21
respective 54:8
respond 15:8 19:2
  37:14 46:15,17
responded 35:2
response 14:17 38:2
  46:19,20
responsibility 10:4
responsible 8:12,15
  27:14
result 18:13 39:10
retired 6:7
return 39:24
review 4:4 13:23
  20:18 22:7 41:19
reviewing 20:21
  21:16 41:22
right 5:17 30:4 32:8
  33:16 39:21 40:4
River 7:22 8:2
role 45:16
roughly 37:8
run 11:10,12,15
Ryan 1:10 2:1 4:8
  13:17,19,22 20:14

20:15 41:15,16,21
  52:2,6,7,10 54:7
R-y-a-n 4:8

——— S ———
S 52:5
safety 4:17,19,22
  5:1,5,9,15 7:1
  14:8,15 45:17
salaried 15:21,23
  16:8
same 10:3 12:12
  13:10 21:7,9,12
  27:2,4 29:1 37:8,8
  40:15
saw 21:9,12 42:7
saying 23:14,24
  27:4 34:6 36:12
  39:23 43:2,16
  49:14
scrap 8:9 12:18
second 33:23 35:22
  35:23 41:24 42:2
seconds 22:16
second-to-last 42:1
security 40:16,17
see 3:1 16:4 31:2,10
  41:12,13
seen 16:4 20:22
sent 14:3,4
sentence 41:24 42:1
  42:1
sentences 41:24
separate 9:3
separation 38:23
serve 26:2
served 5:15 7:1
  10:24
Service 8:6
several 2:11 40:8,11
  41:6
sexual 18:4,13 19:5
  19:12,15 23:22
share 17:12
shared 6:10
SHEET 53:4
SHEET/DEPON...
  52:11
shift 11:14
shipment 9:9
shipments 9:23
shipped 11:14
  37:23
shipper 9:16
shipper-checker 9:6
shipper-checker-l...
  9:2,12

shipping 7:10,19,21
  8:3,12,14,18,21
  8:24 10:8 11:1,10
  11:13 12:3,9,20
  13:3,10 25:12
  28:7,17 29:3,23
  32:13 36:3 37:3
  37:24
shop 7:8,20,23 8:5
  12:6,8,18 13:3,9
  27:22,22 28:19
  30:15,18,22,24
  38:5 39:22 40:2,5
show 3:14
showed 22:12,14
Shu 6:18
side 7:22,23 8:3,4,5
  8:7,9 15:16
SIGNATURE
  52:11
SIGNED 53:6
Since 21:6
situation 18:22 20:1
  22:24
Sixteen 4:12
slabs 12:18
Snyder 1:4,21 2:10
  4:22 5:6 10:23
  14:3 15:8 16:8
  19:7 23:9,13
  24:15,18 25:23
  26:20 30:15 32:1
  35:7 37:11 38:4
  38:14,24 39:2
  40:11 41:8 43:8
  43:19 46:9,22
  48:12 52:7,9,10
Snyder's 22:1 45:11
  48:4
socializing 47:6,8
  49:2,5
some 3:17 7:15,18
  8:17 10:10 13:15
  36:10
somebody 25:16
somehow 17:17
  45:22
someone 6:2 11:3
  13:8 14:23 15:1
  23:7 25:15 29:17
  35:8,10,15 38:20
  38:21
something 12:14
  14:21 38:20
sometime 44:21
Sometimes 17:23
  38:22

soon 16:24 29:8,13
sorry 18:19 29:9
  30:23 36:6
sounds 45:3
speaking 48:18
specific 47:3 48:21
specifically 3:19
  30:11 51:2
speculate 38:7
speculated 45:21
speculation 27:11
  39:17
spent 47:5,6,10
  49:17,23
STARGATT 1:18
started 44:22
state 4:6 54:1
stated 40:13
statement 21:4
  36:10
STATES 1:1
stating 43:24
STEEL 1:7
Stenotype 54:9
Stevens 50:2
still 19:22 27:15
Street 1:23
suggested 39:13
suit 54:14
supervisor 5:5 9:21
  10:1,2 11:21 17:7
  17:8,20 25:12
supplies 51:1
support 8:21 10:8
supposed 49:11
sure 15:14 19:1
surrounding 26:14
suspect 39:18
swear 16:3
sworn 2:3 54:7

——— T ———
T 52:5
tabletop 42:4,11
take 3:9,10 19:19
  20:4 34:7 40:23
taken 1:10 12:22
  23:20 42:21 44:12
  54:8
takes 12:20 16:24
taking 3:12 25:20
  36:3
talk 30:14
talking 6:24 29:22
  33:23 36:15,17,19
  47:5 48:22 49:23
  50:6

tape 24:6 41:9,12
  41:13 42:3,7,10
  42:16,22 43:4,5,9
  43:14,23 44:3,4
  44:18,24
tapes 23:21 24:6,8
  24:12 34:13,15,19
  34:22 35:3
taping 41:10
TAYLOR 1:18
tell 9:6 11:15 12:17
  14:2 15:5 16:16
  21:15 24:17 27:18
  27:21 30:7 31:16
  32:8 34:3 35:20
  38:4 44:22 48:21
  49:22
telling 22:19
temporary 9:21
terminated 17:16
  28:7 38:21,24
terms 16:15 42:6
Terri 42:2,3 52:7,10
Terry 1:4,21 2:10
  4:22 5:6 10:23
  11:7 14:3 15:8
  16:8 19:7 21:4
  22:10 23:2,9,13
  24:7,20 25:5,22
  26:24 27:3,6 28:6
  29:8,13 30:15
  31:2,10,18,18,24
  32:11 33:1 34:4
  34:16 35:2 36:2,3
  37:2,11 38:14
  40:14 41:8 43:8
  43:19 52:8
testified 2:4,18
  45:19
testimony 3:24 45:6
  45:20 54:11
Thank 9:5
their 11:4 15:2
  17:10,11 50:3
themselves 14:22
thing 22:12 30:13
things 48:20
think 12:5 15:9 22:8
  22:22 23:1,6
  29:17 31:23 32:2
  32:5,22 34:8,14
  34:16,20,23 35:4
  37:17 38:11 40:7
  40:19 45:20
thoroughly 18:9
thought 14:8 28:16
three 9:3,4 13:7

Snyder
James W. Ryan

v.

