```
                    JOB STATUS REPORT

                              TIME  : 05/16/2005 15:51
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

```
    DATE,TIME              05/16  15:51
    FAX NO./NAME           98342940
    DURATION               00:00:44
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Arlon_

FAX#_(302)834-2940_

FROM: _Jerri Snyder_  PHONE#_(302)762-0687_

DATE: _5-16-05_

COMMENTS

B-0601

Snyder v. CitiSteel
0328

| JOB STATUS REPORT |
|---|

```
TIME  : 05/16/2005 15:50
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           05/16  15:49
FAX NO./NAME        918564671664
DURATION            00:00:22
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: PENSKE LOGISTICS        FAX#(856) 467-1664

ATTN: PAUL DONNELLY

FROM: TERRI SNYDER    PHONE#(302) 762-0687

DATE: 5-16-05

### COMMENTS

RE: DRIVER

B-0602

Snyder v. CitiSteel
0329

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:49
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          05/16  15:48
FAX NO./NAME       97773166
DURATION           00:00:36
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _ROCKLAND PLACE_____  FAX#_(302)777-3166_

_ATTN: BOM_____

FROM: _TERRI SNYDER____  PHONE#_(302)762-0687_

DATE: _5-16-05_

**COMMENTS**

_RE: RECEPTIONIST_____

B-0603

Snyder v. CitiSteel
0330

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:47
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              05/16  15:47
FAX NO./NAME           913026771744
DURATION               00:00:36
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

B- 0604

TO: _First Correctional_     FAX# (302) 677-1744

_____ ATTN: Dover HR _____

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: _5-16-05_

Snyder v. CitiSteel
0331

**COMMENTS**

RE: Medical Records Clerk
(FT Evening Position)

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:46
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              05/16  15:45
FAX NO./NAME           97378233
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Blood Bank of Delmarva_ FAX#_(302) 737-8233_

_ATTN: HR_

FROM: _Terri Snyder_    PHONE#_(302) 762-0687_

DATE: _5-16-05_

**COMMENTS**                           B-0605

_RE: Telephone Cust. Serv._

Snyder v. CitiSteel
0332

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:45
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              05/16  15:44
FAX NO./NAME           917242282888
DURATION               00:00:29
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _84 LUMBER Company_ FAX#_(724)228-2888_

FROM: _TERRI SNYDER_ PHONE#_(302)762-0687_

DATE: _5-16-05_

**COMMENTS**

_RE: MANAGER TRAINEES_

B-0606

Snyder v. CitiSteel
0333

| JOB STATUS REPORT |
| --- |

```
TIME  : 05/16/2005 15:44
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME           05/16  15:43
FAX NO./NAME        93230788
DURATION            00:00:34
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Engineering Co._      FAX# _(302)323-0788_

FROM: _Terri Snyder_  PHONE# _(302)762-0687_

DATE: _5 - 16 - 05_

B-0607

**COMMENTS**

_RE: Receptionist / Secretary_

Snyder v. CitiSteel
0334

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:42
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          05/16  15:42
FAX NO./NAME       94541456
DURATION           00:00:50
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted    FAX# (302)454-1456

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: 5-16-05

B-0608

## COMMENTS

RE: Real Estate Sales Asst.

Snyder v. CitiSteel
0335

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:40
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME           05/16  15:39
FAX NO./NAME        98342940
DURATION            00:00:45
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Arlon_ _____ FAX# (302) 834-2940

_Attn: HR_

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: _5-16-05_

**COMMENTS**                                    B-0609

RE: Production Operators
(2nd & 3rd Shifts)

