```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 03/14/2005 16:49
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484

 ┌──────────────────────────────────────────────────────────────┐
 │  DATE,TIME              03/14  16:48                           │
 │  FAX NO./NAME           912155641968                          │
 │  DURATION               00:00:42                              │
 │  PAGE(S)                03                                    │
 │  RESULT                 OK                                    │
 │  MODE                   STANDARD                             │
 │                         ECM                                  │
 └──────────────────────────────────────────────────────────────┘
```



**DIVISION OF EMPLOYMENT AND TRAINING**

**4425 N. MARKET STREET**

**WILMINGTON, DE 19802**

**FAX (302)761-6682**

## FACSIMILE TRANSMITTAL SHEET

B-0651

| TO: HEIDI STRAUSER | FROM: TERRI SNYDER |
|---|---|
| **COMPANY:** ROBERT HALF FINANCE & ACCOUNTING | **DATE:** 3-14-05 |
| **FAX NUMBER:** (215) 564-1968 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** (215) 568-4580 | **SENDER'S REFERENCE NUMBER:** (302) 762-0687 |
| **RE:** AD ON THE INTERNET | **YOUR REFERENCE NUMBER:** |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

### NOTES/COMMENTS:

REF 1 ?)   ??? ??1/81

Snyder v. CitiSteel
0378

JOB STATUS REPORT

```
TIME   : 03/14/2005 16:47
NAME   :
FAX#   :
TEL#   :
SER. # : BRO2J2511484
```

```
DATE,TIME              03/14  16:47
FAX NO./NAME           916105267478
DURATION               00:00:35
PAGE(S)                03
RESULT                 OK
MODE.                  STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE 19802
#### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0652

TO: HR

FROM: TERRI SNYDER

COMPANY: BRYN MAWR COLLEGE

DATE: 3-14-05

FAX NUMBER: (610)526-7478

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: (610) 526 - 5264

SENDER'S REFERENCE NUMBER: (302) 762 - 0687

RE: YOUR AD ON THE INTERNET

YOUR REFERENCE NUMBER:

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY

## NOTES/COMMENTS.

REF 1 M

Snyder v. CitiSteel
0379

JOB STATUS REPORT

```
TIME  : 03/14/2005 16:45
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          03/14  16:44
FAX NO./NAME       912155641968
DURATION           00:00:43
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE 19802
#### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET

B-0653

| | |
|---|---|
| **TO:** _Heidi Strauser_ | **FROM:** _Terri Snyder_ |
| **COMPANY:** _Robert Half Finance & Accounting_ | **DATE:** _3-14-05_ |
| **FAX NUMBER:** _(215) 564-1968_ | **TOTAL NO. OF PAGES INCLUDING COVER:** _3_ |
| **PHONE NUMBER:** _(215) 568-4580_ | **SENDER'S REFERENCE NUMBER** _(302) 762-0687_ |
| **RE:** _Ad on the Internet_ | **YOUR REFERENCE NUMBER:** |

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS

_REF I.D. 372-021681_

Snyder v. CitiSteel
0380

JOB STATUS REPORT

```
TIME  : 03/14/2005 16:38
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          03/14  16:38
FAX NO./NAME       913026532818
DURATION           00:00:48
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE
DEPARTMENT OF
LABOR**
*KEEPING*
*DELAWARE FIRST*

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET                    B-0654

TO: John Deere Dealer

FROM: Terri Snyder

COMPANY: Atlantic Tractor

DATE: 3-14-05

FAX NUMBER: (302) 653-2818

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: Not Listed

SENDER'S REFERENCE NUMBER: (302) 762-0687

RE: Your ad in the Sunday News Journal

YOUR REFERENCE NUMBER:

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

Snyder v. CitiSteel
0381

## NOTES/COMMENTS

RE: Office Assistant...

JOB STATUS REPORT

```
TIME  : 03/14/2005 16:28
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          03/14  16:27
FAX NO./NAME       94255750
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: _LEGAL INDUSTRY_    FROM: _TERRI SNYDER_

COMPANY: _Co. Name Unlisted_    DATE: _3-14-05_

FAX NUMBER: _(302) 425 - 5750_    TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER: _N/A_    SENDER'S REFERENCE NUMBER: _(302) 762-0687_

