JOB STATUS REPORT

```
TIME  : 02/25/2005 15:42
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          02/25  15:41
FAX NO./NAME       913038043070
DURATION           00:00:46
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Richmond American Homes_

_____ FAX# (303) 804-3070

FROM: _Terri Snyder_   PHONE# (303) 762-0687

DATE: _2-24-05_

### COMMENTS

_____

Snyder v. CitiSteel
0427

```
JOB STATUS REPORT
```

```
TIME  : 02/25/2005 15:40
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/25  15:40
FAX NO./NAME         913038043070
DURATION             00:00:30
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: RICHMOND AMERICAN HOMES

FAX# (303) 804-3070

FROM: TERRI SNYDER    PHONE# (302) 762-0687

DATE: 2-24-05

### COMMENTS

Snyder v. CitiSteel
0428

JOB STATUS REPORT

```
TIME   : 02/25/2005 15:39
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME        02/25  15:39
FAX NO./NAME     99989527
DURATION         00:00:00
PAGE(S)          00
RESULT           BUSY
MODE             STANDARD
```

BUSY: BUSY/NO RESPONSE

February 25, 2005

To Whom It May Concern:

Following is my resume for your review in regards to your ad posted in The News Journal.

I would like to mention that I was the Steward's (Judges of Racing) Secretary at Delaware Park Racetrack, I also assisted in the Human Resources department as well as the Financing department. I also assisted in the Financing department at CitiSteel dealing with inventory, invoices and bill of ladings. Other then the assignments I receive from Bernard Consultants I presently tend to the Bookkeeping at my Father's restaurant.

I am very computer literate and very much so a people person.

I am very interested in the position available and I would like for you to take in to consideration I am very efficient, organized, dependable, flexible, hard working and I am a very quick learner.

I am looking forward to hearing from you to set up an interview to discuss possible future employment with your company.

Thank You for taking the time to review my resume.

Sincerely,

Snyder v. CitiSteel
0429

JOB STATUS REPORT

```
                                    TIME  : 02/25/2005 15:37
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER. # : BRO2J2511484
```

```
        DATE,TIME            02/25  15:37
        FAX NO./NAME         914103907387
        DURATION             00:00:33
        PAGE(S)              03
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

February 25, 2005

To Whom It May Concern:

Following is my resume for your review in regards to your ad posted in The News Journal.

I would like to mention that I was the Steward's (Judges of Racing) Secretary at Delaware Park Racetrack, I also assisted in the Human Resources department as well as the Financing department. I also assisted in the Financing department at CitiSteel dealing with inventory, invoices and bill of ladings. Other then the assignments I receive from Bernard Consultants I presently tend to the Bookkeeping at my Father's restaurant.

I am very computer literate and very much so a people person.

I am very interested in the position available and I would like for you to take in to consideration I am very efficient, organized, dependable, flexible, hard working and I am a very quick learner.

I am looking forward to hearing from you to set up an interview to discuss possible future employment with your company.

Thank You for taking the time to review my resume.

Sincerely,

Snyder v. CitiSteel
0430

JOB STATUS REPORT

TIME   : 02/25/2005 15:36
NAME   :
FAX#   :
TEL.#  :
SER.#  : BRO2J2511484

| DATE,TIME | 02/25  15:35 |
|---|---|
| FAX NO./NAME | 914103987387 |
| DURATION | 00:00:37 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

February 25, 2005

To Whom It May Concern:

Following is my resume for your review in regards to your ad posted in The News Journal.

I would like to mention that I was the Steward's (Judges of Racing) Secretary at Delaware Park Racetrack, I also assisted in the Human Resources department as well as the Financing department. I also assisted in the Financing department at CitiSteel dealing with inventory, invoices and bill of ladings. Other then the assignments I receive from Bernard Consultants I presently tend to the Bookkeeping at my Father's restaurant.

I am very computer literate and very much so a people person.

I am very interested in the position available and I would like for you to take in to consideration I am very efficient, organized, dependable, flexible, hard working and I am a very quick learner.

I am looking forward to hearing from you to set up an interview to discuss possible future employment with your company.

Thank You for taking the time to review my resume.

Sincerely,

Snyder v. CitiSteel
0431

JOB STATUS REPORT

