JOB STATUS REPORT

```
                                      TIME   : 02/03/2005 11:36
                                      NAME   :
                                      FAX#   :
                                      TEL#   :
                                      SER.#  : BRO2J2511484
```

| DATE,TIME | 02/03  11:35 |
|---|---|
| FAX NO./NAME | 92344126 |
| DURATION | 00:00:23 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _LOUVIERS MORTGAGE CORP,_

_ATTN: JOE INGUI_    FAX# _(302) 234-4126_

FROM: _TERRI SNYDER_    PHONE# _(302) 762-0687_

DATE: _2-3-05_

COMMENTS

Snyder v. CitiSteel
0452

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/03  11:34
FAX NO./NAME           97785816
DURATION               00:01:08
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: DTI _____     FAX# (302) 778-5816

ATTN: KENDRA _____     PHONE# (302) 778-5810

FROM: TERRI SNYDER     PHONE# (302) 762-0687

DATE: 2-3-04

## COMMENTS

FOLLOWING IS A COVER LETTER & RESUME

Snyder v. CitiSteel
0453

JOB STATUS REPORT

TIME  : 02/03/2005 11:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| DATE,TIME | 02/03  11:34 |
| --- | --- |
| FAX NO./NAME | 97785816 |
| DURATION | 00:01:08 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: DTI _____ FAX# (302) 778-5816

  ATTN: KENDRA _____ PHONE# (302) 778-5810

FROM: TERRI SNYDER  PHONE# (302) 762-0687

DATE: 2-3-04

## COMMENTS

____ FOLLOWING IS A COVER LETTER & RESUME ____

Snyder v. CitiSteel
0453

JOB STATUS REPORT

```
TIME  : 02/03/2005 11:35
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/03  11:34
FAX NO./NAME       97785816
DURATION           00:01:08
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: DTL                           FAX# (302) 778-5816

ATTN: KENDRA                PHONE# (302) 778-5810

FROM: TERRI SNYDER    PHONE# (302) 762-0682

DATE: 2-3-04

### COMMENTS                                    B-0753

FOLLOWING IS A COVER LETTER & RESUME

Snyder v. CitiSteel
0453

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:24
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            01/25  12:23
FAX NO./NAME         914848402758
DURATION             00:00:23
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _ACS_

FAX# _(484) 840-2758_

PHONE#

FROM: _TERRI SNYDER_     PHONE# _(302) 762-0687_

DATE: _1-25-05_

## COMMENTS

B-0754

Snyder v. CitiSteel
0454

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:24
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           01/25  12:23
FAX NO./NAME        914848402758
DURATION            00:00:23
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _ACS_

FAX# _(484) 840-2758_

PHONE# _____

FROM: _TERRI SNYDER_   PHONE# _( 302) 762-0687_

DATE: _1-25-05_

### COMMENTS

B- 0755

Snyder v. CitiSteel
0454

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:24
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                      01/25  12:23
FAX NO./NAME                   914848402758
DURATION                       00:00:23
PAGE(S)                        03
RESULT                         OK
MODE                           STANDARD
                               ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE 19802
#### FAX (302) 761-6682



# FAX COVER SHEET

TO: _ACS_____ FAX# (484) 840-2758

_____ PHONE#_____

FROM: TERRI SNYDER ___ PHONE# (302) 762-0687

DATE: 1 - 25 - 05

### COMMENTS

B-0756

Snyder v. CitiSteel
0454

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:13
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              01/25  12:12
FAX NO./NAME           93551298
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Delaware Park                    FAX#(302) 355 - 1298

_____    PHONE#

FROM: Terri Snyder        PHONE#(302) 762 - 0687

DATE: 1 - 25 - 05

## COMMENTS

Snyder v. CitiSteel
0455

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:13
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              01/25  12:12
FAX NO./NAME           93551298
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Delaware Park _____ FAX#(302) 355 - 1298

_____ PHONE#_____

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: 1-25-05

## COMMENTS

Snyder v. CitiSteel
0455

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:13
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME             01/25  12:12
FAX NO./NAME          93551298
DURATION              00:00:50
PAGE(S)               03
RESULT                OK
MODE                  STANDARD
                      ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: DELAWARE PARK          FAX#(302) 355 - 1298

_____          PHONE#_____

FROM: TERRI SNYDER     PHONE#(302) 762 - 0687

DATE: 1 - 25 - 05

## COMMENTS

Snyder v. CitiSteel
0455

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:04
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME         01/25  12:03
FAX NO./NAME      99997115
DURATION          00:00:25
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted  FAX# (302) 999-7115

_____ PHONE# _____

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS

_____

_____

Snyder v. CitiSteel
0456

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:04
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              01/25  12:03
FAX NO./NAME           99997115
DURATION               00:00:25
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted  FAX# (302)999-7115

_____ PHONE# _____

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS

_____

Snyder v. CitiSteel
0456

B-0761

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 01/25/2005 12:04
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME              01/25  12:03
    FAX NO./NAME           99997115
    DURATION               00:00:25
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_  FAX# _(302)999-7115_

_____ PHONE#_____

FROM: _Terri Snyder_  PHONE# _(302) 762-0687_

DATE: _1-25-05_

## COMMENTS

_____

_____

Snyder v. CitiSteel
0456

JOB STATUS REPORT

