JOB STATUS REPORT

```
                                    TIME  : 11/08/2004 13:48
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
        DATE,TIME              11/08  13:48
        FAX NO./NAME           96365454
        DURATION               00:00:28
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

B- 0800

Snyder v. CitiSteel
0469

JOB STATUS REPORT

```
                                    TIME  : 11/08/2004 13:48
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
        DATE,TIME              11/08  13:48
        FAX NO./NAME           96365454
        DURATION               00:00:28
        PAGE(S)                03
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

B-0801

Snyder v. CitiSteel
0469

JOB STATUS REPORT

```
                            TIME  : 11/01/2004 14:24
                            NAME  :
                            FAX#  :
                            TEL#  :
                            SER.# : BR02J2511484
```

```
DATE,TIME           11/01  14:24
FAX NO./NAME        99956163
DURATION            00:00:42
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *AN ENGINEERING FIRM*

*CO. NAME UNLISTED*          FAX# *(302) 995-6163*

FROM: *TERRI SNYDER*          PHONE# *(302) 762-0687*

DATE: *11-1-04*

COMMENTS                        B-0802

Snyder v. CitiSteel
0470

JOB STATUS REPORT

```
TIME   : 11/01/2004 14:24
NAME   :
FAX#   :
TEL#   :
SER. # : BR02J2511484
```

```
DATE,TIME              11/01  14:24
FAX NO./NAME           99956163
DURATION               00:00:42
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _An Engineering Firm_

_Co. Name Unlisted_    FAX# _(302) 995-6163_

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _11-1-04_

COMMENTS                    B-0803

Snyder v. CitiSteel
0470

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
                                    TIME  : 11/01/2004 14:24
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
      DATE,TIME              11/01  14:24
      FAX NO./NAME           99956163
      DURATION               00:00:42
      PAGE(S)                03
      RESULT                 OK
      MODE                   STANDARD
                             ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _AN ENGINEERING FIRM_

_CO. NAME UNLISTED_     FAX# _(302) 995 - 6163_

FROM: _TERRI SNYDER_     PHONE# _(302) 762-0687_

DATE: _11 - 1 - 04_

### COMMENTS                          B- 0804

Snyder v. CitiSteel
0470

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:23
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          11/01  14:23
FAX NO./NAME       92543022
DURATION           00:00:33
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Bancroft Construction Co.

Re: Admin, Asist, Pos.    FAX# (302) 254-3022

FROM: Terri Snyder        PHONE# (302) 762-0687

DATE: 11 - 1 - 04

### COMMENTS

B-0805

Snyder v. CitiSteel
0471

```
JOB STATUS REPORT
```

```
TIME   : 11/01/2004 14:23
NAME   :
FAX#   :
TEL #  :
SER.# : BRO2J2511484
```

```
DATE,TIME            11/01  14:23
FAX NO./NAME         92543022
DURATION             00:00:33
PAGE(S)              03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: BANCROFT CONSTRUCTION Co.

RE: ADMIN. ASIST. POS.     FAX# (302) 254-3022

FROM: TERRI SNYDER          PHONE# (302) 762-0687

DATE: 11 - 1 - 04

COMMENTS                          B-0806

Snyder v. CitiSteel
0471

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:23
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          11/01  14:23
FAX NO./NAME       92543022
DURATION           00:00:33
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: BANCROFT CONSTRUCTION Co.

RE: ADMIN, ASST, POS.   FAX#: (302) 254-3022

FROM: TERRI SNYDER   PHONE# (302) 762-0687

DATE: 11-1-04

### COMMENTS

B-0807

Snyder v. CitiSteel
0471

JOB STATUS REPORT

```
TIME   : 11/01/2004 14:22
NAME   :
FAX#   :
TEL#   :
SER.# : BRO2J2511484
```

```
DATE,TIME                11/01  14:21
FAX NO./NAME             97378233
DURATION                 00:00:44
PAGE(S)                  03
RESULT                   OK
MODE                     STANDARD
                         ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Blood Bank of Delmarva FAX# (302)737-8233

RE: Cust. Serv. Pos.

