JOB STATUS REPORT

```
TIME   : 10/08/2004 15:27
NAME   :
FAX#   :
TEL.#  :
SER.#  : BR02J2511484
```

```
DATE,TIME          10/08  15:26
FAX NO./NAME       97628941
DURATION           00:00:26
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: AT SYSTEMS, INC.          FAX#(302)762-8941

ATTN: H.R.

FROM: TERRI SNYDER    PHONE#(302)762-0687

DATE: 10-8-04

COMMENTS

Snyder v. CitiSteel
0486

B-0851

JOB STATUS REPORT

```
TIME  : 10/08/2004 15:27
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        10/08  15:26
FAX NO./NAME     97628941
DURATION         00:00:26
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: AT SYSTEMS, INC.    FAX#(302)762-8941

ATTN: H.R.

FROM: TERRI SNYDER    PHONE#(302)762-0682

DATE: 10-8-04

COMMENTS

Snyder v. CitiSteel
0486

JOB STATUS REPORT

TIME  : 10/07/2004 16:08
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| DATE,TIME | 10/07  16:08 |
|---|---|
| FAX NO./NAME | 916104599183 |
| DURATION | 00:00:31 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: CO. NAME UNLISTED FAX#(610)459-9183

PEDIATRIC OFFICE

FROM: TERRI SNYDER PHONE# (302) 762-0687

DATE:

COMMENTS

Snyder v. CitiSteel
0487

B-0853

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:08
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          10/07  16:08
FAX NO./NAME       916104599183
DURATION           00:00:31
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. NAME UNLISTED FAX#(610)459-9183

PEDIATRIC OFFICE

FROM: TERRI SNYDER PHONE# (302) 762-0189

DATE:

COMMENTS

Snyder v. CitiSteel
0487

B-0854

JOB STATUS REPORT

```
TIME   : 10/07/2004 16:08
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 10/07  16:08 |
| FAX NO./NAME | 916104599183 |
| DURATION | 00:00:31 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. NAME UNLISTED FAX#(610)459-9183
PEDIATRIC OFFICE

FROM: TERRI SNYDER PHONE# (302) 762-0187

DATE:

COMMENTS

Snyder v. CitiSteel
0487

B- 0855

JOB STATUS REPORT

```
TIME : 10/07/2004 16:07
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/07  16:07
FAX NO./NAME           97653544
DURATION               00:00:27
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6634



# FAX COVER SHEET

TO: Co. NAME UNLISTED

FAX#: (302) 765-3544

FROM: TERRI SNYDER    PHONE# (302) 762-0687

DATE:

COMMENTS

Snyder v. CitiSteel
0488

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:07
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/07  16:07
FAX NO./NAME           97653544
DURATION               00:00:27
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6634



# FAX COVER SHEET

TO: Co. Name Unlisted

FAX#: (302) 765-3544

FROM: Terri Snyder     PHONE# (302) 762-0687

DATE:

COMMENTS

B-0857

Snyder v. CitiSteel
0488

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:07
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME         10/07  16:07
FAX NO./NAME      97653544
DURATION          00:00:27
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6634



# FAX COVER SHEET

TO: Co. NAME UNLISTED

FAX#: (302) 765-3544

FROM: TERRI SNYDER          PHONE# (302) 762-0687

DATE:

