JOB STATUS REPORT

```
TIME  : 04/29/2004 12:03
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 04/29  12:02 |
|---|---|
| FAX NO./NAME | 94568615 |
| DURATION | 00:00:33 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: MBNA                         FAX# (302) 456 - 8615

_____ PHONE# _____

FROM: TERRI SNYDER      PHONE# (302) 763 - 0687
                                    (302) 545 - 5889

DATE: 4-29-04

Snyder v. CitiSteel
0528

### COMMENTS

THE FOLLOWING PAGES ARE IN REFERENCE

B-0900

JOB STATUS REPORT

```
TIME  : 03/02/2004 13:54
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME            03/02  13:52
FAX NO./NAME         98883225
DURATION             00:01:20
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: MR. WIER, JR.  FAX#(302)888-3225

ATTORNEY AT LAW  PHONE# (302)888-3222

FROM: TERRI SNYDER  PHONE#(302)762-0687

(302)762-7262

DATE: 3-2-04

B-0901

## COMMENTS

FIRST I WANT TO THANK
YOU FOR TAKING TIME OUT TO

Snyder v. CitiSteel
0529

JOB STATUS REPORT

```
TIME  : 02/05/2004 09:30
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        02/05  09:30
FAX NO./NAME     912157478552
DURATION         00:00:47
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
### WILMINGTON, DE  19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: _MTC/WILMINGTON_ FAX# _(215)747-8552_

_JOB-CORPS CENTER_ PHONE# _____

FROM: _TERRi L. SNYDER_  PHONE# _(302)762-0687_

DATE: _2-5-04_                  _(302)762-7262_

### COMMENTS

B-0902

Snyder v. CitiSteel
0530

```
JOB STATUS REPORT
```

```
                                    TIME  : 02/05/2004 09:28
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
DATE,TIME              02/05  09:27
FAX NO./NAME           912157478552
DURATION               00:00:35
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _MTC/WILMINGTON_ FAX# _(215)747-8552_

_JOB CORPS CENTER_ PHONE# _____

FROM: _TERRI L. SNYDER_ PHONE# _(302)762-0687_

DATE: _2-5-04_           _(302)762-7262_

## COMMENTS

B-0903

Snyder v. CitiSteel
0531

JOB STATUS REPORT

```
TIME  : 02/05/2004 09:16
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME        02/05  09:15
FAX NO./NAME     92860369
DURATION         00:00:46
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Talent Tree_                 FAX# (302) 286-0369

_____  PHONE# _____

FROM: _Terri Snyder_  PHONE# (302) 762-0687

DATE: 2-5-04                      (302) 762-7262

### COMMENTS

B-0904

Snyder v. CitiSteel
0532

| JOB STATUS REPORT |
|---|

```
TIME  : 02/05/2004 09:13
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          02/05  09:12
FAX NO./NAME       97619868
DURATION           00:00:52
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: ~~Goodwill Staffing~~ FAX# (302) 761-9868
Services

PHONE#

FROM: Terri L. Snyder PHONE# (302) 762-7262

DATE: 2-5-04                    (302) 762-0687

COMMENTS                          B-0905

Snyder v. CitiSteel
0533

JOB STATUS REPORT

```
TIME  : 02/05/2004 09:10
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/05  09:09
FAX NO./NAME           91410620298S
DURATION               00:01:10
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _AAA Mid-Atlantic_     FAX# _(410)620-2985_

_____     PHONE# _____

FROM: _Terri Lynn Snyder_ PHONE# _(302)762-7262_

DATE: _2-5-04_                    _(302)762-0687_

## COMMENTS

B-0906

Snyder v. CitiSteel
0534

JOB STATUS REPORT

```
TIME  : 02/02/2004 11:22
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511404
```

```
DATE,TIME           02/02  11:20
FAX NO./NAME        914106202359
DURATION            00:01:37
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _P F G – ATTN: H.R._

