| JOB STATUS REPORT |
| --- |

```
                                    TIME  : 12/23/2003 08:08
                                    NAME  :
                                    FAX#  :
                                    TEL.# :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME              12/23  08:07
FAX NO./NAME           916102391033
DURATION               00:00:34
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Spectaguard                    FAX# (610) 239-1033

_____    PHONE# _____

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 12-22-03

COMMENTS                                          B-0950

Snyder v. CitiSteel
0578

JOB STATUS REPORT

```
TIME  : 12/23/2003 08:09
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           12/23  08:09
FAX NO./NAME        93029930943
DURATION            00:00:24
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: J. F. Sobieski          FAX# (302) 993-0943

_____ PHONE#_____

FROM: Terri Snyder          PHONE# (302) 762-0687

DATE: 12/23/03

B-0951

### COMMENTS

Folling is my resume for your review

Snyder v. CitiSteel
0579

JOB STATUS REPORT

```
TIME  : 12/23/2003 08:10
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME          12/23  08:10
FAX NO./NAME       93024537845
DURATION           00:00:41
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Avon Prooductions Inc,_ FAX# _(302)453-7845_

PHONE#_____

FROM: _Terri Snyder_  PHONE# _(302)762-0687_

DATE: _12/23/03_

COMMENTS                                    B-0952

_Following is my resume for your review_

_in regards ..._

Snyder v. CitiSteel
0580

JOB STATUS REPORT

TIME  : 12/23/2003 08:16
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484

DATE,TIME         12/23  08:16
FAX NO./NAME      93027645852
DURATION          00:00:27
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM



# DIVISION OF EMPLOYMENT AND TRAINING
4425 N. MARKET STREET
WILMINGTON, DE  19802
FAX (302) 761-6682



# FAX COVER SHEET

TO: TOM CANNON

FAX# (302) 764-5852

FROM: TERRI SNYDER    PHONE# (302)762-0687

DATE: 12-22-03

B- 0953

COMMENTS

FOLLING IS MY RESUME PER YOUR REQUEST FOR
REVIEW IN REGARDS TO THE AVAILABLE POSTION.
PLEASE NOTE I AM VERY DEPENDABLE, SMART,

Snyder v. CitiSteel
0581

JOB STATUS REPORT

```
TIME  : 12/22/2003 16:21
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME           12/22  16:21
FAX NO./NAME        93027645852
DURATION            00:00:23
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: TOM CANNON

FAX# (302) 764-5852

FROM: TERRI SNYDER     PHONE# (302) 762-0687

DATE: 12-22-03

COMMENTS                            B-0954

FOLLING IS MY RESUME PER YOUR REQUEST FOR

REVIEW IN REGARDS TO THE AVAILABLE POSTION.

PLEASE NOTE I AM VERY DEPENDABLE, SMART,

Snyder v. CitiSteel
0582

JOB STATUS REPORT

```
TIME  : 12/23/2003 08:29
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME        12/23  08:28
FAX NO./NAME     93027983010
DURATION         00:00:50
PAGE(S)          02
RESULT           OK
MODE             STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: *OFFICE TEAM*     FAX# *(302) 798-3010*

*ATTN: HUMAN RESOURCES* PHONE# *(302) 798-3555*

FROM: *TERRI SNYDER*   PHONE# *(302) 762-0687*

DATE: *12/23/03*

### COMMENTS                    B-0955

*FOLLOWING IS MY RESUME FOR YOUR REVIEW*

*IN REGARDS TO YOUR AD LISTED IN THE NEWS*

Snyder v. CitiSteel
0583

```
                    JOB STATUS REPORT

                                    TIME  : 12/23/2003 08:31
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME           12/23  08:30
FAX NO./NAME        93027983010
DURATION            00:00:49
PAGE(S)             02
RESULT              OK
MODE                STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



## FAX COVER SHEET

B-0956

TO: No Name Listed     FAX# (302) 798-8216

_____     PHONE# _____

FROM: Terri Snyder  PHONE# (302) 762-0687

DATE: 12/23/03

Snyder v. CitiSteel
0584

### COMMENTS

Following is my resume for your review in regards to your ad posted in the news

JOB STATUS REPORT

```
                                    TIME  : 12/22/2003 16:25
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
DATE,TIME            12/22  16:24
FAX NO./NAME         93027300275
DURATION             00:00:37
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: McCormick, Taylor & Associates FAX# (302) 738-0026

PHONE# _____

FROM: Terri Snyder    PHONE# (302) 762-0687

DATE: 12-22-03

B-0957

COMMENTS

Snyder v. CitiSteel
0585

JOB STATUS REPORT

