

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

LORI A. BREWINGTON, ESQUIRE
lbrewington@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

November 2, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Molly DiBianca, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0319

   **RE: Terry Snyder v. Citi Steel USA, Inc.**

   -------------------------------------------------------

Dear Molly:

   In response to your letter of October 19, 2006, below is an outline of plaintiff's employers, the dates worked, etc.

1.   **Temporary Staffing Co., Wilmington, DE,**
   (a) position held – several this is a temporary placement company. She worked at different places while registered as a receptionist, accounting clerk, customer service.
   (b) dates of employment- 2003 through 2005;
   (c) hours worked per week – approximately 12 to 40 hours per week depending on assignment;
   (d) pay rate – approximately $11.00 to $12.00 depending on assignment;
   (e) supervisor – Vickie Collins
   (f) an application was completed for her employment
   (g) reason for leaving - her employment ended due to no assignments available.

2.   **Verizon Service Corp,**
   (a) position held – customer service/collections;
   (b) dates of employment – August 2005 – does not remember when employment ended;

B-0976

      (c) hours worked per week – approximately 40 hours per week;
      (d) pay rate - $10.00 before training - $11.00 after;
      (e) supervisor – "Bizz" does not remember her proper name;
      (f) an application for employment was completed;
      (g) reason for leaving – she was let go for being late too many times.

3. **Franklin Company, Wilmington, DE,**
      (a) position held – file clerk;
      (b) dates of employment – 8/2004 through 8/2004 (just a few weeks)
      (c) hours worked per week – approximately 40 hours per week;
      (d) rate of pay – approximately $16.00 per hour;
      (e) supervisor – does not remember;
      (f) no application for employment; sent resume via fax hired that same day;
      (g) reason for leaving – got another job.

4. **Bayshore Ford Truck Sales Inc., DE**
      (a) position held – secretary/accounting clerk;
      (b) dates of employment – worked in 2005 just a few days (3);
      (c) hours worked – approximately 24 hours - 8 hours for 3 days;
      (d) pay rate – approximately $12.00 per hour;
      (e) supervisor – does not remember;
      (f) an application for employment was completed;
      (g) reason for leaving – let go via phone call for not learning the job quick enough.

5. **Vintage Properties, LLC, New Castle, DE**
      (a) position held – leasing agent;
      (b) dates of employment - July 8, 2005-September 3, 2005;
      (c) hours worked – approximately 16 hours per week;
      (d) rate of pay – approximately $8.00 per hour;
      (e) supervisor – does not remember;
      (f) an application for employment was completed;
      (g) reason for leaving – not enough hours.

6. **Delaware Temp Systems,**
      (a) – (g) Ms. Snyder does not remember any information with regards to this employer.

7. **American Flag Inc., Middletown, DE,**
      (a) position held – road side flagger;
      (b) dates of employment - 4/2004 (just a few weeks);
      (c) hours worked – approximately 52 hours per week;
      (d) rate of pay – approximately $18.00 per hour;
      (e) supervisor – Brandy Redrow;
      (f) an application for employment was completed;
      (g) reason for leaving – let go for insubordination.

8.  **Abacus Consulting Inc., Claymont, DE**
    (a) position – accounting clerk;
    (b) dates of employment – June 2005;
    (c) hours worked – (not employed for a full week);
    (d) rate of pay – approximately $12.00 per hour;
    (e) supervisor - Kelly (does not remember the last name);
    (f) an application of employment was completed;
    (g) reason for leaving – no work available.

9.  **Skelly Group, 610 West State Street, Media, PA**
    (a) position – truck driver/operator;
    (b) dates of employment - March 2006 through June 2006;
    (c) hours worked – approximately 60 hours per week;
    (d) rate of pay - approximately $18.00 per hour;
    (e) supervisor – Lou Cobb or Jim Poor;
    (f) an application for employment was completed;
    (g) reason for leaving – missed time within the 90 days probation period.

10. **Delaware Valley Express, Hay Road, Wilmington, DE**
    (a) position – truck driver;
    (b) dates of employment - June 2006;
    (c) hours worked – approximately 12 hours;
    (d) rate of pay – approximately $135.00 flat pay only worked one day;
    (e) supervisor – Charlie and/r Walter – does not remember their last names;
    (f) an application for employment was completed;
    (g) reason for leaving – no runs available, the driving got to her.

Please advise if you should need anything further.

Very truly yours,

LORI A. BREWINGTON

LAB/rt

P. 1

\* \* \* Transmission Result Report(MemoryTX) ( Nov. 2. 2006 6:04PM ) \* \* \*

1)
2) Margolis Edelstein

Date/Time: Nov. 2. 2006  5:51PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3053 | Memory TX | 5763476 | P. 4 | OK | |

Reason for error
 E.1) Hang up or line fail        E.2) Busy
 E.3) No answer                   E.4) No facsimile connection

---

BERKELEY HEIGHTS OFFICE
Three Connell Drive
Suite 6200
Berkeley Heights, NJ 07922-2779
908-790-1401
Fax 908-790-1486

WESTMONT OFFICE
Box 2222 - 216 Haddon Avenue
Westmont, NJ 08108-2886
856-858-7200
Fax 856-858-1017

PITTSBURGH OFFICE
310 Grant Street
Ste. 1500, The Grant Building
Pittsburgh, PA 15219-2203
412-281-4256
Fax 412-642-2380

**MARGOLIS
EDELSTEIN**
Attorneys at Law

1509 Gilpin Avenue
Wilmington, DE 19806-3015

302-777-4680
Fax: 302-777-4682

PHILADELPHIA OFFICE
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
215-922-1100
Fax 215-922-1772

SCRANTON OFFICE
409 Lackawanna Avenue
Scranton, PA 18503-2069
570-342-4231
Fax 570-342-4841

HARRISBURG OFFICE
3510 Trindle Road
Camp Hill, PA 17011-4439
717-975-8114
Fax 717-975-8124

## FAX COVER SHEET

| TO: | FROM: |
|---|---|
| Molly DiBianca, Esquire | Lori A. Brewington, Esquire |
| COMPANY: | DATE: |
| Young Conaway Stargatt & Taylor | November 2, 2006 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 576-3476 | |
| PHONE NUMBER: | RE: |
| | Snyder v. CitiSteel, USA, Inc. |

☐ urgent    ☐ for review    ☐ please comment    ☐ please reply

CONFIDENTIAL NOTICE: This facsimile and any accompanying page(s) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or that taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via U.S. Postal Service. Thank you.

B-0979