IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CITISTEEL USA, INC.'S MOTION TO STRIKE**

Defendant CitiSteel USA, Inc., by and through its undersigned counsel, hereby moves to strike pages B2-35 of Plaintiff's Appendix, submitted in support of its Brief in Opposition to Defendant's Motion for Summary Judgment. The grounds for this Motion are set forth in Defendants' Memorandum of Law, which is filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

Dated: February 2, 2007