# EXHIBIT 1

1   A.   Okay.

2          MS. BREWINGTON:  Don't let me forget that.

3   BY MS. BREWINGTON:

4   Q.   I will get more information and then I will ask

5   you about it because I really don't know, I didn't

6   know there were several different codes or anything.

7   A.   Okay.

8   Q.   This April 10, 2003 meeting, did Terry Snyder

9   tape this conversation?

10  A.   In the meeting I recall she said she was taping

11  it at the time.

12  Q.   Did you see a tape recorder?

13  A.   I did not see a tape recorder if she had one.

14         MS. BREWINGTON:  If I could have that

15  marked as Ryan 3.

16         (Ryan Deposition Exhibit No. 3 was marked

17  for identification.)

18  BY MS. BREWINGTON:

19  Q.   I'm going to give you an opportunity to review

20  what I just put in front of you.  It has been

21  previously marked as Ryan 3, I believe.

22  A.   (Reviewing document)  Okay.

23  Q.   If you could read for me out loud the last

24  sentence of the second, the two last sentences -- the

```
 1   second-to-last sentence and the last sentence in the
 2   second paragraph beginning with "Terri."
 3        A.   "Terri then turned the tape recorder back on
 4   and left it on.  She took it from the tabletop and put
 5   it in her pocket."
 6        Q.   Does that refresh your recollection in terms of
 7   whether she had, whether you saw her with the tape
 8   recorder?
 9        A.   Yes.
10        Q.   And is it fair to say that she had the tape
11   recorder on the tabletop?
12        A.   Yes.
13        Q.   And that she then put it in her jacket?
14        A.   Yes.
15        Q.   Is it also fair to say that you and Downie were
16   aware that the tape recorder was turned back on?
17        A.   Yes.
18        Q.   I would like to play a recording for you, if I
19   could.
20             MS. BREWINGTON:  Go off the record.
21             (A brief recess was taken during which a
22   tape recording was played.)
23   BY MS. BREWINGTON:
24        Q.   Did Downie ask you to escort her off the
```