# EXHIBIT 2

118.

1    MS. SNYDER:        (inaudible) -- I don't have to consult with somebody every move I

2    make, right.

3    MR. HARRIS:        (inaudible voice in background.)

4    MS. SNYDER:        Yeah, I'm trying to get you in trouble (inaudible) about floor tiles,

5    I know. You know what I mean. I want you to be yelled at over floor tiles. That's what's going

6    through your mind.

7    MR. HARRIS:        That's pretty hard. Not knowing what the hell is going on -- *inaudible here*

8    MS. SNYDER:        Well, well, I'm tired of hearing about it -- or tired of you trying --

9    MR. HARRIS:        -- you don't care --

10    MS. SNYDER:        -- something new everyday to just play your little games with.

11    You got the junk pile. Let's see, now you got me talking to Dennis --

12    MR. HARRIS:        I said to you if you're talking to Dennis about this job -- *description*

13    MS. SNYDER:        -- Dennis was talking to me about it. See, you don't hear Dennis'

14    life (inaudible) -- I don't. *(nice quiet voice)*

15    MR. HARRIS:        I don't either.

16    MS. SNYDER:        I'm loud. You hear me. What I notice -- *you stopped @ door*

17    MR. HARRIS:        (yelling over one another).

18    MS. SNYDER:        (inaudible) -- what do you mean the report says Dennis. *maybe you need to --> (Report to Dennis)*

19    MR. HARRIS:        Well, I said maybe he (inaudible) *you need to Terri*

20    MS. SNYDER:        It's a problem I don't need. Now what's that sound like to you.

21    I'm a problem. Maybe you're a problem. *maybe maybe I AM. (I times)*

22    MR. HARRIS:        (inaudible) *I'm not saying I'm not*

23    MS. SNYDER:        Is there anything else you wanted to say.

1

| | | |
|---|---|---|
| 1 | MR. HARRIS: | No, I don't. |
| 2 | MS. SNYDER: | Good. 'Cause every time you do want to discuss something, it's a |

3  problem.

4   MR. HARRIS: (inaudible) – it's okay – *I'm gonna tell ya like this though*

5   MS. SNYDER: -- you can tell me to go and I'm out of here with no problem.

6   MR. HARRIS: Okay. Is that what you want me to tell you to do.

7   MS. SNYDER: Hey, if I didn't want to be here, I wouldn't have been here. And I

8  wouldn't have stayed here. But I'm not gonna keep, listening to your shit over, because of floor

9  tiles. What it all boils down to is them floor tiles. It's – you know. It's horse shit, is what it is.

10   MR. HARRIS: Floor tiles.

11  *119*  MS. SNYDER: Yeah, because everyday -- well, let's see Friday, Friday –

12   MR. HARRIS: -- floor tiles.

13   MS. SNYDER: *Don't forget* -- you (inaudible) about shit. How could you have forgot about it

14  'cause you been moving around with an attitude ever single day since.

15   MR. HARRIS: No, I haven't.

16   MS. SNYDER: Yes, you have. You want me to bring my diary in. Yes, you have.

17   MR. HARRIS: (inaudible)

18   MS. SNYDER: (inaudible) – you wait till 1:30, 2:00 (inaudible) job description.

19  You didn't say, good morning, you didn't say shit. So, what do you call – what kind of

20  supervisor is that. (inaudible) – *and other, same your shit chat chit chat*

21   MR. HARRIS: I have some things on my mind. I do got some things on my mind.

22   MS. SNYDER: Well, that's your personal issue –

23   MR. HARRIS: -- exactly.

1    MS. SNYDER:        -- I see you running around, running your mouth to everybody else,

2    though. Nice, neatly, nicely, calmly, loudly. (inaudible) -- you have nothing to say, 'cause this

3    employee --

4    MR. HARRIS:        -- yesterday, don't be hollering at you.  Then you turn around and

5    you raise your voice --

6    MS. SNYDER:        I'm just a loud person, that's all.

7    MR. HARRIS:        That's what I've been trying to explain to you.  But I never said to

8    you don't yell at me.  But then when I started talking to you, oh, don't yell at me.

9    MS. SNYDER:        So now you don't like being yelled back at.

10    MR. HARRIS:        It's okay.

11    MS. SNYDER:        Um-hum.

12    MR. HARRIS:        It's okay, Terry, you know I mean.

13    MS. SNYDER:        If you say so, you're the boss.

14    MR. HARRIS:        No, I'm not the boss.

15    MS. SNYDER:        Sure you are.

16    MR. HARRIS:        No, I'm not. No, I'm not, Terry.  I'm an employee here, just like

17    everybody else.  Here trying to make a living.  What time you leaving today.

18    MS. SNYDER:        Well, let's see.  I left in forty minutes.  From 10:30 to 11:10, so I'll

19    say forty minutes.  So that would be 3:10, right.

20    MR. HARRIS:        You dell me (inaudible) -- I'm almost afraid to say anything to you anymore.

21    MS. SNYDER:        I think that every time you say something, it's obnoxious, you're

22    rude, bullshit.

3

1  {21.'43 MR. HARRIS:      I'm not rude to you, Terry. I think I'm kinda nice to you and ask

2  anybody I've ever dealt with –

3        MS. SNYDER:       -- wait a minute (inaudible)

4        MR. HARRIS:       (inaudible) – why does she get away with all this.

5        MS. SNYDER:       Wait a minute. I don't care what anybody thinks she says. Why

6  don't, you think, you think you've never been rude to me.

7        MR. HARRIS:       Okay, Terry. Then I – let me say this

8        MS. SNYDER: that up Yeah, yeah, I thought so.

9        MR. HARRIS:       If you think I've been rude to you, then I (inaudible) apologize.

10       MS. SNYDER:       You've apologized many times, but you still kept repeating

11  yourself every time. In your actions and your words.

12       MR. HARRIS:       You think that I've actually been rude to you.

13       MS. SNYDER:       You don't think from – when you asked me to come in to work

14  Saturday, right. And you said, oh, and by the way, wear a dress with no panties – (inaudible) –

15  you don't think that was rude. You don't think that was rude for you to (inaudible) – I think it is.

16  I think you tend to be nice one minute, come in one way, oh, you're so pretty, you make my day.

17  And next minute, you're flipping out, crying like a baby for a week 'cause of floor tiles.

18       MR. HARRIS:       Now, Terry, I don't know about that.

19       MS. SNYDER:       You don't know about what. You don't think that's rude. Or is

20  that not job related so that shouldn't matter whether it's rude or not. I think that's rude. Oh, and

21  then the next day you want to tell me not to bother to come in after you've dashed out of here

22  laughing. (inaudible) – I think that's rude. Yeah, I think it's rude, oh, don't bother coming in.

23  And then Thursday you remind me not to come in. Well, I'm waiting for you to remind me, so

4

1    you, forget you done told me not to, 'cause you dash around so fast. Okay, what. You're

2    standing there (inaudible) – you don't know if that's weird or not. What's there to say, that you

3    asked me, you said I think I've been nicer to you than anybody here. Well, I think that's a little

4    rude. I think you've been rude to me many times and you think it's okay, or not.

