# EXHIBIT 4

1   Q   Have you listened to any tapes of conversations
2   between you and Terry Snyder?
3   A   No.
4   Q   Like I said, I'd like to play you a portion of a
5   tape. And then we can talk about it. If you need me at any
6   time to stop it or can't hear or something. I mean you'll
7   listen to the tape and then let me know your thoughts.
8   Okay?
9        (The tape was played for the witness.)
10  Q   Do you need me to rewind or anything? Would you
11  like me to?
12  A   Some of it I couldn't understand. I understand I
13  apologized for something, which I told you that earlier in
14  the statement.
15  Q   Just some preliminaries. Do you recognize the
16  voices on the tapes?
17  A   Yes. It's Terry's voice and it sounds like mine in
18  the background.
19  Q   Do you recall that conversation?
20  A   Yes, vaguely. I don't know when it was. But, yeah,
21  vaguely.
22  Q   Do you know approximately when it was?
23  A   No.
24  Q   Was it during the month of her termination?

| | | |
|---|---|---|
| 1 | A | I wouldn't know. I wouldn't even know. |
| 2 | Q | Do you recall laughing during this conversation? |
| 3 | A | Well, probably. Not laughing but probably smiling like what are you talking about, you know. |
| 5 | Q | Did you deny saying to Terry that you should wear a dress with no panties? |
| 7 | A | Repeat that. |
| 8 | Q | Did you deny saying to Terry that she should wear a dress with no panties? |
| 10 | A | Yes, I denied that. |
| 11 | Q | Did you deny it that day? |
| 12 | A | I asked her what was she talking about, I believe. |
| 13 | Q | Did you tell her you didn't say that? |
| 14 | A | I don't know what I said. I just asked her what are you talking about. |
| 16 | Q | Did you apologize to Terry Snyder? |
| 17 | A | If she said I was being rude to her, I probably said, hey, you know, I apologize for yelling at you or whatever. I mean that's what was on the tape. She said I was yelling at her. |
| 21 | Q | Do you recall her saying that she didn't mind the yelling, that it was your job to yell? |
| 23 | A | No, I don't remember that. |
| 24 | Q | You didn't hear that part? |