IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on February 21, 2007, I electronically filed the Plaintiff's Answering Brief in Opposition to Defendant' Motion to Strike with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sheldon N. Sandler, Esquire
Margaret M. DiBianca, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (Del Bar. #2407)
Lori A. Brewington (Del Bar #4522)
1509 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 777-4680
Fax: (302) 777-4682
Attorneys for Plaintiff