

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

LORI A. BREWINGTON, ESQUIRE
lbrewington@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

February 23, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

RE:   **Snyder v. CitiSteel USA, Inc.**
      **C.A. No. 04-970 (JJF)**
      ------------------------------------------------------

Dear Judge Farnan:

I write to Your Honor regarding the Pre-trial Hearing in the above-referenced matter, which is scheduled to be heard on March 8, 2007 at 10:30 a.m. There are currently three motions pending before the Court –Defendant's Motion for Summary Judgment, Defendant's Motion for Costs and Sanctions, and Defendant's Motion to Strike.

The parties are currently preparing their pre-trial submissions, which are due to the Court by March 5, 2007. In light of the procedural nature of this case, however, the parties have concerns about the feasibility of being able to fully prepare for the Conference before Your Honor, which is scheduled to be held in two weeks. For this reason, Plaintiff would ask whether Your Honor would consider postponing the Pre-trial Hearing.

Thank you for your consideration in this matter. As always, Counsel is available at the Court's convenience to provide any additional information.

Very truly yours,

LORI A. BREWINGTON

cc: Molly DiBianca, Esquire