IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| **Plaintiff,** | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Jeffrey K. Martin, Esquire hereby

**WITHDRAWS** as counsel to Terry L. Snyder and the attorney Herbert W. Mondros,

Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Terry L.

Snyder in the above-noted case. All pleadings henceforth should be served upon the

following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 777-4680
hmondros@margolisedelstein.com

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

April __23__ 2007

MARTIN & WILSON

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806

April **20**, 2007