IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on April 23, 2007, I electronically filed the attached **Notice of Substitution of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

**Sheldon N. Sandler**
**Margaret M. DiBianca**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorney for Defendant, Citisteel USA, Inc.*

                                              Respectfully submitted,
                                              MARGOLIS EDELSTEIN

                                               By:_____
                                               Herbert W. Mondros, Esquire (#3956)
                                               750 South Madison Street, Suite 102
                                               Wilmington, DE 19801
                                               (302) 777-4680 (telephone)
                                               (302) 777-4682 (facsimile)

                                               Counsel for Plaintiff, Terry Snyder