IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 04-970(JJF) |
| | ) |
| v. | ) |
| | ) |
| CITISTEEL USA, INC. | ) |
| | ) |
| Defendant. | ) |

### WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Lori A. Brewington, Esquire on behalf of Plaintiff, Terry L. Snyder, in the above-captioned matter.

All pleadings henceforth should be served upon the following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112
hmondros@margolisedelstein.com

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 Fax

DATED: July 2, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-970(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| CITISTEEL USA, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on July 2, 2007, I electronically filed the attached **Notice of Withdrawal of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

**Sheldon N. Sandler**
**Margaret M. DiBianca**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorney for Defendant, Citisteel USA, Inc.*

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax