IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERRY L. SNYDER           :
                          :
        Plaintiff,        :
                          :
   v.                     :   Civil Action No. 04-970-JJF
                          :
CITISTEEL USA INC.,       :
                          :
        Defendant.        :

## O R D E R

At Wilmington, this 14 day of September, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Strike (D.I. 103) is **GRANTED**;

2. Defendant's Motion For Summary Judgment (D.I. 92) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE