IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

The parties, through the undersigned counsel, respectfully request that the Court reschedule the Pretrial Conference in the above-captioned matter. The grounds for this Motion are as follows:

1. On February 23, 2007, the parties jointly requested that the Court postpone the previously scheduled Pretrial Conference until after the then-pending Motions were decided. (D.I. 107). The Court granted the parties' request on February 26, 2007.

2. The Court has ruled on all outstanding Motions, including Defendants' Motion for Summary Judgment, which was denied on September 14, 2007. (D.I. 114).

3. Because there are no longer any pending Motions, the parties request that the Court reschedule the previously postponed Pretrial Conference and, at that Conference, schedule a trial date for the matter in accordance with the Court's Scheduling Order. (D.I. 12).

[Signatures on next page]

2

Respectfully Submitted,

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Herbert W. Mondros, Esq. | /s/ Margaret M. DiBianca, Esq. |
| Herbert W. Mondros, Esquire (#3308) | Sheldon N. Sandler, Esquire (No. 245) |
| 750 South Madison Street, Suite 102 | Margaret M. DiBianca, Esquire (No. 4539) |
| Wilmington, Delaware 19801 | The Brandywine Building, 17th Floor |
| (302) 888-1112 | 1000 West Street |
| Attorneys for Plaintiff | P.O. Box 391, Wilmington, Delaware 19899-0391 |
| | Telephone: (302) 571-5008 |
| | Facsimile: (302) 576-3476 |
| | E-mail: mdibianca@ycst.com |
| | Attorneys for Defendants |

DATED: October 5, 2007

2