

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRY L. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

The parties, through the undersigned counsel, respectfully request that the Court reschedule the Pretrial Conference in the above-captioned matter. The grounds for this Motion are as follows:

1. On October 9, 2007, the Court scheduled a Pretrial Conference in the above-captioned matter for November 1, 2007 at 3 p.m.

2. The parties have conferred and agreed that a short period of additional time will be necessary to prepare for the pretrial conference.

3. The parties understand that the Court schedules pretrial conferences on one day per month and that the next monthly conference date is December 6, 2007.

4. The parties respectfully request that the Court postpone the Pretrial Conference presently scheduled for November 1, 2007, until 3:30 pm on ~~the afternoon of~~ December 6, 2007. *dk*

[Signatures on next page]

Respectfully Submitted,

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Herbert W. Mondros, Esq. | /s/ Margaret M. DiBianca, Esq. |
| Herbert W. Mondros, Esquire (#3308) | Sheldon N. Sandler, Esquire (No. 245) |
| 750 South Madison Street, Suite 102 | Margaret M. DiBianca, Esquire (No. 4539) |
| Wilmington, Delaware 19801 | The Brandywine Building, 17th Floor |
| (302) 888-1112 | 1000 West Street |
| Attorneys for Plaintiff | P.O. Box 391, Wilmington, Delaware 19899-0391 |
|  | Telephone: (302) 571-5008 |
|  | Facsimile: (302) 576-3476 |
|  | E-mail: mdibianca@ycst.com |
|  | Attorneys for Defendants |

DATED: October 15, 2007

October 17, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE