IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE**

The parties, through the undersigned counsel, respectfully request that the Court reschedule the Pretrial Conference in the above-captioned matter. The grounds for this Motion are as follows:

1. The Pretrial Conference in the above-captioned matter is presently scheduled for December 6, 2007 at 3:30 p.m.

2. Counsel to the parties are engaged in discussions aimed at resolving this matter, and believe that continuing the Pretrial Conference for a short period of additional time might be productive.

3. The parties respectfully request that the Court postpone the Pretrial Conference presently scheduled for December 6, 2007, and if necessary reschedule the Pretrial Conference until a date on which the Court is available in January of 2008.

[Signatures on next page]

|  |  |
|---|---|
|  | Respectfully Submitted, |
| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Herbert W. Mondros, Esq. | /s/ Margaret M. DiBianca, Esq. |
| Herbert W. Mondros, Esquire (#3308)<br>750 South Madison Street, Suite 102<br>Wilmington, Delaware 19801<br>hmondros@margolisedelstein.com<br>(302) 888-1112<br>Attorneys for Plaintiff | Sheldon N. Sandler, Esquire (No. 245)<br>Margaret M. DiBianca, Esquire (No. 4539)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391, Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-5008<br>Facsimile: (302) 576-3476<br>E-mail: mdibianca@ycst.com<br>Attorneys for Defendant |

DATED: November 30, 2007