IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERRY L. SNYDER,                          )
                                          )
                        Plaintiff,        )
              v.                          )
                                          )  C.A. No. 04-970-JJF
CITISTEEL USA INC.,                       )
                                          )
                        Defendant.        )
                                          )
                                          )

## ORDER

Upon consideration of the foregoing Joint Motion to Reschedule Pretrial Conference, it is

hereby ORDERED that the Joint Motion is Granted, this _____ day of _____,

2007.


_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge