IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the foregoing Joint Motion to Reschedule Pretrial Conference, it is hereby ORDERED that the Joint Motion is Granted, this __4__ day of __December__, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge