## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-970-JJF |
| | : |
| CITISTEEL USA, INC., | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington this **30th** day of **January, 2008**,

IT IS ORDERED that a continued mediation has been scheduled for **Thursday, February 14, 2008 at 9:00 a.m.** with Judge Thynge. The parties shall file an additional letter limited to **three (3) pages, double-spaced, 12 pt. font** on or before **Thursday, February 7, 2008.** The submissions shall contain the items discussed during the January 30, 2008 teleconference. Defendant is to provide a copy of the summary judgment decision as an exhibit to his submission. All other provisions of the Court's December 15, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE