IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 04-970-JJF |
| CITISTEEL USA INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, who stipulate and agree to dismiss the above-captioned matter with prejudice to all parties.

| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Herbert Mondros, Esq. | /s/ Margaret M DiBianca, Esq. |
| Herbert W. Mondros, Esquire (Bar I.D. 3308) | Sheldon S. Sandler, Esquire (Bar I.D. 0245) |
| 750 S. Madison St., Suite 102 | Margaret M. DiBianca, Esquire (Bar I.D. 4539) |
| Wilmington, DE 19801 | 1000 West Street |
| Telephone: (302) 888-1112 | The Brandywine Building, 17th Floor |
| Facsimile: (302) 888-1119 | Wilmington, Delaware 19801 |
| E-mail: hmondros@margolisedelstein.com | Telephone: (302) 571-5008 |
| *Attorneys for Plaintiff* | Facsimile: (302) 576-3476 |
| | E-mail: mdibianca@ycst.com |
| | *Attorneys for Defendant* |

Dated: March 20, 2008

**IT IS SO ORDERED** this 24 day of March, 2008.

_____
Judge Joseph J. Farnan JR.