C.A. # 04-970-JJF

Citi Steel, USA, Inc.
June 15, 2006

Page 60

| | | | | |
|---|---|---|---|---|
| **through** 5:7 10:24 | **turned** 42:3,16 | **warning** 16:20,21 | **written** 12:1 16:20 | **31** 54:18 |
| **throw** 17:22 18:2 | **twelve** 48:1,2 | 17:6,9 45:8 | 21:4,7 45:7 | **35** 12:5 |
| **Thursday** 1:11 54:6 | **twice** 32:2 33:21 | **warnings** 16:19 | **wrong** 37:24 | **350** 7:2 |
| **tile** 15:11 | **two** 12:24 13:2 | 17:1 45:7 | **www.wilfet.com** | |
| **time** 2:13 3:9 5:10 | 16:19 22:16 30:10 | **wasn't** 32:18 35:15 | 1:24 | **4** |
| 5:13 6:24 11:7 | 41:24 45:7 | 35:18 40:5 50:13 | | **41** 52:10 |
| 21:1,10,21,21,24 | **Two-page** 52:8 | **way** 20:10 28:24 | **X** | **44** 52:3 |
| 22:2 24:17,21,24 | **type** 11:12,17 | 29:1 37:9 | **X** 52:1,5 | **48** 52:4 |
| 26:1,5 27:7 29:7 | **typing** 10:11,14 | **week** 11:14 30:10 | | |
| 29:12,12,22 30:8 | | **weeks** 13:7 | **Y** | **5** |
| 32:3,14 34:19 | **U** | **Weiss** 25:11,13 | **yard** 8:9 | **53** 52:11 |
| 37:19 38:8 41:11 | **uh-huhs** 3:14 | 45:22 46:6 | **Yeah** 37:22 | **54** 52:12 |
| 44:20 45:10,13 | **uh-uhs** 3:14 | **Well** 38:9 | **year** 2:21,21 16:5 | |
| 46:23 47:5,7,10 | **under** 54:10 | **went** 13:9 32:11 | **years** 4:12,18 48:1,3 | **6** |
| 47:17,24 48:22 | **understand** 3:21,22 | 33:2,3,21 | **YOUNG** 1:18 | **655-0477** 1:23 |
| 49:10,17,23 50:22 | 12:23 17:2 19:14 | **were** 4:18,21,24 5:3 | | |
| **timekeeping** 10:4 | 31:6,13 | 5:9 6:11 15:11 | **0** | **7** |
| **times** 3:16 31:24 | **understood** 2:14 | 19:18 22:1,23 | **04-970-JJF** 1:6 | **7** 52:7 |
| 40:8 | **UNITED** 1:1 | 25:9 29:23 32:3,5 | | **7th** 14:5 |
| **title** 4:13,15 | **unless** 3:19 5:13 | 32:6 33:12 34:13 | **1** | |
| **titles** 8:17 | **unofficially** 45:15 | 34:14 36:6 41:6 | **1** 13:18,19,22 52:7 | **8** |
| **today** 3:24 | **USA** 1:7 | 42:15 43:12 44:19 | **10** 31:3,10 33:24 | **8** 21:6 22:2 52:9 |
| **together** 12:21 | **use** 3:13 54:9 | 45:7 46:10 51:1,2 | 35:24 41:8 43:10 | **8th** 21:2,13 |
| 17:17 27:2 | | 54:8 | 52:10 | |
| **told** 14:19 22:10,19 | **V** | **weren't** 25:4 | **10th** 28:2 30:12 | **9** |
| 22:21,22 26:8 | **v** 1:6 | **we're** 6:24 23:11 | 31:21 44:19 | **9** 30:16,19 |
| 34:16 | **vacated** 29:14 | 33:23 | **100-RPR** 54:17 | **9th** 46:13 |
| **tolerated** 18:6,7 | **Various** 8:21 | **while** 4:22 | **11:10** 1:11 | |
| **tons** 11:14 | **vehicles** 12:22 | **whole** 44:20 | **12:40** 51:11 | |
| **totally** 29:2 | **verbal** 16:19,21 | **WILCOX** 1:22 | **13** 52:7 | |
| **training** 13:4,5,6,11 | 17:1,5,8 45:7 | **willing** 20:7 26:18 | **1330** 1:23 | |
| 13:12,15,15 | **verbally** 11:23,24 | 43:17 | **15** 1:11 54:6 | |
| **transcribed** 54:9 | 12:1 17:2 | **Wilmington** 1:11,16 | **1509** 1:11,15 | |
| **transcript** 54:11 | **versus** 3:1 | 1:19,23 | **17th** 1:18 | |
| **transcription** 54:9 | **very** 3:12 19:1 | **wishes** 20:8 | **19801** 1:16,19,23 | |
| **transfer** 19:9,12,15 | 44:15,16,16 | **witness** 23:2,5,6 | **1999** 4:20 | |
| 20:3 25:5,22 26:7 | **victim** 20:8 | 31:17 36:8 54:12 | | |
| 26:11 28:6 32:13 | **view** 21:15 26:24 | **wonder** 36:19 | **2** | |
| 32:15 39:1,6,8 | 39:2 | **word** 11:17 16:22 | **2** 20:14,15 52:3,8 | |
| 43:20 45:19 | **visually** 14:14 | 23:22 | **20** 52:9 | |
| **transferred** 6:11 | **voice** 43:14 | **words** 9:4 35:1 | **2001** 5:7 10:23 | |
| 18:12,16,23 19:4 | **voices** 43:4 | **work** 4:9 19:17 27:1 | **2001-2003** 19:22 | |
| 37:3 | | 27:3,22 29:1 | **2003** 5:8 10:24 14:5 | |
| **transferring** 24:15 | **W** | 37:21 39:5,19,20 | 21:3,6,13 22:2 | |
| 24:18,22 25:1 | **W** 1:10 2:1 4:8 52:2 | 39:24 | 28:3 29:22 30:12 | |
| 26:9 | 54:7 | **worked** 4:11 13:9 | 30:16,19 31:3,10 | |
| **transfers** 20:12 | **walking** 47:7 49:2,4 | 27:9 49:24 | 31:21 33:8,24 | |
| **treatment** 50:11 | **want** 13:23,24 20:1 | **working** 26:19 | 35:24 41:8 43:10 | |
| **truck** 9:22 | 20:18 23:11 26:6 | 27:15,21 40:14 | 52:7,9,10 | |
| **truckers** 10:12,17 | 26:11,21 30:11,14 | 49:13 | **2004** 4:20 6:5 | |
| 10:18 | 39:18,20,22,24 | **wouldn't** 43:24 44:3 | **2006** 1:11 54:6 | |
| **trucks** 9:9,17 10:16 | **wanted** 23:2,4,6,15 | 44:6 | **2008** 54:18 | |
| **true** 54:11 | 23:17 24:1 25:22 | **write-up** 36:24 | | |
| **try** 2:12 | 27:18 37:21 | 43:17 | **3** | |
| **trying** 12:23 13:1,1 | **wants** 20:5 | **write-ups** 48:3 | **3** 41:15,16,21 52:10 | |
| 19:14 47:10 49:17 | **warehouse** 8:19,20 | **writing** 43:21 44:1 | **3rd** 43:17 | |
| **turn** 30:11 | 9:1,11 | 44:7 | **302** 1:23 | |

B- 0558

CONCORD WELLNESS CENTER L.L.C.     *PATIENT INFORMATION FORM*

Date: _4/22/03_     Information Taken By: _Ashley_

Provider: _CWC     Cindy Wright_

Patient Name: FIRST _Terri_     MIDDLE _?_     LAST _Snyder_

Circle One:     (Single)     Married     Separated     Divorced     Widowed

Street: _30  North  Rodney  Dr_

City/State Zip: _Wilmington  DE     19809_

Home Phone: (_302_) _762-0687_     Birth Date: _12-20-68_     Soc. Sec.#: _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_

Your Employer: _____ → Phone: _302-388-1868_

May we call you at work?     Yes     No     May we leave a message at home?     (Yes)     No

Emergency Contact Person: _Clara  Snyder_     Phone: _762-0687_

Referred By: _Dr.  Goodman_     Family/Medical Dr. _Dr.  Goodman_

Phone No. _798-0666_

## *INSURANCE INFORMATION*

X  BCBS of Delaware*     _____ Aetna     _____ APS

_____ ComPsych     _____ Medicare     _____ Legal Case/ Workers Comp

_____ Other: _____

Benefits Phone # _302-575-0609  or  800 342-2221_

Policyholder Name: _Terri  Snyder_     Employer: _City Steel USA Inc._

Group Account # _112860_     ID# _XHP 2225633260_

EAC Name - _____

Secondary Insurance - Medicare Members ONLY: _____

Reason for Appointment: _Sexually  harrassed  by  supervisor - depressed_
_very  down, life  has  stopped - can't  resume  normal_
_activities_

Are you/have you seen any other Mental Health Professional?     Yes     (No)

If yes, Name:_____ M.D., Ph.D., L.C.S.W.

Are you take any medications?     Yes     (No)

Name of medications: _____

## *PROVIDER INSTRUCTIONS*

❏ OK to Schedule

❏ Call patient and request additional information: _____

☑ Refer this to: _Wright  4/23/03_     _Wright will call 4/24_

*ACTION TAKEN*     B-0559

❏ Scheduled Date of Appointment: _4/25/03_  _free_ By:_Wright Cht_

_L/m 4/24 Wright_
_+ Sched 4/24_

# CONCORD WELLNESS CENTER, L.LC.

3411 Silverside Rd  Concord Plaza  Baynard Building, Suite 102  Wilmington, DE 19810

Patient Name ___Terri Snoder___    ID# ___222563260___

Date of Initial Assessment ___4/28/03___

Consent Forms Signed
Permission to Coordinate Care with PCP? (with release signed)    (yes)  no
                                                                   (yes)  no

## DEMOGRAPHICS

Birthplace: ___Wilmington DE___  Date of Birth: ___2-20-68___  Age: ___34___

Education: HS diploma

Occupation: Unemployed from Citisteel (past 1½ years)

Marital/Relationship Status: (She quit o² harassment)

Children: BF X 2½ years (on/off dating since 1996)
None.

Religion:
None.