Snyder v. CitiSteel
0336

| JOB STATUS REPORT |
| --- |

```
TIME  : 05/16/2005 15:37
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 05/16  15:37 |
| --- | --- |
| FAX NO./NAME | 912125635962 |
| DURATION | 00:00:36 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: OBS                    FAX#(212)563-5962

FROM: TERRI SNYDER    PHONE# (302)762-0687

DATE: 5 - 16 - 05

B- 0610

COMMENTS

RE: COPY OPERATORS $
MAIL CLERKS

Snyder v. CitiSteel
0337

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:36
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          05/16  15:35
FAX NO./NAME       99949877
DURATION           00:00:50
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted          FAX#(302) 994-9877

FROM: Terri Snyder    PHONE#(302) 762-0687

DATE: 5-16-05

COMMENTS                              B-0611

RE: Leasing Agent

Snyder v. CitiSteel
0338

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:34
NAME  :
FAX#  :
TEL # :
SER.# : BR02J2511484
```

```
DATE,TIME              05/16  15:34
FAX NO./NAME           97378233
DURATION               00:00:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Blood Bank of Delmarva_ FAX#_(302)737-8233_

_ATN: HR_

FROM: _Terri Snyder_    PHONE#_(302)762-0687_

DATE: _5-16-05_

### COMMENTS

_RE: Lab Aide_

B-0612

Snyder v. CitiSteel
0339

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:33
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE.TIME              05/16  15:32
FAX NO./NAME           95751713
DURATION               00:00:25
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: MTC/Wilm. Job Corps    FAX#(302)575-1713
       ATN: Human Resources

FROM: Terri Snyder _____ PHONE#(302)762-0687

DATE: 5-16-05 _____

B-0613

**COMMENTS**

RE: Employment Availability

Snyder v. CitiSteel
0340

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              05/16  15:31
FAX NO./NAME           92667616
DURATION               00:00:38
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _LEISURE FITNESS_ FAX# _(302)266-7616_
_ATTN: L. MATTHEWS_

FROM: _TERRI SNYDER_ PHONE# _(302)762-0687_

DATE: _5-16-05_

B-0614

### COMMENTS

_RE: HUMAN RESOURCES ASST,_

Snyder v. CitiSteel
0341

JOB STATUS REPORT

TIME  : 05/16/2005 15:31
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484

```
DATE,TIME              05/16  15:30
FAX NO./NAME           95522651
DURATION               00:00:30
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Christiana School District FAX# (302)552-2651

ATTN: HR

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: 5-16-05

### COMMENTS                                          B-0615

RE: Food Service General

Worker

Snyder v. CitiSteel
0342

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:30
NAME  :
FAX#  :
TEL # :
SER.# : BRO2J2511484
```

```
DATE,TIME              05/16  15:29
FAX NO./NAME           918564671664
DURATION               00:00:34
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Penske Logistics_    FAX#_(856) 467-1664_

_ATTN: Paul Donnelly_

FROM: _Terri Snyder_    PHONE#_(302) 762-0687_

DATE: _5-16-05_

### COMMENTS

_RE: Driver_

B-0616

Snyder v. CitiSteel
0343

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:29
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            05/16  15:28
FAX NO./NAME         96564890
DURATION             00:00:49
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted   FAX#(302) 656-4890

FROM: Terri Snyder   PHONE#(302) 762-0687

DATE: 5-16-05

**COMMENTS**

RE: Driver

B-0617

Snyder v. CitiSteel
0344

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘

                              TIME  :  05/16/2005 15:27
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER. # :  BRO2J2511484
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME                    05/16  15:26                          │
│  FAX NO./NAME                 92213802                              │
│  DURATION                     00:01:07                              │
│  PAGE(S)                      02                                    │
│  RESULT                       OK                                    │
│  MODE                         STANDARD                              │
│                               ECM                                   │
└──────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: __Local Service Co.__ FAX#__(302) 221-3802__

__Attn: Mark__

FROM: __Terri Snyder__   PHONE#__(302) 762-0687__

DATE: __5 - 16 - 05__

**COMMENTS**                                          B-0618

__RE: Dispatcher__

Snyder v. CitiSteel
0345

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:25
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME           05/16  15:24
FAX NO./NAME        94795396
DURATION            00:00:37
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_     FAX# _(302) 479-5396_

FROM: _Terri Snyder_     PHONE# _(302) 762-0687_

DATE: _5 - 16 - 05_

B- 0619

### COMMENTS

_RE: Account Reps._
_Customer Service_

Snyder v. CitiSteel
0346

| JOB STATUS REPORT |
| --- |

```
TIME  : 05/16/2005 15:24
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          05/16  15:23
FAX NO./NAME       94795396
DURATION           00:00:37
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_    FAX# _(302)479-5396_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _5 - 16 - 05_

B- 0620

COMMENTS

Snyder v. CitiSteel
0347

_RE: Account Reps._

_Customer Service_

JOB STATUS REPORT