RE: _Your ad on the Internet_    YOUR REFERENCE NUMBER:

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY

### NOTES/COMMENTS:

Snyder v. CitiSteel
0382

B- 0655

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:54
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME            03/14  15:53
FAX NO./NAME         97983010
DURATION             00:01:04
PAGE(S)              03
RESULT              OK
MODE                STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: _HR_

FROM: _TERRI SNYDER_

COMPANY: _ACCOUNTEMPS_

DATE: _3-14-05_

FAX NUMBER: _(302)798-3010_

TOTAL NO. OF PAGES INCLUDING COVER: _3_

PHONE NUMBER: _(302)798-2929_

SENDER'S REFERENCE NUMBER: _(302)762-0687_

RE:

YOUR REFERENCE NUMBER:

☐ URGEN  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

## NOTES/COMMENTS

Snyder v. CitiSteel
0383

B-0656

---

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:48
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 03/14  15:47 |
| FAX NO./NAME | 96546530 |
| DURATION | 00:00:58 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE
DEPARTMENT OF
LABOR**
KEEPING
DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: HR | FROM: TERRI SNYDER |
| COMPANY: CONFIDENTIAL | DATE: 3-14-05 |
| FAX NUMBER: (302) 654-6530 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: Not Listed | SENDER'S REFERENCE NUMBER: (302) 762-0687 |
| RE: AD ON INTERNET | YOUR REFERENCE NUMBER: |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

---

NOTES/COMMENTS:

B-0657

Snyder v. CitiSteel
0384

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:42
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 03/14  15:42 |
| FAX NO./NAME | 92213420 |
| DURATION | 00:00:27 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET                    B-0658

| TO: *HR* | FROM: *TERRI SNYDER* |
|---|---|
| COMPANY: *LA-Z-BOY* | DATE: *3-14-05* |
| FAX NUMBER: *(302) 221-3420* | TOTAL NO. OF PAGES INCLUDING COVER: *3* |
| PHONE NUMBER: *NOT LISTED* | SENDER'S REFERENCE NUMBER: *(302) 762-0687* |
| RE: *YOUR AD IN THE SUNDAY NEWS JOURNAL* | YOUR REFERENCE NUMBER: |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS:

RE: ADMINISTRATIVE D___

Snyder v. CitiSteel
0385

JOB STATUS REPORT

TIME : 03/14/2005 15:42
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484

| DATE,TIME | 03/14  15:40 |
| FAX NO./NAME | 97983010 |
| DURATION | 00:01:05 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0659

| TO: HR | FROM: TERRI SNYDER |
| COMPANY: OFFICE TEAM | DATE: 3-14-05 |
| FAX NUMBER: (302)798-3010 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (302)798-3577 | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: YOUR AD IN THE SUNDAY NEWS JOURNAL | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

Snyder v. CitiSteel
0386

NOTES/COMMENTS

RE: EXEC. ADMIN. ASST, AND

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:40
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME                03/14  15:39
FAX NO./NAME             913027449017
DURATION                 00:00:42
PAGE(S)                  03
RESULT                   OK
MODE                     STANDARD
                         ECM
```



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

TO: HR-Dover Office      FROM: Terri Snyder

COMPANY: Co. Name Unlisted      DATE: 3-14-05

FAX NUMBER: (302)744-9017      TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: Not Listed      SENDER'S REFERENCE NUMBER: (302)762-0687

RE: Your ad in the Sunday News Journal      YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

NOTES/COMMENTS:

RE: A...... .o    .    o          ?

Snyder v. CitiSteel
0387

B-0660

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
                              TIME  : 03/14/2005 15:38
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