```
TIME    : 02/25/2005 15:34
NAME    :
FAX#    :
TEL#    :
SER. # : BRO2J2511484
```

```
DATE,TIME             02/25  15:34
FAX NO./NAME          96912099
DURATION              00:00:16
PAGE(S)               01
RESULT                OK
MODE                  STANDARD
                      ECM
```

February 25, 2005

To Whom It May Concern:

Following is my resume for your review in regards to your ad posted in The News Journal.

I would like to mention that I was the Steward's (Judges of Racing) Secretary at Delaware Park Racetrack, I also assisted in the Human Resources department as well as the Financing department. I also assisted in the Financing department at CitiSteel dealing with inventory, invoices and bill of ladings. Other then the assignments I receive from Bernard Consultants I presently tend to the Bookkeeping at my Father's restaurant.

I am very computer literate and very much so a people person.

I am very interested in the position available and I would like for you to take in to consideration I am very efficient, organized, dependable, flexible, hard working and I am a very quick learner.

I am looking forward to hearing from you to set up an interview to discuss possible future employment with your company.

Thank You for taking the time to review my resume.

Sincerely,

Snyder v. CitiSteel
0432

JOB STATUS REPORT

```
TIME  : 02/25/2005 15:35
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME        02/25  15:34
FAX NO./NAME     96912099
DURATION         00:00:30
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

February 25, 2005

To Whom It May Concern:

Following is my resume for your review in regards to your ad posted in The News Journal.

I would like to mention that I was the Steward's (Judges of Racing) Secretary at Delaware Park Racetrack, I also assisted in the Human Resources department as well as the Financing department. I also assisted in the Financing department at CitiSteel dealing with inventory, invoices and bill of ladings. Other then the assignments I receive from Bernard Consultants I presently tend to the Bookkeeping at my Father's restaurant.

I am very computer literate and very much so a people person.

I am very interested in the position available and I would like for you to take in to consideration I am very efficient, organized, dependable, flexible, hard working and I am a very quick learner.

I am looking forward to hearing from you to set up an interview to discuss possible future employment with your company.

Thank You for taking the time to review my resume.

Sincerely,

Snyder v. CitiSteel
0433

JOB STATUS REPORT

```
TIME   : 02/03/2005 12:47
NAME   :
FAX#   :
TEL#   :
SER. # : BRO2J2511484
```

```
DATE,TIME            02/03  12:47
FAX NO./NAME         913026592730
DURATION             00:00:44
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted     FAX# (302) 659-2730

ATTN: Bob Johnson     PHONE# _____

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE: 2-3-05

### COMMENTS

_____

Snyder v. CitiSteel
0434

B-0707

| JOB STATUS REPORT |
|---|

```
TIME  : 02/03/2005 12:43
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:42
FAX NO./NAME           93268403
DURATION               00:00:55
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: ZENITH PRODUCTS CORP.,

ATTN: PERSONNEL OFFICE  FAX# (302)326-8403

FROM: TERRI SNYDER   PHONE# (302)762-0687

DATE: 2-3-05

## COMMENTS

Snyder v. CitiSteel
0435

---

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:31
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  12:31
FAX NO./NAME       97388750
DURATION           00:00:37
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: __C o. Name Unlisted__    FAX# __(302) 738-8750__