```
                              TIME  : 01/25/2005 12:03
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

```
   DATE,TIME              01/25  12:02
   FAX NO./NAME           97387898
   DURATION               00:01:01
   PAGE(S)                03
   RESULT                 OK
   MODE                   STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted _____  FAX# (302) 738-7898

_____  PHONE# _____

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE:  1-25-05 _____

## COMMENTS

_____

_____

Snyder v. CitiSteel
0457

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:03
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              01/25  12:02
FAX NO./NAME           97387898
DURATION               00:01:01
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted     FAX# (302) 738-7898

PHONE#

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS

Snyder v. CitiSteel
0457

JOB STATUS REPORT

```
TIME   : 01/25/2005 12:03
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

```
DATE,TIME           01/25  12:02
FAX NO./NAME        97387898
DURATION            00:01:01
PAGE(S)             03
RESULT              OK
MODE                STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted     FAX# (302) 738-7898

_____  PHONE# _____

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 1-25-05

COMMENTS

Snyder v. CitiSteel
0457

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:00
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                    01/25  11:59
FAX NO./NAME                 918004546328
DURATION                     00:00:28
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: __Co. NAME UNLISTED__ FAX# (800) 454-6328

_____ PHONE# _____

FROM: __JERRÍ SNYDER__ PHONE# (302) 762-0687

DATE: __1-25-05__

COMMENTS

Snyder v. CitiSteel
0458

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:00
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME            01/25  11:59
FAX NO./NAME         918004546328
DURATION             00:00:28
PAGE(S)              03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted    FAX# (800) 454-6328

PHONE#

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS

Snyder v. CitiSteel
0458

JOB STATUS REPORT

```
TIME  : 01/25/2005 12:00
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE, TIME        01/25  11:59
FAX NO./NAME      918004546328
DURATION          00:00:28
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted     FAX# (800) 454-6328

PHONE# _____

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE: 1-25-05

COMMENTS

Snyder v. CitiSteel
0458

---

JOB STATUS REPORT

```
TIME  : 01/25/2005 11:59
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          01/25  11:58
FAX NO./NAME       912018665680
DURATION           00:00:33
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted    FAX#(201) 866-5680

ATEN: Ricka    PHONE# (800) 242-2004

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS

---

---

Snyder v. CitiSteel
0459

| JOB STATUS REPORT |
|---|

```
TIME  : 01/25/2005 11:59
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          01/25  11:58
FAX NO./NAME       912018665680
DURATION           00:00:33
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_   FAX# _(201) 866 - 5680_

_ATEN: Ricka_   PHONE# _(800) 242-2004_

FROM: _Terri Snyder_   PHONE# _(302) 762 - 0687_

DATE: _1-25-05_

## COMMENTS

_____

_____

B-0770

Snyder v. CitiSteel
0459

JOB STATUS REPORT

```
TIME  : 01/25/2005 11:59
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              01/25  11:58
FAX NO./NAME           912018665680
DURATION               00:00:33
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted   FAX#(201) 866 - 5680
ATTN: Ricka          PHONE# (800) 242 - 2004
FROM: Terri Snyder    PHONE# (302) 762 - 0687
DATE: 1-25-05

### COMMENTS

Snyder v. CitiSteel
0459

JOB STATUS REPORT