FROM: Terri Snyder _____ PHONE# (302)762-0687

DATE: 11-1-04

B-0808

COMMENTS

Snyder v. CitiSteel
0472

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:22
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 11/01  14:21 |
| FAX NO./NAME | 97378233 |
| DURATION | 00:00:44 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: Blood Bank of Delmarva FAX# (302)737-8233

RE: Cust. Serv. Pos.

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: 11-1-04

COMMENTS

Snyder v. CitiSteel
0472

B-0809

JOB STATUS REPORT

TIME  : 11/01/2004 14:22
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484

| DATE,TIME | 11/01  14:21 |
| FAX NO./NAME | 97378233 |
| DURATION | 00:00:44 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



DELAWARE DEPARTMENT OF
LABOR

# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: Blood Bank of Delmarva FAX# (302)737-8233

RE: Cust. Serv. Pos.

FROM: Terri Snyder        PHONE# (302)762-0687

DATE: 11-1-04

COMMENTS

Snyder v. CitiSteel
0472

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:20
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          11/01  14:20
FAX NO./NAME       94214263
DURATION           00:00:15
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

**Terry L. Snyder**
**30 North Rodney Drive**
**Edgemoor Gardens**
**Wilmington, Delaware 19809**
**Home(302)762-0687**

## OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career, which will utilize my organizational and interpersonal skills as well as my problem solving capabilities.

## EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of double entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training
Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

## WORK EXPERIENCE

**BOOKKEEPER,** Kozy Korner, Wilmington, De.
April 2003 – Present
- A/R and A/P
- Payroll
- General Ledgers
- Double Entry Accounting
- Inventory Control

**ADMINISTRATIVE ASST.** Citisteel USA, Inc.,Philadelphia Pike, Claymont, De.
August 2001 – April 2003
- Inventory Control
- Run Reports

Snyder v. CitiSteel
0473

JOB STATUS REPORT

```
                                    TIME  : 11/01/2004 14:20
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
DATE,TIME              11/01   14:20
FAX NO./NAME           94214263
DURATION               00:00:15
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Terry L. Snyder**
**30 North Rodney Drive**
**Edgemoor Gardens**
**Wilmington, Delaware 19809**
**Home(302)762-0687**

## OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career, which will utilize my organizational and interpersonal skills as well as my problem solving capabilities.

## EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of doubling entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training

Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

## WORK EXPERIENCE

**BOOKKEEPER,** Kozy Korner, Wilmington, De.
April 2003 – Present
- A/R and A/P
- Payroll
- General Ledgers
- Double Entry Accounting
- Inventory Control

**ADMINISTRATIVE ASST.** Citisteel USA, Inc.,Philadelphia Pike, Claymont, De.
August 2001 – April 2003
- Inventory Control
- Run Reports

B- 0812

Snyder v. CitiSteel
0473

JOB STATUS REPORT

```
                                    TIME  : 11/01/2004 14:20
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER. # : BR02J2511484
```

```
    DATE,TIME               11/01  14:20
    FAX NO./NAME            94214253
    DURATION               00:00:15
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

**Terry L. Snyder**
**30 North Rodney Drive**
**Edgemoor Gardens**
**Wilmington, Delaware 19809**
**Home(302)762-0687**

### OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career, which will utilize my organizational and interpersonal skills as well as my problem solving capabilities.

### EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
  - General ledgers, payro 1, accounts receivable and accounts payable
  - Basic concepts of dout ling entry accounting
  - Lotus 1-2-3, building, enhancing and formatting spread sheets
  - Working with formulas and graphics
  - 10-key and keyboarding training

Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

### WORK EXPERIENCE

**BOOKKEEPER,** Kozy Korner, Wilmington, De.
April 2003 -- Present
  - A/R and A/P
  - Payroll
  - General Ledgers
  - Double Entry Accounting
  - Inventory Control

**ADMINISTRATIVE ASST.** Citisteel USA, Inc.,Philadelphia Pike, Claymont, De.
August 2001 – April 2003
  - Inventory Control
  - Run Reports

B-0813

Snyder v. CitiSteel
0473

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:19
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          11/01  14:19
FAX NO./NAME       94214263
DURATION           00:00:19
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: St. Francis Hospital

ATT'N: Human Resources   FAX# (302) 421-4263

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE: 11-1-04

COMMENTS                                    B-0814

To Whom It May Concern:

Snyder v. CitiSteel
0474

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:19
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            11/01  14:19
FAX NO./NAME         94214263
DURATION             00:00:19
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: ST. FRANCIS HOSPITAL

ATT'N: HUMAN RESOURCES     FAX# (302) 421-4263

FROM: TERRI SNYDER     PHONE# (302) 762-0687

DATE: 11-1-04

COMMENTS                                        B-0815

TO WHOM IT MAY CONCERN:

Snyder v. CitiSteel
0474

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:19
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511404
```

| DATE,TIME | 11/01  14:19 |
|---|---|
| FAX NO./NAME | 94214263 |
| DURATION | 00:00:19 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: S⊤. Francis Hospital

ATTN: Human Resources    FAX# (302) 421-4263

FROM: Terri Snyder _____  PHONE# (302) 762-0687

DATE: 11-1-04 _____

COMMENTS                                    B-0816

To Whom It May Concern :

Snyder v. CitiSteel
0474

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:18
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 11/01  14:18 |
|---|---|
| FAX NO./NAME | 916103560671 |
| DURATION | 00:00:38 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



DELAWARE DEPARTMENT OF LABOR

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: FRANKLIN COMPANY

ATTN: VALERIE          FAX#: (610) 356-0671

FROM: TERRI SNYDER  PHONE#: (302) 762-0687

DATE: 10-26-04

Snyder v. CitiSteel
0475

COMMENTS

Valerie, Donna suggested I

B-0817

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:18
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          11/01  14:18
FAX NO./NAME       916103560671
DURATION           00:00:38
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: FRANKLIN COMPANY

ATTN: VALERIE        FAX#: (610) 356-0671

FROM: TERRI SNYDER  PHONE# (302) 762-0687

DATE: 10-26-04

Snyder v. CitiSteel
0475

### COMMENTS

Valerie, Donna suggested I

B-0818

JOB STATUS REPORT

```
TIME  : 11/01/2004 14:18
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           11/01  14:18
FAX NO./NAME        916103560671
DURATION            00:00:38
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: FRANKLIN COMPANY

ATTN: VALERIE          FAX#: (610) 356-0671

FROM: TERRI SNYDER  PHONE#: (302) 762-0687

DATE: 10-26-04

Snyder v. CitiSteel
0475

## COMMENTS

Valerie, Donna suggested I

B-0819

JOB STATUS REPORT

```
TIME  : 10/14/2004 13:59
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           10/14  13:59
FAX NO./NAME        93231442
DURATION            00:00:29
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Company Name Unlisted_

FAX#: _(302) 323-1442_

FROM: _Terri Snyder_   PHONE#: _(302) 762-0687_

DATE: _10-14-04_

## COMMENTS

B-0820

Snyder v. CitiSteel
0476

JOB STATUS REPORT

TIME   : 10/14/2004 13:59
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484

| DATE,TIME | 10/14  13:59 |
|---|---|
| FAX NO./NAME | 93231442 |
| DURATION | 00:00:29 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Company Name Unlisted

FAX#: (302) 323-1442

FROM: Terri Snyder   PHONE#: (302) 762-0687

DATE: 10 - 14 - 04

COMMENTS                    B-0821

Snyder v. CitiSteel
0476

| JOB STATUS REPORT |
| --- |