COMMENTS

B-0858

Snyder v. CitiSteel
0488

| JOB STATUS REPORT |
| --- |

```
                                    TIME  : 10/07/2004 16:05
                                    NAME  :
                                    FAX#  :
                                    TEL # :
                                    SER.# : BRO2J2511484
```

```
    DATE,TIME                  10/07  16:04
    FAX NO./NAME               98882470
    DURATION                   00:00:45
    PAGE(S)                    03
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```



# DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6634



Delaware's Career Network

# FAX COVER SHEET

TO: REAL - ESTATE

FAX#: (302) 888 - 2470

FROM: TERRI SNYDER   PHONE# (302) 762-0682

DATE:_____

COMMENTS

RE: _____

Snyder v. CitiSteel
0489

B- 0859

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:05
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/07  16:04
FAX NO./NAME           98882470
DURATION               00:00:45
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6634



# FAX COVER SHEET

TO: REAL - ESTATE

FAX#: (302) 888 - 2470

FROM: TERRI SNYDER   PHONE#: (302) 762-0682

DATE:

Snyder v. CitiSteel
0489

COMMENTS

RE: Appin Asst - No °

B- 0860

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:05
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME            10/07  16:04
FAX NO./NAME         98882470
DURATION             00:00:45
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DELAWARE DEPARTMENT OF LABOR

# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6634



Delaware's Career Network

# FAX COVER SHEET

TO: REAL - ESTATE

FAX#: (302) 888-2470

FROM: TERRI SNYDER  PHONE# (302) 762-0682

DATE:___

Snyder v. CitiSteel
0489

COMMENTS

RE: _____

B-0861

| JOB STATUS REPORT |
|---|

```
TIME  : 10/07/2004 16:02
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           10/07  16:02
FAX NO./NAME        92921197
DURATION            00:00:27
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6634



## FAX COVER SHEET

TO: Co. Name Unlisted

FAX#: (302) 292-1197

FROM: Jerri Snyder        PHONE# (302) 762-0685

DATE:

Snyder v. CitiSteel
0490

COMMENTS

B-0862

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:01
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              10/07  16:01
FAX NO./NAME           97931188
DURATION               00:00:33
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6634



# FAX COVER SHEET

TO: Co. Name Unlisted

FAX#: (302) 793-1188

FROM: Terri Snyder   PHONE# (302) 762-0687

DATE:

Snyder v. CitiSteel
0491

## COMMENTS

RE: ~~Your ad in the~~ ...

B- 0863

JOB STATUS REPORT

```
TIME  : 10/07/2004 16:00
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME           10/07  15:59
FAX NO./NAME        93238898
DURATION            00:00:47
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: _Co. NAME UNLISTED_  FAX# _(302)323-8898_

_LUXURY APTS. IN NEW CASTLE_

FROM: _TERRI SNYDER_  PHONE# _(302)762-0687_

DATE: _____

Snyder v. CitiSteel
0492

COMMENTS

B-0864

JOB STATUS REPORT

```
TIME   : 10/07/2004 15:59
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME          10/07  15:58
FAX NO./NAME       97378233
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6634



# FAX COVER SHEET

TO: _BLOOD BANK OF DELMARVA_

FAX#: _(302)737-8233_

FROM: _TERRI SNYDER_     PHONE# _(302)762-0687_

DATE: _____

B- 0865

## COMMENTS

Snyder v. CitiSteel
0493

JOB STATUS REPORT

TIME  : 10/07/2004 15:57
NAME  :
FAX#  :
TEL#  :
SER. # : BR02J2511484

| DATE,TIME | 10/07  15:56 |
| FAX NO./NAME | 96544464 |
| DURATION | 00:00:46 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Unlisted          FAX# (302)654-4464

FROM: Terri Snyder      PHONE# (302) 762-0687

DATE: _____

Snyder v. CitiSteel
0494

COMMENTS

B-0866

JOB STATUS REPORT

```
TIME   : 10/07/2004 15:55
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME              10/07  15:55
FAX NO./NAME           96563660
DURATION               00:00:27
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: OFFICE MANAGER            FAX#(302)656-3660

FROM: TERRI SNYDER       PHONE# (302)762-0687

DATE:

Snyder v. CitiSteel
0495

COMMENTS

B-0867

JOB STATUS REPORT

```
TIME  : 10/07/2004 15:54
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 10/07  15:54 |
| FAX NO./NAME | 97373606 |
| DURATION | 00:00:27 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. NAME UNLISTED_ FAX#_(302) 737-3606_