_FAX# (410) 620-2359_

FROM: _TERRI L. SNYDER_        PHONE# _(302)762-0687_

DATE: _APRIL 16, 2003_

### COMMENTS

B- 0907

Snyder v. CitiSteel
0535

JOB STATUS REPORT

```
                                    TIME  : 02/02/2004 11:18
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
        DATE,TIME               02/02  11:16
        FAX NO./NAME            96584075
        DURATION               00:01:52
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Bus. @ Port of Wilmington

(302) 658-4075

FROM: Terril Snyder  PHONE# (302) 762-0687
(302) 388-1868

DATE: April 17, 2003

### COMMENTS

B-0908

Snyder v. CitiSteel
0536

JOB STATUS REPORT

TIME  : 02/02/2004 10:35
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

| | |
|---|---|
| DATE,TIME | 02/02  10:34 |
| FAX NO./NAME | 9117892269O7 |
| DURATION | 00:00:45 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# FAX COVER SHEET

**TERRI SNYDER**
*30 NORTH RODNEY DR.*
*WILMINGTON, DE. 19809*
*(302) 762-0687*

| SEND TO | From |
|---|---|
| Company name UNKNOWN | TERRI L. SNYDER |
| Attention HUMAN RESOURCES | Date APRIL 14, 2003 |
| Office location NEWARK | Office location |
| Fax number (711) 892-6907 | Phone number (302) 762-0687 / (302) 388-1868 |

☐ Urgent   ☑ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

B- 0909

Total pages, including cover:    2

**COMMENTS**
FOLLOWING IS MY RESUME IN REGARDS TO YOUR AD
IN THE NEWS JOURNAL. I AM VERY INTERESTED IN THE
POSITION YOU CURRENTLY HAVE OPEN. ALL OF THE FOLLOW-
ING POSITIONS I HAVE LISTED FOR YOU ON MY RESUME
INVOLVE ADMIN., SECRETARIAL, CUST. SERV., VARIOUS
OFFICE PROCEDURES AND I AM VERY COMPUTER LITERATE.

JOB STATUS REPORT

TIME  : 02/02/2004 10:34
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484

| DATE,TIME | 02/02 10:33 |
|---|---|
| FAX NO./NAME | 92665468 |
| DURATION | 00:00:42 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# FAX COVER SHEET

**TERRI SNYDER**
*30 NORTH RODNEY DR.*
*WILMINGTON, DE. 19809*
*(302) 762-0687*

**SEND TO**
Company name
F LEET CREDIT CARD SERVICE

Attention
HUMAN RESOURCES

Office location
300 NORTH WAKEFIELD DR.

Fax number
(302) 266-5468

From
TERRI L. SNYDER

Date
APRIL 14, 2003

Office location

Phone number
(302) 762-0687 / (302) 388-1868

☐ Urgent   ☑ Reply ASAP   ☐ Please comment   ☐ Please review   ☑ For your information

Total pages, including cover: 2

B-0910

**COMMENTS**

FOLLOWING IS MY RESUME FOR YOUR REVIEW
IN REGARDS TO YOUR AD IN THE NEWS JOURNAL.
ACTUALLY I AM VERY INTERESTED IN THE THREE
FOLLOWING POSITIONS: 1) MAIL WORK PREP CLERK
2) DATA ENTRY OPERATORS

Snyder v. CitiSteel
0538

JOB STATUS REPORT

```
TIME   : 02/02/2004 10:32
NAME   :
FAX#   :
TEL#   :
SER.#  : BR02J2511484
```

```
DATE,TIME          02/02  10:32
FAX NO./NAME       97628941
DURATION           00:00:34
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _A T  S Y S T E M S_

_FAX# (302) 762-8941_

FROM: _TERRI L. SNYDER_   PHONE# _(302) 762-0687_

DATE: _4-16-03_

### COMMENTS

B- 0911

Snyder v. CitiSteel
0539

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:31
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  10:30
FAX NO./NAME           94535904
DURATION               00:00:47
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
|---|---|
| Company name  ARTESIAN | TERRI L. SNYDER |
| Attention  P. CUMPSTON | Date  APRIL 16, 2003 |
| Office location | Office location |
| Fax number  (302) 453-6904 | Phone number  (302) 762-0687/(302) 388-1868 |

☐ Urgent    ☑ Reply ASAP    ☐ Please comment    ☐ Please review    ☑ For your information

Total pages, including cover: ___3___

B-0912

**COMMENTS**

FOLLOWING IS IN REGARDS TO YOUR DISPATCHER
POSITION YOU HAVE POSTED IN THE NEWS JOURNAL.