```
TIME  : 12/22/2003 16:26
NAME  :
FAX#  :
TEL#  :
SER.# : BR02J2511484
```

```
DATE,TIME          12/22  16:25
FAX NO./NAME       93029969185
DURATION           00:00:45
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _Co. Name Not Listed_ FAX# (302) 996-9185

_____ PHONE# (302) 996-9230

FROM: _Terri Snyder_ PHONE# (302) 762-0687

DATE: 12-22-03

B-0958

COMMENTS

Snyder v. CitiSteel
0586

JOB STATUS REPORT

```
TIME  : 12/22/2003 16:33
NAME  :
FAX#  :
TEL#  :
SER.# : BRO2J2511484
```

```
DATE,TIME              12/22  16:33
FAX NO./NAME           93027983010
DURATION               00:00:46
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _OFFICE TEAM_     FAX# _(302) 798-3010_

_____     PHONE# _(302) 762-0687_

FROM: _TERRI SNYDER_     PHONE# _____

DATE: _12-22-03_

COMMENTS                    B-0959

_____

Snyder v. CitiSteel
0587

```
┌─────────────────────────┐
│   JOB STATUS REPORT     │
└─────────────────────────┘
                              TIME  : 12/22/2003 16:35
                              NAME  :
                              FAX#  :
                              TEL#  :
                              SER.# : BR02J2511484
```

```
┌──────────────────────────────────────────────────────────────────────┐
│  DATE,TIME            12/22  16:34                                      │
│  FAX NO./NAME         93026544343                                      │
│  DURATION             00:00:42                                         │
│  PAGE(S)              02                                               │
│  RESULT               OK                                               │
│  MODE                 STANDARD                                         │
│                       ECM                                              │
└──────────────────────────────────────────────────────────────────────┘
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _No Name Listed_____     FAX# _(302) 654-4343_

_____     PHONE#_____

FROM: _Terri Snyder_____   PHONE# _(302) 762-0687_

DATE: _12-22-03_____

**COMMENTS**

B-0960

Snyder v. CitiSteel
0588

JOB STATUS REPORT

```
                                    TIME  : 09/25/2003 14:41
                                    NAME  :
                                    FAX#  :
                                    TEL#  :
                                    SER.# : BRO2J2511484
```

```
  DATE,TIME                 09/25  14:41
  FAX NO./NAME              96365454
  DURATION                  00:00:15
  PAGE(S)                   01
  RESULT                    OK
  MODE                      STANDARD
                            ECM
```

Terry L. Snyder
30 North Rodney Drive
Edgemoor Gardens
Wilmington, Delaware 19809
Home(302)762-0687

## OBJECTIVE

To obtain a position in Customer Contact for a large corporation that will allow personal and professional growth. My objective is to develop a career which will utilise my organizational and interpersonal skills as well as my problem solving capabilities.

## EDUCATION

Delaware Technical and Community College, 333 Shipley Street, Wilmington, Delaware 19801
12-week Automated Accounting training program including the following:
- General ledgers, payroll, accounts receivable and accounts payable
- Basic concepts of doubling entry accounting
- Lotus 1-2-3, building, enhancing and formatting spread sheets
- Working with formulas and graphics
- 10-key and keyboarding training
Certificate received May 1996

Wilmington High School, Wilmington, Delaware 19807
Diploma received 1993

## WORK EXPERIENCE

**ADMINISTRATIVE ASST.** CitiSteel U.S.A. Inc., Claymont, De.
August 2001 – April 2003
- Create & Enhance Graphs/Charts
- Inventory Control
- Run Reports
- Data Entry
- Vendor/Customer Service
- Various Office Procedures, etc...
**CUSTOMER SUPPORT REP.** First USA, Wilmington, Delaware
April 2000 – August 2001
- Account Control