5    MR. HARRIS:        I don't think it was rude – I don't think –

6    MS. SNYDER:        You don't think it was rude saying that to me.

7    MR. HARRIS:        – (inaudible)

8    MS. SNYDER:        Saying that to me, you don't think that's rude.

9    MR. HARRIS:        You know what I think, Terry, I don't think it's being rude.

10   MS. SNYDER:        Oh, I don't – I (inaudible) -- dash out of here and tell me to wear a

11   dress with no panties to work, then the next day you tell me not to --

12   MR. HARRIS:        I'm not gonna comment on that.

13   MS. SNYDER:        Yeah, I don't think –

14   MR. HARRIS:        -- I don't think you should say that.

15   MS. SNYDER:        Think I should say what. You asked me a question. You say that

16   doesn't sound rude to you. And I answered your question. I think, yes. Yes, you have been.

17   MR. HARRIS:        (inaudible)

18   MS. SNYDER:        Wait a minute. I don't see how you can say it to me last Tuesday

19   when you asked me to come in.

20   MR. HARRIS:        (inaudible) Steve – he yells

21   MS. SNYDER:        Well, I whispered that part. (inaudible) Hmm. I whispered that

22   part. Now, that was nice of me, to whisper that part. Right. You don't hear me running around

23   screaming that.

5

1    MR. HARRIS:        Terry, if you think – (inaudible) ~~I yelled @ you~~

2    MS. SNYDER:        You can yell at me all you want. That's part of your job, you yell

3    at everybody else. But I thought I was doing a nice thing, I think, you know, I think I'll never

4    send to Ron an email concerning anything regarding safety at all without going to the (inaudible)

5    – okay, I, I didn't realize. I should have thought before I typed. I should have thought before I

6    typed. But how about this (inaudible) – ~~you~~ don't have a problem. ~~Like you're~~ yelling at me. I

7    think you (inaudible) – I've been nicer to you than anybody here. I think not. You've been nice

8    to me in your mind, in your way. I think you've been rude in a way we both know how. So,

9    there –

10    MR. HARRIS:        – (inaudible) – me too.

11    MS. SNYDER:        How. When. ~~I'm not,~~ by not wearing (inaudible) panties to work

12    – ~~I know, I know an example.~~

13    MR. HARRIS:        (inaudible) – stay there.

14    MS. SNYDER:        Why did you ask me to. Why did you tell me that and ~~blast~~ out

15    laughing. I felt like ~~teasing~~ ya – what.

16    MR. HARRIS:        Why would you say something like that.

17    MS. SNYDER:        Say something like what. I'm ~~listening,~~ that's why. I (inaudible) –

18    I didn't make you nervous. (inaudible) standing out there. Nobody can hear that part. Did I

19    yell that, did I say that in your office. I didn't say that in your office, now, did I. That's rude.

20    MR. HARRIS:        (inaudible) – any conversation

21    MS. SNYDER:        You ain't gotta have no kind of conversation with me. You asked

22    me a question and I'll answer you, period.

23    MR. HARRIS:        (laughing)

6

1      MS. SNYDER:     Yeah, it's really funny, isn't it.

2  *126*  MR. HARRIS:     No, wait a minute. That's not what I'm laughing at, Terry.

3      MS. SNYDER:     Yeah, I know. I know. I know.

4      MR. HARRIS:     You know what –

5      MS. SNYDER:     -- what are you laughing at. What the hell are you out there

6 laughing at then. I don't think I should have to come here and argue with you because, that you

7 have a problem and you've had it for a week.

8      MR. HARRIS:     (inaudible) *let me give you something*

9      MS. SNYDER:     Everything, no, I don't want nothing. That's all right.

10     MR. HARRIS:     Here.

11     MS. SNYDER:     What's that, my walkin' papers. All right. Hold on. What's that.

12     MR. HARRIS:     Do you think that I've been rude to you, Terry. I'm sorry. I

13 apologize. *Clear*

                                                               *your class sex har.*

14     MS. SNYDER:     You apologize the day you come in after your (inaudible) – I'm

15 sorry, I didn't realize it. The intelligent man you are and you don't realize it. And I'll tell you,

16 don't bother apologizing 'cause you're still gonna do it.

17     MR. HARRIS:     Oh, no, no no.

18     MS. SNYDER:     Well, wait a minute. Yeah, yeah, yeah, yeah, yeah, yeah. Oh, wait

19 a minute, we can't talk about that, but yet we can talk about fucking floor tiles and, and the junk

20 pile. These little dumb petty things. I thought I was doing good. You know what I mean. I'm
                                                     *Mr. Harris says to you are Terri*

21 not trying to hurt nobody. Like (inaudible) floor tiles. And then, then, oh, excuse me. Then you
                                  *Send that*                         *128*

22 want to say what are you trying to do me, then you start to (inaudible) – yeah, I send Mr. Ryan,

*128*

1   listen to this, I send to Ryan a fucking email about floor tiles because of the way you talk to me.

2   Does that make any sense to you. No.

3          MR. HARRIS:        Okay.

4          MS. SNYDER:        And you're running around with this little paranoid clicker thing in

5   your head and then you want to be in a shitty-ass mood all week with me. I can deal with it

6   (inaudible) – every day. Right. *you see I still come here every day*

7          MR. HARRIS:        Then I'm gonna say something.

8          MS. SNYDER:        What. No, I am right.

9          MR. HARRIS:        Okay, Terry. You're right.

10         MS. SNYDER:        Thank you. Other than that, no, you've never been rude.

11         MR. HARRIS:        All right.

12         MS. SNYDER:        Other than that horse shit you talk.

13         MR. HARRIS:        (laughter)

14         MS. SNYDER:        You know, but –

15         MR. HARRIS:        Well –

16         MS. SNYDER:        That's something we've overcome. I know you'll work on it. That

17   doesn't have nothing to do with my job description (inaudible). You know what I mean, you're

18   just trying to pick at every little thing.

19         MR. HARRIS:        I'm not trying to pick at everything –

20         MS. SNYDER:        You're trying to pick at every little thing now. Dennis, Dennis

21   spoke – look how hard it is for me to *be quiet* get fired. For me to lower my voice. Loser and I have an

22   argument all the time, hoping that (my god) you're so loud. Carmella even asked me to lower *he'll be like*

23   my voice before. I mean, I am loud.