## PRESENTING PROBLEM

4/10/03  Being sexually harassed @ work and had to quit because of this; unemployment has been d/c because employer said she quit (Terri stated she was terminated because she was being forced to transfer). Policy wasn't followed when harassment charge was mentioned by Terri.  ^crying, mad, upset

History of Presenting Problem (onset, prior episodes, etc.)

None.

P-0644

Patient Name _Terri Snyder_____     ID# _222563260_ Page 2 of 9

Contributing Factors

(Are there stressors exacerbating presenting problem? Is presenting problem causing problems in functioning, occupational, social, or other?)

*after Terri confided in BF @ what was happening @ work, she feels ↑ depressed but ↓ mad!*

AXIS I SCREENING

*referred to work out in gym*

| Symptom | Absent | Present | Past | Details |
|---|---|---|---|---|
| Depression | | | | |
| Depressed Mood | | ✓ | ✓ | |
| Irritable Mood | | ✓ | ✓ | |
| Sleep Disturbance | | ✓ | | |
| Difficulty concentrating | | ✓ | | |
| Decreased interest in sex | | ✓ | | |
| Appetite (increase/(decrease)) | WNL | | | |
| Weight loss/gain | | | | *on diet now / gained 50 lbs in 2 yrs* |
| Decreased energy | ✓ | | | |
| Anhedonia | | | | |
| Manic Episodes | | | | |
| Periods of Increased Energy | | | | |
| Periods of Decreased Need for Sleep | | possibly (?) | | *energetic personality spends money & quits a lot* |
| Impulsive spending, sex, projects | | ✓ | | |
| Obsessive-Compulsive Disorder | | | | |
| Checking behavior | | | | |
| Washing behavior | | | | |
| Mental reviewing | | | | |
| Other obsessions | | | | |
| Other compulsions | | | | |
| Social Phobia | | | | |
| General anxiety in social settings | | | | *anxiety recently c work stress* |
| Public speaking | | | | |
| Situational Phobia | | | | |
| Heights, closed in spaces, medical phobias, etc. (specify) | ✓ | | | |
| Panic Disorder | | | | |
| Panic attacks | ✓ | | | |
| Anticipatory Fear | ✓ | | | |
| Agoraphobia | ✓ | | | |
| Psychotic Disorders | | | | |
| Hallucinations | ✓ | | | |
| Delusions | ✓ | | | |
| Paranoia | | ✓ | ✓ | *worried @ neighbors, scared to be alone* |
| Eating Disorder | | | | |
| Preoccupation with Weight | | | | *worried @ ex enraging/retaliating* |
| Bingeing | | | | |
| Restriction of intake of food | | | | |
| Purging/Overexercising/ Laxatives/Diuretics | | | | |

Presence of PTSD symptoms: *None.*

P-0645

Patient Name _Terri Snyder_____    ID# 222563260   Page 9 of 9

<u>DIAGNOSIS</u>

Axis I  Depressive D/O NOS        R/O GAD

Axis II  Adjustment D/O           R/O OCD

Axis III  Personality D/O NOS
          Back Pxs — scoliosis

Axis IV  Moderate: work harrassment & unemploy
         as result

Axis V
Current GAF: _60_         Highest in Past Year: _75_

Signature _Cynthia Wright, CRNH_

B- 0562

P-0646

FAX: (302) 421-4761
(700) 636-4523

## Behavioral Health and PCP Coordination of Care Form
### Request for Initial Therapy & Medication Management Authorization

Today's Date: 5/13/03 Date requested for authorization: 4/28/03 Date of initial visit: 4/28/03
Check one: ☒ Initial OutPatient Therapy or Medication Management ☐ Continuing Therapy (complete Treatment Plan)

*ELIGIBILITY INFORMATION CONFIRMED BY BCBSD CUSTOMER SERVICE*
Policy Type: (check one): ☐ HMO    ☐ THP    ☐ POS    ☒ PPO    ☐ TRAD
Patient Name: Terri Snyder
Patient Date of Birth: 2/20/68                    Subscriber ID#: XHP 222 563 200
                                                  Effective Date of Policy: ___/___/___
Pre-existing clause waived? ☐ Yes ☐ No ☐ Not Applicable (Effective date over 18 months prior to present)

*PROVIDER INFORMATION*
Provider Name: CWC - Cynthia Wright          FAX Number: 477-4867

*DIAGNOSES:* (please enter code numbers and descriptions)
AXIS I: (311.00) Depressive D/O NOS (        )
        (       ) Adjustment D/O, anxiety & depressed features
AXIS II: (799.90) Deferred
AXIS III: (       ) Hx of Scoliosis (        )
AXIS IV: ☐ Problems with primary support group    ☒ Problems related to social environment
         ☐ Educational problems                   ☒ Occupational problems
         ☐ Housing problems                        ☐ Economic problems
         ☐ Problems with access to health services ☐ Problems with legal system/crime
         ☒ Other psychosocial or environmental problems
AXIS V: Current GAF: _____   Best Last Year: _____

*CURRENT PSYCHIATRIC MEDICATIONS*

| Prescriber | Medication | Dosage | Frequency of Use |
|---|---|---|---|
| No Psychotropics | | | |
| | | | |
| | | | |
| | | | |

*PREVIOUS TREATMENT / SAFETY ISSUES*                    *SUBSTANCE ABUSE*

☐ Previous Inpatient: _____                    Alcohol: ☐ Use  ☐ Abuse  ☐ Dependence
☐ Previous Partial: NA                          Drug: ☐ Use  ☐ Abuse  ☐ Dependence
☐ Previous Outpatient: NA                       Current Treatment: NA
Current Danger of Physical Harm? ☐ Yes ☒ No     Previous Treatment: NA
Is Treatment Court-Ordered for Mental Health or Substance Abuse?   ☐ Yes ☒ No

*BRIEF DESCRIPTION OF TREATMENT ISSUES*

Recent work related harassment which led to termination
has caused anxiety, depressed mood + powerlessness

PCP NAME: Goodman                    DATE THIS FORM WAS SENT TO PCP: ___/___/___
Number of sessions requested (8 maximum): 8 for ☒ Full Sessions ☐ Medication Management
------------------------------ DO NOT WRITE BELOW THIS LINE ------------------------------
Authorization #: _____   # of Sessions: ____ for ☐ Full Sessions ☐ Medication Management
Dates of Service: ___/___/___ to ___/___/___   Case Manager: _____

B-0563

P-0647

 

Phone: (302) 421-2500
(800) 421-4577
FAX: (302) 421-4761
(800) 686-4823

BlueCross Shield
of Delaware

FAXED

## Behavioral Health Center
## Treatment Plan – Request for Extension of Outpatient Therapy

Today's Date: 6 / 10 / 03    Date requested for this Authorization: 6 / 23 / 03

*Eligibility Information Confirmed by Customer Service*

Patient Name: Terri Snyder    Subscriber ID#: XHP 222563260

Patient Date of Birth: 2 / 20 / 68    Effective Date of Policy: ___/___/___

*Provider Information*

Provider Name: CWC - Cynthia Wright    FAX Number: 477-4867

*Diagnoses (please enter code numbers and descriptions)*

AXIS I: (311.00) Depressive DO NOS (309.28) Adjustment D/O mixed
(___.___) features, Chronic
(___.___)

AXIS II: (___.___)    (___.___)

AXIS III: (___.___)    (___.___)

(___.___)    (___.___)

AXIS IV: ☑ Problems with primary support group    ☐ Problems related to social environment
☐ Educational problems    ☒ Occupational problems
☐ Housing problems    ☐ Economic problems
☐ Problems with access to health services    ☐ Problems with legal system/crime
☒ Other psychosocial or environmental problems

AXIS V: Current GAF: 60    Best Last Year: 75

*Current Suicide / Homicide Risk:* ☐ Yes ☒ No

If Yes, Plan/Intent: _____

Contract for Safety: None

*History of Suicidal/Homicidal Ideation/Attempts:* None

Current Symptoms: Suspiciousness, depressed mood,
anxiety, worry, some paranoia (specific to stressor)

Current Stressors: wrongful termination, harassment
charge against ex-employer; unemployed, un-

Current Safety Issues (Domestic violence, etc.): Certain @ future plans (job)
None.