```
TIME  : 05/16/2005 15:23
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME             05/16  15:22
FAX NO./NAME          94795396
DURATION              00:00:36
PAGE(S)               02
RESULT                OK
MODE                  STANDARD
                      ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: C̲o̲.̲ N̲a̲m̲e̲ U̲n̲l̲i̲s̲t̲e̲d̲  FAX#_(302)479-5396_

FROM: _Terri Snyder_  PHONE#_(302) 762-0687_

DATE: _5 - 16 - 05_

B- 0621

COMMENTS

R̲E̲:̲ A̲c̲c̲o̲u̲n̲t̲ R̲e̲p̲s̲.̲
C̲u̲s̲t̲o̲m̲e̲r̲ S̲e̲r̲v̲i̲c̲e̲

Snyder v. CitiSteel
0348

JOB STATUS REPORT

```
TIME   : 05/16/2005 15:21
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

| DATE,TIME | 05/16  15:21 |
|---|---|
| FAX NO./NAME | 99930943 |
| DURATION | 00:00:20 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: J. F. SOBIESKI

NEW HOMES CONSTRUCTION DIV FAX# (302) 993-0943

FROM: JERRI SNYDER   PHONE# (302) 762-0687

DATE: 5-16-05

B-0622

COMMENTS

RE: ADMINISTRATIVE ASST.

Snyder v. CitiSteel
0349

| JOB STATUS REPORT |
| --- |

```
TIME  : 04/11/2005 16:11
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/11  16:11
FAX NO./NAME           93249355
DURATION               00:00:18
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ADECCO_____ FAX#_(302)324-9355_

_____HR_____

FROM: _TERRI SNYDER_ PHONE#_(302) 762-0687_

DATE: _4-11-05_

B- 0623

COMMENTS

_REF ID # 110022474-01_

Snyder v. CitiSteel
0350

JOB STATUS REPORT

```
                                        TIME  : 04/11/2005 16:02
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : BR02J2511484
```

```
     DATE,TIME               04/11  16:02
     FAX NO./NAME            9324935S
     DURATION               00:00:30
     PAGE(S)                 03
     RESULT                  OK
     MODE                    STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ADECCO_____    FAX#_(302) 324-9355_

_ATTN: MICHELLA LINTON_

FROM: _VERRI SNYDER_____    PHONE# _(302) 762-0687_

DATE: _4-11-05_____

**COMMENTS**                                    B-0624

_RE: ADMIN. ASST. - CLERICAL -_

_DATA ENTRY_

Snyder v. CitiSteel
0351

JOB STATUS REPORT

```
TIME  : 04/11/2005 15:44
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/11  15:43
FAX NO./NAME           95716948
DURATION               00:00:48
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

TO: _New Castle County_          FROM: _Terri Snyder_

COMPANY: _Co. Name Unlisted_     DATE: _4-11-05_

FAX NUMBER: _(302)571-6948_      TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER:                    SENDER'S REFERENCE NUMBER: _(302) 762-0687_

RE: _Your Ad in the Spark_       YOUR REFERENCE NUMBER:

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

NOTES/COMMENTS.

Snyder v. CitiSteel
0352

JOB STATUS REPORT

```
TIME  : 04/11/2005 15:42
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 04/11  15:42 |
|---|---|
| FAX NO./NAME | 98362539 |
| DURATION | 00:00:32 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| FORT DELAWARE STATE PARK | TERRI SNYDER |
| **COMPANY:** | **DATE:** 4-11-05 |
| **FAX NUMBER:** (302) 836 - 2539 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** (302) 834 - 7941 | **SENDER'S REFERENCE NUMBER:** (302) 762 - 0687 |
| **RE:** YOUR AD IN THE SPARK | **YOUR REFERENCE NUMBER:** |

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS

Snyder v. CitiSteel
0353

JOB STATUS REPORT

```
TIME  : 04/11/2005 15:41
NAME  :
FAX#  :
TEL.# :
SER.# : BR02J2511484
```

```
DATE,TIME              04/11  15:40
FAX NO./NAME           92854275
DURATION               00:00:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802                B-0627
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: DIRECTOR OF ADHISSION OFFICE        FROM: TERRI SNYDER

COMPANY: ST. ANDREW'S SCHOOL           DATE: 4-11-05

FAX NUMBER: (302) 285-4275             TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER:                          SENDER'S REFERENCE NUMBER: (302) 762-0687