```
┌──────────────────────────────────────────────────────────────────────┐
│   DATE,TIME                    03/14  15:37                             │
│   FAX NO./NAME                 93287415                                 │
│   DURATION                     00:00:56                                 │
│   PAGE(S)                      03                                       │
│   RESULT                       OK                                       │
│   MODE                         STANDARD                                 │
│                                ECM                                      │
└──────────────────────────────────────────────────────────────────────┘
```



### DELAWARE DEPARTMENT OF LABOR
### KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET                    B-0661

| TO: | FROM: |
|-----|-------|
| APT. COMPLEX | TERRI SNYDER |
| **COMPANY:** | **DATE:** |
| CO. NAME UNLISTED | 3-14-05 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (302) 328-7415 | 3 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| NOT LISTED | (302) 762-0687 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| YOUR AD IN THE SUNDAY NEWS JOURNAL | |

☐ URGEN   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☑ PLEASE REPLY

Snyder v. CitiSteel
0388

---

### NOTES/COMMENTS

RE: BOOKKEEPER Position

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:37
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511404
```

```
DATE,TIME              03/14  15:36
FAX NO./NAME           98613032
DURATION               00:01:14
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



DELAWARE
DEPARTMENT OF
LABOR
KEEPING
DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

TO: HR                          FROM: TERRI SNYDER

COMPANY: MATT SLAP SUBARU       DATE: 3-14-05

FAX NUMBER:                     TOTAL NO. OF PAGES INCLUDING
(302) 861-3032                  COVER: 3

PHONE NUMBER:                   SENDER'S REFERENCE NUMBER:
No LISTED                       (302) 762-0687

RE:                             YOUR REFERENCE NUMBER:
Your AD IN THE SUNDAY NEWS JOURNAL

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

### NOTES/COMMENTS.

RE' Clanon D...

Snyder v. CitiSteel
0389

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              03/14  15:34
FAX NO./NAME           94774067
DURATION               00:00:34
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET

| TO: HR | FROM: TERRI SNYDER |
|---|---|
| COMPANY: ACCESS GROUP | DATE: 3-14-05 |
| FAX NUMBER: (302)477-4067 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: NOT LISTED | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: Your AD IN THE SUNDAY NEWS JOURNAL | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

Snyder v. CitiSteel
0390

### NOTES/COMMENTS:

RE: SEASONAL _____

B-0663

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:34
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          03/14  15:33
FAX NO./NAME       99958920
DURATION           00:00:48
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0664

| TO: | FROM: |
|---|---|
| Big Brothers / Big Sisters | Terri Snyder |
| **COMPANY:** | **DATE:** |
| BBBS | 3-14-05 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (302)995-8920 | 3 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| Not Listed | (302) 762-0687 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Your Ad in the News-Journal | |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

## NOTES/COMMENTS:

RE: Customer Relations

Snyder v. CitiSteel
0391

JOB STATUS REPORT

TIME : 03/14/2005 15:32
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484

| DATE,TIME | 03/14  15:32 |
| FAX NO./NAME | 96365454 |
| DURATION | 00:00:25 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



DELAWARE
DEPARTMENT OF
LABOR
KEEPING
DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET                B-0665

TO: HR

FROM: TERRI SNYDER

COMPANY: CSC

DATE: 3-14-05

FAX NUMBER: (302)636-5454

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER: NOT LISTED

SENDER'S REFERENCE NUMBER: (302) 762-0687

RE:

YOUR REFERENCE NUMBER:

YOUR AD IN THE SUNDAY NEWS JOURNAL

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

## NOTES/COMMENTS:

Snyder v. CitiSteel
0392

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          03/14  15:31
FAX NO./NAME       93950748
DURATION           00:00:40
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DELAWARE DEPARTMENT OF LABOR
### KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0666

| TO: | FROM: |
|---|---|
| _Insurance Office_ | _Terri Snyder_ |
| **COMPANY:** | **DATE:** |
| _Co. Name Unlisted_ | _3-14-05_ |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| _(302) 395-0748_ | _3_ |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| _Not Listed_ | _(302) 762-0687_ |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| _Your ad in the Sunday News Journal_ | |

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

## NOTES/COMMENTS:

RE: Resple

Snyder v. CitiSteel
0393

JOB STATUS REPORT

```
TIME  : 03/14/2005 15:30
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

| DATE,TIME | 03/14  15:29 |
|-----------|--------------|
| FAX NO./NAME | 96365454 |
| DURATION | 00:00:29 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302)761-6682

FACSIMILE TRANSMITTAL SHEET                    B-0667

TO: _Human Resources_          FROM: _Terri Snyder_

COMPANY:                       DATE:
_CSC_                          _3-14-05_

FAX NUMBER:                    TOTAL NO. OF PAGES INCLUDING COVER:
_(302)636-5454_                _3_

PHONE NUMBER:                  SENDER'S REFERENCE NUMBER:
_Not Listed_                   _(302) 762-0687_

RE:                            YOUR REFERENCE NUMBER:
_Your Ad in the News Journal_

☐ URGEN  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☒ PLEASE REPLY

NOTES/COMMENTS.