_____ PHONE# _____

FROM: __Terri Snyder__    PHONE# __(302) 762-0687__

DATE: __2-3-05__

COMMENTS

_____

Snyder v. CitiSteel
0436

| JOB STATUS REPORT |
|---|

```
                                      TIME  : 02/03/2005 12:30
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : BR02J2511484
```

```
        DATE,TIME              02/03  12:30
        FAX NO./NAME           93268403
        DURATION               00:00:30
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Zenith Products Corp.,_

_ATTN: Personnel Office_  FAX#_(302)326-8403_

FROM: _Terri Snyder_   PHONE#_(302)762-0687_

DATE: _2-3-05_

### COMMENTS

Snyder v. CitiSteel
0437

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:39
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/03  12:38 |
|---|---|
| FAX NO./NAME | 97775549 |
| DURATION | 00:00:43 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Tile Market of DE._

_____ FAX#_(302)777-5549_

FROM: _Terri Snyder_ ___ PHONE#_(302)762-0687_

DATE: _2-3-05_ _____

## COMMENTS

_____

Snyder v. CitiSteel
0438

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:17
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:17
FAX NO./NAME           97625014
DURATION               00:00:24
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: AT SYSTEMS INC.

RE: RECONCILEMENT CLERK FAX#(302)762-5014

FROM: TERRI SNYDER ___ PHONE#(302)762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0440

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:17
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           02/03  12:17
FAX NO./NAME        97625014
DURATION            00:00:24
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: AT Systems Inc.

RE: Reconcilement Clerk  FAX# (302) 762-5014

FROM: Terri Snyder   PHONE# (302) 762-0682

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0440

JOB STATUS REPORT

```
TIME   : 02/03/2005 12:17
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

```
DATE,TIME            02/03  12:17
FAX NO./NAME         97625014
DURATION             00:00:24
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: AT SYSTEMS INC.

RE: RECONCILEMENT CLERK FAX# (302)762-5014

FROM: TERRI SNYDER    PHONE# (302)762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0440

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:14
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  12:14
FAX NO./NAME       913039482668
DURATION           00:00:44
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: Geico                    FAX# (303) 948-2668

_____            PHONE#

FROM: Terri Snyder   PHONE# (303) 762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0441

B-0715

JOB STATUS REPORT

```
TIME   : 02/03/2005 12:14
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME              02/03  12:14
FAX NO./NAME           913039482668
DURATION               00:00:44
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Geico_                          FAX# _(303) 948 - 2668_

_____ PHONE# _____

FROM: _Terri Snyder_   PHONE# _(302) 762 - 0687_

DATE: _2-3-05_

### COMMENTS

_____

_____

Snyder v. CitiSteel
0441

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:14
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/03  12:14
FAX NO./NAME         913039482668
DURATION             00:00:44
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Geico                          FAX# (303) 948 - 2668

                                   PHONE#

FROM: Terri Snyder   PHONE# (303) 762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0441

JOB STATUS REPORT

```
                              TIME  : 02/03/2005 12:13
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
   DATE,TIME              02/03  12:12
   FAX NO./NAME           93289429
   DURATION               00:00:56
   PAGE(S)                03
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE  19802
#### FAX (302) 761-6682



## FAX COVER SHEET

TO: _ASPHALT PLANT_____    FAX# _(302) 328-9429_

_____    PHONE# _____

FROM: _TERRI SNYDER_    PHONE# _(302) 762-0687_

DATE: _2-3-05_

### COMMENTS

_____

_____

Snyder v. CitiSteel
0442

B-0718

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:13
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          02/03  12:12
FAX NO./NAME       93289429
DURATION           00:00:56
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _Asphalt Plant_      FAX# _(302) 328-9429_

_____ PHONE# _____

FROM: _Terri Snyder_  PHONE# _(302) 762-068?_

DATE: _2-3-05_

### COMMENTS

_____

_____

Snyder v. CitiSteel
0442

| JOB STATUS REPORT | |
|---|---|

```
                                    TIME  : 02/03/2005 12:13
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
   DATE,TIME                  02/03  12:12
   FAX NO./NAME               93289429
   DURATION                   00:00:56
   PAGE(S)                    03
   RESULT                     OK
   MODE                       STANDARD
                              ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ASPHALT PLANT_____  FAX# _(302) 328-9429_

_____ PHONE# _____

FROM: _TERRI SNYDER_  PHONE# _(302) 762-0687_

DATE: _2-3-05_____

## COMMENTS

_____

_____

Snyder v. CitiSteel
0442

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:11
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME           02/03  12:10
FAX NO./NAME        92665468
DURATION            00:00:43
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Bank of America_

_H. R._                    FAX# _(302) 366-5468_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _2-3-05_

### COMMENTS

Snyder v. CitiSteel
0443

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:11
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03 12:10
FAX NO./NAME           92665468
DURATION               00:00:43
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Bank of America_