```
TIME    : 01/25/2005 11:58
NAME    :
FAX#    :
TEL#    :
SER.#   : BRO2J2511484
```

```
DATE,TIME              01/25  11:57
FAX NO./NAME           94782274
DURATION               00:00:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _Co. Name Unlisted_    FAX# _(302) 478-2274_

_Attn: Debbie_    PHONE# _(302) 478-1213_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _1-25-05_

B-0772

### COMMENTS

_I would like to thank Valerie_

_for taking time to answer a few_

Snyder v. CitiSteel
0460

JOB STATUS REPORT

```
                                    TIME  : 01/25/2005 11:58
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
DATE,TIME                    01/25  11:57
FAX NO./NAME                 94782274
DURATION                     00:00:49
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted     FAX# (302) 478-2274

ATTN: Debbie          PHONE# (302) 478-1213

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE: 1-25-05

### COMMENTS                                B-0773

I would like to thank Valerie

for taking time to answer a few

Snyder v. CitiSteel
0460

JOB STATUS REPORT

```
TIME   : 01/25/2005 11:58
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME           01/25  11:57
FAX NO./NAME        94782274
DURATION            00:00:49
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_   FAX# (302) 478-2274

_Attn: Debbie_   PHONE# (302) 478-1213

FROM: _Terri Snyder_   PHONE# (302) 762-0687

DATE: _1-25-05_

B-0774

## COMMENTS

_I would like to thank Valerie_

_for taking time to answer a fel..._

Snyder v. CitiSteel
0460

JOB STATUS REPORT

```
TIME  : 01/25/2005 11:54
NAME  :
FAX#  :
TEL.# :
SER.# : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 01/25  11:52 |
| FAX NO./NAME | 93239918 |
| DURATION | 00:01:05 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _H & R Heating_     FAX# _(302) 323-9918_

_____     PHONE# _____

FROM: _Terri Snyder_     PHONE# _(302) 762-0687_

DATE: _1 - 25 - 05_

COMMENTS     B-0775

Snyder v. CitiSteel
0461

JOB STATUS REPORT

```
                                    TIME   : 01/25/2005 11:54
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : BR02J2511484
```

```
    DATE,TIME              01/25  11:52
    FAX NO./NAME           93239918
    DURATION               00:01:05
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _H & R Heating_     FAX# _(302) 323-9918_

_____ PHONE# _____

FROM: _Terri Snyder_     PHONE# _(302) 762-0687_

DATE: _1 - 25 - 05_

COMMENTS                                    B-0776

Snyder v. CitiSteel
0461

JOB STATUS REPORT

```
TIME  : 01/25/2005 11:54
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            01/25  11:52
FAX NO./NAME         93239918
DURATION             00:01:05
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _H & R Heating_         FAX# _(302) 323-9918_

_____ PHONE# _____

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _1 - 25 - 05_

### COMMENTS

_____

Snyder v. CitiSteel
0461

JOB STATUS REPORT

TIME  : 01/25/2005 11:52
NAME  :
FAX#  :
TEL#  :
SER. # : BR02J2511484

| DATE,TIME | 01/25  11:50 |
| FAX NO./NAME | 93239918 |
| DURATION | 00:01:34 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _H & R Heating_____ FAX# _(302) 323-9918_

_____ PHONE#_____

FROM: _Terri Snyder_____ PHONE# _(302) 762-0687_

DATE: _1 - 25 - 05_____

## COMMENTS

_____

_____

Snyder v. CitiSteel
0462

JOB STATUS REPORT

```
TIME   : 01/25/2005 11:52
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 01/25  11:50 |
| FAX NO./NAME | 93239918 |
| DURATION | 00:01:34 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _H & R Heating_     FAX# _(302) 323-9918_

_____ PHONE# _____

FROM: _Terri Snyder_   PHONE# _(302) 762-0687_

DATE: _1 - 25 - 05_

### COMMENTS

_____

_____

Snyder v. CitiSteel
0462

JOB STATUS REPORT

```
TIME  : 01/25/2005 11:52
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          01/25  11:50
FAX NO./NAME       93239918
DURATION           00:01:34
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _H & R Heating_ FAX# (302) 323-9918

_____ PHONE#_____

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: _1 - 25 - 05_

COMMENTS

_____

_____

Snyder v. CitiSteel
0462

JOB STATUS REPORT