```
                                    TIME   : 10/14/2004 13:59
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : BRO2J2511484
```

| DATE,TIME | 10/14  13:59 |
| --- | --- |
| FAX NO./NAME | 93231442 |
| DURATION | 00:00:29 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Company Name Unlisted_

FAX# _(302) 323-1442_

FROM: _Terri Snyder_  PHONE# _(302) 762-0687_

DATE: _10 - 14 - 04_

COMMENTS

B-0822

Snyder v. CitiSteel
0476

JOB STATUS REPORT

```
TIME  : 10/14/2004 13:55
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/14  13:54
FAX NO./NAME           93229904
DURATION               00:00:40
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: PHARMACEUTICAL RESEARCH LAB

RE: ADMIN. ASST.          FAX#: (302)322-9904

FROM: TERRI  SNYDER     PHONE#: (302) 763-0687

DATE: 10-14-04

COMMENTS

B-0823

Snyder v. CitiSteel
0477

JOB STATUS REPORT

```
TIME  : 10/14/2004 13:55
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME            10/14  13:54
FAX NO./NAME         93229904
DURATION             00:00:40
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _PHARMACEUTICAL RESEARCH LAB_

   RE: _ADMIN. ASST._____ FAX#_(302)322 - 9904_

FROM: _TERRI SNYDER_____ PHONE#_(302)762-0687_

DATE: __10-14-04__

COMMENTS                     B-0824

Snyder v. CitiSteel
0477

| JOB STATUS REPORT |
|---|

```
TIME   : 10/14/2004 13:55
NAME   :
FAX#   :
TEL#   :
SER.# : BR02J2511484
```

```
DATE,TIME          10/14  13:54
FAX NO./NAME       93229904
DURATION           00:00:40
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: PHARMACEUTICAL RESEARCH LAB

RE: ADMIN. ASST.          FAX#: (302)322-9904

FROM: TERRI SNYDER    PHONE#: (302)763-0687

DATE: 10-14-04

COMMENTS                    B-0825

Snyder v. CitiSteel
0477

| JOB STATUS REPORT |
|---|

```
TIME  : 10/14/2004 13:26
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          10/14  13:25
FAX NO./NAME       92391712
DURATION           00:01:18
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _ELECTRONIC INFOCON_

ATTN: _STEVEN ZYCH_ FAX# _(302) 239-1712_

FROM: _TERRI SNYDER_ PHONE# _(302) 762-0687_

DATE: _10-14-04_

B-0826

### COMMENTS

_Thank You Very Much For_

Snyder v. CitiSteel
0478

JOB STATUS REPORT

```
TIME  : 10/14/2004 13:26
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 10/14  13:25 |
|---|---|
| FAX NO./NAME | 92391712 |
| DURATION | 00:01:18 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: *ELECTRONIC INFOCON*