_ATTN: CAREERSUSA_

FROM: _TERRI SNYDER_  PHONE#_(302) 762-0687_

DATE: _____

Snyder v. CitiSteel
0496

COMMENTS

B-0868

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘
                                    TIME  : 10/07/2004 15:53
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              10/07  15:52                            │
│  FAX NO./NAME           918663941274                           │
│  DURATION               00:00:50                               │
│  PAGE(S)                03                                      │
│  RESULT                 OK                                      │
│  MODE                   STANDARD                               │
│                         ECM                                    │
└──────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _GLOBAL PAY - DAY_____ FAX#_(866)394-1274_

_ATTN: MELONY_____

FROM: _TERRI  SNYDER_____ PHONE# _(302)762-0687_

DATE:_____

B- 0869

COMMENTS

Snyder v. CitiSteel
0497

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 10/07/2004 15:52
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484


    DATE,TIME                 10/07  15:50
    FAX NO./NAME              98929078
    DURATION                  00:01:13
    PAGE(S)                   03
    RESULT                    OK
    MODE                      STANDARD
                              ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Unlisted_          FAX# (302) 892-9078

FROM: _Jerri Snyder_       PHONE# (302) 762-0687

DATE: _____

B-0870

Snyder v. CitiSteel
0498

COMMENTS

JOB STATUS REPORT

```
TIME  : 10/07/2004 15:50
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            10/07  15:49
FAX NO./NAME         99991677
DURATION             00:00:50
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Co. Name Unlisted    FAX#(302)999-1677

Telemarketing Office

FROM: Terri Snyder    PHONE# (302)762-0687

DATE: _____

Snyder v. CitiSteel
0499

COMMENTS

B-0871

JOB STATUS REPORT

```
TIME  : 10/06/2004 13:56
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           10/06  13:55
FAX NO./NAME        913028882470
DURATION            00:00:49
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: REAL-ESTATE COMPANY    FAX# (302)888-2470

FROM: TERRI SNYDER    PHONE# (302) 762-0687

DATE:_____

B- 0872

Snyder v. CitiSteel
0500

COMMENTS

JOB STATUS REPORT

```
TIME  : 10/06/2004 13:53
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE.TIME            10/06  13:53
FAX NO./NAME         92392124
DURATION             00:00:27
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: LAW OFFICE          FAX#(302)239-2124

LOCATION: PIKE CREEK

FROM: TERRI SNYDER      PHONE# (302)762-0682

DATE:

B-0873

COMMENTS

Snyder v. CitiSteel
0501

JOB STATUS REPORT

```
TIME    : 10/06/2004 13:48
NAME    :
FAX#    :
TEL#    :
SER.#   : BRO2J2511484
```

```
DATE,TIME           10/06  13:48
FAX NO./NAME        99991634
DURATION            00:00:38
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```



DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



Delaware's Career Network

## FAX COVER SHEET

TO: Pettinaro Construction FAX# (302) 999-1634

RE: Payroll Position

FROM: Terri Snyder    PHONE# (302) 762-0689

DATE: _____

B-0874

Snyder v. CitiSteel
0502

COMMENTS

JOB STATUS REPORT

```
TIME  : 10/06/2004 13:47
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          10/06  13:45
FAX NO./NAME       96557213
DURATION           00:01:07
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: C₀. Name Unlisted    FAX# (302) 655-7213

FROM: Terri Snyder    PHONE# (302) 763-0687

DATE:

COMMENTS

Snyder v. CitiSteel
0503

JOB STATUS REPORT

```
TIME   : 10/06/2004 13:44
NAME   :
FAX#   :
TEL#   :
SER. # : BRO2J2511484
```

```
DATE,TIME          10/06  13:44
FAX NO./NAME       96558920
DURATION           00:00:30
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: BRANDYWINE COUNSELING  FAX#(302)655-8920

FROM: TERRI SNYDER     PHONE# (302)762-0687

DATE: _____

B- 0876

COMMENTS

Snyder v. CitiSteel
0504



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682

**Delaware's Career Network**

## FAX COVER SHEET

TO: _Susan_ _____ FAX# _(302) 221-3802_

FROM: _Terri  Snyder_ PHONE# _(303) 762 - 0687_
_( 302 ) 388 - 1869_
DATE: _7 - 26 - 04_