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:30
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME                02/02  10:29
FAX NO./NAME             94549021
DURATION                 00:00:40
PAGE(S)                  02
RESULT                   OK
MODE                     STANDARD
                         ECM
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
|---|---|
| Company name<br>NOT MENTIONED | TERRI L. SNYDER |
| Attention<br>HUMAN RESOURCES | Date<br>APRIL 16, 2003 |
| Office location<br>303 MARKUS CT., NEWARK, DE | Office location |
| Fax number<br>(302) 454-9021 | Phone number<br>(302) 762-0687 / (302) 388-1868 |

☐ Urgent   ☑ Reply ASAP   ☐ Please comment   ☐ Please review   ☑ For your information

B-0913

Total pages, including cover:   **3**

**COMMENTS**

Snyder v. CitiSteel
0541

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:28
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  10:27
FAX NO./NAME         93242578
DURATION             00:00:36
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



## DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



## FAX COVER SHEET

TO: THE NEWS JOURNAL

ATTN: HUMAN RESOURE DEPT. FAX# (302) 324-2578

FROM: TERRI L. SNYDER  PHONE# (302) 762-0682
(302) 388-1868

DATE: APRIL 17, 2003

COMMENTS                                    B-0914

SALARY REQUIREMENTS - OPEN

HOURS DESIRED - OPEN / FLEXIBLE

Snyder v. CitiSteel
0542

JOB STATUS REPORT

```
TIME   : 02/02/2004 10:27
NAME   :
FAX#   :
TEL#   :
SER. # : BRO2J2511484
```

```
DATE,TIME        02/02  10:26
FAX NO./NAME     93689462
DURATION         00:00:34
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: STATE FARM INS.
(302) 368-9462

FROM: TERRI L. SNYDER   PHONE#: (302) 762-0687
(302) 388-1868

DATE: APRIL 17, 2003

COMMENTS                                B-0915

Snyder v. CitiSteel
0543

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:25
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  10:25
FAX NO./NAME         98312643
DURATION             00:00:33
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: Dining Services / Aramark

(302) 831-2643

FROM: Terri L. Snyder    PHONE# (302) 762-0687

(302) 388-1868

DATE: April 17, 2003

### COMMENTS

B-0916

Snyder v. CitiSteel
0544

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:22
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  10:22
FAX NO./NAME         97647543
DURATION             00:00:32
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
|---|---|
| Company name NIXON UNIFORM | TERRI L. SNYDER |
| Attention HUMAN RESOURCES | Date APRIL 14, 2003 |
| Office location 2925 NORTHEAST BLVD, | Office location |
| Fax number (302) 764-7543 | Phone number (302) 762-0687 /(302) 388-1868 |

☐ Urgent  ☑ Reply ASAP  ☐ Please comment  ☐ Please review  ☑ For your information

Total pages, including cover: ___3___

**COMMENTS**

FOLLOWING IS MY RESUME FOR YOUR REVIEW IN REGARDS TO THE AD IN THE NEWS JOURNAL.

Snyder v. CitiSteel
0545

```
┌──────────────────────────┐
│    JOB STATUS REPORT      │
└──────────────────────────┘
                              TIME  : 02/02/2004 10:21
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
┌────────────────────────────────────────────────────────────────────┐
│  DATE,TIME                        02/02  10:21                       │
│  FAX NO./NAME                     96544343                           │
│  DURATION                         00:00:43                           │
│  PAGE(S)                          02                                 │
│  RESULT                           OK                                 │
│  MODE                             STANDARD                           │
│                                   ECM                                │
└────────────────────────────────────────────────────────────────────┘
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_                FAX# (302) 654-4343

_____     PHONE# _____

FROM: _Terri Snyder_     PHONE# (302) 262-0687

DATE: _12-22-03_

### COMMENTS

Snyder v. CitiSteel
0546

_____

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:20
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  10:19
FAX NO./NAME           95297080
DURATION               00:00:39
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