B- 0961

Snyder v. CitiSteel
0589

```
X
X                        TRANSACTION REPORT
X                                                    APR-17-2003 THU 02:10 PM
X
X
X      FOR:
X
X   DATE  START   RECEIVER        TX TIME   PAGES TYPE      NOTE              M#  DP  X
X
X   APR-17 02:09 PM 97647543        56"       3   SEND      OK                890     X
X
X                                          TOTAL :       56S  PAGES:   3             X
X
X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# **FAX COVER SHEET**

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
|---|---|
| Company name  NIXON UNIFORM | TERRI L. SNYDER |
| Attention  HUMAN RESOURCES | Date  APRIL 14, 2003 |
| Office location  2925 NORTHEAST BLVD. | Office location |
| Fax number  (302) 764-7543 | Phone number  (302) 762-0687 /(302)388-1868 |

☐ Urgent    ☑ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover:  ___3___

**COMMENTS**

B- 0962

Snyder v. CitiSteel
0590

```
XX
XX              TRANSACTION REPORT
XX                                              APR-17-2003 THU 02:14 PM
XX
XX      FOR:
XX
XX   DATE  START   RECEIVER        TX TIME   PAGES TYPE      NOTE            M#  DP
XX
XX   APR-17 02:13 PM 96584075        51"      3  SEND        OK              893
XX
XX                                  TOTAL :        51S PAGES:   3
XX
XX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: Bus. @ Port of Wilmington
    (302) 658-4075

FROM: Terri L. Snyder   PHONE# (302) 762-0687
                               (302) 388-1868

DATE: April 17, 2003

COMMENTS

B- 0963

Snyder v. CitiSteel
0591

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                              TRANSACTION REPORT                              X
X                                                           APR-17-2003 THU 02:13 PM X
X                                                                              X
X        FOR:                                                                  X
X                                                                              X
X   DATE   START   RECEIVER          TX TIME  PAGES TYPE      NOTE        M#  DP X
X                                                                              X
X  APR-17 02:12 PM 918605249803        49"      3  SEND       OK          892   X
X                                                                              X
X                                             TOTAL :     49S  PAGES:   3       X
X                                                                              X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: COMMUNITY SOLUTIONS, INC.
ATTN: HUMAN SERVICES FAX#(860) 524-9803
FROM: TERRI L. SNYDER    PHONE# (302) 762-0687
                                  (302) 388-1868
DATE: APRIL 17, 2003

COMMENTS

B-0964

Snyder v. CitiSteel
0592

```
************************************************************************
X                        TRANSACTION REPORT                            X
X                                                                      X
X                                        APR-17-2003 THU 02:17 PM      X
X                                                                      X
X       FOR:                                                           X
X----------------------------------------------------------------------X
X  DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE       M#  DP X
X----------------------------------------------------------------------X
X  APR-17 02:16 PM 98312643       49"     3   SEND    OK          895   X
X----------------------------------------------------------------------X
X                                  TOTAL :      49S  PAGES:   3         X
X                                                                      X
************************************************************************
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: DINING SERVICES / ARAMARK
    (302) 831-2643

FROM: TERRI L. SNYDER    PHONE# (302) 762-0687
                                (302) 388-1868

DATE: APRIL 17, 2003

COMMENTS

B-0965

Snyder v. CitiSteel
0593

```
********************************************************
*                    TRANSACTION REPORT
*                                          APR-17-2003 THU 02:16 PM
*
*      FOR:
*
*  DATE   START    RECEIVER       TX TIME   PAGES TYPE      NOTE         M#  DP
*
*  APR-17 02:14 PM 93689462        1'46"     3   SEND       OK           894
*
*                                 TOTAL :    1M 46S   PAGES:   3
*
********************************************************
```



## DIVISION OF EMPLOYMENT AND TRAINING
### 4425 N. MARKET STREET
### WILMINGTON, DE 19802
### FAX (302) 761-6682



# FAX COVER SHEET

TO: STATE FARM INS.
    (302) 368-9462

FROM: TERRI L. SNYDER PHONE# (302) 762-0687
                              (302) 388-1868

DATE: APRIL 17, 2003

COMMENTS

B-0966

Snyder v. CitiSteel
0594

```
**********************************************************************
*                          TRANSACTION REPORT                        *
*                                              APR-17-2003 THU 02:11 PM
*                                                                     *
*       FOR:                                                          *
*                                                                     *
*  DATE  START    RECEIVER      TX TIME  PAGES TYPE      NOTE      M#  DP
*                                                                     *
*  APR-17 02:11 PM 93242578       51"     3  SEND        OK         891
*                                                                     *
*                                    TOTAL :    51S PAGES:   3        *
*                                                                     *
**********************************************************************
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: THE NEWS JOURNAL