8

129:13

| 1 | MR. HARRIS: | (inaudible) – I've seen a side of you that I, I think, I don't – |

| 2 | MS. SNYDER: | Oh, you ain't seen half of – shit, oh, yeah. Oh, yeah. Oh, I can be |

3    – oh, yeah. Oh, oh, I can be a black panther too. Just like they all want to run around here

4    calling – the, the black panther, I can be one too. That's right. (inaudible) and, and Tom. We're

*you*                                                                    *he ske calm*

5    hyper people and we're loud people. You, you have to admit. When he – no, he asked me, he

6    asked me –

| 7 | MR. HARRIS: | -- telling me not to yell at you if you understand how I am and the |

8    way you are.

| 9 | MS. SNYDER: | Why you yell at me. I say I got the right to yell, too. |

| 10 | MR. HARRIS: | Yeah, you do. |

| 11 | MS. SNYDER: | You see, you just push, you gonna sit there and push my buttons, |

12    no one is gonna irk me and get me rowled up to yell back at you because of Ford. Ford asked me

*Job - dos i*

13    about my (inaudible) – you know.

| 14 | MR. HARRIS: | *let me* -- say something too, Terry. |

| 15 | MS. SNYDER: | What do you want me to do, say none of your business. |

| 16 | MR. HARRIS: | No, no, no, no. (inaudible) |

| 17 | MS. SNYDER: | No, because he doesn't tease me about (inaudible) – inventory, |

18    what.

| 19 | MR. HARRIS: | I know. I know. |

| 20 | MS. SNYDER: | Ford is my boss too. I don't understand that. |

| 21 | MR. HARRIS: | Right. And I know – |

| 22 | MS. SNYDER: | So, well. Got something in my eye. |

| 23 | MR. HARRIS: | I apologize. I don't want this weekend (inaudible) – think about it. |

1    Monday.  No.  I'm gonna think about Monday, I'm trying to do, I see, need to be (inaudible)

2    MS. SNYDER:        You want to holler at me.

3    MR. HARRIS:        (inaudible) – you probably think you're helping me.

4    MS. SNYDER:        Oh, so there's more things you want to holler at me for than what

5    you do.

6    MR. HARRIS:        No, no, no.

7    MS. SNYDER:        Tell me if I'm doing something wrong.

8    MR. HARRIS:        No, no.  Terry, let me tell you something.  I want to bragged on

9    you ever since you been.  That office has been more organized now than it ever has been.

10    MS. SNYDER:        Thank you very much.

11    MR. HARRIS:        Oh, it has, believe me, I know.  Yeah.

12    MS. SNYDER:        Because if you (inaudible) have to tell me that.  And if you thought

13    I was trying to hurt you by sending up

14    MR. HARRIS:        I did.  I really thought --

15    MS. SNYDER:        You thought because of the way you --

16    MR. HARRIS:        (inaudible)

17    MS. SNYDER:        -- you thought because of the way you talked to me, talked nasty to

18    me.  You, this, if this all went to your head.  And, tell me if I'm wrong.  (inaudible) -- is it

19    because of the way I talk to you.  Why would, listen to this.  Why would Terry send a floor tile

20    female because I talk nasty to her.  Because I ask her out.  Does that make any sense to you.

21    MR. HARRIS:        I, it doesn't make sense.

22    MS. SNYDER:        Okay.  Well, why would you come up with that.

23    MR. HARRIS:        I thought that was (inaudible)

1    MS. SNYDER:    Floor tiles.    131

2    MR. HARRIS:    Yeah. -- said it was. Maybe what I need to do is just --

3    MS. SNYDER:    Boy, you're upset. wait a second

4    MR. HARRIS:    Serious.

5    MS. SNYDER:    What (inaudible) -- tell me where it doesn't -- you don't think that's

6    rude? I think it's rude. Okay. Okay. Be quiet here. But you still never (inaudible whispering). your my boss asking me out telling me to come to work wearing dress

7    Now I know why. You feel bad. Harris says / Ya it is? w/pajama

8    MR. HARRIS:    (laughter)

9    MS. SNYDER:    That's not funny. You feel bad (inaudible) -- and fuck with her. for asking me out

10    You know what I mean. And this is her, not only (inaudible) and this and that. You told me here stuff that

11    a couple times during the middle of the night. I mean, and you knew, --

12    MR. HARRIS:    I appreciate --

13    MS. SNYDER:    You know what (inaudible) -- no, all that's besides the point,

14    anyway, you know. You just, you know. You don't say good morning, you don't talk to me like

15    an employee. You hardly, you just whiz right on by, you know what I mean. Oh, and you loved

16    it when that can of soda got knocked over earlier. Oh, you, oh, you, oh, yeah, you do.

17    MR. HARRIS:    Terry, don't say that.

18    MS. SNYDER:    Yeah. Uh-huh. You (inaudible) -- shut down the whole PC and

19    everything else. You and that little --

20    MR. HARRIS:    -- don't, don't, don't do that.

21    MS. SNYDER:    You and that little --

22    MR. HARRIS:    -- don't do that.

11

1    MS. SNYDER:        You got to be crazy. Other prickers goin' up there. Where –

2    (laughter). Oh, you just slid down, routed through your paper and talked about your grade while

3    soda is, like, gettin' ready to go under the computer and on the mouse and you know what I

4    mean. I understand trying to (inaudible) – you answered my question. Yes. Here's the mouse

5    (inaudible).

6    MR. HARRIS:        Terry, if I go –

7    MS. SNYDER:        -- and then you just mosey right on out. Then you want to come

8    back in and ask me if he should be my boss 'cause of my job description. Does that make sense.

9    MR. HARRIS:        (inaudible) -- and picked up your PC and start helping you wipe

10   the stuff you would have probably bit my head off.

11   MS. SNYDER:        Why would I do that.

12   MR. HARRIS:        I don't know. I don't know where you're comin' from anymore.

13   MS. SNYDER:        Well, I was (inaudible) – your papers –

14   MR. HARRIS:        You come in the door and I'm sitting here trying to smile at you to

15   try, okay, Terry, so –

16   MS. SNYDER:        No, you're laughing 'cause you think it's funny because you know

17   what buttons of mine to push and you know about coming in here and saying, well, maybe Ford

18   ought to just be your supervisor. You know that's gonna wound me up and what are you saying

19   it for. You have no reason to come up with this stuff.

20   MR. HARRIS:        'Cause you know why. I think it is the way that you can treat me.

21   MS. SNYDER:        Me.

22   MR. HARRIS:        Yeah. The way you been treating me (inaudible) – well, maybe –

23   MS. SNYDER:        I have been rotten right back to you.

12

| | | |
|---|---|---|
| 1 | MR. HARRIS: | You have been. |
| 2 | MS. SNYDER: | That's right. |
| 3 | MR. HARRIS: | You're rotten – |
| 4 | MS. SNYDER: | What's good, what's good for the goose is good for the gander. |

5     Didn't your mama ever teach you that.

| | | |
|---|---|---|
| 6 | MR. HARRIS: | You've been pretty rotten with me, Terry. |
| 7 | MS. SNYDER: | Well, you've been not such a nice guy yourself. |
| 8 | MR. HARRIS: | You know what, you've been hurting my feelings too. |
| 9 | MS. SNYDER: | Oh, how is that. |
| 10 | MR. HARRIS: | Oh, yeah, you have been.  You're bad. |
| 11 | MS. SNYDER: | What, disrespecting my boss. |
| 12 | MR. HARRIS: | No, I don't know.  But just – |
| 13 | MS. SNYDER: | I think that's been rude of me.  But, then, again, I've gotten |

14     disrespected (inaudible). *since I started working here really*

15          MR. HARRIS:          (inaudible – you don't.

16          MS. SNYDER:          So what.  I have a right to disrespect you (inaudible).  – just that

17     nobody is around and nobody can hear it.  Me, I fly off the handle like a little fruit cake.  When

18     I'm stickin' up for myself, and you know it.  So, and I said to you the other day, you want to

19     make amends.  Right.