### Substance Abuse History

| Substance | Length of Use | Current Amount | Frequency of Use |
|-----------|---------------|----------------|------------------|
| None. | | | |
| | | | |
| | | | |

NOTE: If we cannot read your handwriting or this form is incomplete, your request will be returned.

P-0648

Patient Name: FAXED    Terri Snyder

*Current Medications*

| Prescriber(s) | Medication | Current Amount | Frequency of Use |
|---|---|---|---|
| Goodman | Lexipro | 7. 10 mg | |
| | Remeron | 30 mg | HS |
| | Xanax | 0.25 mg | PRN |

*Previous Treatment*

| Provider | Treatment Setting | Dates of Service |
|---|---|---|
| None. | | |
| | | |
| | | |

*Family History of Mental Health / Substance Abuse issues*

| Family Member | Treatment Type (MH/SA) |
|---|---|
| None | |
| | |

Is the patient on Disability? ☐ Yes ☒ No

If Yes, start date: _____ Reason: _____

Is the patient's job in jeopardy? (if yes, explain) _____

Legal Issues: pending ~ appealed unemployment denial.

Has treatment been court ordered? ☐ Yes ☒ No

*Who will be included in Treatment (Family, Spouse, etc.):* NA

*Treatment Plan:* improve coping strategies, ↓ paranoia and suspiciousness, improve mood, medication compliance via primary care physician

*Treatment Progress*
☐ Primary Symptoms Persist
☒ Somewhat Improved
☐ Much Improved
☐ Needs Maintenance Only
☐ Near Completion of Treatment
☐ Other (explain): _____

*Expected Treatment Outcomes: (check all that apply)*
☐ Reduction in symptoms and discharge from active treatment
☒ Return to highest GAF and discharge from active treatment
☐ Transfer to self-help / other supports and discharge from active treatment
☒ Provide ongoing supportive counseling and maintain stabilization of symptoms
☒ Ongoing medication management

*Treatment Frequency and Duration:*
Date First Seen: 4 / 28 / 03  Date Last Seen: 6 / 10 / 03  Frequency: Wkly
Total Number of Visits Used to Date for this Course of Treatment: 7
Estimated Total Visits: 16
Number of sessions requested (6 maximum): 6    Estimated Termination Date: 9 / 10 / 03

- - - - - - - - - - DO NOT WRITE BELOW THIS LINE - - - - - - - - - - - - - - - - - - - -

Authorization #: _____    Number of Sessions Authorized: _____
Dates of Service: ___/___/___ to ___/___/___    Case Manager: _____

NOTE: If we cannot read your handwriting or this form is incomplete, your request will be returned.

 BlueCross Bl.. Shield of Delaware



Phone: (302) 421-2500
(800) 421-4577
FAX: (302) 421-4761
(800) 886-4823

## Behavioral Health Center
### Treatment Plan – Request for Extension of Outpatient Therapy

Today's Date: 9/12/03    Date requested for this Authorization: 9/16/03

*Eligibility Information Confirmed by Customer Service*

Patient Name: Terri Snyder    Subscriber ID#: XIP 222563200

Patient Date of Birth: 2/20/68    Effective Date of Policy: ___/___/___

*Provider Information*

Provider Name: CWC Cynthia Wright    FAX Number: 477-4867

Diagnoses *(please enter code numbers and descriptions)*

AXIS I: (309.28) Adjustment Do. Chronic
  (R/O) Acute Stress D/o (___)
AXIS II: (V71.09) Deferred (___)
AXIS III: (___) Scoliosis w/ Harrington Rod
  (___)

AXIS IV: ☐ Problems with primary support group     ☐ Problems related to social environment
  ☐ Educational problems     ☒ Occupational problems
  ☐ Housing problems     ☐ Economic problems
  ☐ Problems with access to health services     ☐ Problems with legal system/crime
  ☒ Other psychosocial or environmental problems

AXIS V: Current GAF: 55    Best Last Year: 75

*Current Suicide / Homicide Risk:* ☐ Yes ☒ No

If Yes, Plan/Intent: _____

Contract for Safety: _____ None _____

*History of Suicidal/Homicidal Ideation/Attempts:* ____ None. ____

*Current Symptoms:* ↑ depressed, anxious, avoidant behavior & withdrawn, ↑ crying, fearful, ↓ concentration, indecisive

*Current Stressors:* upcoming arbitration meeting secondary to sexual harassment charge; recent denial into train-

*Current Safety Issues (Domestic violence, etc.):* ing course (scholarship denial) No DV.

*Substance Abuse History*

| Substance | Length of Use | Current Amount | Frequency of Use |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |

NOTE: If we cannot read your handwriting or this form is incomplete, your request will be returned.

Patient Name: Te i Snyder

*Current Medications*

| Prescriber(s) | Medication | Current Amount | Frequency of Use |
|---|---|---|---|
| Goodman | Lexipro | 10 mg | |
| | remeron | 30 mg | HS |
| | xanax | 0.25 mg | PRN |

FAXED

*Previous Treatment*

| Provider | Treatment Setting | Dates of Service |
|---|---|---|
| None | | |
| | | |

*Family History of Mental Health / Substance Abuse issues*

| Family Member | Treatment Type (MH/SA) |
|---|---|
| None | |
| | |

Is the patient on Disability? ☐ Yes ☒ No

    If Yes, start date: _____ Reason: _____

    Is the patient's job in jeopardy? (if yes, explain) _____

*Legal Issues:* _____

    Has treatment been court ordered? ☐ Yes ☒ No

*Who will be included in Treatment (Family, Spouse, etc.):* Self

*Treatment Plan:* Improve coping skills; de-escallate level of anxiety & paranoia; Medication monitoring via PCP

*Treatment Progress*
☒ Primary Symptoms Persist
☐ Somewhat Improved
☐ Much Improved
☐ Needs Maintenance Only
☐ Near Completion of Treatment
☐ Other (explain): _____

*Expected Treatment Outcomes:* (check all that apply)
☐ Reduction in symptoms and discharge from active treatment
☒ Return to highest GAF and discharge from active treatment
☐ Transfer to self-help / other supports and discharge from active treatment
☒ Provide ongoing supportive counseling and maintain stabilization of symptoms
☒ Ongoing medication management

*Treatment Frequency and Duration:*
Date First Seen: 9 / 28 / 03   Date Last Seen: 9 / 11 / 03   Frequency: Wkly
Total Number of Visits Used to Date for this Course of Treatment: 4
Estimated Total Visits: 20   Estimated Termination Date: ___ / ___ / ___
Number of sessions requested (6 maximum): 6

- - - - - - - - - - - - - - - - - - - - DO NOT WRITE BELOW THIS LINE - - - - - - - - - - - - - - - - - - - - -

Authorization #: _____   Number of Sessions Authorized: _____

Dates of Service: ___ / ___ / ___ to ___ / ___ / ___   Case Manager: _____

NOTE: If we cannot read your handwriting or this form is incomplete, your request will be returned.

P-0651

DOCTOR'S PROGRESS NOTES

B- 0568

PATIENT'S NAME: _Terri Snyder_____ I.D.# _222 563 260_

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|---|---|
| 4/28/03 | *(handwritten, largely illegible)* Arrived on time. Partially completed assessment. Presenting px includes [illegible] depressed + anxious mood secondary to [illegible] management that led to [illegible] termination 2 weeks ago. [illegible] has been d/c. [illegible] @ 4 [illegible]. Feels [illegible] has BF and extended family that are very supportive. [illegible] mood [illegible]. Denied SI/HI, no A/V hall. [illegible] RTC 5/5/03 @ 9:00am to complete [illegible] & establish tx goal. Cynthia [illegible], LICMH |
| 5/5/03 | *(handwritten, largely illegible)* Arrived on time. Completed assessment. Terri continues to be [illegible] + [illegible] of [illegible] + consequences of the [illegible] management allegation. She [illegible] w/ [illegible]. [illegible] like to [illegible] and act back to her "normal" [illegible] self. Has [illegible] next [illegible]. [illegible] unemployment denial. [illegible] mood [illegible]. [illegible] + animated [illegible]. RTC 5/12/03 @ 1:00pm to establish tx [illegible]. Cynthia [illegible], LICMH |
| 5/12/03 | *(handwritten, largely illegible)* [illegible] Terri had [illegible] unemployment [illegible]. Feels [illegible] [illegible] @ former employer. However, [illegible] to focus on [illegible] + getting [illegible] low [illegible]. Would like to [illegible] to work (new job) soon. [illegible] feeling + [illegible] @ home w/ mom's support. |