RE: YOUR AD IN THE SPARK               YOUR REFERENCE NUMBER:

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

### NOTES/COMMENTS

RE: ADMINISTRATIVE ASST

Snyder v. CitiSteel
0354

JOB STATUS REPORT

```
TIME    : 04/11/2005 15:39
NAME    :
FAX#    :
TEL#    :
SER.#   : BRO2J2511484
```

```
DATE,TIME              04/11   15:38
FAX NO./NAME           97374544
DURATION               00:01:39
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

B-0628

## FACSIMILE TRANSMITTAL SHEET

TO: NEWARK CHURCH

FROM: TERRI SNYDER

COMPANY:

DATE: 4-11-05

FAX NUMBER:

TOTAL NO. OF PAGES INCLUDING COVER: 3

(302) 737-4544

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: (302) 762-0687

YOUR REFERENCE NUMBER:

RE: YOUR AD IN THE SPARK

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

Snyder v. CitiSteel
0355

## NOTES/COMMENTS:

RE: ADMINISTRATIVE ASST.

JOB STATUS REPORT

```
TIME : 04/11/2005 15:37
NAME :
FAX# :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME            04/11  15:36
FAX NO./NAME         97628941
DURATION             00:00:59
PAGE(S)              03
RESULT              OK
MODE                STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

B-0629

### FACSIMILE TRANSMITTAL SHEET

| TO: HR | FROM: TERRi SNYDER |
|---|---|
| COMPANY: AT SYSTEMS | DATE: 4-11-05 |
| FAX NUMBER: (302)762-8941 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: (302) 762-0687 |
| RE: Your AD iN THE SUNDAY NEWS JOURNAL | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

Snyder v. CitiSteel
0356

### NOTES/COMMENTS:

RE: BANK - PROCESSiNG TELLER

JOB STATUS REPORT

```
TIME    : 04/11/2005 14:36
NAME    :
FAX#    :
TEL#    :
SER.#   : BRO2J2511484
```

```
DATE,TIME              04/11  14:35
FAX NO./NAME           913027310721
DURATION               00:00:51
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



**DIVISION OF EMPLOYMENT AND TRAINING**
**4425 N. MARKET STREET**
**WILMINGTON, DE 19802**
**FAX (302)761-6682**

B-0630

---

## FACSIMILE TRANSMITTAL SHEET

| TO: HEALTHCARE Co. | FROM: TERRi SNYDER |
|---|---|
| COMPANY: Co. Name UNLiSTED | DATE: 4-11-05 |
| FAX NUMBER: (302) 731-0721 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: (302) 762-0687 |
| RE: Your AD iN THE SPARK | YOUR REFERENCE NUMBER: |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS.

RE: AdMiNistra~~~

Snyder v. CitiSteel
0357

JOB STATUS REPORT

```
TIME  : 04/11/2005 15:35
NAME  :
FAX#  :
TEL#  :
SER. # : BRD2J2511484
```

```
DATE,TIME              04/11  15:34
FAX NO./NAME           916104311322
DURATION               00:00:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *Co. Name Unlisted*    FAX#(610) 431-1322

*HR*

FROM: *Terri Snyder*    PHONE#(302) 762-0687

DATE: *4-11-05*

### COMMENTS                              B-0631

*RE: Leasing Consultant Position*

Snyder v. CitiSteel
0358

| JOB STATUS REPORT |
| --- |

```
TIME  : 04/11/2005 14:32
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 04/11  14:32 |
| --- | --- |
| FAX NO./NAME | 97310721 |
| DURATION | 00:00:49 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

B-0632

## FACSIMILE TRANSMITTAL SHEET

| TO: _Healthcare Co._ | FROM: _Terri Snyder_ |
| --- | --- |
| COMPANY: _Co. Name Unlisted_ | DATE: _4-11-05_ |
| FAX NUMBER: _(302) 731-0721_ | TOTAL NO. OF PAGES INCLUDING COVER: _3_ |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: _(302) 762-0687_ |
| RE: _Your ad in the Spark_ | YOUR REFERENCE NUMBER: |

☐URGEN ☑FOR REVIEW ☐PLEASE COMMENT ☐PLEASE REPLY

### NOTES/COMMENTS.

RE: Administrative ...

Snyder v. CitiSteel
0359

| JOB STATUS REPORT |
| --- |