Snyder v. CitiSteel
0394

| JOB STATUS REPORT |
|---|

```
                              TIME  : 03/10/2005 17:23
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 03/10  17:22 |
| FAX NO./NAME | 93255108 |
| DURATION | 00:00:48 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

**TO:** HR

**FROM:** TERRI SNYDER

**COMPANY:** WESTAFF

**DATE:** 3-10-05

**FAX NUMBER:** (302) 325-5108

**TOTAL NO. OF PAGES INCLUDING COVER:** 3

**PHONE NUMBER:**

**SENDER'S REFERENCE NUMBER:** (302) 762-0687

**RE:** EMPLOYMENT AVAILABILITY

**YOUR REFERENCE NUMBER:**

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

## NOTES/COMMENTS

Snyder v. CitiSteel
0395

B-0668

| JOB STATUS REPORT |
|---|

```
                              TIME  : 03/10/2005 16:51
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
DATE,TIME              03/10  16:50
FAX NO./NAME           93253257
DURATION               00:00:26
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Electronics Assembly | Terri Snyder |
| **COMPANY:** | **DATE:** |
| Co. Name Unlisted | 3-1-05 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (302)325-3257 | 3-10-05 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| (302) 325-3254 | (302) 762-0687 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Your Ad In The News Journal | |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY

## NOTES/COMMENTS

Snyder v. CitiSteel
0396

JOB STATUS REPORT

```
TIME  : 03/10/2005 16:50
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 03/10 16:49 |
| FAX NO./NAME | 93253257 |
| DURATION | 00:00:27 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



DELAWARE
DEPARTMENT OF
LABOR
KEEPING
DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

TO: *Electronics Assembly*    FROM: *Terri Snyder*

COMPANY: *Co. Name Unlisted*    DATE: *3-1-05*

FAX NUMBER: *(302)325-3257*    TOTAL NO. OF PAGES INCLUDING COVER: *3-10-05*

PHONE NUMBER: *(302) 325-3254*    SENDER'S REFERENCE NUMBER: *(302) 762-0687*

RE: *Your Ad In The News-Journal*    YOUR REFERENCE NUMBER:

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

### NOTES/COMMENTS:

Snyder v. CitiSteel
0397

| JOB STATUS REPORT |
|---|

```
                                          TIME  : 03/10/2005 16:49
                                          NAME  :
                                          FAX#  :
                                          TEL.# :
                                          SER.# : BR02J2511484
```

| DATE,TIME | 03/10 16:48 |
|---|---|
| FAX NO./NAME | 97628941 |
| DURATION | 00:01:01 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |



# DELAWARE DEPARTMENT OF LABOR
## KEEPING DELAWARE FIRST

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302)761-6682

---

## FACSIMILE TRANSMITTAL SHEET                    B-0671

---

**TO:**  CAREERS AT AT SYSTEMS    **FROM:** TERRI SNYDER

**COMPANY:**    **DATE:**

AT SYSTEMS    3-1-05

**FAX NUMBER:**    **TOTAL NO. OF PAGES INCLUDING COVER:**

(302) 762-8941    3-10-05

**PHONE NUMBER:**    **SENDER'S REFERENCE NUMBER:**

(302) 762-0687

**RE:**    **YOUR REFERENCE NUMBER:**

YOUR AD IN THE NEWS JOURNAL

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS:

RE: PROCESSING TELLER

Snyder v. CitiSteel
0398

JOB STATUS REPORT

```
TIME  : 03/10/2005 16:47
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME          03/10  16:46
FAX NO./NAME       96581958
DURATION           00:00:51
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE 19802
#### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0672

TO: BERNADETTE

FROM: TERRI SNYDER

COMPANY: YMCA

DATE: 3-1-05

FAX NUMBER: (302)658-1958

TOTAL NO. OF PAGES INCLUDING COVER: 3-10-05

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: (302)762-0687

RE: Your Ad In The News Journal

YOUR REFERENCE NUMBER:

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

## NOTES/COMMENTS:

RE: CLERICAL POSITION

Snyder v. CitiSteel
0399

| JOB STATUS REPORT |
|---|

```
TIME : 03/10/2005 16:45
NAME :
FAX# :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME          03/10  16:45
FAX NO./NAME       99946549
DURATION           00:00:34
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET                    B-0673

**TO:** Printing Company            **FROM:** Terri Snyder

**COMPANY:** Co. Name Unlisted      **DATE:** 3-1-05

**FAX NUMBER:** (302) 994-6549      **TOTAL NO. OF PAGES INCLUDING COVER:** 3-10-05

**PHONE NUMBER:**                   **SENDER'S REFERENCE NUMBER:** (302) 762-0687

**RE:** Your Ad In The News Journal  **YOUR REFERENCE NUMBER:**

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

---

### NOTES/COMMENTS.

Snyder v. CitiSteel
0400

JOB STATUS REPORT

```
TIME  : 03/10/2005 16:44
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME          03/10  16:43
FAX NO./NAME       93256808
DURATION           00:00:54
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0674

TO: H R

FROM: TERRI SNYDER

COMPANY: Co. NAME UNLISTED

DATE: 3-1-05

FAX NUMBER: (302) 325-6808

TOTAL NO. OF PAGES INCLUDING COVER: 3-10-05

PHONE NUMBER:

SENDER'S REFERENCE NUMBER: (302) 762-0687

RE: YOUR AD IN THE NEWS JOURNAL

YOUR REFERENCE NUMBER:

☐ URGEN ☒ FOR REVIEW ☐ PLEASE COMMENT ☒ PLEASE REPLY

Snyder v. CitiSteel
0401

NOTES/COMMENTS:

RE: RECEPTIONIST P....

JOB STATUS REPORT

```
TIME  : 03/10/2005 16:41
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                  03/10  16:41
FAX NO./NAME               918566614684
DURATION                   00:00:37
PAGE(S)                    02
RESULT                     OK
MODE                       STANDARD
                           ECM
```



DELAWARE
DEPARTMENT OF
**LABOR**
KEEPING
DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

B-0675

| | |
|---|---|
| TO: MERCHANDISERS | FROM: TERRI SNYDER |
| COMPANY: PEPSI-CANADA | DATE: 3-10-05 |
| FAX NUMBER: (856) 661-4684 | TOTAL NO. OF PAGES INCLUDING COVER: 3-10-05 |
| PHONE NUMBER: (856) 751-8550 | SENDER'S REFERENCE NUMBER: (302) 762-0687 |
| RE: YOUR AD IN THE EMPLOYMENT GUIDE | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

### NOTES/COMMENTS:

Snyder v. CitiSteel
0402

| JOB STATUS REPORT |
|---|

```
TIME  : 03/10/2005 16:40
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME              03/10  16:40
FAX NO./NAME           912154925016
DURATION               00:00:21
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0676

**TO:** HR

**FROM:** TERRI SNYDER

**COMPANY:** BUDGET

**DATE:** 3-10-05

**FAX NUMBER:** (215) 492-5016

**TOTAL NO. OF PAGES INCLUDING COVER:** 3

**PHONE NUMBER:** NOT LISTED

**SENDER'S REFERENCE NUMBER:** (302) 762-0687

**RE:** YOUR AD IN THE EMPLOYMENT GUIDE

**YOUR REFERENCE NUMBER:**

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

Snyder v. CitiSteel
0403

## NOTES/COMMENTS

RE: CUSTOMER S. /S......

JOB STATUS REPORT

```
TIME  : 03/10/2005 16:39
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            03/10  16:38
FAX NO./NAME         91610676768357
DURATION             00:00:27
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DELAWARE DEPARTMENT OF LABOR
### KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

B-0677

| TO: HR | FROM: TERRi SNYDER |
|---|---|
| COMPANY: PAYCHEX, INC. | DATE: 3-10-05 |
| FAX NUMBER: (610)676-8357 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: NOT LISTED | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: YOUR    IN THE EMPLOYMENT GUIDE | YOUR REFERENCE NUMBER: |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

NOTES/COMMENTS:

RE: PAYROLL SPEIALIST Position

Snyder v. CitiSteel
0404

JOB STATUS REPORT

```
TIME  : 02/25/2005 16:41
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 02/25  16:41 |
| FAX NO./NAME | 94537845 |
| DURATION | 00:00:49 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DELAWARE DEPARTMENT OF LABOR**
KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

B-0678

| TO: AVON PRODUCTS, INC. | FROM: TERRI SNYDER |
|---|---|
| **COMPANY:** AVON | **DATE:** 2-25-05 |
| **FAX NUMBER:** (302) 453-7845 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** N/A | **SENDER'S REFERENCE NUMBER:** (302) 762-0687 |
| **RE:** EMPLOYMENT AVAILABILITY | **YOUR REFERENCE NUMBER:** |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY

### NOTES/COMMENTS:

REFERENCE

Snyder v. CitiSteel
0405

JOB STATUS REPORT

```
                              TIME  : 02/25/2005 16:39
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
    DATE,TIME                 02/25  16:38
    FAX NO./NAME              93288292
    DURATION                  00:00:46
    PAGE(S)                   03
    RESULT                    OK
    MODE                      STANDARD
                              ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: DS JS Inc.

ATTN: HR                    FAX#(302) 328-8292

FROM: Terri Snyder PHONE#(302) 762-0687

DATE: 2-24-05

### COMMENTS

RE: OFFICE ASST.

Snyder v. CitiSteel
0406

B-0679

| JOB STATUS REPORT |
|---|

```
                                      TIME  : 02/25/2005 16:32
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : BRO2J2511484
```

```
DATE,TIME              02/25  16:31
FAX NO./NAME           97378233
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: BLOOD BANK OF DELMARVA - EASTERN SHORE

ATN: HUMAN RESOURCES FAX# (302) 737-8233

FROM: TERRI SNYDER    PHONE# (302) 762-0687

DATE: 2-24-05

## COMMENTS

RE: BLOOD COLLECTION

Snyder v. CitiSteel
0407

B-0680

JOB STATUS REPORT

```
TIME  : 02/25/2005 16:25
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME              02/25  16:24
FAX NO./NAME           93281640
DURATION               00:00:30
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: APRIL | FROM: TERRI SNYDER |
|---|---|
| COMPANY: CONTEMPORARY STAFFING | DATE: 2-25-05 |
| FAX NUMBER: (302)328-1640 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: N/A | SENDER'S REFERENCE NUMBER: (302)762-0687 |
| RE: ADMINISTRATIVE POSITIONS | YOUR REFERENCE NUMBER: |

☐ URGEN ☑ FOR REVIEW ☐ PLEASE COMMENT ☑ PLEASE REPLY

## NOTES/COMMENTS:

Snyder v. CitiSteel
0408

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                                    TIME  : 02/25/2005 16:19
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│    DATE,TIME               02/25  16:19                           │
│    FAX NO./NAME            93288292                               │
│    DURATION                00:00:32                               │
│    PAGE(S)                 03                                      │
│    RESULT                  OK                                      │
│    MODE                    STANDARD                               │
│                            ECM                                    │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: DSJS Inc.

ATTN: HR            FAX#(302)328-8292

FROM: TERRI SNYDER PHONE#(302)762-0687

DATE: 2-24-05

### COMMENTS

B-0682

RE: OFFICE ASST.

Snyder v. CitiSteel
0409

JOB STATUS REPORT

```
TIME  : 02/25/2005 16:18
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/25  16:18 |
|---|---|
| FAX NO./NAME | 97378233 |
| DURATION | 00:00:46 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: BLOOD BANK OF DELMARVA - EASTERN SHORE

ATN: HUMAN RESOURCES FAX# (302) 737-8233

FROM: TERRI SNYDER PHONE# (302) 762-0687

DATE: 2-24-05

B-0683

## COMMENTS

RE: BLOOD COLLECTION

Snyder v. CitiSteel
0410

JOB STATUS REPORT

```
                                    TIME  : 02/25/2005 16:17
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME                      02/25  16:16
    FAX NO./NAME                   912158546295
    DURATION                       00:00:35
    PAGE(S)                        03
    RESULT                         OK
    MODE                           STANDARD
                                   ECM
```



# DELAWARE DEPARTMENT OF LABOR
## KEEPING DELAWARE FIRST

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302)761-6682

### FACSIMILE TRANSMITTAL SHEET

TO: _Linda Fpjalkowski_          FROM: _Terri Snyder_

COMPANY:                          DATE:
_Smith Barney Global Private Client_  _2-25-05_

FAX NUMBER:                       TOTAL NO. OF PAGES INCLUDING COVER: _3_
_(215) 854-6295_

PHONE NUMBER:                     SENDER'S REFERENCE NUMBER:
_(302)762-0687_                   _(302) 762-0687_

RE:                               YOUR REFERENCE NUMBER:
_Part-Time Receptionist Position_

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

### NOTES/COMMENTS:

Snyder v. CitiSteel
0411

JOB STATUS REPORT

```
TIME  : 02/25/2005 16:16
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 02/25  16:15 |
| FAX NO./NAME | 912158546295 |
| DURATION | 00:00:30 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| LINDA FPIJALKOWSKI | TERRI SNYDER |
| **COMPANY:** | **DATE:** |
| SMITH BARNEY GLOBAL PRIVATE CLIENT | 2-25-05 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| (215) 854-6295 | |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| (302)762-0687 | (302) 762-0687 |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| PART-TIME RECEPTIONIST POSITION | |

☐ URGEN  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY

## NOTES/COMMENTS

Snyder v. CitiSteel
0412

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME   : 02/25/2005 16:15
                              NAME   :
                              FAX#   :
                              TEL#   :
                              SER.# : BRO2J2511484

    ┌──────────────────────────────────────────────────────────────┐
    │                                                                │
    │   DATE,TIME              02/25  16:14                           │
    │   FAX NO./NAME           912150546295                           │
    │   DURATION               00:00:46                              │
    │   PAGE(S)                03                                    │
    │   RESULT                 OK                                    │
    │   MODE                   STANDARD                             │
    │                          ECM                                  │
    │                                                                │
    └──────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302)761-6682

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** LINDA FPTALKOWSKI | **FROM:** TERRI SNYDER |
| **COMPANY:** SMITH BARNEY GLOBAL PRIVATE CLIENT | **DATE:** 2-25-05 |
| **FAX NUMBER:** (215)854-6295 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** (302)762-0687 | **SENDER'S REFERENCE NUMBER:** (302)762-0687 |
| **RE:** PART-TIME RECEPTIONIST POSITION | **YOUR REFERENCE NUMBER:** |

□ URGEN  ☑ FOR REVIEW  □ PLEASE COMMENT  ☑ PLEASE REPLY

### NOTES/COMMENTS.

Snyder v. CitiSteel
0413

JOB STATUS REPORT

```
TIME  : 02/25/2005 16:01
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/25  16:00
FAX NO./NAME         93688836
DURATION             00:00:47
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted                         B- 0687

ATTN: H R                    FAX#(302)368-8836

FROM: Terri Snyder    PHONE#(302)762-0687

DATE: 2-24-05

Snyder v. CitiSteel
0414

COMMENTS

Re: Receptionist / Office Clerk

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:58
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/25  15:57
FAX NO./NAME           97378233
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Blood Bank of Delmarva                    B-0688

　　ATTN: HR　　　　　　　　　FAX#(302)737-8233

FROM: Terri Snyder    PHONE#(302)762-0687

DATE: 2-24-05

Snyder v. CitiSteel
0415

COMMENTS

RE: Lab Aide, Part-Time

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:57
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/25  15:56
FAX NO./NAME           97985438
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

ATTN: HR                    FAX#(302) 798-5438

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 2-24-05

COMMENTS

RE: Dispatcher

Snyder v. CitiSteel
0416

B-0689

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:55
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 02/25  15:54 |
| FAX NO./NAME | 97650335 |
| DURATION | 00:00:46 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: SPEAKMAN Co.

ATTN: HUMAN RESOURCES FAX#(302) 765-0335

FROM: TERRI SNYDER  PHONE#(302) 762-0687

DATE: 2-24-05

B-0690

COMMENTS

RE: CUSTOMER SERVICE/DATA ENTRY

Snyder v. CitiSteel
0417

| JOB STATUS REPORT |
|---|

```
TIME : 02/25/2005 15:53
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/25  15:52 |
|---|---|
| FAX NO./NAME | 96564894 |
| DURATION | 00:00:45 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: The Crafts Report

ATTN: HR _____  FAX# (302) 656-4894

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE: 2-24-05

COMMENTS                                      B-0691

Snyder v. CitiSteel
0418

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 02/25/2005 15:52
                                    NAME  :
                                    FAX#  :
                                    TEL.# :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME                      02/25  15:51
    FAX NO./NAME                   913027931188
    DURATION                       00:00:29
    PAGE(S)                        03
    RESULT                         OK
    MODE                           STANDARD
                                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

RE: C/S          FAX# (302) 793-1188

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE: 2-24-05

COMMENTS

B- 0692

Snyder v. CitiSteel
0419

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:50
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        02/25  15:50
FAX NO./NAME     914848402758
DURATION         00:00:29
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: APPLIED CARD SYSTEMS

ATTN: GROUND FLOOR OPPORTUNITIES  FAX# (484) 840-2758

FROM: TERRI SNYDER _____ PHONE# (302) 762-0687

DATE: 2-24-05

B-0693

### COMMENTS

REGARDS: PAYMENT PROCESSING $

COST / ____

Snyder v. CitiSteel
0420

```
JOB STATUS REPORT
```

```
TIME  : 02/25/2005 15:49
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/25  15:49
FAX NO./NAME       99989114
DURATION           00:00:23
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted - Attn: Wendy Lang

Suburban Law Firm _____ FAX#(302)998-9114

FROM: Terri Snyder _____ PHONE# (302)762-0687

DATE: 2-24-05

COMMENTS       B-0694

Salary Requirements - Negotiable

Snyder v. CitiSteel
0421

```
          ┌─────────────────────┐
          │  JOB STATUS REPORT  │
          └─────────────────────┘

                              TIME  : 02/25/2005 15:48
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

```
    DATE,TIME                    02/25  15:48
    FAX NO./NAME                 99941588
    DURATION                     00:00:25
    PAGE(S)                      03
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```



**DELAWARE DEPARTMENT OF LABOR**

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: Busy Trailer Sales Office

Co. Name Unlisted    FAX# (302) 994-1588

FROM: Terri Snyder    PHONE# (302) 762-0682

DATE: 2-24-05

### COMMENTS

_____

_____        B-0695

_____

Snyder v. CitiSteel
0422

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:47
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME           02/25  15:47
FAX NO./NAME        917344595182
DURATION            00:00:35
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: PRODUCT ACTION

FAX# (734) 459-5182

FROM: TERRI SNYDER    PHONE# (302) 762-0687

DATE: 2-24-05

COMMENTS

B- 0696

Snyder v. CitiSteel
0423

JOB STATUS REPORT

```
TIME   : 02/25/2005 15:46
NAME   :
FAX#   :
TEL#   :
SER. # : BR02J2511484
```

```
DATE,TIME              02/25  15:45
FAX NO./NAME           916104366069
DURATION               00:00:46
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Folding Company - Attn: Deb Beury_

   _Co. Name Unlisted_    FAX# (610) 436 - 6069

FROM: _Terri Snyder_    PHONE# (302) 762-0687

DATE: _2-24-05_

### COMMENTS

Snyder v. CitiSteel
0424

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:44
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          02/25  15:43
FAX NO./NAME       93688836
DURATION           00:00:44
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: _PEDIACTRIC OFFICE_

_Co. NAME UNLISTED_    FAX#_(302) 368-8836_

FROM: _TERRI SNYDER_    PHONE#_(302) 762-0687_

DATE: _2-24-05_

COMMENTS

_____

_____

_____    _____

Snyder v. CitiSteel
0425

```
                    JOB STATUS REPORT

                                    TIME  : 02/25/2005 15:43
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME                02/25  15:42
FAX NO./NAME             916104853012
DURATION                 00:00:34
PAGE(S)                  03
RESULT                   OK
MODE                     STANDARD
                         ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _PHYSICAL THERAPY CENTER – ATTN: KRISTEN_
_Co. NAME UNLISTED_  FAX#_(610) 485-3012_

FROM: _TERRI SNYDER_  PHONE# _(302) 762-0687_

DATE: _2-24-05_

COMMENTS

Snyder v. CitiSteel
0426