_H. R._ _____ FAX#_(302)366-5468_

FROM: _Terri Snyder_ _____ PHONE#_(302)762-0687_

DATE: _2-3-05_

### COMMENTS

Snyder v. CitiSteel
0443

B-0722

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:11
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/03  12:10
FAX NO./NAME         92665468
DURATION             00:00:43
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: _Bank of America_

_H.R._                     FAX#_(302)366-5468_

FROM: _Terri Snyder_    PHONE#_(302)762-0687_

DATE: _2-3-05_

## COMMENTS

Snyder v. CitiSteel
0443

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                                    TIME  : 02/03/2005 12:06
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER. # : BR02J2511484
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              02/03  12:05                               │
│   FAX NO./NAME           918773839398                              │
│   DURATION               00:01:07                                  │
│   PAGE(S)                03                                         │
│   RESULT                 OK                                         │
│   MODE                   STANDARD                                  │
│                          ECM                                       │
└──────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Advoserv_____ FAX# (877) 383-9398

_Social / Human Services_ PHONE# _____

FROM: _Terri Snyder_____ PHONE# (302) 762-0687

DATE: _2-3-05_____

### COMMENTS

_Following  is  in  regards  to  group_

Snyder v. CitiSteel
0444

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:05
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:05
FAX NO./NAME           918773839398
DURATION               00:01:07
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ADVOSERV_____ FAX# (877) 383 - 9398

_Social / Human Services_ PHONE#_____

FROM: _TERRI SNYDER_____ PHONE# (302) 762-0687

DATE: _2-3-05_____

## COMMENTS

_Following is in regards to group_

Snyder v. CitiSteel
0444

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:06
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:05
FAX NO./NAME           918773839398
DURATION               00:01:07
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ADVOSERV_ _____ FAX# (877) 383-9398

_Social / Human Services_ PHONE# _____

FROM: _TERRI SNYDER_ _____ PHONE# (302) 762-0687

DATE: _2-3-05_ _____

## COMMENTS

_Following is in regards to group_

Snyder v. CitiSteel
0444

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:04
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:04
FAX NO./NAME           96364800
DURATION               00:00:27
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _A I G_____ FAX# _(302) 636-4800_

_ATTN : Human Resources_ PHONE# _____

FROM: _Terri Snyder_____ PHONE# _(302) 762-0687_

DATE: _2-3-05_____

### COMMENTS

Snyder v. CitiSteel
0445

B- 0727

JOB STATUS REPORT

```
                                      TIME  : 02/03/2005 12:04
                                      NAME  :
                                      FAX#  :
                                      TEL.# :
                                      SER.# : BRO2J2511484
```

```
    DATE,TIME                  02/03  12:04
    FAX NO./NAME               96364800
    DURATION                   00:00:27
    PAGE(S)                    03
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _A T G_ _____ FAX# _(302)636-4800_

_ATTN : Human Resources_ PHONE# _____

FROM: _TERRI SNYDER_ PHONE# _(302)762-0682_

DATE: _2-3-05_

COMMENTS

_____

Snyder v. CitiSteel
0445

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:04
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  12:04
FAX NO./NAME       96364800
DURATION           00:00:27
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _A I G_____  FAX# (302) 636-4800

_Attn: Human Resources_ PHONE#_____

FROM: _Terri Snyder_____  PHONE# (302) 762-0682

DATE: _2-3-05_____

### COMMENTS

Snyder v. CitiSteel
0445

JOB STATUS REPORT

```
TIME   : 02/03/2005 12:03
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME          02/03  12:02
FAX NO./NAME       917709346351
DURATION           00:00:43
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_    FAX# _(770)934-6351_