```
TIME  : 12/21/2004 09:30
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            12/21  09:29
FAX NO./NAME         97377282
DURATION             00:00:43
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _Heartland Hospice Services_

_ATTN: Sharon Garrick_ FAX#_(302) 737-7282_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _12-21-04_

### COMMENTS

Snyder v. CitiSteel
0463

JOB STATUS REPORT

```
TIME  : 12/21/2004 09:30
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          12/21  09:29
FAX NO./NAME       97377282
DURATION           00:00:43
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _Heartland Hospice Services_

_ATTN: Sharon Garrick_ FAX# _(302) 737-7282_

FROM: _Terri Snyder_   PHONE# _(302) 762-0687_

DATE: _12-21-04_

### COMMENTS

B-0782

Snyder v. CitiSteel
0463

```
                    JOB STATUS REPORT

                                    TIME  : 12/21/2004 09:30
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484


   DATE,TIME              12/21  09:29
   FAX NO./NAME           97377282
   DURATION               00:00:43
   PAGE(S)                03
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _Heartland Hospice Services_

_ATTN: Sharon Garrick_ FAX#_(302) 737-7282_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _12-21-04_

### COMMENTS                                    B-0783

Snyder v. CitiSteel
0463

JOB STATUS REPORT

```
                                    TIME  : 12/21/2004 09:29
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME               12/21  09:28
    FAX NO./NAME            97930800
    DURATION               00:00:30
    PAGE(S)                 03
    RESULT                  OK
    MODE                    STANDARD
                            ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Company Name Unlisted

___ Outpatient Office   FAX# (302) 793-0800

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE: 12-21-04

COMMENTS                    B-0784

Snyder v. CitiSteel
0464

JOB STATUS REPORT

```
TIME : 12/21/2004 09:29
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

```
DATE,TIME          12/21  09:28
FAX NO./NAME       97930800
DURATION           00:00:30
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _Company Name Unlisted_

_Outpatient Office_  FAX#_(302) 793-0800_

FROM: _Terri Snyder_  PHONE#_(302) 762-0687_

DATE: _12-21-04_

### COMMENTS

B-0785

Snyder v. CitiSteel
0464

JOB STATUS REPORT

```
TIME  : 12/21/2004 09:29
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME             12/21  09:28
FAX NO./NAME          97930800
DURATION              00:00:30
PAGE(S)               03
RESULT                OK
MODE                  STANDARD
                      ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Company Name Unlisted

___ Outpatient Office ___ FAX# (302) 793-0800

FROM: Terri Snyder ___ PHONE# (302) 762-0687

DATE: 12-21-04 ___

## COMMENTS

B-0786

Snyder v. CitiSteel
0464

JOB STATUS REPORT

```
TIME  : 11/12/2004 15:39
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                           11/12  15:38
FAX NO./NAME                        92242848
DURATION                            00:00:47
PAGE(S)                             03
RESULT                              OK
MODE                                STANDARD
                                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: PROFESSIONAL ASSOCIATES FAX#(302)224-2848

ATTN: H.E. - NICOLE PHONE# (302)224-5678

FROM: TERRI SNYDER PHONE# (302)762-0687

DATE: 11-12-04

B-0787

COMMENTS

Thank You Very Much for taking

Snyder v. CitiSteel
0465

JOB STATUS REPORT

```
TIME  : 11/12/2004 15:39
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          11/12  15:38
FAX NO./NAME       92242848
DURATION           00:00:47
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: PROFESSIONAL ASSOCIATES FAX# (302) 224-2848