ATN: *STEVEN ZICH*  FAX# *(302) 239-1712*

FROM: *TERRI SNYDER*  PHONE# *(302) 762-0687*

DATE: *10-14-04*

B-0827

COMMENTS

*Thank You Very Much For*

Snyder v. CitiSteel
0478

JOB STATUS REPORT

```
TIME  : 10/14/2004 13:26
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          10/14  13:25
FAX NO./NAME       92391712
DURATION           00:01:18
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



**DELAWARE DEPARTMENT OF LABOR**

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: _ELECTRONIC INFOCON_

_ATTN: STEVEN ZICH_ FAX# _(302) 239-1712_

FROM: _TERRI SNYDER_ PHONE# _(302) 762-0687_

DATE: _10-14-04_

B-0828

**COMMENTS**

_Thank You Very Much For_

Snyder v. CitiSteel
0478

October 14, 2004

Dear Mr. Steven Zych:

Following is my resume for your review in regards to the position posted in The News Journal at your request per our phone conversation this morning at 11:00 a.m. I would like to Thank You for taking the time to describe the position to me in detail, it sounds very interesting as well as a nice challenge. At this present time I am employed full – time with Kozy Korner Monday – Friday 6:00 a.m. to 2:00 p.m. My boss knows I am looking to move on. All of the following positions I have listed for you on my resume involve various computer software programs, I am very computer literate as well as I am very much so a people person, also I have much customer contact and customer service skills. I would be an asset to your company. Allowing me the opportunity to prove my skills and devotion would be to both our benefit. Please note I am very hard working, smart, flexible, dependable and a very quick learner. Thank you for taking the time to review my resume. I am looking forward to hearing from you to discuss possible future employment with your company. Thank You Again For Your Time.

Sincerely,

*Terry L. Snyder*

Terry Lynn Snyder

B- 0829

Snyder v. CitiSteel
0479

October 14, 2004

Dear Mr. Steven Zych:

**Following is my resume for your review in regards to the position posted in The News Journal at your request per our phone conversation this morning at 11:00 a.m. I would like to Thank You for taking the time to describe the position to me in detail, it sounds very interesting as well as a nice challenge. At this present time I am employed full – time with Kozy Korner Monday – Friday 6:00 a.m. to 2:00 p.m. My boss knows I am looking to move on. All of the following positions I have listed for you on my resume involve various computer software programs, I am very computer literate as well as I am very much so a people person, also I have much customer contact and customer service skills. I would be an asset to your company. Allowing me the opportunity to prove my skills and devotion would be to both our benefit. Please note I am very hard working, smart, flexible, dependable and a very quick learner. Thank you for taking the time to review my resume. I am looking forward to hearing from you to discuss possible future employment with your company. Thank You Again For Your Time.**

Sincerely,

*Terry L. Snyder*

Terry Lynn Snyder

B- 0830

Snyder v. CitiSteel
0479

October 14, 2004

Dear Mr. Steven Zych:

Following is my resume for your review in regards to the position posted in The News Journal at your request per our phone conversation this morning at 11:00 a.m. I would like to Thank You for taking the time to describe the position to me in detail, it sounds very interesting as well as a nice challenge. At this present time I am employed full – time with Kozy Korner Monday – Friday 6:00 a.m. to 2:00 p.m. My boss knows I am looking to move on. All of the following positions I have listed for you on my resume involve various computer software programs, I am very computer literate as well as I am very much so a people person, also I have much customer contact and customer service skills. I would be an asset to your company. Allowing me the opportunity to prove my skills and devotion would be to both our benefit. Please note I am very hard working, smart, flexible, dependable and a very quick learner. Thank you for taking the time to review my resume. I am looking forward to hearing from you to discuss possible future employment with your company. Thank You Again For Your Time.

Sincerely,

Terry Lynn Snyder

B- 0831

Snyder v. CitiSteel
0479

JOB STATUS REPORT

```
                                      TIME  : 10/08/2004 16:05
                                      NAME  :
                                      FAX#  :
                                      TEL#  :
                                      SER.# : BRO2J2511484
```

```
    DATE,TIME            10/08  16:05
    FAX NO./NAME         913027351650
    DURATION            00:00:36
    PAGE(S)             03
    RESULT              OK
    MODE                STANDARD
                        ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: N T L PAYDAY LOAN Co.      FAX# (302) 735-1650

FROM: TERRI SNYDER      PHONE# (302) 762-0687

DATE: 10 - 8 - 04

B- 0832

COMMENTS

Snyder v. CitiSteel
0480

JOB STATUS REPORT

```
TIME  : 10/08/2004 16:05
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          10/08  16:05
FAX NO./NAME       913027351650
DURATION           00:00:36
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: N T L Payday Loan Co.        FAX# (302) 735-1650

FROM: Terri Snyder        PHONE# (302) 762-0687

DATE: 10 - 8 - 04

B-0833

COMMENTS

Snyder v. CitiSteel
0480

---

JOB STATUS REPORT

TIME : 10/08/2004 16:05
NAME :
FAX# :
TEL# :
SER. # : BRO2J2511484

---

| | |
|---|---|
| DATE,TIME | 10/08  16:05 |
| FAX NO./NAME | 913027351650 |
| DURATION | 00:00:36 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

---



*DELAWARE DEPARTMENT OF*
# LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



Delaware's Career Network

## FAX COVER SHEET

TO: N T L Payday Loan Co,    FAX# (302)735-1650

FROM: Terri Snyder    PHONE# (302)762-0651

DATE: 10 - 8 - 04

B-0834

COMMENTS

Snyder v. CitiSteel
0480

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:44
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/08  15:43
FAX NO./NAME           96523455
DURATION               00:00:33
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted  FAX# (302) 652-3455

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 10-8-04

B- 0835

COMMENTS

Snyder v. CitiSteel
0481