### COMMENTS

_____

_____

_____

_____

_____

_2_ PAGES, INCLUDING COVER PAGE

*Our mission is to provide services enabling employers and job seekers to make
informed employment and training choices leading to employment.*
www.vcnet.net

Snyder v. CitiSteel
0505

JOB STATUS REPORT

```
TIME  : 07/26/2004 03:00
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 07/26  03:00 |
| FAX NO./NAME | 92213802 |
| DURATION | 00:00:51 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Snyder v. CitiSteel
0506

B- 0878



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Co. Name Not Listed    FAX# (302) 994-0628

FROM: Terri Snyder PHONE# (302) 762-0687
(302) 388-1869

DATE: 7-26-04

### COMMENTS

_____

_____

_____

_____

_____

2    PAGES, INCLUDING COVER PAGE

*Our mission is to provide services enabling employers and job seekers to make*
*informed employment and training choices leading to employment.*
www.vcnet.net

Snyder v. CitiSteel
0507

B- 0879

JOB STATUS REPORT

```
TIME  : 07/26/2004 02:54
NAME  :
FAX#  :
TEL.# :
SER.# : BR02J2511484
```

```
DATE,TIME           07/26  02:53
FAX NO./NAME        99940628
DURATION            00:01:05
PAGE(S)             02
RESULT              OK
MODE                STANDARD
```

Snyder v. CitiSteel
0508



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Jack_____    FAX# _888-2470_

FROM: _Terri Snyder_ PHONE# _(302) 762-0687_
_(302) 388-1869_

DATE: _7-26-04_____

### COMMENTS

_____

_____

_____

_____

_____

___2___ PAGES, INCLUDING COVER PAGE

*Our mission is to provide services enabling employers and job seekers to make*
*informed employment and training choices leading to employment.*
www.vcnet.net

Snyder v. CitiSteel
0509

JOB STATUS REPORT

```
TIME  : 07/26/2004 02:52
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          07/26  02:52
FAX NO./NAME       98882470
DURATION           00:00:32
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

Snyder v. CitiSteel
0510

JOB STATUS REPORT

```
TIME : 06/29/2004 15:21
NAME :
FAX# :
TEL# :
SER.# : BRO2J2511484
```

| DATE,TIME | 06/29  15:21 |
|---|---|
| FAX NO./NAME | 96528027 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682



# FAX COVER SHEET

B-0883

TO: _L. HUMMEL_ FAX# (302)652-8027

FROM: _Terri Snyder_ PHONE# (302) 762-0687
(302)992-0620

DATE: 6-29-04

COMMENTS

Following is my resume for your

Snyder v. CitiSteel
0511

| JOB STATUS REPORT |
|---|

```
TIME  : 06/29/2004 15:20
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          06/29  15:19
FAX NO./NAME       96585310
DURATION           00:00:34
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



DELAWARE
DEPARTMENT OF
LABOR

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

TO Company Name Unlisted _____ FAX# (302) 658-5310

B-0884

FROM: Terri Snyder   PHONE# (302) 762-0687
                            (302) 992-0670
DATE: 6-29-04

Snyder v. CitiSteel
0512

COMMENTS

Following is my resume for review...

JOB STATUS REPORT

```
TIME  : 06/29/2004 15:19
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          06/29  15:18
FAX NO./NAME       94277500
DURATION           00:00:31
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

B-0885

TO: Company Name Unlisted    FAX# (302)427-7500

FROM: Terri Snyder   PHONE# (302) 762-0687
                              (302) 992-0670
DATE: 6-29-04

Snyder v. CitiSteel
0513

COMMENTS

Following is my resume in person

JOB STATUS REPORT

```
TIME   : 06/29/2004 15:18
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME                    06/29  15:17
FAX NO./NAME                 99982922
DURATION                     00:00:36
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

B-0886

TO: KATHY BOYD     FAX# (302) 998-2922

BRANDYWINE NURSING & REHAB

FROM: TERRI SNYDER   PHONE# (302) 762-0687

(302) 992-0670

DATE: 6-29-04

Snyder v. CitiSteel
0514

## COMMENTS

FOLLOWING IS MY RESUME IN REGARDS TO YOUR

JOB STATUS REPORT