B-0919

TO: _Sueann_                        FAX# (302) 529-7080

_NORTH WILM. OFFICE_    PHONE# (302) 529-7009

FROM: _Terri Snyder_    PHONE# (302) 762-0687

DATE: _9-25-03_

Snyder v. CitiSteel
0547

### COMMENTS

Following is my resume in regards (Receptionist)
to the ad in the News Journal

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:19
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/02  10:18 |
| FAX NO./NAME | 99969185 |
| DURATION | 00:00:35 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Not Listed_ FAX# (302) 996-9185

PHONE# (302) 996-9230

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: _12-22-03_

COMMENTS

B-0920

Snyder v. CitiSteel
0548

JOB STATUS REPORT

```
TIME  : 02/02/2004 10:13
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          02/02  10:12
FAX NO./NAME       97380275
DURATION           00:00:35
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: McCormick, Taylor & Associates FAX# (302) 738-0276

_____ PHONE# _____

FROM: Terri Snyder      PHONE# (302) 762-0687

DATE: 12-22-03

COMMENTS

Snyder v. CitiSteel
0549

| JOB STATUS REPORT |
|---|

```
                                   TIME  : 02/02/2004 10:05
                                   NAME  :
                                   FAX#  :
                                   TEL#  :
                                   SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  10:05
FAX NO./NAME           97983010
DURATION               00:00:49
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _OFFICE TEAM_____  FAX# _(302) 798-3010_

_ATTN: HUMAN RESOURCES_ PHONE# _(302) 798-3555_

FROM: _TERRI SNYDER_____ PHONE# _(302) 762-0687_

DATE: _12/23/03_

B-0922

Snyder v. CitiSteel
0550

COMMENTS

_FOLLOWING IS MY RESUME FOR YOUR REVIEW_

_... AS ADDED on YOUR AD LISTED IN THE NEWS_

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘

                              TIME  : 02/02/2004 09:47
                              NAME  :
                              FAX#  :
                              TEL # :
                              SER.# : BR02J2511484

┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME                  02/02  09:46                       │
│   FAX NO./NAME               94537845                           │
│   DURATION                   00:00:42                           │
│   PAGE(S)                    02                                 │
│   RESULT                     OK                                 │
│   MODE                       STANDARD                           │
│                              ECM                                │
└──────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Avon Productions Inc. FAX# (302)453-7845

_____ PHONE#_____

FROM: Yerri Snyder PHONE# (302)762-0687

DATE: 12/23/03

B-0923

Snyder v. CitiSteel
0551

COMMENTS

Following is my resume for your review

| JOB STATUS REPORT |
|---|

```
TIME  : 02/02/2004 09:41
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

| DATE,TIME | 02/02  09:40 |
|---|---|
| FAX NO./NAME | 99930943 |
| DURATION | 00:00:30 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _J. F. SOBIESKI_     FAX# (302) 993-0943

_____  PHONE# _____

FROM: _TERRI SNYDER_     PHONE# (302) 762-0687

DATE: _12/23/03_

B-0924

### COMMENTS

_FOLLING IS MY RESUME FOR YOUR REVIEW_

Snyder v. CitiSteel
0552

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:40
NAME  :
FAX#  :
TEL.# :
SER.# : BRO2J2511484
```

```
DATE,TIME                    02/02  09:39
FAX NO./NAME                 916102391033
DURATION                     00:00:37
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Spectaguard_          FAX# _(610) 239-1033_

_____  PHONE# _____

FROM: _Terri Snyder_   PHONE# _(302) 762-0687_

DATE: _12-22-03_

COMMENTS

Snyder v. CitiSteel
0553

_____

B-0925

---

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:37
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

---

```
DATE,TIME          02/02  09:36
FAX NO./NAME       918007004449
DURATION           00:00:41
PAGE(S)            02
RESULT             OK
MODE               STANDARD
```

---



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *Consumer Loan Company*   FAX# (800) 700-4449

*ATTN: Rudy* _____   PHONE# _____

FROM: *TERRI SNYDER* _____   PHONE# (302) 762-0687

DATE: *1-8-04*

### COMMENTS

_____

Snyder v. CitiSteel
0554

| JOB STATUS REPORT |
|---|

```
TIME  : 02/02/2004 09:34
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  09:34
FAX NO./NAME         96558108
DURATION             00:00:21
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_ _____ FAX# (302) 655-8108