ATTN: HUMAN RESOURCE DEPT, FAX# (302) 324-2578

FROM: TERRI L. SNYDER   PHONE#(302) 762-0682
                        (302) 388-1868

DATE: APRIL 17, 2003

COMMENTS

B-0967

Snyder v. CitiSteel
0595

```
*********************************************************************************
X                              TRANSACTION REPORT
X
X                                                          APR-16-2003 WED 11:09 AM
X
X        FOR:
X------------------------------------------------------------------------------------
X   DATE   START    RECEIVER          TX TIME  PAGES TYPE      NOTE              M#  DP
X------------------------------------------------------------------------------------
X  APR-16 11:08 AM 914106202359         58"      3   SEND      OK               695
X------------------------------------------------------------------------------------
X
X                                       TOTAL :        58S  PAGES:    3
X
*********************************************************************************
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE 19802
## FAX (302) 761-6682



## FAX COVER SHEET

TO: _PFG - ATN: H.R._

_FAX# (410) 620-2359_

FROM: _TERRI L. SNYDER_    PHONE# _(302)762-0687_

DATE: _APRIL 16, 2003_

### COMMENTS

B-0968

Snyder v. CitiSteel
0596

```
***********************************************************************************
X                               TRANSACTION REPORT
X
X
X                                                            APR-16-2003 WED 11:11 AM
X
X         FOR:
X -------------------------------------------------------------------------------------
X    DATE  START    RECEIVER      TX TIME   PAGES TYPE      NOTE                M#  DP
X -------------------------------------------------------------------------------------
X    APR-16 11:10 AM 94549021       55"       3  SEND       OK                  696
X -------------------------------------------------------------------------------------
X
X                                  TOTAL :           55S  PAGES:    3
X
X
***********************************************************************************
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | |
|---|---|
| Company name<br>NOT MENTIONED | From<br>TERRI L. SNYDER |
| Attention<br>HUMAN RESOURCES | Date<br>APRIL 16, 2003 |
| Office location<br>303 MARKUS CT., NEWARK, DE | Office location |
| Fax number<br>(302) 454-9021 | Phone number<br>(302) 762-0687 / (302) 388-1868 |

☐ **Urgent**   ☑ **Reply ASAP**   ☐ **Please comment**   ☐ **Please review**   ☐ **For your information**

Total pages, including cover:    **3**

**COMMENTS**

Snyder v. CitiSteel
0597

B-0969

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                TRANSACTION REPORT                         X
X                                        APR-16-2003 WED 11:12 AM  X
X                                                           X
X        FOR:                                               X
X                                                           X
X   DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE        M#  DP  X
X   APR-16 11:11 AM 94536904        59"     3  SEND     OK          697     X
X                                                           X
X                                 TOTAL :     59S  PAGES:  3        X
X                                                           X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
| --- | --- |
| Company name   ARTESIAN | TERRI L. SNYDER |
| Attention   P. CUMPSTON | Date   APRIL 16, 2003 |
| Office location | Office location |
| Fax number   (302) 453-6904 | Phone number   (302) 762-0687/(302) 388-1868 |

☐ Urgent    ☑ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover:  _____ 3

COMMENTS

Snyder v. CitiSteel
0598

B- 0970

```
                    TRANSACTION REPORT
                                          APR-16-2003 WED 11:20 AM

    FOR:

  DATE  START   RECEIVER      TX TIME  PAGES TYPE    NOTE          M#  DP
  APR-16 11:19 AM 97628941       49"     3   SEND    OK            702

                                  TOTAL :        49S  PAGES:  3
```