20          MR. HARRIS:          I do.

21          MS. SNYDER:          ~~I said, Ed,~~ I handed you a piece of gum and then the next day there
                                  *I came in &*

22     was something else.  I say that son of a bitch.  I, I can't remember what it is (inaudible

23     whispering) – oh, yeah, I gotta have two men on that so (inaudible).

1        MR. HARRIS:        (inaudible) -- can I make amends with you now.

2        MS. SNYDER:        Yeah.

3        MR. HARRIS:        Seriously.

4        MS. SNYDER:        Okay. Okay. Then. Okay. So you go back to yourself and I'll go

5    back to myself.

6        MR. HARRIS:        Don't. I'm serious.

7        MS. SNYDER:        Well, you were wrong and you took advantage of that fact. You

8    had (inaudible), Terry. Please don't ever send the (inaudible). Instead, you yell -- this actually is

9    the worst time you yell at me. I am usually happy and I wanna come, even come up in this dirty
                                                                in the morn.

10   place, you know what I mean. It's, it's, you like, automatic in my life, you know what I'm

11   saying. You (inaudible) -- and then we'll be like (inaudible). Hopefully (inaudible), but that's

12   beside the point --

13       MR. HARRIS:        Terry, I, I --

14       MS. SNYDER:        -- you yelled at me. I thought I was doing something rude and you

15   yell at me at 7:30 in the morning. Wow. Right in front of everybody, instead of coming to me

16   now, like this, or like (inaudible) and just trying to talk to me. Now, see how for awhile I'll, I do

17   have a, a loudness problem. Maybe I have a hearing problem.

18       MR. HARRIS:        -(inaudible) Yeah

19       MS. SNYDER:        Did you run around crying like a big baby.

20       MR. HARRIS:        Yeah, I think I have. I think --

21       MS. SNYDER:        So you admit you run around crying like a big baby with your little

22   paranoid state going on, yeah. Um-hum. I think you're a little white there. No, I haven't gone
     Having - Yeah
23   (inaudible) this past week. If I'd been lazy, if I don't like any of you people, I wouldn't be able

                                                14

1    to, I would tell you, all of you. And actually, you know what, I feel sorry for (inaudible)

2    because, you know, I thought he has a problem being so rude to me with everybody, but, that's

3    his way and that's his job. There's not a sole here that never, ever has said one nice thing about

4    that man.

5          MR. HARRIS:          -- but I do. (inaudible) – he has -- (inaudible)

6          MS. SNYDER:          He never asked that. You said a what.

7          MR. HARRIS:          He said a problem (inaudible). He comes to the conclusion –

8          MS. SNYDER:          He was like conning me for a – I don't want to stick out like a sore

9    thumb. I don't want my own parking space. I don't need my own parking space.

10         MR. HARRIS:          (inaudible)

11         MS. SNYDER:          That's fine. Let me tell ya – okay. Here's another thing. Wait a

12   minute. That's what it was. That's the day I brought the piece of gum then, I said you wanna

13   make amends and I left. I get out in the parking lot and found that note. You said okay, bring it

14   in, blah,blah, blah. I bring it in, after your morning meeting, you come back up here, this is what

15   you, this is what you say, do you remember your, this is --

16         MR. HARRIS:          What did you want me to do.

17         MS. SNYDER:          What do you want me to fuckin' do with this, Terry. This is how

18   you're holding it. You're holding it like it's a snake. Right. Hold on, listen to me. Check it out.

19   And I'm sitting here and I'm thinking he's crazy. You tell me to bring it in.

20         MR. HARRIS:          Right, and then –

21         MS. SNYDER:          -- and then it's like you're all upset all over again. Over somebody

22   else leaving a note on my car. And I thought I was doing the right thing again by telling you

23   because you're my boss. Now, listen to this. If you would have found out, if you would have

1    found a rumor that somebody put that note on my car, you, you would have been mad at me and

2    you would have said why didn't you tell me.

3        MR. HARRIS:        Exactly. And – I had to confirm that that's what –

4        MS. SNYDER:        You could have threw that note away. As long as I know I told

5    you –

6        MR. HARRIS:        -- but then that's why I had to report that you told me, and I had to

7    take it a step higher –

8        MS. SNYDER:        Let me ask you this. You never reported yourself, why you gonna

9    report a fucking note. That's a really good question. So, you know what I mean. Nobody's    138

10    perfect. I sent an email, I'm thinking of others, and CitiSteel, and, wait a minute, and I think I'm

11    doing the right thing by telling you about the note, or, yeah, you're this highly intelligent man

139  12    and you seem to think there's no wrong since you've met me in the way you're behavior is with

13    me. You see no wrong in that. Do you report that, no. You didn't have to report that dumb

14    note.

15        MR. HARRIS:        I'll tell you what, I wold – *I will report me / myself*

16        MS. SNYDER:        -- you didn't have to report that dumb note.

17        MR. HARRIS:        I would (inaudible)

18        MS. SNYDER:        What, the note.

19        MR. HARRIS:        (inaudible)

20        MS. SNYDER:        I said have you ever reported yourself.

21        MR. HARRIS:        (inaudible) -- report myself, no.
                            *I'm gonna*

1    MS. SNYDER:     You do what you gotta do.  You just throw it away, or you can

2    report it.  The (inaudible) with the note.  You think I care to – I don't think there's nobody here

3    that wants to hurt me.  I'm nice as shit to everybody.

4    MR. HARRIS:     You think I want to hurt you.

5    MS. SNYDER:     I don't think you want to hurt me.  No, I don't.  I think you should

6    be angry with other employees are talking or asking me to look up something for them or things

7    like that.  That's doesn't seem right, you know what I mean.  That's part of my job is to assist

8    employees.  This is my job description.

9    MR. HARRIS:     Assist the supervisors, it's true.  But how –

10   MS. SNYDER:     What do you want me to do, tell them no.

11   MR. HARRIS:     I'd much rather be –

12   MS. SNYDER:     -- well, that's what happens and then I end up doing it anyway for

13   the supervisors or --

14   MR. HARRIS:     Terry, don't , I'm tell you.  You don't know and it's only from past

15   experience.  (inaudible) – and you take care of it.

16   MS. SNYDER:     Ah, when do you just take care of it.

17   MR. HARRIS:     Well, but, I'm just saying, and –

18   MS. SNYDER:     I make a phone call for him.

19   MR. HARRIS:     Right.  Sometime I think you handle it in a way that we're, it's the

20   way it should be handled.  What my concern is, that once you supposed to be handling

21   something and it don't get handled right, then it's gonna fall back on you.  You know what –

22   MS. SNYDER:     I don't do nothing unless I'm told to.

23   MR. HARRIS:     Yeah, but, Terry –

| 1 | MS. SNYDER: | I don't do nothing – |
|---|---|---|

2    MR. HARRIS:        -- these fellows around here are smart enough, Terry. They are

3    smarter than I am.