P-0652

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: Terri Snyder          I.D.# 22563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 5/12/03 | (A) mood elevated, dramatic, dressed professionally, more optimistic, future oriented. (P) RTC 5/19/03 @ 1:30 pm to focus on tv goals. Cynthia Wright, LPCMH |
| 5/19/03 | (S) Arrived on time. Focused on recent ↑ in depressed mood & anxiousness. Identified triggers as recent contact w/ ex-employer. (saw him @ a distance). Processed anxiety & coping strategies. Discussed plan of medication. (A) mood tense, nervous, indecisive, worried, depressed, able to focus. (P) RTC 5/29/03 @ 1:00 pm to focus on ↑ coping skills & ↑ knowledge of triggers to anxiety. Process reading, info on anxiety & panic. Cynthia Wright, LPCMH |
| 5/24/03 | RTC ~ called Terri to change appt ~ new RTC for 5/27/03 @ 12:00 pm. (CW) |
| 5/27/03 | (S) Arrived early. Processed recent "scare (someone knocking @ BF's door @ 3:00 am) and Terri's ↑ worry & suspiciousness c possible connection w/ ex-employer. This spilled over into disagreement w/ her BF & not feeling supported or understood (invalidated). Since then, they have talked & this. (A) upset, mistrusting, tearful, dramatic (P) RTC 6/3/03 @ 11:00 am to focus on maintaining coping strategies. Cynthia Wright, LPCMH |

P-0653

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: _Terri Snyder_    I.D.# 222563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 6/3/03 | @ Arrived on time. Discussed pros & cons of medication. Terri's ambivalence @ medication and how to feel "in control" w/o "relying" on medication. Her PCP has Rx'd Xanax, Remeron + Lexipro, though Terri hasn't complied w/ Rx (hasn't taken it daily) and agreed to further discuss this w/ her. Is feeling better today + focused on taking some college courses this summer. ⓞ Evaluation: mood elevated, mood congruent, oriented, still reports anxiety + confusion when alone @ night. ⓟ RTC 6/9/03 @ ___ am. To monitor mood + coping skills. Flw w/ medication issue. Cynthia Wright, LPCMH |
| 6/9/03 | DNA. PTC ~ called Terri, she forgot appt but will be able to come in tomorrow @ 1:00 pm. (flw) |
| 6/10/03 | @ Arrived on time. Discussed Terri's feeling betrayed and disappointed surrounding turner co-worker. Vented reaction and focused on ↑ coping by focusing on self-goals + talking ↑ to family + BF. Reports mood ↑ mood stable, no ideation, disappointed not coping fine, less paranoid. ⓟ RTC 6/16/03 @ __ am. To focus on imp. mood + coping skills. Will continue seeing Rx by Dr. Goodman. (Her neck procedure scheduled 6/17) Cynthia Wright, LPCMH |

(handwritten note in left margin): Dr. Goodman (P.C.P.)

(handwritten note in left margin): compliance

P-0654

B- 0570

DOCTOR'S PROGRESS NOTES

B-0571

PATIENT'S NAME: Terri Snyder    I.D.# 222563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 6/16/03 | (S) Arrived on time. Feeling ↑ pain + headaches ⊘ d/c meds X 1 week in prep area for neck procedure tomorrow. Overall feeling better + ↓ suspicion, trying to establish a routine to keep him feeling productive + maturing. Terri began Part setting for a friend (M-F) + hopes this will help w/ routine. (A) mood stable, goal-directed, optimistic though a worried @ neck procedure, mood congruent. (P) RTC 6/24/03 @ 3:00pm to focus on mood stabilization + coping skills. (will resume all meds after tomorrow). Cynthia Knight, PMHNP |
| 6/24/03 | t/c ~ returned Terri's call. She cancelled 6/24/03 appt. and will RTC later. (clu) |
| 6/27/03 | p/c ~ left message. (clu) |
| 6/28/03 | p/c ~ left message. (clu) |
| 6/29/03 | p/c ~ returned call. left message w/ appt. for 6/30/03 @ 1:00pm. (clu) |
| 6/30/03 | p/c ~ Terri called to confirm today's appt @ 1:00pm (clu) |
| 6/30/03 | (A) Arrived late. Explained recent "set back" w/ feeling ↑ anxious, paranoid, worried + resulting shopping spree. Processed scenario + possible triggers ~ seems a ⊘ similar to a former coworker, driving behind her. Discussed other facts that may have led to Terri's ↑ anxiety. Iden- tified alternative coping strategies. Also, Terri agreed to continue meds as Rx'd. (B) uptight, tense, overproductive speech, |

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: Terri Snyder                I.D.# 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

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 7/3/03 | Fearful, worried. No mania sxs today. (R) RTC 7/7/03 @ 1:00pm to monitor mood + medication compliance. Focus on coping skills. Cynthia Fulright, LPCMH |
| 7/7/03 | (A) Arrived on time. Still feeling anxious + paranoia, esp. when thinking @ finding another job. Terri worries @ explaining reason for leaving job + surrounding circumstances. Also focused on anger + control issues. Terri recognizes need to ↓ aggressive tendencies (verbal) + be respectful of other peoples feelings when expressing self. (O) tense, flight of ideas, confused, then fearful. Some insight gained into her defense mechanisms. & med compliant. (P) RTC 7/14/03 @ 1:00pm to focus on ↓ anxiety + ↑ coping skills. Cynthia Fulright, LPCMH |
| 7/14/03 | (A) Arrived on time. Focused on managing stress and making efforts to take medication as prescribed. Also Terri has begun process of work related activities in a unemployment office + plans to take a course. Feeling pretty stressed; wants to be + productive. (O) more upbeat, dramatic though focused + more relaxed about current situation; less paranoia goal directed. (P) RTC 7/21/03 @ 1:00pm to monitor mood + coping skills. Cynthia Fulright, LPCMH |
| 7/21/03 | CC on 7/20/03. D/C'd left message on cell #. (CW) |

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: Terri Snyder     I.D.# 222563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 7/3/03 | P/c ~ returned Terri's call. RTC for 7/28/03 @ 2:00pm. (CW) |
| 7/28/03 | ① Arrived on time. Focused on managing anxiety & worry @ interview tomorrow. Terri is pursuing a computer career, + hoping for bill scholarship... worried @ how much info to give re: previous employment + sexual harassment issue. Role-played some scenarios + processed her fears & catastrophizing. Continues to take meds as RX'd. ① mixed anxious, tense, worried, nervous. ① lethargic, fearful. ① RTC 8/4/03 @ 3:00pm to focus on imp. coping and ↓ anxiety. Cynthia Fulbright, LPCMH |
| 8/4/03 | CC - ~ P/c ~ left message for Terri to call + RTC appt. (CW) |
| 8/11/03 | P/c ~ returned Terri's call. RTC for 8/14/03 @ 3:00pm. (CW) |
| 8/14/03 | ① Arrived on time. Interview Processed feelings @ being "completely honest" in interview @ past job termination. Feeling better @ this & hopeful of result. Also discussed self. issues + anger management skills re: BF. ① mood anxious, dramatic, lethargic, feeling less worried than previously. Reports med compliance. ① RTC 8/20/03 @ 3:00pm to focus on maintaining stability + imp. coping strategies. Cynthia Fulbright, LPCMH |

P-0657

Patient Name _Terri Snyder_____  ID#_220563260_ Page 4 of 9

## MEDICAL HISTORY (Attach any lab results or consultation reports as appropriate)

Primary Care Physician: _Goodman_____  Telephone Number: _____

Last complete physical: _____

Harrington Rod

| Surgeries (List separately) | Date | Outcome |
|---|---|---|
| scoliosis - spinal fusion | 1984 | body cast for 1 year |
| back injury | 1992 | |
| ectopic pregnancy | 1992 | |

| Head Injuries/Accidents (List separately) | Date | Outcome |
|---|---|---|
| None | | |