```
TIME   : 04/11/2005 14:30
NAME   :
FAX#   :
TEL#   :
SER.# : BRO2J2511484
```

```
DATE,TIME          04/11  14:30
FAX NO./NAME       93248352
DURATION           00:00:51
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

B-0633

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
| --- | --- |
| ꝹEALERSHIP | Yᴇʀʀɪ Sɴʏᴅᴇʀ |
| **COMPANY:** | **DATE:** |
| Cᴏ. Nᴀᴍᴇ Uɴʟɪsᴛᴇᴅ | 4-11-05 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (302)324-8352 | 3 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
|  | (302) 762-0687 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Yᴏᴜʀ ᴀᴅ ɪɴ ᴛʜᴇ Sᴜɴᴅᴀʏ NEWS JOURNAL | |

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

**NOTES/COMMENTS:**

RE: Annin Sarre Ann—

Snyder v. CitiSteel
0360

JOB STATUS REPORT

```
TIME   : 04/11/2005 14:29
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

```
DATE,TIME         04/11  14:28
FAX NO./NAME      98327200
DURATION          00:00:43
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

B-0634

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: K. FIGGS | FROM: TERRI SNYDER |
| COMPANY: THE REYBOLD GROUP | DATE: 4-11-05 |
| FAX NUMBER: (302)832-7200 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: YOUR AD IN THE SUNDAY NEWS JOURNAL | YOUR REFERENCE NUMBER: |

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

Snyder v. CitiSteel
0361

## NOTES/COMMENTS.

RE: Administrative Asst /Recp

JOB STATUS REPORT

```
TIME  : 04/11/2005 14:27
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 04/11  14:26 |
| FAX NO./NAME | 94799025 |
| DURATION | 00:00:47 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET

TO: *H R*

FROM: *TERRI SNYDER*

COMPANY: *ORECK*

DATE: *4 - 11 - 05*

FAX NUMBER: *(302) 479 - 9025*

TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: *(302) 762 - 0687*

RE: *Your AD IN THE SUNDAY NEWS JOURNAL*

YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS:

Snyder v. CitiSteel
0362

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:38
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/11  12:38
FAX NO./NAME           918007926078
DURATION               00:00:48
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: LOAN COMPANY | FROM: TERRI SNYDER |
|---|---|
| COMPANY: SELECT MGNT. | DATE: 4-11-05 |
| FAX NUMBER: (800) 792-6078 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |

RE: YOUR AD IN THE SUNDAY NEWS JOURNAL          YOUR REFERENCE NUMBER:

☐ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

Snyder v. CitiSteel
0363

## NOTES/COMMENTS

RE: Customer Service Rep.

B-0636

JOB STATUS REPORT

TIME  : 04/11/2005 12:37
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| DATE,TIME | 04/11  12:36 |
| FAX NO./NAME | 96542065 |
| DURATION | 00:00:47 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: _WAREHOUSE OFFICE_          FROM: _TERRI SNYDER_

COMPANY: _CO. NAME UNLISTED_          DATE: _4-11-05_

FAX NUMBER: _(302)654-2065_          TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER:          SENDER'S REFERENCE NUMBER: _(302)762-0687_

RE: _YOUR AD IN THE SUNDAY NEWS JOURNAL_          YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

NOTES/COMMENTS:

RE: _Opinion_

Snyder v. CitiSteel
0364

B- 0637

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:35
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME            04/11  12:35
FAX NO./NAME         97616951
DURATION             00:00:43
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: HR

FROM: Terri Snyder

COMPANY: Co. Name Unlisted

DATE: 4-11-05

FAX NUMBER: (302) 761-6951

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: (302) 762-0687

RE: Your ad in the Sunday News Journal

YOUR REFERENCE NUMBER:

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

NOTES/COMMENTS.

RE: Original

Snyder v. CitiSteel
0365

B-0638

JOB STATUS REPORT

```
TIME   : 04/11/2005 12:34
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME          04/11  12:33
FAX NO./NAME       94790571
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

## DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302)761-6682

B-0639

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** MR. KANE | **FROM:** TERRI SNYDER |
| **COMPANY:** FINANCE COMPANY | **DATE:** 4-11-05 |
| **FAX NUMBER:** (302) 479-0571 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** (302) 479-0553 X 1003 | **SENDER'S REFERENCE NUMBER** (302) 762-0687 |
| **RE:** YOUR AD IN THE SUNDAY NEWS JOURNAL | **YOUR REFERENCE NUMBER:** |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