_____ _National Company_    PHONE# _____

FROM: _Terri Snyder_    PHONE# _(302)762-0687_

DATE: _2-3-05_

### COMMENTS

Snyder v. CitiSteel
0446

```
                    ┌──────────────────────┐
                    │  JOB STATUS REPORT   │
                    └──────────────────────┘

                              TIME   : 02/03/2005 12:03
                              NAME   :
                              FAX#   :
                              TEL#   :
                              SER.#  : BRO2J2511484
```

```
┌───────────────────────────────────────────────────────────────────┐
│                                                                     │
│   DATE,TIME              02/03  12:02                                │
│   FAX NO./NAME           917709346351                               │
│   DURATION               00:00:43                                   │
│   PAGE(S)                03                                          │
│   RESULT                 OK                                          │
│   MODE                   STANDARD                                   │
│                          ECM                                        │
│                                                                     │
└───────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted    FAX# (770) 934-6351

_____ National Company    PHONE# _____

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 2-3-05 _____

COMMENTS

_____

Snyder v. CitiSteel
0446

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
```

```
                              TIME   : 02/03/2005 12:03
                              NAME   :
                              FAX#   :
                              TEL#   :
                              SER.#  : BR02J2511484
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              02/03  12:02                            │
│  FAX NO./NAME           917709346351                           │
│  DURATION               00:00:43                               │
│  PAGE(S)                03                                      │
│  RESULT                 OK                                      │
│  MODE                   STANDARD                               │
│                         ECM                                    │
└──────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted    FAX#(770)934-6351

_____ National Company _____ PHONE# _____

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: 2-3-05

## COMMENTS

JOB STATUS REPORT

```
TIME   : 02/03/2005 12:02
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME            02/03  12:01
FAX NO./NAME         99994889
DURATION             00:00:41
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted _____ FAX# (302) 999-4889

Banking: Teller, F/T

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: 2-3-05

COMMENTS

_____

_____

_____

Snyder v. CitiSteel
0447

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:02
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          02/03  12:01
FAX NO./NAME       99994889
DURATION           00:00:41
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted _____ FAX# (302)999-4889

Banking: Teller, F/T

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 2-3-05

## COMMENTS

_____

_____

_____

Snyder v. CitiSteel
0447

```
┌─────────────────────┐
│  JOB STATUS REPORT  │
└─────────────────────┘
                                    TIME  : 02/03/2005 12:02
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  12:01
FAX NO./NAME           99994889
DURATION               00:00:41
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted _____ FAX# (302)999-4889

Banking: Teller, F/T

FROM: Terri Snyder    PHONE# (302)763-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0447

JOB STATUS REPORT

```
TIME : 02/03/2005 12:00
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/03  12:00 |
| FAX NO./NAME | 98322911 |
| DURATION | 00:00:42 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: MARINE MAX INC.        FAX# (302) 832-2911

     ATTN: GEORGE TIMKO        PHONE#

FROM: TERRI SNYDER        PHONE# (302) 762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0448

JOB STATUS REPORT

```
TIME    : 02/03/2005 12:00
NAME    :
FAX#    :
TEL#    :
SER. #  : BRO2J2511484
```

| DATE,TIME | 02/03  12:00 |
| FAX NO./NAME | 98322911 |
| DURATION | 00:00:42 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: MARINE MAX INC.          FAX# (302) 832-2911

    ATTN: GEORGE TIMKO          PHONE#

FROM: TERRI SNYDER          PHONE# (302) 762-0687

DATE: 2-3-05

### COMMENTS

Snyder v. CitiSteel
0448

JOB STATUS REPORT

```
TIME  : 02/03/2005 12:00
NAME  :
FAX#  :
TEL.# :
SER.# : BR02J2511484
```

```
DATE,TIME              02/03  12:00
FAX NO./NAME           98322911
DURATION               00:00:42
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _MARINE MAX INC._          FAX# _(302) 832-2911_

  _ATTN: GEORGE TIMKO_          PHONE# _____

FROM: _TERRI SNYDER_       PHONE# _(302) 762-0687_

DATE: _2-3-05_

### COMMENTS

_____

Snyder v. CitiSteel
0448

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:59
NAME  :
FAX#  :
TEL # :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  11:59
FAX NO./NAME       93230150
DURATION           00:00:26
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _KELLY SERVICES_____ FAX# (302) 323-0150

_____ PHONE#_____

FROM: _TERRI SNYDER___ PHONE# ( 302) 762-0687

DATE: _2-3-05____

### COMMENTS

_____

Snyder v. CitiSteel
0449

B-0739

JOB STATUS REPORT