ATTN - H.E. - NICOLE   PHONE# (302) 224-5678

FROM: TERRI SNYDER   PHONE# (302) 762-0687

DATE: 11-12-04

B-0788

**COMMENTS**

Thank You Very Much for taking

Snyder v. CitiSteel
0465

JOB STATUS REPORT

```
TIME  : 11/12/2004 15:39
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME                    11/12  15:38
FAX NO./NAME                 92242848
DURATION                     00:00:47
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: PROFESSIONAL ASSOCIATES FAX# (302) 224-2848

ATTN: H.R. — NICOLE     PHONE# (302) 224-5678

FROM: TERRI SNYDER     PHONE# (302) 762-0687

DATE: 11-12-04

B-0789

COMMENTS

Thank You Very Much for taking

Snyder v. CitiSteel
0465

| JOB STATUS REPORT |
|---|

```
TIME : 11/12/2004 15:40
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

| DATE,TIME | 11/12  15:39 |
|---|---|
| FAX NO./NAME | 96563439 |
| DURATION | 00:00:50 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Sodat - HR DEPT. FAX# (302) 656-3439

ATTN: Veronica Adolf PHONE# (302) 656-4044

FROM: Terri Snyder PHONE# (302) 762-0687

DATE: 11-12-04

### COMMENTS

B-0790

Snyder v. CitiSteel
0466

JOB STATUS REPORT

TIME  : 11/12/2004 15:40
NAME  :
FAX#  :
TEL#  :
SER. # : BR02J2511484

| | |
|---|---|
| DATE,TIME | 11/12  15:39 |
| FAX NO./NAME | 96563439 |
| DURATION | 00:00:50 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Sodat - HR DEPT, FAX# (302)656-3439

ATTN: Veronica Adolf PHONE# (302)656-4099

FROM: Terri Snyder PHONE# (302)762-0687

DATE: 11-12-04

### COMMENTS

B-0791

Snyder v. CitiSteel
0466

JOB STATUS REPORT

```
TIME  : 11/12/2004 15:40
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME              11/12  15:39
FAX NO./NAME           96563439
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Sodat - HR DEPT. FAX# (302) 656-3439

ATTN: Veronica Adole PHONE# (302) 656-4044

FROM: Terri Snyder PHONE# (302) 762-0687

DATE: 11-12-04

### COMMENTS

B-0792

Snyder v. CitiSteel
0466

JOB STATUS REPORT

```
                                    TIME  : 11/08/2004 13:53
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
        DATE,TIME           11/08  13:53
        FAX NO./NAME        93287032
        DURATION            00:00:42
        PAGE(S)             03
        RESULT              OK
        MODE                STANDARD
                            ECM
```

B-0793

Snyder v. CitiSteel
0467

JOB STATUS REPORT

TIME  : 11/08/2004 13:53
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| | |
|---|---|
| DATE,TIME | 11/08  13:53 |
| FAX NO./NAME | 93287032 |
| DURATION | 00:00:42 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

JOB STATUS REPORT

```
TIME  : 11/08/2004 13:53
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          11/08  13:53
FAX NO./NAME       93287032
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

B-0795

Snyder v. CitiSteel
0467

JOB STATUS REPORT

```
                                      TIME  : 11/08/2004 13:50
                                      NAME  :
                                      FAX#  :
                                      TEL.# :
                                      SER.# : BRO2J2511484
```

```
     DATE,TIME            11/08  13:49
     FAX NO./NAME         916104366069
     DURATION             00:00:43
     PAGE(S)              03
     RESULT               OK
     MODE                 STANDARD
                          ECM
```

B-0796

Snyder v. CitiSteel
0468

JOB STATUS REPORT

```
                                  TIME  : 11/08/2004 13:50
                                  NAME  :
                                  FAX#  :
                                  TEL#  :
                                  SER.# : BRO2J2511484
```

```
        DATE,TIME          11/08  13:49
        FAX NO./NAME       916104366069
        DURATION           00:00:43
        PAGE(S)            03
        RESULT             OK
        MODE               STANDARD
                           ECM
```

B-0797

Snyder v. CitiSteel
0468

JOB STATUS REPORT

TIME  : 11/08/2004 13:50
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| DATE,TIME | 11/08  13:49 |
| FAX NO./NAME | 916104366069 |
| DURATION | 00:00:43 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

B-0798

Snyder v. CitiSteel
0468

JOB STATUS REPORT

```
TIME  : 11/08/2004 13:48
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          11/08  13:48
FAX NO./NAME       96365454
DURATION           00:00:28
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

B- 0799

Snyder v. CitiSteel
0469