```
┌─────────────────────────┐
│   JOB STATUS REPORT      │
└─────────────────────────┘

                                    TIME  : 10/08/2004 15:44
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME              10/08  15:43                                │
│  FAX NO./NAME           96523455                                   │
│  DURATION               00:00:33                                   │
│  PAGE(S)                03                                         │
│  RESULT                 OK                                         │
│  MODE                   STANDARD                                   │
│                         ECM                                        │
└──────────────────────────────────────────────────────────────────┘
```



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

## FAX COVER SHEET

TO: _Co. Name Unlisted_ FAX#_(302)652-3455_

FROM: _Terri Snyder_ PHONE#_(302)762-0687_

DATE: _10-8-04_

B-0836

COMMENTS

Snyder v. CitiSteel
0481

JOB STATUS REPORT

```
                                    TIME   : 10/08/2004 15:44
                                    NAME   :
                                    FAX#   :
                                    TEL#   :
                                    SER.#  : BRO2J2511484
```

```
    DATE,TIME              10/08  15:43
    FAX NO./NAME           96523455
    DURATION               00:00:33
    PAGE(S)                03
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```



**DELAWARE DEPARTMENT OF LABOR**

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

## FAX COVER SHEET

TO: *Co. Name Unlisted* FAX#(302)652-3455

FROM: *Terri Snyder* PHONE#(302)762-0687

DATE: *10-8-04*

B-0837

COMMENTS

Snyder v. CitiSteel
0481

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:43
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        10/08  15:41
FAX NO./NAME     916104369781
DURATION         00:01:36
PAGE(S)          03
RESULT           OK
MODE             STANDARD
```



DELAWARE
DEPARTMENT OF
LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: Scott Honda _____ FAX# (610) 436-9781

ATTN: Cathy _____

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: 10-8-04 _____

B-0838

COMMENTS

Snyder v. CitiSteel
0482

JOB STATUS REPORT

```
TIME   : 10/08/2004 15:43
NAME   :
FAX#   :
TEL#   :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 10/08  15:41 |
| FAX NO./NAME | 916104369781 |
| DURATION | 00:01:36 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |



**DIVISION OF EMPLOYMENT AND TRAINING**
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: Scott Honda _____ FAX# (610) 436-9781

ATTN: Cathy _____

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: 10-8-04 _____

B-0839

COMMENTS

Snyder v. CitiSteel
0482

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:43
NAME  :
FAX#  :
TEL # :
SER. # : BR02J2511484
```

| DATE,TIME | 10/08  15:41 |
|---|---|
| FAX NO./NAME | 916104369781 |
| DURATION | 00:01:36 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Scott Honda _____ FAX# (610) 436-9781

ATTN : Cathy _____

FROM: Terri Snyder ___ PHONE# (302) 762 - 0687

DATE: 10 - 8 - 04 _____

B- 0840

COMMENTS

Snyder v. CitiSteel
0482

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 10/08/2004 15:35
                                    NAME  :
                                    FAX#  :
                                    TEL # :
                                    SER. # : BRO2J2511484
```

```
   DATE,TIME              10/08  15:34
   FAX NO./NAME           93288637
   DURATION               00:00:42
   PAGE(S)                03
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: B & F Towing _____ FAX# (302) 328-0639

ATTN : Bob _____

FROM: Terri Snyder ___ PHONE# (302) 762-0689

DATE: 10-8-04 ___

B-0841

Snyder v. CitiSteel
0483

COMMENTS

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:35
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