```
TIME  : 06/29/2004 15:15
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME         06/29  15:14
FAX NO./NAME      96614109
DURATION          00:00:27
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```



**DELAWARE DEPARTMENT OF LABOR**

# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



Delaware's Career Network

# FAX COVER SHEET

B-0887

TO: _THE FRANKLIN COMPANY_ FAX# (302) 661-4109
_ATTN: KAREN_

FROM: _TERRI SNYDER_ PHONE# (302) 762-0687
                              (302) 992-0670

DATE: _6-29-04_

Snyder v. CitiSteel
0515

## COMMENTS

_FOLLOWING IS MY RESUME ___ ___ ___

JOB STATUS REPORT

TIME    : 06/29/2004 15:14
NAME    :
FAX#    :
TEL#    :
SER.# : BRO2J2511484

| | |
|---|---|
| DATE,TIME | 06/29  15:13 |
| FAX NO./NAME | 93785007 |
| DURATION | 00:00:36 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

B- 0888

TO: Appoquinimink School District FAX# (302)378-5007

ATTN: Human Resources

FROM: Terri Snyder    PHONE# (302) 762-0687

(302) 992-0670

DATE: 6-29-04

Snyder v. CitiSteel
0516

COMMENTS

Following is my Resume for your revie...

JOB STATUS REPORT

```
TIME   : 06/29/2004 15:12
NAME   :
FAX#   :
TEL#   :
SER.#  : BRO2J2511484
```

```
DATE,TIME          06/29  15:12
FAX NO./NAME       93253136
DURATION           00:00:22
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

B- 0889

TO: _LIMOUSINE SERVICE_  FAX# _(302)325-3136_

_NAME OF CO. UNLISTED_

FROM: _TERRI SNYDER_  PHONE# _(302)762-0687_

_(302)992-0670_

DATE: _6-29-04_

CAREER CHANGE

COMMENTS

Snyder v. CitiSteel

0517

PLEASE NOTE!  I   AM VERY HARD

JOB STATUS REPORT

```
TIME   : 06/29/2004 15:11
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

```
DATE,TIME          06/29  15:11
FAX NO./NAME       96528027
DURATION           00:00:33
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682

## FAX COVER SHEET

B-0890

TO: _L. HUMMEL_          FAX# _(302)652-8027_

FROM: _TERRI SNYDER_  PHONE# _(302) 762-0687_
                              _(302)992-0670_
DATE: _6-29-04_

Snyder v. CitiSteel
0518

### COMMENTS

Following is my resume for your

JOB STATUS REPORT

```
TIME  : 06/29/2004 14:57
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           06/29  14:56
FAX NO./NAME        99982922
DURATION            00:00:36
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET                              B-0891

TO: KATHY BOYD          FAX# (302) 998-2922
BRANDYWINE NURSING & REHAB

FROM: TERRI SNYDER      PHONE# (302) 762-0689
                                (302) 992-0670

DATE: 6-29-04

Snyder v. CitiSteel
0519

### COMMENTS

FOLLOWING IS MY RESUME IN REGARDS TO YOUR

JOB STATUS REPORT

```
TIME  : 06/29/2004 14:53
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           06/29  14:52
FAX NO./NAME        94797899
DURATION            00:00:34
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

*DELAWARE DEPARTMENT OF*
# LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE 19802
FAX (302) 761-6682

Delaware's Career Network

## FAX COVER SHEET

B-0892

TO:  GOGO Worldwide Vaca. FAX# (302) 479-7899

FROM: Terri Snyder    PHONE# (302) 762-0687
                                (302) 992-0670

DATE: 6-29-04 

Snyder v. CitiSteel
0520

### COMMENTS

Following is my Resume For Your

| JOB STATUS REPORT |
| --- |