_____ PHONE# _____

FROM: _Terri Snyder_ _____ PHONE# (302) 762-0687

DATE: _1-8-04_ _____

### COMMENTS

_____

Snyder v. CitiSteel
0555

B- 0927

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 02/02/2004 09:32
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER. # : BRO2J2511484
```

```
        DATE,TIME                      02/02  09:32
        FAX NO./NAME                   918045536207
        DURATION                       00:00:21
        PAGE(S)                        02
        RESULT                         OK
        MODE                           STANDARD
                                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: BANK OF AMERICA _____ FAX#(804)553-6207

ATTN: TRACY SAMPSON _____ PHONE# _____

FROM: TERRY SNYDER _____ PHONE# (302)762-0687

DATE: JANUARY 8, 2004

## COMMENTS                                    B- 0928

FOLLOWING IS MY RESUME IN REGARDS TO YOUR AD IN

THE _____

Snyder v. CitiSteel
0556

```
JOB STATUS REPORT

                                    TIME  : 02/02/2004 09:31
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  09:31
FAX NO./NAME           96558920
DURATION               00:00:28
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



## FAX COVER SHEET

TO: Brandywine Counseling Inc. FAX# (302) 655-8920

Human Resources _____ PHONE# _____

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: 1-8-04

                                              B-0929

COMMENTS

Following is my resume in regards to

Your ad

Snyder v. CitiSteel
0557

| JOB STATUS REPORT |
|---|

```
                              TIME : 02/02/2004 09:30
                              NAME :
                              FAX# :
                              TEL# :
                              SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  09:30
FAX NO./NAME           97914127
DURATION               00:00:24
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Clear Channel_     FAX# _(302)791-4177_

_____ PHONE#_____

FROM: _Terri Snyder_    PHONE# _(302)763-0687_

DATE: _1-8-04_

### COMMENTS

B-0930

Snyder v. CitiSteel
0558

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:29
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  09:29
FAX NO./NAME           94269846
DURATION               00:00:21
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *No Name Listed*                    FAX# (302)426-9846

_____                    PHONE# _____

FROM: *Terri Snyder*          PHONE# (302)762-0682

DATE: *1-8-04*

COMMENTS
                                        B-0931

Snyder v. CitiSteel
0559

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
                                    TIME  : 02/02/2004 09:29
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME                    02/02  09:28                         │
│   FAX NO./NAME                 93223989                             │
│   DURATION                     00:00:21                             │
│   PAGE(S)                      02                                   │
│   RESULT                       OK                                   │
│   MODE                         STANDARD                            │
│                                ECM                                  │
└──────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_____    FAX# _(302)322-3989_

_____    PHONE#_____

FROM: _Terri  Snyder_____    PHONE# _(302)762-0687_

DATE: _1 - 8 - 04_____

### COMMENTS

B- 0932

Snyder v. CitiSteel
0560

---

JOB STATUS REPORT

TIME  : 02/02/2004 09:28
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

---

| DATE,TIME | 02/02  09:27 |
| FAX NO./NAME | 99983307 |
| DURATION | 00:00:35 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: No Name Listed _____     FAX#(302) 998-3307

_____     PHONE#_____

FROM: Terri Snyder _____     PHONE# (302) 762-0687

DATE: January 8, 2004

COMMENTS                    B-0933

_____

Snyder v. CitiSteel
0561

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:26
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  09:26
FAX NO./NAME           99965826
DURATION               00:00:22
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: No Name Listed _____ FAX# (302) 996-5826

_____ PHONE# _____

FROM: Terri Snyder _____ PHONE# (302) 762-0687

DATE: January 8, 2004

Snyder v. CitiSteel
0562

## COMMENTS

Following is my resume in regards to your ad

B-0934

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:22
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              02/02  09:21
FAX NO./NAME           94790571
DURATION               00:00:31
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_ FAX# (302) 479-0571

_Cust. Serv. / Loan Processing_ PHONE# _____

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: _1-26-04_

## COMMENTS

Snyder v. CitiSteel
0563

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:21
NAME  :
FAX#  :
TEL#  :
SER. # : BRD2J2511484
```

```
DATE,TIME            02/02  09:20
FAX NO./NAME         99999492
DURATION             00:00:38
PAGE(S)              02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_ ___ FAX#_(302)799-9492_