# DIVISION OF EMPLOYMENT AND TRAINING
## 4425 N. MARKET STREET
## WILMINGTON, DE  19802
## FAX (302) 761-6682



# FAX COVER SHEET

TO: _AT SYSTEMS_

_FAX# (302)762-8941_

FROM: _TERRI L. SNYDER_   PHONE# _(302)762-0687_

DATE: _4-16-03_

COMMENTS

Snyder v. CitiSteel
0599

B-0971

```
***************************************************************************
X                           TRANSACTION REPORT                            X
X                                                    APR-16-2003 WED 11:25 AM  X
X                                                                          X
X      FOR:                                                                X
X------------------------------------------------------------------------- X
X   DATE  START   RECEIVER        TX TIME   PAGES TYPE    NOTE        M#  DP X
X------------------------------------------------------------------------- X
X   APR-16 11:24 AM 92665468       57"       3   SEND     OK          698    X
X------------------------------------------------------------------------- X
X                                        TOTAL :    57S  PAGES:  3          X
X                                                                          X
***************************************************************************
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | |
|---|---|
| Company name | From |
| FLEET CREDIT CARD SERVICES | TERRI L. SNYDER |
| Attention | Date |
| HUMAN RESOURCES | APRIL 14, 2003 |
| Office location | Office location |
| 300 NORTH WAKEFIELD DR. | |
| Fax number | Phone number |
| (302) 266 - 5468 | (302) 762-0687 / (302) 388-1868 |

☐ Urgent    ☑ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover:    3

**COMMENTS**

Snyder v. CitiSteel
0600

B- 0972

```
*************************************************************************
*                      TRANSACTION REPORT
*                                                    APR-16-2003 WED 11:21 AM
*
*          FOR:
*  ---------------------------------------------------------------------
*   DATE  START   RECEIVER        TX TIME  PAGES TYPE      NOTE         M#  DP
*  ---------------------------------------------------------------------
*   APR-16 11:20 AM 92665468        57"      3  SEND       OK           703
*  ---------------------------------------------------------------------
*                                      TOTAL :        57S  PAGES:   3
*
*************************************************************************
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | | From |
|---|---|---|
| Company name | FLEET CREDIT CARD SERVICES | TERRI L. SNYDER |
| Attention | HUMAN RESOURCES | Date APRIL 14, 2003 |
| Office location | 300 NORTH WAKEFIELD DR. | Office location |
| Fax number | (302) 266-5468 | Phone number (302) 762-0687 / (302) 388-1868 |

☐ Urgent   ☑ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover: 3

**COMMENTS**

Snyder v. CitiSteel
0601

B-0973

```
*******************************************************************************
*                         TRANSACTION REPORT                                *
*                                              APR-14-2003 MON 02:59 PM      *
*                                                                           *
*     FOR:                                                                   *
*---------------------------------------------------------------------------*
* DATE  START     RECEIVER      TX TIME   PAGES TYPE      NOTE        M# DP  *
*---------------------------------------------------------------------------*
* APR-14 02:58 PM 97647543       54"       3  SEND       OK           458    *
*---------------------------------------------------------------------------*
*                                        TOTAL :    54S PAGES:   3          *
*                                                                           *
*******************************************************************************
```

# FAX COVER SHEET

**TERRI SNYDER**
*30 NORTH RODNEY DR.*
*WILMINGTON, DE. 19809*
*(302) 762-0687*

| SEND TO | From |
|---|---|
| Company name NIXON UNIFORM | TERRI L. SNYDER |
| Attention HUMAN RESOURCES | Date APRIL 14, 2003 |
| Office location 2925 NORTHEAST BLVD. | Office location |
| Fax number (302) 764-7543 | Phone number (302) 762-0687 / (302) 388-1868 |

[ ] Urgent    [✓] Reply ASAP    [ ] Please comment    [ ] Please review    [ ] For your information

Total pages, including cover:   3

**COMMENTS**

Snyder v. CitiSteel
0602

B-0974

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                          TRANSACTION REPORT                                        X
X                                                          APR-14-2003 MON 03:04 PM  X
X                                                                                    X
X        FOR:                                                                        X
X                                                                                    X
X   DATE  START    RECEIVER        TX TIME   PAGES TYPE      NOTE            M#  DP   X
X   APR-14 03:03 PM 917178926907    1'03"      3  SEND       OK             459      X
X                                                                                    X
X                                            TOTAL :    1M  3S  PAGES:   3           X
X                                                                                    X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

# FAX COVER SHEET

**TERRI SNYDER**
**30 NORTH RODNEY DR.**
**WILMINGTON, DE. 19809**
**(302) 762-0687**

| SEND TO | From |
|---|---|
| Company name: UNKNOWN | TERRI L. SNYDER |
| Attention: HUMAN RESOURCES | Date: APRIL 14, 2003 |
| Office location: NEWARK | Office location: |
| Fax number: (717) 892-6907 | Phone number: (302) 762-0687 / (302) 388-1868 |

☐ Urgent   ☑ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover: ___2___

**COMMENTS**
FOLLOWING IS MY RESUME IN REGARDS TO YOUR A-

Snyder v. CitiSteel
0603

B-0975