4    MS. SNYDER:        They are not – you think I'm gonna put –

5    MR. HARRIS:        -- regulations about what to do –

6    MS. SNYDER:        -- listen to me. (inaudible) – cut by the time they ask me a

7    question. So, there is no possible way on this earth that I can accommodate them, where their,

8    their getting over on me, or CitiSteel, as far as -- I have never entered anybody's hours beside

9    you, Ford, I did Jeff's, myself and for maintenance.

10    MR. HARRIS:        (inaudible)

11    MS. SNYDER:        Did I do Richard. I didn't even do Richard Green. I have never

12    entered anybody.

13    MR. HARRIS:        -- hours out there because you're (inaudible)

14    MS. SNYDER:        Well, that's right. That's good.

15    MR. HARRIS:        -- supervisors putting their time in because now they know who's

16    leaving early, who's coming in late, you know what I mean.

17    MS. SNYDER:        Most I do is pull up and show them, or I'll call Ron, I call the

18    supervisor, get a hold of the supervisor and they go back out and they look for the supervisor.

19    They go back out, or they call him on the (inaudible) – supervisor comes over, then I'll make the

20    phone call for him, then they get on the phone, however it goes. I don't do nothing like that.

21    (phone ringing) (inaudible), Terry speaking. Um, well, I didn't pick up mail yet. No, I put his

22    pay stub in your mailbox yesterday and I wrote, you know, mail on it, because it, the pay check

1    is from yesterday to pay stub, because his supervisor said for it to be mailed to his home. Is that

2    what you were talking about. Okay. All right. Bye.

3    MR. HARRIS:    (inaudible) – off the desk yesterday.

4    MS. SNYDER:    -- (inaudible)  same time, our client didn't fill these out at all.

5    MR. HARRIS:    (inaudible)

6    MS. SNYDER:    I filled mine in.

7    MR. HARRIS:    (inaudible) the last two.

8    MS. SNYDER:    Um, they're right, if you want to look at them.

9    MR. HARRIS:    (inaudible)

10   MS. SNYDER:    I wrote a note. Oh, well, Martinez has some crazy note on here.

11   He wants to know why he's getting a shirt. So, I figured I ought to let (inaudible) – Okay. And I

12   wanted to ask you about (inaudible). His deputy resigned (inaudible) -- on there, well, somebody

13   marked it in red –

14   MR. HARRIS:    I did.

15   MS. SNYDER:    So he is to get one.

16   MR. HARRIS:    Yep.

17   MS. SNYDER:    Well, why does his (inaudible)

18   MR. HARRIS:    'Cause I, I wrote it back in there. Somebody scratched his name

19   out. That's why I wrote it in red.

20   MS. SNYDER:    Now, is life-size more highlighted for a reason.

21   MR. HARRIS:    Oh, yeah, that's right. Okay. I'm not sure if he get one. He had

22   an accident.

23   MS. SNYDER:    So don't turn it in.

19

1    MR. HARRIS:        Until Monday.  Remind me on Monday, okay.  That's all

2    (inaudible).

3    MS. SNYDER:        Now –

4    MR. HARRIS:        What should I do (inaudible).

5    MS. SNYDER:        Quit running around funny.  Go back to your normal self.

6    MR. HARRIS:        No, you don't like me (inaudible).

7    MS. SNYDER:        See, that.  Now, do you see me hollering and screaming at you

8    because that may not be right.  See.  'Cause (inaudible) wrong, why, you know, I don't argue

9    with you all doggone week about it.  But everyday I even offer to make amends and you still

10    (inaudible) – because

11    MR. HARRIS:        -- barking at me all week.

12    MS. SNYDER:        No, you have been.

13    MR. HARRIS:        -- (inaudible) –

14    MS. SNYDER:        You have been.  Don't make me love you.

15    MR. HARRIS:        -- what, what can I do to try to say to her, you know, I –

16    MS. SNYDER:        -- do you think I'm gonna be pleased with you thinking I sent a

17    floor tile email because of the way you talk to me.  No.  Number one, that pissed me off right

18    there.

19    MR. HARRIS:        (inaudible) – talk to you like that, I'm sorry.

20    MS. SNYDER:        No, no.  No, no, no, no, no.  You think I sent the floor tile email

21    because of your nasty way.

22    MR. HARRIS:        (inaudible)

195

1    MS. SNYDER:        You asked me to come in and work Saturday and then you say, oh,

2    by the way, (inaudible) wear dress w/no panties and you run out of here laughing. You don't think that's nasty. Well, I

3    (inaudible) piece of candy, I offered you gum.

4    MR. HARRIS:        (inaudible) Dirty candy, (inaudible)

5    MS. SNYDER:        Well, right, right. This is CitiSteel. Your probably, I don't, ah, no,

6    this (inaudible)

7    MR. HARRIS:        (inaudible)

8    MS. SNYDER:        Fun. So, and now I try to give you a piece of gum and you came in

9    arguing with me about the note being on my car, blah, blah, blah. Then you say (inaudible)

10   talking to me. Thank you. You spent all day Friday not talking to me. Then you want my job

11   description. You think I'm gonna be pleased with. You're out of real fun (inaudible). You

12   didn't say one word to me until 1:30 on Friday. On fucking February the fucking 10th. You are

13   not going to say one dam word, oh, you call and said, Terry, you can go in now for the report.

14   (inaudible) Right. Not one word until it was like 1:30-something, Friday. You don't stand there

15   in my doorway with your dam head down and ask for my job description. You better catch a

16   clue. Bother me. You know how I'm going to show you that job description. Mmm. Let me tell

17   you something, you know how they say if you get mad (inaudible) and you don't come in here

18   approaching me like that, you better be ready, you better be ready they get strong for somebody to just come

19   right back at you or something.

20   MR. HARRIS:        You did (inaudible)

21   MS. SNYDER:        Come in here and ask for my job description. Hey, I may not be

22   no (inaudible) and I'm not no general supervisor of steel-making, but you're not gonna sit there

23   with your paranoiding self (inaudible) for 2days, and then you don't talk at all and then you want my job

21

1    description. Tell me you understand everything, you, your behavior. You understand, you

2    created all of this. Not me. You. So, you know what I mean. And I'm not kissing nobody's

3    butt. Not even Jerry Downing. Everybody needs and works their job, but life does go on.

4    You know what I mean, and it's because Dennis Ford was asking me about my job description

5    and you feel that I'm a problem for you, you tell I'm a problem, and you do not want any

6    obligation, but being my supervisor, that is fine. That is fine. That's your thing to deal with. If

7    that's the way you feel, then you do what you gotta do. You know what I mean. And you sit

8    down laughing, you think it's all funny. You want to rowel somebody up. Well, guess what,

9    people know how to rowel you up too. Just like all these employees that run around Rowling

10   you up. You know. You know. You know they do it on purpose.