## Chronic illnesses

| | Self (specify date of dx) | Family |
|---|---|---|
| Diabetes | | |
| Hypertension | | mom? |
| Cancer | | cousin |
| Epilepsy/Seizures | | cousin |
| Asthma | | |
| Heart Disease | | |
| Stroke | | |
| Lung Disease | | |
| Headaches/Migraines | | mom |
| Arthritis | | |
| Other (List) - | | |

Family Abbreviations

M=Mother
F=Father
MGM=Maternal GM
MGF=Maternal GF
PGM=Paternal GM
PGF=Paternal GF
U=Uncle
A=Aunts

## Other Medical Conditions of Concern

## Allergies

| | | | |
|---|---|---|---|
| Medications | None known | Yes | Describe: |
| Food | None known | Yes | Describe: |
| Environmental | None known | Yes | Describe: |
| Other | None known | Yes | Describe: |

No Known Allergies

## Medications (Prescribed and Over-the-Counter)

| Current (List separately) | Dose (mg/frequency) | Date of Initial Rx | Prescribing MD | Side Effects |
|---|---|---|---|---|
| Remeron | 30 mg | 6/2/03 | Goodman | |
| Xanax | 0.25 | | | |
| Lexipro | | | | |
| celebrex ? neck | | | Goodman | |
| Viox | | 7 years ago | | |

B-0574

Patient Name _Terri Snyder_____   ID# 222563260   Page 5 of 9

Medications (Prescribed and Over-the-Counter)

| Past (List separately) | Dose | Date of Initial Rx | Date Stopped | Prescribing MD | Response |
|---|---|---|---|---|---|
| Centrum | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ALCOHOL AND DRUG USE

Alcohol

| Type(s): | beer | | | | |
|---|---|---|---|---|---|
| Amount of use: | | | | | |
| Frequency of use: | week ago | | | | |
| Age of first use: | undil | | | | |
| Periods of abstinence: | social 2 ½ month | | | | |
| Blackouts: | | | | | |
| Previous treatment and dates (List separately): | None | | | | |

Street Drugs

| Type(s): | Marijuana | PCP | | | |
|---|---|---|---|---|---|
| Amount of use: | | | | | |
| Frequency of use: | | smoked one | | | |
| Age of first use: | as a teen | (thought it was marijuana) | | | |
| Periods of abstinence: | no use now | | | | |
| Blackouts: | | | | | |
| Previous treatment and dates (List separately): | | | | | |

Tobacco
Amount of use:
Frequency of use:
Age of first use:

trying to cut back from 1 pack daily to 4 days to smoke a pack

Caffeine
Amount of use:
Frequency of use:

coffee occassionally

Other Substance Use (abuse of Over-the-Counter/prescription drugs)

B-0575

P-0660

Patient Name ___Terri Snyder___  ID# 222 56 3260 Page 6 of 9

## PSYCHIATRIC HISTORY

Previous Tx (Include level of care)          Date        Provider of Treatment        Response

None

## FAMILY PSYCHIATRIC HISTORY (INCLUDING SUBSTANCE ABUSE)

7. cousins have been counseling (marital)
cousin (deceased) alcoholic

## DEVELOPMENTAL HISTORY

Prenatal:
(difficulties during pregnancy, maternal alc/drug use, complications of childbirth)

Childhood Development:
(developmental milestones, health problems)

I was a "wild child" The only child

B-0576

## FAMILY HISTORY

(family structure, parents' relationship with one another, changing living situations, past/current relationships with family members)

Parents never married; lived w/ Mom mostly, then dad. Dad eventually married another ♀ (Dad was irresponsible) Parents are my "best friends" Sees them weekly + phone contac

## ACADEMIC HISTORY

(academic difficulties, special placements, school refusal, discipline problems, last grade completed)

School was cool ~ body cast for 1 year. embarass + didn't want to return to school. Went to night school for 2 yrs to receive a diploma

Patient Name __Terri Snyder__    ID# 222 56 3260 Page 7 of 9

SOCIAL HISTORY :
(early peer relationships, transitions, dating/sexual relationships, sexual history, current relationships, social support)

Never married; don't have the desire.

Current longterm rela. since 1996 ~ exclusive w/
BF X 2½ years. Bad rela's in past. BF tries to
(No children)    be controlling, but don't let him

OCCUPATIONAL HISTORY
(military, job history, reasons for leaving, ever fired)

Del Park (accounting) X 3 years, office work
1st USA, Citi steel X 1½ years, worked in dads
HOBBIES/INTERESTS    restaurants

write poems

B-0577

LEGAL HISTORY :
(arrests, convictions, DUI's, violent crimes, civil legal involvement in lawsuits)

Disorderly conduct in past (fighting w/ BF while drivi
Nolle processed ~ 2 DUI's 1991 & 1994
    1st offender's program, lost license for 1 year
OTHER INFORMATION :

lives in mom's house, in apartment upstairs
(BF lives in his own apt elsewhere).

CLIENT'S GOALS FOR TREATMENT
To get through my fear (of my employer)

P-0661

Patient Name _Terri Snyder_   ID# 22563260 Page 8 of 9

## MENTAL STATUS EXAM

### General Appearance and Behavior
Appearance:        neat, meticulous, casual, careless, disorderly,_____
Cooperation:       normal, suggestible, unusually compliant, cooperative, passive, uncooperative, negativistic,
                   threatening,_____
Eye Contact:       normal, increased, decreased, _____
Manner:            appropriate, dramatic, spontaneous, inhibited, anxious, irritable, hostile, agitated, guarded,
                   suspicious, boastful, seductive,_____
Motor Activity:    normal, agitated, hyperactive, mildly increased, mildly decreased, akinetic, aimless, assaultive,
                   destructive, rigid, mannerisms, posturing, echopraxia, self exposure, abnormal movements (e.g., tics,
                   pill-rolling or other tremor, bradykinesia, choreoathetoid movements),_____
Self Care Functions:  unremarkable and adequate, non-ambulatory, incontinent, marginal, _____

### Speech
Form:              normal, coherent, circumstantial, tangential, loose associations, flight of ideas, incoherent, slurred,
                   clanging, word-salad, echolalia, perseverative, evasive, vague, _____
Content:           relevant, distractible, confabulations, irrelevant, neologisms, profanity, _____

### Affective Status
Range:             normal, expansive, labile, constricted, blunted, flat, _____
Appropriateness:   appropriate to thought processes, inappropriate to thought processes, _____
Mood:              normal, manic, elated, indifferent, depressed, anhedonic, anxious, angry, _____

### Thought Processes
Dissociative        absent, flashbacks, depersonalization, derealization, déjà vu, jamais vu, alters, lost time,
Phenomena:
Delusions:         absent, influence, alienation, ideas of reference, somatic, paranoid, grandiose, nihilistic, religious,
                   thought broadcasting, insertion, derailment, _____
Hallucinations/    absent, auditory, command, visual, olfactory, tactile, gustatory, _____
Illusions:

### Cognitive Status
Level of consciousness:  alert, drowsy, lethargic, stuporous
Orientation:       oriented, disoriented to person/place/time
Attention:         intact, decreased (e.g., deficient immediate recall)
Concentration:     adequate, inadequate
Memory:            intact, deficits in immediate, working and/or remote
Intelligence:      average, superior, above/below average, retarded

### Judgment and Insight
Judgment in regard to    average, good, impaired, poor
chief complaint:
Common Sense:      average, good, impaired, poor
Impulse Control:   average, good, impaired, poor
Insight:           average, good, impaired, poor

B-0578

P-0662

DOCTOR'S PROGRESS NOTES

B-0579

PATIENT'S NAME: _Terri Snyder_    I.D.# _222563260_

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 8/29/03 | DNA. P/c ~ left message on cell #. (lu) |
| 9/2/03 | P/c ~ Terri returned call & RTC for 9/3/03 @ 2:00 pm. Terri reports ↑ S/Sx of anxiety, maternal fear & paranoia secondary to contact w/ arbitration office. Reports med. compliance. (lu) |
| 9/3/03 | cc ~ message stated that she is feeling sick, no sleep last night & hoping to come in for a late appt tonight. |
| 9/3/03 | P/c ~ left message on Terri's cell. Available to meet tomorrow @ 10:00 Am. (lu) |
| 9/4/03 (27) | P/c ~ left message for Terri to call for P/c appt. (lu)  Therapist available on 9/8/03 @ 9:00 Am. (lu) |
| 9/11/03 | P/c ~ Terri called to ask to be seen later today d/t not sleeping & having difficulty leaving her home. She was adamant @ coming in today & will pay necessary fees. Will see her today @ 3:00 pm. Cynthea Fullright |
| 9/11/03 | @ Arrived early. Terri has been extremely anxious, paranoid, depressed & isolating herself x 2 weeks secondary to recent contact w/ lawyer re: an arbitration meeting w/ ex-employer. Identified coping strategies to use in attempt to de-escalate S/Sx of anxiety & irrational thinking. Processed feelings & fears and agreed to ↑ ADL activities & call a friend to help Terri get out of the house (YMCA) |