Snyder v. CitiSteel
0366

**NOTES/COMMENTS:**

RE: LOAN PROCESSING / CUSTOMER

JOB STATUS REPORT

```
TIME   : 04/11/2005 12:33
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME         04/11  12:32
FAX NO./NAME      94530449
DURATION          00:00:48
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET                    B-0640

| | |
|---|---|
| TO: _Chimes/Delaware_ | FROM: _Terri Snyder_ |
| COMPANY: | DATE: _4-11-05_ |
| FAX NUMBER: _(302) 453-0449_ | TOTAL NO. OF PAGES INCLUDING COVER: _3_ |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: _(302) 762-0687_ |
| RE: _Your ad in the Sunday News Journal_ | YOUR REFERENCE NUMBER: |

☐ URGEN ☒ FOR REVIEW ☐ PLEASE COMMENT ☒ PLEASE REPLY

Snyder v. CitiSteel
0367

NOTES/COMMENTS:

_Re: Admin Clerical Data Entry_

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 04/11/2005 12:31
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME                   04/11  12:31
    FAX NO./NAME                94283655
    DURATION                    00:00:27
    PAGE(S)                     03
    RESULT                      OK
    MODE                        STANDARD
                                ECM
```



**DELAWARE DEPARTMENT OF**
**LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: _H R_

FROM: _TERRI SNYDER_

COMPANY: _SHELTER_

DATE: _4-11-05_

FAX NUMBER: _(302)428-3655_

TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: _(302)762-0687_

RE: _Your AD in THE SUNDAY NEWS JOURNAL_

YOUR REFERENCE NUMBER:

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

## NOTES/COMMENTS:

Snyder v. CitiSteel
0368

B- 0641

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:21
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            04/11  12:20
FAX NO./NAME         95716420
DURATION             00:00:38
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: HUMAN RESOURCES | FROM: TERRI SNYDER |
|---|---|
| COMPANY: DELAWARE RIVER & BAY AUTHORITY | DATE: 4-11-05 |
| FAX NUMBER: (302)571-6420 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: YOUR AD IN THE SUNDAY NEWS JOURNAL | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

NOTES/COMMENTS

Snyder v. CitiSteel
0369

B-0642

JOB STATUS REPORT

```
TIME   : 04/11/2005 12:19
NAME   :
FAX#   :
TEL#   :
SER. # : BR02J2511484
```

| DATE,TIME | 04/11  12:19 |
|---|---|
| FAX NO./NAME | 917174537376 |
| DURATION | 00:00:48 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE
DEPARTMENT OF
LABOR**
*KEEPING
DELAWARE FIRST*

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

FACSIMILE TRANSMITTAL SHEET                    B-0643

TO: *HR*

FROM: *TERRI SNYDER*

COMPANY: *Co. Name Unlisted*

DATE: *4-11-05*

FAX NUMBER: *(717) 453-7376*

TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: *(302) 762-0687*

RE: *Your Ad in the Sunday News Journal*

YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

Snyder v. CitiSteel
0370

NOTES/COMMENTS:

*RE: Q____ S____ Person*

```
JOB STATUS REPORT
```

```
TIME  : 04/11/2005 12:18
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 04/11  12:17 |
| FAX NO./NAME | 96339428 |
| DURATION | 00:00:57 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: *HR* | FROM: *TERRI SNYDER* |
|---|---|
| **COMPANY:** *TRUGREEN - CHEMLAWN* | **DATE:** *4-11-05* |
| **FAX NUMBER:** *(302) 633-9428* | **TOTAL NO. OF PAGES INCLUDING COVER:** *3* |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** *(302) 762-0687* |
| **RE:** *YOUR AD IN THE NEWS JOURNAL* | **YOUR REFERENCE NUMBER:** |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

### NOTES/COMMENTS.

*RE: SALES REP*

Snyder v. CitiSteel
0371

B- 0644

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:16
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          04/11  12:15
FAX NO./NAME       97628941
DURATION           00:00:59
PAGE(S)            03
RESULT             OK
MODE               STANDARD
```