```
TIME : 02/03/2005 11:59
NAME :
FAX# :
TEL# :
SER.# : BR02J2511484
```

```
DATE,TIME             02/03  11:59
FAX NO./NAME          93230150
DURATION              00:00:26
PAGE(S)               03
RESULT                OK
MODE                  STANDARD
                      ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _KELLY SERVICES_ FAX# _(302)323-0150_

_____ PHONE# _____

FROM: _TERRI SNYDER_ PHONE# _(302)762-0682_

DATE: _2-3-05_

### COMMENTS

_____

Snyder v. CitiSteel
0449

B-0740

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:59
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              02/03  11:59
FAX NO./NAME           93230150
DURATION               00:00:26
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _KELLY SERVICES_          FAX# _(302) 323-0150_

_____ PHONE#_____

FROM: _TERRI SNYDER_    PHONE# _(302) 762-0682_

DATE: _2-3-05_

COMMENTS

_____

Snyder v. CitiSteel
0449

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:42
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  11:41
FAX NO./NAME           92248500
DURATION               00:00:43
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

    c/s                        FAX# (302) 224-8500

FROM: Terri Snyder    PHONE# (302) 762-0682

DATE: 2-3-05

## COMMENTS

Snyder v. CitiSteel
0450

JOB STATUS REPORT

```
                    TIME  : 02/03/2005 11:42
                    NAME  :
                    FAX#  :
                    TEL # :
                    SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  11:41
FAX NO./NAME           92248500
DURATION               00:00:43
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. NAME UNLISTED_

___C/S_____ FAX#_(302)224-8500_

FROM: _TERRI SNYDER___ PHONE#_(302)762-0682_

DATE: _2-3-05_____

### COMMENTS

Snyder v. CitiSteel
0450

B-0743

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:42
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  11:41
FAX NO./NAME           92248500
DURATION               00:00:43
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *Co. Name Unlisted*

*c/s*                          FAX#: *(302) 224-8500*

FROM: *Terri Snyder*    PHONE#: *(302) 762-0682*

DATE: *2-3-05*

### COMMENTS

Snyder v. CitiSteel
0450

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:41
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  11:40
FAX NO./NAME       99997115
DURATION           00:00:30
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

_____ c/s _____ FAX# (302) 999 - 7115

FROM: Terri Snyder   PHONE# (302)762 - 0687

DATE: 2 - 3 - 05 _____

### COMMENTS

_____

Snyder v. CitiSteel
0451

JOB STATUS REPORT

```
TIME   : 02/03/2005 11:41
NAME   :
FAX#   :
TEL#   :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/03  11:40
FAX NO./NAME         99997115
DURATION             00:00:30
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

_____ c/s _____ FAX# (302) 999-7115

FROM: Terri Snyder  PHONE# (302)762-0687

DATE: 2-3-05

COMMENTS

Snyder v. CitiSteel
0451

JOB STATUS REPORT

TIME   : 02/03/2005 11:41
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484

| DATE,TIME | 02/03  11:40 |
| FAX NO./NAME | 99997115 |
| DURATION | 00:00:30 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted

_____ c/s _____ FAX# (302) 999-7115

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: 2-3-05

COMMENTS

_____

Snyder v. CitiSteel
0451

B-0747

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:36
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/03  11:35
FAX NO./NAME         92344126
DURATION             00:00:23
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Louviers Mortgage Corp._

_ATTN: Joe Ingui_ FAX# _(302) 234-4126_

FROM: _Terri Snyder_ PHONE# _(302) 762-0687_

DATE: _2-3-05_

### COMMENTS

Snyder v. CitiSteel
0452

B-0748

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:36
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  11:35
FAX NO./NAME       9234126
DURATION           00:00:23
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: *Lauviers Mortgage Corp.*

*Attn: Joe Ingui*_____ FAX# (302) 234-4126

FROM: *Terri Snyder*_____ PHONE# (302) 762-0687

DATE: 2-3-05_____

## COMMENTS

Snyder v. CitiSteel
0452

B-0749