```
DATE,TIME            10/08  15:34
FAX NO./NAME         93280637
DURATION             00:00:42
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



**DIVISION OF EMPLOYMENT AND TRAINING**
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: B & F Towing _____ FAX# (302) 328-0639

ATTN : Bob _____

FROM: Terri Snyder ____ PHONE# (302) 762-0687

DATE: 10-8-04 ____

B-0842

COMMENTS

Snyder v. CitiSteel
0483

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 10/08  15:34 |
|---|---|
| FAX NO./NAME | 93280637 |
| DURATION | 00:00:42 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: B & F Towing            FAX# (302) 328-0637

ATTN : Bob

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE:  10 - 8 - 04

B- 0843

COMMENTS

Snyder v. CitiSteel
0483

JOB STATUS REPORT

```
TIME   : 10/08/2004 15:33
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME          10/08  15:32
FAX NO./NAME       96557924
DURATION           00:00:24
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _OFFICE MANAGER_    FAX# _(302)655-7924_

FROM: _TERRI SNYDER_ PHONE# _(302)762-0687_

DATE: _10 - 8 - 04_

B-0844

Snyder v. CitiSteel
0484

COMMENTS

JOB STATUS REPORT

```
TIME   : 10/08/2004 15:33
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 10/08  15:32 |
| FAX NO./NAME | 96557924 |
| DURATION | 00:00:24 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *OFFICE MANAGER*      FAX# *(302)655-7924*

FROM: *TERRI SNYDER*  PHONE# *(302)762-0682*

DATE: *10 - 8 - 04*

Snyder v. CitiSteel
0484

COMMENTS

JOB STATUS REPORT

```
TIME    : 10/08/2004 15:33
NAME    :
FAX#    :
TEL#    :
SER.#   : BRO2J2511484
```

```
DATE,TIME           10/08  15:32
FAX NO./NAME        96557924
DURATION            00:00:24
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *Office Manager* _____ FAX# (302) 655-7924

FROM: *Terri Snyder* PHONE# (302) 761-0682

DATE: *10 - 8 - 04*

Snyder v. CitiSteel
0484

COMMENTS

JOB STATUS REPORT

```
TIME   : 10/08/2004 15:32
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME        10/08  15:30
FAX NO./NAME     93260388
DURATION         00:01:34
PAGE(S)          03
RESULT           OK
MODE             STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Body Visions         FAX# (302) 326-0388

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE: 10-8-04

COMMENTS

Snyder v. CitiSteel
0485

B-0847

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:32
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        10/08  15:30
FAX NO./NAME     93260388
DURATION         00:01:34
PAGE(S)          03
RESULT           OK
MODE             STANDARD
```



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO: Body Visions _____ FAX# (302) 326-0388

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 10-8-04

COMMENTS

Snyder v. CitiSteel
0485

B-0848

JOB STATUS REPORT

```
                              TIME  : 10/08/2004 15:32
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BRO2J2511484
```

```
    DATE,TIME           10/08  15:30
    FAX NO./NAME        93260388
    DURATION            00:01:34
    PAGE(S)             03
    RESULT              OK
    MODE                STANDARD
```



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682


Delaware's Career Network

## FAX COVER SHEET

TO: _Body Visions_ FAX# _(302) 326-0388_

FROM: _Terri Snyder_ PHONE# _(302) 762-0687_

DATE: _10-8-04_

COMMENTS

Snyder v. CitiSteel
0485

B- 0849

| JOB STATUS REPORT |
|---|

```
TIME  : 10/08/2004 15:27
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/08  15:26
FAX NO./NAME           97628941
DURATION               00:00:26
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware's Career Network

## FAX COVER SHEET

TO: _AT SYSTEMS, INC._      FAX#_(302)762-8941_

_ATTN: H.R._

FROM: _TERRI SNYDER_   PHONE#_(302)762-0687_

DATE: _10-8-04_

COMMENTS

Snyder v. CitiSteel
0486

B- 0850