```
                                          TIME  : 06/29/2004 14:49
                                          NAME  :
                                          FAX#  :
                                          TEL#  :
                                          SER.# : BRO2J2511484
```

| DATE,TIME | 06/29  14:48 |
| --- | --- |
| FAX NO./NAME | 94255044 |
| DURATION | 00:00:34 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
|  | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Company Not Listed_    FAX# _(302)425-5044_

_Position - Receptionist_

FROM: _Terri Snyder_    PHONE# _(302)762-0687_

_(302)992-0670_

DATE: _6-29-04_

Snyder v. CitiSteel
0521

COMMENTS

_Following is my resume for your pr..._

JOB STATUS REPORT

```
TIME  : 06/08/2004 14:51
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          06/08  14:50
FAX NO./NAME       918773839398
DURATION           00:00:57
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



FAX COVER SHEET

TO: _Au Clair School_ FAX# _(877) 383-9398_

PHONE# _____

FROM: _Terri L. Snyder_ PHONE# _(302) 762-0687_

DATE: _6-8-04_

Snyder v. CitiSteel
0522

COMMENTS

_Following is my resume in regards to your_

B-0894

JOB STATUS REPORT

```
TIME  : 04/29/2004 12:09
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/29  12:09
FAX NO./NAME           932299044
DURATION               00:00:39
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: PHARMACEUTICAL RESEARCH    FAX# (302)322-9904

_____ LABORATORY _____    PHONE#_____

FROM: TERRI SNYDER    PHONE# (302) 762-0687
                              (302) 545-5889

DATE: 4-29-04 _____

COMMENTS

Snyder v. CitiSteel
0523

B-0895

```
                 ┌─────────────────────┐
                 │  JOB STATUS REPORT  │
                 └─────────────────────┘
                              TIME   : 04/29/2004 12:08
                              NAME   :
                              FAX#   :
                              TEL#   :
                              SER.#  : BRO2J2511484

  ┌──────────────────────────────────────────────────────────┐
  │   DATE,TIME            04/29  12:07                        │
  │   FAX NO./NAME         96585978                            │
  │   DURATION            00:00:52                             │
  │   PAGE(S)             03                                   │
  │   RESULT              OK                                   │
  │   MODE                STANDARD                             │
  │                       ECM                                  │
  └──────────────────────────────────────────────────────────┘
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: Company Name Unknown  FAX# (302)658-5978

'Apartment Leasing'  PHONE# (302)658-7645

FROM: Terri Snyder _____  PHONE# (302) 762-0687

(302) 545-5889

DATE: 4-29-04 _____

### COMMENTS

Snyder v. CitiSteel
0524

B-0896

---

JOB STATUS REPORT

```
TIME  : 04/29/2004 12:06
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/29  12:06
FAX NO./NAME           94774067
DURATION               00:00:25
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



DELAWARE DEPARTMENT OF LABOR

## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



Delaware Career Network

## FAX COVER SHEET

TO: _Access Group, Inc._ FAX# (302)477-4067

PHONE# _____

FROM: _Terri Snyder_ PHONE# (302)762-0682
                              (302) 545-5889

DATE: _4-29-04_

COMMENTS

Snyder v. CitiSteel
0525

B-0897

JOB STATUS REPORT

```
TIME  : 04/29/2004 12:05
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              04/29  12:05
FAX NO./NAME           98365796
DURATION               00:00:42
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *State Farm Ins.*  FAX# *(302) 836-5796*

_____ PHONE# _____

FROM: *Terri Snyder*  PHONE# *(302) 762-0687*
                              *(302) 545-5889*
DATE: *4-29-04*

COMMENTS

Snyder v. CitiSteel
0526

B-0898

| JOB STATUS REPORT |
|---|

```
TIME  : 04/29/2004 12:04
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 04/29  12:04 |
| FAX NO./NAME | 913026234064 |
| DURATION | 00:00:23 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _COMPANY NAME UNKNOWN_ FAX# _(302)623-4064_

_FILING CLERK/SECRETARY_ PHONE#_____

FROM: _TERRI SNYDER_ PHONE# _(302)762-0682_
                              _(302)545-5889_

DATE: _4-29-04_

### COMMENTS

Snyder v. CitiSteel
0527

B-0899