_____ PHONE# _____

FROM: _Terri Snyder_ ___ PHONE# _(302)762-0687_

DATE: _1-26-04_

COMMENTS

Snyder v. CitiSteel
0564

B- 0936

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:19
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  09:19
FAX NO./NAME         918007926078
DURATION             00:00:20
PAGE(S)              02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _No Name Listed_    FAX# (800)792-6078

_____    PHONE# _____

FROM: _Terri Snyder_    PHONE# (302) 762-0687

DATE: _1-26-04_

### COMMENTS

_____

Snyder v. CitiSteel
0565

B-0937

JOB STATUS REPORT

```
                                    TIME  : 02/02/2004 09:16
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

```
DATE,TIME           02/02  09:16
FAX NO./NAME        97626946
DURATION            00:00:40
PAGE(S)             02
RESULT              OK
MODE                STANDARD
```

**Terry L. Snyder**
30 North Rodney Drive
Edgemoor Gardens
Wilmington, Delaware 19809
Home(302)762-0687

## OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career which will utilise my organizational and interpersonal skills as well as my problem solving capabilities.

## EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of doubling entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training
Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

## WORK EXPERIENCE

**ADMINISTRATIVE ASST.** CitiSteel U.S.A. Inc., Claymont, De.
August 2001 – April 2003
- Create & Enhance Graphs/Charts
- Inventory Control
- Run Reports
- Data Entry
- Vendor/Customer Service
- Various Office Procedures, etc...

**CUSTOMER SUPPORT REP.** First USA, Wilmington, Delaware
April 2000 – August 2001
- Account Control

B- 0938

Snyder v. CitiSteel
0566

JOB STATUS REPORT

```
TIME  : 02/02/2004 09:14
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            02/02  09:13
FAX NO./NAME         97378233
DURATION             00:00:36
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

**Terry L. Snyder**
**30 North Rodney Drive**
**Edgemoor Gardens**
**Wilmington, Delaware 19809**
**Home(302)762-0687**

## OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career which will utilise my organizational and interpersonal skills as well as my problem solving capabilities.

## EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of doubling entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training
Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

## WORK EXPERIENCE

**ADMINISTRATIVE ASST.** CitiSteel U.S.A. Inc., Claymont, De.
August 2001 – April 2003
- Create & Enhance Graphs/Charts
- Inventory Control
- Run Reports
- Data Entry
- Vendor/Customer Service
- Various Office Procedures, etc...

**CUSTOMER SUPPORT REP.** First USA, Wilmington, Delaware
April 2000 – August 2001
- Account Control

Snyder v. CitiSteel
0567

B- 0939

JOB STATUS REPORT

```
TIME   : 02/02/2004 09:12
NAME   :
FAX#   :
TEL#   :
SER. # : BRO2J2511484
```

```
DATE,TIME          02/02  09:12
FAX NO./NAME       92665468
DURATION           00:00:41
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

**Terry L. Snyder**
**30 North Rodney Drive**
**Edgemoor Gardens**
**Wilmington, Delaware 19809**
**Home(302)762-0687**

### OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career which will utilise my organizational and interpersonal skills as well as my problem solving capabilities.

### EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:

- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of doubling entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training

Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

### WORK EXPERIENCE

**ADMINISTRATIVE ASST.** CitiSteel U.S.A. Inc., Claymont, De.
August 2001 – April 2003

- Create & Enhance Graphs/Charts
- Inventory Control
- Run Reports
- Data Entry
- Vendor/Customer Service
- Various Office Procedures, etc...

**CUSTOMER SUPPORT REP.** First USA, Wilmington, Delaware
April 2000 – August 2001

- Account Control

Snyder v. CitiSteel
0568

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘

                        TIME  : 01/08/2004 16:00
                        NAME  :
                        FAX#  :
                        TEL#  :
                        SER.# : BRO2J2511484


        DATE,TIME              01/08  16:00
        FAX NO./NAME           918007004449
        DURATION               00:00:40
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Consumer Loan Company  FAX# (800) 700-4449

ATTN: Rudy _____  PHONE# _____

FROM: Terri Snyder _____  PHONE# (302) 762-0687

DATE: 1-8-04

### COMMENTS

_____

Snyder v. CitiSteel
0569

B-0941

JOB STATUS REPORT

```
TIME  : 01/08/2004 15:58
NAME  :
FAX#  :
TEL#  :
SER. # : BRO2J2511484
```

| | |
|---|---|
| DATE,TIME | 01/08  15:57 |
| FAX NO./NAME | 96558108 |
| DURATION | 00:00:21 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _No Name Listed_    FAX#_(302)655-8108_

_____    PHONE#

FROM: _Terri Snyder_    PHONE#_(302)262-0687_

DATE: _1-8-04_

### COMMENTS

_____

Snyder v. CitiSteel
0570

B-0942

JOB STATUS REPORT

```
                                        TIME  : 01/08/2004 15:56
                                        NAME  :
                                        FAX#  :
                                        TEL#  :
                                        SER.# : BRO2J2511484
```

```
DATE,TIME              01/08  15:55
FAX NO./NAME           918045536207
DURATION               00:00:21
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: BANK OF AMERICA _____ FAX#(804)553-6207

ATTN: TRACY SAMPSON _____ PHONE# _____

FROM: TERRY SNYDER _____ PHONE# (302)762-0687

DATE: JANUARY 8, 2004

Snyder v. CitiSteel
0571

### COMMENTS

FOLLOWING IS MY RESUME IN REGARDS TO YOUR AD IN

B-0943

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 01/08/2004 15:55
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME               01/08  15:54
FAX NO./NAME            96558920
DURATION                00:00:54
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: BRANDYWINE COUNSELING INC. FAX# (302)655-8920

HUMAN RESOURCES            PHONE#

FROM: TERRI SNYDER          PHONE# (302)762-0687

DATE: 1-8-04

Snyder v. CitiSteel
0572

### COMMENTS

FOLLOWING IS MY RESUME IN REGARDS TO

B-0944

| JOB STATUS REPORT |
|---|

```
                                    TIME  : 01/08/2004 15:53
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BR02J2511484
```

| | |
|---|---|
| DATE,TIME | 01/08  15:53 |
| FAX NO./NAME | 97914127 |
| DURATION | 00:00:23 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: C LEAR CHANNEL                 FAX# (302) 791-4127

_____           PHONE# _____

FROM: TERRI SNYDER            PHONE# (302) 763-0687

DATE: 1 - 8 - 04

## COMMENTS

Snyder v. CitiSteel
0573

B- 0945

JOB STATUS REPORT

```
TIME  : 01/08/2004 15:53
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          01/08  15:52
FAX NO./NAME       94269846
DURATION           00:00:21
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_     FAX#(302)426-9846

_____ PHONE#_____

FROM: _Terri Snyder_     PHONE#(302)762-0682

DATE: _1-8-04_

COMMENTS

Snyder v. CitiSteel
0574

<div style="border:1px solid;">

JOB STATUS REPORT

</div>

```
                                    TIME  : 01/08/2004 15:52
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME              01/08  15:51
FAX NO./NAME           93223989
DURATION               00:00:21
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_      FAX# (302)322-3989

PHONE#

FROM: _Terri Snyder_      PHONE# (302)762-0687

DATE: 1-8-04

COMMENTS

Snyder v. CitiSteel

0575

JOB STATUS REPORT

```
TIME  : 01/08/2004 15:51
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              01/08  15:50
FAX NO./NAME           99983307
DURATION               00:00:35
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_     FAX#_(302) 998 - 3307_

            PHONE#_____

FROM: _Terri Snyder_    PHONE# _(302) 762-0687_

DATE: _January 8, 2004_

### COMMENTS

Snyder v. CitiSteel
0576

B- 0948

| JOB STATUS REPORT |
|---|

```
TIME  : 01/08/2004 15:49
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME            01/08  15:49
FAX NO./NAME         99965826
DURATION             00:00:22
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _No Name Listed_      FAX# (302) 996-5826

_____ PHONE# _____

FROM: _Terri Snyder_      PHONE# (302) 762-0687

DATE: _January 8, 2004_

COMMENTS         B-0949

_Following is my resume in regards to your ad_

_in the news_

Snyder v. CitiSteel
0577