11       MR. HARRIS:       Yeah, you right.

12       MS. SNYDER:       And sometimes you (inaudible). You know what I mean.

13   (inaudible) well, guess what, I do too. 'Cause I get rowled up easy. But I really get rowled up

14   when somebody acts stupid or plays dumb little games. You're my boss, act like my boss.

15       MR. HARRIS:       (inaudible) You think I was playing dumb

16       MS. SNYDER:       And, from this point on, I won't talk to you disrespectfully by games w/ you

17   hollering and cussing the way I've been. (inaudible) -- one of your own employees. I have never

18   done that, have I. especially

19       MR. HARRIS:       (inaudible) No, You havn't

20       MS. SNYDER:       No. (inaudible) – you're my boss. A boss is a boss. I've always hell no

21   thought, I, I might be napping, mouthy, but your boss is your boss. Just like my dog is my dog. You Your Dad

22   know what I mean. You know what I mean. is your Dad

23       MR. HARRIS:       (inaudible) Ya - I know what you mean

22

1    MS. SNYDER:        So, you know. But, everything you just — fine, not a problem.
                                                        *day*

2    Pushing my buttons. Pushing my buttons. And everything that I did, I (inaudible).
                                                *day I come here w/my head held high.*

3    MR. HARRIS:        (inaudible)

4    MS. SNYDER:        What bothers you.

5    MR. HARRIS:        It bothers me.  (inaudible)\

6    MS. SNYDER:        Oh, wait a minute.  The way I've been talking back to you.

7    MR. HARRIS:        Yeah, yeah.  (inaudible)

8    MS. SNYDER:        How do you figure.  What did you think my reaction is gonna be.

9    Number one, you ran out of here so fast when you told me to come to work with, with a dress

10   and no panties on.  You ran out of here too fast to see what my real reaction would have been.
     *Harris - No*

11   You're lucky I didn't chase you down there and (inaudible) on you in front of everybody.

12   MR. HARRIS:        (inaudible)

13   MS. SNYDER:        Ask me out (inaudible), ask me out (inaudible) that's one thing, but

14   that shit, that's bullshit.  I don't think that's funny.  (inaudible) — dirty-ass — (inaudible).  And
                              *Harris - Okay*

15   then the next day you tell me not to bother to come in at all.  Then Thursday —

16   MR. HARRIS:        I'll tell you what —

17   MS. SNYDER:        — now, wait a minute.  Wait a second.  Wait a second.  Then

18   Thursday you remind me not to come in at all.  Wait a minute.  The person you are, you forgot

19   that you done told me not to bother coming in.  'Cause you were mad over floor tiles.  Here's the
                                            *150*

20   whole picture, this is the whole puzzle, starting from last Tuesday's email.
                                                *Your not taping this conversation are you?*

21   MR. HARRIS:  —    (inaudible)

22   MS. SNYDER:        You've been asking me if I've been taking mail.  See this, me right
                                                        *TAPING YOU!*

23   here.  I saw this (inaudible) — that's today, so you can walk me up and then I met you (inaudible).
     *Jason walked me up in here*

23

1    You been asking me, if I've been, if I've been ~~taking mail~~ *taping you*. Since about August the (inaudible). *6th*

2    I'm sorry. I think it was August 13th because I worked a Saturday with (inaudible) office. Jason

3    was not here for two weeks after I left. You need to look up his termination date. Remember, I

4    ~~tracked that (inaudible)~~. *packed up all Jason's stuff.* So had just said I'm trying to hurt you sending an email about floor

5    tiles. That's what really pissed me off. That made me sick to my stomach. Why would you

6    even think that. Why would you think I'm trying to (inaudible) by sending an email about floor

7    tiles. I still have the dumb email. If you look at this email, I don't see anything about Terry *hurt him*

8    trying to hurt me. Where do you get that. You know. You know why. That's because you're

9    feeling guilty, or you're scared. 'Cause I never went out with you. That's what it is. It's either

10   that you're scared or you feel guilty. You gotta pick one. And, especially you playing all these

11   little games for a week. Well, if I was gonna hurt ya, I would have done, this would have been

12   the week to do it. I know, and you'll laugh, and you think it's a (inaudible) transfer. We all, get

13   away from her, she's gone crazy. I really did it now. You know, you can't –

14        MR. HARRIS:        (inaudible)

15        MS. SNYDER:        Let me tell you something. I have let you take advantage of me

16   from day one and if I wanted to fuckin' hurt you, my tape-recorder couldn't fit in this room, it

17   would be so dam big, as much shit as you talk. And how can you tell Mr. Ford that he can't talk

18   to me about whether it's my job description –

19        MR. HARRIS:        (inaudible)

20        MS. SNYDER:        – I can't, I can't. I can you tell Mr. Ford –

21        MR. HARRIS:        (inaudible)

22        MS. SNYDER:        There are two things. I understand that you want to say keep,

23   right, and, say, give me some money. That makes sense to me, right. At the same time, he tells

1    me, well, I'm the one, I'm the one that approves it. Now, listen to me. You guys, you guys is

2    acting like you're married couples puts me in a little spot sometimes.

3          MR. HARRIS:          Right, right. (inaudible)

4          MS. SNYDER:          And you know that. Now, wait a minute. No. No. Because I

5    want to mention, if you notice, I capitalize when I send you two an email. That's capitalized

6    (inaudible). You understand. I would, I gotta do what I'm told and I'm gonna do what I'm told.

7    You two need to come to some kind of agreement about it. You know. And what I've done is,

8    and what Linda Harris requested me to do is send an email and ask for supplies, what we need,

9    first, this is what I did. And then whatever she doesn't have, don't order from there. And that's

10   what I meant by the, you know, you know how I left the word, whatever Linda does not have, I

11   left the word have out. Just like you switched the word from I canceled to we canceled. So, I

12   didn't cancel. You canceled me working Saturday, I didn't cancel me. So, I mean, just little

13   minor things like that can make, this little tiny big mole hill will become a mountain. You know

14   what I mean.

15         MR. HARRIS:          (inaudible) Anyway Terri

16         MS. SNYDER:          No, it's not. She sent them out over the floor tiles. And the reason

17   for being (inaudible) floor tiles.

18         MR. HARRIS:          (inaudible)

19         MS. SNYDER:          Sorry, Sam. We were talking about, we've been talking about the

20   floor tiles.

21         MR. HARRIS:          (inaudible) I guess what I need to do is

1    MS. SNYDER:           You need to check *your self* (inaudible).  You (inaudible) hurt you because I

2    sent email about floor tiles.  That tells me I'm working for a paranoid psychopath maybe.  I

3    mean, you know what I'm saying.

4    MR. HARRIS:           (inaudible)

5    MS. SNYDER:           Oh, so, in other words, because everybody else tells on you or does

6    this and does that to you, you think that (inaudible).  I am going to tell you sexual harassment

7    startin' with fuckin' floor tile.  That's what you think. *Slowly but surely*

8    MR. HARRIS:  *Well* I guess.

9    MS. SNYDER:           And you started to sit down that day and I scared you when I

10   started to yell at you and you said is it because of the way I talk to you.  So, no, I wasn't trying to

11   hurt you by sending an email about floor tiles.  I wasn't trying to hurt you by telling you there's a

12   note on my car from stickin' loser from CitiSteel, fuck on that.

13   MR. HARRIS:           (inaudible)

14   MS. SNYDER:           And you told him no, because you don't (inaudible) from here.  I

15   already know that.  That's okay.  You (inaudible) a lot of things.

16   MR. HARRIS:           (inaudible)

17   MS. SNYDER:           You can't say what, I didn't –

18   MR. HARRIS:           – I can't say that in front of you.  I can't go to him in front of you

19   and say the (inaudible) wanted him to meet when he, when he got there.  What I said to him was

20   –

21   MS. SNYDER:           (inaudible) – call me down there.

22   MR. HARRIS:           Yeah.  That's, what I said to him was –

23   MS. SNYDER:           – Terry found this on her car.

26

1      MR. HARRIS:     She found this on her car and you think somebody put it on there,

2  so I'm not ruling that out. I said, you know --

3      MS. SNYDER:     -- that's what, those were your words.

4      MR. HARRIS:     Yeah. So I said --

5      MS. SNYDER:     -- (inaudible) -- I don't believe you. You know how I know. I

6  don't believe that's what you said to him. Well, I'm not gonna call Jerry Downing and ask him

7  your exact words (inaudible). You know why, because you were so doubtful, yelling at me, how

8  do you know this came from here. You were yelling at me how do you know it came from here.

9      MR. HARRIS:     I wanted you, I wanted you to convince me that you felt strongly

10  about that you looked in your car that morning (inaudible) --

11      MS. SNYDER:     Every day.

12      MR. HARRIS:     And I know you do now. Because I've heard you say it. And, yes,

13  come to think of it, I seen you from time-to-time in the back seat of your car (inaudible), in your

14  trunk.

15      MS. SNYDER:     No, that's, no, that's at 5. And what I do is first thing in the

16  morning I'll let, so everything's not cold, my hat, my jacket, I take it out of my trunk. Yous

17  went out and wiped the snow off my car this morning, okay, and I said make sure you open my

18  trunk, lift it open, then open my doors and start the car up, then wipe the snow off because, and

19  he said to me, why. I said because I need to get all my gear out (inaudible) in the car my drive

20  here is warm. You know what I'm saying.

21      MR. HARRIS:     Well, what I said to him was, I'm not ruling that out. I guess kind

22  of upset that he was is that (inaudible) skipped saying (inaudible) --

27

1    MS. SNYDER:    -- well, what if (inaudible) made a comment like that to me.  Look

2    at the dumb comments you've made.  Nobody's perfect.  You expect everybody to be perfect and

3    think exactly like you.  So, I guess you (inaudible) – making that comment.

4    MR. HARRIS:    (inaudible)

5    MS. SNYDER:    (inaudible) cool.  So what if he made the comment the guard is

6    stupid.  What's that gonna (inaudible) – I get it, that will reflect on you.

7    MR. HARRIS:    (inaudible) – the guard's sleeping --

8    MS. SNYDER:    -- so, in other words (inaudible) – the only time that I caught that

9    guard asleep --

10    MR. HARRIS:    -- (inaudible)

11    MS. SNYDER:    I never (inaudible) tell when the man's falling asleep.  That's a

12    boring job.

13    MR. HARRIS:    (inaudible)

14    MS. SNYDER:    They didn't.  (inaudible)  lot to do.  Like rotate the junk piles. Now

15    see, that's fine.  I'm done arguing with you, too.  Okay.  (inaudible)

16    MR. HARRIS:    I'm sorry (inaudible).

17    MS. SNYDER:    I'm sorry.

18    MR. HARRIS:    Really (inaudible)

19    MS. SNYDER:    Oh, whoa, whoa, whoa, whoa, whoa.  Don't try and mess around

20    because of your comment about (inaudible).  That has nothing to do with it.  I've been pissed

21    because of your paranoid thinking ever since I sent a nice, innocent, thoughtful email.  That's

22    why I'm mad.  Then, then, I was, I gotta a little bit madder when you yell at me because of a note

23    that somebody from here put on my car.  Then I get a little bit madder, you want to cancel me

28

1    working Saturday. Let's see, oh, no, I'm already mad because of you canceling because you

2    were mad because you were paranoid. You understand all this. Then I get mad because you

3    want my job description after running around like a big baby not talking to me all day.

4    (inaudible) – you knew what buttons of mine to push. You know how to make somebody mad.

5    Just like these people know how to make you mad. Nobody's perfect. Look at this shit I've put

6    up with you. Do you see me like goin' home crying, freakin' out. And then you come in here

7    say this is, after going (inaudible), right, you come in here the next morning (whispering) – then

8    you're laughing because you come in my office, the intelligent, the highly intelligent man that

9    you are, you gonna come in my office acting dumb and telling me I'm sorry, I didn't realize I

10   was (inaudible). Listen to that. And I said don't bother apologizing 'cause it ain't gonna stop.

11   Did it. No. Do you see me freakin' out. Do you see me sending (inaudible). You know what

12   I'm saying. Nobody's perfect. You're not perfect. So what if the dam guard did fall asleep.

13   That's part of life. I guarantee, Jerry Downing, he probably got the biggest (inaudible) in his

14   closet out of everybody that (inaudible) because he wants everything – he's here four in the

15   morning (inaudible) at four in the morning (inaudible). Now, tell me you don't have nothing

16   better to do. But that's good because he fuck has anything to do. He wants to make sure

17   everybody's abiding by the rules. I guarantee that man (inaudible) because you are. I know I

18   have.

19        MR. HARRIS:        (inaudible) (laughter)

20        MS. SNYDER:        Oh, I stopped (inaudible) Wait a minute, no, no, no. See, you

21   (inaudible).

22        MR. HARRIS:        (inaudible)

1    MS. SNYDER:    What are you talking about. Oh, no, no, no. Oh, wait a minute,

2    wait. If you're talking about my door being shut, you know why, well (inaudible). Even though

3    I've always, you've said it before, right, so, like, I was (inaudible), it's still very (inaudible) --

4    go back and kiss me. I mean, I can't even let my dogs (inaudible), like, when they go to kiss me,

5    you know, you know how you're kids (inaudible), but, I mean, it so, and I have to, I use my

6    mirror. So I'll shut my door, what am I supposed to do, sit there and (inaudible) door like I'm

7    paranoid and request (inaudible). So I shut my door and I gently blow my nose and, you know,

8    I, I have to keep my system cleaned out. So (inaudible)

9    MR. HARRIS:    (inaudible)

10   MS. SNYDER:    Well, maybe you should just stop being paranoid and, you know.

11   If I do something wrong you just tell me, that's all.

12   MR. HARRIS:    (inaudible)

13   MS. SNYDER:    You couldn't think I'm trying to hurt you by sending a floor tile

14   email. 'Cause that ain't, if I wanted to hurt you, I wouldn't send no dam floor tile email. And

15   then you still acted up. You still acted weird. You know. I just, I didn't get it.

16   MR. HARRIS:    (inaudible)

17   MS. SNYDER:    You just keep startin' with me and I figured if you don't want me

18   working here 'cause you're worried about me, well, then, that's fine and you need to say so.

19   You can't have me come in here everyday arguing with me or ignoring me. I don't that's not

20   right either.

21   MR. HARRIS:    What I gonna ignore you (inaudible)

22   MS. SNYDER:    (chuckle) – All right. All right.

30

1    MR. HARRIS:        (inaudible) – I ain't gonna make no promises, but maybe

2    (inaudible) -- I may try send an email on Monday to have (inaudible) --

3    MS. SNYDER:        -- hey listen, I don't

4    MR. HARRIS:        -- (inaudible) – emails or (inaudible) the next weekend when there

5    ain't nobody here and maybe if I'm not here, maintenance will be, and you can come in and

6    retype all of the revisions –

7    MS. SNYDER:        (inaudible) I will do whatever it is I am told, but when it came to

8    that pile, I was doing, wait a second now, I was doing (inaudible) what I thought was best. And

9    as far as the (inaudible) that fell, I'll show you emails monthly that I sent out to individuals, I'm

10   not gonna tell, I don't, I don't –

11   MR. HARRIS:        (inaudible)

12   MS. SNYDER:        -- including you. But I'm not just gonna tell on 'em, but you're my

13   boss. And just like I told Jimmy, if you want to know who's shitful, here's the thing. I even

14   have to (inaudible) for Jimmy. And I even have to reach (inaudible) because he's (inaudible).

15   So, nobody's perfect. But I'm not a tattle-tale and I'm not just gonna tell on people who

16   (inaudible) I try and do, this is my job, and I try to touch base about the (inaudible). I can't make

17   nobody do nothin' and, and, and what I said to (inaudible), I said I can't baby-sit everybody. He

18   said well that is kinda part of your job. (inaudible) and watch over (inaudible). Yes, that is true

19   (inaudible), but I can't (inaudible).

20   MR. HARRIS:        But you do a good job (inaudible).

21   MS. SNYDER:        And then, and then they all come in here calling me bitch and nag,

22   you know. And I can deal with that, it's no big deal. I've been called worse (inaudible), but I

23   don't want to see nobody get in trouble. So, and I like certain, I don't have –

31

1     MR. HARRIS:        -- (inaudible)

2     MS. SNYDER:        -- I don't mind doing --  ISO'S

3     MR. HARRIS:        (inaudible)

4     MS. SNYDER:        I don't mind doing the (inaudible), you know what I mean.  What,

5     I just don't know what more to do about (inaudible).  I made him promise me three times

6     yesterday, that they were gonna bring it to me today.  It's all done.  (inaudible) -- Did they bring

7     it, no.  Another person was just in here a little while ago, was supposed to go over a job

8     procedure with me.  Told me that two days ago.  They said tomorrow we'll go over it, which was

9     yesterday.  Have they.  No.  So what do you want me to do, do you want me to send you all these

10    emails on who did, who's not doing what and who's doin.  Do you understand what I'm saying

11    to ya.

12    MR. HARRIS:        (inaudible)

13    MS. SNYDER:        Well, you know.  You're dam right I'll work a dam Saturday.  But

14    once you, don't care what you say to me, 'cause I'm not scared of you.  I don't care if you're

15    talking about a dress with no panties, I don't care if you're talking about blowing up the place,

16    okay.  You know, we live in fear.  You know, you never know what's gonna happen next.  But

17    once you cancel on me because you're mad and your attitude, no, I'm not gonna come in that

18    weekend.  No, I'm not.  I was hoping you'd ask (inaudible) -- still wanna work Saturday.  Hell,

19    no.  Hey, I've been sittin' at home bitchin.  Just outside this morning, I would have (inaudible) --

20    because you took away my little bit of the overtime because you got paranoid over floor tiles

21    emails.  You know what I mean.  And this is childish and too much and all of a sudden you just

22    wanna create all these arguments either because you feel guilty or you feel scared.  So, but that's

23    your problem, you're not gonna take them out on me.

Maybe both

| | | |
|---|---|---|
| 1 | MR. HARRIS: | (inaudible) |
| 2 | MS. SNYDER: | Maybe both. I don't know. But you're not gonna take them out on |

me. You know. And I don't feel like sittin' around arguing with my boss or talkin' bad to him.

And raisin' my voice to 'em.

5     MR. HARRIS:          Now I'll go back to listening and being quiet when you yell.

6     (inaudible) – I been stickin' up for myself. No. No.

7     MR. HARRIS:          (inaudible)

8     MS. SNYDER:          Oh, how. I been stickin' up for myself. How.

9     MR. HARRIS:          (inaudible)

10    MS. SNYDER:          (inaudible) – you think, or you're scared that I'm gonna yell

11    something. Or somebody else is gonna overhear.

12    MR. HARRIS:          (laughter)

13    MS. SNYDER:          That's why you do that.

14    MR. HARRIS:          (laughter) I gotta make my rounds. Yep. (inaudible)

15    MS. SNYDER:          Listen, do you have anything else to go up to the hill because when

16    I'm done these cards – (inaudible) – one hundred –

17    MR. HARRIS:          Go ahead and (inaudible).

18    MS. SNYDER:          Well, I just wanna finish these three cards.

19    MR. HARRIS:          (inaudible)

20    MS. SNYDER:          No (inaudible). Three cards I have left to do.

21    MR. HARRIS:          All right, I'll see you later. You have a good weekend.

22    MS. SNYDER:          And you have a safe weekend too.

23    MR. HARRIS:          I wanna tell ya, I'm really sorry (inaudible).

| | | |
|---|---|---|
| 1 | MS. SNYDER: | About what. Okay. |
| 2 | MR. HARRIS: | A lot goin on (inaudible) |
| 3 | MS. SNYDER: | You know, it's all right. |
| 4 | MR. HARRIS: | I'll work on it (inaudible). All right. |
| 5 | MS. SNYDER: | Yeah, I apologize for yelling at you, too. Especially in front of |

6   someone.

| | | |
|---|---|---|
| 7 | MR. HARRIS: | That's all right. |
| 8 | MS. SNYDER: | (inaudible talking) Seven, four. Oh, shoot. What I put on there. |

9   No. Okay. (inaudible) that's, let me take that off. Harris. (inaudible sounds and shuffling

10   around). Oh, well, let's see what today is. The 17th, twenty-five after three. My babies are

11   ready (inaudible). Uh-oh. There we go. (humming) All right. (inaudible sounds) Oh, my god.

12   Oh, my goodness. (inaudible) All this loud noise. (inaudible) All right. (chuckles)

13   (inaudible) All right. They're you go. Whew. Whoa. Come on. All right. I see you're still on.

14   (end of tape)