DOCTOR'S PROGRESS NOTES          B- 0580

PATIENT'S NAME: _Terri Snyder_          I.D.# _222563260_

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|
| 9/4/03 | Terri will consult her PCP today re the ↑ in SXs of depressed + anxiety. ⊘ depressed, anxious, poor concentration, flight of ideas + tangential, irrational thinking + ↑ tearfulness, denied S/H I/P, no O/A case (still taking Klonid/Lexipro) Ⓟ RTC 9/16/03 @ 3:00pm to focus on ↓ anxiety + ↑ coping strategies Cynthia Furlight, LPMH |
| 9/16/03 | DNA. RTC'd & left message on cell (Ed) |
| 9/17/03 | New Terri called back to RTC for 9/23/03 @ 2:00pm (Ed) |
| 9/23/03 | Ⓐ Arrived on time. Focused on recent ↑ in depressive SXs and Terri's use of avoidance beh. as means to cope (not) w/ stressors. Identified activities to aim for in attempt to change state of withdraw/isolation. Processed feelings + fears of inevitable court/meeting w/ attny + past "mobsters". Ⓑ Mood depressed, anxious, worried, fearful, indecisive, poor concentration. Non-compliance w/ meds and recent etoh binge (one day). Ⓟ RTC 9/30/03 @ 2:00pm to monitor more + coping skills. ↑ ADL activities. Cynthia Furlight, LPMH |
| 9/30/03 | Ⓐ Arrived on time. Processed feelings surrounding recent break-up w/ BA. Terri wants to dedicate her time/energy on finding a job & resuming schooling. |

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: Terri Snyder          I.D.# 222563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|------|------------------------------------------|

Cont.

**1/2/03** — Terri also wants to have structure in daily life. Has attended anm x 4's in past week & feeling good re this. (B) mood elevated, incongruent, or labile? (re: breaking), talkative, tangential. Acute med compliance. (P) RTC 10/7/03 @ 2:00 pm to focus on ↑ coping skills & managing stressors.
cynthia furright, LPC/MH

**10/7/03** — (A) Arrived on time. Focused on managing stress & feeling relief that there will be no court date or meeting for min. of 6 months from now. Also discussed ambivalence re rel'p w/ BF & Terri's fear of commitment/trust. Discussed (-) self-talk and impact on ability to cope productively or not. re: acute med compliance (- one day that Terri resumed not using ...). (B) mood tense, restless, tangential, poor focus, distractible. (P) RTC 10/16/03 @ 2:00 pm to focus on (-) self-talk & ↑ (+) coping statements & other coping skills.
cynthia furright, LPC/MH

**10/16/03** — (A) Arrived on time. Reported feeling ↑ support from BF & able to focus on needs & f/u job interview & waiting out storm, wants to ↑ productive activity. Also addressed mixed feelings re: cousin's recent suicide attempt, release then another attempt. currently he is missing. Vented feelings & feeling able to cope.

DOCTOR'S PROGRESS NOTES

PATIENT'S NAME: Terri Snyder          I.D.# 222563260

## DOCTOR'S NOTES HISTORIES AND EVALUATION

cont.

10/10/03 — mood tense, flight of ideas + tangential, superficially composed + talkative, worried/angry re cousin; ambivalent. — RTC 10/21/03 @ 3:00pm to monitor mood & ability to manage current stress level. Cynthia [illegible], LCMH

10/14/03 P/C ~ returned Terri's call. Told to inquire @ meds via her P.C.P. or the pharmacist. (clee)

10/21/03 cc P/C ~ returned Terri's call; she's unable to keep today's appt 2° other appts that are conflicting w/ appt time. RTC this week on 10/24 @ 12:00 pm (clee)

10/24/03 P/C ~ Terri will be late (clee)
— Arrived 45 min late. Terri vented mixed feelings re cousin's apparent suicide (haven't located his body yet) Also talked re trust issues & relas w/ men (including current BF). Terri has had contact w/ unemployment + is hopeful of locating a job + is registered to attend computer class in Jan '04.
— mood elevated + talkative, silly, tangential, superficially cheerful + joking around to avoid feelings sad/angry + — RTC 10/28/03 @ 2:00pm to monitor mood + coping skills. Cynthia [illegible], LCMH

10/28/03 — Arrived late. Reports ↓ energy, hot flashes and disrupted sleep. Terri attributes some sx's to lack of routine + ↓ activities/productivity. Discussed ins. benefits + session

DOCTOR'S PROGRESS NOTE

PATIENT'S NAME: _Terri Snyder_    I.D.# 222563260

| DATE | DOCTOR'S NOTES HISTORIES AND EVALUATION |
|---|---|
| 10/8/03 | limit that has already been met. Will submit of tx extension to BCBS & Terri to investigate if in her budget (to be self pay.) spell warned @ cousins M/A status. @ mood tense, talkative, tired (sleeplessness & change in sleep habits), poor focus & concentration. @ Next appt TBA. Terri will call (Need tx refill Rx, no meds X 3 days) Cynthia Ferrigno, LCMH |

cont.

B-0583

P-0667

# CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC    170A301241 |

_____ DDOL Labor Law Enforcement Section _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Terry L. Snyder | (302) 762-0687 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 30 North Rodney Drive, Wilmington, DE 19809 | | 12/20/1968 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Citisteel U.S.A. Inc. | Cat D (501 +) | (302) 792-5447 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 4001 Philadelphia Pike, Claymont, DE 19703 | | 003 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 09/01/2001    LATEST: 04/10/2003
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I. I began working for Respondent as a temporary employee on or about August 3, 2001, and became a permanent employee on or about September 17, 2001. On or about April 10, 2003, I was discharged. My gender is Female.

II. On my second day of work, my General Supervisor, Randolph Harris (Male), told me, "I'm going to take you out for a beer sometime." I didn't think anything of it at first, but within a month he was asking me to go away with him. I never said anything to anyone because at this point, it was his word against mine. I kept saying no, but it didn't start bothering me until he started touching me and making lewd comments in mid-2002. He would grab my cheek, stroke my hair, lean in too close to smell my perfume, etc. Sometimes he would stand in my doorway and just stare at me, which made me very uncomfortable. If I had to leave my office while he was there, I'd ask him to step out of the way, but he would not, so I would end up brushing against him. Although I would tell him to stop, he'd say he would, but wouldn't. On January 7, 2003, he explicitly asked me to wear a dress with no panties underneath.

III. I complained formally to Respondent on April 8, 2003. The previous day, I had been harassed yet again, and was at the point that I could not take any more. I formally complained to Dennis Ford, one of my supervisors. I told him that I'd been sexually harassed by Randolph

**\*\* Text is Continued on Attached Sheet(s) \*\***

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>4-29-03    *Terri L. Snyder*<br>Date    Charging Party *(Signature)* | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) |

EEOC FORM 5 (Rev. 07/99)

D131

COPY

Apr 29 15:49 2003  CP Initials ___     Chg # 170A301241, Attachment Page 1

--------------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
--------------------------------------------------------------------------

Harris.  He told me he didn't believe Randolph would ask me to wear a
dress with no panties.  He told me he would contact Jerry Downie,
Director of Human Resources, and that after he notified HR I shouldn't
talk about the situation with anyone.  I was asked to come to HR, and
submit a written statement, which I did.

IV.  Although Respondent promised to investigate, the process they were
supposed to follow was not followed.  I was then notified the following
day that I had to transfer to another position.  I refused, since I felt
I did nothing wrong, but Respondent kept begging me to take it, but
refused to put the offer in writing as I asked.  I then ended the
meeting, because I was uncomfortable being there without a witness.  I
was then told to take the rest of the day off to consider their offer,
but Jerry Downie called my house numerous times before I got home,
asking me to call immediately.  When I did, I was asked to be ready for
a meeting the following day, April 10, in Personnel.  Respondent would
not allow me back into my office at that point.  I was informed at that
meeting that if I did not transfer I would be considered as voluntarily
quitting.

V.  I believe I have been discriminated against, not only because I was
sexually harassed, but was also retaliated against for making my
complaints, by being discharged, all in willful violation of Title VII
of the Civil Rights Act of 1964, as amended.

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              06/27  11:34
FAX NO./NAME           97314491
DURATION               00:00:55
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Advanced HVAC Inc._ FAX# (302) 731-4491

FROM _Terri Snyder_ PHONE# (302) 762-0687

DATE _6-27-05_

## COMMENTS

B- 0586

Snyder v. CitiSteel
0313

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:33
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                    06/27  11:31
FAX NO./NAME                 94750963
DURATION                     00:01:38
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *Co. Name Unlisted*    FAX# *(302) 475-0963*
    *ATTN: HR*

FROM *Terri Snyder*    PHONE# *(302) 762-0687*

DATE *6-27-05*

## COMMENTS

*RE: Receptionist*

B-0587

Snyder v. CitiSteel
0314

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:31
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          06/27  11:30
FAX NO./NAME       914103927267
DURATION           00:00:47
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _TERUMO_____ FAX#_(410) 392-7267_

_ATTN: HR_____

FROM _TERRI SNYDER____ PHONE#_(302) 762-0687_

DATE _6-27-05_____

## COMMENTS

Snyder v. CitiSteel
0315

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 06/27/2005 11:29
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484

┌──────────────────────────────────────────────────────────────────┐
│    DATE,TIME              06/27  11:28                              │
│    FAX NO./NAME           97775502                                 │
│    DURATION               00:00:28                                 │
│    PAGE(S)                03                                       │
│    RESULT                 OK                                       │
│    MODE                   STANDARD                                 │
│                           ECM                                      │
└──────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Sunday Breakfast Mission FAX#(302) 777-5500

ATTN: Arlene

FROM: Terri Snyder   PHONE#(302)762-0687

DATE 6-27-05

### COMMENTS

R E: THIRD SHIFT WORKER

Snyder v. CitiSteel
0316

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:28
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              06/27  11:27
FAX NO./NAME           92395389
DURATION               00:00:27
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: SANFORD SCHOOL    FAX#(302)239-5389

ATN: HR

FROM: TERRI SNYDER    PHONE#(302)762-0687

DATE: 6-27-05

B-0590

Snyder v. CitiSteel
0317

## COMMENTS

RE: RECEPTIONIST -

TELEPHONE RECEPTIONIST

| JOB STATUS REPORT |

```
                                        TIME  : 06/27/2005 11:27
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : BRO2J2511484
```

```
DATE,TIME                    06/27  11:26
FAX NO./NAME                 9326Ø590
DURATION                     ØØ:ØØ:5Ø
PAGE(S)                      Ø3
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: \ *l̶iNTERTHUR*̶ FAX# *( 302) 326-0590*

*ATTN: HR*

FROM *TERRi SNYDER* PHONE# *(302) 762-0687*

DATE *6-27-05*

### COMMENTS

B- 0591

*RE: TELE. SALES REP.*

*REPLENISHMENT C...*

Snyder v. CitiSteel
0318

| JOB STATUS REPORT |
|---|

```
TIME  : 06/27/2005 11:25
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              06/27  11:25
FAX NO./NAME           97931188
DURATION               00:00:29
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No. NAME UNLISTED_  FAX# _(302) 793 - 1188_

_ ATTN: HR _

FROM: _TERRI SNYDER_  PHONE# _(302) 762-0687_

DATE _6 - 27 - 05_

### COMMENTS

_RE: CUST. SERV. / FT_

B- 0592

Snyder v. CitiSteel
0319

```
                    JOB STATUS REPORT

                              TIME  : 06/27/2005 11:24
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
        DATE,TIME              06/27  11:23
        FAX NO./NAME           93603694
        DURATION               00:00:29
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Phillips & Cohen Ass.    FAX# (302) 368-3694

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 6-27-05

B-0593

COMMENTS

RE: Collections / Cust. Serv.

Snyder v. CitiSteel
0320

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:22
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          06/27  11:21
FAX NO./NAME       96551102
DURATION           00:00:46
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: ( o. N͟A͟M͟E͟ U͟N͟L͟I͟S͟T͟E͟D͟     FAX# (͟3͟0͟2͟)͟6͟5͟5͟·͟1͟1͟0͟2͟

_͟ A͟T͟T͟N͟ ͟:͟ H͟R͟

FROM T͟E͟R͟R͟I͟ S͟N͟Y͟D͟E͟R͟   PHONE# (͟3͟0͟2͟)͟7͟6͟2͟-͟0͟6͟8͟7͟

DATE 6͟ ͟-͟ 2͟7͟ ͟-͟ 0͟5͟

## COMMENTS
                                                            B-0594

R͟E͟:͟ C͟L͟E͟R͟I͟C͟A͟L͟

Snyder v. CitiSteel
0321

| JOB STATUS REPORT |
|---|

```
TIME  : 06/27/2005 11:21
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              06/27  11:20
FAX NO./NAME           93668611
DURATION               00:00:47
PAGE(S)                03
RESULT                 OK.
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: (_o. N̲ᴀᴍᴇ U̲ɴʟɪꜱᴛᴇᴅ_      FAX#(302) 366-861/

___ ᴀᴛɴ: H R

FROM _T̲ᴇʀʀɪ S̲ɴʏᴅᴇʀ_      PHONE# (302) 763-0687

DATE _6-27-05_

## COMMENTS

__ ɪ̲ᴇ: B̲ɪʟʟɪɴɢ

B-0595

Snyder v. CitiSteel
0322

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:19
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME          06/27  11:17
FAX NO./NAME       96522556
DURATION           00:01:39
PAGE(S)            03
RESULT             OK
MODE               STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: ( _o. NAME UNLISTED_    FAX# (302) 652-2556

\_ ATTN: ARCHITECT FIRM

FROM: _TERRI SNYDER_    PHONE# (302) 762-0687

DATE  6 - 27 - 05

### COMMENTS

RE: ADMIN. ASST.

B- 0596

Snyder v. CitiSteel
0323

JOB STATUS REPORT

```
TIME  : 06/27/2005 11:16
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              06/27  11:16
FAX NO./NAME           97643520
DURATION               00:00:32
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: ( 2. N̲A̲M̲E̲ U̲N̲L̲I̲S̲T̲E̲D̲        FAX# (302) 764-3620

_ ℡N: H R

FROM: T̲E̲R̲R̲I̲ S̲N̲Y̲D̲E̲R̲    PHONE# (302) 762-0687

DATE  6 - 27 - 05

### COMMENTS                                B- 0597

R E : A̲D̲M̲I̲N̲.̲ A̲S̲S̲T̲.̲

Snyder v. CitiSteel
0324

JOB STATUS REPORT

```
                                    TIME  : 06/27/2005 11:49
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
DATE,TIME              06/27  11:48
FAX NO./NAME           96554401
DURATION               00:00:47
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _Co. Name Unlisted_  FAX#_(302)655-4401_

_ATTN: Katharine C_

FROM: _Terri Snyder_  PHONE#_(302)762-0687_

DATE _6-27-05_

### COMMENTS                                    B-0598

RE: _Clerical_

Snyder v. CitiSteel
0325

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:55
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              05/16  15:55
FAX NO./NAME           914108855570
DURATION               00:00:31
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Tug Boat Co._     FAX#_(410) 885 - 5570_

_ATTN: Dan Marine_

FROM: _Terri Snyder_     PHONE#_(302) 762-0687_

DATE: _5 - 16 - 05_

B-0599

## COMMENTS

_RE: Marine Traine Manager_

Snyder v. CitiSteel
0326

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:53
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME                    05/16  15:52
FAX NO./NAME                 92928955
DURATION                     00:01:15
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted

Human Resources FAX# (302) 292-8955

FROM: Terri Snyder PHONE# (302) 762-0687

DATE: 5-16-05

COMMENTS                                B-0600

RE: Receptionist/PT

Snyder v. CitiSteel
0327