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: FRANK PAPPERT

FROM: TERRI SNYDER

COMPANY: AT SYSTEMS

DATE: 4-11-05

FAX NUMBER: (302)762-8941

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: (302)762-5444 X606

SENDER'S REFERENCE NUMBER: (302)762-0687

RE: YOUR AD IN THE SUNDAY NEWS JOURNAL

YOUR REFERENCE NUMBER:

☐ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

Snyder v. CitiSteel
0372

NOTES/COMMENTS:

RE: Security - Various Messengers

B-0645

JOB STATUS REPORT

TIME : 04/11/2005 12:14
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484

| DATE,TIME | 04/11  12:14 |
| FAX NO./NAME | 92352900 |
| DURATION | 00:00:37 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: REALESTATE OFFICE

FROM: TERRI SNYDER

COMPANY: Co. NAME UNLISTED

DATE: 4-11-05

FAX NUMBER: (302)235-2900

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: (302)762-0687

RE: YOUR AD IN THE SUNDAY NEWS JOURNAL

YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

NOTES/COMMENTS:

RE: S

Snyder v. CitiSteel
0373

B-0646

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:13
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/11  12:12
FAX NO./NAME           92213002
DURATION               00:01:11
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

FACSIMILE TRANSMITTAL SHEET                     B-0647

TO: *H R*

FROM: *TERRI SNYDER*

COMPANY: *Co. NAME UNLISTED*

DATE: *4-11-05*

FAX NUMBER: *(302) 221-3802*

TOTAL NO. OF PAGES INCLUDING COVER: *3*

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: *(302) 762-0687*

YOUR REFERENCE NUMBER:

RE: *Your AD in THE SUNDAY NEWS JOURNAL*

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

Snyder v. CitiSteel
0374

NOTES/COMMENTS

JOB STATUS REPORT

```
TIME  : 04/11/2005 12:11
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME          04/11  12:10
FAX NO./NAME       97387898
DURATION           00:01:06
PAGE(S)            03
RESULT             OK
MODE               STANDARD
```



DELAWARE DEPARTMENT OF

# LABOR
KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: Kim | FROM: Terri Snyder |
|---|---|
| COMPANY: J & J Staffing | DATE: 4-11-05 |
| FAX NUMBER: (302) 738-7898 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (302) 738-7800 | SENDER'S REFERENCE NUMBER: (302) 762-0687 |
| RE: Your ad in the Sunday News Journal | YOUR REFERENCE NUMBER: |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

Snyder v. CitiSteel
0375

## NOTES/COMMENTS

RE: Document Prep Clerk

B-0648

| JOB STATUS REPORT |
|---|

```
TIME  : 04/11/2005 12:09
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          04/11  12:08
FAX NO./NAME       93690768
DURATION           00:00:28
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE**
**DEPARTMENT OF**
# LABOR
**KEEPING**
**DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: _Curtis_

FROM: _Terri Snyder_

COMPANY: _Co. Name Unlisted_

DATE: _4-11-05_

FAX NUMBER: _(302) 369-0768_

TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: _(302) 762-0687_

RE: _Your ad in the spark_

YOUR REFERENCE NUMBER:

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

### NOTES/COMMENTS:

_RE: Snips_

Snyder v. CitiSteel
0376

B- 0649

JOB STATUS REPORT

TIME : 04/11/2005 12:08
NAME :
FAX# :
TEL# :
SER. # : BRO2J2511484

| DATE,TIME | 04/11  12:08 |
| FAX NO./NAME | 94786049 |
| DURATION | 00:00:26 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE**
**DEPARTMENT OF**
**LABOR**
**KEEPING**
**DELAWARE FIRST**

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

**FACSIMILE TRANSMITTAL SHEET**                B-0650

TO: _H R_                         FROM: _TERRI SNYDER_

COMPANY:                          DATE:
_DOUBLE TREE HOTEL_               _4-11-05_

FAX NUMBER:                       TOTAL NO. OF PAGES INCLUDING COVER:
_(302)478-6049_                   _3_

PHONE NUMBER:                     SENDER'S REFERENCE NUMBER:
                                  _(302)762-0687_

RE:                               YOUR REFERENCE NUMBER:
_YOUR AD IN THE SUNDAY NEWS JOURNAL_

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

Snyder v. CitiSteel
0377

NOTES/COMMENTS: